CASE NO. 25-2028

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

**ASHLEY M. GJØVIK**, *an individual*,
*Plaintiff-Appellant*

v.

**APPLE INC.**, *a corporation*,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-CV-04597
The Honorable Judge Edward M. Chen

---

## APPELLANT'S DECLARATION I-II:
## EXHIBITS

---

**Ashley M. Gjøvik, JD**
*In Propria Persona*
2108 N. St. Ste. 4553
Sacramento, CA, 95816
(408) 883-4428
legal@ashleygjovik.com

# EXHIBIT A: PRIVILEGE LOG

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 001 | | 2021-03-17 to 2021-03-18 | Jain, Antone; **Rubenstein, Debra**; **Said, Deena**; Gies Timos | **Rubenstein, Debra**; Steiger, Michael; Jain, Antone; **Said, Deena**; Gies Timos | Email | 7 | Re: Action Needed- SD01 EHS Request | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 002 | | 2021-03-19 | **Rubenstein, Debra**; Steiger, Michael; Jain, Antone | | Document | 4 | DRAFT Talking Points SD01 comms 2 with djr & mts comments.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 003 | | 2021-03-19 | **Rubenstein, Debra**; Jain, Antone | | Document | 4 | DRAFT Talking Points SD01 comms 2 with djr comments.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 004 | | 2021-03-19 | Steiger, Michael | **Rubenstein, Debra**; Baylosis, Ed; Schmidt, Elizabeth; Steiger, Michael; Sidlow, Scott; Creighton, Sue | Calendar File | 2 | SD01 - Vapor Intrusion comms plan | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 005 | | 2021-03-19 | Steiger, Michael | **Rubenstein, Debra**; Baylosis, Ed; Schmidt, Elizabeth; Steiger, Michael; Sidlow, Scott; Creighton, Sue | Calendar File | 2 | SD01 - Vapor Intrusion comms plan | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 006 | | 2021-03-17 to 2021-03-19 | Steiger, Michael; Jain, Antone; DeBaene, Austin | Jain, Antone; DeBaene, Austin; Huynh, Tom; **Rubenstein, Debra**; Steiger, Michael | Email | 6 | Re: Action Needed- SD01 EHS Request | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 007 | | 2021-03-17 to 2021-03-19 | Steiger, Michael; Baylosis, Ed; Creighton, Sue; Jain, Antone | Baylosis, Ed; Schmidt, Elizabeth; Creighton, Sue; Sidlow, Scott; **Rubenstein, Debra**; Steiger, Michael; DeBaene, Austin; Huynh, Tom; Jain, Antone | Email with attachments | 16 | Re: Privileged and confidential: Re: [Important] Action Needed- SD01 EHS Request; DRAFT Talking Points SD01 comms 2 with djr comments.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 008 | | 2021-03-18 to 2021-03-19 | Steiger, Michael; **Rubenstein, Debra**; Jain, Antone | **Rubenstein, Debra**; Jain, Antone; Steiger, Michael | Email with attachments | 15 | Re: Review - Draft talking points; DRAFT Talking Points SD01 comms 2 with djr & mts comments.docx; DRAFT Talking Points SD01 comms 2 with djr comments.docx; DRAFT Talking Points SD01 comms 2.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 009 | | 2021-03-26 | **Rubenstein, Debra** | Jain, Antone; **Rubenstein, Debra**; Polkes, Helen; **Perez, Isela**; Waibel, Jenna; Steiger, Michael | Calendar File | 1 | Preparation for meeting in follow up to questions re SD01 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 010 | | 2021-03-18 to 2021-03-29 | **Rubenstein, Debra**; Jain, Antone; Souza, Emily; Polkes, Helen; Steiger, Michael; Waibel, Jenna | Polkes, Helen; Jain, Antone; Shifman, Moshe (Mo); **Matarrese, Kyle**; **Perez, Isela**; Souza, Emily; Waibel, Jenna; Steiger, Michael; DeBaene, Austin; Huynh, Tom | Email | 26 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 011 | | 2021-03-29 | **Rubenstein, Debra**; Steiger, Michael | Steiger, Michael; **Rubenstein, Debra** | Email | 2 | Re: SD01 EHS Request | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 012 | | 2021-03-18 to 2021-03-29 | Waibel, Jenna; Steiger, Michael; **Rubenstein, Debra**; Polkes, Helen; Souza, Emily | Steiger, Michael; **Rubenstein, Debra**; Waibel, Jenna; Polkes, Helen; **Matarrese, Kyle**; **Perez, Isela**; Jain, Antone; Shifman, Moshe | Email | 15 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 013 | | 2021-03-31 | Steiger, Michael | Jain, Antone; **Rubenstein, Debra**; Souza, Emily; Polkes, Helen; **Perez, Isela**; Waibel, Jenna; **Matarrese, Kyle**; Steiger, Michael; Shifman, Moshe' | Calendar File | 1 | SD01 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 014 | | 2021-04-02 | Steiger, Michael; Jain, Antone | | Document | 5 | SD01 Talking Points - mts edits.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 015 | | 2021-03-17 to 2021-04-02 | Rubenstein, Debra; Matarrese, Kyle; Perez, Isela; Souza, Emily; Steiger, Michael | Matarrese, Kyle; Perez, Isela; Souza, Emily; Shifman, Moshe (Mo); Steiger, Michael; Jain, Antone; Rubenstein, Debra | Email with attachments | 20 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT; SD01 Talking Points.docx; SD01 Talking Points - mts edits.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 016 | | 2021-03-18 to 2021-04-05 | Waibel, Jenna; Steiger, Michael; Polkes, Helen; Rubenstein, Debra; Souza, Emily | Steiger, Michael; Polkes, Helen; Jain, Antone; Shifman, Moshe (Mo); Matarrese, Kyle; Perez, Isela; Souza, Emily; Rubenstein, Debra; Waibel, Jenna | Email | 16 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 017 | | 2021-03-18 to 2021-04-05 | Rubenstein, Debra; Steiger, Michael; Waibel, Jenna; Polkes, Helen; Souza, Emily | Waibel, Jenna; Steiger, Michael; Polkes, Helen; Jain, Antone; Shifman, Moshe (Mo); Matarrese, Kyle; Perez, Isela; Souza, Emily; Rubenstein, Debra; Schmidt, Elizabeth | Email | 18 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 018 | | 2021-04-08 to 2021-04-09 | Perez, Isela; Polkes, Helen | Polkes, Helen; Waibel, Jenna; Perez, Isela | Email | 2 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 019 | | 2021-04-09 | Steiger, Michael | Waibel, Jenna; Jain, Antone; Rubenstein, Debra; Polkes, Helen; Perez, Isela; Matarrese, Kyle; Shifman, Moshe (Mo); Souza, Emily | Email | 8 | Fwd: SD01 EHS Request - 4/2 Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 020 | | 2021-04-09 | Polkes, Helen; Perez, Isela | Perez, Isela; Waibel, Jenna; Polkes, Helen | Email | 2 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 021 | | 2021-04-10 | Steiger, Michael | Rubenstein, Debra; Jain, Antone | Email | 8 | Fwd: SD01 EHS Request - 4/2 Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 022 | APL-GAELG_00001248 | 2021-04-09 to 2021-04-10 | Polkes, Helen | Waibel, Jenna | Email | 5 | Re: Escalated to Dan West—Fwd: SD01 EHS Request - ER Note | Attorney Client Privilege | Attorney-client privileged communications between employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 023 | | 2021-03-18 to 2021-04-11 | Steiger, Michael; Waibel, Jenna; Polkes, Helen; Rubenstein, Debra; Souza, Emily | Polkes, Helen; Jain, Antone; Souza, Emily; Perez, Isela; Matarrese, Kyle; Shifman, Moshe (Mo); Waibel, Jenna; Rubenstein, Debra; Steiger, Michael | Email with attachments | 281 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT; SD01 Talking Points.docx; 2016-0211-Microwave-VI Evaluation Report_FINAL.pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 024 | | 2021-04-11 | Steiger, Michael | Rubenstein, Debra; Jain, Antone | Email | 26 | Fwd: SD01 EHS Request - 4/2 Notes | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 025 | APL-GAELG_00001254 | 2021-04-12 | Waibel, Jenna | Polkes, Helen | Messages | 4 | Message_JennaWaibel_2021-04-12_18-11-48.pdf | Attorney Client Privilege | Message with redacted text reflecting communication of legal advice from counsel (Perez, Isela) from employees acting under the direction and supervision of counsel related to the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues. |
| 026 | | 2021-03-18 to 2021-04-13 | Rubenstein, Debra; Waibel, Jenna; Steiger, Michael; Polkes, Helen; Souza, Emily | Waibel, Jenna; Polkes, Helen; Steiger, Michael; Jain, Antone; Souza, Emily; Perez, Isela; Matarrese, Kyle; Shifman, Moshe (Mo); Rubenstein, Debra | Email | 20 | Re: Action Needed- SD01 EHS Request - PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 027 | | 2021-04-11 to 2021-04-13 | Jain, Antone; Rubenstein, Debra; Steiger, Michael | Rubenstein, Debra; Steiger, Michael; Jain, Antone | Email with attachments | 42 | Re: SD01 EHS Request - 4/2 Notes -- PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT; draft SD01 talking points 2nd meeting.pages; Draft Response to Ashley - 4-11-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT with djr comments.docx; Draft Response to Ashley - 4-11-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 028 | | 2021-04-26 | Steiger, Michael | Jain, Antone; Rubenstein, Debra; Schmidt, Elizabeth; Polkes, Helen; Perez, Isela; Waibel, Jenna; Steiger, Michael; Shifman, Moshe' | Calendar File | 1 | EPA - Ashley - SD01 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 029 | | 2021-04-26 | Steiger, Michael; **Rubenstein, Debra**; **Perez, Isela**; Waibel, Jenna | **Rubenstein, Debra**; **Perez, Isela**; Waibel, Jenna; Shifman, Moshe; Souza, Emily; Polkes, Helen; **Matarrese, Kyle**; Jain, Antone; Schmidt, Elizabeth; Steiger, Michael | Email | 7 | Re: Employee Concerns: TRW Microwave Site | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 030 | | 2021-04-24 to 2021-04-27 | Polkes, Helen; **Rubenstein, Debra**; Steiger, Michael | Steiger, Michael; **Perez, Isela**; Shifman, Moshe; Waibel, Jenna; Jain, Antone; **Rubenstein, Debra**; Polkes, Helen | Email with attachments | 2 | Privileged and confidential; 3-%2B14087837834-1619213246000-1 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 031 | | 2021-04-27 | Steiger, Michael | **Rubenstein, Debra**; **Perez, Isela**; Jain, Antone; Waibel, Jenna; Shifman, Moshe; **Matarrese, Kyle**; Schmidt, Elizabeth | Email | 3 | Fwd: Questions about speech related to Apple's buildings on chemical release sites | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 032 | | 2021-04-27 | Polkes, Helen | Bertolus, Yannick; Bowman, Megan; Waibel, Jenna; **Perez, Isela** | Email | 1 | Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 033 | | 2021-04-26 to 2021-04-27 | Bertolus, Yannick; Polkes, Helen; Bowman, Megan; Waibel, Jenna | **Perez, Isela**; Bowman, Megan; John Ternus; Polkes, Helen; Waibel, Jenna | Email | 3 | Fwd: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 034 | | 2021-04-27 | Waibel, Jenna; Steiger, Michael | Shifman, Moshe; **Perez, Isela**; **Rubenstein, Debra**; Jain, Antone; Waibel, Jenna; **Matarrese, Kyle**; Schmidt, Elizabeth | Email | 5 | Privileged & Confidential—Fwd: Questions about speech related to Apple's buildings on chemical release sites | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 035 | | 2021-04-24 to 2021-04-27 | Steiger, Michael; **Rubenstein, Debra**; Polkes, Helen | Polkes, Helen; **Perez, Isela**; Shifman, Moshe; Waibel, Jenna; Jain, Antone; **Rubenstein, Debra** | Email | 2 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 036 | | 2021-04-26 to 2021-04-28 | Polkes, Helen; Lagares, Antonio; Waibel, Jenna; Bowman, Megan; Bertolus, Yannick | Bertolus, Yannick; Bowman, Megan; **Perez, Isela**; Waibel, Jenna; Polkes, Helen | Email | 3 | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 037 | | 2021-04-30 | Waibel, Jenna; Polkes, Helen | Polkes, Helen; **Perez, Isela**; Waibel, Jenna | Email | 4 | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 038 | | 2021-05-01 to 2021-05-03 | Warner, Adelmise; **Rice, Debbie** | Rice, Debbie; Warner, Adelmise | Email | 3 | Re: HR legal weekly update 4.30.21 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 039 | | 2021-04-27 to 2021-05-06 | Jain, Antone; **Rubenstein, Debra**; Steiger, Michael | **Rubenstein, Debra**; Steiger, Michael; Jain, Antone | Email with attachments | 29 | Re: SD01 EHS Request - 4/2 Notes; Draft Response to Ashley - 4-30-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT with djr comments .docx; Draft Response to Ashley - 4-30-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT .docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 040 | | 2021-05-11 | Steiger, Michael | | Document | 9 | Talking Points for Ashley - 5-11-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT-3.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 041 | | 2021-05-10 to 2021-05-12 | Waibel, Jenna; Polkes, Helen; **Perez, Isela** | Polkes, Helen; **Perez, Isela**; Waibel, Jenna | Email | | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 042 | | 2021-04-30 to 2021-05-12 | Jain, Antone; Waibel, Jenna; Steiger, Michael | Waibel, Jenna; Steiger, Michael; **Rubenstein, Debra**; Jain, Antone | Email | 4 | Re: Names for additional conversations - Privileged and Confidential - Attorney work product | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 043 | | 2021-05-11 to 2021-05-12 | **Perez, Isela**; Waibel, Jenna; Polkes, Helen | Waibel, Jenna; Polkes, Helen; **Perez, Isela** | Email | 3 | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 044 | | 2021-05-11 to 2021-05-12 | **Perez, Isela**; Waibel, Jenna; Polkes, Helen | Waibel, Jenna; Polkes, Helen; **Perez, Isela** | Email | 2 | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 045 | | 2021-04-30 to 2021-05-13 | Jain, Antone; Waibel, Jenna; Steiger, Michael | Waibel, Jenna; Steiger, Michael; **Rubenstein, Debra**; Jain, Antone | Email | 5 | Re: Names for additional conversations - Privileged and Confidential - Attorney work product | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 046 | | 2021-05-11 to 2021-05-13 | **Matareese, Kyle**; **Rubenstein, Debra**; Steiger, Michael | **Rubenstein, Debra**; Steiger, Michael; Waibel, Jenna; Jain, Antone; Schmidt, Elizabeth; **Perez, Isela**; Polkes, Helen; Shifman, Moshe; **Matareese, Kyle** | Email with attachments | 4 | Re: EHS Talking Points for Follow-Up with Ashley; PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT; IAL+-ATTORNEY+WORK+PRODUCT+with+dj+comments.docx; Talking+Points+for+Ashley+-+5-11-21+PRIVILEGED+AND+CONFIDENTIAL+-ATTORNEY+WORK+PRODUCT-3.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 047 | | 2021-04-27 to 2021-05-17 | **Rubenstein, Debra**; **Matarrese, Kyle**; Waibel, Jenna; Steiger, Michael | **Matarrese, Kyle**; Waibel, Jenna; Steiger, Michael; **Perez, Isela**; Jain, Antone; Shifman, Moshe; Schmidt, Elizabeth; **Rubenstein, Debra** | Email | 15 | Re: Questions about speech related to Apple's buildings on chemical release sites | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 048 | | 2021-05-17 | Polkes, Helen | **Perez, Isela**; Waibel, Jenna | Email | 5 | Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 049 | | 2021-05-17 to 2021-05-18 | Waibel, Jenna; Schiesl, Dallas | Schiesl, Dallas; **Perez, Isela**; Shifman, Moshe; Waibel, Jenna | Email | 2 | Re: Privileged & Confidential--Additional WC case | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy, and in anticipation of litigation. |
| 050 | | 2021-05-17 to 2021-05-18 | Schiesl, Dallas; Waibel, Jenna | Waibel, Jenna; **Perez, Isela**; Shifman, Moshe; Schiesl, Dallas | Email | 2 | Re: Privileged & Confidential--Additional WC case | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 051 | | 2021-05-21 | Polkes, Helen; Waibel, Jenna | Waibel, Jenna; **Perez, Isela**; Polkes, Helen | Email | 4 | Re: Privileged & confidential—Fwd: Ashley Gjovik/Dan - 4/29 Meeting Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 052 | | 2021-05-22 | Waibel, Jenna | **Perez, Isela**; Polkes, Helen | Email with attachments | 7 | Privileged & Confidential—Fwd: Request for Denial Authorization on Environmental/Chemical Exposure Claim - Ashley Gjovik, Claim 30217483107-0001; image001.jpg | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy, and in anticipation of litigation. |
| 053 | | 2021-04-27 to 2021-05-26 | Waibel, Jenna; Sidlow, Scott; **Rubenstein, Debra**; Steiger, Michael; Jain, Antone; **Perez, Isela** | **Rubenstein, Debra**; **Perez, Isela**; Steiger, Michael; **Matarrese, Kyle**; Jain, Antone; Shifman, Moshe; Schmidt, Elizabeth; Sidlow, Scott; Waibel, Jenna | Email | 12 | Re: Privileged & Confidential— Re: Questions about speech related to Apple's buildings on chemical release sites | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 054 | | 2021-06-03 to 2021-06-04 | Polkes, Helen; **Perez, Isela**; Waibel, Jenna | **Perez, Isela**; Waibel, Jenna; Polkes, Helen | Email | 4 | Re: Privileged & Confidential— Fwd: Wrap up call today | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 055 | | 2021-06-03 to 2021-06-04 | **Perez, Isela**; Waibel, Jenna | Waibel, Jenna; Polkes, Helen; **Perez, Isela** | Email | 3 | Re: Privileged & Confidential— Fwd: Wrap up call today | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 056 | | 2021-05-20 to 2021-06-08 | Sidlow, Scott; Waibel, Jenna; Rubenstein, Debra; Steiger, Michael; Jain, Antone; Perez, Isela | Waibel, Jenna; Jain, Antone; Rubenstein, Debra; Perez, Isela; Steiger, Michael; Matarrese, Kyle; Shifman, Moshe; Schmidt, Elizabeth; Sidlow, Scott | Email | 2 | Re: SD01 additional EHS communications - privileged and confidential - attorney work product | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 057 | | 2021-06-10 | Rubenstein, Debra; Waibel, Jenna | Waibel, Jenna; Perez, Isela; Polkes, Helen; Shifman, Moshe; Steiger, Michael; Jain, Antone; Sidlow, Scott; Matarrese, Kyle; Schmidt, Elizabeth; Rubebstein, Debra | Email | 2 | Re: Privileged & Confidential- additional meeting needed on VI | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 058 | | 2021-06-11 | Waibel, Jenna | | Document | 5 | AMR_Investigation_Summary_D. Powers_Jun2021.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 059 | | 2021-06-11 | Waibel, Jenna | | Document | 11 | A. Gjovik Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 060 | | 2021-06-12 | Waibel, Jenna | | Document | 6 | D. Powers Interview Notes .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 061 | | 2021-06-12 | Waibel, Jenna | | Document | 2 | N. Balamurugan Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 062 | | 2021-06-12 | Waibel, Jenna | | Document | 2 | J. Markham Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 063 | | 2021-06-12 | Waibel, Jenna | | Document | 1 | I&D Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 064 | | 2021-06-12 | Waibel, Jenna | | Document | 2 | M. Ertell Interview Notes .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 065 | | 2021-06-12 | Waibel, Jenna | | Document | 2 | M. Mathur Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 066 | | 2021-06-12 | Waibel, Jenna | | Document | 4 | D. West Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 067 | | 2021-06-12 | Waibel, Jenna | | Document | 2 | J. Ivan Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 068 | | 2021-06-04 to 2021-06-16 | Perez, Isela; Waibel, Jenna | Waibel, Jenna; Polkes, Helen; Perez, Isela | Email | 8 | Re: Privileged & Confidential-- DRAFTED notes for call with AG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 069 | | 2021-05-20 to 2021-06-21 | Waibel, Jenna; Jain, Antone; Sidlow, Scott | Jain, Antone; Sidlow, Scott; Rubenstein, Debra; Perez, Isela; Steiger, Michael; Matarrese, Kyle; Shifman, Moshe; Schmidt, Elizabeth; Waibel, Jenna | Email | 3 | Re: SD01 additional EHS communications - privileged and confidential - attorney work product | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 070 | | 2021-06-23 | Waibel, Jenna | | Document | 5 | AMR_Investigation_Summary_D. Powers_Jun2021.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 071 | | 2021-06-10 to 2021-06-23 | Jain, Antone; Polkes, Helen; Rubenstein, Debra; Waibel, Jenna | Polkes, Helen; Rubenstein, Debra; Schmidt, Elizabeth; Matarrese, Kyle; Sidlow, Scott; Steiger, Michael; Waibel, Jenna; Shifman, Moshe; Perez, Isela; Jain, Antone | Email with attachments | 5 | Re: Privileged & Confidential- additional meeting needed on VI; PastedGraphic-1.png; Re_+Follow+up+to+your+People+Support+reach+out+.eml | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 072 | | 2021-06-22 to 2021-06-23 | Rubenstein, Debra; Perez, Isela; Waibel, Jenna | Perez, Isela; Waibel, Jenna; Polkes, Helen; Shifman, Moshe; Rubenstein, Debra | Email | 3 | Re: Discussion re contaminated sites on SLACK | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiff's inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 073 | | 2021-06-29 | Waibel, Jenna | Polkes, Helen; Perez, Isela | Email | 5 | Privileged & Confidential—Fwd: Follow up call today (need info before doctor appt tomorrow) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 074 | | 2021-07-06 | Jain, Antone | Rubenstein, Debra; Perez, Isela; Polkes, Helen; Steiger, Michael; Waibel, Jenna | Email | 2 | Fwd: Follow up call next week | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 075 | | 2021-07-02 to 2021-07-09 | Waibel, Jenna; Polkes, Helen | Jain, Antone; Rubenstein, Debra; Polkes, Helen; Perez, Isela; Steiger, Michael; Waibel, Jenna | Email | 3 | Re: Privileged and Confidential -- Attorney work product Fwd: Discuss any questions about indoor air management at SD01, floor penetration survey and vapor intrusion mitigation | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 076 | | 2021-07-15 | Okpo, Ekelemchi | | Document | 3 | Ashley Gjovik (Prep meetings pre initial contact).pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations, and the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues, performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 077 | | 2021-07-18 | Polkes, Helen | Perez, Isela; Lagares, Antonio; Waibel, Jenna; Bowman, Megan | Email | 4 | Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 078 | | 2021-07-19 | Lagares, Antonio | Lagares, Antonio; Okpo, Ekelemchi; Polkes, Helen; Perez, Isela; Waibel, Jenna | Calendar File | 1 | Privileged and Confidential - Gjovik | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 079 | | 2021-07-19 | Waibel, Jenna | Jain, Antone; Lagares, Antonio; Rubenstein, Debra; Polkes, Helen; Perez, Isela; Waibel, Jenna | Calendar File | 1 | EHS/ AG Sync | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 080 | | 2021-07-19 | Perez, Isela; Polkes, Helen | Polkes, Helen; Okpo, Ekelemchi; Waibel, Jenna; Lagares, Antonio; Perez, Isela | Email | 9 | Re: privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 081 | | 2021-07-19 | Polkes, Helen | Perez, Isela; Waibel, Jenna; Okpo, Ekelemchi; Lagares, Antonio | Email with attachments | 5 | Privileged and confidential; PastedGraphic-3.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 082 | | 2021-07-16 to 2021-07-21 | Souza, Emily; Bowman, Megan; Shifman, Moshe; Polkes, Helen | Bowman, Megan; Shifman, Moshe (Mo); Polkes, Helen; Lagares, Antonio; Okpo, Ekelemchi; Perez, Isela; Waibel, Jenna; Souza, Emily | Email | 3 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy. |
| 083 | | 2021-07-16 to 2021-07-21 | Bowman, Megan; Perez, Isela; Souza, Emily; Shifman, Moshe; Polkes, Helen | Perez, Isela; Souza, Emily; Shifman, Moshe (Mo); Polkes, Helen; Lagares, Antonio; Okpo, Ekelemchi; Waibel, Jenna; Bowman, Megan | Email | 3 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy. |
| 084 | | 2021-07-23 | Waibel, Jenna | | Document | 4 | Privileged & Confidential- A. Gjovik Concerns Matrix.numbers | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 085 | | 2021-07-22 to 2021-07-23 | Okpo, Ekelemchi; Waibel, Jenna; Polkes, Helen; Perez, Isela | Waibel, Jenna; Polkes, Helen; Perez, Isela; Tony Lagares; Okpo, Ekelemchi | Email | 2 | Re: Privileged and Confidential - A.G. Sync | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 086 | | 2021-07-26 | Warner, Adelmise; Reicher, Joni; Perez, Isela; Rice, Debbie | Perez, Isela; Reicher, Joni; Rice, Debbie; Kim, Kwang; Warner, Adelmise | Email | 4 | Re: Privileged and Confidential - A.G. Women in SWE | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 087 | | 2021-07-20 to 2021-07-27 | Rubenstein, Debra; Jain, Antone; Waibel, Jenna | Jain, Antone; Waibel, Jenna; Perez, Isela; Polkes, Helen; Rubenstein, Debra | Email | 4 | Re: Privileged & Confidential- Meeting notes from 7/7/21 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 088 | | 2021-07-28 | Okpo, Ekelemchi | | Document | 3 | Employment History AG (Working Draft).pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 089 | | 2021-07-27 to 2021-07-28 | Reicher, Joni; Souza, Emily | Souza, Emily; Rice, Debbie; Perez, Isela; Okpo, Ekelemchi; Warner, Adelmise; Reicher, Joni; Shifman, Moshe | Email | 4 | Re: Attorney client privilege: Gjovik's request for accommodation | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy. |
| 090 | APL-GAELG_00001040 | 2021-07-28 | | | Document | 1 | 2020 Powers Feedback.pdf | Attorney Client Privilege | Documents reflecting privileged and confidential internal projects, assignments and tasks associated with Apple's legal operations. |
| 091 | APL-GAELG_00001033 | 2021-07-28 | | | Document | 1 | 2020 Powers Feedback.pages | Attorney Client Privilege | Documents reflecting privileged and confidential internal projects, assignments and tasks associated with Apple's legal operations. |
| 092 | APL-GAELG_00001026 | 2021-07-28 | | | Document | 1 | 2020 Powers Feedback.pdf | Attorney Client Privilege | Documents reflecting privileged and confidential internal projects, assignments and tasks associated with Apple's legal operations. |
| 093 | | 2021-07-29 | Jain, Antone | Jain, Antone; Rubenstein, Debra; Schmidt, Elizabeth; Thomas, Robert | Calendar File | 1 | SD01 & Ashley | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 094 | | 2021-07-29 | Reicher, Joni | Rice, Debbie; Okpo, Ekelemchi; Souza, Emily; Perez, Isela; Reicher, Joni | Calendar File | 1 | Attorney Client privilege AG Accommodation | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy. |
| 095 | | 2021-07-27 to 2021-07-29 | Rubenstein, Debra; Lagares, Antonio; Waibel, Jenna; Okpo, Ekelemchi | Okpo, Ekelemchi; Waibel, Jenna; Polkes, Helen; Perez, Isela; Lagares, Antonio; Jain, Antone; Rubenstein, Debra | Email | 3 | Re: [ Privileged and Confidential] Questions about TRW Microwave | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 096 | | 2021-07-29 | Perez, Isela; Okpo, Ekelemchi; Waibel, Jenna | Waibel, Jenna; Okpo, Ekelemchi; Tony Lagares; Polkes, Helen; Perez, Isela | Email | 3 | Re: Privileged and Confidential - A.G. Keynote | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 097 | | 2021-07-29 | Waibel, Jenna; Rubenstein, Debra; Jain, Antone | Rubenstein, Debra; Lagares, Antonio; Jain, Antone; Thomas, Robert; Waibel, Jenna | Email | 3 | Re: SD01 Ashley Timeline - [Privileged & Confidential] | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 098 | | 7/29/2021 | Rubenstein, Debra; Steiger, Michael | Thomas, Robert; Jain, Antone; Steiger, Michael; Schmidt, Elizabeth; Sidlow, Scott; Baylosis, Ed; Rubenstein, Debra | Email | 5 | Fwd: [Important] Action Needed- SD01 EHS Request | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 099 | | 2021-07-29 | Okpo, Ekelemchi; Reicher, Joni | Reicher, Joni; Perez, Isela; Rice, Debbie; Okpo, Ekelemchi | Email with attachments | 3 | Re: ACP - AG post today; Screen Shot 2021-07-29 at 10.38.43 AM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 100 | | 2021-07-29 | Reicher, Joni | Okpo, Ekelemchi; Perez, Isela; Rice, Debbie | Email with attachments | 2 | ACP - AG post today; Screen Shot 2021-07-29 at 10.38.43 AM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 101 | | 2021-07-29 | Reicher, Joni; Perez, Isela; Rice, Debbie | Perez, Isela; Rice, Debbie; Okpo, Ekelemchi; Reicher, Joni | Email | 2 | Re: ACP - AG post today | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 102 | | 2021-07-30 | Jain, Antone | Jain, Antone; Rubenstein, Debra; Schmidt, Elizabeth; Thomas, Robert | Calendar File | 1 | SD01 & Ashley | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 103 | | 2021-07-30 | Reicher, Joni | Rice, Debbie; Okpo, Ekelemchi; Perez, Isela; Waldo, Jen; Reicher, Joni; Rosenstock, Josh; Qualye, Kristin Huguet | Calendar File | 1 | Attorney Client privileged Next steps AG | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 104 | | 2021-07-30 | Reicher, Joni | **Rice, Debbie**; Okpo, Ekelemchi; **Perez, Isela**; Reicher, Joni | Calendar File | 1 | ACP follow up AG | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 105 | | 2021-07-30 | Polkes, Helen; **Perez, Isela** | **Perez, Isela**; Okpo, Ekelemchi; Lagares, Antonio; Waibel, Jenna; Polkes, Helen | Email | 9 | Re: Privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 106 | | 2021-07-30 | **Perez, Isela**; Lagares, Antonio; Okpo, Ekelemchi | Lagares, Antonio; Okpo, Ekelemchi; **Perez, Isela** | Email | 9 | Re: Notes from our Friday call | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 107 | | 2021-07-30 | **Rice, Debbie**; Reicher, Joni | Reicher, Joni; **Perez, Isela**; **Rice, Debbie** | Email with attachments | 4 | Re: ACP  AG timeline and next steps; ACP Timeline AG as of 7.30.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of Apple counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 108 | | 2021-07-29 to 2021-07-31 | Reicher, Joni; Okpo, Ekelemchi | Okpo, Ekelemchi; **Perez, Isela**; **Rice, Debbie**; Reicher, Joni | Email with attachments | 4 | Re: ACP - AG post today; Screen Shot 2021-07-29 at 10.38.43 AM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 109 | | 2021-07-31 | Okpo, Ekelemchi | | Document | 6 | ACP Timeline AG as of 7.30.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 110 | | 2021-07-30 to 2021-07-31 | **Perez, Isela**; **Rice, Debbie**; Reicher, Joni | **Rice, Debbie**; Reicher, Joni; **Perez, Isela** | Email | 2 | Re: ACP  AG timeline and next steps | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 111 | | 2021-07-30 to 2021-07-31 | **Rice, Debbie**; **Perez, Isela**; Reicher, Joni | **Perez, Isela**; Reicher, Joni; **Rice, Debbie** | Email | 2 | Re: ACP  AG timeline and next steps | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 112 | | 2021-07-30 to 2021-08-01 | Okpo, Ekelemchi; Reicher, Joni; **Perez, Isela**; **Rice, Debbie** | Reicher, Joni; **Perez, Isela**; **Rice, Debbie**; Okpo, Ekelemchi | Email with attachments | 5 | Re: ACP: AG Slack activity 7/30; Screen Shot 2021-07-30 at 7.43.39 PM.png; Screen Shot 2021-07-30 at 7.43.14 PM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 113 | | 2021-08-01 | Warner, Adelmise; Reicher, Joni; **Adams, Kate**; O'Brien, Deirdre | **Rice, Debbie**; Reicher, Joni; Warner, Adelmise; **Adams, Kate**; O'Brien, Deirdre; **Perez, Isela**; Waldo, Jen; Huguet, Kristin; Rosenstock, Josh | Email | 4 | Re: ATTORNEY CLIENT PRIVILEGED - Urgent Employee Matter | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations, and the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues, performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 114 | | 2021-07-30 to 2021-08-02 | **Rice, Debbie**; Reicher, Joni; Okpo, Ekelemchi | Reicher, Joni; Okpo, Ekelemchi; **Perez, Isela**; **Rice, Debbie** | Email with attachments | 3 | Re: ACP Timeline; ACP Timeline AG as of 7.30.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 115 | | 2021-08-02 | Okpo, Ekelemchi | **Rice, Debbie**; Okpo, Ekelemchi; **Perez, Isela**; Reicher, Joni | Calendar File | 1 | ACP: AG Debrief | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 116 | | 2021-07-27 to 2021-08-02 | **Rubenstein, Debra**; **Perez, Isela**; Jain, Antone | **Perez, Isela**; Jain, Antone; Schmidt, Elizabeth; Okpo, Ekelemchi Lagares, Antonio; Polkes, Helen; Waibel, Jenna; **Rubenstein, Debra** | Email | 26 | Re: [Privileged and Confidential] Fwd: Questions about TRW Microwave | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 117 | | 2021-07-29 to 2021-08-02 | **Rice, Debbie**; **Perez, Isela**; Reicher, Joni; Richardson, Meagan; Souza, Emily | **Perez, Isela**; Reicher, Joni; Richardson, Meg; Souza, Emily; Okpo, Ekelemchi; **Rice, Debbie** | Email | 10 | Re: Draft for Accommodation Support of Ashley Gjovik | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy, and in anticipation of litigation. |
| 118 | | 2021-08-02 | **Rice, Debbie**; **Perez, Isela**; Reicher, Joni | **Perez, Isela**; Reicher, Joni; **Rice, Debbie** | Email | 2 | Re: ACP - AG EHS claims | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 119 | | 2021-06-10 to 2021-08-02 | Perez, Isela; Waibel, Jenna; Lagares, Antonio | Waibel, Jenna; Lagares, Antonio; Perez, Isela | Email with attachments | 15 | Re: Privileged & Confidential-- Drafted Investigation summaries for review; AMR_Investigation_Summary_D_Powers_Jun2021.pages; AMR_Investigation_Brief_R_Yepez_Jun2021.pages; AMR_Investigation_Summary_D. Powers_Jun2021.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 120 | | 2021-08-03 | Steiger, Michael | | Document | 9 | Talking Points for Ashley - 5-11-21 PRIVILEGED AND CONFIDENTIAL - ATTORNEY WORK PRODUCT-3.pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 121 | | 2021-08-03 | Okpo, Ekelemchi | | Document | 4 | Meeting Notes for A. Gjovik EHS calls.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 122 | | 2021-08-03 | Okpo, Ekelemchi | Rice, Debbie; Okpo, Ekelemchi; Perez, Isela; Reicher, Joni | Calendar File | 1 | ACP - AG Debrief | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 123 | | 2021-07-27 to 2021-08-03 | Reicher, Joni; Okpo, Ekelemchi | Okpo, Ekelemchi; Perez, Isela; Rice, Debbie; Warner, Adelmise; Reicher, Joni | Email | 2 | Re: Attorney client privileged | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 124 | | 2021-08-02 to 2021-08-03 | Okpo, Ekelemchi; Perez, Isela; Waibel, Jenna | Perez, Isela; Waibel, Jenna; Okpo, Ekelemchi | Email | 2 | Re: Privileged and Confidential - EHS Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 125 | | 2021-08-02 to 2021-08-03 | Okpo, Ekelemchi; Perez, Isela; Waibel, Jenna | Perez, Isela; Waibel, Jenna; Okpo, Ekelemchi | Email | 3 | Re: Privileged and Confidential - EHS Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 126 | | 2021-08-02 to 2021-08-03 | Perez, Isela; Okpo, Ekelemchi; Waibel, Jenna | Okpo, Ekelemchi; Waibel, Jenna; Perez, Isela | Email | 3 | Re: Privileged and Confidential - EHS Notes | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 127 | | 2021-08-03 | Reicher, Joni ; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Okpo, Ekelemchi; Perez, Isela; Reicher, Joni | Email | 2 | Re: ACP: DRAFT Response to AG's 8/2 email | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 128 | | 2021-08-02 to 2021-08-03 | Reicher, Joni; Perez, Isela; Rice, Debbie | Perez, Isela; Rice, Debbie; Reicher, Joni | Email | 3 | Re: ACP - AG EHS claims | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 129 | | 2021-08-02 to 2021-08-03 | Perez, Isela; Reicher, Joni; Rice, Debbie | Reicher, Joni; Rice, Debbie; Perez, Isela | Email | 3 | Re: ACP - AG EHS claims | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 130 | | 2021-08-03 | Okpo, Ekelemchi; Rice, Debbie; Reicher, Joni | Rice, Debbie; Reicher, Joni; Perez, Isela; Okpo, Ekelemchi | Email | 3 | Re: ACP: DRAFT Response to AG's 8/2 email | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 131 | | 2021-08-02 to 2021-08-03 | Perez, Isela; Rice, Debbie; Reicher, Joni | Reicher, Joni; Rice, Debbie; Perez, Isela | Email | 3 | Re: ACP - AG EHS claims | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 132 | | 2021-08-03 | Reicher, Joni; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Okpo, Ekelemchi; Perez, Isela; Reicher, Joni | Email | 3 | Re: ACP: DRAFT Response to AG's 8/2 email | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 133 | | 2021-08-03 to 2021-08-04 | **Rubenstein, Debra**; **Perez, Isela** | **Perez, Isela**; Jain, Antone; Schmidt, Elizabeth; Waibel, Jenna; Okpo, Ekelemchi; **Rubenstein, Debra** | Email with attachments | 3 | Re: (Time sensitive) Privileged and Confidential; SD01+Raised+items+and+EHS+Response.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 134 | | 2021-08-04 | **Rice, Debbie**; Okpo, Ekelemchi | Okpo, Ekelemchi; **Rice, Debbie**; Warner, Adelmise | Email | 3 | Re: Draft language for AG/misrepresentation privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 135 | | 2021-08-04 | Okpo, Ekelemchi | **Rice, Debbie**; **Perez, Isela**; Reicher, Joni | Email | 2 | *ACP* Fwd: Apple Confidential: Next Steps | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 136 | | 2021-08-03 to 2021-08-04 | **Rice, Debbie**; Reicher, Joni; **Perez, Isela** | Reicher, Joni; **Perez, Isela**; Okpo, Ekelemchi; **Rice, Debbie** | Email | 2 | Re: Privileged and Confidential - DRAFT Confirmatory email to AG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 137 | | 2021-08-03 to 2021-08-04 | **Rice, Debbie**; Okpo, Ekelemchi; Reicher, Joni; **Perez, Isela** | Okpo, Ekelemchi; Reicher, Joni; **Perez, Isela**; Warner, Adelmise; **Rice, Debbie** | Email | 4 | Re: Privileged and Confidential - DRAFT Confirmatory email to AG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 138 | | 2021-08-03 to 2021-08-04 | Reicher, Joni; Okpo, Ekelemchi; **Perez, Isela**; **Rice, Debbie** | Okpo, Ekelemchi; **Perez, Isela**; **Rice, Debbie**; Reicher, Joni | Email | 3 | Re: Privileged and Confidential - DRAFT Confirmatory email to AG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 139 | | 2021-08-05 | **Rice, Debbie**; Okpo, Ekelemchi | Okpo, Ekelemchi; Warner, Adelmise; **Perez, Isela**; **Rice, Debbie** | Email | 3 | Re: *ACP* Fwd: Apple Confidential: Next Steps | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 140 | | 2021-08-03 to 2021-08-05 | **Rubenstein, Debra**; **Perez, Isela** | **Perez, Isela**; Schmidt, Elizabeth; Waibel, Jenna; Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie**; Kim, Kwang; **Rubenstein, Debra** | Email with attachments | 4 | Re: (Time sensitive) Privileged and Confidential; image2.jpeg.jpeg | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications and documents sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 141 | | 2021-08-05 | Reicher, Joni; **Rice, Debbie** | Reicher, Joni; O'Brien, Deirdre; **Adams, Kate**; Warner, Adelmise | Email | 2 | JR Notes Fwd: ACP Agenda for this morning | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 142 | | 2021-08-03 to 2021-08-05 | **Adams, Kate**; Huguet, Kristin; Reicher, Joni; O'Brien, Deirdre; **Rice, Debbie**; Warner, Adelmise; Low, Stella | Low, Stella; Waldo, Jen; Reicher, Joni; **Perez, Isela**; Rosenstock, Josh; **Adams, Kate**; O'Brien, Deirdre; **Rice, Debbie**; Warner, Adelmise; Huguet, Kristin | Email | 7 | Re: ATTORNEY CLIENT PRIVILEGED - Ashley tweet - Verge story in 30 minutes; Screen Shot 2021-08-04 at 1.58.44 PM.png; Screen Shot 2021-08-04 at 1.59.22 PM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 143 | | 2021-07-31 to 2021-08-05 | Reicher, Joni ; O'Brien, Deirdre | **Adams, Kate**; **Rice, Debbie**; Waldo, Jen; Warner, Adelmise Roseme; Reicher, Joni; O'Brien, Deirdre | Email with attachments | 7 | Re: Background for tomorrow Fwd: ATTORNEY CLIENT PRIVILEGED - Urgent Employee Matter; Privileged & Confidential- A. Gjovik Concerns Matrix copy.numbers; Screen Shot 2021-07-31 at 6.05.16 AM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations, and the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues, performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 144 | | 2021-08-04 to 2021-08-05 | Warner, Adelmise; Reicher, Joni; O'Brien, Deirdre | **Rice, Debbie**; Reicher, Joni; Warner,Adelmise; O'Brien, Deirdre | Email with attachments | 11 | Re: ATTORNEY CLIENT PRIVILEGED Re: Background for tomorrow; AMR_Investigation_Summary_D. Powers_Jun2021.pages; Privileged & Confidential- A. Gjovik Concerns Matrix.numbers | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 145 | | 2021-08-04 to 2021-08-05 | **Rice, Debbie**; Reicher, Joni; O'Brien, Deirdre; **Adams, Kate**; Rosenstock, Josh | Reicher, Joni; **Adams, Kate**; O'Brien, Deirdre; Waldo, Jen; Huguet, Kristin; **Rice, Debbie**; Low, Stella; Warner, Adelmise; **Perez, Isela** | Email | 10 | [Revised email] Re: Proposed email to AG Fwd: Privileged and Confidential; Re: For review-draft language from EO/AG privileged and confidential; Privileged and Confidential - Fwd: Apple places female engineering program manager on administrative leave after tweeting about sexism in the office - The Verge | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 146 | | 2021-08-03 to 2021-08-06 | Richardson, Meagan; **Rice, Debbie**; Reicher, Joni; Souza, Emily; Shifman, Moshe; Waibel, Jenna; Warner, Adelmise | **Rice, Debbie**; Reicher, Joni; Souza, Emily; Okpo, Ekelemchi; **Perez, Isela**; Shifman, Moshe (Mo); Richardson, Meg; Warner, Adelmise | Email with attachments | 19 | Re: ADA Medical Request for Full Remote Work - Accommodation Certificate Form Attached (PII)-Privileged and confidential; utf-8''Fwd%3A%20Ashley%20Gjovik%5F293492%20%E2%80%93%20Action%20Required%3A%20Review%20Accommodation%20Request.eml | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 147 | | 2021-07-20 to 2021-08-07 | Perez, Isela; Rubenstein, Debra; Waibel, Jenna; Jain, Antone | Rubenstein, Debra; Waibel, Jenna; Jain, Antone; Polkes, Helen; Okpo, Ekelemchi; Perez, Isela | Email | 13 | Re: Privileged & Confidential- Meeting notes from 7/7/21 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 148 | | 2021-08-07 to 2021-08-08 | Warner, Adelmise; Rice, Debbie; Perez, Isela | Rice, Debbie; Perez, Isela; Reicher, Joni; Warner, Adelmise; Okpo, Ekelemchi | Email | 2 | Re: Privileged and Confidential - AG Twitter Posts | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 149 | | 2021-08-05 to 2021-08-09 | Okpo, Ekelemchi; Reicher, Joni; Warner, Adelmise; Perez, Isela; Rice, Debbie | Warner, Adelmise; Perez, Isela; Rice, Debbie; Reicher, Joni; Okpo, Ekelemchi | Email | 3 | Re: ACP - draft issue confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 150 | | 2021-08-10 | Jain, Antone | Jain, Antone; Rubenstein, Debra; Polkes, Helen; Perez, Isela; Waibel, Jenna; Thomas, Robert | Calendar File | 2 | SD01 check in | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 151 | | 2021-07-20 to 2021-08-10 | Waibel, Jenna; Jain, Antone; Rubenstein, Debra; Perez, Isela | Jain, Antone; Rubenstein, Debra; Perez, Isela; Polkes, Helen; Okpo, Ekelemchi; Waibel, Jenna | Email | 15 | Re: Privileged & Confidential- Meeting notes from 7/7/21 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 152 | | 2021-08-09 to 2021-08-10 | Polkes, Helen; Jain, Antone; Rubenstein, Debra; Perez, Isela | Jain, Antone; Rubenstein, Debra; Perez, Isela; Waibel, Jenna; Polkes, Helen | Email | 3 | Re: Privileged and confidential | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 153 | | 2021-08-09 to 2021-08-10 | Rice, Debbie; Reicher, Joni; Perez, Isela; Rubenstein, Debra | Perez, Isela; Rubenstein, Debra; Reicher, Joni; Rice, Debbie | Email | 3 | Re: AG/EPA on site visit 8/19 privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 154 | | 2021-08-12 | Rice, Debbie | Rice, Debbie; Waldo, Jen; Reicher, Joni | Calendar File | 1 | External investigator/AG | Attorney Client Privilege | Attorney-client communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 155 | | 2021-08-12 | Reicher, Joni | Rice, Debbie; Waldo, Jen; Reicher, Joni | Calendar File | 1 | External Investigator/AG | Attorney Client Privilege | Attorney-client communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 156 | | 2021-08-10 to 2021-08-14 | Reicher, Joni; Low, Stella | Low, Stella; Warner, Adelmise; Rice, Debbie; Reicher, Joni | Email | 2 | Re: Attorney client privileged - timing of issue confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 157 | | 2021-08-13 to 2021-08-14 | Reicher, Joni; Rice, Debbie; Warner, Adelmise | Rice, Debbie; Warner, Adelmise; Reicher, Joni | Email with attachments | 3 | Re: Confidential and Privileged: AG; IMG_6329.PNG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 158 | | 2021-08-13 to 2021-08-14 | Reicher, Joni; Rice, Debbie; Warner, ADelmise | Rice, Debbie; Warner, Adelmise; Reicher, Joni | Email with attachments | 3 | Re: Confidential and Privileged: AG; image0.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 159 | | 2021-08-14 to 2021-08-15 | Warner, Adelmise; Reicher, Joni | Reicher, Joni; Rice, Debbie; Warner, Adelmise | Email | 2 | Re: Employees/witnesses | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 160 | | 2021-08-14 to 2021-08-15 | Reicher, Joni; Rice, Debbie; Adams, Kate; Rosenstock, Josh | Adams, Kate; O'Brien, Deirdre; Rice, Debbie; Warner, Adelmise; Waldo, Jen; Reicher, Joni; Low, Stella; Huguet, Kristin; Perez, Isela; Tulley, Rachel; Holter, Heidi | Email | 3 | Re: ER update-privileged and confidential (AG) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 161 | | 2021-08-15 | O'Brien, Deirdre; Reicher, Joni | Reicher, Joni; Adams, Kate; Rice, Debbie; Warner, Adelmise; Perez, Isela; O'Brien, Deirdre | Email with attachments | 6 | Re: ATTORNEY CLIENT PRIVILEGED: Issue Confirmation; DRAFT talking points - AG EE_Witnesses .pages; Confirmation of Issues copy v2 8.9.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 162 | | 2021-08-15 | Reicher, Joni; **Adams, Kate**; O'Brien, Deirdre | **Adams, Kate**; O'Brien, Deirdre; **Rice, Debbie**; Warner, Adelmise; **Perez, Isela**; Reicher, Joni | Email | 2 | Re: ATTORNEY CLIENT PRIVILEGED: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 163 | | 2021-08-16 | Reicher, Joni | Warner, Adelmise; **Rice, Debbie**; Waldo, Jen; Reicher, Joni | Calendar File | 1 | ACP AG sync | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 164 | | 2021-08-16 | **Rice, Debbie** | **Adams, Kate**; O'Brien, Deirdre; Waldo, Jen; Reicher, Joni; Warner, Adelmose; Huguet, Kristin; **Perez, Isela** | Email | 1 | AG issue confirmation/ready to send | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 165 | | 2021-08-17 | Warner, Adelmise | | Document | 2 | Talking Points - PBPs and ER (8.16.21).pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations, and the termination of Plaintiff's employment, performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 166 | | 2021-08-17 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie**; **Perez, Isela** ; Warner, Adelmise | Email | 3 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 167 | | 2021-08-17 | Reicher, Joni; Okpo, Ekelemchi | Okpo, Ekelemchi; Warner, Adelmise; **Rice, Debbie**; **Perez, Isela**; Reicher, Joni | Email | 3 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 168 | | 2021-08-17 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie**; **Perez, Isela**; Perry, Jessica R.; Warner, Adelmise | Email | 4 | Re: ACP: Fwd: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 169 | | 2021-08-16 to 2021-08-17 | Reicher, Joni; Waibel, Jenna | Waibel, Jenna; Warner, Adelmise; **Rice, Debbie**; **Perez, Isela**; Rubenstein, **Debra**; Reicher, Joni | Email | 5 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 170 | | 2021-08-16 to 2021-08-17 | Waibel, Jenna; Warner, Adelmise; Reicher, Joni | Warner, Adelmise; Reicher, Joni; **Rice, Debbie**; **Perez, Isela**; Rubenstein, **Debra**; Waibel, Jenna | Email | 5 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 171 | | 2021-08-16 to 2021-08-17 | Waibel, Jenna; **Rubenstein, Debra**; **Perez, Isela**; **Rice, Debbie**; Warner, Adelmise; Reicher, Joni | **Rubenstein, Debra**; **Perez, Isela**; **Rice, Debbie**; Warner, Adelmise; Reicher, Joni; Waibel, Jenna; Johnson, Carl; Schmidt, Elizabeth; Jain, Antone; Waibel, Jenna | Email | 7 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 172 | | 2021-08-16 to 2021-08-17 | Warner, Adelmise; **Rice, Debbie**; Waibel, Jenna; Reicher, Joni | Waibel, Jenna; Reicher, Joni; **Rice, Debbie**; **Perez, Isela**; Rubenstein, **Debra**; Warner, Adelmise | Email | 5 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 173 | | 2021-08-16 to 2021-08-17 | **Rubenstein, Debra**; Waibel, Jenna; **Rice, Debbie**; Warner, Adelmise; Reicher, Joni | Waibel, Jenna; **Rice, Debbie**; Warner, Adelmise; Reicher, Joni; **Perez, Isela**; Rubenstein, Debra | Email | 6 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 174 | | 2021-08-16 | Warner, Adelmise; Reicher, Joni; Waibel, Jenna | Reicher, Joni; Waibel, Jenna; **Rice, Debbie**; **Perez, Isela**; Rubenstein, **Debra**; Warner, Adelmise | Email | 4 | Re: Privileged & Confidential-- meeting notes with AG from 7/7/2021 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 175 | | 2021-08-17 | **Rice, Debbie**; Reicher, Joni; Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; **Perez, Isela**; **Rice, Debbie** | Email | 4 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 176 | | 2021-08-17 | Warner, Adelmise; Rice, Debbie; Reicher, Joni; Okpo, Ekelemchi | Rice, Debbie; Reicher, Joni; Perez, Isela; Okpo, Ekelemchi; Warner, Adelmise | Email | 3 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 177 | | 2021-08-17 | Okpo, Ekelemchi; Reicher, Joni; Perez, Isela; Warner, Adelmise; Perry, Jessica | Reicher, Joni; Perez, Isela; Warner, Adelmise; Rice, Debbie; Perry, Jessica R.; Okpo, Ekelemchi | Email | 5 | Re: ACP: Response to AG's 8/16 email | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 178 | | 2021-08-18 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 5 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 179 | | 2021-08-18 | Waibel, Jenna | Schmidt, Elizabeth; Rubenstein, Debra | Email | 4 | Meeting notes for 7/7/21 meeting with Ashley Gjovik | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 180 | | 2021-08-18 to 2021-08-19 | Okpo, Ekelemchi; Rice, Debbie | Rice, Debbie; Perez, Isela; Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Email | 2 | Re: ACP Data Request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 181 | | 2021-08-19 to 2021-08-20 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 4 | Re: ACP - Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 182 | | 2021-08-20 | Okpo, Ekelemchi | Warner, Adelmise; Rice, Debbie | Email with attachments | 3 | ACP: APPROVAL REQUEST: Backup Collection and Email/Communications Preservation; Backup preserve.numbers | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 183 | | 2021-08-19 to 2021-08-20 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 4 | Re: ACP - Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 184 | | 2021-08-20 | Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; Rice, Debbie; Perez, Isela | Email | 4 | ACP Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 185 | | 2021-08-20 | Warner, Adelmise; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Reicher, Joni; Perez, Isela; Warner, Adelmise | Email | 4 | Re: ;DRAFT REPLY....Fwd: ACP: Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 186 | | 2021-08-20 | Warner, Adelmise; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Reicher, Joni; Perez, Isela; Warner, Adelmise | Email | 5 | Re: ACP: Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 187 | | 2021-08-20 | Rice, Debbie; Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; Perez, Isela; Rice, Debbie | Email | 4 | Re: ACP: Fwd: Welcome and Prep Work | AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 188 | | 2021-08-14 to 2021-08-20 | Reicher, Joni; Tulley, Rachel; Warner, Adelmise; Rice, Debbie; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Rice, Debbie; O'Brien, Deirdre; Adams, Kate; Warner, Adelmise; Low, Stella; Rosenstock, Josh; Huguet Quayle, Kristin; Waldo, Jen; Perez, Isela; Tulley, Rachel; Reicher, Joni | Email with attachments | 7 | Fwd: ER update-privileged and confidential (AG issue confirmation/next steps); PastedGraphic-46.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 189 | | 2021-08-14 to 2021-08-20 | Rice, Debbie; Reicher, Joni; Tulley, Rachel; Warner, Adelmise; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Reicher, Joni; O'Brien, Deirdre; Adams, Kate; Warner, Adelmise; Low, Stella; Rosenstock, Josh; Huguet Quayle, Kristin; Waldo, Jen; Perez, Isela; Tulley, Rachel; Rice, Debbie | Email | 6 | Re: ER update-privileged and confidential (AG issue confirmation/next steps) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 190 | | 2021-08-19 to 2021-08-20 | Perez, Isela; Reicher, Joni; Warner, Adelmise; Rice, Debbie; Farah, Dori | Warner, Adelmise; Rice, Debbie; Reicher, Joni; Waldo, Jen; Perez, Isela | Email | 3 | Re: Privileged and Confidential - AG - PSQ Employee | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 191 | | 2021-08-20 to 2021-08-21 | Rice, Debbie; Warner, Adelmise; Okpo, Ekelemchi | Warner, Adelmise; Reicher, Joni; Perez, Isela; Rice, Debbie | Email | 5 | Re: ;DRAFT REPLY....Fwd: ACP: Fwd: Welcome and Prep Work \| AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 192 | | 2021-08-20 to 2021-08-21 | Warner, Adelmise; Rice, Debbie; Okpo, Ekelemchi; Reicher, Joni | Reicher, Joni; Rice, Debbie; Perez, Isela; Warner Adelmise; Reicher, Joni | Email | 5 | Re: ;DRAFT REPLY....Fwd: ACP: Fwd: Welcome and Prep Work \| AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 193 | | 2021-08-20 to 2021-08-21 | Reicher, Joni; Rice, Debbie; Warner, Adelmise; Okpo, Ekelemchi | Rice, Debbie; Warner, Adelmise; Perez, Isela; Reicher, Joni | Email | 5 | Re: ;DRAFT REPLY....Fwd: ACP: Fwd: Welcome and Prep Work \| AU Race & Justice | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 194 | | 2021-08-21 | Rice, Debbie | Okpo, Ekelemchi; Reicher, Joni; Warner, Adelmise; Perez, Isela | Email | 1 | Response to AG-privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 195 | | 2021-08-14 to 2021-08-22 | Rice, Debbie; Reicher, Joni; Tulley, Rachel; Warner, Adelmise; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Reicher, Joni; O'Brien, Deirdre; Adams, Kate; Warner, Adelmise; Low, Stella; Rosenstock, Josh; Huguet Quayle, Kristin; Waldo, Jen; Perez, Isela; Tulley, Rachel; Rice, Debbie | Email | 8 | Re: ER update-privileged and confidential (AG issue confirmation/next steps) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 196 | | 2021-08-14 to 2021-08-22 | Rice, Debbie; Reicher, Joni; Tulley, Rachel; Warner, Adelmise; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Reicher, Joni; O'Brien, Deirdre; Adams, Kate; Warner, Adelmise; Low, Stella; Rosenstock, Josh; Huguet Quayle, Kristin; Waldo, Jen; Perez, Isela; Tulley, Rachel; Rice, Debbie | Email | 7 | Re: ER update-privileged and confidential (AG issue confirmation/next steps) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 197 | | 2021-08-23 | Waibel, Jenna | | Document | 11 | A. Gjovik Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 198 | | 2021-08-23 | Okpo, Ekelemchi | | Document | 6 | Helen Polkes - 8:23:21 Interview .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 199 | | 2021-08-23 | Reicher, Joni; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Warner, Adelmise; Perez, Isela; Reicher, Joni | Email | 5 | Re: ACP - Fwd: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 200 | | 2021-08-23 | Warner, Adelmise; Waibel, Jenna | Waibel, Jenna; Rice, Debbie; Reicher, Joni; Perez, Isela; Warner, Adelmise | Email with attachments | 23 | Re: Privileged & Confidential--Fwd: Ashley Gjovik/Dan - 4/29 Meeting Notes; A. Gjovik Interview Notes.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 201 | | 2021-08-23 | Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; Rice, Debbie; Perez, Isela | Email | 4 | ACP - Fwd: Welcome and Prep Work \| AU Race & Justice | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 202 | | 2021-08-23 | Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Reicher, Joni; Rice, Debbie; Perez, Isela; Okpo, Ekelemchi; Warner, Adelmise | Email | 5 | Re: ACP - Fwd: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 203 | | 2021-08-23 | Warner, Adelmise; Perez, Isela; Reicher, Joni; Okpo, Ekelemchi | Perez, Isela; Reicher, Joni; Rice, Debbie; Warner, Adelmise | Email | 6 | Re: ACP JR Follow up questions Fwd: ACP - Fwd: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 204 | | 2021-08-23 | Okpo, Ekelemchi; Reicher, Joni | Reicher, Joni; Warner, Adelmise; Rice, Debbie; Perez, Isela; Okpo, Ekelemchi | Email | 1 | Re: ACP AG Timeline | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 205 | | 2021-08-24 | Okpo, Ekelemchi | | Spreadsheet | 1 | AG_INC080053657_Peer_Feedback.xlsx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 206 | | 2021-08-23 to 2021-08-24 | Okpo, Ekelemchi; Warner, Adelmise; Rice, Debbie | Warner, Adelmise; Rice, Debbie; Reicher, Joni; Perez, Isela; Okpo, Ekelemchi | Email | 7 | Re: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 207 | | 2021-08-24 | Rice, Debbie; Okpo, Ekeelmchi | Okpo, Ekelemchi; Reicher, Joni; Warner, Adelmise; Perez, Isela; Rice, Debbie | Email | 6 | Re: ACP - Fwd: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 208 | | 2021-08-24 | Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; Rice, Debbie; Perez, Isela | Email with attachments | 13 | Fwd: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 209 | | 2021-08-23 to 2021-08-24 | Warner, Adelmise; Rice, Debbie; Okpo, Ekelemchi | Rice, Debbie; Warner, Adelmise | Email | 7 | Re: Employee Relations Investigation: Ashley Gjovik's Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 210 | | 2021-08-24 to 2021-08-25 | Warner, Adelmise; Rice, Debbie | Rice, Debbie; Reicher, Joni; Waldo, Jen; Warner, Adelmise | Email | 5 | Re: AG Historical Peer feedback for legal matter-privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 211 | | 2021-08-23 to 2021-08-25 | Okpo, Ekelemchi; Warner, Adelmise; Rice, Debbie; Debbie; Perry, Jessica | Warner, Adelmise; Rice, Debbie; Perez, Isela; Okpo, Ekelemchi; Graham, Lara | Email | 2 | Re: Gjovik - Chart of Witnesses and Claims | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 212 | | 2021-08-26 | Okpo, Ekelemchi | | Document | 10 | Dan West - 8:26:21 Interview .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 213 | | 2021-08-14 to 2021-08-26 | Huguet, Kristin; Waldo, Jen; Tulley, Rachel; Reicher, Joni; Warner, Adelmise; Rice, Debbie; Low, Stella; Rosenstock, Josh; O'Brien, Deirdre | O'Brien, Deirdre; Adams, Kate; Waldo, Jen; Marker-Ok, Kym; Warner, Adelmise; Rice, Debbie; Low, Stella; Rosenstock, Josh; Perez, Isela; Tulley, Rachel; Reicher, Joni; Raspe, Kristina; Huguet, Kristin | Email with attachments | 13 | Re: ER update-privileged and confidential (AG issue confirmation/next steps); PastedGraphic-2.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 214 | | 2021-08-26 | Rice, Debbie; Warner, Adelmise; Huguet, Kristin | DeMario, Tony; Warner, Adelmise; Rice, Debbie; Waldo, Jen; Reicher, Joni; Low, Stella; Whye, Barbara; Loewe, Dylan; Rubin, Isaac | Email | 5 | Fwd: The Information - Apple Was the Most Secretive Company in Tech. Then it Developed a Slack Habit. | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 215 | | 2021-08-26 | Waldo, Jen | O'Brien, Deirdre; Adams, Kate; Rice, Debbie; Reicher, Joni; Warner, Adelmise; Marker-Ok, Kym; Quayle, Kristin Huguet; Holter, Heidi; Waldo, Jen | Email | 5 | ACP Slack Updates | 08.26.21 | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 216 | | 2021-08-25 to 2021-08-26 | Okpo, Ekelemchi; Rice, Debbie; Perry, Jessica | Rice, Debbie; Warner, Adelmise; Reicher, Joni; Perez, Isela; Okpo, Ekelemchi; Graham, Lara | Email with attachments | 4 | Re: Gjovik - Chart of Witnesses and Claims With Gjovik Revisions; Chart of Witnesses and Claims 4154-1082-1425 3.xlsx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 217 | | 2021-08-25 to 2021-08-26 | Okpo, Ekelemchi; Rice, Debbie; Warner, Adelmise | Rice, Debbie; Reicher, Joni; Warner, Adelmise; Perez, Isela; Okpo, Ekelemchi | Email | 5 | Re: ACP - Draft Revised Issue Confirmation | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 218 | | 2021-08-26 | Reicher, Joni | Rice, Debbie | Email with attachments | 3 | Draft ACP; Draft Exit Outcomes ACP.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 219 | | 2021-08-27 | Okpo, Ekelemchi | Perez, Isela; Rice, Debbie; Warner, Adelmise | Email | 3 | ACP - Search Request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 220 | | 2021-08-27 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 6 | Re: APPLE CONFIDENTIAL: Issue Confirmation | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 221 | | 2021-08-26 to 2021-08-27 | Okpo, Ekelemchi; **Perez, Isela; Rice, Debbie** | **Perez, Isela; Rice, Debbie;** Warner, Adelmise; Okpo, Ekelemchi | Email | 4 | Re: ACP - Search Request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 222 | | 2021-08-16 to 2021-08-27 | **Perez, Isela;** Warner, Adelmise; **Rice, Debbie** | Warner, Adelmise; **Rice, Debbie; Perez, Isela** | Email with attachments | 8 | Re: Privileged and Confidential - AG Open items (accommodations request); Privileged and Confidential Gjovik Accommodation Letter.docx | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the evaluation and response to plaintiffs workers compensation claims and accommodation requests, reflecting legal advice and strategy, and in anticipation of litigation. |
| 223 | | 2021-08-27 to 2021-08-28 | **Polinsky, Melissa Marrus**; **Rice, Debbie** | **Rice, Debbie**; Reicher, Joni; **Polinsky, Melissa** | Email | 4 | Re: [TIME SENSITIVE] Request for comment from The Verge | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 224 | | 2021-08-28 | **Polinsky, Melissa Marrus** | **Rice, Debbie**; Reicher, Joni | Email | 3 | Fwd: [TIME SENSITIVE] Request for comment from The Verge | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 225 | | 2021-08-14 to 2021-08-29 | **Rice, Debbie;** Huguet, Kristin; Waldo, Jen; Tulley, Rachel; Reicher, Joni; Warner, Adelmise; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Perry, Jessica; Warner, Adelmise; **Perez, Isela**; Huguet, Kristin; O'Brien, Deirdre; **Adams, Kate**; Waldo, Jen; Marker-ok, Kym; Warner, Adelmise; **Rice, Debbie**; Low, Stella; Rosenstock, Josh; Tulley, Rachel; Reicher, Joni; Raspe, Kristina | Email with attachments | 42 | Re: Coverage Summary - employee issues on social and in media; Social Media and Online Communications | People.pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 226 | | 2021-08-30 | Okpo, Ekelemchi | | Document | 3 | Mike Ertell - 8:30:21 Interview .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 227 | | 2021-08-30 | Waibel, Jenna | Jain, Antone; Johnson, Carl; **Rubenstein, Debra**; Polkes, Helen; **Perez, Isela**; Waibel, Jenna; Thomas, Robert | Calendar File | 1 | EHS/ AG Follow up sync | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 228 | | 2021-08-14 to 2021-08-30 | Waldo, Jen; Huguet, Kristin; Tulley, Rachel; Reicher, Joni; Warner, Adelmise; **Rice, Debbie**; Low, Stella; O'Brien, Deirdre; Rosenstock, Josh | Quayle, Kristin Huguet; Waldo, Jen; O'Brien, Deirdre; **Adams, Kate**; Marker-Ok, Kym; Warner, Adelmise; **Rice, Debbie**; Low, Stella; Rosenstock, Josh; **Perez, Isela**; Tulley, Rachel; Reicher, Joni; Whye, Barbara | Email with attachments | 16 | Re: Coverage Summary - employee issues on social and in media; PastedGraphic-73.png; 552c159b-b0c5-46fd-800e-8d891892fefc.png; PastedGraphic-6.png; PastedGraphic-76.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 229 | | 2021-08-30 | Reicher, Joni; **Rice, Debbie** | **Rice, Debbie**; Quayle, Kristin Huguet; Sainz, Fred; Reicher, Joni | Email | 6 | Re: Additional info re iCloud@Apple | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 230 | | 2021-08-26 to 2021-08-30 | Okpo, Ekelemchi; Warner, Adelmise; **Perez, Isela; Rice, Debbie** | Warner, Adelmise; **Perez, Isela; Rice, Debbie**; Okpo, Ekelemchi | Email | 5 | Re: ACP - Search Request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 231 | | 2021-08-30 to 2021-08-31 | Waldo, Jen; O'Brien, Deirdre; McLeod, Eddie | O'Brien, Deirdre; Waldo, Jen; **Adams, Kate; Rice, Debbie**; Reicher, Joni; Quayle, Kristin Huguet; Marker-Ok, Kym; Warner, Adelmise; Waldo, Jen | Email | 8 | Re: ACP Slack Updates | 08.30.21 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 232 | | 2021-08-30 to 2021-08-31 | **Adams, Kate**; O'Brien, Deirdre; Waldo, Jen; McLeod, Eddie | O'Brien, Deirdre; Waldo, Jen; **Rice, Debbie**; Reicher, Joni; Quayle, Kristin Huguet; Marker-Ok, Kym; Warner, Adelmise | Email | 8 | Re: ACP Slack Updates | 08.30.21 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 233 | | 2021-08-20 to 2021-08-31 | Polkes, Helen; **Perez, Isela**; Johnson, Carl; **Rubenstein, Debra**; Waibel, Jenna; Jain, Antone | **Perez, Isela**; Johnson, Carl; **Rubenstein, Debra**; Waibel, Jenna; Jain, Antone; Thomas, Robert; Polkes, Helen | Email | 6 | Re: SD01 - upcoming EHS meeting w employee - [Privileged & Confidential- attorney work product] | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 234 | | 2021-08-20 to 2021-08-31 | **Rubenstein, Debra**; Polkes, Helen; Jain, Antone; Waibel, Jenna; **Perez, Isela** | Polkes, Helen; Johnson, Carl; Thomas, Robert; Jain, Antone; **Perez, Isela**; Waibel, Jenna; **Rubenstein, Debra** | Email | 5 | Re: SD01 - upcoming EHS meeting w employee - [Privileged & Confidential- attorney work product] | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 235 | | 2021-08-20 to 2021-08-31 | Polkes, Helen; Waibel, Jenna; **Rubenstein, Debra**; Jain, Antone; **Perez, Isela** | Waibel, Jenna; **Perez, Isela**; Jain, Antone; Thomas, Robert; Johnson, Carl; **Rubenstein, Debra**; Polkes, Helen | Email | 6 | Re: SD01 - upcoming EHS meeting w employee - [Privileged & Confidential- attorney work product] | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 236 | | 2021-08-31 to 2021-09-01 | Warner, Adelmise; **Rice, Debbie;** Emery, Kathleen | **Rice, Debbie;** Perez, Isela; Warner, Adelmise | Email | 2 | Re: Ashley Gjovik. Case HRC000019497 (complaint re ear scan invitation) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 237 | | 2021-08-31 to 2021-09-01 | **Rice, Debbie;** Emery, Kathleen | Warner, Adelmise; **Perez, Isela; Rice, Debbie** | Email | 3 | Fwd: Ashley Gjovik. Case HRC000019497 (complaint re ear scan invitation) | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 238 | | 2021-08-31 to 2021-09-01 | **Rice, Debbie;** Emery, Kathleen | Emery, Kathleen; Warner, Adelmise; **Rice, Debbie** | Email | 1 | Re: Ashley Gjovik. Case HRC000019497 | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 239 | | 2021-09-02 | Polkes, Helen | Jain, Antone; Johnson, Carl; **Rubenstein, Debra;** Polkes, Helen; **Perez, Isela;** Waibel, Jenna; Thomas, Robert | Calendar File | 1 | EHS/ AG Follow up sync | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 240 | | 2021-07-20 to 2021-09-02 | Jain, Antone; Waibel, Jenna; **Perez, Isela;** Polkes, Helen; **Rubenstein, Debra** | Waibel, Jenna; **Perez, Isela; Rubenstein, Debra;** Polkes, Helen; Okpo, Ekelemchi; Jain, Antone; Johnson, Carl; Thomas, Robert | Email | 16 | Re: Privileged & Confidential- Meeting notes from 7/7/21 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 241 | | 2021-09-01 to 2021-09-02 | Warner, Adelmise; **Perez, Isela; Rice, Debbie** | **Perez, Isela; Rice, Debbie;** Warner, Adelmise | Email | 3 | Re: Wiping of Device Qs related to A.G. | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 242 | | 2021-09-01 to 2021-09-02 | **Rice, Debbie;** Warner, Adelmise; **Perez, Isela;** Reicher, Joni; Ternus, John | Warner, Adelmise; **Perez, Isela;** Reicher, Joni; **Rice, Debbie** | Email | 3 | Re: Internal application | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 243 | | 2021-09-03 | Waldo, Jen | O'Brien, Deirdre; **Adams, Kate;** Quayle, Kristin Huguet; **Rice, Debbie;** Reicher, Joni; Warner, Adelmise; Marker-Ok, Kym; Whye, Barbara; Holter, Heidi | Email | 12 | ACP Slack Updates | 09.03.21 | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 244 | | 2021-09-03 | Warner, Adelmise; **Rice, Debbie;** Okpo, Ekelemchi; Reicher, Joni | **Rice, Debbie;** Reicher, Joni; **Perez, Isela;** Warner, Adelmise;Huguet, Kristin; Waldo, Jen | Email with attachments | 8 | Re: ACP - Fwd: Meeting Request; PastedGraphic-1.png; Screenshot 2021-09-03 at 2.58.06 PM.png; image.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 245 | | 2021-09-03 | Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; **Rice, Debbie; Perez, Isela** | Email with attachments | 5 | ACP - Fwd: Meeting Request; PastedGraphic-1.png | Attorney Client Privilege | Attorney-client privileged documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 246 | | 2021-09-02 to 2021-09-03 | Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie; Perez, Isela;** Warner, Adelmise | Email | 3 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 247 | | 2021-09-02 to 2021-09-03 | Okpo, Ekelemchi; Warner, Adelmise; Reicher, Joni | Warner, Adelmise; Reicher, Joni; **Rice, Debbie; Perez, Isela;** Okpo, Ekelemchi | Email | 2 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 248 | | 2021-09-02 to 2021-09-03 | Reicher, Joni; Warner, Adelmise; **Perez, Isela; Rice, Debbie;** Okpo, Ekelemchi | Warner, Adelmise; **Perez, Isela; Rice, Debbie;** Reicher, Joni; Okpo, Ekelemchi | Email | 3 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 249 | | 2021-09-02 to 2021-09-03 | Reicher, Joni; **Perez, Isela; Rice, Debbie;** Warner, Adelmise; Okpo, Ekelemchi | **Perez, Isela; Rice, Debbie;** Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Email | 2 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 250 | | 2021-09-02 to 2021-09-03 | **Rice, Debbie;** Reicher, Joni; Warner, Adelmise; **Perez, Isela;** Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; **Perez, Isela;** Okpo, Ekelemchi; **Rice Debbie** | Email | 3 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 251 | | 2021-09-02 to 2021-09-03 | Rice, Debbie; Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Warner, Adelmise; Reicher, Joni; Perez, Isela; Okpo, Ekelemchi; Rice, Debbie | Email | 2 | Re: ACP: Prep for AG Follow up | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 252 | | 2021-09-07 | Okpo, Ekelemchi | | Document | 4 | ACP AG Investigation summary key issues .numbers | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 253 | | 2021-096-03 to 2021-09-07 | Warner, Adelmise; Reicher, Joni; Okpo, Ekelemchi | Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 5 | Re: ACP - Fwd: Meeting Request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 254 | | 2021-09-07 | Adams, Kate; Rosenstock, Josh | Rosenstock, Josh; Rice, Debbie; O'Brien, Deirdre; Whye, Barbara; Low, Stella; Reicher, Joni; Quayle, Kristin Huguet; Waldo, Jen; Marker-Ok, Kym; Holter, Heidi; Acevedo, Diego; Warner, Adelmise | Email | 2 | Re: CNBC segment and additional tweets | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 255 | | 2021-09-01 to 2021-09-07 | Warner, Adelmise; Rice, Debbie; Polinsky, Melissa; Perez, Isela; Temus, John | Rice, Debbie; Ferguson, James; Reicher, Joni; Perez, Isela; Warner, Adelmise; Bowman, Megan; Temus, John; Polinsky, Melissa; DeMario, Tony | Email | 5 | Re: (AG) Fwd: Internal application (Glimmer/Gobbler) privileged and confidential | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 256 | | 2021-09-07 to 2021-09-08 | Okpo, Ekelemchi; Rice, Debbie; Perry, Jessica | Rice, Debbie; Jessica Perry; Reicher, Joni; Warner, Adelmise; Perez, Isela; Okpo, Ekelemchi | Email | 4 | Re: Draft - Response to AG | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 257 | | 2021-09-07 to 2021-09-08 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 4 | Re: ACP - Fwd: Meeting Request | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 258 | | 2021-09-07 to 2021-09-08 | Warner, Adelmise; Okpo, Ekelemchi | Okpo, Ekelemchi; Reicher, Joni; Rice, Debbie; Perez, Isela; Warner, Adelmise | Email | 5 | Re: Meeting Request | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 259 | | 2021-09-08 | Rice, Debbie; Warner, Adelmise | Emery, Kathleen; Warner, Adelmise; Rice Debbie | Email | 1 | Re: Ashley Gjovik Case HRC000045789 | Attorney Client Privilege | Attorney-client privileged communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 260 | | 2021-09-09 | Warner, Adelmise | O'Brien, Deirdre; Adams, Kate; Rice, Debbie; Reicher, Joni; Waldo, Jen; Perez, Isela | Email | 1 | Confidential and Privileged: AG | Attorney Client Privilege | Attorney-client privileged communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 261 | | 2021-09-09 | Perez, Isela; Warner, Adelmise; Kagramanov, Aleks, Reicher, Joni | | Messages with attachments | 8 | Direct message Adelmise Rosemé Warner, Aleks Kagramanov and 2 others - 2021-09-09 (UTC).pdf | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations, performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and the termination of Plaintiff's employment, reflecting legal advice and strategy. |
| 262 | | 2021-09-09 | Okpo, Ekelemchi | | Document | 3 | ACP - Investigation Summary A. Gjovik.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 263 | | 2021-09-09 | Bowman, Megan | | Document | 2 | Privileged and Confidnetial - AG Term Letter DRAFT.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents prepared at the direction of legal counsel and reflecting attorney edits and mental impressions regarding the termination of Plaintiff's employment, and in anticipation of litigation. |
| 264 | | 2021-09-09 | Reicher, Joni | Warner, Adelmise; Rice, Debbie; O'Brien, Deirdre; Okpo, Ekelemchi; Perez, Isela; Waldo, Jen; Reicher, Joni; Adams, Kate; Quayle, Kristin Huguet; Polinsky, Melissa; Jacobs, Sophi | Calendar File | 2 | Attorney client privileged - AG | Attorney Client Privilege | Attorney-client privileged communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 265 | | 2021-07-20 to 2021-09-09 | Waibel, Jenna; Rubenstein, Debra; Perez, Isela; Jain, Antone | Rubenstein, Debra; Perez, Isela; Jain, Antone; Polkes, Helen; Waibel, Jenna | Email | 19 | Re: Privileged & Confidential- Meeting notes from 7/7/21 | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 266 | | 2021-09-08 to 2021-09-09 | Okpo, Ekelemchi; Warner, Adelmise | Warner, Adelmise; Reicher, Joni; Rice, Debbie; Perez, Isela; Okpo, Ekelemchi | Email | 2 | Re: ACP - 9/8/21 draft response | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 267 | | 2021-09-08 to 2021-09-09 | Warner, Adelmise; Reicher, Joni, **Perez, Isela**; **Rice, Debbie**; Okpo, Ekelemchi | Reicher, Joni; **Perez, Isela**; **Rice, Debbie**; Warner, Adelmise | Email | 4 | Re: ACP - 9/8/21 draft response | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 268 | | 2021-09-09 | Reicher, Joni | O'Brien, Deirdre; **Adams, Kate**; Warner, Adelmise; Waldo, Jen; **Perez, Isela**; **Rice, Debbie** | Email with attachments | 2 | ACP Investigation findings; ACP AG Executive Summary Keynote (9.9.21 Debrief).key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 269 | | 2021-09-09 | Kagramanov, Aleks | O'Brien, Deirdre; Reicher, Joni; Warner, Adelmise; **Rice, Debbie**; **Perez, Isela**; | Email with attachments | 6 | Re: AG Emails; Screen Shot 2021-09-09 at 3.56.31 PM.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 270 | | 2021-09-09 | Warner, Adelmise; Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie**; **Perez, Isela**; Warner, Adelmise | Okpo, Ekelemchi; Reicher, Joni; **Rice, Debbie**; **Perez, Isela**; Warner, Adelmise | Email | 6 | Re: Meeting Request | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 271 | | 2021-09-09 | **Perez, Isela**; Bertolus, Yannick; Waldo, Jen | Bertolus, Yannick; Bowman, Megan; Reicher, Joni; Warner, Adelmise; Waldo, Jen; **Perez, Isela** | Email with attachments | 5 | Re: Attorney Client Privileged | Term Letter; Privileged and Confidential - AG Term Letter DRAFT.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 272 | | 2021-09-09 | Kagramanov, Aleks | DeMario, Tony; **Jacobs, Sophi** | Email with attachments | 2 | AG Intro Email Draft; AG Intro Email.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 273 | | 2021-09-07 to 2021-09-09 | Kagramanov, Aleks; Warner, Adelmise; **Perez, Isela**; **Rice, Debbie** | Warner, Adelmise; **Perez, Isela**; **Polinsky, Melissa** Marrus; **Rice, Debbie**; **Jacobs, Sophi**; Kagramanov, Aleks | Email with attachments | 20 | Re: (AG) Fwd: Internal application (Glimmer/Gobbler) privileged and confidential; AG Talking Points.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiff's unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 274 | | 2021-09-09 | Reicher, Joni; Warner, Adelmise; **Perez, Isela** | Warner, Adelmise; **Perez, Isela**; **Rice, Debbie**; Waldo, Jen; Reicher, Joni | Email | 2 | Re: ACP AG Security reach out | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiff's unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 275 | | 2021-09-08 to 2021-09-09 | Reicher, Joni | **Jacobs, Sophi**; **Perez, Isela**; Warner, Adelmise; **Rice, Debbie** | Email | 1 | Re: ACP meeting tomorrow | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiff's unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 276 | | 2021-09-09 | **Rice, Debbie**; Reicher, Joni; Warner, Adelmise; **Perez, Isela** | Reicher, Joni; Warner, Adelmise; **Perez, Isela**; Waldo, Jen; **Rice, Debbie** | Email | 2 | Re: ACP AG Security reach out | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiff's unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 277 | | 2021-09-09 | Warner, Adelmise; **Jacobs, Sophi** | **Jacobs, Sophi**; Kagramanov, Aleks; **Perez, Isela**; Reicher, Joni; Warner, Adelmise | Email with attachments | 3 | Re: Confidential and Privileged; utf-8''Ashley%20Gj%C3%B8vik.vcf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiff's unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 278 | | 2021-09-09 | **Perez, Isela**; Reicher, Joni; Bertolus, Yannick; Waldo, Jen | Reicher, Joni; Warner, Adelmise; **Perez, Isela**; Bertolus, Yannick; Waldo, Jen | Email | 2 | Re: Attorney Client Privileged | Term Letter | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 279 | | 2021-09-08 to 2021-09-09 | **Perez, Isela**; Reicher, Joni; Warner, Adelmise; Okpo, Ekelemchi; **Rice, Debbie** | Reicher, Joni; Warner, Adelmise; **Rice, Debbie**; **Perez, Isela**; Okpo, Ekelemchi | Email | 4 | Re: ACP - 9/8/21 draft response | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 280 | | 2021-09-08 to 2021-09-09 | **Perez, Isela**; Reicher, Joni; Warner, Adelmise; **Rice, Debbie**; Okpo, Ekelemchi | Reicher, Joni; Warner, Adelmise; **Rice, Debbie**; **Perez, Isela**; Okpo, Ekelemchi | Email | 4 | Re: ACP - 9/8/21 draft response | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 281 | | 2021-09-09 | **Melissa Polinsky** | Reicher, Joni | Email | 1 | AG call | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiff's claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 282 | | 2021-09-10 | Rosenstock, Josh | O'Brien, Deirdre; **Adams, Kate**; Low, Stella; Quayle, Kristin Huguet; **Rice, Debbie**; Waldo, Jen; Marker-Ok, Kym; Reicher, Joni; Warner, Adelmise; **Perez, Isela**; Whye, Barbara; Tulley, Rachel Wolf | Email with attachments | 3 | Coverage Summary - Fri Sept 10 - employee issues; PastedGraphic-3.png | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 283 | | 2021-09-09 to 2021-09-10 | Jenkinson, Christoph; Reicher, Joni; Ford, Donna | Reicher, Joni; **Perez, Isela**; Warner, Adelmise; Jenkinson, Christoph | Email | 4 | Re: ACP Final pay request | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 284 | | 2021-09-09 | Reicher, Joni | Warner, Adelmise; Waldo, Jen; **Perez, Isela; Rice, Debbie** | Email with attachments | 6 | ACP Action items DRAFT working document; ACP AG Actions 9.9.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counselregarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 285 | | 2021-09-10 | Waldo, Jen | O'Brien, Deirdre; **Adams, Kate**; Quayle, Kristin Huguet; **Rice, Debbie**; Reicher, Joni; Warner, Adelmise; Marker-Ok, Kym; Whye, Barbara; Waldo, Jen | Email | 9 | ACP Slack & Twitter Updates | 09.10.21 - 3 pm | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 286 | | 2021-09-10 | Waldo, Jen | **Adams, Kate**; O'Brien, Deirdre; Quayle, Kristin Huguet; Reicher, Joni; Warner, Adelmise; Marker-Ok, Kym; Whye, Barbara; **Rice, Debbie**; Waldo, Jen | Email | 4 | ACP Slack & Twitter Updates | @ 8AM PST 09.10.21 | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding media coverage responses to inquiries and articles reflecting legal advice and strategy, and in anticipation of litigation. |
| 287 | | 2021-09-10 | Warner, Adelmise; Bowman, Megan; **Rice, Debbie**; Reicher, Joni; Waldo, Jen; Bertolus, Yannick | Bowman, Megan; **Rice, Debbie**; Reicher, Joni; Waldo, Jen; **Perez, Isela** | Email | 3 | ATTORNEY CLIENT PRIVILEGED Re: Employment Status | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 288 | | 2021-09-10 | Warner, Adelmise | Waldo, Jen; **Perez, Isela**; Reicher, Joni | Email with attachments | 3 | Confidential and Privileged: AG; IMG_7033.PNG; image0.png | Attorney Client Privilege | Attorney-client privileged communications prepared by employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |
| 289 | | 2021-09-10 | **Perez, Isela**; Reicher, Joni | Reicher, Joni; Bowman, Megan; Warner, Adelmise; Waldo, Jen; **Rice, Debbie; Perez, Isela** | Email with attachments | 3 | Re: ACP - Summary and final termination letter and attachments; GS ER AG Summary to Yannick 9.9.21 Final.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 290 | | 2021-09-10 | Reicher, Joni | **Perez, Isela**; Warner, Adelmise | Email with attachments | 1 | Final termination letter pdf and pages and Enclosures with the termination letter | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 291 | | 2021-09-09 to 2021-09-10 | **Jacobs, Sophi**; Warner, Adelmise; **Perez, Isela; Rice, Debbie**; Carroll, Sue | Warner, Adelmise; **Perez, Isela; Rice, Debbie**; Reicher, Joni; **Jacobs, Sophi**; Carroll, Sue | Email with attachments | 5 | Re: Twitter TOUs [CD035452] Privileged & Confidential; Image from iOS.png | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications prepared by legal counsel and/or employees acting under the direction and supervision of legal counsel regarding the investigation and handling of Plaintiffs unauthorized disclosure of confidential information performed at the direction of legal counsel for the purposes of informing legal advice to Defendant, and in anticipation of litigation. |
| 292 | | 2021-09-09 to 2021-09-10 | Reicher, Joni; **Perez, Isela; Jacobs, Sophi** | **Perez, Isela**; Bowman, Megan; Reicher, Joni; **Rice, Debbie**; DeMario, Tony | Email | 1 | Re: Privileged -- AG System Access | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the termination of Plaintiff's employment reflecting legal advice and strategy, and in anticipation of litigation. |
| 293 | | 2021-09-12 | Okpo, Ekelemchi | | Document | 13 | Summary of Allegations & Coaching .key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 294 | | 2021-09-12 | Okpo, Ekelemchi | | Document | 5 | ACP AG Executive Summary Keynote (9.9.21 Debrief) HW shared copy.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 295 | | 2021-09-12 | Okpo, Ekelemchi | | Document | 12 | ACP Software Engineering Summary Keynote (9.10.21 Debrief) shared copy.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 296 | | 2021-09-13 | Okpo, Ekelemchi | | Document | 25 | ACP HWE and SWE Summary 9.14.21.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 297 | | 2021-09-14 | Okpo, Ekelemchi | | Document | 24 | ACP HWE and SWE Summary 9.14.21 Version 7:30AMTUES.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 298 | | 2021-09-16 | Jain, Antone | Jain, Antone; **Rubenstein, Debra**; Schmidt, Elizabeth; Polkes, Helen; **Perez, Isela**; Waibel, Jenna; **Matarrese, Kyle**; Thomas, Robert | Calendar File | 1 | SD01 EHS comms | Attorney Client Privilege | Attorney-client privileged communications between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation, response and handling of Plaintiffs inquiries and allegations into Environmental Health & Safety issues performed at the direction of legal counsel for the purposes of informing legal advice to Defendant. |

Bold = Attorney

Gjovik v. Apple
Case No. 23-cv-4597-EMC
Apple, Inc. Privilege Log

| Privilege Log No. | Bates No. or Range | Date(s) Represented | Author(s) or Sender(s) | Recipient(s) / Participant(s) | File Category | Pages | Description (e.g. Titles/Subjects Represented) | Protection Asserted | Subject Matter / Basis for Protection |
|---|---|---|---|---|---|---|---|---|---|
| 299 | | 2021-09-17 | Okpo, Ekelemchi | | Document | 23 | ACP - Investigation Summary A. Gjovik - Draft.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 300 | | 2021-09-24 | Okpo, Ekelemchi | | Document | 1 | Closeout plan.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 301 | | 2021-09-27 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik - Draft copy.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 302 | | 2021-09-27 | **Rice, Debbie** | Warner, Adelmise; **Rice, Debbie**; Okpo, Ekelemchi; **Perez, Isela**; **Perry, Jessica** | Calendar File | 1 | AG final investigation report discussion | Attorney Client Privilege | Attorney-client privileged communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 303 | | 2021-09-29 | Okpo, Ekelemchi | | Document | 1 | SWE Witness List.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 304 | | 2021-09-29 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik - Draft copy 2.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 305 | | 2021-10-01 | Warner, Adelmise | **Perry, Jessica R.**; **Rice, Debbie**; **Perez, Isela**; Okpo, Ekelemchi | Email with attachments | 17 | Confidential and Attorney-Client Privileged: Draft Investigation Summary (AG); ACP - Investigation Summary A. Gjovik - Draft copy 2.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents and communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 306 | | 2021-10-05 | **Perry, Jessica** | | Document | 16 | Gjovik - Redlined Investigation Summary A. Gjovik - Draft copy 2.docx (JP Edits).pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 307 | | 2021-10-08 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik - Draft copy 3.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 308 | | 2021-10-10 | Okpo, Ekelemchi | | Document | 22 | Investigation Summary Exhibits.key | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 309 | | 2021-10-10 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik_September 2021 W:Comments.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 310 | | 2021-10-10 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik_September 2021 .pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 311 | | 2021-10-11 | Okpo, Ekelemchi | | Document | 15 | ACP - Investigation Summary A. Gjovik_September 2021 .pdf | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 312 | | 2021-10-12 | Okpo, Ekelemchi | | Document | 11 | Powers - 8.25:21 Interview copy.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 313 | | 2021-09-29 to 2021-10-12 | **Perez, Isela**; Okpo, Ekelemchi; Warner, Adelmise | Okpo, Ekelemchi; **Rice, Debbie**; Warner, Adelmise; Reicher, Joni; **Perez, Isela** | Email | 5 | Re: ACP: Investigation Summary | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected communications sent between legal counsel and employees acting under the direction and supervision of legal counsel regarding the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |
| 314 | | 2021-10-27 | Okpo, Ekelemchi | | Document | 1 | ACP AG Investigation Timeline 9.1.21.pages | Attorney Client Privilege ; Attorney Work Product | Attorney-client privileged and work-product protected documents reflecting the investigation of Plaintiffs claims and allegations by Apple Employee Relations performed at the direction of legal counsel for the purpose of informing legal advice to Defendant, and in anticipation of litigation. |

Bold = Attorney

After a reasonable inquiry based on the documents and information available, we affirm that the documents and communications represented by this privilege log were intended to be handled with strict confidentiality, in compliance with section 20(f) of the Standing Order for Magistrate Judge Kandis A. Westmore. This includes storing documents in restricted locations accessible only to authorized personnel and disclosing communications solely to individuals authorized by legal counsel or acting under their direction.

| Included Names: | Job Title | Business Group |
|---|---|---|
| **Acevedo, Diego** | Corporate Attorney Manager | Legal - HR |
| **Adams, Kate** | Sr.VP | Legal |
| Baylosis, Ed | Environ Hlth/Sfty Manager | Facilities |
| Bertolus, Yannick | SW QE Eng VP | Hardware |
| Bowman, Megan | HR Business Partner Director | BHR Hardware (R&D) |
| Carroll, Sue | Project/Prgm Manager | Trademark & Copyright |
| Creighton, Sue | Environ Hlth/Sfty Manager | Environ. Health & Safety US |
| DeBaene, Austin | Environ Hlth/Sfty Eng | Environ. Health & Safety US |
| DeMario, Tony | Global Security Manager | Investigations & Child Safety |
| Farah, Dori | HR Business Partner Manager | Hardware |
| Ferguson, James | Employee Relations Director | Employee Relations - US |
| Ford, Donna | Payroll Analyst | GBS GBL H2R |
| Gies, Timos | Project Manager | Compliance & Business Conduct |
| **Graham, Lara** | Associate | Orrick, Herrington & Sutcliffe |
| Holter, Heidi | Compensation Sr Director | Compensation |
| Huynh, Tom | Environ Hlth/Sfty Manager | Environ. Health & Safety US |
| **Jacobs, Sophi** | Corporate Attorney Manager | Investigations & Child Safety |
| Jain, Antone | Environ Hlth/Sfty Eng | Environ. Health & Safety US |
| Jenkinson, Christoph | Financial Director | GBS GBL H2R |
| Johnson, Carl | Project/Program Manager | Environ. Health & Safety US |

| | | |
|---|---|---|
| Kagramanov, Aleks | ER Business Partner | Employee Relations - US |
| **Kim, Kwang** | Corporate Attorney Director | Legal - HR |
| Lagares, Antonio | ER Business Partner Manager | Employee Relations - US |
| Loewe, Dylan | Public Relations Director | PR |
| Low, Stella | Public Relations Director | PR |
| Marker-Ok, Kym | HR Business Partner VP | Retail - People |
| **Matarrese, Kyle** | Corporate Attorney | Legal - HR |
| O'Brien, Deirdre | SVP | People and Retail |
| McLeod, Eddie | HR Director | Talent Mobility - US |
| Okpo, Ekelemchi | ER Business Partner | Employee Relations - US |
| **Perez, Isela** | Corporate Attorney Manager | Legal - HR |
| **Perry, Jessica R.** | Counsel | Orrick, Herrington & Sutcliffe |
| **Polinsky, Melissa Marrus** | Corporate Attorney Director | Investigations & Child Safety |
| Polkes, Helen | HR Business Partner Manager | BHR Hardware (R&D) |
| Huguet Quayle, Kristin / Huguet, Kristin | Public Relations VP | PR |
| Raspe, Kristina | Facilities VP | Real Estate & Development |
| Reicher, Joni | Employee Relations Sr Director | People Support Ops and Privacy |
| **Rice, Debbie** | Sr. Director | Legal - HR |
| Richardson, Meagan (or Meg) | ER Business Partner | Employee Relations - US |
| Rosenstock, Josh | Public Relations Sr Director | PR |
| **Rubenstein, Debra** | Legal Counsel | Legal - Real Estate |
| Rubin, Isaac | Writer | PR |
| **Said, Deena** | Corporate Attorney Manager | Compliance & Business Conduct |
| Sainz, Fred | Public Relations Sr Director | PR |
| Schiesl, Dallas | Benefits Analyst | Benefits - US |

| | | |
|---|---|---|
| Schmidt, Elizabeth | Environ Hlth/Sfty Director | Environ. Health & Safety US |
| Shifman, Moshe (Mo) | ER Business Partner Manager | Employee Relations - US |
| Sidlow, Scott | Environ Hlth/Sfty Manager | Environ. Health & Safety US |
| Souza, Emily | ER Business Partner Manager | Employee Relations - US |
| Steiger, Michael | Environ Hlth/Sfty Manager | Environ. Health & Safety US |
| Ternus, John | SVP | Hardware |
| Thomas, Robert | Environ Hlth/Sfty Manager | Environ. Health & Safety US |
| Tulley, Rachel Wolf | Sr PR Manager | PR |
| Waibel, Jenna | ER Business Partner Manager | Employee Relations - US |
| Waldo, Jen | HR Business Partner VP | People |
| Warner, Adelmise | Employee Relations Sr Director | People |
| Whye, Barbara | HR VP | People |

# EXHIBIT B: ISSUE CONFIRMATION

# EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

## TABLE OF CONTENTS

1. **SUMMARY OF CONCERNS** .................................................................................................. 2

2. **SOFTWARE ENGINEERING** ............................................................................................. 4

   A. iOS Release Management Team (2015-2016) ................................................................. 4

      i.   Brad Reigel ........................................................................................................ 4

      ii.   Rob Marini ......................................................................................................... 4

      iii.   Rob Marini, Aron Talburt, & Brad Reigel (aka "RAB") ................................... 5

      iv.   Linda Keshishoglou ........................................................................................... 5

      v.   Venkat Memula ................................................................................................. 6

      vi.   Bodhi Gerfen ..................................................................................................... 6

      vii.   Bill Stevenson ................................................................................................... 7

   B. Spring 2016 Transfer (Component EPM; EFFA EPM) ................................................... 7

      viii.   Stacey Lysik ...................................................................................................... 9

      ix.   Brad Reigel ........................................................................................................ 9

   C. SWE Failure Analysis Team (2016) ............................................................................... 9

      x.   Shandra Rica & Evan Buyze ............................................................................ 10

3. **HARDWARE ENGINEERING** .......................................................................................... 12

   D. Mac Systems Quality (2017-Current) ............................................................................ 12

      xi.   David Powers ..................................................................................................... 12

      xii.   Jason Ivan ......................................................................................................... 17

   E. Product Systems Quality (2017-Current) ....................................................................... 18

      xiii.   Dan West ........................................................................................................... 19

      xiv.   John Basanese ................................................................................................... 22

      xv.   Reed Johnson ..................................................................................................... 23

4. **ADMINISTRATION** .......................................................................................................... 23

   F. Human Resources ........................................................................................................... 23

      xvi.   Helen Polkes ...................................................................................................... 23

   G. Employee Relations ....................................................................................................... 24

      xvii.   Overall .............................................................................................................. 24

      xviii.   Jenna Waibel ..................................................................................................... 25

      xix.   Ekelemchi Okpo ............................................................................................... 28

   H. Apple Real Estate Environment, Health, & Safety ........................................................ 29

      xx.   Overall .............................................................................................................. 29

      xxi.   Michael Steiger ................................................................................................. 31

5. **BOARD OF DIRECTORS** ................................................................................................. 33

   I. Finance & Audit Committee ............................................................................................ 33

      xxii.   Ronald Sugar ..................................................................................................... 33

EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

# 1. Summary of Concerns

**Concerns**
- **Date range of incidents:** 2015 to Current
- **Individuals to be investigated, by organization:**
  - *Software Engineering:* Venkat Memula; Brad Reigel; Rob Marini; Aron Talburt; Shandra Rica; Evan Buyze; Stacey Lysik; Bodhi Gerfen
  - *Hardware Engineering:* Dan West; David Powers; John Basansese; Jason Ivan; Reed Johnson
  - *Human Resources / People Team:* Kristen Michalak; Helen Polkes
  - *Employee Relations:* Jenna Waibel; Ekelemchi Okpo
  - *Environment Health & Safety:* Michael Steiger; Antone Jain
  - *Legal:* Deborah Goldsmith
  - *Board of Directors:* Ronald Sugar
- **Concerns Raised (DRAFT)**:
  - Hostile work env based on sex (2015-current)
  - Hostile work env based on disability (2020-current)
  - Failure to resolve hostile work environment (2015-current)
  - Sexual harassment (2015, 2018, 2019)
  - Civil assault & battery (2015)
  - False imprisonment (2015-6)
  - Negligence & battery (2017-2020)
  - Civil assault (2021)
  - Quid pro quo / bribe (2015)
  - Intentional Infliction of Emotional Distress (2015, 2021)
  - Bullying (2015-2016, 2021)
  - ADA & FMLA violations (2020-2021)
  - Unsafe work conditions (2017-current)
  - Toxic tort, occupational exposure (2017-current)
  - Violation of OSHA laws & Right to Know statute (2017-current)
  - Failure to report workplace injuries (2017, 2019)
  - Failure to seek medical attention for life threatening injury (2017)
  - Retaliation for whistleblowing (2016, 2020, 2021)
  - Retaliation for protected concerted activities (2020-2021)
  - Retaliatory constructive termination (2015, 2016, 2016, 2021)
  - RICO (Unknown-current) Misrepresentation & fraud; Racketeering; Organized witness tampering; Organized intimidation; Corporate corruption; Cronyism & nepotism

**Workers Compensation Claims:**
- Chemical Exposure (# 302174831070001)
  - Filed: 4/26/2021; Dated: 12/4/2019
- Peanut Allergy, Anaphylaxis, & Failure to Provide Medical Treatment (# 302179876420001)
  - Filed: 8/20/2021; Dated: 10/6/2017
- Severe Pertussis due to above Anaphylaxis (# 3021 7987 5030 001)
  - Filed: 8/20/2021; Dated: 10/3/2017

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

**Disability Claim**
- Chemical Exposure (# 302048282250-0001)
    - 2020


**Protected Activities & Whistleblowing:**
- Aug 5, 2021: Planned for weeks to go to the office this day to get my computer with more evidence. I told ER several times. Was then "removed from the workplace" by ER on 8/4.
- Aug 3-4, 2021: working with colleagues to collect evidence of building floor cracks and EHS activities in order to understand safety risk. Notified ER of this.
- Aug 3, 2021: posted in Remote Work Adv reminder that nothing in Apple's policies "should be interpreted as restricting your right to speak freely bout your wages, hours, or working conditions." Added angel & microphone emoji and said "Friendly reminder" while citing Apple's own polices/quotes.
- July 2021: escalated concerns one of our PSQ employees was bragging about smuggling iPods into Syria and running a side business transporting people across the Syria/Lebanon border. Complained about general lawlessness in my org.
- July 26, 2021: post in Women in SWE slack about employment relations concerns – asking if anyone else had issues with ER's handling of complaints, or if they even feel comfortable reporting issues? Lots of responses.
- July 30, 2021: Tweeted me too about EAP & medical leave in response to hostile work env, and ADA accommodations in response to unsafe work conditions
- July 23-34, 2021: Quoted in NYT with concerns about safety risk in Apple bringing us back on stie with COVID, next date was sleected as quote of the day.
- July 19, 2021: raise concerns in Apple Slack Language-Matters about Dave & Dan saying "open kimono" all the time and never stopping when I ask them to. Let ER know.
- July 16, 2021: My Sedgwick/Apple accommodation follow up question form is shared on Twitter in protest of how invasive it is. I told Cher she could share it publicly after expressing my own frustration and the responding eruption on Slack about it. I also shared the ER Medical Release form I had concerns about on Slack earlier this week and it appears that form or one like it was referenced in The Verge article about Apple's poor behavior around disabilities yesterday. The Verge writer also retweeted my chemical exposure follow up question form too. I told ER, "I'm glad public pressure might influence Apple to correct & improve its employee policies."
- June 14, 2021, I email Tim & Deirdre about Remote Work Advocacy and share a letter, video, survey results, and letter signatures.
- May 20-21 2021, I sent email to Dave, Dan, HR, & ER about concerns Apple not speaking up in support of Palestinians and Muslims; Helen replies not really addressing my concerns. I reply to Helen, Dave, & Dan and re-iterate my concerns and further elaborate my concerns around Muslim inclusion with the recent news of Uyghur forced labor; Helen replies actually addressing this time and lets me know I&D is looking into the whole situation and I'm welcome to talk to them.
- In April 2021, Jenna Waibel investigated David Powers for a creating a hostile work env based on gender and disability & Rob Yepez for sexual harassment.
- April 2021, field workers comp complaint for chemical exposure and notified managers, HR, ER, & EHS.
- April 2021, notified Federal EPA of my concerns about my office building & Apple's oversight of it.

### EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- Starting in March 2021 and continuing to present day, raised safety concerns around my building and workplace to my engineering leadership, Environmental Health and Safety (EHS), employee relations, Apple University, HR, and I&D.
- Dec 2020/Jan 2021: Raised concerns about Apple entering into a private contract to obtain expediated access to COVID-19 vaccines for employees & their families, per Dan Riccio All Hands comments (recorded on video). My interpretation was confirmed, but was told Apple will not do that, although an exec mentioned there were still some ethical concerns about smaller Apple activities around COVID testing & treatments. Dan Riccio was demoted ~1 month after my concerns were rasied, escalated, and confirmed.
- Summer 2019: Intern in Apple Legal.  Main project was organizing and leading discussions with internal, cross-functional Artificial Intelligence engineering leaders around AI ethics and social responsibility. Synthesized research and discussion findings and distilled best practices for ongoing policy discussions with Legal, Government Affairs, Engineering, and other internal groups. Also researched several software legal topics, synthesized findings, and drove discussions with partner teams — which led to new process and strategy. Drafted, reviewed, revised, and/or analyzed several contracts including software license agreements and third-party asset licenses.
- In June 2021, you assisted the Remote Work Advocacy (RWA) Slack channel with drafting a letter and creating a video addressed and sent to Tim Cook and Deirdre O'Brien in response to Apple's Hybrid Working Pilot.

## 2. Software Engineering

### A. iOS Release Management Team (2015-2016)

**Software Engineering:**

####     i.   Brad Reigel

- **Concerns:** Hostile work env based on sex; bullying; intimidation; retaliation; drinking at work; possession of weapons at work; constructive termination; IIED; assault; battery
- **Examples:**
  - Bullets, knives, gunpowder weapons, threats of violence (I'm going to smack you), locking me in conf rooms to yell at me, calling me names (fat, idiot, stupid).
  - Escalated to Venkat Memula on going. When Linda was leaving, Rob said I was going to get re-orged under Brad but that he was going to report to Venkat because he also didn't want to work for Brad, but laughed that I would have to. Venkat did force me to work for Brad even when I told him I'd have to quit if he did that. Venkat told me it was my job to help Brad become a better manager & person.
  - Flipped me off a lot & told me to fuck off
  - Rob & Venkat told me Brad was awful to me because I reminded him of an ex-wife he hates.
  - Brad closed the "Make Ashley's Life a Living Hell" Radar after I was re-orged under him.
- **Evidence:** Box folder including emails & photos; HR personnel file
- **Witnesses:** Chris Markham, Serita McPherson, Garth Corral

####     ii.   Rob Marini

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- **Concerns:** Hostile work env based on sex; bullying; intimidation; retaliation; drinking at work; IIED; assault; battery
- **Examples:**
  - Marini created a Radar called "Make Ashley's Life a Living Hell," and assigned it to Brad.
  - Marini told you that it was his mission to make you quit
  - Within the first month of joining the team, Marini told you that you should have been aborted.
  - Marini told me Neela said the team shouldn't hire me because I'm a "tattooed floozy and the boys just want to flirt with me." Venkat confirmed and said he "lost her feedback" on purpose. She apologized later.
- **Evidence:**
  - Box folder including emails & photos; HR personnel file
  - Marini reached out 7/27 for first time in months/years to "check in" after I posed in Women-of-SWE slack channel about extensive ER investigation.
- **Witnesses:** Chris Markham, Serita McPherson, Garth Corral

### iii. Rob Marini, Aron Talburt, & Brad Reigel (aka "RAB")

- **Concerns:** Hostile work env based on sex; bullying; intimidation; retaliation; drinking at work; IIED; assault; battery
- **Examples:**
  - Constant drinking in the office, during work hours.
  - Attacking me with dodgeballs & nerf guns even though I told them I have PTSD. At one point, surprise attacked me to make me scream, recorded my scream, re-mixed it and sent it to the entire team while I cried.
  - You stated that you reported this behavior to your skip level manager, Venkat Memula, and you said that his advice was for you to replace their alcohol with food color and water (you informed me that Reigel, Marini and Talburt kept alcohol in their workspaces).
  - Aron looking at rifle specs (pic)
  - Memula, Reigel, Marini & Talburt came up with nicknames for you, and wrote them down on a white board at work including: stupid millennial, professor fun sucker, master of the universe of suck, etc.
  - Frequent late night texts bullying me calling me names, calling other people names, talking about violence & death
  - Forced to drink tequila at a work offsite (Giants game) purchased by and pressured by Marini and Memula. Got sick and threw up and had to leave early. Had said I didn't want to drink numerous times. Vorrath and Michallik were present with us (see photos).
  - Someone created a fake Linkedln profile of you to harass you.
- **Evidence:** Box folder including emails & photos; HR personnel file
- **Witnesses:** Chris Markham, Serita McPherson, Garth Corral

### iv. Linda Keshishoglou

- **Concerns:** Hostile work env based on sex; quid pro quo; bribe; failure to resolve hostile work environment
- **Examples:**

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- You mentioned that Keshishoglou did not include you in emails, group text, and strategy meetings, but she included your male colleagues (Marini, Talburt, Reigel).
- You stated that Keshishoglou provided no explanation as to why she excluded you from strategy meetings, group text, emails, etc.
- You mentioned that you made Michallik, Memula, Reigel, Talburt and Marini aware of your concerns that Keshishoglou excluded you from strategy meetings, group text, emails, etc. In September 2015, you received your first performance review at Apple (6 months in role) as an ICT3. You told me that Keshishoglou gave you $100K in Restricted Stock Unit (RSU) grants when the max guideline for your role was $60K. You also believe that you should have been rated as "too new to rate".
- You shared that during the same performance review conversation, Keshishoglou asked you to tell Memula that she was a good manager.
- You believe that Keshishoglou asked you to do this in exchange for the compensation you received.
- You shared that you reported this concern with Keshishoglou to Michallik on September 25, 2015 and to Memula on September 29, 2015.
- **Evidence:** Box folder including emails & photos; HR personnel file
- **Witnesses:** Chris Markham, Serita McPherson, Garth Corral

### v.  Venkat Memula

- **Concerns:** Hostile work env based on sex; failure to resolve hostile work environment; constructive termination, intimidation; bullying; forced drinking
- **Examples:**
  - You mentioned that Memula was often drunk at work, and you heard that his leader, Kim Vorrath, told him that he was not allowed to have alcohol in his office.
  - You mentioned that Memula would snuggle up on you while drunk, whisper to you, and say things that made no sense. (Evidence: see photograph of during one instance with documentation of his "phases" of drunkness on whiteboard including these behaviors, then following photo of him "crucifying" himself upon said whiteboard writing.)
  - You mentioned that at the end of your interviews for the role on Haley's team, you were not offered the position due to Stacey & Brad's feedback. Venkat confirm in email that it was not fair. You stated that Vorrath offered you a different role as Engineering Program Manager (EPM) for Early Field Failure Analysis (EFFA), and you informed Venkat that you didn't want the role. You shared that if you didn't accept the EFFA role, then you had no other option but quit or stay in the hostile work env.
- **Evidence:** Box folder including emails & photos; HR personnel file
- **Witnesses:** Chris Markham, Serita McPherson, Garth Corral

### vi.  Bodhi Gerfen

- **Concerns:** Sexual Harassment
- **Examples:**
  - You mentioned that after you joined Apple, you heard that during your on-site interview, Bodhi Gerfen saw you and said something about your ass, and things he wanted to do to your ass.

EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- You stated that in 2015, Gerfen texted you in the middle of the night talking about your body, your Tinder profile, etc. (see Box folders). You told him to stop and he would not.
- You told me that you reported this text incident to Andie Andragna, your manager, Linda Keshishoglou , Reigel, Marini, and Memula.
- You mentioned that you did not report this text incident to the People team because you believe that based on an unrelated matter that you shared with me, reporting concerns to the People team was frowned upon.
- **Evidence:** Box folder including photos; HR personnel file
- **Witnesses:** Rob Marini, Brad Reigel

### vii. <u>Bill Stevenson</u>

- **Concerns:** Sexual Harassment
- **Examples:**
  - You told me that Bill Stevenson was notorious for sexually harassing people, and it was well known that Stevenson was inappropriate with you.
  - You weren't able to provide specific examples when Stevenson sexually harassed you, but you asked that I speak with Debbie McDaniel who you said witnessed Stevenson's behavior towards you.
  - You stated that Memula and Keshishoglou were aware of Bill's behavior.
  - Bill sent photo of him building massive amounts of fireworks in the desert. "the sky doesn't know what's coming" he said
- **Evidence:** Box folder including emails; HR personnel file
- **Witnesses:** Debbie McDaniel; Rob Marini, Brad Reigel, Aron Talburt, Venkat Memula

## B. Spring 2016 Transfer (Component EPM; EFFA EPM)

Component EPM Interviewing Time Line (as documented to ER and Venkat, and Venakt confirmed)
- Mid-January 2016: Several people reach out to me noticing I seem unhappy doing build EPM work and suggest considering other options, one of which is Haley's team. Based on my previous PM experience and the work I've done at Apple, the person pushes that I set up an informational with Haley to think about the future, even though she doesn't have any open reqs
- Friday 1/29: I set up an informational with Haley and it goes really well. The team seems right up my alley. She also mentions she has a new req opening up. I tell her I'm interested. She says if I tell Brad - she'll set up interviews. I tell her I will, and that I'll have to discuss with Stacey too. Brad complains he's going to set up a new req. I told him I don't even have the job yet. He said "whatever, of course you do".
- Tuesday 2/2: I find time with Stacey to ask her opinion of the opportunity (since she's previously given me career advice / mentorship) and she tells me it would be a great fit, that she loves Haley, and I'd do well in that role. She tells me to tell Brad and go for it. I find Brad and tell him - he's very supportive and gives his blessing. He also says I'd do well in that role. I let Haley know and she says she'll get the interviews set up.
- Tuesday 2/9: First round of interviews for Haley's team. Carina, Josh R, Jury.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- Wednesday 2/10: Stacey runs into me at the VG6 cafeteria and tells me she wants to talk to me about interviewing for her team. Later at our 1:1 she tells me even though the role with Haley is a good fit, she'd love to keep me in the watch program. If it's a Component EPM I want to be, then I should be on her team to keep the program together. She tells me it would be under a new manager (to be promoted) and she'd like to set up interviews before she goes on vacation. I tell her I'm still very excited about the opportunity on Haley's team, but that I'm happy to interview for her team too if that's what she wants. She tells me she'll set up interviews with the manager, Kevin, and maybe someone else the next week and then she'll make her decision when she's back from vacation. I let Brad know that day. He gives his blessing again.
- Thursdays 2/11 Second (maybe final) round of interviews for Haley's team. Ramsey T, Olivier Bonnet, Andre Boule, Haley, Bethany. I'm told by Haley that per Stacey I'm not going to be given a "yes" or "no" on the role in Haley's team until Stacey makes her decision about me joining the watch team. I proactively reach out to the new manager on Stacey's team (Kelsey) to learn more about the role to help in my decision making. We casually discuss for ~15min. It doesn't seem like a good fit for me.
- Monday 2/15-2/19: Stacey's on vacation. No interview are set up. No word from Stacey. I meet with Carina to learn more about the iOS teams, the tools, things to start studying up if it's "yes".
- Monday 2/22: Watch doesn't feel right. I decide to tell Stacey so I don't waste her or Kevin's time. Per Bethany & Haley's offer, I set up 1:1s with them to ask more questions about the role and org. It really feels right. Haley says we should sync up end of the week, and that she's going to reach out to Brad for feedback as part of the potential transition. She mentions Stacey gave her feedback that I saw no sometimes when I should always say yes (no additional detail). Haley tells me all of the interview feedback was positive.
- Tuesday 2/23: I find 5min to talk to Stacey and let her know I'm going to pass on her role. I thank her for the interest but tell her I think Haley's team is a better fit for me and I don't think she should set up interviews for me to join watch. She tells me she agrees that Haley's team is a better fit and I'll do well there. She tells me she'll tell Haley so I can proceed with the process in iOS. She seems fine. I text Haley and give her a head's up on the outcome and that Stacey will be reaching out  I find Brad and warn him Halie will be coming his way. He says he already talked to her and told her I'm great but also provided some feedback. He tells me what the feedback was:
  - 1) I don't have experience speaking in front of execs (although he has no evidence for this other than not physically witnessing it himself)
  - 2) I don't have the experience to troubleshoot complicated issues (although he has no examples, and claims later it's only something I can improve on, not an issue)
- I warn Brad those items sound very negative. He claims they weren't and Halie was fine and I'll still get the job. I asked him to follow up to make sure, and he tells me I'm over reacting and it's a done deal.
- Wednesday 2/24:  Brad tells me he's starting talking transition timing with Haley and Venkat. Venkat wants to keep me on the build team to WWDC, but they're working through the details.
- Friday 2/25  I email Haley seeing if she has an update. She says she's meeting with Stacey at 4:30 and will have an update after. - There was no update. I assume the worst.
- Wednesday 3/2 I meet with Venkat at 4:30 and he share's the news I didn't get the job on Haley's team because: - 1) I don't have experience speaking in front of execs
  - 1) I don't have enough experience to deep dive, understand, drive resolutions
  - 2) I say no sometimes

EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

Note: Brad & Shandra both expected I'd still get the job. Shandra said about the feedback "Its not terrible feedback though so I'd just wait and see if it comes up, don't force any issues. Have to have faith that Haley has also made her own assessment of you."

### viii. **Stacey Lysik**

- **Concerns:** Retaliation**,** Intimidation
- **Examples:**
  - See timeline above
- **Evidence:**
  - Box folder including emails; HR personnel file
  - 8/4 email from Aaron Morris (previous Apple EPM, now ARM director) saying "Stacey was working against you as long as 4 years ago while I was on the team. She took steps to harm your advancement. She did the same to Tara." & also "You were wonderful to work with, and I hope that you see great successes in the future."
  - Box folder including emails & photos
- **Witnesses:** Haley Samale, Kristin Mcalik

### ix. **Brad Reigel**

- **Concerns:** Retaliation
- **Examples:**
  - See timeline above
- **Evidence:** Box folder including emails & photos; HR personnel file
- **Witnesses:** Haley Samale, Kristin Michallik

## C. SWE Failure Analysis Team (2016)

**Role**:
- Managed the Software Engineering failure analysis program for products in the field ("EFFA" & "QIF" for iPhone, iPad, iPod, Mac, and Apple TV) and launch planning for New Product Introduction (N69, J127/J128, D1x, & J79/J80g).
- Drove field issue triage and root cause analysis to resolution for customer software quality issues. Partnered with hardware teams when software or firmware updates were needed to mitigate silicon or component issues.
- Helped engineering teams understand customer facing issues. Presented engineering root cause and corrective actions to executives. Facilitated failure analysis communication between the Software Engineering organization and all other Apple organizations (i.e. Marketing, AppleCare, Hardware Engineering, Supply Chain/Operations, etc.)

**Projects**:
- iPhone Throttling: (battery failures)

EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- ▪ https://www.forbes.com/sites/rachelsandler/2020/11/18/apple-settles-batterygate-lawsuit-for-113-million/? sh=d65802958f51
- ▪ https://www.macrumors.com/2020/05/15/apple-throttling-lawsuit-preliminary-approval/
- ▪ https://www.ksla.com/2020/11/18/la-receive-m-apple-iphone-performance-throttling-lawsuit/
- ▪ https://www.cnet.com/news/apple-sorry-iphone-battery-slowdown-ios-update-official/
- ▪ https://appleinsider.com/articles/19/10/17/apple-hit-with-new-iphone-throttling-class-action-in-california
- iPhone 7 No Service: (silicon failure)
  - ▪ https://www.techrepublic.com/article/how-to-fix-the-iphone-7-no-service-status-flaw/ -
  - ▪ https://support.apple.com/iphone-7-no-service
- iPad 2 Error 56: (silicon failure)
  - ▪ https://forums.macrumors.com/threads/ios-9-3-3-bricked-ipad-air-2-with-error-56.1983418/
  - ▪ https://www.macrumors.com/2016/05/16/ios-9-3-2-bricking-some-9-7-ipad-pros/
  - ▪ https://www.theregister.com/2016/03/23/ios_93_update_bricks_ipad_2s
  - ▪ https://daringfireball.net/linked/2016/05/17/ipad-pro-error-56
- MacBookPro Graphics Corruption: (numerous software issues)
  - ▪ https://www.macrumors.com/2016/12/02/new-macbook-pro-graphics-issues/
  - ▪ https://discussions.apple.com/thread/7771375
  - ▪ https://9to5mac.com/2016/12/07/apple-believes-2016-macbook-pro-graphics-issues-are-addressed-in- macos-10-12-2-update-according-to-craig-federighi-email/

### x. Shandra Rica & Evan Buyze

- **Concerns:** Retaliation; Intimidation; Constructive Termination
- **Examples:**
  - ▪ EO: In 2016, Apple allegedly had products in the field (iPhones) with bad batteries. You shared that you gave Jeff Williams an update on field issues and the meeting went well. After your meeting with Williams, you felt that you were thrown under the bus by your skip level manager, Shandra Rica, and your manager, Evan Buyze, because they failed to update the leadership team on field issues. You told me that you didn't have work assignments for 3 months after this incident, and your responsibilities were taken away. As a result, you believe that this was constructive discharge and you raised your concerns to Michallik on December 7, 2016.
  - ▪ Ashley Dec 7 2016 write up to HR:
    - ▪ 12/5/16: I get back from vacation and Evan texts me not to talk to anyone or do any work until I meet with them at 2pm. Meeting with Shandra & Evan starts. They ask me how my vacation was. Then Shandra says before they start with "feedback", she wanted to ask me if I still wanted to be in this role. She says my answer will change the direction of the rest of the conversation. I tell her I'm always considering other options and thinking about my long term goals, and have been wondering if it might be time to start exploring other options - but I haven't been actively looking. She says something like "great, so you are ready to move on, this make the rest of this conversation easier". Then she says "let's get into the feedback". She tells me "it's not working". She says while all the other orgs (AppleCare, Product Quality, etc) love me, the image of the EFFA program within SW is not good. She says our house is a mess, and we're in a lot of trouble. They tell me I was overcommunicating and working too hard, it and set an unrealistic expectation

# EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

because they couldn't cover for me while I was out because "everyone was mad at them." They frequently referenced the Jeff Williams prez.

- I asked what next steps were. Shandra said she and Evan will now be the DRIs so they can repair the SWE relationships and build the role for sustainability. She told me since I was ready to move on, I can focus on informationals and looking for a new role. I asked if I should still be attending meetings or supporting them, and they said I shouldn't attend meetings or provide updates outside of SWE. They said we'd follow up later this week (meeting 2pm 12/8) to discuss next steps. I told them the feedback during the meeting seemed overwhelmingly negative and I wanted to gauge what kind of summary they planned to provide hiring managers about my time in the role. Evan exclaimed "you need to be able to take feedback." I told him, I am listening to the feedback - I'm just trying to understand what message they're planning to provide. Evan said "it will be fair and balanced". Then Shandra suggested that it would be best if I volunteer this role "didn't work out for me" so we can all agree on that. I told her I'd take that suggestion into consideration, but was hesitant to say that when I feel like I accomplished a lot of positive things in the last eight months. She told me she thought saying "it didn't work out" would be best. I said that again this feels like a very negative meeting, and I was wondering if there's a timeline on this transition because this feels like a development plan/HR type conversation. Shandra told me there was no timeline and it's not an HR conversation yet, because I'm agreeing "to leave the role" they "won't have to start that conversation".
- The meeting ended with Shandra advising me not to complain to people about having to move on, because she doesn't like "shit talking". I'm instructed to forward any open asks/questions to them, and to not answer them myself - and to re-direct any new asks to them instead of me.
- I ask HR: If Shandra & Evan didn't know what issues were important, why didn't they ask me? If Shandra & Evan wanted to gate certain decisions, why didn't they ever say that? If info needed to be shared internally, why didn't they agree do that when it was prompted by me? If info shouldn't be shared externally, why didn't we ever discuss those limitations? If timely issue resolution and communication was creating "unrealistic expectations of SW support", why was that never brought up previously? And why do Shandra and Evan feel that resolving major customer software issues and helping AppleCare support those customers isn't something software should be an active partner on? If I hadn't said I was open to moving on, if Shandra would have tried to (or threatened to) put me on a development plan with HR like she insinuated.
- 2/5/16 5pm: following the Mac EFFA exec review, Shandra tells the EFFA teams (AppleCare, Ops, etc) that I no longer work on EFFA and she will now be the DRI
- Met with HR (Kristin) numerous times about this
- Evan announced new role under David & Dan at 7:04pm on the Friday of my last day, many people comment on how that was seen as a final bullying of me
- Evan tried to put negative unfounded comments on my review. He tried to say I had teamwork issues when the only issue was with Brad Reigel (see all the above) and I had 13 "outstanding / exceeds contribution" out of 15 in my peer feedback that year. HR made him fix the review feedback & remove the negativity as she saw it as retaliation (this was during the constructive term).

EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- ▪ Evan kept one thing I didn't agree with and I added a comment stating that but then Evan demanded I remove my comment. I protested. HR texted me "if he doesn't agree with your comments he should discuss this with you. If the concern is different of opinion, at the end of the day he should accept them."
- ▪ They also apparently constructively terminated Paula Leuzzi & John Perry
- **Evidence:** Box folder including emails & photos; HR personnel files
- **Witnesses:** Jeff Laberge, Jack Horan, Priya Balasubramanian,


# 3. Hardware Engineering

## D. Mac Systems Quality (2017-Current)

### xi. <u>David Powers</u>

- **Concerns:** Hostile work env based on sex; harassment; bullying
- **Examples:**
  - ▪ Aggressive & does not take feedback well. From 2020 feedback:
    - ▪ "Dave still struggles to receive feedback, even though he says he wants it, he often snaps back or only hears the parts where he feels he's in the right, and then ignores the rest. As part of the EPM role conversation, we talked in depth about his propensity to change his mind, not communicate in a timely fashion, etc. and he told me it was on me to call him out when he does that. I told him I've had mixed luck with that in the past, and sometimes he just snaps and shuts me down. He said if he does that, I should call him out on that too. I believed he meant it, but didn't see that working out well. And indeed, even a week after that conversation it happened again... he was asking me why I wasn't at a MSQ automation meeting series and I explained I didn't think I was required since I had been focusing on PSQ communications & employee engagement and I have such limited time in the office, that I thought I could just focus on that. And he snapped something at me like "any meeting I invite you do, you need to consider yourself mandatory." And I tried reasoning with him again that the meeting didn't seem to have anything to do with me, and he said something akin to "I'm your manager, do what I say." But then after I attended that meeting the next week and told him again that nothing about it was relevant to what I was working on it, he was like, yeah you're right, you can be optional. So he got there eventually... but he was quite snappish at the beginning. If he puts the responsibility on me to call him out, he needs to temper his snapping. It's not fair for me to have to talk him down while also taking a lashing from him. Additionally, when he does react ok to feedback initially, it's common for him to later turn that feedback against me and make it feedback for me, not for him."
  - ▪ Thanks men for my work, frequently. They rarely correct him. See 2020 feedback:
    - ▪ "I've called him out on not giving me credit (and worse, giving the men credit for my work) numerous times, and as recently as last week. For my first project back from leave last week he asked me to prepare a MSQ roadshow deck for the SEG VP in just a few days. I was only working two days to start, but because he really wanted to be able to present the next Monday, I focused nearly entirely on that to make it happen for him. I put together the overall format and structure, a dozen slides introducing the org and showing

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

photos of labs & automation, and I also incorporated some content from Jason, & got the managers to input data for their teams. During Staff, Dave introduced the slides they were all working on as "Jason's" slides — despite me having spent my first two days back in the office after four months off, working heads down on this critical slide deck for him. When I called him out on it after the meeting, and he had no real explanation why he did it, and said he'd think about it. "

- Hand Me Down Hardware project (see 2020 feedback to Dan about Dave)
  - One of the biggest drivers for me looking for my next role, probably equal to the lack of role definition & focus, is how quickly he throws me under the bus with the MSQ managers & his PSQ peers. Last year, I briefly mentioned an incident with Reed and Dave's poor handling of it — but this event, despite me being disrespected by Reed & Dave, somehow ended up being a piece of feedback for *me* to improve on, including formally documented in my last annual review. Dave's handling of this issue was so backwards, I knew it wasn't good for my mental health to continue in this role any longer. I didn't want to have to go in depth on this, even when I was so mad last year, but I think I have to now...
  - 1 -Background: I created a brand new program, on my own initiative, to address feedback identified in the Mac QA gaps slide deck we created for the VPs a while back. One of the biggest gaps causing field issues was that SW wasn't getting their HW allocations in a timely fashion and there was 1-2month gap after ship where they didn't have devices to test, while on the flip side MSQ was done testing and was actively scrapping the devices that SW needed. So I worked with these SW directors & senior directors and created a way for us to transfer the HW we'd otherwise be scrapping to the teams who need it the most (those teams specifically identified in that gap exercise — (Sarcone, McCracken, etc.) I shared the idea with Yuan, John, & Reed to see if they had extra HW they were scrapping that they could also share. Reed immediately took issue with the program for the sole reason that he wanted to upgrade his teams admin machines and thought he should take precedence over SW. I explained the catalyst for the program (real world field issues caused by lack of HW to test on), but he persisted that his team was more important (he admitted he was being selfish, but said he didn't care). We talked about this several times and I made it clear that my program wasn't for admin machines, it was to address QA gaps.
  - 2- The Conflict: A couple weeks later, I'm sitting in MSQ Staff and hear Pete ask Dave something about this program and the "pass down from extended staff" and Dave tells him to send an email with the "new process." I'm like, hello, that's my program, what are you talking
  - about? Dave informs me that at extended staff it was decided to prioritize PSQ admin machines before SW. I ask him point blank if Reed initiated that, and he said: yes. I was furious and I wanted to let Dave know. He's not great with interpersonal interactions or conflict— so I wanted to ensure he understood how upset I was about the situation, so it stuck with him. I check my facts first.... I asked another person to confirm that Dave did say it was Reed, and they confirmed. I asked another person, sharing the whole story, if I should be so mad at Reed & Dave, and they're like omg yes. So I talked to Dave. I told him Reed purposely undermined me and he supported him in doing so. I told him he should have handled Reed's request by saying something like "Well that's Ashley's project and she's not here, so let's talk to her after the meeting." At the VERY LEAST, I told Dave he should have directly informed me of what happened instead of having a passing conversation with Pete in front of me. During this first conversation, Dave took all this

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

feedback and apologized. I also texted Reed and let him know I just heard what happened, and asked him to please not go behind my back and if he wants to provide input on my projects, to please work with me directly or at least wait until I'm in the room. Reed just claimed to be updating the SW on his phone and turned off his iMessage with me for like 2 weeks (I think he blocked me?)

- 3- The Aftermath: The next week, Dave told me Reed complained to him that I confronted Reed on what Reed did. At this point, Dave went into protective mode and completely threw me under the bus. He told me I should never confront his peers, and that I didn't even have the data and Reed wasn't the one who said anything at that meeting. I told Dave that he told me directly Reed was the one, and at least one other person heard him say that — but then he snapped at me and told me he never said that. Then he started (mis-)quoting a Women of PSQ speaker at me and told me that if I had slept on it and woke up the next morning before acting, that I wouldn't be upset anymore. He said I was being too emotional, and if I has stopped to think I wouldn't have been aggressive towards Reed. I told him that 1) it was offensive he's using loaded gender terminology on me (emotional, aggressive) 2) if he was trying to appeal to me as a woman by quoting a woman giving advice, he missed it by misrepresenting her message 3) he's getting the situation backwards — the only reason we were talking about this was because I was so deeply offended and felt so dis-respected by him & Reed, but now somehow this is turning into feedback on me.

- 4- Beating a Dead Horse: My "inability to control my emotions" & my "attack on Reed" became continuous feedback points during my mid-year reviews and a few other convos. The first few times I became so upset (because I felt even more unseen and unheard, since Dave completely ignored my initial feedback and then turned it against me) that I would start to getting really sad when he brought it up. One of these times, I had just gotten back from the doctor and my feet were actively bleeding after a surgery and I had to prop them up on a chair while we were talking to control the bleeding (and he knew that)— and he still decided to dig into this again... and I lost it, and started crying. Then he started saying that I can't take feedback (based solely on this pt). So the next few times I'd just stare at a spot on a wall behind him and try to zone out and not respond at all in hopes he'd drop it, but then he started saying I wasn't listening and I still can't take feedback. He also decided to use these convos to stress to me that if any of his peers in PSQ or other orgs disrespect me, that I should never stand up for myself and I should only bring it to him to decide if I should be upset and if so he'll decide what we should do to address it, and he'll be the one to address it. Like, I don't know how to underline how offensive this was. I hope it's clear by the plain meaning of the text and doesn't even need an explanation. And again, this becomes even more atrocious when you consider I'm the only women in MSQ mgmt, and one of the only women in the PSQ "managers." Being told you're not allowed to stand up for yourself if the men do or say anything disrespectful to you, seems like its probably on one of those "things not to do" trainings HR does on gender discrimination. And this issue wasn't a one time thing.... John did something quite offensive & manipulative last January, and Dave told me I wasn't even allowed to tell anyone what he did (let alone talk to him about it).

- Told me I'm not allowed to tell anyone about Jason making Koka quit, or any of the male leader being mean to me.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- Dave continually uses the term "open kimono" and refused to stop whenever I protested. Also made me explain why its inappropriate each time.
- Frequently attacking me whenever I try to get him to follow NPS procedures & rules. See 2020 feedback:
  - "Dave still struggles with security and confidentiality rules and procedure. Not only does he outright resist &/or forget it exists, but he still gives me criticism when I try to ensure we follow the rules provided from NPS, etc. This came up again last year with the issue I raised to you about Jane/ Megan & the very secret project. I thought I got him back on the rails, but looking at my emails from when I was gone, he went back and did it again, despite explicit instructions from NPS to not do what he did. I've explained to him that EPMs are expected to always be the adults in the room, and that I will be held accountable for his actions around secrecy if I'm aware of what he's doing. He still pushes back on me and appears angry when I bring it up."
- 4/8 - After telling Dave numerous times I've suffering from severe PTSD from getting sick last year and "barely hanging on" he texts me and asks me to lead a huge project for a completely different org, dotted-line reporting to a SWE director who sexually harassed me in 2019 (which Dave knows about).
- **Evidence:** Box folder including emails & photos;
- **Witnesses:** Jane Markham, Mike Ertell, Simon Moen, Megan Gaates


- **Concerns:** Hostile work env based on disability
- **Examples:**
  - 4/8 - After telling Dave numerous times I've suffering from severe PTSD from getting sick last year and "barely hanging on" he texts me and asks me to lead a huge project for a completely different org, dotted-line reporting to a SWE director who sexually harassed me in 2019 (which Dave knows about).
  - 4/13 - I notify Jenna of Dave violating my 2020 "return to work" medical accommodations and also giving him feedback about thanking men publicly for my work
  - 5/10 - I notify Dave I need to take sick time for a heart issue and for side effects from chemical exposure treatment
  - 6/28 - 1:1 with Dave where he makes the inappropriate I&D comments & acts hostile towards me
  - 6/28 - I express concern to Helen about Dave making inappropriate and possibly sexist comments about an I&D project I'm working on
  - You stated that around August 2020, Powers told you that it was hard to write your review because you were "sick so much".
  - You stated that when you inquired about working remotely, Powers told you that remote work is "not a thing", and that you must return on-site if EHS says that the building is safe.
- **Evidence:** Box folder including emails & photos
- **Witnesses:** Helen Polkes, Jane Markam, Megan Gates


- **Concerns:** Failure to resolve hostile work env
- **Examples:**
  - You mentioned that you shared your concerns with Powers about how Ivan treats you, but you don't believe Powers has done anything about it. Powers told you to smile, stay calm and keep a straight face when men treat you bad at work.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- ▪ You shared that you told Powers and West about Ivan's behavior, and they laughed and mentioned that Ivan made another woman quit (Koka), and that you shouldn't tell anyone about it.
- **Evidence:** Box folder including emails & photos;
- **Witnesses:** Dan West; Bhavna


- **Concerns:** Intimidation to not speak about unsafe work conditions
- **Examples:**
  - ▪ 3/22- 1:1 with my manager, Dave Powers. Dave told me I'm not allowed talk to anyone other than him, EH&S, and Jenna about my safety concerns about Stewart or even tell anyone it's a Superfund site. He said he didn't want his team to "know" because they'd be "upset." He also gave me feedback about an I&D training I was hosting, that "I was being too hard on the white man." He also told me this all as employee feedback and said it's only a "warning" because of my "mental health."
  - ▪ Continually asked him to help with EHS due to my concerns about safety & he refused
- **Evidence:** Box folder including emails & photos
- **Witnesses:** Mike Ertell, Jane Markham


- **Concerns:** Retaliation & Constructive Termination
- **Examples:**
  - ▪ 6/10 - My first 1:1 back with Dave after leave & the investigation. He makes it clear he doesn't think he did anything wrong and it was just me overreacting / misinterpreting. "You mentioned that after Waibel completed her investigation on June 10, 2021, Powers told you that there was no reason for him to receive coaching, and the focus was now on you to change yourself."
  - ▪ 6/10 - I notify Jenna what Dave said during that 1:1
  - ▪ 6/10 - I then meet with Jenna and she tells me the only other steps are to "complain about her to her manager, but I'm not allowed to discuss any details of the investigation" and to "escalate safety concerns to EHS."
  - ▪ 6/10 me to Jenna, Heads up in case you want to follow up on this at all before we talk — I just had my first 1:1 with Dave after being out. Dave made it clear he doesn't think he did anything wrong at all, related to managing me or his interactions with me. He also said he didn't get any coaching. He definitely steering the conversation to insinuate that I was making baseless claims. He did encourage me to escalate issues to ER whenever I think I need too — but then again, mentioned that the focus is now just on me changing myself so I can continue to do my job. I was clear with him that the concerns raised were about gender discrimination, sexism, and hostile work env — and that I think he and Dan have perpetrated those things. I also told him I expected, based on my convo with you last week, there would be changes to his behavior based on the "coaching" you mentioned, but he said none of that happened. I told him I'm very concerned. I also asked him about Stewart 1 & safety (that I don't feel it's safe to return to that building) — but he said if EHS said it's safe, I have to come back. I told him again my concerns about EHS and the history of the building, and the lack of testing. After asking him numerous times, he finally agreed to ask Helen if there's another building I can work in. I asked him if we can request that I fully work remotely and he said "that's not a thing." I told him it is, it's even on the remote FAQs, and that I might meet the rare exception because my job doesn't actually require me to be on site at all. He fought it a bunch but then after I asked a bunch of times he said he'd ask Helen

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

about that too. He seemed very unhappy about the last two weeks and our call today. I'm expecting my work relations with him to now get even more unpleasant.

- ▪ 6/21 - 1:1 with Dave and I ask to work remotely and he tells me its not a thing. Finally he agrees to ask Helen, but then says Helen said no. Later Helen said he never asked her and he needs to ask Dan instead. (He lied to me)
- ▪ You also believe that Powers is retaliating against you by assigning you work that is a substantial increase from your previous responsibilities, and five new large assignments are deeply unfavorable.
- **Evidence:** Box folder including emails & photos
- **Witnesses:** Mike Ertell, Jane Markham, Monu Mathur


### xii. <u>Jason Ivan</u>

- **Concerns:** Hostile work env based on sex; bullying
- **Examples:**
  - ▪ 2018 review feedback,
    - ▪ "At times, Jason can come across as aggressive, and brash. I've had experiences with him the last few months where my work related requests or questions have been met with negative emotional responses that either are dismissive of my request or show frustration that I'm even asking, and often lack any data or real reasoning why. Jason has also "attacked" some of my ideas, even during meetings with the larger team - without concrete reasons on why he feels things aren't working, and refuses to provide proposals for solutions, and often is hesitant to take such conversations "offline" when in front of a large group. (Example: two weeks ago during Weekly Status when he started complaining that the color status key is "broken", and thus the whole "process is broken" - but refused to offer any other data or any solutions).
    - ▪ Jason has mentioned things to me that make it appear he doesn't see me as a peer to him. When I've asked him about his goals for the MSQ EPM role (me), he has expressed a desire that my focus be a type of "Tier 2" lead in his org (essentially dotted line reporting under his managers, Matt & Jeremy), and helping with tasks his leads (Eric, Chris, Philip, etc.) cannot complete or that he doesn't feel they're skilled/networked enough to complete. He has also expressed dismay whenever I pass down information from Dave, and has told me it makes "his job harder" to not get information from Dave directly - but couldn't give me any data beyond that on why his "job is harder". He also is often reluctant (even to a confrontational point) to take any guidance from me about hw project mgmt strategy or even general process/program strategy. It is very difficult for me to be able to provide guidance, feedback, and strategy when Jason doesn't appear to view me as in a role where I should be giving it (or that it not meaningful guidance, feedback, or strategy). If I'm going to continue to support the HW projects from even a high level/ program standpoint, I really need to have Jason take me seriously.
    - ▪ Jason often shows reluctance to changing processes or approaches, even if the technology/situation is changing in a way that it's required to take a different approach. Jason also sometimes immediately declines requests for new projects/work from his team, without taking a moment to consider if the request is warranted. (Examples: Jason was reluctant to adjust the J137 test plan, even though this project is "big & new" enough to warrant a new approach - and he probably should have known that pro-actively

Page 17 of 34

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

considering his experience here. Jason has been reluctant to provide weekly PSQ Exec J137 quality updates "this early", even though the project is high risk enough to warrant providing regular exec updates.

- Jason can come across as very controlling and negative at times, especially if he feels something I'm working on is "under his jurisdiction." He will try to order me to do things or not do things. (Example: a few weeks ago I wanted to change the wording in some of the headers on the email, and mentioned it to him, and he ordered me not to change anything but wouldn't give me any reasoning why other than "we've changed enough". I believe even though the "Best Status at Apple" is my project, because the status is for HW projects he was trying to exert some control over me/the process).

- Jason has recently been very dismissive of my accomplishments. He's made seemingly bizarre statements about new projects I'm start, claiming none of them are new and he's done some version of them himself at some point in the past (even when no one else agrees thats the case). He also gets extremely defensive if anyone suggests I'm "helping him" in any way. (Example: while working on the Compatibility Module project, Jason was extremely persistent that the requirements he had provided Brian were all that Brian needed to build the tool, and the project meetings were only to ensure Brian follows through - when in reality Jason had provided incomplete project requirements that had also changed several time with unclear communication to the tools team.) (Example: when I kicked off the J160 strategy meetings, if anyone mentioned that this was a "new thing" I was doing, Jason quickly jumped in that it was not new and he's always done this).

- Bahvana Koka previously worked for Dan West and had very very similar concerns with Ivan. She asked West to resolve the hostile work env and West did not. West also told her, like me, it's her fault and relationship issue, and she shouldn't stand up for herself.

- I expressed concern over months that Jason wasn't interviewing / hiring enough women for his open reqs and the reasons he provided sounded sexist & vague. David Powers refused to intervene. Latest concern was moving to offer for Rajesh Kartha despite Jason saying Lauren as a great fit but would try to get her to take a lead role instead of manager. When I looked them up, Rajesh is currently an IC and Lauren is currently a manger. Powers said he'd talk to Ivan but I don't think he ever did, it looks like Ivan is still offering to Kartha, and stopped publishing hiring status after I rasied concerns.

- Expressed concerns when Nirupa Balamurugan was hired on Ivan's team that I wasn't on interview panel and neither was Monu. Also Nirupa was never told she was the first female manager in MSQ in a decade and she was upset when she learned that upon joining.

- You mentioned that Ivan has attacked some of your ideas during meetings without concrete reasons as to why he disagrees with you. You also told me that Ivan refuses to provide proposals or solutions for his concerns.

- You believe that Ivan does not talk to or treat men the same way he treated you and Koka.

- Ivan said he does not see you as a peer.

- Frequently attacking me whenever I try to get him to follow NPS procedures & rules.

- **Evidence:** Box folder including emails & photos
- **Witnesses:** Bhavana Koka, David Powers, Dan West

# E. Product Systems Quality (2017-Current)

EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

### xiii. Dan West

- **DW Concern 1:** Hostile work env based on sex
- **Examples:**
  - You told me that at an all hands meeting in 2017, West talked about diversity, and said that we didn't have a lot of women leaders in the organization because women don't want to be leaders and they are not ready to be leaders. You told me that West went on to state that the business will bring in female interns, and have males mentor them to become leaders.
  - You mentioned that you complained to West about naming team social events "beer bash". You shared that West's leadership team is all male and the term "beer bash" is masculine. ◦ You told me that male Indian coworkers and women mentioned that they felt excluded by the term "beer bash".
  - You stated that in 2019, West shared a screenshot of his text messages with Steve Rozmus with you.You told me that the screenshot shows a picture Rozmus took of you in the "confidential" bin. Rozmus forwarded the picture to West, and West's response to Rozmus was "she is not confidential, she should be in the blue bin."
  - You stated that in October 2020, Nordine Kadri's "How I Got Here" article included a logo about gender equality, and the woman on the logo looked naked. You escalated to West, and he told you to "assume good intent".
  - You mentioned that you were never invited to West's extended staff meetings even though he assigns most of your work directly to you.
  - 5/8/2018 Dan told a story when he was supposed to present on something but Yannick switched him out and had Dan's direct present instead — and Dan said he was mad until Yannick told him that Apple will probably get sued about whatever it was and that the direct can take the fall instead of Dan. Dan asked to delete this video.
  - On more note on Dan and I need to find documentation of it — he on several occasions responded to me giving him feedback that upset him with, "I guess sometimes when you invite dogs on the couch you get fleas."
  - Frequently attacking me whenever I try to get him to follow NPS procedures & rules.
- **Evidence:** Box folder including emails & photos
- **Witnesses:**

- **DW Concern 2:** Negligence, failure to report work place injuries, failure to seek medical attention, obstruction of justice
- **Examples:**
  - When I was at the final Apple party at the Grace Hopper Convention in 2017, Dan West approached me and gave me a desert and told me to eat it. I asked him what was in it and he just said to eat it. I asked again, and again he said, just eat it. I took a bite and said "is there peanut in this??!" And he smiled and said proudly, "yes!" I yelled at him that I have a peanut allergy (I was fairly certain I told him that previously too). He just stared at me. I told him I need allergy medicine ASAP and I spit the peanut gelato back into the cup. He said he'd get some and disappeared. I started having symptoms of anaphylaxis and hadn't heard from him for about 15min so I tracked him down and he said he was drunk and forgot he was supposed to get me medicine. He said he'd go get it and be back. About maybe 45min after the peanut intake he finally showed up with a single Allegra-type allergy pill. I took it but it was too late and I told

Page 19 of 34

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

him I was having severe symptoms. He disappeared and I never saw him again that night. Another EPM looked after me at the party for a little bit but I felt so sick I wanted to go back to my room and lay down. I got lost walking through the hotel alone, circling for maybe an hour, and when I finally got to my room I puked my guts out in the bathroom and fell asleep on the marble floor there. Dan never followed up or reported it. I told Dave when I got back and Dave said he just sent a joking text to Dan complaining he was trying to "kill his EPM." I saw him text it, so if they both have their iMessage records from that time, it should still be there. Further, I contracted Pertussis/whooping cough during the flight to that conference and ended up getting a full-blown case for the full 100 days despite being fully vaccinated. The theory from the doctors was that I got so sick because while the Pertussis was taking hold, I also got so sick from the peanut allergy via Dan. In addition to standard Pertussis symptoms like coughing so hard I'd vomit every 20 min or so for months — I also bruised my ribs coughing and got bronchitis.

- May 2018 Fireside Chat video, Kai feedback (and recorded): At some point, when Dan was sharing a story where he felt excluded that Yannick asked Dan's direct instead of Dan to present at a meeting. Later on, Dan found out that Yannick did it partially due to protecting Dan as that meeting was involved with possibility of Apple being sued. This implicitly implies that it is OK to expense Dan's direct, even Yannick out of good intention wanted to protect Dan.
- **Evidence**: Box; emails; Workers Comp claim
  - Peanut Allergy, Anaphylaxis, & Failure to Provide Medical Treatment (# 302179876420001), Filed: 8/20/2021; Dated: 10/6/2017
  - Severe Pertussis due to above Anaphylaxis (# 3021 7987 5030 001), Filed: 8/20/2021; Dated: 10/3/2017
- **Witnesses:** Shikha Pandey, Heidi Zhang, and Marina Sadini

- **DW Concern 3:** Failure to resolve hostile work env
- **Examples:**
  - 4/9 - I met with Dan West and told him that Dave prohibited me from speaking about safety concerns at work and told Jenna I talked to Dan as well — I ask him to talk to Jenna about Stewart 1. I also tell Dave that I can't work for Dave any more and document my ask to him to "think about solutions for DP situation."
  - 4/14 - I email Dan and tell him I want to report to him or John, and go to a 4-work day schedule — otherwise I'll quit his org. I mentioned again specifically my 2020 review feedback about Dave I sent him and working for Dave "is TERRIBLE for my mental health."
  - 4/29 - I talked to Dan West and notify him of the ER investigation into Dave, the workers comp claim, and the discussions I'm having with EH&S about Stewart 1. I also tell him about Jenna pressuring me not to speak openly about workplace safety concerns and ask him to help. I also ask him to follow up with Dave about the "no equal outcomes" comment because Dave refuses to follow up with his team on it. I expressed concerns again that Dave was creating a hostile work env that was severely detrimental to my mental health and asked him what can be done. I asked if he reviewed my review feedback about Dave from 2020 (Helen send you that document) and he said he did but "it wasn't actionable" and I'm just "hot & cold about Dave." I asked him if he had thought more about my request to report to him or another one of his directs (not Dave) and he said I can't report to him. I asked why, he said "no more re-orgs." I said, but my role is already more than half supporting you directly. He said no. I said, what about another direct, he said no. He wouldn't give me an explanation. I told him I will likely have to leave PSQ or Apple if he doesn't response the issue, and he said that's fine. I asked what he will do with my role if I leave and he

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

said he'd cancel the EPM role, that "its an experiment that didn't work out," and convert it to engineering headcount. Dan did say that Dave needed to follow up on the "no equal outcomes" dogwhistle-type comment and that he'd talk to him about it.

- You told me that Kai Yun left West's organization because of how she was treated, and West did nothing about it.Yun's team was responsible for high quality Macs with high tech monitors. You believe that Yun's responsibilities were reassigned to a white male outside of West's organization.You believe that West, Basanese and Powers made the decision to reassign the work.
- You shared that on April 29, 2021, you told West that you could no longer work for Powers, and to reorganize your role so that you can report directly to him. You mentioned that West told you that from an organizational structure standpoint, it made no sense for you to report to him. You also told me that during the same conversation, West told you to quit Apple. You shared that West has since stopped meeting with you, and has reassigned your job responsibilities to others.

- **Evidence:** Box folder including emails & photos
- **Witnesses:**

- **DW Concern 4:** Sexual harassment; pimping & pandering with receipt of indirect benefits
- **Examples:**
  - 5/8/2018  You shared that during a meeting, West made a "spanking" gesture with his hand to describe how you "keep him in line". Dan asked to delete this video.
  - I was eating out at a Michelin star restaurant in Mt View in winter of 2017. It was a restaurant Dan insisted I try several times, so when I sat down I texted him that I looked forward to the meal. I didn't realize before that Dan West and Yannick Bertolus (Dan's boss, our VP) are very very good friends with the head Chef of the restaurant. As soon as I texted Dan, he replied right away and within maybe 10min the Chef came out to greet me personally as a friend of Dan and was bringing out special dishes I didn't ask for. He also came out to talk to me mid-way and was telling me very personal stuff about Yannick. About 1/2 way through the dinner the Chef and Dan both told me they were trying to set me up with the Sous Chef at the restaurant, Andrew. Apparently they told Andrew the same thing. Andrew was 24, ten years my junior. I expressed no interest in Andrew or dating him — but they persisted. Dan also told the head Chef he would pay my entire bill, and he did. I protested strongly to both the Chef and Dan and told the Chef to reject Dan's payment and I would pay myself, but they wouldn't let me. They both also continued to send the Sous Chef out to wait on me instead of the waiter and pressured both of us to exchange numbers. It's was humiliating. I've met Dan's wife & daughter a couple times and they were/are both aware of this night and say it's is a running topic in the household of how weird and inappropriate it was of Dan to do that.
  - Ashley texted Dan in Dec after the dinner and told him she's dating a professor now and need sto turn down the sous chef and Dan said "I'm not even a little concerned. Regarding Andrew – to bad it didn't work out, but there was absolutely no pressure from me. I don't know him too well. Just learn and move on."
  - Ashley was supposed to go to her office on Aug 5 to retrieve the laptop with the texts send during that night at the restaurant, but ER put me on leave and removed me from the "workplace" on 8/4 before I could & they knew I was planning on it.
  - You told me that in March 2021, West's daughter gave you a ride to Stanford, and during the car ride she told you that they still talk at home about how bizarre the restaurant incident was.
  - You mentioned that in 2020, West made a comment in Slack that Powers will unbutton the top 3 buttons of his shirt during the next all hands meeting. You told me that when you addressed West

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

about his comment, he said he didn't want to sleep with Powers so it wasn't a problem. He then inferred you were only offended because he thought you wanted to sleep with Powers.

- **Evidence:** Box folder including emails & photos
- **Witnesses:**

- **DW Concern 5:** Intentional Infliction of Emotional Distress (IIED)
- **Examples:**
  - You told me that while you were out on leave due to exposure to chemicals at your apartment, a lawyer emailed you and warned you about potential physical violence from the Irvine company because they are known for retaliation. You forwarded the email to West, and he told you to send it to his personal email address because his work email account is routinely scanned for lawsuits. You told me that West was aware of your mental state at that time, including your fear of physical violence from the Irvine company.
  - 5/21 - I notify Dan West that EH&S said they won't answer anymore of my questions about VI.
- **Evidence:** Box folder including emails & photos
- **Witnesses:** David Powers

- **DW Concern 6:** Retaliation & Constructive Termination
- **Examples:**
  - 5/6 - I notify Jenna that in MSQ staff meeting they mention Helen & Dan are worried about attrition and that managers need to be mindful with communication and if someone is thinking about leaving to recommend other options to retain them and say that directly conflicts with Dan telling me he doesn't care if I quit apple because of the hostile work env with Dave.
  - 5/6 — Dan offers to Daniel that he can work on / take over my roles for How I Got Here & From the Desk of Articles
  - 5/18 - Dan staff meeting where he apparently reduced my ownership of the How I Got Here articles to only PSQ and appears to have given Daniel the overall project
  - 7/8 - I find out from Yuan that Dan appears to have re-assigned one of my projects without telling me. You own the "How Did I Get Here" articles for West's org, and Daniel Carr is now involved with this assignment. You told me that West is no longer involving you in projects such as the "Listening Session" project.
  - When I reported the reassignment of work to David Powers he said he had no idea and would look into it ASAP and let me know but never did.
- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** Megan Gates, Jane Markam, Daniel Carr, Helen Polkes**;** Scott Lilly**;** David Powers

### xiv. John Basanese

- **Concern:** Hostile work env based on sex
- **Examples:**
  - You mentioned that after a 2018 Fireside Chat event for Women of PSQ, Basanese received written feedback for talking about someone's body size and posture in a way that sounded like it was a disadvantage.
  - Suggesting that people should hug co-workers who are honest with them.

### EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- John told Dave I told him (john) that Dave didn't like David Taylor in order to get a response from Dave Powers. Dave Powers asked me if I actually said it and I said no and David Powers said he believed me but forbid me from telling anyone John said that or confronting John.
- You stated that in 2017/2018, Basanese told you that at your age, you needed to be married with children. You told me that at holiday functions, Basenese made comments like "where is your partner?, don't you have a boyfriend?, settle down and have kids." You mentioned that you told Bassanese to stop, but he wouldn't, so you escalated to West. You stated that Basanese once made this comment at the Caffe at work while West was present.
- When talking about
  - **Evidence:** Box including Fireside Chat Video
  - **Witnesses:** Dan West, Monu Mathur

#### xv. <u>Reed Johnson</u>

- **Concerns:** Intimidation, Undermining
- **Examples:** See the Hand Me Down HW feedback to Dan about Dave in my 2020 feedback**.** Reed did apologize 10/12/18: "Hey, no worries. I just wanted to make sure Dave didn't think I was sabotaging the HW reuse program. To be honest, the whole conversation in Dan's staff meeting was quick and didn't seem to have any negative impact. Hope more people use the list in the future."
- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** Monu Mathur, Kai Yun, Pete Richardson, Bhava Avula

## 4. Administration

### F. Human Resources

#### xvi. <u>Helen Polkes</u>

- **Concern:** Hostile work env based on disability; retaliation**;** intimidation to not speak about unsafe work conditions
- **Examples:**
  - 4/13 - I notify Helen about the ER investigation into Dave and my concerns about Stewart 1
  - 4/20 - Helen Polkes urged me to file a workers comp claim for my 2019 fainting spell in Stewart 1 that I now believe to be likely caused by vapor intrusion in the building (she basically insisted — she pushed me at least three times to file it).
  - 4/21 - I noticed Jenna, Dan, Dave, & Helen of the workers comp claim being filed
  - You believe that Polkes may be retaliating against you because of the work you've done in support of the RWA Slack channel. You mentioned that on June 30, 2021, you asked Polkes about working remotely, and she said "oh, did you see Deirdre's video?". Polkes was referring to a video in which O'Brien clarified Apple's Hybrid Working Pilot You told me that when you asked Polkes about accommodations for remote work, she said "it sounds like you believe you have a disability and we would need to review it." Finally, you believe that your involvement with the RWA Slack channel may have influenced how Polkes is treating you because she has not been supportive or helpful with your request for remote work.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- 6/28 - I express concern to Helen about Dave making inappropriate and possibly sexist comments about an I&D project I'm working on
- 6/20 - 1:1 with Helen where she makes the aggressive comments about remote work and role definition
- 7/7 – "Helen said the previous "telecommuting" request process doesn't exist anymore in HWE after Deirdre's video last month"
- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** *You know what y'all did*

## G. Employee Relations

### xvii.    **Overall**

- **Concerns:** RICO; Organized Intimidation; Organized Witness Tampering; Retaliation
- **Examples:**
  - 7/28 me to ER: The Slack chain we talked about yesterday & today: https://a1391194.slack.com/archives/CK1KDPQCF/p1627328464228400 Not even including DMs.... I don't seem to be the only employee subject to sexism, hostile work environment, harassment, and retaliation — who has received no real help from HR or ER in resolving the issue. (Yes I know you're looking into things now — but Jenna made things worse for me, and so far y'all have done nothing to mitigate the harm I'm experiencing ongoing). There seems to be a growing group of us with very horrific stories to tell , who have tried to tell these stories, and have gotten no where at Apple. As mentioned before, this is incredibly disappointing and unacceptable to me. Not just for my own situation — but also that women are being treated like this by their coworkers and ignored by HR/ER at a company that likes to pretend it cares about human rights, inclusion, diversity, and respect. Pretends seems to be the important word there.
  - Me to ER/HR 7/30: This ADA Remote Work request was suggested by Apple ER in response to me raising concerns about the safety of my workplace. My office is an active EPA Superfund site with a long history of indoor air vapor intrusion with industrial chemicals above max industrial limits for human safety — and also a long history of Apple not actually testing/monitoring the air quality to ensure employee safety. I filed a workers comp claim for a fainting spell in 2019 that I believe was due to the chemicals in the air there. EH&S refused to answer many of my questions about the building and their procedures, and now has refused to answer any more of my questions about it all. However, before shutting me down, EH&S recently noted there's cracks in the floor of the building (which is exactly how vapor intrusion can get into the indoor air) but is refusing to test the air before the fix the cracks. Due to my whistleblowing, the Federal EPA is now involved and sounds like met with them this week. My doctor is working on the paper work you mentioned but we're both struggling to mentally process the fact that I have to fill out such invasive and intimidating paperwork to literally just not get poisoned. I've shared these concerns with ER as well — Antonio Lagares is overseeing my sexism & hostile work environment investigation, and his team was also playing PR agent for EH&S Also, FYI, these Sedgwick forms for this accommodation were Tweeted out by a coworker, who is a disability rights advocate, a couple weeks ago — and I also talking to NYT about this whole debacle ongoing. NYT quoted me last week about my concerns about another workplace safety issue — what I feel is inadequate safety protocols & policies around COVID

### EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

exposure for employees being forced back into the office this fall in the midst of a global pandemic.

- ▪ 8/2 me to ER/HR: My doctor faxed his response to Sedgwick's follow up questions to them today. Attaching for you below since I assume you'll ask them for it anyway. Note: the questions about whether an air purifier could mitigate Superfund vapor intrusion (so severe that a land use covenant with the government prohibits elder care and day care on site) was particularly offensive, but so is the fact itself that you're forcing me to release medical info & fill out forms to not be poisoned.
- ▪ 8/4: First ever lunch w/ Dan announced for Women of PSQ group on 8/16 & 9/13, shortly after my articles come out, with HR present. During 8/16, Dan bemoans how he now sympathizes with other "metoo accused" men
- ▪ ~8/6: PSQ managers start bringing up "Ashley Issue" in staff meetings and route anyone with concerns to HR. Mention that Dan plans to disucs the "Ashley Issue" during his Oct all hands.
- ▪ 8/12: First ever NPS Secrecy & Awareness Training announced for all of PSQ
  - **Witnesses**: *You know what y'all did*


#### xviii.      Jenna Waibel

- **1st Concern:** Conflict of Interest
- **Examples:**
  - ▪ 3/29 - Inexplicitly playing public relations for EH&S while concurrently preforming an "independent & unbiased sexism investigation"
  - ▪ 4/3 - I email Jenna notifying her of Dave prohibiting me from speaking about workplace safety concerns and ask her to talk to him or send me an email I can forward with my rights
  - ▪ 4/3-9 - Jenna doesn't respond
  - ▪ 4/9 - Jenna then offers to launch a formal investigation into Dave
  - ▪ 4/9 - I tell Jenna no on the formal investigation but ask her to talk with him
  - ▪ 4/12 - Jenna says she'll talk to Dave
  - ▪ 4/12 - I reiterate my safety concerns about Stewart 1 to Jenna
  - ▪ 7/2 - Jenna tells me EH&S will actually test the air in Stewart 1 now and notifies me of cracks in the floor there and the need for "floor sealing" and that they'll test the air after the floor is fixed
  - ▪ 7/2 - I ask EH&S and Jenna if they can test the air before the floor is fixed, to see if those cracks were causing vapor intrusion
  - ▪ 7/2 - I submit ADA Medical Request for remote work due to needing to avoid industrial chemical exposure
  - ▪ 7/7 - I meet with EH&S and Jenna and they tell me they won't test the air before the cracks are fixed, they refuse to give me any details about what fixing the cracks entail, and again tell me they now won't answer anymore of my questions. I reiterate I don't feel safe in that building and I'm worried about vapor intrusion and I feel they're trying to misrepresent the situation internally
  - ▪ 7/7 - I send additional / updated concerns about the safety of Stewart 1 / TRW Microwave to the federal EPA
  - ▪ 7/8: meeting notes from me to Jenna & ER: Antone & Michael kept saying this is routine maintenance but said this year is also the first time this routine maintenance process is being kicked off for Apple buildings on chemical clean-up sites with risks of vapor intrusion. I asked if Apple has done this floor-sealing work in other buildings with employees currently working in them and I was told "they have done it for two or three buildings." I said I was concerned they were

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

misrepresenting the "routine-ness" of this work this year & I asked which buildings they did the "routine floor sealing" in previously and Jenna told me "they won't discuss buildings I'm not in," "won't answer that question," and "that level of detail is not appropriate for this call." EH&S refuses to test the indoor air before they seal the vapor intrusion pathways, saying the 2015 results show the mitigation was working. I asked if the change of building circumstances (i.e. cracks, holes) don't then need an evaluation to see if there was VI and then confirm the new fixes actually fix it — they said no. When the indoor air is eventually tested at some unknown point it will be with passive samplers with HVAC on & running as normal, and employees inside working as normal. I expressed concerns that HVAC brings in outdoor air and will dilute the air inside — and employees working inside can cause their own chemicals releases which can can disturb / comprise the results. I also mentioned if the results come back high, then EH&S can then say it was the employees causing the chemicals (like they did in 2015 with the unconfirmed "construction" chemicals). Michael and Atone say their testing plan is "protocol" and "over and beyond" Antone/Michael/Jenna will not answer any of my additional questions, or provide additional questions, or provide any guidance around risk & exposure other than "they feel it is safe."

- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** *You know what y'all did*

- **2ⁿᵈ Concern:** Intimidation; Retaliation; Misuse of ADA policies
- **Examples:**
  - Me having to fill out the ADA accommodation remote work request to not be poisoned
  - 4/27 - I have a phone call with Jenna, after asking for another time if she's talked to Dave about telling me I can't talk openly about workplace safety concerns, and she is extremely hostile and essentially also tells me I can't talk openly about workplace safety concerns. I document our call and send clarifying questions to her and Michael. She then says she never said what she said upon seeing it documented. During that call I also started crying and pleaded with her to stop the investigation because the way it's going it seems like she's going to side with my manager and Dan and only get me in trouble. She says she can't cancel and investigation after it begins.
  - 4/27: me to Jenna, I'd like to state that the original reason I reached out to ER was because of comments Dave made to me in my 1:1 with him several weeks ago related to the TRW Microwave EPA Superfund site (aka our office building Stewart 1). I've captured my concerns in separate emails. I know you already talked to him — but I'd like the formal list of concerns to reflect that was the original and primary concern. I also let Dan know that was my primary concern on 4/9 and he also said he would talk to you about it.
  - 4/29, me to Jenna, Talked to Dan West today (my bosses boss). He will not move me out from under Dave. He will not move me under him (Dan), or John, or anyone else. He says he doesn't want anymore re-orgs. My choices are either I stay under Dave (I told him I cannot do this) or I leave the organization or Apple completely. He says he understood this likely means I will leave Apple. Dan said when I leave, the role will likely be recycled into a standard Engineer or Manager role, and the PSQ EPM role will be dissolved. No timeline was set.
  - 5/20 - Jenna tells me she will talk to Rob Yepez about my sexual harassment claim and tell him I was the one who reported it. I ask her not to and that I dont' want him to know it was me and ask her not to look in to it and she says she will anyways and I can't stop her. She pressures me to give the witnesses name to her despite me raising concerns about her being on an H1B and worried about retaliation.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- 5/21- Jenna offers me Paid Administrative Leave for two weeks starting 5/24 and I say yes. She then tells me I'm not allowed to work at all during that time.
- 6/3 – "wrap up call" with Jenna — she says she found no policy violations and the only next steps are for me "to process this" and work with Helen on "my path forward." I send notes after documenting all of my ongoing concerns that weren't addressed — including that it sounds like she never reviewed my 2020 feedback about Dave to Dan (she said she had no recollection about one of the events)
- 6/3 jenna to me email: Thank you for raising your concerns and for your cooperation in this investigation. As we discussed, Apple takes employee concerns seriously and I have completed a thorough investigation. As part of my process, I reviewed the information and documentation you provided me. I also spoke to others who had information relevant to the investigation. Though I could not confirm that violation of Apple policies occurred, Apple has taken appropriate action to address the findings of the investigation. If, in the future, you have any new concerns and/or experience behavior you feel is retaliatory, please contact your Helen or myself immediately.
- 6/3 me to Jenna, It was good to hear that based on the concerns I raised and the evidence I provided, that there was employee coaching provided to Dan West, David Powers, and some of the men on the MSQ Mgmt team (you didn't provide names). It was also good to hear that employee coaching will be provided ongoing for Dave and Dan related to my concerns. I also appreciate you offering to look into any future issues related to this that rise to retaliation against me or violations of company policy. As mentioned on the phone call today, and documenting here, I do disagree with some of the findings. I do feel like some of the issues should have been considered violations of policy. I also feel like some issues were not properly investigated (including my 2020 feedback about Dave that I sent to Dan, of which you had no memory today of one of the most egregious statements). I also feel like the investigation into Rob Yepez's behavior towards me was closed prematurely — as he told me some very specific things that would have been independently verifiable (i.e. he told me he chartered a private plane in Santorini to fly out himself and a women he was cheating on his wife with after missing their planned flight, etc. — how else would I know that if he wasn't talking to me about how he cheats on his wife). However, I understand that you said the investigation is closed and you will not talk to me about any of these specific issues going forward. Similarly, I don't feel like my concerns about workplace safety in Stewart 1 (aka the TRW Microwave Superfund site) were adequately investigated (no testing) or resolved (EHS & y'all also said you wouldn't answer any more of my questions about that either). As you directed, I'll plan to return to work virtually on Monday with the status quo of my role and reporting structure, and no changes to my role, responsibilities, relationship with Dave or Dan, or anything else. As you directed, I'll reach out to Helen once "I've had time to process this" and work with her to help me figure out a "path forward." As mentioned, I'm not sure what Helen would do or what that means. I raised my ongoing concerns about workplace safety with Dave and Dan before this two weeks off and I'll continue to work with them to identify a way I can "return to work" in September without having to put my health at risk. I also hope EHS will go forward with testing the indoor air in my office, despite their last statement that they might not now (despite years of indoor air vapor intrusion above max EPA industrial limits, and the latest tests showing Ethylbenzene and Toluene above max EPA industrial limits), and no explanation provided by EHS why they'd decide not to do the testing after previously saying they would do it — other than me pointing out gaps and open questions about the history of the building and Apple's oversight of it). I'm also talking to the Federal EPA about this concurrently.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- 6/8 - I have to present the I&D training I did to Dan staff even though I asked Dave to do it while I was out and asked Jenna if Dave could do it because I don't feel comfortable marketing our I&D training while I'm reporting Dave and a manager (likely Jason) for being sexist
- 6/10 - I then meet with Jenna and she tells me the only other steps are to "complain about her to her manager, but I'm not allowed to discuss any details of the investigation" and to "escalate safety concerns to EHS." She also suggests I request ADA accommodations for remote work so I don't have to go back to Stewart 1. She tells me "I don't need a diagnosis, I just need a doctor signature."
- 6/10: "You said you were concerned that Dave was not coached on gender discrimination: as the investigation did not find any policy violations, the ongoing support for you and Dave to work effectively moving forward is to improve communication between the two of you."-Jenna
- 6/10: "I committed to share your continued concerns with EHS about workplace safety, specifically vapor intrusion in Stewart 1, since they are the appropriate parties to respond. Finally, we talked about the Accommodation process, in response to your concern about the safety of your building with the expectation of returning in September. I advised that now is the right time to begin that process to discuss your accommodation request to continue to work remotely, and pursue documentation from your physician to support that request. Please see the below form to meet with your doctor and begin this process. Since this process can take a while, I recommend we start it now to ensure we have plenty of time in the interactive discussion. " -Jenna
- 7/13: Me: When I talked to Tony last week he told me confidently that no medical staff from Sedgwick would be getting involved in the request, and Sedgwick would simply contact my doctor to confirm he his a doctor and he did sign the paper before approving the request. You might want to sync with Tony before you have the Nurse reach out.This was in line with what you originally told me at the beginning of this process, when you offered the form — that there doesn't need to be a diagnosis and I only need a doctor signature.I can talk to the nurse if I need to, and I do actually have a diagnosis, but it sounds like there's a disconnect on your approach for this.
- 7/13: I refuse to sign that medical release form until it's revised to say I'm only releasing to Sedgwick, not to Apple Inc.

- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** *You know what y'all did*.


### xix. Ekelemchi Okpo

- **Concerns:** Use of Paid Administrative Leave as a Neg Employment Action; Intimidation; Retaliation
- **Examples:**
  - **5/21:** Jenna to me: Hi Ashley, Thanks for our call this morning. I'm glad to hear you are feeling well supported in this offer of time off. We agreed that you would take administrative leave, with full pay and benefits, starting Monday for two weeks, beginning Monday May 24, 2021 while I look into the concerns you have raised. You will return to work on Monday, June 7, 2021. We agreed this time will not be formally submitted in a time off system, and will not decrease your sick time or paid time off balance. For the next two weeks, we agreed you will not do any work. You will post an away message that lets folks know you will be out, but I left it to your judgement on what else you say about your time out. During this time off, I committed to you that I would continue my review and hope to have findings to share by the end of the two week period. We agreed that the best way to reach you is to send you a text message on your work number. Other than that, we agreed you would not do any work or

EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

respond to work emails during this time. You can continue to contact me with additional information or questions about my investigation at any time.

- 7/27: me to EO & AL: Also as mentioned, I'm still looking for a short-term response to mitigate the current hostile work environment I'm experiencing reporting to Dave and Dan and Helen. I've asked several times now, including today, that all 1:1s with them be in writing only, during the duration of this investigation. I also asked that there not be any new projects added to my workload during the duration of this investigation, and this is especially important now that my manager decided to substantially increase the amount of work I need to do beyond what a single role is capable of, and all unfavorable work. I would like for him not to add any new work beyond what I had a month ago. I do see his current actions with this workload as retaliation and a negative employment action. Also, as I've mentioned, I am actively suffering emotional harm as I'm continued to be exposed to their behavior. I look forward to hearing about next steps on this. Further, as mentioned previously and on going, I am requesting a long term solution to the hostile work environment and unsafe work conditions. At this point it is clear my team will not stop the sexism, harassment, discrimination, and retaliation — so I need to be removed from this situation. As mentioned, I refuse to quit or to take medical leave as a response to the hostility; this is on Apple ER to resolve, not for me to hide from. There are two options we've discussed. First, a new role at Apple that is not a hostile work environment and not in unsafe work conditions (and I mentioned that because I will not be at Apple after Dec 31 2022, I cannot find a new role to transfer to for such a short period of time, so I need your assistance with placement). The 2nd option is an exit package that will compensate me and provide benefits through that time. As mentioned this would only be a payment & exit to mitigate the current hostile work environment and unsafe work conditions and would not include any litigation/arbitration waiver agreements nor any non-disclosure agreements beyond what I've already signed as an employee. Any further contractual agreements beyond what I've already signed would need to be reviewed by my team of lawyers and the compensation for each would need to be negotiated by each new specific requirement.
- 7/16: Antonio adds EO to the investigation
- 7/28: me to EO, text: EO refuses to respond about putting exchanges in writing before my 1:1 w/ Dave that day, texting EO up to the minute, then I cancel the meeting myself and cc EO
- 8/4: Tells me I'm "being put on leave." Refuses to give me any time of timeline or ETA for updates or conclusion. Says I don't need to check email or work phone at all, but also refuses to contact me on my personal accounts. Says I don't even need to respond to the issue confirmation. I ask to continue to use Slack and he says he wants me "removed from work place interactions." I said I wanted the leave to start 8/5, EO said no, starts today/now. I say this feels like a negative employment action, and EO essentially says it's voluntary but I also don't have a choice.
- 8/20 – I asked to attend an apple university class I was previously invited too (and Dean's Cohen & Stout approved me still attending) and EO told me I couldn't go "because I was on leave."

- **Evidence:** Box folder; emails
- **Witnesses:** *You know what y'all did*

# H. Apple Real Estate Environment, Health, & Safety

### xx. <u>Overall</u>

# EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- **Concerns:** RICO; Negligence, Misrepresentation; Fraud; Recklessness; Violations of Env Laws; OSHA, & Right to Know; Toxic Torts; Corporate Corruption; Organized Intimidation; Organized Witness Tampering
- **Examples:**
  - Worker's compensation claim was denied on May 22, 2021, right before the announcement that the Irvine company and Apple signed a long term lease agreement on May 24, 2021.
  - Apple has many buildings on chemical clean up sites in Santa Clara County, including Superfund sites
  - Apple doesn't disclose this to employees because it decided its not "legally required" unless they have reason to think the employee safety is at risk (see my email notes)
  - Apple hasn't been doing indoor air testing to monitor for vapor intrusion, which is exactly how they'd know if employee safety is at risk (see my email notes)
  - Apple was sued by the CA government for $450k for hazardous waste violations: https://dtsc.ca.gov/2016/12/06/apple-agrees-to-pay-450000-to-settle-hazardous-waste-violations/
  - Apple said they always do above what the law requires for hazardous waste: ""This matter involves an oversight in filing paperwork to close one of our recycling facilities as part of our expansion to a larger site," Apple spokeswoman Alisha Johnson told Reuters in an emailed statement. "We've worked closely with [the Department of Toxic Substance Control] to ensure that going forward we have the proper permits for our current site. As we do with all our facilities, we followed our stringent set of health and safety standards, which go well beyond legal requirements." https://www.reuters.com/article/us-apple-waste-violations-idUSKBN13V2HS. Alisha Johnson reports to Lisa Jackson at Apple. https://www.bustle.com/life/alisha-johnson-apple-racial-equity-justice-initiative. Lisa was former head fo the federal EPA, Alisha used to be press secretary for the federal EPA: https://impactclimate.mit.edu/apple/
  - Federal EPA only responded after I told them about Ronald Sugar, Michael quitting, the cracks in the floor, and the press.
  - I filed a workers compensation claim for fainting in the office in 2019 due to the chemicals (see notes). Sedgwick was going to pursue it but the claim was mysteriously claimed on Saturday night with a strange voicemail from the investigator and then on monday morning, it was announced Apple signed a mega deal with Irvine Company over the weekend for a massive amount of office space on chemical clean up sites in Sunnyvale
    - https://www.eastbaytimes.com/2021/05/24/apple-mega-deal-iphone-maker-huge-sunnyvale-expansion-real-estate-tech/
    - https://www.mercurynews.com/2021/05/24/apple-mega-deal-iphone-maker-huge-sunnyvale-expansion-real-estate-tech/
  - Me having to fill out the ADA accommodation remote work request to not be poisoned
  - 7/2, Jenna says: Antone recently shared an update on SD01 that I am also forwarding on his behalf: In May we performed step one of a three step process. We did the floor pathway survey, checking for cracks and gaps that can build over time due to natural floor movement. Based on that, we developed a floor sealing plan. Right now, we are in step two scheduling the floor crack sealing work by a contractor (expected within a month according to verbal from the construction management team). Once the floor sealing is complete, we will schedule step three the indoor air testing at a TBD date. When that is done, we will provide you the data. Please let me know if you have any questions.

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- 7/8: me to Jenna & EHS: Good luck on your next adventure, Michael! And congrats on your promotion / re-org, Antone! I didn't realize Apple hired an external manager, Robert Thomas, two months ago to lead "Global Environmental Compliance!" Does that mean the vapor intrusion due diligence is now formally under Real Estate & Development instead of EH&S? Scott's not doing it anymore? I remember having a phone call with Elizabeth Schmidt in mid-September 2020 about my chemical exposure at my apartment and the building uphill that Apple previously leased for industrial use (it had a groundwater plume flowing in direction of my apartments). She had said she led a Real Estate & Development team — I didn't realize she also had EH&S under her as well. Or was that a recent re-org too? [no reply]

- 7/16: me: to Tony, As previously discussed at length, I have serious concerns about work place safety of my building, and Apple's other buildings on chemical release sites. At least for my building, from what I've seen, Apple appears to have been negligent with properly managing the vapor intrusion from the three toxic groundwater plumes under the building. Also, as mentioned, I believe I have already been injured by the vapor intrusion in 2019 (the workers comp claim I filed). The last time we talked, when I mentioned Jenna offered me remote work to satisfy my personal concerns about having to go back to an office on chemical release site after what already happened there and what happened last to me last year causing the seven months of disability. When you and I talked, you reassured me that medical records wouldn't be requested and that Sedgwick wouldn't do more than simply confirm a doctor said I need an accommodation and then would approve. I also expressed concern that my HR Biz Partner Helen already implied my request woul d be denied and was bullying me about even requesting it. You said you would talk to her and Jenna. I wanted to let you know, Sedgwick sent me this very long list of follow up questions this morning for my doctor to answer. They also required me to sign a medical release form. As mentioned, I was extremely uncomfortable signing the form Jenna sent me which released all my records to "Apple Inc" but Jenna refused to provide a revised form that only said Sedgwick. Sedgwick provided me a better form and I did sign it, because she said if I didn't my request couldn't be processed. Can you please provide some clarity on all this? Does my doctor really need to answer all of these questions Sedgwick is asking for? Or is there a way to reign this all in and do what you said the process would / should be, and as long as a doctor says I need a medical accommodation of full remote work, then that should be approved?

- After EH&S notifies me of cracks in the floor, and misrepresents situation during meeting, I notify the press & Federal EPA. EH&S, via ER, refuses to tell me what they're doing or give any updates. Also refuses to test the air before they fix the cracks. Meanwhile, I'm working with colleagues to gather evidence (pics, air testing) up to the morning of 8/4, and ER knew. Team said EH&S was onsite in our building starting 8/4.
  - 8/11: EHS Walkthrough
  - 8/18: EHS Walkthrough and "Assessment"
  - 8/19: EHS Walkthrough and "Assessment"

- **Evidence:** See Box folder, emails, & links above.
- **Witnesses:** *You know what y'all did*

### xxi. <u>Michael Steiger</u>

- **Concerns:** Fraud, Misrepresentation, Negligence, Recklessness
- **Examples:**

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- Development plan approved by city in October 2013:
- Apple's haz waste due diligence leader Michael Steiger joined apple in Dec 2013, after being a director at EKI:
- EKI did the haz waste clean up for Apple Park
- Michael Steiger going on medical leave & quitting, major re-org after
- 5/17: me to EHS & Jenna: "I have access to all publicly available information about the site per the gov websites. The report Michael previously shared should include all details for both May & Dec 2015 testing. Unless VI testing is done in the future, no additional data will be shared. If VI testing is done in SD01 in the future, the results will be shared with me. There is no timeframe for testing for vapor intrusion in Stewart 1. EHS might not test for vapor intrusion in Stewart 1 this year, or near future — they are looking over the building evaluation report and then will make a decision at an unspecified time whether they do VI testing or not. Michael said that as an expert, he and EHS have reviewed the data for SD01 and feel there is no Vapor Intrusion occurring there and they've done what's necessary to ensure the safety of the building for the people working there. (He said this all really quickly, so trying my best to summarize). As for the EthylBenzene & Tolulene, Michael said those are not attributable to vapor intrusion in SD01 because they are not contaminants of concern. And that there was no evidence they exceeded OSHA PEL limits in the building. If I have any non-VI chemical questions, can arrange for a workplace evaluation by Austin. Michael said would never turn HVAC off and if it someone said they did during wildfires, that must be a miscommunication. Questions about land use restrictions are questions for the EPA. Any additional questions I have about the specifics of soil/groundwater chemicals & vapor intrusion at the site, including my pending questions from April, will not be answered by EHS, since EHS has determined they feel confident there is no vapor intrusion in the building based on the historical tests and documents. Jenna said I have a right to share concerns and talk to anyone about my concerns about the building. She said Apple would never restrict my right to speak about work place safety concerns. She said Apple would appreciate if I try to keep information accurate and also route people to EHS with questions, but not a requirement.
- 7/2 Jenna says: I'm sending an iCal for a follow up call next week with EHS. Michael will be leaving Apple shortly after our call, so Antone Jain will be joining our call as well to step into the conversation in Michael's place. As Antone is responsible for scheduling some of the next steps in the testing we have discussed, he is very knowledgable about the program. "
- 7/8: meeting notes from me to Jenna & ER: Antone & Michael kept saying this is routine maintenance but said this year is also the first time this routine maintenance process is being kicked off for Apple buildings on chemical clean-up sites with risks of vapor intrusion. I asked if Apple has done this floor-sealing work in other buildings with employees currently working in them and I was told "they have done it for two or three buildings." I said I was concerned they were misrepresenting the "routine-ness" of this work this year & I asked which buildings they did the "routine floor sealing" in previously and Jenna told me "they won't discuss buildings I'm not in," "won't answer that question," and "that level of detail is not appropriate for this call." EH&S refuses to test the indoor air before they seal the vapor intrusion pathways, saying the 2015 results show the mitigation was working. I asked if the change of building circumstances (i.e. cracks, holes) don't then need an evaluation to see if there was VI and then confirm the new fixes actually fix it — they said no. When the indoor air is eventually tested at some unknown point it will be with passive samplers with HVAC on & running as normal, and employees inside working as normal. I expressed concerns that HVAC brings in outdoor air and will dilute the air

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION
Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

inside — and employees working inside can cause their own chemicals releases which can can disturb / comprise the results. I also mentioned if the results come back high, then EH&S can then say it was the employees causing the chemicals (like they did in 2015 with the unconfirmed "construction" chemicals). Michael and Atone say their testing plan is "protocol" and "over and beyond" Antone/Michael/Jenna will not answer any of my additional questions, or provide additional questions, or provide any guidance around risk & exposure other than "they feel it is safe."
- **Evidence:** Box folder including emails & photos; emails
- **Witnesses:** *You know what y'all did*


# 5. Board of Directors

## I. Finance & Audit Committee

### xxii. <u>Ronald Sugar</u>

- **Concerns:** Conflict of Interest, Corruption; Fraud
- **Issues:**
  - Ronald Sugar used to be CEO/President of TRW Microwave then Northrup Grumman.
  - Mr. Sugar is now on the Board of Directors for Apple as chair of the finance & audit committee. The committee appears to oversee the finance and oversight of the due diligence programs for chemical clean-up site offices, including the TRW Microwave Superfund, which is the office I work in.
  - His previous companies (TRW & NG) caused the contamination that is now being cleaned up under my office. My office is designated as the EPA's "TRW Microwave" Superfund site. (Part of the "Triple Site" of 3x Superfund groundwater plumes in Sunnyvale, CA).
  - Is Sugar overseeing the due diligence program for clean-up, testing, employee complaints, finance for this office that his previous company caused the pollution for & is still responsible to clean up?
  - Did he notify the General Counsel of this conflict of interest?
  - Has he taken any actions that are favorable to NG/TRW and forsake proper safety & protection for Apple employees?
  - I have been reporting safety concerns in that office since March 2021 and have escalated further concerns that EH&S has been negligent, reckless, misrepresented their activities, and have intimidated me to not speak out about the safety concerns.
  - The Federal EPA was notified. of my concerns & notified Apple ER & EHS of my contact with the gov at that time..
- **Evidence:** Box folder including emails & photos; emails:
  - The Finance & Audit committee 2020 charter includes responsibilities such as:
    - The purpose of the Committee is to:  1. Assist the Board in oversight and monitoring of: compliance with legal, regulatory and public disclosure requirements; the independent auditors, including their qualifications and independence; enterprise risk management

## EMPLOYEE RELATIONS – ISSUE CONFIRMATION

Ashley Gjovik | EO Draft v1, with AG rev v2 | 22 Aug 2021

- Review with management and the independent auditors any correspondence with regulators or governmental agencies and any employee complaints regarding the Corporation's financial statements or accounting policies.
- https://s2.q4cdn.com/470004039/files/doc_downloads/2020/20200819-Audit-and-Finance-Committee-Charter.pdf
- Guidelines Regarding Director of Conflicts of Interest says
  - Directors should take all reasonable steps to avoid conflicts of interest with the corporation.
  - Any director who becomes aware of an actual or potential conflict of interest with the Corporation at any time shall notify the Corp GC promptly in writing of the material facts of the actual or potential conflict of interest.
- Corporate Governance Guideline say:
  - The Board expects its directors, as well as officers and employees, to act ethically. Directors are expected to adhere to the Corporation's Business Conduct Policy and the Guidelines Regarding Director Conflicts of Interest.
  - https://s2.q4cdn.com/470004039/files/doc_downloads/2020/20200819-Corporate-Governance-Guidelines.pdf
- https://semspub.epa.gov/work/09/1158562.pdf
- https://www.apple.com/newsroom/2010/11/17Ronald-D-Sugar-Joins-Apples-Board-of-Directors/
- https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.Cleanup&id=0901181#bkground
- https://www.microwaves101.com/encyclopedias/where-are-they-now#trw
- **Witnesses:** Business Conduct? Gov Affairs? *You know what y'all did*
- **Business Conduct Report:** Support Request HRC000017207
-

# EXHIBIT C: MEDICAL RECORDS

Name: Ashley Gjovik | DOB: 8/26/1986 | MRN: ███ | PCP: ███, MD | Legal Name: Ashley Gjovik

# Appointment Details

Notes

## Progress Notes

Monica Ly at 12/1/2023  8:30 AM

**OUTPATIENT NEUROPSYCHOLOGY**

Visit Type: Initial assessment/intake
Name: Ashley Gjovik
Date of Birth: 8/26/1986
Date of Evaluation: 12/01/23
Modality of visit: In-person

**Reason for referral**: Ashley Gjovik  is a 37 y.o., right-handed, White Female who was referred for a neuropsychological evaluation by Dr. Chang of Primary Care due to "concomitant ADHD and PTSD complicating treatment" in the context of toxic exposure to air contaminants.

**Informed consent**: Ashley Gjovik provided written consent to complete a neuropsychological evaluation. She was informed of the nature and purpose of the evaluation and limits of confidentiality prior to beginning the evaluation. She was informed that this evaluation is intended for clinical and treatment planning purposes, and not for legal/forensic use.

**PRESENTING PROBLEM:**

Ms. Gjovik presented for neuropsychological assessment for diagnostic re-evaluation given her previous diagnosis of ADHD, assessment of her current cognitive functioning given concurrent PTSD and recent toxic exposure to air contaminants (industrial solvents), and recommendations for treatment planning.

Regarding toxic exposure, she reported that she became very ill when she moved into a new apartment in California in February 2020, with symptoms not explained by other conditions including bradycardia, fainting, hallucinations upon awakening, and tremors. She underwent extensive medical work-up in 2020-2021 including Neurology, Endocrine, Urology, Nephrology, Immunology, and Cardiology. Upon conducting her own blood and urine tests, she deducted that she (and her whole apartment building) were being exposed to phosphine, arsine, silane, NMP, and toluene, allegedly due to hidden operations of her employer at the time, Apple. Many of her symptoms resolved after she moved out of the apartment in October 2020. She reported that she also discovered that she had additional toxic exposures at her workplace from 2017 to 2021 including trichloroethylene, vinyl fluoride, toluene, ethyl benzene, PCE, and chloroform. She reported the numerous safety violations she encountered to the EPA and other authorities. She stated that she was ostracized, harassed, defamed, and surveilled due to her reporting, and was placed on indefinite administrative leave by Apple in September 2021 as whistleblower retaliation. In September 2023, she sued Apple and litigation is ongoing.

Structured assessment of ADHD (BAARS-IV Self Report):
- **Current symptoms**: Ms. Gjovik endorsed 5 out of the 9 symptoms of inattention (difficulty sustaining attention, difficulty following through on instructions, avoids tasks requiring sustained effort, easily distracted, forgetful), 7 out of 9 symptoms of hyperactivity/impulsivity (fidgetiness, restlessness, feeling driven by a motor, talking excessively, blurting out, difficulty waiting her turn, interrupting/intruding on others), and 7 out of 9 symptoms of sluggish cognitive tempo (daydreaming, trouble staying alert, easily bored, spacey, lethargic, low energy, not processing info as quickly or accurately as others)
- **Childhood symptoms (age 5-12)**: Ms. Gjovik endorsed 9 out of the 9 symptoms of inattention and 9 out of 9 symptoms of hyperactivity/impulsivity. She noted that she struggled academically in elementary school and was reprimanded by teachers for talking excessively and leaving her seat in class. She recalls receiving comments from teachers that she struggled with "patience and cooperation".
- These symptoms cause ongoing distress and interfere with her work and home functioning.
- Ms. Gjovik was evaluated and previously diagnosed with ADHD at age 13, and treated with Adderall. She has not had Adderall recently due to relocating to MA, and has noticed a significant decrease in her functioning (e.g., increased difficulty and effort to concentrate and complete work tasks).

Cognitive complaints:
- As above, she reported longstanding difficulties with attention and concentration.
- She noted that she used to have problems with organization, but has taught herself skills in order to get her work done.
- Denied problems with memory (noting it is "too good" at times), language, visuospatial functioning, or planning.

Functional status:
- Denied problems with basic or instrumental ADLs.
- She occasionally (~once every 2 weeks) forgets whether she took her medications this morning.
- Denied difficulties with time management/appointments because she checks her calendar regularly.
- She has never had a driver's license. She typically walks to work and walked to this appointment.

Sensorimotor:
- She stated that she is easily overstimulated by bright lights or loud noises.
- Denied dizziness, weakness, motor abnormalities, or changes in sensory functioning.
- She reported chronic pain due to endometriosis and arthritis.

Psychological:
- Mood: "I feel like I'm doing great considering"; she stated that her mood has been better since moving to MA and starting her new job, although the past week has been stressful due to an active chemical safety issue at work. She is proud of herself for standing up to her former employer.
- She reported that since 2021, she has been coping with the "institutional betrayal" and retaliation from whistleblowing on her former employer. She reported a period of severe depression around this time through 2022 when she struggled to find employment, over which she gained 60 lbs.
- She stated that her symptoms of depression are currently generally well-controlled with medications.
- She denied current SI or HI. She endorsed recent SI without plan or intent during her most recent depressive episode (>a month ago), but that she has not had those thoughts since getting her current job.
- Her ongoing litigation against Apple is a major stressor.
- She is not currently engaged in any mental health treatment (e.g., therapy and psychiatry) as she is just getting established with care in MA
- Denied delusions or hallucinations
- Sleep: 7-9 hours on average; some difficulty falling asleep but no problems staying asleep. Denied nightmares.

- ▆▆▆▆▆▆▆▆▆▆▆
- ▆▆▆▆▆▆▆▆▆▆▆
- ▆▆▆▆▆▆▆▆▆▆▆
- ▆▆▆▆▆▆▆▆▆▆▆

**RELEVANT HISTORY:**

Previous neuropsychological testing or neurocognitive screening results: None available

Relevant medical conditions: hypertension, hereditary alpha tryptasemia, left thyroid nodule (benign)

Relevant medications: Wellbutrin for depression, propanolol for PTSD and hypertension, Adderall 10mg XR, 5mg as needed, Xanax as needed (2 nights in the past 2 weeks)

Family medical history: ▆▆▆▆▆▆▆▆▆▆▆

Neuroimaging: Brain MRI 3/2020 and 5/2020 and CTA 4/2021 were unremarkable

Psychiatric history:
- History of abuse: ▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆
- Diagnosed with depression and anxiety at 10yo; ▆▆▆▆▆▆▆▆▆▆ diagnosed with PTSD at 19yo
- Past treatments: antidepressants, psychotherapy (including DBT for 3 years, which she found very helpful)
- Past SI: ▆▆▆▆▆▆▆▆▆▆▆
- ▆▆▆▆▆▆▆▆▆▆▆

Psychosocial and Developmental History:
- Primary language: English
- Grew up in Oregon
- Recently moved to MA (September 2023) for new job

- Lives alone with dog, rents apartment

Educational History:
- Early difficulties with learning to read, communication, and physical coordination
- Diagnosed with ADHD at 13yo, treated with Adderall
- Earned B.S. in 2012 in liberal studies, earned law degree last year

Occupational History:
- Works full-time as program manager for local air quality and monitoring program, within civil engineering and planning at Northeastern University
- Enjoys her new job and is passionate about the mission

MENTAL STATUS AND BEHAVIORAL OBSERVATIONS:
- Arrival: 5 minutes late due to going to the wrong building at first, unaccompanied
- Appearance: casually dressed
- Speech: talkative, fast rate, slightly pressured, offered great detail, normal prosody; no word-finding difficulties or paraphasias noted
- Comprehension: intact for conversation and test instructions
- Thought process: circumstantial, distractible but redirectable
- Affect: full in range and mood-congruent
- Interpersonal: cooperative, rapport established
- Motor: no motor abnormalities observed
- Sensory: vision and hearing intact for testing
- Orientation: alert and oriented
- Performance validity: pass (TOMM Trial 1=49/50, RDS=8)

NEUROPSYCHOLOGICAL TEST RESULTS:

Preliminary testing and self-report questionnaires were completed today as listed below. Further neuropsychological testing is needed to complete the cognitive profile.

| | Raw | SS | %ile |
|---|---|---|---|
| WRAT-5 Word Reading | ■ | ■ | ■ |
| | | | |
| WAIS-IV Digit Span | ■ | | ■ |
|  Forward (LDSF=5) | | | |
|  Backward (LDSB=4) | | ■ | |
|  Sequencing (LDSS=6) | | | ■ |
| | | | |
| PHQ-9 | 13 | | Moderate depression |
| GAD-7 | 15 | | Moderate/severe anxiety |
| PCL-5 | 41 | | Elevated symptoms of PTSD |

IMPRESSIONS:
Ashley Gjovik is a 37 y.o., right-handed, White Female who presented for an initial neuropsychological evaluation to assess her current cognitive functioning in the context of previous diagnosis of ADHD, toxic exposure to industrial solvents, and PTSD.

Based on structured clinical interview of current and childhood symptoms and functioning, Ms. Gjovik meets criteria for **attention deficit hyperactivity disorder (ADHD) - combined presentation.** She endorsed symptoms of inattention and hyperactivity present in childhood and persisting to today that interfere with her current functioning and are not fully accounted for by other factors (e.g., PTSD, depression).

Neuropsychological testing is not required for the diagnosis of ADHD nor the provision of medications related to ADHD. However, given her complex medical and psychiatric history including toxic exposures, PTSD, depression, and anxiety, Ms. Gjovik would benefit from comprehensive testing in order to clarify her current cognitive strengths and weaknesses and identify treatment recommendations. Preliminary testing was done today and she will return to complete neuropsychological testing.

Preliminary recommendations include:
1) Establish mental health care to address symptoms of depression, anxiety, and PTSD
2) Continue using and honing compensatory and organizational strategies to help with daily functioning (e.g., calendar use, written lists, minimizing distractions)

PLAN:
Return to clinic on 12/15/2023 to complete neuropsychological testing.

Encounter/Billing Information:
Provider: Monica Ly, PhD (Neuropsychologist)
1 hour spent on neurobehavioral status exam/clinical interview (96116)

1 hour spent on administration and scoring of neuropsychological tests (96136, 96137)

Per CMS and APA guidelines, the total cumulative time spent in the neuropsychological evaluation process will be reported at the completion of the entire episode of care (i.e., when the full evaluation report is complete). All base and add-on codes with their dates of service will be listed at that time.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

EXHIBIT D: 7/8/24 MEET & CONFER TRANSCRIPT

**Apple Meet and Confer 2024-07-08**

[Ashley Gjovik (Pro Se)] (5:02 - 6:38)

This is Ashley, 4pm June 25th, about to get on the call with Apple's lawyers, let's see if they cooperate. Hello, how are you? Say again?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (6:39 - 6:40)

I couldn't hear you very well.

[Ashley Gjovik (Pro Se)] (6:40 - 6:41)

Can you hear me now?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (6:42 - 6:58)

A little bit better. How's this? Wow, much better.

Okay. All right. So, I have the standing order for all judges for the Northern District, is that where you I just grabbed that too, yep.

[Ashley Gjovik (Pro Se)] (7:07 - 7:21)

The facts, I was hoping there might be at least a few that we could stipulate to you just to show good faith to the judge, like I think we both agree I was fired on September 9th, and the dates of my employment starting, like some very, very basic stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (7:23 - 7:50)

Yeah, I mean, we could do a joint section and then an Ashley section and an Apple section, I just don't usually do it that way. We're not at the stage where we need to be stipulating the facts, but when we get to that stage, which usually is much later in the case, we certainly can stipulate certain facts. Okay.

This is just to give, and I don't think this judge needs a summary of the facts so much, but the purpose is to have a half page each time summary of the facts.

[Ashley Gjovik (Pro Se)] (7:51 - 7:59)

Okay, I've seen them merged. I understand that your way may not ever have that, so I just wanted to offer it. Yeah, that's fine.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (7:59 - 8:11)

I've seen them merged too, but then, and I like to do it merged, but in this case, I think we have very divergent views of the facts. It's not the type of case where I think we can agree on what all

the facts are.

[Ashley Gjovik (Pro Se)] (8:12 - 8:24)

Yeah, that's what I was like, maybe at least two or three. I mean, even that Banco case, they did stipulate on his dates of employment, and his salary, and his date of termination, but it's fine if you don't want to.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (8:24 - 8:30)

I only think it's fine if we just, you do your section, I do my section, and we'll take it from there.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (8:31 - 8:43)

I think, Sarah, we could stick later, like later in the case. We're not saying we won't stipulate to the date you were terminated, it's just this isn't the forum for those sort of things, necessarily, especially because we're space concerned.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (8:44 - 8:58)

Okay. Understood. Yeah, there's definitely no dispute about some of those bases that you want to grapple with, this is where you started, and this is where you're going to end up.

But as I say, this document isn't the place to talk about stipulated facts.

[Ashley Gjovik (Pro Se)] (8:59 - 9:42)

I understand. You probably noticed from me, I'm a project manager, I'm trying to work with you guys, and partner, even though we're in a very weird situation. So I'm trying to be professional and all of that, but I understand that myself and the other party are in very different positions on this case, so up to you guys.

I tend to lean towards if we can show that we can work together, was why I brought it up. I agree. Yeah.

Okay, so maybe we'll go through the rest of it and then come back to legal issues and motions. I think those will probably be the bigger discussion. Okay.

The evidence presentation.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (9:45 - 9:45)

Preservation.

[Ashley Gjovik (Pro Se)] (9:47 - 9:47)

Presentation.

TurboScribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (9:49 - 9:50)

Preservation.

[Ashley Gjovik (Pro Se)] (9:50 - 10:14)

Oh, thank you. Preservation. So I haven't sent my own preservation notice because the government had sent a bunch to Apple years ago, and it seems like you guys are unnoticed, but if you would like for crossing T's and dotting I's, I can send one for the lawsuit.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (10:15 - 10:22)

No, I think what we're saying in the statement is we have complied with our obligations. We've reviewed the rules and what we've met them.

[Ashley Gjovik (Pro Se)] (10:23 - 10:34)

Oh, I'm just talking to you as a human right now. Humans. Would you like that?

Would that be helpful to you to have from the formal statement, just generally?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (10:35 - 10:42)

No, I just think what would be helpful is for you to fill out your sections of the joint CMC report so we can get it filed and sent.

[Ashley Gjovik (Pro Se)] (10:46 - 11:33)

And then I have not received anything from Apple, and I have not received anything other than the very limited allegations they made justifying my termination, so I am not saving like everything. If Apple has things that they want me to be saving, they should send a notice. I've just been responding accordingly to the very narrow issues that have been raised thus far, so we can say we did that.

Disclosures. So it sounds like his timeline, I believe we have two weeks after today to send our initial disclosures. Is that correct?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (11:33 - 11:39)

Well, we've already done those with the rule of 71, Go 71, and I know you don't think Go 71 applies.

[Ashley Gjovik (Pro Se)] (11:40 - 11:45)

If we can put a pin in that and just try not to argue about that, it's going to be a thing.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (11:48 - 12:02)

TurboScribe AI Transcription

We think it's the plan for that, so we're not going to do anything in two weeks because we've already done what's required, but you're going to do something in two weeks, namely give your 26A1B or whatever it is disclosures, correct? Yes.

[Ashley Gjovik (Pro Se)] (12:02 - 12:40)

So you guys did what was in the scope is General Order 71 applied. You have not done initial disclosures for nuisance, for ultra hazardous activity, for the IAD, for cancer, for the UCL, but there's a bunch of other claims that even if that order applied, were not included in. And this is why it doesn't apply.

When you have a case with stuff beyond employment, the very standard employment cases, there's more than just that scope. So I would still expect initial disclosures at the very least of anything that would be outside the scope of 71.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (12:45 - 12:55)

Still have this challenge, right, that the pleadings aren't settled, which is an unusual circumstance here. But I hear what you're saying about...

[Ashley Gjovik (Pro Se)] (12:56 - 13:02)

Like at least nuisance. You said you're not challenging nuisance yet. That might be summary judgment, but you'd have to do disclosures for nuisance.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (13:03 - 13:33)

So we... You didn't... You just...

We're still reviewing your amended complaint. I hear what you're saying about that you fled non-employment claims. I understand that.

Got it. But, you know, we're still reviewing the complaint that you filed a week ago to figure out what... You didn't just amend...

You wrote a new complaint, right, in some ways, right? It's not as if only in the causes of action for which these two men have been granted did you add information. You added other things.

So we're reviewing it holistically.

[Ashley Gjovik (Pro Se)] (13:34 - 13:58)

Yeah, I did because you guys did a huge motion to strike previously also just extracting things. So I definitely was diligent in trying to refocus it on only what the scope was approved. And I have not seen any precedent that just rearranging things of an already pleaded allegation or adding supplementary facts would then make it vulnerable to a new motion after a decision on a prior motion.

TurboScribe AI Transcription

But that is up to you guys to decide how you want to proceed.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (14:00 - 14:00)

Understood.

[Ashley Gjovik (Pro Se)] (14:01 - 14:02)

So...

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (14:02 - 14:04)

You'll be seeking initial disclosures in two weeks.

[Ashley Gjovik (Pro Se)] (14:06 - 15:43)

The two weeks or whatever that deadline is. Yes, I need to look that up, what his deadline is. I think it's in a standing order.

Judge Chen. And I would put that I'd expect that Apple would also, at the very least, this stuff they have not already done initial disclosures for. Okay.

So that's your... That's my note. And then for discovery, taken to date, if any, the scope of anticipated discovery, any proposed limitations, modifications, brief report on whether the parties have considered entering a stipulated e-discovery order, proposed discovery plan, and any identified discovery disputes.

So it sounds like you guys are going to ask to just stay it while everything's figured out. And I'm going to say the opposite. But I think there should be things that we could discuss today.

Part of it for the statement, but also just generally planning. I mean, this is a project planning meeting, right? I got excited about case management planning.

So for discovery, you guys use that tool has been fine. It's nice that it has like the PDF and image and text version. Thank you.

For like my side, as you know, I'm broke and using just whatever tools I have available to me. So like if you want me to use something like that, but can give me access, I can do that. Otherwise, I will try my best, probably via like a Dropbox and try to do a base numbering.

But it won't have all the fancy stuff that you guys have. So like if it would be more convenient for you, if there's a way for me to upload that gives you the format you want, I'm happy to do that. But otherwise, it's definitely not going to be as fancy as what you guys do.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (15:44 - 15:51)

I will let you know if there's a tool we think you should put your documents in. And if not, we'll

look at that. Sounds good.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (15:52 - 16:10)

Yeah. I would just say also like to the extent that you produce a document as a PDF, then it's an email. This isn't necessarily the case where the metadata on every document or every email is going to be relevant.

But to the extent that it is, we can just process when we come to it about how to access any metadata that might be important.

[Ashley Gjovik (Pro Se)] (16:10 - 17:37)

Okay, that sounds good. So the protective orders. And there will, I'm sure, be some things that are in the realm of confidential.

So this is for the statement, but also, again, like planning and to see if we have it as we should know. Because I think protective orders would be something just Jen would want to know about if we were going to bring it to him later. So my personal position is a lot of that confidential type stuff would already be covered in my intellectual property agreement I signed with Apple.

So if I was seeing stuff in it that was within that realm of stuff that I already agreed I wouldn't share, if I shared it, I'm still breaching that contract. So I wouldn't do it. So to me, that seems like it already covers a lot of stuff.

But if there's stuff that's extra sensitive or might not be expressly covered, like I was saying, if the unfair competition law one that goes forward, I'm expecting some pretty sensitive stuff in there. So I would definitely be willing to compromise on some sort of order. I just want to make clear that I want to do very targeted ones.

I don't want anything super broad. And I'm going to have to, you know, advocate fiercely for my rights of being able to admit stuff and not be overly burdened by restrictions. But I do want to be thoughtful of Apple's concerns of keeping things confidential or kind of need to know if it's appropriate.

So do you guys have a position on that?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (17:39 - 17:50)

Instead of the email yesterday, we sent you the standard order that the courts use as protective orders. And if you don't want to use the court's order, then you can create your own order.

[Ashley Gjovik (Pro Se)] (17:54 - 18:03)

Okay. I was just trying to fish from you before I do that of if there's things that are important to you, things that you think would be an issue. But I can just take a stab at a draft.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (18:04 - 18:20)

Yeah. I mean, the whole purpose of the protective order is otherwise we say we don't have to give you this because it's confidential. The protective order protects us by requiring to keep it confidential with the threat of a violation.

I understand.

[Ashley Gjovik (Pro Se)] (18:21 - 18:28)

I'm expecting that based on our interactions thus far, one of our biggest points of contention will be defining what is confidential.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (18:30 - 19:22)

Right. That's separate from having a process to the project planning point, right? The protective order is the process for designating things confidential and challenging designation.

There's a separate issue about, you know, for any given document, is the designation appropriate or not? But the document is intended to set out a process for teeing up those issues. Right.

So it's just helpful. That's how I think of the protective order. It's not an antecedent judgment that document X is or isn't confidential.

It's a process by which, you know, the producing party can designate confidential and the receiving party can, you know, you may have some of those things. You only have medical records, for example, that you end up producing to us that you believe should be confidential and not in the public record. And, you know, it's a process for you to make that designation and for us to challenge it if we think it should be challenged.

[Ashley Gjovik (Pro Se)] (19:22 - 20:17)

I understand. I did a lot of reading about this after you guys did that thing to me in December. And, you know, I'm enlightened that it is standard practice often to have the very broad protective orders, especially in business cases.

However, especially in employment, human rights cases, things of public interest, safety cases, especially public safety cases, that it's actually much more common in public policies behind only requesting orders that are very targeted for a specific type of document or set of document and only getting them in place when they're actually needed. And otherwise, having the default be no protective order. And I lean towards that, of course.

And I'm sure you lean the completely opposite direction, which is why I'm trying to bring this up now. Because, you know, you mentioned I could draft what I would want to have signed. And my go-to at this point, if Apple doesn't give me much to go on at this point, would just be none.

TurboScribe AI Transcription

None.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (20:17 - 21:05)

You know, just argue there should be none. And we can argue it should be the Northern District. Again, it's not about any particular document.

It's about agreeing on a process by which the parties can designate and challenge. Separately, we would litigate particular documents and their confidentiality. No one's trying to decide ex ante.

Everything in discovery is confidential, and that's it, and there's no further discussion of it. Or alternatively, nothing in discovery is confidential, right? It's just to agree on a process by which the parties can orderly present those issues to the court and get the court to rule on them.

So that's what we're interested in doing, a protective order as a process for addressing confidentiality issues, not a protective order for an ex ante declaration that document X is or isn't confidential. Right? So that's all we want.

[Ashley Gjovik (Pro Se)] (21:06 - 21:37)

Oh, I see. Oh, yeah. OK, let me draft that.

I think the reaction I had when there was an attached document defining confidential in December definitely made me skeptical of how this process would go. But if we are OK getting a process of how to decide these things, I'm more than happy to draft that. And I definitely would like to call out things that are legally protected to not be made confidential.

I can cite all the case law I found. OK, so I will work on drafting that.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (21:38 - 22:39)

I think what Katie's saying is the protective order is the process. The Northern District has said, here's a process to follow. If Apple thinks a certain document is confidential, then they can stamp it confidential.

If Ashley disagrees, then this is what Ashley does. If Ashley makes the document as confidential and Apple disagrees, here's the process that we follow. So that's all the protective order does.

It sets out that process. It doesn't say this type of document is confidential or that type of document, because you can't do that in advance. We have no idea which documents you're going to want, which ones are going to be confidential or not.

So this just sets out the process. And if you think that there should be a different process, then you're welcome to disagree with the Northern District and come up with your own process. But it's likely that the Northern District will agree that the process that it's come up with is the right

TurboScribe AI Transcription

process.

And if you have disagreements with a specific document, then there's a process and a protective order.

[Ashley Gjovik (Pro Se)] (22:39 - 23:21)

I think that protective order is great for business cases, which the Northern District gets a lot. And this case is kind of the opposite. The majority of it is public safety and human rights.

And that really doesn't apply. I'm feeling now, based on what you're saying, that I also need to raise up my concerns and my statement that Apple's already tried to claim that legally protected topics are confidential. So I'm already concerned that if we have a behind-the-scenes process, it's already going to be problematic mirroring these conflicts we've already had.

So I'm trying to get ahead of that a little bit. What are you referencing? When you said my performance reviews were confidential and my benefits were confidential.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (23:21 - 23:42)

Just again, to be clear, the idea is that we're not going to publicly file documents that you have the right to decide whether they're public or not. Those are different issues. One issue is, do we have the right to make it public over your potential objections?

The other is, do you have the right to make it public? Those are different issues.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (23:43 - 23:58)

So what you get paid, we typically would say that that's confidential. Because we think it's not our job to file a document publicly in court that says how much you get paid. If you want to agree that that's not confidential, that's fine with us.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (23:59 - 24:25)

We're not going to tell them what you make, but that's different than saying you're not allowed to tell people what you make. So just to be clear, I think there was some confusion earlier about whether we were suggesting that you weren't permitted to talk about things versus whether we were saying that unless and until the employee chooses to disclose X, we don't see it as our job to disclose X about that. The employee holds the right to publicize or not, right?

[Ashley Gjovik (Pro Se)] (24:25 - 25:15)

The problem with that was that you guys failed to do any kind of meeting confer about that and didn't even ask me whether I thought that would be confidential or not, or what things I thought might be confidential or not, and just kind of made that decision. So, you know, all that stuff happened prior, which is why I'm trying to open communication about all of this now. So

hopefully we can get more aligned.

I'd like to avoid more discovery disputes wherever possible. So let me, I hear all the things you're saying, though, so let me think about that and figure out a way to draft this. I am hearing that the process is really important to you guys versus any kind of restrictions, but as you've heard from me repeatedly, my rights are very important to me, too, which is why I was leaning towards having a call out in it.

And this shouldn't be controversial of just the things that, you know, are statutory in case law, protected that shouldn't be under an order.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (25:17 - 25:43)

If you look at the process of protective order, for example, if we say, Ashley, your pay stubs are confidential, we mark them confidential under protective order. And then you write to us and you say, I don't think that my pay stubs are confidential. You can take off that confidentiality designation.

You say, OK, and then we reproduce them to you without the confidentiality. That's the process that's described in the protective order.

[Ashley Gjovik (Pro Se)] (25:43 - 26:20)

I understand. And all the things you're saying are rational. But the conduct I've experienced from Apple's attorneys, not just your firm over the last three years, makes me very want to be very diligent in outlining expectations and these sort of things.

So, like, I'm not saying what you're saying doesn't sound right normally. But based on all of the things that have happened leading up to now, is why I'm taking a more aggressive position on defining this sort of stuff. So I think it's great that you guys are open to starting to try to draft this and figure out what makes sense for both sides.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (26:22 - 26:31)

So I will say that I think you have an uphill battle if you're going to try to convince the federal judge that the order that the federal judge came up with is not the right order.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (26:31 - 27:11)

For a public safety case? We're happy to take a look at it. But it's sort of ineliminable that there's going to be, I mean, the whole point of the order, again, is that it contemplates circumstances where one party might think something is confidential and the other might not.

And there's just, to the extent that's going to happen in any case, there just has to be a process to resolve that. And so that's what's important to do, right? The order cannot eliminate the possibility of dispute in advance, right?

The order is, again, intended to contemplate the prospect of a dispute and set forth the mechanisms to resolve it.

[Ashley Gjovik (Pro Se)] (27:11 - 27:48)

I understand. I'm just saying we've already had disputes, and I'm trying to get ahead of the main topic of our dispute, of things which are just protected, like by rights, that they shouldn't have a covenant on them in it. So that part's not up for dispute.

But maybe that's, I'm going to brainstorm how to do this. I'm going to look up other cases that I feel are similar to this one and see maybe what they've done and how they've filed it, which will be instructive for me generally. But maybe there's something we can see that worked well for other folks, where there's a mix of stuff that would be traditionally confidential, but then also stuff that's not and clearly of the public interest.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (27:52 - 28:11)

I see, yeah. Redline, that's going to be, that's going to facilitate our review, right? If you can take what we've provided and redline it, as opposed to not being able to see how they differ.

That would be helpful if you don't have the, if the tools you have access to don't allow for that, or if that's just not feasible, I totally understand.

[Ashley Gjovik (Pro Se)] (28:12 - 28:20)

If it's, I do the, like, document compare and word, those are the ones I've been uploading. Have those been fine?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (28:21 - 28:21)

Yes.

[Ashley Gjovik (Pro Se)] (28:21 - 28:41)

Okay. Thank you. I was doing the, like, track reversions, but then word kept crashing because there was too many reversions.

Okay, so that sounds good. Are you guys expecting any other disputes on discovery?

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (28:42 - 28:46)

I think it's a little early to decide. It's early to decide, right?

[Ashley Gjovik (Pro Se)] (28:47 - 28:50)

At this point, for the statement?

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (28:51 - 28:59)

TurboScribe AI Transcription

I think we've put forward, at this time, I thought we said none at this time, other than what we, I think we already said that.

[Ashley Gjovik (Pro Se)] (29:00 - 29:48)

We're in conversation now, so I'm just seeing if anything's changed based on our conversation. Understood. Okay.

So discovery, that's, I know that as someone who's worked at Apple and Apple Legal, I know that is the number one contentious topic at Apple, so I just want to make sure that, you know, anything we can do to smooth that out. Oh, and then I'm very serious about the, like, I can't, there's, like, a Latin term for it, but, like, going somewhere just to look at the most sensitive documents versus you giving them to me seems like something that, like, rationally, hopefully, would calm people down. It sounds like that happens sometimes.

If there's other ways to do that, I'm willing to be flexible. Again, I know how Apple is, and I'd much rather get the documents some way than never, so I'm willing to compromise. Just let me know.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (29:50 - 30:10)

Yeah, I don't think this is, like, source code or something like that or the formula for code. I mean, generally, in my cases, as long as it's protected under the protected order, then we're happy to give you documents. I'm not yet aware of any documents in this case.

There may be some, but I'm not aware of any, but we wouldn't give you as long as you agree to keep them confidential.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (30:11 - 30:31)

Better, like, relevant and proportional and all of that, right? It's possible we will have disagreements about what is proportional to the needs of the case. But, yeah, again, if there's a protected order in place that also provides, you know, that just means you can review the document and use it for purposes of litigation, and that's it.

[Ashley Gjovik (Pro Se)] (30:31 - 31:06)

So that's where, you know, exceptions where cases like this, if stuff comes out in discovery, even if it's not admitted, sometimes it is of the public interest if there's public safety issues. So that's where I'm expecting us to have more fun conversations in the future. So I will, I'm going to take that original one and draft some of the stuff that I'd suggest, and we can discuss what that would look like.

I definitely do not want to agree to a protected order that just by default makes everything confidential and could not be used outside of the litigation. I would want some carve-outs.

TurboScribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (31:06 - 31:07)

That's not what it does.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (31:07 - 31:28)

The model doesn't do that. It requires the designating party to only designate things that have a good faith basis for believing are confidential, and then the receiving party can challenge that determination if they believe it's not supported. So I don't read the protected order to authorize or countenance a less confidential in everything process.

[Ashley Gjovik (Pro Se)] (31:28 - 31:36)

Again, as someone who worked at Apple that long and the way they are with confidential, again, is why I'm just kind of beating a dead horse. That's fine.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (31:37 - 31:40)

That's not what the draft we sent you says, but if you want to propose revisions.

[Ashley Gjovik (Pro Se)] (31:41 - 32:03)

That's how it was interpreted by your other thing. So yes, I'm going to propose some revisions. I will try to keep it in the spirit of where it was, and I understand all the things you're saying about the normal operations of this.

So hopefully we can find an in-between space where we can both agree. Is there any way to talk you guys out of trying to stay all of discovery pending your whatever you're going to file next?

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (32:05 - 32:28)

I mean, I don't think we've stated in the sense that we've provided Go71, right? I mean, we think that your termination is an issue. The reasons for your termination are an issue.

I think that a lot of the other issues relate to, like, we just need to know what's at issue in the case, what factual and legal allegations are at issue, and I don't think that's resolved yet.

[Ashley Gjovik (Pro Se)] (32:29 - 32:57)

I mean, there's a ton missing from the termination. There's so many emails from the time, like, there's stuff through, like, May, but, like, July and August are missing so much stuff. I still haven't gotten my employee relations investigation files for the two or three different investigations they supposedly were doing.

I haven't seen the decision to terminate documents other than that final email from HR. Like, there's a long list of stuff that I would expect to be provided, and I am hesitant just to do, like, a bolded list of specific things because that's not how discovery is supposed to work.

TurboScribe AI Transcription

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (32:58 - 33:31)

But that would be, it would help us to understand the nature of your concerns when you just say, I don't have everything. I'm sitting here and I don't, you may think, well, I remember a July 20th email. Like, I, Katie Mansfield, don't remember a July 20th email, right?

So, it would be helpful without it being necessarily, like, a boss. It would be helpful for you to say, I believe that the following information would have been responsive in a sense included in Go71. Tell us that so we can go look.

[Ashley Gjovik (Pro Se)] (33:33 - 33:59)

I'm not, so I'm not going to engage with the 71 stuff, but I will say if you're saying that you guys provided everything you feel is relevant to the termination, and I'm saying absolutely not, you did not. Some of that stuff I called out in the request for production, the Department of Labor documents. But like, you're, you're, what you're kind of asking me for is the request for production.

I'm supposed to send you in this case when we start discovery in this case.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (34:01 - 34:22)

No, I'm sorry. I'm sorry if I'm not making myself clear. Maybe that's, let me try again.

If you think the initial disclosures, whether you want to call them Go71 or whatever you want to call them, if you think the initial disclosures are incomplete, I'd be happy to hear about why you believe they're incomplete. I would, you know, please provide, you know, provide that information.

[Ashley Gjovik (Pro Se)] (34:22 - 35:05)

I mean, I can like, I love, there's no, there's no paper trail of when Apple supposedly discovered I did these things that it said it decided it was going to terminate me for, when that decision was made by HR, when an investigation was started. Like, incredibly material to all of the pretext cover-up allegations would be when that employee relations guy reached out to me on September 3rd and September 7th, under the premise it was about talking about my concerns, was Apple already preparing to discipline me? Like, that is absolutely material to this case, and I don't have any information right now of that decision making process, the timeline for it, who was involved, any of that stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (35:06 - 35:25)

Right, but we give you the documents that we have. We obviously don't create documents. I know that sometimes people expect more documents to exist than exist.

But we've done a very exhaustive search of the documents that we believe are the relevant

TurboScribe AI Transcription

documents related to a certain injury. And so just because we didn't produce something doesn't mean we're hiding it.

[Ashley Gjovik (Pro Se)] (35:26 - 35:44)

What about the employee relations case file? Apple had that United Nations human rights guy go in and detail all of your employee relations processes, all of Apple's, which was very helpful to have that document, and I'm happy to cite it. But there's an employee relations case system that's supposed to take very detailed notes of every stage of an employee relations investigation.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (35:44 - 36:17)

So if you, yeah, this would be very helpful. Send us an email detailing the things that you expected to see and don't, and we can take another look. We believe we've conducted a good faith and reasonable search, and to Melinda's point, you know, like, sometimes things are phone calls in employment cases.

Some people are like, where's the document where this was discussed? And it's not a document. It was a phone call, right?

So, but if there are documents that you expect to see that you didn't see, this is absolutely normal discovery back and forth.

[Ashley Gjovik (Pro Se)] (36:17 - 36:56)

Oh, wait, wait, wait, sorry. I apologize. I realize just now in this moment that you are reliant on what Apple gives you.

So you asking me this is kind of right, like, so you saying help, help will help guide your conversations with Apple, though. So I was like, you're just I was getting annoyed that you kept bringing that up. But I just want to say, like, it just clicked in my brain a little bit that that you need to work with your clients.

I'm pro se, so I forget that you guys have that. You're not. Anyhow, yes, I can.

I can summarize areas. I'm not going to do specific documents, but areas and types of content that I think probably are missing.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (36:57 - 37:04)

Yeah, that's just that's what we would expect in sort of the normal collegial back and forth about discovery in a case.

[Ashley Gjovik (Pro Se)] (37:07 - 38:30)

Yeah, I would like us to be collegial going forward, please, if we can. So, OK, that's the discovery

class actions is not relevant. The related cases I need to look this up, but I believe the stuff we're calling out is just stuff that potentially could have collateral estoppel or res judicata issues or jurisdiction issues, not like everything.

So I'm going to look up whether I even really need to this. We need to disclose the NLRB stuff because NLRB often doesn't have like res judicata effect because the parties aren't the same. So like one thing we might want, I think one thing we should probably plan would be planning for, you know, the applicability of collateral estoppel and res judicata for the cases.

I think the U.S. Department of Labor case potentially would because we have an ALJ and at this, depending on what the standards are for burden, there definitely could be issues we could claim collateral estoppel. But I'm even questioning whether the NLRB one would be and there's tons of case law saying that OSHA initial investigation has no legal effect outside OSHA. So I don't think that one's relevant at all.

And then other than those, I can't think of anything else that would be relevant if it's supposed to be material related cases that could impact this one. But that's not what it says.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (38:30 - 39:34)

Yeah. If you want to say, I don't think anything's related, that'd be fine. I think we feel, and that's why we put it sort of as our position section.

I mean, we think these are, this is information that's helpful to the judge, which is sort of the point of a joint case management statement is to be helpful to the judge. So there's no, just to be clear, there's no representation by us including it here that it meets or doesn't meet some sort of standard of collateral estoppel or res judicata. Those are interesting issues that when and if we have to argue them, we would.

This is just intended to be informational for the judge. We think it's helpful to include. And so if you don't want to include anything in the related cases, that's fine.

If you want to delete it from being separate positions and just say, here are other cases involving the parties without any representation as to whether they do or don't meet any particular legal definition of relatedness, you know, you could propose something like that. But we think it's helpful for the judge to know the sort of extent of the interaction in various forms between these two parties.

[Ashley Gjovik (Pro Se)] (39:34 - 39:49)

To that point, if we're going to include OSHA, we should include all the EPA investigations and stuff too. So the reason I was saying with judges is it says cases and proceedings before another judge of this court or judge before another court or judge before an administrative body.

TurboScribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (39:49 - 40:06)

So if I'm thinking judges, there's nothing to do with res judicata or collateral estoppel here.

[Ashley Gjovik (Pro Se)] (40:07 - 40:24)

I think the NLRB one that potentially is going in front of an ALJ soon meets that bar for sure. Probably the pending other ones too. I don't think the OSHA one does.

And that's where I'm like, if we're including just agency stuff that's not in front of an ALJ or judge, there's a bunch of agency stuff I could include.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (40:24 - 40:39)

But I don't think we have to go there. You can add whatever ones you want if you think we missed some out. Yeah, that's the whole point.

If you put the ones you think are related cases, we put the ones we think are related cases, and then the judge can look at the both. He's not going to make any decisions about whether a case is related or not.

[Ashley Gjovik (Pro Se)] (40:41 - 40:53)

Okay, I'm just hoping that we could simplify. We could even do a stipulated of just listing the docket numbers and topics and stuff instead of taking up so much space. But it sounds like we want separate sections.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (40:53 - 41:09)

I actually took out all the docket numbers. The original draft had all the docket numbers. Because I was trying to cut down the space, I took out the docket numbers.

But we're trying to be efficient, and I didn't think it made that much difference to the judge what the docket numbers were.

[Ashley Gjovik (Pro Se)] (41:12 - 41:35)

Okay, so for related cases, for relief, so I need to do that calculation. I do not have access to the fancy tools you do for jury verdict amounts, so I'm doing some creative, cheap research trying to figure out. It's kind of a unique situation to have both a toxic tort and a whistleblower case together.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (41:36 - 42:04)

Yeah, I think the purpose of this is kind of like the initial disclosure. What damages are you seeking, and how do you get there? I'm seeking less wages in the amount of $280,000 a year for the next 10 years.

Whatever it is, you can put in whatever you want, but that's supposed to be to tell the judge, these are the categories of damage I'm seeking, and you don't have to say an amount. Like if you want to say emotional distress, you don't have to say it should be X amount.

[Ashley Gjovik (Pro Se)] (42:04 - 42:06)

I have to do that in my initial disclosures to you, though.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (42:07 - 42:34)

We don't, but we're not, I'm not familiar, it's not typically what I am familiar with in cases, more to tell me if you disagree. But it's not as if economic loss calculations come out to a degree of scientific certainty in the disclosures. People may retain economists later or things like that, right?

And no one's holding anyone to some initial, it is more intended to be like, I'm claiming emotional distress or I'm not, right? Because certain things...

[Ashley Gjovik (Pro Se)] (42:34 - 42:40)

If you guys are fine with that, I would appreciate it, it gives me more time. It did say amount of in the disclosures.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (42:40 - 43:04)

To the extent you can calculate, like lost wages, you can calculate that amount. Yeah. But for emotional distress, that's up to the jury to decide.

Yeah, we don't need you to pick a number for that. Okay, cool. But when you have a number and you have a way to get to that number, then you're supposed to say, okay, this is just helpful to the judge.

What kind of cases are we talking about? What are the categories of damage? And to the extent you can state an amount.

[Ashley Gjovik (Pro Se)] (43:04 - 43:14)

So when you're saying I can be a little more guesstimating, that applies to my initial disclosures too? Because it seems to want something pretty specific with initial disclosures.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (43:15 - 43:27)

But we're not going to say, well, you said it was 1.2 million here, and later you claim 1.3 million and you're stopped from doing that, right? That's not...

[Ashley Gjovik (Pro Se)] (43:27 - 43:37)

Well, that's what I'm trying to... Okay, so I guess the big open question is punitive damages, but I don't know if it's usually required to calculate punitive damages.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (43:38 - 43:38)

No.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (43:38 - 43:57)

Okay. At least you need to know if you're claiming emotional distress damages because that can change the kinds of things that are or aren't relevant in discovery. And so it's helpful for both us and the judge to know if you're claiming emotional distress and if there's a certain variety of emotional distress.

So those things.

[Ashley Gjovik (Pro Se)] (43:57 - 44:15)

And then the toxic towards the physical injury stuff will be a little more complicated, so I will try to keep that... I'm saying guesstimate. I'm going to try my best, but not, you know, avoid having to do something with scientific accuracy at this point because there's still a lot of stuff that we need to sort through before that can be more precisely calculated.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (44:16 - 44:22)

We also only have ten collected pages. Yeah. So we don't have to govern or inform someone.

[Ashley Gjovik (Pro Se)] (44:22 - 44:28)

Oh, again, I'm asking for the initial disclosures too. Like, this was going to be a lot that I was planning to have to try to do math about.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (44:28 - 44:56)

If you say medical bills, you know, you might give an estimate that we'll find out in discovery how much medical bills are, things like that, right? Okay. So it's the ultimate proof at trial would not be your initial disclosure statement.

The ultimate proof at trial would be other things, right? It's just intended to provide a sense and like Melinda said, the sort of categories of recovery you're seeking because that can change what the parties do or don't need to explore in discovery.

[Ashley Gjovik (Pro Se)] (44:56 - 47:11)

Got it. Thank you. Okay, that'll save me a bit of time now and give me more time to sort stuff out for the more complicated stuff later.

TurboScribe AI Transcription

I will definitely go into the categories and I got a good start on that for the Department of Labor one. Okay. And then settlement and ADR. My point about the settlement conference is I have not really heard of a settlement that I think would be in this range occurring as like piecemeal and not a global settlement of some sort, like withdrawing all claims. And I can't imagine how that would happen in an orderly way. Which is why if we're going to talk settlement, which we will probably at some point, 99% of cases, you know, it makes sense to have all of the cases represented to me. Otherwise, it just seems odd.

So that's why I'm raising it. I am open. So we had talked about if it was settlement, we could do it through the court.

But it also sounds like if it's going to be a real settlement, it's often usually the private settlement. I raised that earlier that I can't afford that. But if that's something Apple would prefer, that's fine.

And then if Apple made it pretty clear what their position is with me. So if they're just going to drag this out, we can do the early neutral evaluation. I don't want to do a fake settlement conference.

So if they're not actually willing to discuss settlement, let's do the early neutral evaluation. That'd be really helpful, I think, in narrowing issues. So when you talk to them, you know, either of those are good to me.

I don't think mediation would be helpful, though. So probably either settlement or E&E. Okay.

ADR efforts to date. Prospects for settlement, I assume, are still Apple. Okay.

So efforts to date is we've discussed possible options. Do we have a specific ADR plan for the case?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (47:14 - 47:27)

What we recommend in the statement is we've already said we're willing to do a settlement conference. And now if you want to know whether it's global or piecemeal, I'm going to take that back to Apple.

[Ashley Gjovik (Pro Se)] (47:29 - 47:34)

Okay, cool. I didn't know how specific this stuff is.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (47:34 - 47:53)

I mean, is there anything else you can share? I mean, the answer is no, and that's fine. You said, I don't want to go to a fake mediation or fake settlement conference.

Yeah. Is there anything more you want to share? You know, some people might say, unless the

TurboScribe AI Transcription

company is going to agree to pay me $200 million, it's a fake settlement.

[Ashley Gjovik (Pro Se)] (47:53 - 48:04)

I do not want to participate in farcical motions that are only in place in bad faith to extract information from me to try to use against me later.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (48:05 - 48:15)

All right. Well, settlement conversations and settlement are protected by a privilege under 408, so that's a separate discussion, right? So the settlement privilege applies.

No, I was warned.

[Ashley Gjovik (Pro Se)] (48:15 - 48:19)

This is how Apple would try to figure out how to lowball me if they didn't actually.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (48:21 - 48:46)

Well, I mean, you're in charge of whether you agree to settle a claim or not, right? Yeah. It has to be both ways.

But there may be nothing else to talk about. I've had some cases, and I don't know. I understand.

[Ashley Gjovik (Pro Se)] (48:58 - 49:03)

I understand. I understand. That's not what I intended.

I intended more bad faith predatory behavior, generally.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (49:04 - 49:16)

Well, yeah, 408 is a good... I mean, I take comfort in 408, right? Because it allows the whole point is that the parties can engage in discussion in the settlement process without prejudice for their litigation position.

[Ashley Gjovik (Pro Se)] (49:16 - 49:29)

Understood. No, I was warned more outside of that. It was just going to be fishing for details for me without any intent to actually do anything.

I probably should have said it more professionally, but that was the farcical.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (49:30 - 49:30)

No, no, no.

TurboScribe AI Transcription

[Ashley Gjovik (Pro Se)] (49:30 - 50:56)

I appreciate that clarification. Thank you. Okay.

Let's see. Other references, whether a case is suitable for reference to binding or... No, that was no.

Narrowing of issues. We'll probably get to that when we get back to issues. Expedited trial procedure doesn't apply.

Scheduling trial. The disclosure of non-party interested entities or persons. This one I was looking into a little bit because I was curious.

I'm pro se, so the first version of this I filed had 30 things on it, which was not accurate. I didn't know how that worked. But as I was trying to figure out how to narrow that down, to me it seemed like that list was supposed to be parties who potentially could do interpleader or intervention, who potentially could be one of those parties you have to do joinder with.

And in this case, you know, Northrop Grumman was on my list, but there might not be enough with the Superfund office now for that. But, I mean, that's an open question. As far as the toxic torts go, though, with 3250, it seems like that property owner would definitely be on that list, the property owner of that building.

There might be others, too. But unless you guys have done this a bit more than me, unless there's anything that I'm missing, like I would add him to that list.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (50:58 - 51:32)

I mean, it's a financial interest in the outcome. I'm typically accustomed to seeing it when there's sort of a subsidiary and a parent or it's an LLC and the majority owner of the LLC. It's not just other potential witnesses or something like that.

So that's just to say we think we can certainly go back and review it after this. But I think we're comfortable that our certification is accurate. If you feel like yours isn't, feel free to let me know.

[Ashley Gjovik (Pro Se)] (51:32 - 51:58)

Yeah, so this one I would kind of expect to come from Apple and not me. And it's just more of no surprises later. Like, if I'm playing this out of my head of how toxic torts work, you know, Apple's position will be if they get in a position where they're going to go to trial on this, they would want to pull in other people who are not them to have to pay for the damages, which would be probably maybe the property owner and then an insurance company.

Insurance company for an IRF leader is common.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (51:58 - 52:08)

TurboScribe AI Transcription

I don't think we have any such intent to decide to bring in other parties. If we do, obviously, we will add them to the certification. But there's no present intention to do that.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (52:08 - 52:12)

And when you say toxic tort, are you talking about your apartment?

[Ashley Gjovik (Pro Se)] (52:12 - 52:18)

Yeah, the 3250 stop building with the semiconductor fabrication.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (52:18 - 52:22)

Is that what you're talking about? I'm not sure what you mean when you say toxic tort.

[Ashley Gjovik (Pro Se)] (52:23 - 52:26)

Yeah, the ultra hazardous and the nuisance at 3250.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (52:27 - 52:48)

OK, yeah, yeah. I mean, well, we will amend if and when we think it's appropriate. But, you know, it's each party's representation of who they understand to have a financial interest.

And if our understanding changes, we will update it. And I'm used to each party speaking for itself. Like, you wouldn't say who you think has a financial interest in Apple.

[Ashley Gjovik (Pro Se)] (52:48 - 52:51)

That's what I recently realized that I overstepped on that one.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (52:51 - 52:58)

Yeah, I know what I'd say. Actually, Parker has a financial interest or her parents or her children or whatever.

[Ashley Gjovik (Pro Se)] (52:58 - 53:03)

My dog. I'll put my dog down. He's very interested.

OK, so that's clarifying.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (53:03 - 53:12)

We will update it. We're certainly aware of an ongoing, you know, we will update that if we believe that we have a different position.

[Ashley Gjovik (Pro Se)] (53:12 - 53:56)

OK, cool. And then mine will probably be empty. I can't think of anything that would actually be mine.

And not just me project managing Apple still. OK. And then.

So then we have we have the legal issues, motions, narrowing of issues, scheduling and trial. So scheduling and trial. I know you guys want to hold off on scheduling anything.

You did that with Department of Labor, too. And as I said, with Department of Labor, I'm a project manager. I want to schedule.

We can move the schedule, but I want to schedule. And it sounded like the judge kind of wanted one, too. So is there like, you know, it's usually good to get a hearing on a calendar and have some general dates.

Is there some way that we could estimate stuff to kind of pencil it in that you'd be willing to do?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (53:56 - 54:11)

The judge's calendar, not ours. I've got plenty of time, but usually the judges are booked fairly far out. So, again, if you want to come to the conference and say, Judge, we want a trial date.

And we'll say we think it's premature. And then the judge will say, I agree. Let's give you a trial date.

[Ashley Gjovik (Pro Se)] (54:12 - 54:20)

Again, I'm just trying to see if we can agree on anything. I know that we might not. The judge's calendar is harder than any of our calendars.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (54:20 - 54:21)

No, that's what I'm saying.

[Ashley Gjovik (Pro Se)] (54:21 - 54:25)

If we can ask him now just to get it on the calendar. I know you don't want to ask him.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (54:26 - 55:12)

In my mind, right, the pleadings aren't settled. Once the pleading is settled, you do discovery, happen by, and tethered to the pleading, et cetera, issues. Then you have summary judgment motion practice tethered to that specific evidence and those specific claims.

And only at that point do you know what actually would be going to trial and how many days you would need and all that. So I just can't. I appreciate the interest in sort of project managing the whole timeline.

TurboScribe AI Transcription

But as I sit here today, I'm not even sure how I would go about that exercise because I don't know all of the intermediate antecedent steps. So that's why we think it's premature. And that's why I think we well, I mean, we'd certainly be open to another conference at some point.

Right. We're further down the road. Right.

OK.

[Ashley Gjovik (Pro Se)] (55:14 - 55:20)

He had the really detailed standing order for scheduling this stuff with the whole whatever. So he does.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (55:20 - 56:03)

But it's all tethered to sort of like there's like when dispositive motions happen. And then this many weeks later for this or this many. And I don't know when dispositive motions can happen right now because they don't know what claims and allegations are or aren't an issue.

And B, I don't know how much there's going to be alignment or lack of alignment as to the discovery that's necessary and appropriate and proportional to those issues that are left. OK, so. But yeah, once we have a dispositive, once we feel like we can set up a positive motion deadline, I agree.

Right. That the trial deadline is more within scope or like I can get my brain around it a little more. But right now I can't get my brain around that sort of trigger.

[Ashley Gjovik (Pro Se)] (56:03 - 56:26)

I understand and appreciate your position. Thank you for explaining it further. And I think you can probably assume my my concern is just it going out even further that I've been made very not whole for a very long time now.

So the sooner I can move it up is definitely in my personal interest. So if we drag it out and then take the year to schedule, you know, so that's why I'm pushing on it. But we can let him decide.

I'm OK.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (56:26 - 57:00)

The judge will want to know how long the trial is going to be, for example. And I don't know. We have no idea how long the trial is going to be because it depends on what claims are going to go forward.

And then the judge is going to want to know, well, how much time do you need for discovery? And we're going to say, well, it depends on what the claims are, because if there are certain claims that you take no discovery, then the claims don't exist. So that's why we think it's

premature.

But the judge can disagree with us. You know, he may be setting out 2026 and he may say, I'm going to give you this many days, 2026. And then he's the judge.

He gets to do whatever he wants.

[Ashley Gjovik (Pro Se)] (57:00 - 57:15)

Understood. OK. And then it sounds like to you.

So I'm learning. They don't teach you litigation in law school, so I'm learning about a lot of it. I knew nothing about litigation.

Yeah, no, that's weird.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (57:15 - 57:21)

They should teach you a little bit. I would be a law professor and I would teach law students about the practice of law.

[Ashley Gjovik (Pro Se)] (57:21 - 57:26)

Well, litigation is really interesting. They should actually teach it. There should be another year of law school or something.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (57:26 - 57:38)

We totally agree on that. But the fact is, law schools need to do that. They're not doing it.

And we all have to struggle with the fact that we too, we had people right out of law school. They don't know anything about practice.

[Ashley Gjovik (Pro Se)] (57:38 - 57:40)

No, I was judgmental of that statement.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (57:40 - 57:47)

Yes, we all agree. We need to change the way we found something.

[Ashley Gjovik (Pro Se)] (57:48 - 58:08)

So to that point, one thing that I'm working through right now is figuring out which things would be questions of law, just for the judge versus facts for the jury, ordering those out. Because if, you know, most of the stuff that we decide would be questions of law that we can do summary judgment, that would make the trial much shorter. So I think mapping that stuff out would be helpful.

TurboScribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (58:09 - 58:11)

We've got to know what the claims are first.

[Ashley Gjovik (Pro Se)] (58:12 - 58:19)

I know. I feel like we know. We're not agreeing on that one.

But yes, I know that you want to sort it out more.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (58:19 - 59:03)

Yeah. And, you know, we don't know where, you know, in some ways you don't know until the evidence is out, right? Like what there are factual disputes about or reasonable factual disputes about or not.

And so I don't think the judge is expecting us to come to this initial conference with a sense of these are the things that will be summary judgment issues. And these are the things that will be jury issues. That's not my experience, but that's the expectation.

I mean, obviously, parties have that in mind as they litigate, right? What are their factual disputes about and what aren't their factual disputes about that are germane to the claims at issue? But I think it comes down to Melinda's point, like we can disagree about whether chocolate or vanilla is the best flavor of ice cream.

That's not germane to any issue for the case. No, no, no, no, no.

[Ashley Gjovik (Pro Se)] (59:05 - 59:09)

I'm going to go with Melinda on this one. Mention my favorite.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (59:11 - 59:13)

Hey, yeah, yeah, yeah. Fine.

[Ashley Gjovik (Pro Se)] (59:13 - 59:13)

All right.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (59:13 - 59:51)

Fine. I could be right to say, what is a germane factual dispute? Again, framed by one of the claims here.

But I understand. I do. Yeah.

I mean, I think that there I think there will be in our sort of what are we moving on legal issues? That's kind of related. I know we said we intend to file a motion to dismiss.

TurboScribe AI Transcription

I also think, again, we're still evaluating it. It's 75 pages. We got it a week ago.

But, you know, there are places where we may think that the amendments weren't authorized by, you know, you added a 232 claim, for example.

[Ashley Gjovik (Pro Se)] (59:52 - 59:53)

That was already in there.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (59:55 - 1:00:10)

You called it out as a separate claim instead of nesting it under a different cause of action. So anyway, that's whether we if that's just to say, I didn't want there to be some I didn't want you to think that we were trolling me saying I had all these other claims.

[Ashley Gjovik (Pro Se)] (1:00:10 - 1:00:13)

So I tried to break them out. You know, I think you're going to do what you're going to do.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:00:14 - 1:00:26)

And that's also being there's going to be a pleading motion that's going to happen. Hopefully, I think it is in everyone's interest to have the two things involved. And we know what's in and what's out.

Maybe that happens after the fourth round.

[Ashley Gjovik (Pro Se)] (1:00:26 - 1:00:43)

And then one of the reasons I'm bringing this up is like, if you guys would only file it over two very specific issues, maybe I'm willing just to waive those issues to prevent you from dragging it out more. And so I just say, I will surrender those claims. And we put that in the statement.

So that's what I'm trying to figure out from you.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:00:43 - 1:01:24)

Maybe we need to have a conversation again, closer to the, I think it's the ninth filing date for the eighth. Maybe in a better position to. I think that would be very helpful.

I know you, for example, you didn't you were given leave to amend certain things that you didn't amend. Right. You didn't reclaim.

So, yep. I appreciate that position. And it certainly are.

I think it's, I mean, I forget if it's a requirement in pro se, but it can be helpful, certainly, to say we would move to business plans X, Y, and Z on these grounds. And then we can see if there's, if there's alignment. Spoiler alert, I suspect that we won't be able to agree entirely.

TurboScribe AI Transcription

[Ashley Gjovik (Pro Se)] (1:01:25 - 1:01:55)

But if we can limit it, you know, this is, I'm willing, as much as I'm very upset about everything going on, I'm willing to be polite with you and work through this stuff. And if we can find a compromise that makes it more efficient for everyone, like, I want to do that. I'm not here to, like, drag stuff out or cause unnecessary work.

And I know we're going to have to compromise on some of this stuff. So, yeah, if you can raise them, maybe there's stuff that I will just be like if if you were just going to file over the 232 thing, I probably would just say, OK, I'm going to surrender that one. Please don't file that motion.

Let's just go ahead. Yeah.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:01:55 - 1:02:19)

OK, that's that's helpful for us to know. And as we're continuing to sort of think through exactly the scope of this responsive pleading. Yeah.

We appreciate and hear that you would be willing to talk to us about these are our intended arguments. Are you willing to just forego those claims and those aspects of those claims in light of these arguments or or even if you don't agree with the arguments, just as you say.

[Ashley Gjovik (Pro Se)] (1:02:19 - 1:02:47)

Even if I don't agree. So that's it. Let's have that conversation.

And whether or not I agree or not, I'm going to make a practical decision. I'm more interested in this moving forward. And I was sitting down and doing that again.

Well, I forgot. I didn't take remedies, but I was going in and mapping out the remedies for each of them. And a lot of them are overlapping.

So that's why I'm like 232. I have like five other ones that would give me the exact same remedies. So so I'm willing to be practical on that.

And again, so we can definitely talk through it. I think meeting again before we file on the ninth is a great idea.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:02:48 - 1:03:11)

I think we're I think we have to do that, but we would do it anyway for this conversation. Yeah, the holidays are a little dicey. I know I'm traveling.

I don't know if Melinda has, but I can't imagine we can't find time for a brief. Sorry, I take vacation. So but yeah, I'm sure we can find time to talk through that.

TurboScribe AI Transcription

[Ashley Gjovik (Pro Se)] (1:03:11 - 1:03:38)

That sounds good. And then maybe that's so let's maybe table the legal issues, narrowing legal issues, emotion, the remainder of that for that conversation. Because it sounds like once you have a better idea, we can we can talk about, you know, are there ways that stuff could be surrendered or moved around, made more efficient.

And then it does want like the disputed points of law, not facts. So that kind of is the like questions of law for some of this stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:03:38 - 1:03:39)

Right.

[Ashley Gjovik (Pro Se)] (1:03:39 - 1:03:40)

I know.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:03:40 - 1:03:50)

We originally had pages and pages of statements of law. And then I cut it all down because trying to get 10 pages and I can't give five pages. We can be succinct.

[Ashley Gjovik (Pro Se)] (1:03:51 - 1:04:39)

You did spend like still a whole page just harassing me. So you could move some of that like 70 percent or some. OK, so maybe we can have a list of like the top three legal issues we're expecting.

Now, I think we can come up with that. There's probably like a top category of issues that are going to be our main point of contention when we're going through this stuff. Like I can imagine one of them right now, which would be like the gobbler stuff for both the employment and the UCL stuff.

You know, was the gobbler actually confidential? It's going to be a huge question. Right.

Was it was it legitimate to claim that was confidential? So if we can come up with a list and talk through it and maybe take a few, I think that would be helpful for us. And probably the judge, too, just to know what to expect of where the big focus will be.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:04:40 - 1:04:48)

Well, the big focus is whether the information you disclose is confidential. You say it was and you say it wasn't. That's a factual issue, a legal issue.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:04:49 - 1:05:10)

TurboScribe AI Transcription

But I mean, not to put too fine a point on it. Right. But if we believe it was confidential and it goes to this.

I want this determination was was for a reason that we actually believe it can turn out sometimes that people are incorrect. And that proves that doesn't necessarily prove that. So I believe it is confidential.

So it's not going to come up, but just not to put too fine a point on it.

[Ashley Gjovik (Pro Se)] (1:05:10 - 1:05:26)

No, that's that's I mean, there's also another finer point of like even if they claim that they thought it was, but it's clearly really not. And it's illegal. That's probably another argument.

But I think you're right that it's actually going to be predominantly fact based, even though there is a legal question. It's going to be more about.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:05:27 - 1:05:32)

Yeah. Yeah. I mean, the question is, why?

What was the reason for the termination? Right. There are a lot of people.

[Ashley Gjovik (Pro Se)] (1:05:33 - 1:05:41)

Well, I mean, there are preponderance of evidence that it was due to protected activities versus what the reason stated was.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:05:41 - 1:05:58)

Any termination is allowed unless it's not. Right. So the question is going to be, this is all within the exception of the category of places where it's not.

So I take your point that there are some issues that are not clearly legal issues or sexual issues. And maybe there are some I don't know that we need to be too.

[Ashley Gjovik (Pro Se)] (1:05:58 - 1:06:16)

Yeah. If we can think about it. If we have anything that stands out, I'm going to think about it before our next conversation.

OK, so there's that motion. You guys are going to figure out what you're going to do with that. And we'll talk more before that's filed.

It sounds like we're both planning on doing summary judgment motions.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:06:17 - 1:06:26)

TurboScribe AI Transcription

I don't know. Well, I don't know. I mean, we haven't heard what the evidence is.

So. But if he's asking like. I always anticipate that I'll file a summary judgment motion.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:06:26 - 1:06:27)

I'm not going to file it frivolously.

[Ashley Gjovik (Pro Se)] (1:06:30 - 1:06:45)

But I guess I'll have to phrase it the right way. It sounds like we're both expecting that there will probably be a need to file it. And versus us expecting that we would not need to file them.

There might be motions.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:06:45 - 1:06:45)

Right.

[Ashley Gjovik (Pro Se)] (1:06:45 - 1:06:59)

It needs to be put in the schedule. Yeah. Yes.

That it should be in the schedule. Is there any other motions you're expecting that we should plan for the motion to dismiss and strike them? Whatever we the evidence motions, probably.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:07:00 - 1:07:13)

I mean, I wouldn't say we anticipate those. We would, you know, in a perfect world, everyone would collaborate and there wouldn't be any of those. I'm not going to say we anticipate them because I don't yet have any dispute in front of me.

[Ashley Gjovik (Pro Se)] (1:07:13 - 1:07:21)

But we think it would be prudent to schedule, to include in the schedule, the potential for motions related to.

[Kathryn Mantoan (Of Counsel at Orrick, Herrington & Sutcliffe)] (1:07:21 - 1:07:31)

We should leave time in thinking about the life of the case and the course of discovery that the parties may have discovery disagreements that they need before.

[Ashley Gjovik (Pro Se)] (1:07:33 - 1:07:56)

OK, that sounds good. Yeah. The narrowing of issues.

I mean, that's that's really, I think, what our next conversation will be. And, you know, if it was up to me, I'd just go ahead with everything I have, of course. So kind of getting from you guys

and.

You know, are there things that you really do want to fight still and think the judge might approve you fighting? Let's talk about it.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:07:57 - 1:08:06)

And we told you what we think the case is about. It's about why you would terminate it, whether it was a protective activity or not.

[Ashley Gjovik (Pro Se)] (1:08:06 - 1:08:47)

I mean, I know. But like in between in between what we we both say is our default in between states. Let's have that conversation of negotiation of narrowing where you think that is appropriate.

And I'd be open to it. I'm happy to have that conversation. And I think that's probably it for now.

Oh, and then just so you know, I am planning on trying and finding a way to get there in person for the trial. There's a trial. I'm setting that up.

So everything else I would prefer. I'm going to request that. But I am planning on being there in person for the actual trial.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:08:49 - 1:08:54)

I think I think the courts require it there.

[Ashley Gjovik (Pro Se)] (1:08:57 - 1:09:10)

I've heard that they started allowing it, especially for pro se and with covid they had to. So it's sometimes an option. But I just want to put that out there.

Thank you for taking the time to talk to me about all of this.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:09:10 - 1:09:15)

I appreciate it. I'm glad we can have some more conversations and make progress.

[Ashley Gjovik (Pro Se)] (1:09:19 - 1:09:29)

It's so good. Why? Like, why?

Have you not had the right one? I got to get on my way.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:09:30 - 1:09:31)

Bye. Have a good day.

TurboScribe AI Transcription

[Ashley Gjovik (Pro Se)] (1:09:32 - 1:09:49)

Bye. That was actually OK. All right.

So weird.

EXHIBIT E: 3/25/25 MEET AND CONFER TRANSCRIPT

## Gjovik v Apple 2025 03 25 Meet & Confer Recording

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (0:00 - 0:06)

I'm going to say a report to the cloud and see what happens. Did it tell you I'm recording it?

[Ashley Gjovik (Pro Se)] (0:06 - 0:10)

It says it's recording, and if it doesn't work, I'll send you a copy of mine.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (0:11 - 0:21)

All right, sounds good. All right, I have looked at all your items yesterday in response to my items, so let's see what I have here.

[Ashley Gjovik (Pro Se)] (0:23 - 0:31)

And I could just go through, I organized some of my outstanding items by the letters too, so we could just go checklist item by item.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (0:31 - 0:37)

Let's start with the protective order, because that's one of the things we want to get done. Is that okay?

[Ashley Gjovik (Pro Se)] (0:38 - 0:51)

So it sounds like she's going to issue the default one anyways. I do not want Apple's modified one, but the default one, we're just going to have to go, I'm going to have to challenge stuff if Apple abuses it, and we'll just have to go through that process.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (0:52 - 1:09)

Yeah, there's a process in there if you disagree with the designations, there's a process to be followed. I don't think that it prevents you from talking to the government, but whatever. If you want, if you're just ready to go with the model one, I mean the model one, then we'll just go with the model one.

[Ashley Gjovik (Pro Se)] (1:10 - 1:52)

Yeah, the model one. So we can stipulate to that, that might make her happy that we actually agreed to something. So we can do that one.

I do think it would be helpful to proactively define confidentiality, since that is the number one dispute I'm having with Apple in all of the litigation, is what is confidential. So if there's anything that, and you might need to talk amongst yourselves, but if there's anything we can do to try to clarify that, the Federal Rules of Civil Procedure defines it as trade secrets and actually

confidential. So we can go through that organically, but I thought it might be helpful if we can come to some of that understanding ourselves proactively too.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:53 - 2:05)

Well, I think, I mean, obviously the Protective Order defines it. And if you, and we mark something as confidential and you disagree that it's confidential, then there's a whole process in the Protective Order for you to challenge our designation.

[Ashley Gjovik (Pro Se)] (2:06 - 2:14)

Understood. But then the, what is confidential at the end of that challenge is, what does the Federal Rules of Civil Procedure in case law say is confidential?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (2:16 - 2:24)

Right. But the Protective Order describes it, right? And if you don't like the one, what we've done, then I don't think we need to change the Protective Order is what I'm saying.

[Ashley Gjovik (Pro Se)] (2:24 - 3:03)

We're not going to change the Protective Order. The Protective Order does not define confidential. It defines the process for parties to designate things confidential.

I'm just, as you can probably understand, even if you don't want to say so, concerned about what Apple's going to try to designate as confidential. So trying to figure out if there's anything we can do, since we've already had disputes on this topic of what is confidential and what's not, and a lot of discovery held back under this guise that stuff's confidential that I disagree with. So we can just go through that whole process organically.

I was hoping there's something we might be able to do. You've done this a lot more than me.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (3:05 - 3:05)

Many years.

[Ashley Gjovik (Pro Se)] (3:06 - 3:10)

So you used to run litigation at Morgan Lewis, right? For employment?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (3:10 - 3:19)

No, I was just one of many, many people. So I don't think we can define it in the abstract, is what I'm saying.

[Ashley Gjovik (Pro Se)] (3:19 - 3:34)

So if there's just anything that can try to... I know that you guys like to create the friction, but if

Turboscribe AI Transcription

there's anything we can do to try to streamline this at all, would be really, really helpful. You can get back to me on that one.

But yeah, we can stipulate.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (3:34 - 4:04)

No, I just, I don't think... I mean, it says confidential information is what is qualified for protection under the 2060s. So I think, again, I just go back to, we market as confidential.

You disagree, follow the protective order. And I don't think we can further define it. Okay.

Because it's like, there's so many different versions of confidential and different things that are confidential that we can't try to say.

[Ashley Gjovik (Pro Se)] (4:04 - 4:26)

We have a bunch of individual little battles then, probably. Or maybe we'll all agree. Who knows what will happen.

Okay. So that sounds good. We can stipulate to that right away.

And then hopefully that means that Apple's willing to... So I guess that goes to the number one thing on my list of, has discovery started or not? And if it's not, what is needed to get it started?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (4:27 - 4:31)

Well, I mean, I don't know that we have to fuss about that because let's just go forward.

[Ashley Gjovik (Pro Se)] (4:33 - 4:41)

As I said... I mean, that's the fundamental question of discovery is whether discovery is actually started or if it stayed or... You know?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (4:41 - 5:03)

So, as you know, we believe that Go71 is not part of discovery. It's a disclosure. And yes, that started.

And yes, it was required. And the judge also ordered discovery on phase one. And yes, that started some time ago.

And yes, we served it. And yes, you haven't responded. So...

But we don't have to fuss about that if you're going to respond.

[Ashley Gjovik (Pro Se)] (5:04 - 5:07)

You're saying full discovery has not started yet.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (5:07 - 5:30)

Well, I think it might start. You mean beyond phase one? Yeah.

Yeah. I'm fine to do discovery based on the complaint that exists now. I think we can say, even though the judge's order hasn't changed, we can say...

What he said, I think, was once the pleadings are set, then we can go into full discovery.

[Ashley Gjovik (Pro Se)] (5:33 - 5:38)

If you guys are willing to say we can start it today, I'm just willing to say we're just going to agree that we're starting it today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (5:38 - 5:44)

No. We started it. We did the case.

Go71 is old. The discovery...

[Ashley Gjovik (Pro Se)] (5:44 - 5:49)

You just said that's not part of discovery. So you can't have it both ways. If you said that's not part of discovery...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (5:49 - 5:53)

It is not part of discovery. And it was due. And...

[Ashley Gjovik (Pro Se)] (5:53 - 6:13)

Okay, put that aside, though. My question is, outside of that conversation you're having, full discovery, because pleadings are settled now and all this stuff. Can we say that today you and I are going to put aside all of our other differences about discovery starting prior, full discovery, and just say it's going to start today?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (6:14 - 6:25)

No. So phase one discovery already started some time ago. We served phase one discovery.

That is past due. We don't need to fight about it as long as you're willing to answer it.

[Ashley Gjovik (Pro Se)] (6:25 - 6:53)

I see what you're doing. You guys are very good at this. I went to law school to get away from this, by the way.

Like, this is like engineering. Okay, so we have... Let's say we have three buckets of discovery.

We have what you're referring to as the general 71 non-discovery, but we'll just call that GO71. We have the phase one discovery that was in Judge Ten's order. And then we have full federal rules of civil procedure discovery.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (6:53 - 6:54)

Yes.

[Ashley Gjovik (Pro Se)] (6:54 - 6:57)

This third bucket, can it begin today?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (6:59 - 7:06)

So full discovery, but that doesn't mean that phase one discovery and GO71 discovery didn't start before and is already past due.

[Ashley Gjovik (Pro Se)] (7:07 - 7:13)

I'm not going to concede to that stuff, but there's still the big open question of, can full discovery start today?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (7:13 - 7:24)

Yeah, I'm fine with that. You still have to answer the phase one and do the GO71. But if you want to say, now we can start more discovery, that's fine with me.

But it doesn't change the fact.

[Ashley Gjovik (Pro Se)] (7:24 - 7:36)

On me saying that the other stuff you did was legitimate, if we can just put aside all of our other stuff and say, you and I are agreeing today that we're just going to start full discovery, period.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (7:38 - 7:43)

Yeah. As long as you answer the discovery we've served and get us the GO71 responses, that's fine.

[Ashley Gjovik (Pro Se)] (7:43 - 7:47)

I'm not making a decision on that because if we're starting today, that means you need to reserve your stuff today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (7:48 - 7:52)

No, I don't need to reserve them because they were already served.

[Ashley Gjovik (Pro Se)] (7:52 - 8:07)

Very, very clear. Any kind of requests served during a stay are not valid. So if you want to fight this, this will be our first letter is you saying you think that these things were valid during that stay.

I say they're not. I say you need to reserve your stuff today. You said, no, that stuff's valid.

I'm late. That'll be our first letter.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (8:08 - 8:10)

But why do we need to fuss over it? Why don't you just answer it?

[Ashley Gjovik (Pro Se)] (8:11 - 8:14)

Because you want me to acquiesce that I was supposed to do something.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (8:14 - 8:22)

No, I just want you to answer the discovery. You don't have to concede anything. You don't have to agree to anything.

Just answer the discovery. That's all I'm saying.

[Ashley Gjovik (Pro Se)] (8:22 - 8:23)

Just resend it today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (8:23 - 8:40)

Why do I need to do that? I already served it. Because that's the rules.

No, it isn't. I looked it up. Just answer the discovery.

And then we don't have to go to the judge. Don't waste the judge's time about whether there was discovery started or didn't discovery decided. Just answer the discovery.

That's the easiest answer.

[Ashley Gjovik (Pro Se)] (8:40 - 8:46)

Because you guys have already made public allegations against me about the judge of me missing deadlines that I was not obligated to meet.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (8:47 - 8:52)

Just put it behind you. Put it all behind you. That's what I'm saying to you.

We already served.

[Ashley Gjovik (Pro Se)] (8:52 - 9:03)

You just need to resend. And I sent you a request for production you denied like two months ago. And I'm saying, I'm not going to fight that one.

I'm going to resend it today. Because we just agreed it's starting. So I'm going to let that go.

Can you just send it today?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (9:03 - 9:20)

I'm happy to meet and confer today on the... You don't need to resend the discovery. Let's meet and confer on which of the responses you don't like.

That's what we're supposed to do as part of the meet and confer. You go through each one of the requests. And then you tell us which ones you disagree with and why.

[Ashley Gjovik (Pro Se)] (9:21 - 9:35)

All of them. And I had already outlined that there's very, very broad rejections. That you can't do that.

You have to be more specific. You can't just say because this generally seems to be... There's narrow stuff.

I've already outlined all the main...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (9:36 - 9:49)

We have to go through each request. That's what the magistrates order. And I have the request in front of me.

I can share it if you want. And then we go through each request. And then you tell us whether you're okay with the answer.

And if not, why not?

[Ashley Gjovik (Pro Se)] (9:49 - 9:50)

Okay. Yeah. Share, please.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (9:51 - 10:18)

Should we do that? Yeah. Okay.

Let's see. Do I not have a share thing here? Pause.

Stop recording. Break room. So share.

There it is. I think this is the right one. Okay.

Request number one. I assume you're okay with that?

[Ashley Gjovik (Pro Se)] (10:20 - 10:37)

Because we will... Hold on. Because Weibull never conducted an investigation into plaintiff into Joe Bigstar.

Well, no. The discovery documents you showed me showed that Helen and Jenna were talking...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (10:38 - 10:40)

Can you talk up a little bit?

[Ashley Gjovik (Pro Se)] (10:41 - 10:54)

The discovery documents released so far showed that Helen Pokes and Jenna Weibull were either investigating or getting consultation about how to handle me as the issue per an escalation from my boss.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (10:56 - 10:57)

Okay. But we answered the question.

[Ashley Gjovik (Pro Se)] (10:58 - 11:00)

We don't have it because Ms. Weibull never conducted.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:01 - 11:01)

Yeah.

[Ashley Gjovik (Pro Se)] (11:03 - 11:11)

So is that like a formal... Okay. So if there's no formal...

You're saying there's no formal investigation opens. There's no case file for that.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:12 - 11:18)

Right. There's no investigation. So there was no case file.

So that one's okay.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (11:19 - 11:21)

I'll think about... I'm not conceding it.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:21 - 11:22)

Yeah. It's fine.

[Ashley Gjovik (Pro Se)] (11:22 - 11:24)

Okay. Case management concern.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:25 - 11:29)

So this one has some objections, but we gave the answers. We gave some answers.

[Ashley Gjovik (Pro Se)] (11:30 - 11:45)

Go back. Scroll back up to two, please. I can't see the top part.

The next page above it, please.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:45 - 11:46)

You want to go up or down?

[Ashley Gjovik (Pro Se)] (11:53 - 11:58)

Go up a little bit more. Can I see my...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (11:58 - 12:02)

You can skip through the objections as long as you're okay with the answer.

[Ashley Gjovik (Pro Se)] (12:03 - 12:06)

Well, remind me of what the question is. I can't see it.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (12:06 - 12:07)

Oh, yeah. Sorry.

[Ashley Gjovik (Pro Se)] (12:08 - 12:39)

The case file from the Federal Employee Relations Concerning General Weibull is starting. Including any comments from people other than Weibull. So, yeah, I definitely would object when the scope is narrowed to those specific claims when it's a retaliation case.

So anything related to protected activity, complaints, investigations, all of that is relevant under

Turboscribe AI Transcription

discovery.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (12:39 - 12:45)

Right. But then we answer the question. Didn't have a case file regarding investigation into concerns you raised.

[Ashley Gjovik (Pro Se)] (12:52 - 13:09)

We have no documents responsive to this. Because you've done this a million times, and I've never done this, and I'm sure you're playing some board games. But if I was to resubmit this and say, documents instead of case file, would there be things?

Do I just need to resend it with fine tuning? I feel like you guys should be interpreting this liberally.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (13:10 - 13:23)

Well, we interpret them the way the question is asked. You asked for the case file. But we told you in our part here that we didn't have any documents responsive because she didn't conduct an investigation.

[Ashley Gjovik (Pro Se)] (13:30 - 13:44)

Okay. So this is where I'm like, if I resubmit it, making it more broad, because I know there are just more documents. And maybe you're using these terms to not give me these very specific things.

Then I have to resubmit it more broad. And last time I did that, you said that's too broad.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (13:45 - 13:56)

Yeah. So here you wanted to know if she did an investigation, and we said she didn't. So there's no point in you asking for anything else about an investigation because she didn't do one.

That's what we've said.

[Ashley Gjovik (Pro Se)] (13:56 - 14:03)

Well, a formal coded designation. Okay. I understand what you're saying, and I will get back to you on that.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (14:04 - 14:15)

All right. Sounds good. So here's Okpo's investigation, so then you can get to the end.

[Ashley Gjovik (Pro Se)] (14:26 - 14:36)

So this one, are you saying that there was never a case file that Okpo had either? Yep. If there was no case file, why did you have nine other objections?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (14:37 - 14:45)

I don't know. Sometimes people put in objections just to preserve them, but that's why you look at the answer.

[Ashley Gjovik (Pro Se)] (14:49 - 15:14)

Well, I mean, if you have objections that are not even relevant, that seems like an issue. Your associates are overly ambitious with their objections. Okay.

So you're saying there is a case file from Okpo, or there's not? There's no case file at all for any of them?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (15:14 - 15:29)

We did not maintain a case file into your concerns. And if it means an investigation, then we don't have that either. So we're trying to help you to say there's no case file, there's no investigation documents.

[Ashley Gjovik (Pro Se)] (15:30 - 15:38)

So I need to find a way to ask you for documents with not too vague, but also enough of a net to actually get some stuff. Understood. Okay.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (15:38 - 15:42)

I don't know what you're looking for, but we've given you the answers to that one.

[Ashley Gjovik (Pro Se)] (15:42 - 15:53)

Case file from Respondent's Employee Relations Concern. So, okay, you're saying there's no case files whatsoever in any platforms? And that's into me or about my concerns?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (15:54 - 16:00)

The question was, case file from Respondent's Employee Relations Platform concerning an investigation into Jovic.

[Ashley Gjovik (Pro Se)] (16:01 - 16:08)

And the other one was an investigation into my concerns. So you're saying there's no case files about Ashley?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (16:08 - 16:09)

Right. Okay.

[Ashley Gjovik (Pro Se)] (16:13 - 16:31)

That's concerning issue confirmation, including drafts, timestamps, objects. Okay. So this one, there definitely is.

When I saw that thing, it was clear at least five lawyers wrote it. So there had to have been drafts and conversation. Help me understand the objections on this one.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (16:32 - 16:46)

Okay. So don't worry about that. Get to the answer.

Defendant understands you to seek all documents concerning the August 2021 issue confirmation sent. And then we're saying we've given you those. So assuming we answered it the way you meant it, we've given you the documents.

[Ashley Gjovik (Pro Se)] (16:47 - 16:50)

Those are emails I was already on that did not give me any information I did not already have.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (16:54 - 17:00)

We're telling you we've given you all the documents that are responsive to that request that we've been able to find.

[Ashley Gjovik (Pro Se)] (17:00 - 17:05)

So you're saying that anything you did not give me, you are claiming attorney-client privilege for?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (17:06 - 17:10)

You'll get a privilege log this week. So if there's anything that's privileged, you'll get it.

[Ashley Gjovik (Pro Se)] (17:10 - 17:19)

So if like this is not listed on that, then I should assume it's because you're saying it's not relevant under the scope of the claims or private.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (17:19 - 17:23)

We're saying we've given you everything that's not privileged. Okay.

[Ashley Gjovik (Pro Se)] (17:24 - 17:44)

So we're going to have to challenge that. I know this is Apple's favorite I've seen. I've looked at

a lot of Apple cases.

We're going to challenge the privilege. So if you can at least just make it clear when the main claim is privileged, that will help the pipeline of those challenges. Because right now I can see like nine different challenges and I'm wondering what the main ones are.

Okay.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (17:44 - 17:52)

Well, you have to look at the privilege log. There's a whole process in the magistrate's order about challenging a privilege log. So if you want to challenge it, follow the process.

[Ashley Gjovik (Pro Se)] (17:52 - 17:53)

I don't have a privilege log yet.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (17:54 - 17:55)

No, I know. You're going to get it this week.

[Ashley Gjovik (Pro Se)] (17:56 - 17:57)

Wonderful. Thank you.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (17:59 - 18:03)

So I don't think you should have any problem with that because we answered it.

[Ashley Gjovik (Pro Se)] (18:06 - 18:13)

As long as it's clear that... So I still have a concern of I get the privilege log, you say, okay, the issue confirmation stuff, we're claiming privilege for...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (18:15 - 18:21)

Well, I don't know. If it's on the privilege log, then we claim privilege for it. If it's not on the privilege log, then there's no privilege.

[Ashley Gjovik (Pro Se)] (18:21 - 18:30)

Well, that's what I'm saying. So then I'm wondering if it's... Well, if it's on the log, are you also claiming all these other objections?

The problem is when it's the junk drawer...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (18:30 - 18:31)

Privilege log is just for privilege.

[Ashley Gjovik (Pro Se)] (18:32 - 18:37)

That's what I'm saying. So if I need to figure out how to challenge this, do I need to challenge this under the like six different objections?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (18:38 - 18:41)

No, because we're telling you, we've given you all non-privileged documents.

[Ashley Gjovik (Pro Se)] (18:43 - 18:58)

No, what I'm saying is I'm going to fight for those documents. You're saying it's privileged, but this also says like five other objections. So should I just...

I guess I will... If this is the objection you guys are going with, that when I challenge it, I'm going to have to challenge all of the objections listed for each of it.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (18:58 - 19:06)

No, because we're telling you, we're giving you the answers. There's no point in challenging anything if we gave you the answer.

[Ashley Gjovik (Pro Se)] (19:07 - 19:10)

No, there's a point in challenging it if I don't agree with the assessment of its category.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (19:10 - 19:31)

No, because I mean, we're saying, look, it was only phase one discovery and we're not going to waive any objections to that. But then we also say, notwithstanding the objections, subject to and without... Sorry, notwithstanding.

Don't worry about the objections. That's my view. We're giving you the documents, all non-privileged documents about the issue confirmation.

[Ashley Gjovik (Pro Se)] (19:32 - 19:36)

You said, or wait, are you saying you already did or are you going to give me another production?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (19:37 - 19:55)

I believe... So we have produced, I think all of the ones on this. There's going to be one more production out this week.

I don't think it relates to the issue confirmation, but you'll get the privilege log and the remainder of our documents this week. And then you will be able to see that we have produced everything responsive to the request.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (19:58 - 20:08)

Okay, so for sake of time then, it sounds like since this is still kind of pending then. So if you're going to give me more documents in response to this request, is that what you're saying?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (20:08 - 20:11)

I don't think they're any more responsive to this request.

[Ashley Gjovik (Pro Se)] (20:13 - 20:20)

Okay, okay. So what were you saying about phase one discovery in this then? You're saying that even in full discovery, this request is complete?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (20:20 - 20:21)

Yes.

[Ashley Gjovik (Pro Se)] (20:21 - 21:00)

Okay. So you're saying my request for production in full discovery, complete. So if I was to resubmit this to you today, you would say same answers as before?

Yes. Okay. Business conduct system record, does not have any documents because it's pendant.

Complaint, any notes, updates, resolution. I mean, that one, you're definitely holding some stuff back. I got some stuff from OSHA that seemed like it fits that category.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (21:02 - 21:20)

The business conduct system record for your business conduct complaint. So I guess we're saying that's not related to the claims in the fourth amended complaint.

[Ashley Gjovik (Pro Se)] (21:21 - 21:32)

But that is when I submitted the whole issue confirmation to business conduct, which included tons of stuff in that complaint. And that shows the full knowledge of Apple business conduct of what my complaints were outside even employee relations.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (21:36 - 21:38)

And how does that relate to your retaliation complaint?

[Ashley Gjovik (Pro Se)] (21:39 - 21:40)

Knowledge is a prima facie problem.

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (21:44 - 21:49)

So you want the answer to that to show that Apple had knowledge of what you were complaining about?

[Ashley Gjovik (Pro Se)] (21:50 - 21:51)

Apple business conduct.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (21:52 - 21:55)

Okay. I'll get back to you on that one.

[Ashley Gjovik (Pro Se)] (21:59 - 22:35)

Okay. So the office, you know, this is protected activity. This is Nexus.

This is pretext. This is knowledge. If it shows that, you know, Apple is doing all this testing parallel of my complaints and some of it contradicted things they were telling me.

That shows there was an issue that they had motive to cover up. All of that is extremely basic in a retaliation case. So I think relevance is not an argument here.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (22:36 - 22:44)

When you have to show you the retaliation cases, I complained and they fired me. So this doesn't relate to your complaints, right?

[Ashley Gjovik (Pro Se)] (22:44 - 22:46)

That you complained about those things.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (22:47 - 22:51)

Right. But then they would give you documents about your complaints.

[Ashley Gjovik (Pro Se)] (22:52 - 23:40)

And that because there's so much case law, there's buckets of case law of the motive of whether there was an actual issue is an absolutely key factor in these retaliation cases. It goes both ways. If it shows that Apple was just doing a super normal thing and they found no issues and there was nothing weird going on, that hurts my case.

So what I'm asking for is information that I don't know if it's going to help me or hurt me. You know, I assume it's going to help me, but I don't know because I need to understand for my lawsuit, what was going on with Apple related to the things I was complaining about, whether there was a cover-up, you know, retaliation is often a cover-up. So is there stuff they were trying to cover up?

Was there peculiar behavior? Were they doing things outside of the norm? Did they find concrete issues?

Are there emails where they say, uh-oh, hope Ashley doesn't find out about this. Like all of that is super relevant.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (23:42 - 23:46)

And September 11th was the day you were fired? Is that what you're saying, to mid-10th?

[Ashley Gjovik (Pro Se)] (23:47 - 23:49)

September 9th and then effective September 10th.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (23:49 - 24:03)

Okay, all right. I will go back and look at that one. So I'm going to look at five, six, and seven and see if we disagree with you and whether we're willing to rest on our objection.

Thank you.

[Ashley Gjovik (Pro Se)] (24:08 - 25:01)

Same thing, Ani. I think that is kind of one of the biggest pieces of what I just discussed of that inspection. Um, so all of that seems material to me.

So in the, the FAB is still in scope for the same thing of motive. I have the Crime Victims Act, the legislative witness, you know, I have claims that are critical to that. So while the toxic torts are out for now, I mean, that means there's a lot of stuff that I would have asked for otherwise that I won't now, especially stuff after, you know, way after I was fired.

But this, again, goes to clearly to motive and knowledge and pretext and all of that.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (25:03 - 25:07)

Okay, I will look at nine again. Seven, eight, nine, ten.

[Ashley Gjovik (Pro Se)] (25:11 - 25:15)

That one, same thing with a real underlying on pretext.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (25:16 - 25:18)

Well, but we've given you a bunch of stuff on that one.

[Ashley Gjovik (Pro Se)] (25:19 - 26:18)

Most of the stuff I already had. You gave me a few things, but if we're in full discovery, I assume

there's a lot more to be given. And so that one specifically is for, you know, impeachment of my questions, the responses I was getting, me not being happy with those answers, you know, if there was a really great plan and they were saying, actually, there's no plan, that's suspicious.

If there's no plan at all, and I'm complaining there's no plan, and they say it's fine if there's emails or something about like, hey, we need to create a plan, like that's also seems material. Again, it's that was everything they're doing super normal and reasonable and not weird at all, or was at what they were doing super suspicious and contradictory and deceptive or somewhere in between. I can't figure that out without this kind of information.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (26:26 - 26:38)

So that's kind of, that's like the other two. You want those documents to show this motive and you want to know if there's anything else that we're not giving you responsive to the request.

[Ashley Gjovik (Pro Se)] (26:38 - 27:23)

Yeah, like motive or maybe there's not, right? So like if it proves that Apple is actually being super normal, I think that's something Apple would be happy to send over. You're like, actually, look, we're being super normal, right?

And then the mid-year performance review, I didn't get one, which was weird. And there was some of those emails going on with HR and stuff. So if there's anything about what, oh, we didn't do a mid-year with Ashley, you know, that's- We've said there are no documents, so that's the end of it.

I mean, he would have, my boss would have got an email saying, hey, you haven't submitted your mid-year with Ashley or he submitted and said he did in the system and then he would have lied.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (27:24 - 27:31)

So- Right, but we're saying there are no documents. So that's what I'm saying is if we say there are no documents, then we have no documents.

[Ashley Gjovik (Pro Se)] (27:32 - 28:02)

So what I'm saying is the Merlin systems and stuff make him like check in and say whether or not he's done those. Dan would ask for status from them to make sure they say they've done all their mid-years. So he either expressly said I didn't do Ashley's and here's why.

He gets pressure from Dan and wouldn't do it. Feel like I still work for him four years later. So he either would have expressly said I didn't do it and here's why and Dan would have had to accept that or he would have lied and said he did it and both of those same material.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (28:04 - 28:12)

Okay. We're saying there are no documents. So I can go back- I know they're saying that, but they're- I can go back and have them see if there's anything in the Merlin systems.

[Ashley Gjovik (Pro Se)] (28:13 - 29:34)

Merlin or Dan would ask his directs to like confirm that they had done these. This is something he would ask at his staff. That was one of the things I'd asked for is their staff meeting notes because Megan Gates or whoever their admin was at that time would have been taking notes on things like this of him asking did everyone do their mid-years and it would have been in the notes if it was yes or if someone had said not yet and then Dan would like yell at them and be like you gotta go do it.

So there should be something. Number 12, annual- Thank you for sending those drafts. That was helpful.

One thing I was going to ask, some of those documents weren't timestamped. There weren't dates on them. It would be really helpful for the timeline to piece together the undated stuff if possible.

I assume there's like metadata on those documents that could be somehow adhered to them and I just got, you know, the drafts of the documents. I assume there were emails about it too and is that where you're claiming attorney-client privilege?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (29:35 - 29:36)

It'll be on the Privilege Blog if we are.

[Ashley Gjovik (Pro Se)] (29:37 - 30:06)

Okay, so I'm gonna have to go, for all of that I'll go through and compare and probably have some follow-up questions. Okay, all the drafts, termination letter. Okay, so we'll wait for the log on that and you guys are still claiming attorney-client privilege for any of the stuff happening before the stuff you have given me?

Or outside of it?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (30:07 - 30:11)

If there was a communication with an attorney about it, then it would be privileged.

[Ashley Gjovik (Pro Se)] (30:15 - 30:31)

And that'll be... So the things where you're talking about like the facts of what occurred, not even like... Like you could at least like redact a document other than dates and people or something just to give me an idea of what's occurring or are you guys claiming attorney-client privilege to just like everything?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (30:32 - 30:36)

Well, the Privilege Log gives you a log of what we're claiming as privileged.

[Ashley Gjovik (Pro Se)] (30:36 - 30:39)

You previously said it would only be categorical. Are you going to do it by document now?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (30:41 - 30:43)

You'll see it when it comes. It's not by document, no.

[Ashley Gjovik (Pro Se)] (30:43 - 31:09)

Okay, so that... I mean, that's where if it was by document, which it's supposed to be, I'll probably have to challenge that. That's where I could glean a lot of this information.

So either getting that type of information document by document through a production with heavy redactions or something or having the document... The groups of documents for document by document production log would hopefully give me that information. But either way, that seems like very relevant information.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (31:13 - 31:23)

We'll have a look at the Privilege Log and then we can follow the judge's order on meeting and conferring about the Privilege Log. Yeah. Okay, 14.

[Ashley Gjovik (Pro Se)] (31:28 - 31:43)

For that though, I mean... I guess if you guys are willing to meet and confer now, we can do another one on it. Okay.

Whether that they were terminating... I guess we just talked about that one.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (31:45 - 31:45)

Nope.

[Ashley Gjovik (Pro Se)] (31:46 - 31:48)

Any documents agreement is supposedly signed.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (31:49 - 31:52)

Oh, and then this... So this categorical Privilege Log, that's what we're going to give you.

[Ashley Gjovik (Pro Se)] (31:53 - 31:59)

So that's not sufficient. Case law says that's not sufficient. You can do groups of documents...

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (31:59 - 32:00)

We'll meet and confer on it.

[Ashley Gjovik (Pro Se)] (32:00 - 32:01)

But you can't do document by document.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (32:02 - 32:06)

We believe it is, you believe it isn't. Let's meet and confer on it when you see it.

[Ashley Gjovik (Pro Se)] (32:07 - 32:25)

Okay. Spend lots of time together, Brenda. Yep.

Any documents, contracts, agreements. So yeah, and I requested this back in December 2023. I want all contracts I signed with Apple.

You guys had previously said something like maybe you'd release them with a protective order. So once we agree to the protective order, is that something you'll provide?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (32:26 - 32:27)

Yep. Okay.

[Ashley Gjovik (Pro Se)] (32:28 - 32:32)

And that includes the Gobbler Informed Consent Agreement?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (32:33 - 32:41)

If we have one, it'll include it. Yeah, Gobbler definitely includes... It definitely includes Gobbler.

I've seen the Gobbler one.

[Ashley Gjovik (Pro Se)] (32:42 - 32:49)

So the thing that was included for the OSHA that said it was Gobbler, that wasn't Gobbler. That was a completely different study. And that was like over a year after.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (32:50 - 32:57)

Okay. Well, the one that I think we produced, but anyway, the one you have or will get with a protective order is the Gobbler one.

[Ashley Gjovik (Pro Se)] (32:57 - 32:58)

From 2017.

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (32:59 - 33:00)

I don't remember what date it was.

[Ashley Gjovik (Pro Se)] (33:01 - 33:17)

The one sent to OSHA was not Gobbler. It said it was, but it was not. That was like 2018.

That was an overall live on. So for the Gobbler 2017 one, if I'm not getting that, I do need an explanation why. If it doesn't exist, I need that explanation too.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (33:18 - 33:20)

Oh, you'll get the one for Gobbler.

[Ashley Gjovik (Pro Se)] (33:20 - 33:30)

Okay. Oh yeah, this one's super important.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (33:32 - 33:34)

Are we on 16? Yeah. Okay.

[Ashley Gjovik (Pro Se)] (33:42 - 34:03)

I mean, the decision to terminate me, that's kind of a hand wavy of who made that decision, but that's also cat's paw. I mean, we need to establish cat's paw. It seems like that definitely happened with the email that you need.

So then it goes to who knew? And how do I know who knew? Unless you tell me who knew.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (34:07 - 34:08)

We've given you the answer.

[Ashley Gjovik (Pro Se)] (34:13 - 34:34)

Okay. So you guys are sticking to that objection on that one. Yeah.

Okay. So 16. Challenge right away.

Um, 17. Same thing. Is that the same thing?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (34:34 - 34:36)

Oh, that's about the Verge?

[Ashley Gjovik (Pro Se)] (34:36 - 34:37)

Yeah.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (34:38 - 34:40)

So Davenda doesn't have any documents responsive to this request.

[Ashley Gjovik (Pro Se)] (34:41 - 35:17)

The reporter had told me, she sent it to them on the Friday before, I think it was published on a Sunday or Monday. And she said they'd sent it multiple days ahead of time and like reminded them. She had said that they weren't responding to her at least prior to production, but she had confirmed to me.

And that's completely like standard procedure. And it says we asked Apple for comment. So it's hard for me to believe that they got that email from Verge about that article and then no one saw it or said a word about it.

I don't know what this process is. Like if I need to send you the text that she sent me.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (35:18 - 35:29)

This is Apple writing back. You're asking responses from Apple to the Verge. Not emails to Apple from the Verge.

And we're saying we didn't respond.

[Ashley Gjovik (Pro Se)] (35:29 - 35:31)

From the Verge to Apple.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (35:31 - 35:45)

Any responses triple transmitted from Apple to the Verge or Shoei or Zoe. Okay. We didn't transmit anything to the Verge or Zoe.

[Ashley Gjovik (Pro Se)] (35:46 - 36:37)

Okay. And then you said did not. 17 did not transmit to Verge.

Okay. Or Zoe. And then 18 whatever emails that were referred to in their US Department of Labor response.

So I got those through OSHA, mostly redacted. It would be helpful if you can send me those emails not redacted. And more emails if there's more emails.

Or if you guys are saying you didn't give me those documents prior because of objections, if you can add those objections because they're not currently listed, just as you gave me everything.

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (36:46 - 36:50)

Well, we've said we gave it to you, but I will see if there are any redactions on them.

[Ashley Gjovik (Pro Se)] (37:00 - 37:12)

Oh, I apologize. I was reading that as much as I was. That was just the July 20th email.

Oh, I forgot. This is a very narrow one I sent you. Yes.

You previously said that that didn't exist.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (37:14 - 37:22)

I don't know. We said we've given you something and we've given the numbers, the Bates numbers. So we've responded to that request.

[Ashley Gjovik (Pro Se)] (37:24 - 37:27)

That was an email where I said I didn't want to be on leave.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (37:28 - 37:40)

Yeah, I don't know. I don't know what is there, but I'm just saying we've responded to the request so there's no reason to meet and confer on it. There's no reason to take it to the magistrate because we gave you the response.

[Ashley Gjovik (Pro Se)] (37:46 - 38:04)

Um, I'm going to have to look into this because the response was not what you said existed. And I believe an email you said that thing you said to OSHA is not actually an email that exists, in which case there's, I guess, nothing for me to ask for. So I will think about it.

I'll drink some coffee about that one.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (38:05 - 38:16)

All right. We've now met and conferred on that. I'm going to get back to you on some things.

You're going to look at some things and hopefully we will get progress on that.

[Ashley Gjovik (Pro Se)] (38:16 - 38:34)

We're going to start our full discovery. Jesus, fonts. Did no one tell him about like the muting, the darker red and the darker green?

Anyways, so we're going to agree that we're going to start full discovery today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (38:35 - 38:56)

Turboscribe AI Transcription

No, I'm not agreeing to that. I'm just telling you that you need to respond. You need to give us the Go71 stuff and you need to respond to the document request that we already sent.

You want to send more discovery on phase two? I'm agreeing that we start full discovery today because beyond phase one and beyond Go71.

[Ashley Gjovik (Pro Se)] (38:59 - 39:04)

Okay. So we agree we're just separate from everything else. We're starting full discovery today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (39:05 - 39:10)

Full discovery. But we still have to answer the Go71 and the prior discovery requests we sent.

[Ashley Gjovik (Pro Se)] (39:11 - 39:17)

And I'm saying you can send me, now that we're starting today, you can send me a request today and I'm happy to respond to them.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (39:17 - 39:34)

So we talked about three buckets, the Go71, the phase one and full. Go71 already started, you owe us the stuff. Phase one already started, you owe us the stuff.

Beyond phase one, we're starting today. Correct. But we still have to do the first two buckets.

[Ashley Gjovik (Pro Se)] (39:34 - 39:39)

So for the first two buckets, we're in dispute on that. And it sounds like we need a letter. I had said this like months ago.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (39:39 - 39:42)

Just answer them. Just answer them. Why do we need a letter?

[Ashley Gjovik (Pro Se)] (39:43 - 39:48)

You know, I can read Ryan's email about me. Yeah, you're sharing that with me.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (39:48 - 39:49)

Oh, I'm sorry about that.

[Ashley Gjovik (Pro Se)] (39:50 - 39:52)

I am not reading it or screenshotting.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (39:52 - 39:54)

Funny, it says, it doesn't say share.

[Ashley Gjovik (Pro Se)] (39:55 - 39:58)

When you shared your screen for the document, you must have shared your entire desktop.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:01 - 40:05)

I can't explain that because it's not saying it's sharing anything.

[Ashley Gjovik (Pro Se)] (40:06 - 40:08)

I can knock it off.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:13 - 40:16)

You can allow multiple presentations to share.

[Ashley Gjovik (Pro Se)] (40:21 - 40:25)

If you go to the bottom where it says share, if you click it again, you should be able to turn it off.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:28 - 40:29)

It's not showing it's on.

[Ashley Gjovik (Pro Se)] (40:30 - 40:35)

It might not, but if you click it, it will have like a stop sharing, even though it looks like it's...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:35 - 40:45)

No, I don't have a stop. I could, oh, stop share. There we go.

You're right. I see it on the third screen. I have three screens.

All right. Now we're back in the right place here.

[Ashley Gjovik (Pro Se)] (40:46 - 40:52)

That's why I was like, what is his colors? He's using on his writing. Yes, he's very aggressive color choices.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:52 - 40:53)

All right.

[Ashley Gjovik (Pro Se)] (40:54 - 40:57)

Okay. So we're going to be in disagreement on the first two. If you guys want to fight that.

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (40:57 - 41:00)

Yeah, but just answer the discovery.

[Ashley Gjovik (Pro Se)] (41:00 - 41:21)

We don't need to fight about whether it started or whether it didn't start. These laws on my side here, there's no, absolutely no reason for you to not just resend it now, now that we're agreeing it starts. If you guys want to hold onto the fact that I am out of compliance with this thing, you say I'm overdue on because I saw your guys' way.

You want to come after me and try to get sanctions against me for discovery.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (41:21 - 41:24)

No, I just want you to answer it. That's all I ask.

[Ashley Gjovik (Pro Se)] (41:24 - 42:29)

No, I see how you guys do. So I'm not acquiescing to any of that because I was not in the wrong. So if you guys want to start that fight, we need to start it now.

So you guys can go in and say, she was supposed to do this general order 71 stuff. She won't, she won't. And I will say, I said, send me my federal rules of civil procedure request right now and I will do them under federal rules of civil procedure.

And you'll say, no, that's not good enough. We want this special thing that we created because you're bad. And then we'll, you know, we're going to have to raise that and you guys need to articulate that now.

I'm not going to let this stuff build and fester for you to create some false case against me later. I see you guys do that really well, but I'm not going to play that game. So if you want to do that stuff, do it, we can do the letters.

But if you send me a normal request for production today, I will happily respond within the federal rules of civil procedure for whatever it is. As far as general order 71, I was working on that until discovery was stayed. Once discovery was stayed, my understanding is that the first phase of discovery did not include general order 71.

And now that full discovery is starting, general 71 is just folded into normal discovery. So.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (42:30 - 42:32)

Hey, will you answer general 71?

[Ashley Gjovik (Pro Se)] (42:32 - 42:36)

About that, we can, we can have some letters and ask for the judge to clarify.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (42:36 - 42:39)

No, I just want you to answer it. That's all I'm asking.

[Ashley Gjovik (Pro Se)] (42:39 - 42:40)

You can just send it to me today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (42:41 - 42:50)

What, the GO 71, there's nothing to send. So GO 71 is in the order. It tells you what you have to produce.

And so just produce it.

[Ashley Gjovik (Pro Se)] (42:50 - 42:52)

You can send me a request for production today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (42:52 - 43:01)

No, I know you want me to do that, but I'm just talking about GO 71. Will you give us GO 71 by what does Ryan say here, the 24?

[Ashley Gjovik (Pro Se)] (43:01 - 43:05)

If you give me a request for production today, asking for it, I will respond.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:05 - 43:12)

I don't have to ask you for GO 71. GO 71 is a court order. I don't ask you for anything.

You have to.

[Ashley Gjovik (Pro Se)] (43:12 - 43:14)

It was paused and then.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:14 - 43:17)

Whatever. Just give it to me now. That's all I'm asking.

[Ashley Gjovik (Pro Se)] (43:18 - 43:24)

So this isn't like frivolous either. What you're asking is for me to do all of my discovery expedited within 30 days.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:24 - 43:28)

No, I'm asking you to comply with GO 71. That's all I'm asking.

[Ashley Gjovik (Pro Se)] (43:28 - 43:29)

We're going to write a letter about this.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:30 - 43:35)

So you're saying you're not going to comply with GO 71 by April 24th?

[Ashley Gjovik (Pro Se)] (43:35 - 43:38)

I'm going to say, I asked you to send me a request for production today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:38 - 43:51)

I understand, but that's separate from GO 71, right? There's a GO 71 and there's a request for production. But I don't send you a request for production on GO 71.

That's a court order. There's nothing I can say.

[Ashley Gjovik (Pro Se)] (43:51 - 43:53)

We don't have a court order for it. You're just making it.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (43:54 - 44:03)

Okay. I thought the judge had already ordered you to produce this. I believe that it's in the court order, but whether it is or not, just give it to us.

[Ashley Gjovik (Pro Se)] (44:04 - 44:12)

Again, I'm happy to respond to whatever. Good. Federal rules of civil procedure aligned requests, formal requests you send me starting today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (44:14 - 44:19)

But I can't do anything about GO 71 because that's a court order.

[Ashley Gjovik (Pro Se)] (44:20 - 44:32)

It's not. So, I mean, this is exactly what we should bring to Judge Wismore. You think there's a court order.

I think there's not. I'm happy to go with just federal rules of civil procedure. You think there's a court order in addition to it.

So let's ask her for clarification.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (44:35 - 44:39)

So are you not going to give us GO 71? Just yes or no.

[Ashley Gjovik (Pro Se)] (44:39 - 44:50)

I will happily give you all the documents within scope under the civil rules of civil procedure for any formal in procedure requests you send me starting today as discovery starting today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (44:51 - 44:54)

Okay. There's still a question. Will you give me GO 71 or not?

[Ashley Gjovik (Pro Se)] (44:55 - 44:58)

I plan to give you all relevant documents.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (44:58 - 45:03)

No, no, that's not. Will you give me what's required by GO 71? Yes or no?

[Ashley Gjovik (Pro Se)] (45:04 - 45:06)

As part of discovery...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:07 - 45:08)

No, yes or no.

[Ashley Gjovik (Pro Se)] (45:08 - 45:21)

...or the discovery. So yes, but not of responding to your request specifically way before it was... when discovery was stayed and da, da, da, da, da.

I'm not doing that. But I'm going to give you all relevant discovery documents.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:22 - 45:30)

That's what I want to know. Are you going to give me the documents required by GO 71? Yes or no?

Nothing about discovery requests. Nothing about anything else.

[Ashley Gjovik (Pro Se)] (45:30 - 45:34)

I'm just saying, are you going to get the documents as noted in General Order 71 period?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:35 - 45:35)

Yes, I'm...

[Ashley Gjovik (Pro Se)] (45:35 - 45:37)

Yes, you're going to get those.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:37 - 45:38)

Will you do that by April 24?

[Ashley Gjovik (Pro Se)] (45:40 - 45:46)

If you want a deadline associated with it, you need to give me a request for production under federal rules or civil procedure.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:46 - 45:49)

We're talking about two different things. GO 71 and request for production.

[Ashley Gjovik (Pro Se)] (45:50 - 45:54)

I know we separated it for our prior thing, but I'm saying...

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (45:54 - 46:03)

It's separated under the rules. GO 71 and Rule 26 and the discovery rules, FRCP discovery rules. So I'm focusing now just on GO 71.

[Ashley Gjovik (Pro Se)] (46:04 - 46:15)

That is not a requirement. So I'm going to say, here's just a broad thing. Anytime Apple in discovery wants to create requirements that I don't think are actually requirements, I'm going to say, we're going to bring that to a judge.

And this can be the first one.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (46:15 - 46:19)

So will not respond to GO 71. Is that fair?

[Ashley Gjovik (Pro Se)] (46:21 - 46:23)

I just said I would.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (46:23 - 46:25)

Oh, you will respond.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (46:25 - 46:40)

I will provide all relevant documents as described in General Order 71 as part of the process and discovery. If you think you need them in 30 days, I'm saying you need to send me a formal request for production to attach a timeline to that.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (46:40 - 47:09)

All right, so let's keep this separate. GO 71, all communications concerning the factual allegations or claims at issue in this lawsuit between plaintiff and defendant. That's what GO 71 requires.

Regardless of document requests, you have to give us that. And the question is, will you give us that? Because that's what GO 71 is telling you.

So I just need to know yes or no. Wrote I wrote no, and now you're saying yes. The answer is yes.

So is it no or yes?

[Ashley Gjovik (Pro Se)] (47:11 - 48:18)

I hate this. So I think we need to figure out just like what we're saying is discovery started or not before we can have any other conversations about that discovery. We need to say whether General Order 71 was actually applied, active, and I do owe things under it.

Because if I don't, we just need to follow the normal procedures under federal rules of civil procedure. So I'm not going to say yes or no to stuff until we have an answer whether it even applies or not. Because I can't tell you yes or no if I earnestly think that it does not apply and we're just following the normal discovery process.

And I'm telling you repeatedly, I am more than happy to provide you all relevant documents that are non-privileged, non-competent, whatever, through this process, which includes all, assumably all those documents under General Order 71. So I'm not withholding documents or information. I'm not saying I won't cooperate in discovery.

What Apple is saying is that they want to say that this rule applies and they want to say that I have to do all of that discovery within 30 days. And so if Apple wants to argue that, then let's bring it to Judge Westmore. And I'm not, I don't want you quoting me saying I'm not going to provide documents.

What I'm saying is I don't think that rule applies. So, you know.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (48:18 - 48:26)

We'll not respond to GO71 because doesn't think GO71 applies in this case will only respond to

document requests. Is that fair?

[Ashley Gjovik (Pro Se)] (48:28 - 48:41)

I don't even think it's fair to say I'm not going to respond to General Order 71 because I am telling you, I'm going to give you all those documents. What the difference you're asking is you want me to give you all that stuff within 30 days under the guise of General Order 71.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (48:44 - 48:45)

That's what I want.

[Ashley Gjovik (Pro Se)] (48:45 - 48:52)

And I'm saying I'm not playing that game. I'm going to give you all the relevant documents. I'm going to participate in discovery.

If you think you need something really urgent, send me a request for production.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (48:53 - 49:04)

I just want you to give me the GO71 stuff. This is an employment case. No doubt it's an employment case.

GO71 applies to employment cases. The judge has already said GO71 applies to this case.

[Ashley Gjovik (Pro Se)] (49:04 - 49:09)

Was going to, but then Apple demanded you stay discovery. So again, like Apple's creating all this.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (49:09 - 49:29)

Doesn't matter whether it stayed or not. Now you have to give us the GO71 stuff. Now we've agreed.

There is no more stay on discovery. I don't think GO71 was discovery. I don't think it was ever stayed.

But regardless, now we're agreeing. Discovery is open. You got to give us GO71 or you've got to say, I don't believe GO71 applies and I'm not going to give you GO71.

[Ashley Gjovik (Pro Se)] (49:29 - 49:37)

But this is a straw man because what I'm telling you is I'm going to give you those documents. Okay, so should I change my answer here?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (49:38 - 49:42)

That you are now going to give us the GO71 documents without a document.

[Ashley Gjovik (Pro Se)] (49:42 - 49:52)

Documents described in General Order 71 are documents relevant for this case and you will be getting them through the discovery process. If you would like them urgently, I'm saying you need to send me a request for production.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (49:52 - 49:59)

All right. I don't need them urgently. I just need you to give me the GO71 documents by April 24th.

Yes or no.

[Ashley Gjovik (Pro Se)] (49:59 - 50:05)

That's urgently. That's not the full like year of discovery. So you can send me if you, and you want to justify.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (50:05 - 50:13)

I'm not going to send you a document request on GO71. You either say you're going to give it or and right now you've said, no, I'm not going to give it to you.

[Ashley Gjovik (Pro Se)] (50:13 - 50:28)

Because what I'm telling you is I am not going to give you those documents by April, whatever, unless you give me a request for production. And then I will follow the timeline for that request for production. Otherwise I'm giving you those documents, but I'm not agreeing to the deadline of April, whatever.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (50:35 - 50:44)

So I think I have an answer. I will confirm it back to you in an email. You don't believe that GO71 applies.

You will give us the GO71 documents, but only if we put them in a document request.

[Ashley Gjovik (Pro Se)] (50:46 - 50:55)

If you want them with a 30 day timeline, only if they're in a document request. If you are okay, just following the normal cadence of discovery, you will just get them.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (50:57 - 51:00)

I need a deadline by which I'm going to get the GO71 documents.

[Ashley Gjovik (Pro Se)] (51:01 - 51:02)

Then request for production.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (51:03 - 51:15)

Got it. So I've got, will not respond because doesn't think GO71 applies to this case. Will only respond to document requests.

Not going to give them to us by April 24th, only if we put them in document requests.

[Ashley Gjovik (Pro Se)] (51:16 - 51:34)

No, I will give you all those documents. Period. I'm not saying I will not give you those documents.

It does take a bunch of time though. And for me to expedite it, I need a request for production. So if you need them expedited, I am requesting a request for production.

Otherwise I'm telling you, you will get all those documents for me through this discovery process starting today.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (51:39 - 51:45)

Well, I'll try and put all of that in an email to you and you can explain it. And then we can decide if we need to take it to the judge.

[Ashley Gjovik (Pro Se)] (51:47 - 51:50)

You'll be getting the documents. So like, that should make you happy.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (51:51 - 51:55)

I know, but this case is a year old. We don't have anything yet. This was due years, a long time ago.

[Ashley Gjovik (Pro Se)] (51:57 - 52:00)

I've asked you repeatedly if there's anything you urgently need and you let me know.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (52:00 - 52:14)

No, I know. We need what we asked for in the document requests. That's what we need.

We need what's, GO71 requires. That's what we need. And it's nothing to do with urgent.

They're long past due. And we just need you to get us those documents.

[Ashley Gjovik (Pro Se)] (52:16 - 52:44)

Turboscribe AI Transcription

I will work on them as much as I can. I will say though, I am skeptical of that position because Apple's defense is basically, we fired her for this thing completely separate from everything else. Therefore, none of these documents would assumably be relevant, but I am happily gonna provide you all these documents.

Okay, so initial disclosures. I've objected that. I don't think Apple gave me my 26 F disclosures.

Is Apple holding a line at their disclosures? That's their final initial disclosures?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (52:45 - 52:46)

Yeah, what's wrong with them?

[Ashley Gjovik (Pro Se)] (52:48 - 52:53)

It lists like five people who aren't even my bosses. It didn't list the key witnesses.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (52:53 - 53:06)

Those are the, we think of the witnesses. So initial disclosures is, we think these people are the witnesses. Generally, unless you update them, those are the only witnesses you can call at trial.

So we have an obligation.

[Ashley Gjovik (Pro Se)] (53:08 - 53:19)

They're so bad. There's an ongoing joke, but they're like, we better never get deposed. They're funny.

Okay, so if that's your final set, I wanna make sure that we're formalizing that, that you guys are saying that.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (53:19 - 53:32)

Well, it's final for now. And then if we update all through the case, you can update your initial disclosures. But those are the people that at this time, at the time we sent them, we believed were the witnesses in this case.

If we think there are more, we'll update it.

[Ashley Gjovik (Pro Se)] (53:33 - 53:47)

Am I gonna get any additional information now that there's, we're gonna have a confidential order of the decision-making process of terminating me? You gave me a few other names. But it's still a mystery of how all that played out.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (53:47 - 54:01)

But once we have the protective order, you will get any documents we were withholding because there wasn't a protective order. Then you will say, if you decide we've given you enough and you look at that and you look at the privilege log and that should give you what we need.

[Ashley Gjovik (Pro Se)] (54:02 - 54:05)

So you are gonna give me more about the termination?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (54:06 - 54:15)

If we withheld them based on not having a protective order, we will give them to you. If we withheld them based on attorney-client privilege, we will not give them to you.

[Ashley Gjovik (Pro Se)] (54:15 - 54:29)

So I'm asking that right now because if it's attorney-client privilege, we can put that in our letter. If it's, you're saying, if it ends up not being listed as attorney-client privilege and I think we have to have another meeting before I can send the letter about the, hey, this is.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (54:36 - 54:46)

So I repeat, if once we get the protective order, we will produce any additional documents. If there's anything that's privileged, we'll put it on the privilege log and then we can meet and confer on the privilege log.

[Ashley Gjovik (Pro Se)] (54:48 - 54:51)

Can we create a discovery plan, please?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (54:51 - 55:27)

Yes, I have a discovery plan. So we can find this. All right.

So I'm not sure what you think about a discovery plan is, but we want to take your deposition. We would like to pick a date in May that we can do that. And, but that assumes you get the documents by April 25th.

So are you ready for your deposition in May?

[Ashley Gjovik (Pro Se)] (55:28 - 55:31)

Well, I think the question is, when are you ready to take a deposition?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (55:31 - 55:45)

Again, we're ready in May. We'll be, if you get, if we get the documents by April 25th, we would be ready in May. So let's schedule the deposition for May and then we can always take it off if

we don't have the documents.

[Ashley Gjovik (Pro Se)] (55:46 - 55:53)

Okay. Because when I respond, so wait, are you saying you are going to send me a request for production today?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (55:54 - 56:09)

Uh, if I need to, I mean, if I think there's more documents I need, or if I decide to reserve the one I already said, I haven't agreed to do that yet because I don't think I need to. But if I decide to do that, then, uh, let's see.

[Ashley Gjovik (Pro Se)] (56:09 - 56:24)

I'm doing stuff I don't think I need to either today. So if we can both just compromise a bunch to try to get stuff unstuck, that would be wonderful. Um, so if you want to put it on the calendar for May, you know, I don't know if I'm going to be able to get you all that stuff in 30 days.

Part of it's going to have to be responses.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (56:24 - 56:30)

Yeah, but it's been months. So I mean, it's been almost a year. So hopefully you've got it all in place.

[Ashley Gjovik (Pro Se)] (56:30 - 57:07)

I don't know if you've noticed, but I am pro se and I don't have a team of associates. So I'm going to have to go through individually all this stuff. I only start doing stuff when it becomes something right for me to do, because there's a million things that I have to do myself in addition to living my life.

So I'm going to have to sit down and start taking all this stuff and going through every single little document. I have it all, but as you know, it's going to take a lot of time to actually, unless I can borrow some of your associates. Maybe, maybe two or three.

You know, it's going to take a minute. I can't promise right now that I'm going to, I don't know how long it's going to take.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (57:07 - 57:12)

Well, let's pick a date and then, and then if you can't get us the documents, we can change the date.

[Ashley Gjovik (Pro Se)] (57:13 - 57:19)

And then I have literally no money. I can't even buy groceries. So you need to depose me here.

We need to do it on video.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (57:19 - 57:38)

We just do it by Zoom. So how about 20th, 21st, 22nd, 23rd? That gives us a little more time to get the documents.

28th, 26th, 27th, 28th, 29th, 30th.

[Ashley Gjovik (Pro Se)] (57:38 - 58:00)

I wasn't prepared to schedule something today. So I'll put that in my email notes, which ones, but you said between the 20th and 30th? Yep.

For my depositions, is Apple going to have any objections to me using like audio video reporting instead of a court reporter?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (58:02 - 58:03)

We'll have a court reporter.

[Ashley Gjovik (Pro Se)] (58:03 - 58:18)

I know you will. But if I want to do a deposition with a like video recording and Apple gets a copy of the video and all of that, and then if I end up wanting to use it for court, I would probably have to pay for it, a formal transcription or something. But if that's how I want to do the deposition, is that something you're going to object to?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (58:18 - 58:26)

We'll have it videoed. We'll have it transcribed. I don't know if the court reporter allows you to create your own video.

And I don't know if you created it.

[Ashley Gjovik (Pro Se)] (58:27 - 58:29)

Oh, I'm talking about me deposing someone like Dan West.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (58:30 - 58:41)

Oh, yeah. Yeah, you can do a video. I mean, I don't know.

I think you have to have a certified video or something or other to be able to use a video. I don't remember all the rules, but whatever the rules.

[Ashley Gjovik (Pro Se)] (58:41 - 58:44)

I'm doing this the MacGyver way, but okay, cool.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (58:53 - 58:55)

All right. So what else do you want to talk about on the discovery plan?

[Ashley Gjovik (Pro Se)] (58:57 - 59:20)

I was hoping we could like outline the scope, but it sounds like we're probably just going to have to go issue by issue like we are. We've made a ton of progress in this meeting today compared to emails. So we can do it that way.

You're going to send the privilege log. I do think it would be helpful to have an overall discovery plan and schedule.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (59:21 - 59:32)

Just tell me what you're thinking. I think it's a little premature to do a cutoff on discovery and those things, but you tell me what you want to do and I'm happy to talk about it.

[Ashley Gjovik (Pro Se)] (59:34 - 1:00:50)

You're saying you'd be premature to have a cutoff, but then you want all the documents in 30 days. This is where I'm like, what's this timeline we're looking at? Yeah.

So I don't know, maybe now that we've made, we've made a lot of progress today. So maybe we go back and think, I'm going to think more about what it could look like, what it should look like. I didn't even know if we would be able to start discovery today.

So I'm really happy you agreed to that. Thank you. Let's see.

So it looks like outstanding. The only thing I said that I was ready to like challenge today then would be that one thing about the verge, which that's, I'm not ready to just challenge that individually. So I will wait to see what you said this week and get back to you if I have questions or objections about that.

I am saying I'm not going to send further responses to the stuff you sent me out when I believe discovery was stayed and I found the case law that supports that because that's just making the other side do busy work. Apparently that's a thing you guys do. So I don't have to do that.

I was right. But whatever you sent me today, happy to respond.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:00:50 - 1:00:52)

You say you were right. I'm not agreeing you were right.

[Ashley Gjovik (Pro Se)] (1:00:53 - 1:00:53)

I know.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:00:53 - 1:00:55)

Don't try to trick me into agreeing.

[Ashley Gjovik (Pro Se)] (1:00:56 - 1:01:03)

I'm just, I have to talk to myself as I'm talking. Um, so, but whatever you sent me starting today, happy to respond.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:01:03 - 1:01:09)

What am I, what did you want me to send you? I wouldn't think I was sending you anything today unless I decide to resolve the discovery.

[Ashley Gjovik (Pro Se)] (1:01:10 - 1:01:11)

Whatever you want to send me.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:01:11 - 1:01:37)

Otherwise, and I'm starting it. But I'm not agreeing to that. I'm just telling you.

I can choose to do that if I want. And if I choose not to do that, then I will say that you need to respond to the ones we've already said. You said you refuse to do that.

And then the magistrate can decide whether you, uh, do that. But it's a silly thing to bring to the magistrate because- Agreed. Right.

So just answer them. But if you want me to- No, you've got me stuffed today.

[Ashley Gjovik (Pro Se)] (1:01:37 - 1:02:21)

Otherwise I'm, the case was on my side. You know, I looked it up. Case was on my side.

So I'm not going to do something that I think is not right. And the case law supports me not having to do it. I'd much rather focus my time.

I'm getting you these documents now, uh, through a normal way and starting discovery. So regardless if you send me anything or not, we're starting today. So I'm sure I have documents.

I'm sure I have documents. We did agree discovery starts today, right? Though we're going to hold that- Hold discovery.

Hold discovery starts today. So I'm sure I have, I can send a good faith bunch of them to you by

end of the week. I'm sure, uh, uh, you know, I've sent you a few things.

There was a December 23 one when I sent you stuff. I didn't have to. Send me discovery requests.

The one to show you- Emails don't count.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:02:22 - 1:02:24)

Don't send me emails. Send me a discovery request.

[Ashley Gjovik (Pro Se)] (1:02:24 - 1:02:31)

I'll send you, um, since you're targeting to send stuff this week, I will also target to send a first batch of stuff. Good faith this week.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:02:31 - 1:02:37)

I'm not targeting to send anything this week. Just, just to be clear, I may choose to resubmit discovery requests.

[Ashley Gjovik (Pro Se)] (1:02:38 - 1:02:39)

You can use a document production and privilege log.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:02:39 - 1:02:45)

Oh yeah. Yeah. To complete the document production and get you the privilege log.

I agreed to do that this week. I was talking about discovery requests.

[Ashley Gjovik (Pro Se)] (1:02:46 - 1:03:36)

I know. So, and then I will send you an Ashley Good Faith production of something this week to get it started. Whether or not you send me anything else, you don't have to say anything.

And I will just, I will be sending you some documents this week. Um, if you send me requests for production or admissions or interrogatories or whatever, I will happily respond within federal as a civil procedure following those. But otherwise I will just be proactively sending you the stuff that I feel I am obligated to send you through.

Captain! Leave it! Captain!

Quiet! It's a very good guard trail walk. Okay.

So there's that. So I, at this point, we'll wait to see what I hear and get from Apple. Um, I don't have anything urgently to bring to the magistrate now since we've made so much progress today.

Thank you.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:03:46 - 1:04:39)

All right. Well, we will. So the only thing that's pending, so we're going to tell the magistrate that we agreed to the model protective order and then she can enter that.

And then we're going to decide whether to reserve the prior set of discovery or whether to take to the magistrate the issue whether you should have responded to it before. Okay. And otherwise we don't have any.

And then we're going to serve the privilege load this week and the remaining production this week. And we're going to look at, you're going to give me a date to your deposition between the 20th and 30th of May. We've gone through the discovery requests.

I'm going to decide if we're going to supplement our answers to some of the requests. Okay. And I think that's it.

[Ashley Gjovik (Pro Se)] (1:04:40 - 1:04:41)

That was a ton of progress.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:04:41 - 1:04:52)

Thank you so much. And then GOES-71, you're still not going to, you're not going to respond to GOES-71 because you didn't think it applies. But if we put the GOES-71 documents in a document request, you would respond.

[Ashley Gjovik (Pro Se)] (1:04:53 - 1:04:55)

A normal like request for production?

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:04:55 - 1:04:56)

Yes.

[Ashley Gjovik (Pro Se)] (1:04:56 - 1:05:34)

Today, that you sent today. Then yes, I would. I have to say I'm learning a ton from you guys to all the stuff I have to jump through with you guys.

It's a very experiential testing, learning experience. It's like a really terrible externship. So thank you for working through this.

We both made some compromises on here. We'll both think about some more stuff and follow up. It's on Apple, whether you want to bring stuff to the magistrate judge or not now.

My stuff right now, I'll just wait to see what you send this week.

Turboscribe AI Transcription

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:05:35 - 1:05:36)

Sounds good.

[Ashley Gjovik (Pro Se)] (1:05:37 - 1:05:38)

Sounds great. Thank you, Melinda.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:05:38 - 1:05:40)

Now I got to figure out how to get this recording.

[Ashley Gjovik (Pro Se)] (1:05:41 - 1:05:43)

I think when you end it, it just automatically ends it.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:05:44 - 1:05:46)

Okay. Yeah, but do I get a copy of it?

[Ashley Gjovik (Pro Se)] (1:05:47 - 1:05:48)

Oh, you're probably going to talk to your tech people.

[Melinda (Partner at Orrick, Herrington & Sutcliffe)] (1:05:49 - 1:05:52)

You receive an email notification when the cloud recording is ready.

EXHIBIT F: 5/2/25 MEET AND CONFER TRANSCRIPT

## Gjovik v Apple 2025-05-02 Meet and Confer Recording

[Ashley Gjovik (Pro Se)] (0:03 - 0:11)

Beautiful. And I know we've had some conflicts about having witnesses, but I did bring a witness today.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (0:12 - 0:31)

I see that. What's your witness? You have to disclose the name of your witness for the record.

I know. Will you allow this one time, this exception? One time exception.

State the name of your witness for the record. This is Captain Jake Ballard. Hello, Captain.

How are you today? Mama being a good girl?

[Ashley Gjovik (Pro Se)] (0:32 - 0:39)

Taking you for lots of walks? All through the night, and he's like, I really don't like this. I want to play fetch.

I want to go outside. And I'm like, hold on, I know.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (0:40 - 0:57)

All right. Well, we have to take care of our pets. I have a Boston Terrier myself.

You have two dogs or one dog? Just one, a Boston Terrier. My name is Bella, and she's beautiful.

Bella? Yes, Bella the Beautiful. That's pretty.

[Ashley Gjovik (Pro Se)] (0:58 - 1:18)

Dogs are the best. I thought it would be more straightforward. The last thing I said was just the questions to ask, and then we can just go through them, even if it's something that maybe we think we've kind of talked about prior.

At least just get a solid yes, no to help us move forward on next steps.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:19 - 2:00)

All right. Well, I just got your email. I haven't had much time to study it.

I haven't eaten yet today, so I can take a bite if you want to skim so I can eat something today. No, please eat. Absolutely eat.

Very important. I skimmed it. I just don't have answers to all your questions, but I thought we

should start with a protective order because that seems to be the most urgent.

I'm a little surprised because I have both in writing from you and orally during our last meet and confer that you were fine with the model protective order, and that's why we were going to submit it. But then it sounds like, and I just asked for your permission to send it in, and then it doesn't sound like you're fine with it anymore.

[Ashley Gjovik (Pro Se)] (2:01 - 2:34)

That's a very small window of occurrences, disregarding everything that happened for years prior and everything that's happened in the weeks since. As you know, you found the most favorable view of your current argument, and I was open to potentially just acquiescing on it prior to all the most recent threats and aggression. But even then when I said, should we do it, you guys didn't respond.

We actually expired that window after our last meet and confer, because you guys wouldn't respond whether you wanted it or not. You wanted to add something about clawbacks for privilege, and then just didn't respond at all. So I don't think you can put this on me.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (2:35 - 3:00)

Well, it said in writing and orally that you were fine with it, so I have to get your permission to send it to the judge because you had said you were fine with it, that's what I had asked for. But whatever. We want the memorial protective order.

You want us to take—and you don't want it. I guess you now want us to take it to the magistrate with a three-page document.

[Ashley Gjovik (Pro Se)] (3:00 - 4:55)

I would prefer that we don't have to escalate it at all. I feel like there's some very basic fundamental things that we still have not talked through that might even eliminate the need for such a drastic remedy like a protective order. Like, for instance, Apple's still not disclosed to me if they're holding back any docs under that order, if so, what they are, what the justification is of that privilege.

You know, that's—if there's not even—I think at one point you said you were done producing, so if that's true, there's no documents, why do you need the order? If you are holding back stuff, what exactly is the justification? And this goes—this is extremely critical now.

Again, that acquiescence was prior to Apple's national settlement with the NLRB over their confidentiality policies and then immediately violating it multiple times to me, at least. So, like, there's a lot, you know, we can't just package up one statement in isolation when you wore me down after three years. There's a lot of concerns, but again, like, I don't even know if we need this order.

It's my position why I'm so—why I get so confused why Apple is pushing so hard on something so blunt and broad and severe when we haven't even talked about could we use redactions? Like, if I know what kind of documents you're saying you don't want to release, which you won't tell me, but if you were to tell me, here's an example of what that would look like, we could talk through it potentially of, like, well, I don't need those code names. You can react those code names unless I need to come back later and ask for more, but we can do it later if we have to do that.

Like, that seems simple. The very beginning, I even—because I know Apple, I worked in Apple legal, I know how they are, so I volunteer. I could come to an Oracle office and just look at the stuff in your office of the most contentious stuff and then ask specifically, like, that is so—me offering something that is, like, supposed to be my right to get this stuff to begin with.

So I've been, like, trying to find ways to compromise. They'll give Apple some of the stuff it wants, but I can still get access to the information I need and try to figure out the case strategy and understand what Apple's case strategy is.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (4:57 - 5:53)

Okay, so first of all, yes, we are withholding documents pursuant to the lack of a protective order. We've produced the documents that were not subject, that are not confidential, that we don't think need to be produced pursuant to protective order. So it's not correct that we've agreed we produced all documents.

We've only agreed to be produced all documents other than those that we intend to produce under a protective order. Secondly, protective order is standard in all cases. I have never had a case where we didn't have one.

Third, you wanted an example. For example, one of the documents that we intend to use in this case is the consent form that you signed for the Gobbler application. You don't believe that the one that we have is the right one.

I need to show you the entire document so that you can agree that that is the document that you signed. And so a reduction doesn't help because— I signed.

[Ashley Gjovik (Pro Se)] (5:53 - 5:58)

You won't give me a copy of a contract I signed without a confidentiality order about the contract.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (5:59 - 6:05)

I will not give you a copy of the consent order, the consent agreement that you signed without a confidentiality agreement.

[Ashley Gjovik (Pro Se)] (6:05 - 6:43)

Turboscribe AI Transcription

That's just one example of many— That's exactly why you won't tell me this stuff and why I want to know it. Because I'm like, yes, we will contest that to a judge because that's also like the nexus of the case. If you can't say some weird contract that probably has a bunch of illegal terms that I was coerced into signing with armed guards in a parking lot on a 100-degree day is somehow confidential and I can't even tell people what's in this agreement I signed and you won't give me a copy.

I think that violates contract law, employment law, labor law, probably like Dodd-Frank sock stuff. So each of these are things that I think are ripe issues to bring in front of the court for the purpose of public policy conversations.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (6:43 - 6:46)

And you're absolutely entitled to do that under the protective order.

[Ashley Gjovik (Pro Se)] (6:46 - 6:54)

But doesn't that give you kind of this blank until it is resolved I can be jailed for talking about whatever it is?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (6:55 - 7:02)

I don't know if jailed is the right word, but you would be subject to the protective order. Yes, you could be held in contempt if you violate it.

[Ashley Gjovik (Pro Se)] (7:02 - 7:19)

That's prior restraint. And if I know you're going to do prior restraint on stuff that I believe in my heart of hearts violates public policy and the law, like I would not intentionally enter into that kind of agreement with Apple again. I did that a few times and now we're here sorting that out.

I'm not going to do that again.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (7:19 - 7:39)

So we want a protective order. We want the model protective order. If you don't want to enter into a protective or any protective order or the model one, then feel free to write the beginnings of the three-page letter.

We'll add our three-page letter, the rest of it to the three-page letter and we'll let the judge decide.

[Ashley Gjovik (Pro Se)] (7:39 - 7:44)

So we can do that, but I think we haven't addressed like why would redactions not address your concerns?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (7:44 - 8:12)

Because I need to show you the unredacted document for you to agree that it was the document you signed. That's just one of them. There are other things in there that are confidential and we want to produce them to you.

We think you're entitled to them and we'll give them to you, but we can't have you not agreeing that they remain confidential and that you'll use them pursuant to the protective order. That's all it is. This is really not a big thing.

[Ashley Gjovik (Pro Se)] (8:12 - 9:28)

So I would feel more comfortable, I think. I can't go into stuff just like, I assume Apple's going to do the right thing at this point, as you can imagine. So I just need some proof though.

If you could give me a confidentiality privilege law, which maybe you were even required to give me if you're withholding this stuff, I don't know. But actually detail like you did with the attorney client one of what the documents are. If I see stuff and I'm like, okay, that's in the realm of Apple normalcy.

I'm not going to fight that stuff. Maybe I let it go. But if I see stuff, like I saw with the attorney client privilege law, where I'm like, that's like seven motions coming out of this now.

I need to be able to tell what kind of stuff I need to deal with now, as you know, expert litigator. So I'm going to be really hard on this stuff because some of this stuff is intentionally you guys trying to go in and block me from not only my litigation advocacy, but my public policy advocacy about the cases. And so I see that I'm checking you.

I'm saying no for the joint letter. Yes, I will file a joint letter with you regardless. But I would like to talk more about like the confidentiality log, the narrow protective order, the redactions, also the IPA.

Why does my intellectual property agreement, especially for a contract you say I signed under my employment, if that is actually confidential, why does my IPA not cover that?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (9:28 - 9:39)

Because you'll recall that the whole issue in this case is that you posted documents in violation, what we believe is in violation of your IPA. That's what the case is about.

[Ashley Gjovik (Pro Se)] (9:39 - 9:42)

So if I actually violated it, you could sue me.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (9:44 - 9:45)

No.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (9:45 - 9:55)

A freestanding agreement, right? You can sue me for leaking trade secrets, appropriating trade secrets, breach of contract. You just have to show damages, actual harm, and that what I did was actually a violation.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (9:56 - 10:07)

We are trying to protect our private and confidential information, and we want to produce it to you, and we want to do it through a protective order that is very standard in these types of litigation.

[Ashley Gjovik (Pro Se)] (10:07 - 11:09)

The way it's being interpreted is not standard and is contrary to every single piece of academic and litigation writing and judges writing and everything I've seen is this is the exact opposite of what these orders are supposed to be used for. And so you guys are very cleverly doing this is normal, this is modeled, but we're going to interpret it as. And so that's why I'm really putting my foot down of like, I'm not necessarily against it as a process generally.

I'm sure it works fine for cases, even there's probably employment cases where based on the situation, it might not be abused. But it is right for abuse here. It is already being used for abuse.

I've already had to file multiple charges to the federal government about this. So, you know, again, I would like to detail, like, are redactions sufficient to cover confidential information? And this could be you redacting an entire document as a starting point.

But like, if not, why are redactions not good enough?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (11:10 - 12:20)

We do not believe redactions are sufficient. I've given you one example. I want to show you a full and complete document and have you authenticate that that is a document that you signed.

There are many other documents that contain confidential information that you're entitled to see, that we want to give you, that are about this case, but that are confidential. And we want you to agree to keep them confidential. If you don't want to sign a protective order, that's fine.

You need to tell the judge why not. But I've been practicing law for over 40 years. I've never had this issue come up before with anybody subjected to a model protective order.

I'm not trying to interpret it. I just want it to be signed and entered. Then if you think that we, and then we will give you all the documents.

Turboscribe AI Transcription

The way it works is you sign the protective order, the court enters it, we send you all the documents. Then you say to the judge, or you say to us in a meet and confer, this document should not be marked as confidential. And if we agree, then we'll take it out of the protective order.

If we disagree, then it goes to the judge, and the judge decides if it's within the protective order. That's all written in the protective order. There's a whole process for doing that.

[Ashley Gjovik (Pro Se)] (12:20 - 12:26)

I understand, but it gives you guys a lot more arena to harass me and accuse me of stuff and do all sorts of stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (12:26 - 12:31)

I'm not doing anything. I'm just asking you to sign a protective order, and then we will give you documents.

[Ashley Gjovik (Pro Se)] (12:31 - 13:54)

I'm not signing another contract. Here's the thing. We can do the letter, you can ask.

If the court grants it, I'm pretty sure I will appeal it. Like, I will intervene because I'm not allowing Apple to put any other further restriction on me after everything that's happened the last how many years, and everything in this litigation. It's not fair play.

It's not going to be fair play. There's no reason to think it'd be fair play, and so I'm not allowing that to be put on me. We'll write the letter, but you said one, a document authorization.

That seems like something you could do with a request for admission. With a targeted, limited, little protective order, we could just stipulate to ourselves. If you're like, we want you to authorize this, but we don't want you to share this document, you could appeal that later, but can you just...

And then I'd probably be like, sure, fine, for the sake of authorizing. And if it is that document you mentioned prior, that's not even the document, the ones from 2017. So like, okay, it'd be good to get these conversations going.

I think there's ways to do this in a much more limited, constrained way. If you're saying that kind of agreement in an order where you could later say she lied and then she leaked it is not good enough. We need a protective order.

You're just saying we want a protective order because we want an easier way to get her into court jail. Like, I don't know what that is. And then what are the other examples?

Okay, document odd doesn't make sense with redactions, but then what are the other ones and

why wouldn't they make sense with redactions?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (13:55 - 14:08)

Yeah, I'm not going to go through every document that we believe is subject to the protective order. That's not what it's about. You get the protective order, we send you the documents, you disagree, we meet and confer, we take it to the judge.

That's the process.

[Ashley Gjovik (Pro Se)] (14:08 - 14:23)

Assumedly, if you're withholding documents, as you said, pending a protective order, you have already outlined each of these documents and why they are confidential and why they require a protective order. I am just asking for at least some summary of that information you would assumably already have on hand.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (14:24 - 14:25)

That's not the way it works.

[Ashley Gjovik (Pro Se)] (14:26 - 15:02)

It sounds like most of the time lawyers acquiesce to you guys and I understand why. I'm understanding so much about the economics of litigation that they can't make any money if they fight you on even 95% of the stuff you guys bring up. But you know, I'm in a different situation, so I'm going full public policy on all of this.

I'm broke anyway, my life's over anyways, so let's do this the right way. You're saying, and I want to say for these, you're saying point blank redactions aren't good enough, point blank the IPA doesn't cover stuff, won't cover this stuff, whatever is in this stuff you're currently holding back is not protected by the intellectual property agreement, is what you're saying?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (15:03 - 15:17)

No, that's not what I'm saying. I believe it is protected by that. But in this case, I want a protective order.

In addition to your IPA, in part because you already violated the IPA, but also that that's the way we handle it in litigation.

[Ashley Gjovik (Pro Se)] (15:18 - 15:48)

I don't want no tradition or consensus or status quo stuff, first principles of litigation. You're saying, okay, you're saying I breached my IPA according to you guys, and you're saying that's why you're fired and you sent emails about that. You have taken no action against me related to that.

It's not even a counterclaim, so that's kind of weak. And then also, is there any even like one example of me so far sharing something that you think was confidential that wasn't confidential like in the last like year?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (15:48 - 15:54)

I haven't sent you the confidential documents yet. And I have no idea who you shared documents with, sorry.

[Ashley Gjovik (Pro Se)] (15:55 - 17:50)

Held back all sorts of stuff that I have that I've been tweeting unredacted and sharing stuff and sharing with the press. So like we're clearly, and so what I'm saying, we're clearly not meeting, I understand why you want that, but what I'm gonna make clear in my side of this joint letter is this is Apple unilaterally trying to shut me up publicly. It's trying to get the court to do a prior restraint on me again with threat of incarceration if I was to violate it again for talking about my activism and public policy and these cases, and that's not cool.

And I don't know if you saw, but yesterday, this exact same courthouse referred Apple to, referred Apple's case to the USDOJ for a criminal investigation for obstruction of justice. So like, I don't think the mood in the courthouse is gonna be as chilled as you're maybe hoping it is normally. Like I think the situation raises, again, like I'm not just outright saying no, I'm like, let's talk about redactions.

Let's talk about the IPA. Let's talk about showing the documents you're withholding. Like if the documents you're saying you're withholding is like five things and it's things I don't even need, then why would I have that agreement put on me and enter all that stuff and go through all that drama if I don't even need that stuff?

You're giving me no information about what you're even holding back other than that one example, which sounds like was a fraudulent statement to the DOL about a document that wasn't actually the agreement that was signed. Like that's the one example. So I'm hoping we can like simplify and just talk about like what documents are being held back?

Are there other ways to get them forward? And if some type of protective order is needed, what are the specific like business requirements that you think that protective order is a solution for? And are there other solutions we could design for whatever your business requirements are that are not such a huge ultimate, like the ultimate major response to that type of situation that's zero to 60?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (17:51 - 18:06)

Okay, we want the protective order. It is the model. We will, once it's entered, we'll give you the documents.

Turboscribe AI Transcription

If you disagree, we will submit a three-page brief to the judge. We'll write our page and a half. You write your page and a half and the judge will make a decision.

[Ashley Gjovik (Pro Se)] (18:08 - 18:18)

So you're refusing outright to talk any further about redactions or IPA coverage or any type of non-protective order type agreements to protect information.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (18:19 - 18:40)

Right, I believe that that is not sufficient. The IPA is not sufficient and redactions are not sufficient to deal with the issues that we have. We would give you too many redactions if we redacted out all the confidential stuff and that's not the purpose.

The purpose is for you to see the documents, not to see big black pages of documents because- What about when I said the in-camera review thing?

[Ashley Gjovik (Pro Se)] (18:40 - 18:56)

Like I go to an ORC office and you just show me whatever 20 documents. I want to show them to you in your deposition and that would become- In a deposition without me signing a confidentiality order, which would then also make the deposition confidential?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (18:57 - 18:57)

Correct.

[Ashley Gjovik (Pro Se)] (18:57 - 19:09)

If a reporter- Oh Melinda, you guys are so good at this. Like this is so exhausting and frustrating because you guys are like, wrote the playbook on every single part of this. Absolutely not.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (19:09 - 19:57)

Okay, so it is typical in cases that we handle that there are documents that are subject to a protective order and testimony that's subject to the protective order and if there are documents and testimony that's subject to protective order, we mark those documents and that testimony as subject to the protective order. The protective order deals with all of this. So that is the way it's handled.

If there is confidential stuff in the deposition or exhibits, then they are marked as confidential under the protective order. The rest of the deposition is not. The rest of the deposition that's not confidential is not subject to protective order.

I'm just talking about me in this case.

[Ashley Gjovik (Pro Se)] (19:57 - 20:09)

No, I spend a lot of time reflecting just on workers and like the power dynamics of all of this. I digress. Okay, so you're also saying then if no protective order is granted, that you're going to cancel the deposition?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (20:11 - 20:17)

If there is no protective order at all, I haven't even contemplated them. But no, I will.

[Ashley Gjovik (Pro Se)] (20:17 - 20:31)

You are planning that some portion of the content of the deposition you want to include documents that you think are under the protective order. And so if you would not get that protective order, that content would at least not be part of the planned deposition.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (20:31 - 20:53)

Correct. We would take that issue up with the court and figure out a way for us to use documents that we need in this case. But I can't believe a court will not enter the model protective order.

So I have not thought about what might happen if the court doesn't. But if it doesn't, then we'll deal with it at that time. That's what we deal in litigation.

[Ashley Gjovik (Pro Se)] (20:54 - 21:07)

Yeah. Okay, so for those specific documents of the deposition, is there any other way that you are willing to deal with them confidentiality-wise other than a blanket protective order?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (21:08 - 21:10)

I hadn't. No, I don't think so.

[Ashley Gjovik (Pro Se)] (21:11 - 21:13)

Can I get a yes or no?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (21:13 - 21:33)

Yeah, no. No, I do not think so. I think that a protective order is needed in this case, and I think we should use the model protective order of the court.

And I cannot think of any other way to produce documents to you that we consider confidential other than through a protective order.

[Ashley Gjovik (Pro Se)] (21:34 - 21:47)

I understand your position. Okay, so you're saying no for those documents. Are you going to tell me, I asked for a list of which documents you're withholding until you get a confidentiality order, and you are saying no, you will not give me a list of documents?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (21:48 - 21:57)

That is correct. I will not give you in advance a list of the documents that we intend to withhold pursuant to the protective order.

[Ashley Gjovik (Pro Se)] (21:59 - 22:07)

Okay. And that's not by document name, not even by groups of documents, not even general information of how many documents as of now?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (22:09 - 22:10)

Would that make a difference?

[Ashley Gjovik (Pro Se)] (22:10 - 22:10)

Yes.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (22:11 - 22:15)

Okay. So would you agree to the protective order if I told you the number of documents?

[Ashley Gjovik (Pro Se)] (22:17 - 22:33)

I would incorporate it into my consideration of your request for a protective order, and it may, depending on the outcome of your answer, cause me to lean towards being more agreeable, or perhaps the opposite, depending on what the outcome of your answer is.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (22:34 - 22:48)

Okay. So if I, what you're asking for is send me the list of the number of documents you're withholding pursuant to the protective order, and then you would consider whether you would enter into the model protective order.

[Ashley Gjovik (Pro Se)] (22:49 - 23:54)

Until we're done meeting and conferring and file our joint letter, I am open to negotiating and talking through it and meeting and conferring. So if you can give me any additional information that I don't currently have, like the number is such a bare minimum thing, like more than that would be great. But if you can appeal to, I'm hyper-logical.

I worked at Apple where everyone's just harassing each other all the time but I got stuff done because I'm logical. So if you can appeal to me with logic of why something makes sense and is

Turboscribe AI Transcription

practical, there's a good chance I might come around to it. But if you just don't tell me any information, like, and I'm kind of have to assume worst case at this point.

So like, convince me. You know, maybe, maybe I will be willing. So if you're like, we're holding back three documents.

That's all we plan to hold back. And then we're done. And the documents are just these agreements we want you to authorize.

I might decide it's a better use of everyone's time to like, maybe acquiesce on that. But if it's going to be this ongoing thing with a bunch of stuff and a bunch of fighting. So I need more data input into my database brain, please.

Okay.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (23:57 - 23:59)

All right. Should we move on to discovery plan?

[Ashley Gjovik (Pro Se)] (24:00 - 24:04)

Yeah. So, okay. So for protective order, we're going to keep me in conferring a bit.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (24:05 - 24:18)

I'm going to decide whether I'm going to tell you the number of documents. And then you will tell me shortly thereafter, because we have got to get this entered. So we can go ahead with the deposition.

[Ashley Gjovik (Pro Se)] (24:19 - 24:37)

I'm going to file a joint letter by the 9th. And if I don't file it, and you file a unilateral, I'm planning on filing it with you. I'm just saying until then, as all of the guides and we're entrusted to say, we should continue to meet and confer and see if we can meet some kind of agreement or see each other side of things to avoid having to file it.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (24:39 - 24:49)

So I will look into whether I can tell you the number of documents and we agree to file the joint letter by the 9th. Do you want to start it or do you want us to start it? Or how do you want to have it?

[Ashley Gjovik (Pro Se)] (24:49 - 25:22)

You can start it. I mentioned some of the stuff I felt, I'm going to have to be just 100% 9th circuit brief until I file it on the 6th. So once I'm out of that on the 6th, then I'm all you for 7th to 9th on these letters.

But I'm so behind on 9th circuit because all this stuff that's been happening the last few weeks in this, in the NLRB case. So, but yes, I will. So if you want to do a first draft, that would probably be helpful.

Discovery plan. We need like an actual written, stipulated discovery plan. It's normal.

There's like drafts of them. I attached some from Westlaw, normal.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (25:22 - 25:37)

I know, but look at the rules in the Northern District. So we have done that already. That's what the joint case management conference statement said.

That is the Northern District version of the discovery plan. It's right there in the joint case.

[Ashley Gjovik (Pro Se)] (25:37 - 25:40)

And it says it twice, even after those, that we still need a plan.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (25:41 - 26:18)

So we have complied with the 9th circuit rule, with the Northern District rules on discovery plan, we believe, by including that information in our joint case management conference statement. If you want to prepare, and this is exactly what we discussed last time. If you want to prepare something else, by all means, prepare it.

I think we've complied with our obligations under rule 26. And so if you think not, then send me what you're looking for. Send me a document that you want us to sign, because I think we did all that in our joint case management conference statement.

[Ashley Gjovik (Pro Se)] (26:19 - 26:54)

OK, I sent a bunch of examples in this latest bit. If you want me to draft one of a formal stipulated to Judge Chen with the stuff that we can just talk about the dates, we can do that. I also included a stipulated, I want to ask him for our next upcoming hearing to issue a scheduling order.

We don't have a hearing date still. He was supposed to do that a year ago and then forgot. So I want to see if you're willing to stipulate to a schedule.

I can incorporate that draft. I emailed into this draft I'm sending for the discovery plan. So it can be a stipulated discovery plan and hearing schedule and ask him if he can officiate some of that.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (26:54 - 27:00)

Sure, I'm always happy to that. I'm not sure when he's setting trial dates. I'm not sure.

[Ashley Gjovik (Pro Se)] (27:00 - 27:02)

We have someone coming up in June.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (27:02 - 27:10)

Yeah, so that's usually, we have a case management conference and the judge does all of that at the case management conference. So I don't know that we need anything before that, but.

[Ashley Gjovik (Pro Se)] (27:10 - 27:12)

We didn't schedule one this time. So I thought it would be good.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (27:12 - 27:33)

No, I know, but I, because we didn't have the pleadings. Now the pleadings are done. We can now move forward to scheduling the trial date.

So that usually would come up at the case management conference. I can't remember if we have to submit another joint case management conference statement beforehand, but if we do, we will. And then he will set the trial dates and all the other dates at the conference.

[Ashley Gjovik (Pro Se)] (27:33 - 27:46)

How about this? So we have that upcoming one. We can joint motion to, hey, we want to do a case management check in also with this, please.

We skipped it over last time. And in that we can include our stipulated schedule order and stuff and discovery.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (27:46 - 28:01)

That's all is, that's in the joint case management conference statement. That's what I'm saying. You're calling it something different than the way that we call it and the Northern District calls it.

So let's see. Is that on the 12th?

[Ashley Gjovik (Pro Se)] (28:02 - 28:23)

I believe they moved it to June 12th. Yeah. So by the 9th, I can have the draft ish for you on that 9th.

When we're finishing all of our stuff, if that looks good, I can just, we'll send it to him and just say an admin request to add case management update to the hearing and discuss proposed stipulated schedule.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (28:24 - 28:27)

Turboscribe AI Transcription

OK, well, why don't we do a joint case management conference statement then?

[Ashley Gjovik (Pro Se)] (28:29 - 28:32)

We can do that. I still want to attach an actual plan, though, discovery plan.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (28:32 - 28:34)

But yeah, like the ones I got from last time.

[Ashley Gjovik (Pro Se)] (28:34 - 28:35)

That's the last lot that I attach.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (28:36 - 28:46)

Right. You're welcome to send that. I've never done it before in the Northern District.

It's not the way we do it, but there's no reason that I can't look at it if you want to send me one.

[Ashley Gjovik (Pro Se)] (28:47 - 29:12)

Thank you. OK, I will. And then we can plan on doing a proactive joint case management statement for the June 12th-ish hearing.

That sounds great. Is Apple planning at all to update their initial disclosures or voluntarily update their answer based on all the information in that privilege log that shows people that were not disclosed?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (29:13 - 29:56)

OK, so there's a number of things in there. Let's talk about the answer. We believe the answer is adequate.

That, I believe, is the motion on the 12th. Is that correct? Yes.

So the judge will decide on the 12th if the answer is adequate or not. If he thinks it's adequate, we don't need to amend it. If he thinks it's inadequate, we'll amend it.

OK, so that was one of them. The other thing is on the initial disclosures. We believe the initial disclosures are adequate.

We supplemented them, I think, once. Each of us can always supplement them as the case goes on, but right now we don't feel a need to supplement.

[Ashley Gjovik (Pro Se)] (29:57 - 30:32)

OK, so if I'm telling you, I'm going to complain again that I still don't know exactly what the

process was leading to me getting fired, who initiated what decision, who was behind it, the privilege log just opened even more questions and doors. So is there any willingness at all to revise the initial disclosures for my request for witnesses involved in the retaliation, termination, pretext, all that stuff, with, like, slightly more information of the date ranges involved, or the ways they were involved, so I can actually figure out who to send my deposition and interrogatories to.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (30:32 - 31:03)

So the initial disclosures, which we gave, is the name and address of every witness likely to have discoverable information that they may use to support the claims or defenses, identifying the subjects of the information. So that's what we did. But there's a bunch of people that were never on that list that are on the privilege log on critical emails about- These are the people that we believe are the people who have discoverable information that we're disclosing.

If you want to put more names on your list, you're welcome to do that.

[Ashley Gjovik (Pro Se)] (31:03 - 31:21)

But this is our list, and this is what we think- When you're saying discoverable, let's hone in on this, you're saying, there's probably other people, but anyone else that was involved, we are claiming privilege. And so we are not going to have discoverable documents from those people even if they clearly were on emails about this, because we're claiming privilege.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (31:21 - 31:38)

Well, it's discoverable information that we may use to support our claims or defenses. So the disclosure under 26A1A is who has discoverable information that we believe we may use to support our claims or defenses.

[Ashley Gjovik (Pro Se)] (31:38 - 32:26)

For your defense only, okay. So then when I do a request for production and say, hey, I want all this, and then you guys said, no, but- And then now you have all the privilege of saying we're not going to tell you anything about this. I'm still- So this is a novel situation.

It's probably not that novel for like your guys' cases because you're like, this is like litigation, like class 501. Like you guys are doing such wild, complicated stuff. But like, I need to know what happened for like all prima facie elements of my case.

You guys are making it very, very difficult for me to get to that information. So my request for production that was denied, that goes to one of my letters that I want to send asking, hey, like this privilege log, one, oh, do you want to talk? Can we talk about the privilege log?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (32:26 - 32:29)

The privilege log, yes. So I'm happy to talk about the privilege log.

[Ashley Gjovik (Pro Se)] (32:30 - 32:43)

If there's no like attorney involved and your guys' answer and all your defenses previously said that there was no, like Apple was doing just everything normal and I was in trouble and there was no threat of litigation until like August, but you guys are claiming privilege back to like March.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (32:44 - 33:01)

Right, so there's a slight misconception on your part, I think. One is you thought the privilege log only related to termination and that's inaccurate. Apple is entitled to get legal advice on issues unrelated to the termination and did so.

[Ashley Gjovik (Pro Se)] (33:01 - 33:02)

Or retaliation.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (33:03 - 33:23)

My case is a retaliation. No, not retaliation. Anything that it wanted to get legal advice on, it can get legal advice on.

And I believe you were making, there were some things that came up from as early as March that you were involved in that Apple sought legal advice on. Unrelated to the termination.

[Ashley Gjovik (Pro Se)] (33:23 - 33:25)

Because expecting litigation.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (33:25 - 34:11)

Well, that's what product, but attorney client is different. Attorney client is, did the client talk to an attorney about an issue? Also, there's not, it doesn't have to be, the attorney doesn't have to be on the email.

For example, if I go to a client and I say, please go and investigate this issue so that I can give you legal advice, the person I speak to can then go out and investigate it and can talk to other people and then comes back to me and says, this is what I learned when you asked me to investigate it and then I can give legal advice. So it doesn't have to be that the attorney is on all the communications as long as the person who was doing the work was acting under the direction of counsel.

[Ashley Gjovik (Pro Se)] (34:11 - 34:32)

I'm sending you an order again. This is from also our courthouse. This one was from December,

Turboscribe AI Transcription

also in the Epic Games, which is not- Okay, I'm not involved in Epic Games.

They complain that Apple can't just vaguely assert attorney client privilege on everything. Like it's a fog, he says, like a fog that rolls into the room.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (34:33 - 34:35)

And so I- I know nothing about the Epic Games case.

[Ashley Gjovik (Pro Se)] (34:35 - 35:06)

That's why I encourage you to read that decision, that order I just sent though, that's from our courthouse, which should give a preview of their kind of position on some of this stuff. And so I prefer to not have to challenge you guys with letters and fighting and wasting the court's time. I'd rather if you guys are willing to step back and at least try like maybe a slightly amended version.

We'll do some baby steps of stuff that, you know, you'd expect you probably would lose in an argument in front of a judge about whether it's actually privileged or not. Like maybe we can, we can find some compromise on here without having to actually file a bunch of letters.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (35:07 - 35:37)

Okay, we believe that what we put on the privilege log is privileged. If you want us, if you want to pick out something and say, why is this privileged? You didn't explain it clearly enough in your privilege log.

I'm happy to talk to you about that. And I've given you the reasons why things can be privileged even before many months before your termination. And I've explained why things can be privileged even if there isn't an attorney on an email.

[Ashley Gjovik (Pro Se)] (35:37 - 36:03)

You've explained why Apple views that it is a potentially reasonable argument to make such an argument. But I think it'd be a good, I think, you know, exactly the stuff we're going to be hashing out for the next couple of years. So I think getting a response on each of these clearly of your position, that sounds like a ton of work.

I'm sorry, but you know, otherwise, I don't know how else we move forward other than just making the judge happy to pick it all apart. So if I can get more information from you, I can file some.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (36:03 - 36:42)

I've given you the privilege log gives you the information on each document. I have answered your questions. Generic generally on why there might be privileged documents from before the

termination from months before and why there might be privileged documents, even if there's not an attorney on it.

If you have specific concerns that you want to raise, I'm happy to look at that particular document and explain further if you want further information, why it is privileged. But I would have thought that you could look at the very detailed description we gave for the on the privilege log, that explains why it's privileged.

[Ashley Gjovik (Pro Se)] (36:42 - 37:55)

I turned into a database. I have like a million follow up questions about all of it. So much stuff.

But like, let's let's ease in. This sounds like a reasonable first step of dealing with this situation. So I will go through and pick my top.

Like, can you tell me more about this one specifically and explain why I have questions? And then if you can respond and provide more info, that's that's a very good next step. I still am kind of concerned, though, about like, you know, taking time bomb of I need to schedule my depots and our auditories and stuff.

So like, I need some help from you guys. And so there's like, we've kind of lost mechanisms. You've done a very good job of that.

I don't have a clear mechanism to get this information. But instead of having to file a bunch of stuff, trying to find creative ways to get it, is there anything you guys can just like direct me towards like who the key people were? And then also, like, if I send if I would want to depose Deborah Rubinstein a thousand percent, because I told her about getting sick by the FAB back in like 2020.

And then she's on all this stuff following, which is if I was to send her stuff, would you allow her to answer? Or are you going to claim attorney client privilege on anything she would say?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (37:56 - 38:11)

Pretty much anything she would say that I can think of would be privileged. And so you would not be able to take her deposition because there's lots of case law out there that says people can't take depositions of attorneys because they don't have any relevant non-privileged information to give.

[Ashley Gjovik (Pro Se)] (38:13 - 38:48)

I need to look because if I send you a request for a depo and you deny it, and then I lose one of my depos, I'm not going to do it. But I need to get you to like say this directly because I'm going to challenge it because there's also a ton of case law I found that you can't put lawyers on stuff at the beginning for a cover up. And if you're doing a cover up and bring lawyers intentionally trying to do privilege, then all of that's thrown out.

And actually there's great evidence against the defendant. So like, this is something we really we're going to have to hash this one out. She's going to be super key.

The other one I had asked you guys about is like Yannick. I need to depose Yannick. He sent that email.

He doesn't work at Apple anymore. Are you going to make him available or am I going to have to file for a subpoena?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (38:49 - 39:10)

I haven't asked about him because I've never heard from you whose depositions you want to take. So Yannick is one whose deposition you want to take. I will certainly find out from Apple whether they are going to produce him or whether you need to subpoena him.

[Ashley Gjovik (Pro Se)] (39:11 - 39:13)

Same question for Antonio Ligueras, please.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (39:13 - 39:14)

What was that?

[Ashley Gjovik (Pro Se)] (39:14 - 39:16)

Same question for Antonio Ligueras.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (39:17 - 39:17)

Antonio.

[Ashley Gjovik (Pro Se)] (39:18 - 39:24)

He was the head of Corporate Employee Relations. Mr. Suicide Nets. He set up the Suicide Nets in Beijing and then was leading employee relations.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (39:24 - 39:25)

Yeah, but that doesn't have anything to do with this case.

[Ashley Gjovik (Pro Se)] (39:26 - 39:27)

He was, he...

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (39:28 - 39:31)

The Suicide Net in Beijing has nothing to do with this case.

[Ashley Gjovik (Pro Se)] (39:31 - 39:46)

Turboscribe AI Transcription

Oh, no, it is because I complained that he was doing that and we scoffed about it. And then Department of Liberty But that's, that wouldn't be a... for dismissing my case thing.

I was harassing him. So actually, it is part of it. That was brought in.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe) (39:47 - 39:56)

Anyway, so a complaint about setting up a Suicide Net in Beijing would not be a complaint of illegal activity. And I don't believe that's the subject of your lawsuit. I don't believe that's...

[Ashley Gjovik (Pro Se)] (39:56 - 40:34)

Well, you can't say it's not relevant when it's something he and I talked to directly when I was coming to God that I was realizing Apple is not going to do anything to help. And when I talked about it, I was like, you're Mr. Suicide Nets and now you're pretending like you're going to help me. And we had a lovely conversation about how I was very distressed because mostly Apple was lying to me.

And I kept saying if they're going to act like this, like some of these corporations act, they should have just told us instead of misleading us. And he actually said that that marketing makes his job a lot harder. And then if you notice, he kind of dropped off and now he's a student at a university.

It seems like he's also over it. So I'd love to talk to him. Michael Steger, third one.

Michael Steger, no longer at Apple. Do I have to subpoena or is he going to be made available? He was the HS manager at the office.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (40:35 - 40:37)

I'll ask about those three people.

[Ashley Gjovik (Pro Se)] (40:38 - 40:40)

Do you want an email about that specifically the trip or driving?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (40:40 - 40:42)

No, I've made a note.

[Ashley Gjovik (Pro Se)] (40:46 - 40:53)

Is there like checking you can do with the Rubenstein thing to see if they would let me talk to her at all? Or do we kind of know already that she's going to be a no?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (40:54 - 41:02)

I can find out. That's the fourth one you want to take is what you're saying. I can find out if

there's any information that she has that is non-privileged.

[Ashley Gjovik (Pro Se)] (41:03 - 41:41)

And specifically, I'm going to want to talk to her and get her, and maybe this is just interrogatory instead of depo, but that I did talk to her in 2020 and I told her about what happened and talk to her about the Apple office being on a Superfund site. Like we had a conversation in November of 2020 that I don't think she can claim privilege. Okay, so that's four.

This is huge progress, Melinda. Thank you. Let's see, ESI.

There's ESI plans, draft plans. I want to try to include that in my draft discovery plan. I'm going to send you guys.

Do you guys have any objections to the ESI?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (41:41 - 41:44)

I don't know, send me what you want. Okay.

[Ashley Gjovik (Pro Se)] (41:48 - 42:15)

Oh, and I need to, I think, I didn't get a chance to respond to every great thing you sent. You sent like 20 things. One of them, you said something about claims of privilege for me so far.

I'll send a written thing. I'm not making any claims of privilege. I've not found any documents that I'm claiming anything for that yet, but I'm still going through stuff.

So I'll be very clear if I am and when I am. Trunk scheduling, we did that. Yeah, I want a preservation order.

So I'll include that in the proposed stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (42:15 - 42:25)

I lost all my- I think that's also in the case management conference statement. You don't need to repeat the things we've already put in our case management conference.

[Ashley Gjovik (Pro Se)] (42:25 - 42:30)

Yeah, what you're saying is like a statement of like, we talked about it, but we're supposed to have like a stipulated agreement.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (42:31 - 42:35)

Yeah, so you'll look at the case management conference statement that we already filed.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (42:35 - 42:37)

I'm aware of what you're talking about. That's not the same.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (42:37 - 42:38)

Okay, good.

[Ashley Gjovik (Pro Se)] (42:38 - 43:06)

There's even like a model ESI order next to your favorite protective order you keep asking for, but you didn't want- you never wanted the ESI one. You actually said in those joint case management statements you don't want one. So I'm just going to include Ashley's like ideal stipulated discovery plan and trial schedule and all that stuff and we can sort through it.

I'm going to try to use the model stuff from the court website where I can. Let's see.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (43:06 - 43:20)

This evidence preservation is in section six of the joint case management conference statement. The parties have reviewed the guidelines relating to the discovery. Electronically stored information have met and conferred regarding reasonable proportional steps.

[Ashley Gjovik (Pro Se)] (43:21 - 43:44)

So just a pro tip from me, who's an expert in Apple contradicting themselves constantly, you might want to try to find some alignment if you're saying must have protective order with huge binding agreement, but refuse to have any of the other orders the courts say are default and say that this one's super normal and everyone has it and always do it, but don't do any of this other stuff that are also model and normal. I'm going to lean into that divide a lot.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (43:44 - 43:48)

OK, I haven't said that. I've said if you want an ESI order, send it to me.

[Ashley Gjovik (Pro Se)] (43:48 - 43:54)

OK, I'm going to send you a beautiful portfolio of all the examples and then let's see.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (43:54 - 44:00)

I don't want lots of examples. I want on a caption in this case what you want the ESI order to say.

[Ashley Gjovik (Pro Se)] (44:00 - 44:45)

Yes, so I mean I'm going to integrate those. I'm not going to try to make it up myself. I'm going to pull from the Westlaw stuff and the model orders and let you know where I pulled the stuff

from.

But yes, I'll have something that's like you want to sign this now and then we can negotiate the terms. The disqualification thing, I'm deeply distressed to see that Jessica Perry was involved in those termination emails back to early August with her response with the sworn declaration of the court with my prior motion to disqualify, which feels very material and misleading. I am considering the best path forward.

Right now I'm thinking maybe reviving the motion to disqualify. I may also do a fraud on the court to try to undo some prior decisions for withholding information. I know you guys already took Kate off.

What's her name?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (44:46 - 44:46)

Juvenile.

[Ashley Gjovik (Pro Se)] (44:48 - 45:04)

Perry is like the biggest issue here. It looks like she had an associate on it at that time who's not on the litigation that I can tell, which is good. I think I'd have a very hard time getting ORC disqualified if Perry stepped back.

Perry is the biggest issue. She was sending emails during that time.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (45:05 - 45:36)

Yeah, there's nothing wrong with we never disputed that we were involved in giving advice to Apple with respect to you. Never disputed that. And that's not what Perry's declaration says.

So go back. She's not a witness. That was the whole point of the disqualification motion.

You said that she was a witness. We said she was not a witness. Witness mean is she going to be called at the trial to testify under oath?

And the answer is no, she's no. We have no plans and you can't call lawyers to be witnesses.

[Ashley Gjovik (Pro Se)] (45:36 - 46:06)

But that's why they're supposed to be disqualified. If I can make a showing that she is someone that could be an important witness for the case, then she should not be defense attorney because that's the direct conflict of interest that she's protecting her own stuff because she was implicated. So she's not completely loyal to Apple is the number one.

And then two, she could be covering up her own stuff. She can't work impartially. The disqualification is a conflict of interest thing.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:07 - 46:10)

And you already argued that and the judge already denied it.

[Ashley Gjovik (Pro Se)] (46:10 - 46:12)

And you guys misled about your involvement.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:13 - 46:21)

You've got to show there's something false in the declaration and there is nothing false. We've all gone back and look at it. There is nothing false in the declaration.

[Ashley Gjovik (Pro Se)] (46:22 - 46:23)

We all went back and looked at it.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:25 - 46:34)

So if you want to renew your motion, but by the way, there's got to be an end to these motions. You can't keep filing all these motions all the time.

[Ashley Gjovik (Pro Se)] (46:34 - 46:36)

You guys filed six motions to dismiss.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:37 - 46:43)

Yeah, but they were consecutive and they were granted. You've been filing endless motions and they're denied.

[Ashley Gjovik (Pro Se)] (46:43 - 46:44)

What motion?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:45 - 46:51)

I can't even list all the motions you filed. Sometimes they come in for a day, whatever. So- For a day.

[Ashley Gjovik (Pro Se)] (46:52 - 46:58)

You say I filed four motions a day and you cannot tell me what a single one of those motions are except for the motion to disqualify.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (46:58 - 47:06)

Four discovery motions. I remember the motion to disqualify the motion. I have a list of all your motions here somewhere, but it's obviously on the court docket.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (47:07 - 47:21)

And you're telling me that I need to stop filing motions? Motions that have no basis. Which of my motions have no basis?

Most of them, all of them as far as I could tell. A dismissal or a denial is not the same as no basis.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (47:22 - 47:36)

And we believe they have no basis and we believe that the use of these AI generated stuff is unacceptable and the motions have no basis. And there just has to be a stop to these motions.

[Ashley Gjovik (Pro Se)] (47:37 - 47:46)

So my motions are about Apple violating the LRA, Apple's settlement agreement, a motion to disqualify. I have the motion to strike and ask for a more definite statement.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (47:47 - 47:47)

Yeah.

[Ashley Gjovik (Pro Se)] (47:47 - 47:50)

I've had motions of notice of pendency.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (47:51 - 47:53)

Those are- Four discovery motions.

[Ashley Gjovik (Pro Se)] (47:53 - 47:53)

These are what you're saying are baseless?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (47:54 - 47:55)

Four discovery motions.

[Ashley Gjovik (Pro Se)] (47:55 - 47:59)

And you're saying AI generated nonsense and is abuse of the court. Yeah.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (48:00 - 48:03)

And you have four discovery motions to the magistrate.

[Ashley Gjovik (Pro Se)] (48:03 - 48:04)

Discovery motions.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (48:05 - 48:13)

And as I say, I do not have in front of me a list of all the motions, but all I can say is that there needs to be an end to these motions.

[Ashley Gjovik (Pro Se)] (48:13 - 48:19)

Can you elaborate further on your coercive statement to help me understand exactly what you were saying?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (48:19 - 48:23)

Yes. So I've said it all in the motions. I really have.

[Ashley Gjovik (Pro Se)] (48:23 - 48:38)

You're saying there has to be an end with like a gravelly tone, which is very close to violating the NLRA again. So I'm just asking for more information of exactly what you're trying to censor and stop and suppress and what this implied threat is at the gravelly end of the statement.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (48:39 - 48:46)

This is not on our agenda for this call. We have enough to cover in the call without going through the fact.

[Ashley Gjovik (Pro Se)] (48:47 - 49:19)

Just to be clear, if I feel like a motion should be filed and there's a valid reason to file it, I'm going to file it. And I'm trying to be as responsible as I can with how I file and how much research I can do. But as you know, you guys have like 30 billion dollars and I have negative everything and I am one person and you have hundreds of thousands.

How much does it work out? So that's unfair bullying for you to come at me saying it's not perfect. Whatever.

Anyways, I object to that generally and I find that to be harassment.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (49:20 - 49:44)

But I've already told you in our oppositions to your motions why we believe the motions are without merit. And the judge will end up deciding those whether the motions are without merit or not. But we have said everything we intend to say with respect to the repeated filing of motions with cases that don't exist.

And no, I don't mind.

[Ashley Gjovik (Pro Se)] (49:44 - 49:50)

You refuse to give me any evidence that nothing exists. I've asked repeatedly for some kind of evidence of nonexistence.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (49:50 - 49:59)

It's all in the brief. Every time you had a site, we went and looked at that site and it doesn't exist. I can't give you evidence that something doesn't exist.

[Ashley Gjovik (Pro Se)] (49:59 - 50:05)

But you can. You go into Westlaw, you search it. It says no result.

You give me a copy. I asked for that three times and you expressly said no.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (50:06 - 50:16)

No, I haven't expressly said no on anything. It's all in our motion. We're not going to debate.

We're not going to debate the motions that are currently pending. The judge will decide those. They're fully.

[Ashley Gjovik (Pro Se)] (50:16 - 50:23)

You're making allegations against me about filing frivolous motions and saying that I'm incompetent and that I'm using false cases.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (50:23 - 50:24)

I haven't said any of those things.

[Ashley Gjovik (Pro Se)] (50:24 - 50:31)

You won't give me evidence that something doesn't even exist when all you have to do is print a PDF to show it doesn't exist?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (50:32 - 50:55)

I haven't said you were incompetent in any sense. I've said you file briefs that cite to cases that don't exist. Those motions are fully briefed.

The judge will decide them. You've already made your point that we did not produce proof that they didn't exist and the judge will decide if that's a valid objection or not. Okay.

But we're not here to re-argue the motions.

[Ashley Gjovik (Pro Se)] (50:56 - 51:16)

I am considering what to do about that. I'm not doing anything immediately on that. Let's see.

Turboscribe AI Transcription

Preservation, that'll be included. Trial scheduling will include. Religious searchings will include.

ESI we talked about. Are you planning on deposing other people on my side? If so, what kind of notice do I get of that?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (51:16 - 51:27)

So I don't have any current intentions. To do so. But I obviously might at some point in the future.

And you will get whatever notice.

[Ashley Gjovik (Pro Se)] (51:27 - 51:36)

My friends are terrified of you? My normal Portland-y, hipstery friends. And if I can just reassure them that there's nothing currently because they're stressed out too.

You guys are scary.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (51:37 - 51:59)

I have no current plans to take the depositions of your hipster friends. I don't even know who your hipster friends are. I don't know what they might know about the facts of this case.

So I have no current intention. But after your deposition, you might reveal information that leads me to believe that there are witnesses whose depositions I need to take. And in that case, I would do so.

[Ashley Gjovik (Pro Se)] (51:59 - 52:55)

And I am including screenshots and chats and stuff I have with friends, including non-employees, just to show what was going on in my mind and what I knew and things I'm hearing for reasonableness. So you guys have that information. And then let's see.

Subject scope of discovery. I sent you guys a new request for production, just for clarity of this prior stuff that was denied for whatever reasons. I incorporated them in the last two.

So hopefully, whatever you say, like, no to on this one will be our good. Like, this is full discovery. Now you're saying no.

There's stuff I have to challenge. I have to challenge. I'd previously asked, like, if I give you a request for production and there's something confusing or it seems too broad, like, let me know and work with me.

And I will try to... I do FOIA requests all the time still. Like, just be like a FOIA office.

Actually, that's too broad. Can we narrow it? Happy to work with you guys.

Instead, I just keep getting all these blanket rejections at the end. So, like, if you want to send associates or something to me to, like, narrow stuff down, please do.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (52:57 - 53:14)

Yeah, that's why we respond and we do what the rules require, which is if they're overbroad, then we tell you they're overbroad and we give you what's relevant if there's anything relevant. But it would be better for you to draft more tailored requests sometimes. I need feedback.

[Ashley Gjovik (Pro Se)] (53:14 - 53:47)

You're not giving me any, like, directed feedback of, when you say this, this implicates five different tools or this is... If you... Again, I have a database in my brain and I'm used to Apple troubleshooting.

So, if you tell me the thing you're requesting would require us to search 20 different systems or the thing you're requesting, there's no universal search, so we'd have to, like, pull individual people. If you give us five people to pull, we could do that. Like, just work with me and I will troubleshoot and try to refine them to make them as, like, logical and reasonable and easy as possible.

But if you don't tell me anything on your side, then I can't.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (53:51 - 54:01)

All right. So, should we go through the discovery requests, our requests to you? We need to meet and confer on those before we bring a motion to compel.

[Ashley Gjovik (Pro Se)] (54:02 - 54:02)

Go ahead.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (54:03 - 54:05)

So, first of all, you need to sign the send verifications.

[Ashley Gjovik (Pro Se)] (54:05 - 54:06)

I will.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (54:06 - 54:20)

Okay, good. So, on some of the interrogatories... See what I had on those.

[Ashley Gjovik (Pro Se)] (54:30 - 54:36)

There was one that was asking for medical records back to 2015, and some of my objections are, like, Apple has those. Apple was my doctor.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (54:37 - 54:43)

Okay, Apple has no medical records of yours. We do not have your medical records, I assure you.

[Ashley Gjovik (Pro Se)] (54:44 - 54:58)

Apple Wellness Center is a privately-owned, for-profit subsidiary of Apple Inc., and I got all my digital records from them, which were sent through my emails and my Apple emails, and it shows that Apple started reporting on my email a long time ago. So, they clearly have it.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (54:58 - 55:01)

We do not have your medical records.

[Ashley Gjovik (Pro Se)] (55:02 - 56:15)

And then Jenna was passing around that mammogram. That was disturbing. Jenna.

Because then there was the ADA stuff, and you guys got the documents from... Oh, and no, I don't know if they're telling you the truth, because my one medical got an Apple request for that ADA thing for all of my medical records on September 1st. I got from my records from the doctor I requested for, like, all logs.

So, Apple did request all my medical records September 1st, 2021. And all of this to say, I don't have to make a stink about all of this, if we can just have reasonable requests narrowed. But, like, if Apple's gonna do something so...

And I looked it up. This is the kind of stuff that employers will do, and courts will say, don't do that. What are you doing?

You're harassing the employee. Like, this falls in that category of weird stuff that's not terribly justified. So, if we can narrow it to something that you actually need and is justified and makes sense, happy to give it to you.

But if you're gonna do brute force and threaten to compel, then I'm gonna bring up all sorts of stuff like this. Attaching the Jenna Mammogram email, attaching the request to one medical, attaching, you know, all this stuff, to be like, I don't even know what they're asking for.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (56:16 - 56:37)

Okay, so let's go through the interrogatories. On number two, we asked you for the medical providers regarding the claims in the Fifth Amendment complaint. And you referred us to our initial disclosures.

And what we're looking for is the documents that are responsive to that request.

[Ashley Gjovik (Pro Se)] (56:38 - 56:42)

Which I said I was producing separately, so I didn't know why there was an interrogatory in addition to the production.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (56:44 - 56:52)

So, we want to know which of your medical providers relate to the dismissed claims and which ones relate to the remaining claims.

[Ashley Gjovik (Pro Se)] (56:52 - 57:13)

We are gonna bring that in front of a judge if you guys pursue that, because one that's super messed up. Like, could you imagine if one of your daughters was going through this and a lawyer said that to them, of, I need you to distinguish all of your emotional trauma from when we dumped a bunch of toxic waste on your face, and then we're retaliating and ruining your life, because those can't be combined or overlapping. So, first things first, please separate those two.

That's really messed up.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (57:13 - 57:17)

Okay, if you can't distinguish, then you can give them all to us.

[Ashley Gjovik (Pro Se)] (57:18 - 57:50)

But if you want to- I'm giving you all the stuff, and I told you I already offered, which seems like a really big deal that you guys have not acknowledged. You can do a mental exam. You guys pay for it.

We can do a mental exam. It can be on the record. That seems like the best way for you to figure out this kind of stuff.

Get an expert to decide what kind of damage there is, what I went through, what kind of stuff triggered, whatever. Like, get a formal report about it. Like, an interrogatory or production of documents like that is not going to answer your question.

That's expert witnesses and testimony, you know? Like, that's way more complicated than interrogatory.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (57:50 - 58:12)

So, one of the things that the IME wants to see, the doctor who does the IME, wants to see is the contemporaneous medical records. So, you can either give us the medical records that relate to the remaining claims in this case, and if you can't distinguish which ones relate to the remaining claims in the case and the ones that were dismissed, then give us all the medical

records.

[Ashley Gjovik (Pro Se)] (58:13 - 58:22)

I'm giving you all the medical records for everything pending, including appeal. And if it's specifically for the medical examiner person, I prefer just to give it to them directly if possible.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (58:23 - 58:33)

So, are you saying that all of the healthcare providers that you listed in your initial disclosures relate to the remaining claims in this case?

[Ashley Gjovik (Pro Se)] (58:36 - 59:51)

I am saying I gave you guys a long list of medical providers related to this overall case, including my pending Ninth Circuit ones, which I argue are, you know, very much part of this for protected activity, as well as, like, even if that was separate, the argument about punitive damages for traumatizing me after, you know, what I went through, all of it's meshed together. So, like, I don't, I'm not going to play any games of separating it myself. That would be expert witnesses of the medical examiners, but also for damages experts if we're going to do that.

So, like, that's not today. That's much later. I have no problem giving you medical records of everything related to all of my claims, in this case, in the Ninth Circuit case.

And I've been, you know, merging in DOL and LRB and stuff too, like, all together, because there's not much that's actually, like, separate. So, I'm not holding back anything. You guys were the ones that were holding back stuff on appeal or pending, settling pleadings.

But as far as, like, privacy goes, I would prefer, like, if the request for my medical records at this point, primarily, is for a medical exam, then I would prefer if there's a way just to give those documents to that doctor instead of having to give them to Apple would be preferable.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (59:52 - 59:57)

Okay. So, we would need to subpoena the medical providers that and get their records from them.

[Ashley Gjovik (Pro Se)] (59:58 - 1:00:01)

You can't just me provide it, you have to get it directly from them?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:00:01 - 1:00:19)

We have to get it from them. Because then we know we got everything. So, we need to know which medical providers we should subpoena.

We could either subpoena all of the people that you listed in your initial disclosures, and that's

fine too. Or if you think that some of them don't relate to the remaining claims, and you don't want us to subpoena those, then just tell us which ones.

[Ashley Gjovik (Pro Se)] (1:00:20 - 1:00:26)

If you're subpoenaing, you're getting, like, everything. And I think that's overkill. Like, what exactly are you trying to get from them?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:00:26 - 1:00:37)

I want to get the medical providers that relate to the remaining claims in this case, which is the emotional distress you suffered as a result of the claims that are remaining in this case.

[Ashley Gjovik (Pro Se)] (1:00:37 - 1:00:48)

No, I know. But I can show you, like, oh, I had an appointment. Here's the after-visit summary.

And I can show you, oh, here's a receipt that I paid this money. But you're, you want everything. You want their internal notes.

You want, why?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:00:50 - 1:01:03)

Because that's what we're entitled to. Are you? If it's relevant, yes.

Because if you've raised the claim of emotional distress, then you've put your emotional distress at issue in the case, and we're entitled to get medical records relating to that claim.

[Ashley Gjovik (Pro Se)] (1:01:03 - 1:01:08)

Yeah, but that doesn't explain why you go to a primary care provider and request everything.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:01:08 - 1:01:25)

Well, that's what I'm asking you. That's exactly why I'm asking you. So which of the medical providers relate to the emotional distress claims you're making in the case?

And then I'll subpoena them. I don't need to subpoena people if they are not related to the claims you're making in this case. That's why I'm asking you to distinguish.

[Ashley Gjovik (Pro Se)] (1:01:25 - 1:01:31)

When are you planning on, do we have like a couple months to sort this out? Because I have a million other things in my brain right now, and this is going to require a lot more thinking.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:01:33 - 1:02:03)

Okay, so I want to get these. Sometimes it takes a while to get medical records from doctors. And obviously it would be ideal to get them before your deposition so that we have them in hand in connection with your deposition.

So that's why we'd like an answer to interrogatory number two. But if the answer is, which is what I think it is, everybody I listed in my initial disclosures relates to the claims in the case, then we can just subpoena all of them.

[Ashley Gjovik (Pro Se)] (1:02:03 - 1:03:05)

No, and I'm now like saying like what I said prior is for what I understood prior. You just gave me a lot more context to what you're doing and what you're looking for. And I need to consider all of that.

If this is something where like you'd move the depo if you don't get any time, like ideally you'd send me like a letter summarizing all these things you're telling me and exactly what you're looking for. I'm going to object to some of them. I can tell you already a lot of this is overbroad.

And there's, it looks like specific rules of like when something is actually relevant or not for this type of question. So like what does it matter that some doctors said this or that when a medical examiner was like, oh, it's just PTSD and there's testing, whatever, showing it got way worse. And she told me all about all this stuff.

You know, I need to, I need to sort through, I'm sure there's a bunch of guides on this stuff. It seems nuanced. I want to sort it out.

I can't promise you I'm going to get you a quick response because of everything else I'm also dealing with. So anything you can do to try to.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:03:07 - 1:03:13)

Okay. Well, your answer was all the people listed in the initial disclosures. So I just wanted to be sure.

[Ashley Gjovik (Pro Se)] (1:03:14 - 1:03:59)

On behalf of a someone who's going to do the medical exam who wants all the records for this stuff. And it's like, I kind of was like, slow your roll was my response. It wasn't, I'm not giving you anything else.

It was, we're very early in on this. I already gave you a bunch of names. Why are you asking for all this information right now?

I don't even know what your defense is. So I didn't say no. The things you were telling me make some sense.

And I can see your reasoning of wanting this stuff. There's stuff I'm going to have to like reshape and push back on some of it. But I agree what you're asking for sounds like a overall reasonable request in this type of litigation.

So I want to help facilitate that. But like, just became way more complicated than what I thought this issue was at this point.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:04:01 - 1:04:26)

Okay. So the number three is the people that you've worked for since you left Apple and how much you've earned from them. And that's relevant because you're seeking lost wages in this case.

And we're not even there yet. We're there from now that discovery has started. There's no phased discovery.

Discovery starts and we're entitled to discovery on all the issues that are remaining in the case.

[Ashley Gjovik (Pro Se)] (1:04:27 - 1:04:28)

What are you planning on doing with this information?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:04:29 - 1:04:39)

So then we would deduct that what you've earned from the lost wages that you're claiming. And then that would determine how much the lost wage claim is.

[Ashley Gjovik (Pro Se)] (1:04:40 - 1:04:48)

So why can't I just give you like the documents of the pay statements and stuff? Why do you need formal names? Are you going to depose these people too?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:04:50 - 1:05:01)

I don't know. It depends. We'll make that decision.

But right now we don't have anything. You said it's premature. And what I'm saying is there's no such thing as premature discovery.

Now that discovery is open, it's not premature.

[Ashley Gjovik (Pro Se)] (1:05:02 - 1:05:21)

Well, I said you're prioritizing weird things sooner. And I also complained that like one of them had a job that Apple got me fired from. Not fired.

They severed the contract with Wilshire Law over that fraud lawsuit that they won against Apple. Big settlement. But I got kicked off and they were defaming me.

They made me read my tweets out loud during their meet and confer session.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:05:22 - 1:05:24)

This has nothing to do with the interrogatory and I have no idea what you're talking about.

[Ashley Gjovik (Pro Se)] (1:05:24 - 1:05:29)

Yes, it does. Because that was one of the employers. And Apple got me fired from the employer.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:05:29 - 1:05:43)

I have no idea what that's about. All I can say is the interrogatory asks you for the name and address of the employers that you've worked for since you left Apple. And we're entitled to that information.

So we need a response to that discovery.

[Ashley Gjovik (Pro Se)] (1:05:46 - 1:05:51)

I think I said you'd get it in the document production. I can't remember what I said.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:05:51 - 1:06:12)

You said plaintiff's discovery plaintiff contends the discovery is premature because this discovery only goes to the potential offset of damages and refuses to provide a response out of fear that Apple will further retaliate against her as she alleged it did for her prior expert consulting engagement in response to an article she published in the magazine about her experience with autism.

[Ashley Gjovik (Pro Se)] (1:06:12 - 1:06:18)

That was MWE. That was another law firm. It was Mofo, I think, who was harassing me with that other one.

And then I got a job.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:06:18 - 1:06:20)

You wanted to know what your response.

[Ashley Gjovik (Pro Se)] (1:06:20 - 1:06:33)

And MWE's on there saying she's a liar and making vandalizing pictures about how I got fat because I'm so depressed to what Apple did to me. And I'm like, yeah, I did because they're mean. What the hell?

You're making 200,000 like.

Turboscribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:06:34 - 1:06:38)

I have no idea what you're talking about. All I want to know is you asked me what your response was.

[Ashley Gjovik (Pro Se)] (1:06:38 - 1:06:40)

These are literally the answers you're getting.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:06:41 - 1:06:48)

No, I want to know the I want the answer to the question. So will you provide us with the answer to question number three?

[Ashley Gjovik (Pro Se)] (1:06:49 - 1:07:07)

I'll give you names and amounts just like that. I'm going to ask that you hold back on anything related to Northeastern. Right now, I'm under a really weird situation where I don't even know if I'm allowed to say stuff.

I have to bring in DOJ if you want to talk about.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:07:07 - 1:07:11)

I just I just want the names. Just want the answer to the question.

[Ashley Gjovik (Pro Se)] (1:07:12 - 1:07:16)

So just it's like I was like, what are you going to do with that information?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:07:16 - 1:07:19)

That doesn't matter. You have to answer the question.

[Ashley Gjovik (Pro Se)] (1:07:19 - 1:07:33)

It does. If you're using it to harass, it's literally one of the criteria. I will agree right now, though, by our ninth deadline or sending all their stuff, I will send the names, times and amount made on each.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:07:38 - 1:07:53)

Number four, ask for social media platforms. And you said that we already have this information and actually we don't. So we need you to tell us which social media platforms that you've posted on.

[Ashley Gjovik (Pro Se)] (1:07:53 - 1:07:55)

So I'm sorry, how does this go to Apple's defense?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:07:56 - 1:07:58)

Well, it depends what you've said.

[Ashley Gjovik (Pro Se)] (1:07:59 - 1:08:00)

So you're searching for after acquired evidence?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:08:01 - 1:08:08)

No, no. We're searching for what you have said on social media platforms. And all we want to know is what they are.

[Ashley Gjovik (Pro Se)] (1:08:09 - 1:08:29)

No, I want to what are you? If I was to tell just to a court, they're going to ask, what are you trying to achieve from this? What does it have to do with the outline of the case of these burdens of things you're trying to prove, what your defenses are?

That's what I'm asking, what the judge would ask you. What kind of evidence do you think you are going to obtain from this? And where does it plug into the outline of the case of how you would use it?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:08:30 - 1:08:40)

So, for example, you might have published confidential information about Apple. You might have, there's all sorts of things that you could have done. All I'm asking is for the name of the platforms.

[Ashley Gjovik (Pro Se)] (1:08:41 - 1:08:43)

You're asking for me for like 10 years.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:08:45 - 1:08:56)

Since 2021, March 1st, 2021. Five years, which that's so broad. I don't know how many platforms have you posted on, a hundred, five hundred?

Okay, give me a number.

[Ashley Gjovik (Pro Se)] (1:08:58 - 1:09:51)

So here's the thing though. This is like one, invasion of privacy. There's a lot of court procedure, law precedent about that.

This is chilling of my NLRA activity. You're literally asking to go spy on all my stuff where you

know I was engaged in protective activity while concurrently threatening me about stuff. You're not giving me a clear answer of like what exactly you use it for other than trying to find something to use against me generally, including your example, leaking confidential information.

So like if we can put a pin in this and spend some more time thinking about this, I want to give you like everything I posted on any social media platform during that like August to I was fired window. I agree. Everything there seems super relevant.

I was already going to produce all of that. All of that gets sent out. But you're doing like a drag net.

Way beyond that.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:09:51 - 1:09:54)

I'm always just asking for the names of the platforms. It's not that hard.

[Ashley Gjovik (Pro Se)] (1:09:55 - 1:09:57)

And usernames and all this stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:09:58 - 1:10:09)

Well, I mean, that would tell us who who posted, right? So it's not not passwords or anything. It's just a Jovic if you did that or I hate Apple or whatever.

[Ashley Gjovik (Pro Se)] (1:10:09 - 1:10:13)

It's illegal in California. I'd even ask employees that now. That's against the labor code.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:10:13 - 1:10:16)

I'm not allowed to ask for passwords, but I can ask for the names.

[Ashley Gjovik (Pro Se)] (1:10:16 - 1:10:21)

You can't even not be on passwords. You can't even ask them what their accounts are. So the lots happen the last five years.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:10:21 - 1:10:25)

I'm very aware of employment laws, but unfortunately, you're not an employee anymore.

[Ashley Gjovik (Pro Se)] (1:10:26 - 1:10:31)

So I'm just saying there's a lot of public policy for you to not snoop on all my stuff. And I'm going to fight this one.

Turboscribe AI Transcription

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:10:31 - 1:10:41)

Yeah, but that wasn't the response. The response you gave is we already have this information. And I'm telling you that that response is inadequate because we don't already have the names of all the sites that you post.

[Ashley Gjovik (Pro Se)] (1:10:41 - 1:10:50)

I believe I said you have it for that time period I specified and I'm producing all the documents for that time period. And then I complained a lot about surveillance and privacy and stuff.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:10:50 - 1:11:07)

Plaintiff asserts that all relevant social media content in her possession will be produced and that Apple is free to view any publicly accessible content independently. And we agree with that, but we have to know the sites in order to view it. So that's all we're asking is tell me the sites and then we will go review it.

[Ashley Gjovik (Pro Se)] (1:11:08 - 1:11:28)

How about this? Would you be willing to narrow this interrogatory and you have more stuff you can file later to social media accounts during June 1 to September 10, 2021. If you are willing to narrow it to that, I will give you a beautiful little spreadsheet.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:11:29 - 1:11:38)

I will take that back and get back to you on that one. And then the number five was the usernames. Okay, should we go to the request for documents?

[Ashley Gjovik (Pro Se)] (1:11:38 - 1:11:40)

Yeah, the fifth one, same deal.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:11:40 - 1:11:48)

Yeah, same one. So on the privilege, we've confirmed that you're not withholding any documents based on privilege.

[Ashley Gjovik (Pro Se)] (1:11:49 - 1:11:49)

Currently, no.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:11:50 - 1:11:56)

Right, currently. And then medical records, you're going to produce the medical records you have.

[Ashley Gjovik (Pro Se)] (1:11:57 - 1:13:11)

Turboscribe AI Transcription

I'm planning on producing medical records. I already disclosed some doctors. I understand your request though.

And it does not, my response does not exactly meet the parameters of your request and I don't want to ignore that gap. So I need to think about, I mean, maybe me producing this stuff might be enough for the depot for you. Like, again, if there's something very specific you're looking for, tell me, like, if you ask me point blank for something and I have it, I'm not going to lie.

I don't know how to lie, Melinda. It's very inconvenient, actually. You ask me for something, I'm just going to give it to you or I'm going to tell you no, but why?

I'm not going to pretend it doesn't exist. So like, tell me. I will do that.

Otherwise, trying to produce all this stuff, gather all this stuff, all this other stuff's going on, but trying to do that more urgently now that I, you know, if you give me heads up of stuff you want before that depot, I can try to prioritize that over other stuff. So like, give me a bolded list or something. And I'm going to have to wrap my head around the medical exam with the prior records.

I know that there's a huge knowledge base on this topic specifically because it's so often contested and I don't have any familiarity at this moment. So I need to go brief myself before I respond further on it. But all that to say is I'm working on it, I'm doing it partially, and I'm trying to figure out the rest of it.

I'm not saying no.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:13:13 - 1:13:23)

And then on the depot notice, I gave you the answers in my email I sent you. The email I sent you to set up this yesterday, I think it was.

[Ashley Gjovik (Pro Se)] (1:13:24 - 1:13:25)

The depot notice.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:13:26 - 1:13:38)

Yes, you had some concerns about how you were going to get the transcript. And that's all in the email, so I don't think we need to go over that. Okay.

So do you want to meet and confer also on your RFPs to Apple?

[Ashley Gjovik (Pro Se)] (1:13:39 - 1:13:41)

If you have something you want to say already.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:13:43 - 1:13:46)

Turboscribe AI Transcription

Well, I don't know if you were unhappy with our responses.

[Ashley Gjovik (Pro Se)] (1:13:47 - 1:14:19)

Oh, so that's why I kind of incorporate into this latest one because you did a good job with your fog veils of making it kind of confusing of not full discovery pending stuff. So I'm going to wait to protest anything from you guys until you respond to this latest one I sent that also incorporates those prior ones. So I want like final, final.

No, like we said final then, but things change, confusion in the air. So once you respond to this latest one I sent, then I'm going to pick stuff I might escalate, but I'm not planning on escalating anything at this point otherwise.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:14:34 - 1:14:40)

Okay, so there's no reason to discuss any of your discovery to us, our responses to your discovery to us at this time.

[Ashley Gjovik (Pro Se)] (1:14:43 - 1:14:54)

Okay, then I think that might be it on my list. Did you have other stuff on your list?

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:14:54 - 1:14:55)

I think that's it.

[Ashley Gjovik (Pro Se)] (1:14:56 - 1:15:06)

Okay, I'm going to go over all my notes and try to summarize, but also I'm probably not going to surface again until the 7th after I file Ninth Circuit. That's a lot of work.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:15:07 - 1:15:09)

I'm not involved in the Ninth Circuit case. I don't know.

[Ashley Gjovik (Pro Se)] (1:15:10 - 1:15:27)

I'm just lawyer to lawyer. That's a lot of brand new baby lawyer doing Ninth Circuit. So I'm going to try to focus as much as I can on that.

But I feel like we made a lot of good progress on this. I really appreciate you talking through this stuff. I know it's not easy sometimes.

So thank you.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:15:28 - 1:15:29)

All right, we'll be in touch.

Turboscribe AI Transcription

[Ashley Gjovik (Pro Se)] (1:15:30 - 1:15:30)

Thanks.

[Melinda Reichert (Partner at Orrick, Herrington & Sutcliffe)] (1:15:30 - 1:15:30)

Bye.

# EXHIBIT G: GOBBLER PHOTOS



12:37



‹ Back   00123-16231204590...   ↻   JSON













# EXHIBIT H: GOBBLER COMPLAINT

6/29/23, 5:09 PM                                           Inbox | ashleymgjovik@protonmail.com | Proton Mail

## Your Comment Submitted on Regulations.gov (ID: OSTP_FRDOC_0001-0008)

| From | no-reply@regulations.gov <no-reply@regulations.gov> |
|------|------------------------------------------------------|
| To   | Ashley Gjovik<ashleymgjovik@protonmail.com> |
| Date | Thursday, June 29th, 2023 at 5:07 PM |

Please do not reply to this message. This email is from a notification only address that cannot accept incoming email.

Your comment was submitted successfully!
Comment Tracking Number: ljh-mm9t-ux8w

Your comment has been sent for review. This process is dependent on agency public submission policies/procedures and processing times. Once the agency has posted your comment, you may view it on Regulations.gov using your Comment Tracking Number.

Agency: OFFICE OF SCIENCE AND TECHNOLOGY POLICY (OSTP)
Document Type: Notice
Title: Request for Information: Extension of Comment Deadline Automated Worker Surveillance and Management
Document ID: OSTP_FRDOC_0001-0008

Comment:
I am filing a comment on behalf of myself, a worker with US labor agency charges & cases that involve critical public policy concerns about worker surveillance and electronic monitoring. Please see attached memo in response to this request for information.

Uploaded File(s):
OSTP Gjovik Comment 2023.pdf

For further information about the Regulations.gov commenting process, please visit https://www.regulations.gov/faq.

**Ashley M. Gjovik, J.D.**
ashleymgjovik@protonmail.com

**U.S. OFFICE OF SCIENCE AND TECHNOLOGY POLICY**

**INFORMATION**

*Request for Information:*

*Automated Worker Surveillance and Management*

Federal Register No. 2023-12995

Doc ID: OSTP_FRDOC_0001-0008

**Associated Cases:**

U.S. Department of Labor:
*Ashley Gjovik v Apple* (9-3290-22-051)

U.S. National Labor Relations Board
*NLRB v Apple* (32-CA- 284428)

California Department of Labor:
*Ashley Gjovik v Apple* (RCI-CM-842830)

**Associated Investigations:**

U.S. National Labor Relations Board
Charge No. 32-CA-282142, 32-CA-283161, & 32-CA-288816 (Division of Advice & Region 31)

U.S. Federal Trade Commission
Report No. 154835129

U.S. Securities & Exchange Commission
Tip No. 16488- 304-158- 087 (SF Regional Office)

German Federal Commissioner for Data Protection and Freedom of Information (BfDI)
Complaint No. # 11-540 II#3693 (Bavaria Office)

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................... 4

    APPLE'S CULTURE OF "LOYALTY" & INTIMIDATION ................................................. 6

ELECTRONIC MONITORING & DATA COLLECTION .................................................. 12

    "FACE ID" & APPLE'S FACE "GOBBLER" APPLICATION ............................................ 12

    EAR STUDIES .................................................................................................... 27

    OTHER USER STUDIES ...................................................................................... 30

    RADAR & SYSDIAGNOSE .................................................................................. 32

SECRECY ...................................................................................................................... 33

    SECRECY POLICIES .......................................................................................... 33

    SEARCH AND PRIVACY POLICIES ..................................................................... 35

PUBLIC POLICY ......................................................................................................... 40

CONCLUSION ............................................................................................................. 46

ORIGINALLY SUBMITTED AS "COMPLAINT FOR INVASION OF PRIVACY" IN APRIL 2022;
REVISED FOR OSTP IN JUNE 2023

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

June 29, 2023

To Whom it May Concern,

The United States' legal protections for human rights at work lags far behind countries in the European Union, especially France and Germany. Similarly, national legal protections for digital privacy are basically non-existent in the United States and are decades behind other nations.

Over the last few years, we have witnessed increasing surveillance, electronic monitoring, and digital exploitation of workers in the United States. We have also seen an increasing number of requests from politicians, agencies, unions, and civil society asking the US government for legal protections for workers.

Despite numerous and persistent requests from Senators,[1] NGOs,[2] unions, and from workers themselves[3] – there is no progress to be seen. Despite a number of agency memos[4] and social media posts, we have yet to see any new legal protections or even any meaningful enforcement of violations of existing laws.

While you will likely receive comments and information from groups with more expertise on the history, policy, and legal landscape of this topic – what I can offer you is a first-hand case study in failure.

My story as a worker in the United States, for one of the biggest companies in this country, highlights the lack of legal protections for workers, the lack of express privacy protections for citizens, and the lack of any actual enforcement mechanism even for egregious violations of the narrow privacy/labor laws we do have on the books today. My story also highlights how my employer understood this current landscape and thus acted with an aggressive

---

[1] Letter from Senator Casey to U.S. Department of Labor, August 26 2022, https://www.casey.senate.gov/imo/media/doc/letter_to_the_department_of_labor_re_worker_privacy.pdf
[2] *CDT, GFI, Others Send Memos Urging White House to Take Action on Electronic Workplace Surveillance,* April 3 2023, https://cdt.org/insights/cdt-gfi-others-send-memos-urging-white-house-to-take-action-on-electronic-workplace-surveillance/ ; AI Now, *Algorithmic Management: Restraining Workplace Surveillance,* https://ainowinstitute.org/publication/algorithmic-management
[3] TechCrunch, *Ex-Apple employee takes Face ID privacy complaint to Europe*, April 11 2022, https://techcrunch.com/2022/04/11/gobbler-complaint-europe/
[4] U.S. NLRB, *NLRB General Counsel Issues Memo on Unlawful Electronic Surveillance and Automated Management Practices*, https://www.nlrb.gov/news-outreach/news-story/nlrb-general-counsel-issues-memo-on-unlawful-electronic-surveillance-and-

### INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

disregard for the law, ethics, or social norms. So far, they were right & they have faced no consequences.

In March 2022, I received a written statement from my employer's lawyers admitting they fired me (with multiple federal investigations already open due to my charges against them for whistleblower retaliation, environmental and labor violations, and fraud); but claiming I was not fired in retaliation for that, but instead fired for supposedly 'legal' retaliation for my protests of their unlawful surveillance of employees, their intimidation and censorship of employees, and their coercive harvesting of sensitive worker information in order to build their products (in ways that they admitted in writing that would be illegal in France of Germany).[5] In response, in addition to complaining further to US agencies, I also filed a complaint to other countries where my ex-employer has large offices.[6]

Despite overwhelming evidence and even a written confession admitting what my employer has done, my charges have sat with federal agencies for nearly two years now gathering dust. Despite my being a US citizen and all of this occurring within the United States, as far as I can tell, there has been more progress investigating my claims in Germany then there has been in the United States.[7]

## Introduction

I worked for Apple as a Senior Engineering Program Manager from February 2015 until my termination on September 9 2021. During my tenure with Apple, I participated in engineering project management of numerous high-profile products such as the iPhone, iPad, iPod, Apple Watch, MacBook MacBook Pro, MacBook Air, Mac Pro, iOS, macOS, watchOS -- and high-profile projects/programs such as the launch of the Apple Music subscription service, Apple's transition of computers from Intel to Apple silicon, and the development of a company-

---

[5] Gizmodo, *Apple Wanted Her Fired. It Settled on an Absurd Excuse*, Oct 14 2021, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789

[6] Télérama, *Ashley Gjøvik, lanceuse d'alerte licenciée par Apple, seule contre tous,* March 14 2023, https://www.telerama.fr/debats-reportages/ashley-gjovik-lanceuse-d-alerte-licenciee-par-apple-seule-contre-tous-7014661.php

[7] Der Spiegel, *Apple lädt Mitarbeiter zu Datenparty – um Gesichter zu scannen,* June 24 2022, https://www.spiegel.de/netzwelt/gadgets/apple-laedt-mitarbeiter-zu-daten-party-um-gesichter-zu-scannen-a-54c4a2da-0f39-48be-9762-1bda39fcca8e

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

wide Artificial Intelligence ethics policy. I was told by my Apple managers that I was both "key talent" (irreplaceable) and a "high performer."

In August 2021, I expressed public concerns about Apple's overly restrictive and invasive employee policies, and Apple pressuring its employees to participate in invasive data collection procedures, including scans of ears/ear canals (which I believed captured employee data that could be used for biometric identification and mass surveillance). I also raised concerns about an iOS application (the Face "Gobbler") on employees' iPhones that automatically took photos/videos whenever it "*thought it saw a face*." [8] I raised concerns about Apple's unlawfully invasive "*Search and Privacy Policy*" for employees, Apple's limitless access to employees' personal iCloud/Apple-server-based data, and Apple's culture of intimidation and secrecy including a private police force with access to all of the above data.[9]

Apple terminated me on September 9 2021 for reasons unknown to me at that time but assumed by myself and the press to be retaliation for my protected activities (I had filed labor and retaliation charges with the U.S. government only weeks earlier; and the US EPA demanded an inspection of my Superfund office due to my disclosures, conducted the inspection and found CERCLA non-compliance issues also only weeks prior).[10] [11]

Apple contacted me via external lawyers a week after I was fired to complain about several Twitter posts I made. Suggesting these posts were the reason for my termination was so farfetched & pretextual that a detailed article was written about it, titled "*Apple Wanted Her Fired. It Settled on an Absurd Excuse.*"[12]

Last year, Apple offered their explanation for my termination to the U.S Department of Labor (in response to my allegations of federal whistleblower retaliation in violation of SOX,

---

[8] Zoe Schiffer, *"Apple Cares About Privacy, Unless You Work at Apple,"* The Verge, Aug 30, 2021, https://www.theverge.com/22648265/apple-employee-privacy-icloud-id

[9] Sarah Roach**,** *"Worker surveillance is making employees miserable. What to consider before implementing monitoring tools,"* Protocol, Sept 20 2021, https://www.protocol.com/workplace/worker-surveillance-is-making-employees-miserable

[10] Patrick McGee, *"US labour board examines retaliation claims against Apple: Senior engineering program manager's allegations include workplace harassment and job reassignment,"* Financial Times, Sept 2 2021, https://www.ft.com/content/484fa8be-925e-495c-91ff-54950b112754

[11] US EPA, TRW Microwave Superfund, https://cumulis.epa.gov/supercpad/SiteProfiles/index.cfm?fuseaction=second.docdata&id=0901181

[12] Dell Cameron, *Apple Wanted Her Fired. It Settled on an Absurd Excuse,* Gizmodo (Oct 2021), https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

CERCLA, and OSHA statutes).[13] Apple doubled down on the "absurd excuse" & cited my opposition to their harvesting of employee biometrics and their secret, invasive photography of employees as a legitimate justification for my termination.[14] I am now even more concerned knowing Apple felt comfortable telling the U.S. government that they believe their unlawful invasion of employee privacy is "legitimate" and any employees who protest privacy invasions deserve to be terminated, as I was. Any argument Apple had that employees consented to these practices was thrown out the window when they formally claimed I was terminated without warning for protesting those practices.

## APPLE'S CULTURE OF "LOYALTY" & INTIMIDATION

I will describe some of these practices which Apple claimed were so secret, they'd terminate an employee for protesting and exposing them. However, first, it is important to establish that at Apple, there is a long-standing tradition that workers keep their mouths shut, do what they are told, and be 'loyal' to the company above all else.

GDPR recognizes that employment relationships are inherently coercive and thus employees cannot provide meaningful consent to invasive surveillance and data collection practices. In the US, we sometimes still default to a neoliberal view that a 'request' or 'preference' from an employer is somehow optional and thus employees have agency to decline. This is not accurate and Apple provides an incredible example of how many US companies operate but may be too afraid to explain aloud. Apple says the quiet parts aloud because they have terrorized their employees to the extent Apple was sure their employees would not report the misconduct.

In stark contrast to international labor standards, Apple's "**Worldwide Loyalty Team**" *"does KGB-style lockdowns [of employees] and Gestapo interrogations that end in suicides." [15]* The team is an *"internal secret police team known for its network of informers, and ruthless,*

---

[13] Patrick McGee, "*Apple faces probe over whether it retaliated against whistleblower,*" Financial Times, Dec 13 2021, https://www.ft.com/content/973aae8d-21d9-4e84-8912-ead071c7935d
[14] Letter from Apple Inc (via Orrick, Herrington & Sutcliffe LLP) to U.S. Department of Labor, March 4 2022, Re: *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051
[15] Gawker, *Apple's Sleazy Secret Police Lose Their Leader*, Nov 4 2011, https://www.gawker.com/5856260/apples-sleazy-secret-police-lose-their-leader

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

*systematic pursuit of leakers.*" [16] "Among some employees, they are known as the "*Apple Gestapo,*" *a group of moles always spying in headquarters and stores, reporting directly to the CEO.*"[17] Apple holds out its security policies out as "*voluntary*" meanwhile: *"management recommends that you relinquish your phones. If you don't do it they will fire you, or they will investigate why you didn't want to give them your cellphone.*" [18]

Apple's Global Security team has a sketchy history, including Apple employees accused in 2011 of impersonating policemen and searching a man's San Francisco home for a lost prototype, and threatening to have the man deported if he did not cooperate. [19] Apple was also accused in 2010 of violating California's shield law with an illegal search warrant, when they searched the home of a journalist, again looking for a prototype. [20] Gawker described Apple's secret police as "*sleazy.*"

Apple employees' experience with this *Gestapo* have been described by the press as *"knowing how it feels to be watched, to always be considered guilty of crimes against another kind of state. Knowing how it felt to have no privacy whatsoever when he was working right here, in a little Californian town called Cupertino, in a legendary place located in One Infinite Loop.*" [21] Indeed, a few years later an ex-Apple executive described the culture at Apple as "*everything is on a need-to-know basis*" and that Apple has "*cells, **like a terrorist organization**.*"[22]

Further, while some Apple employees may report an earnestly positive experience, the company is large and has decades of history of very negative experiences for many others. Apple has gone to great lengths to conceal and cause society to forget its bad behavior. Apple has a

---

[16] Gawker, *Apple's Sleazy Secret Police Lose Their Leader*, Nov 4 2011, https://www.gawker.com/5856260/apples-sleazy-secret-police-lose-their-leader

[17] Gizmodo, *Apple Gestapo: How Apple Hunts Down Leaks*, Dec 15 2009, https://gizmodo.com/apple-gestapo-how-apple-hunts-down-leaks-5427058

[18] Gawker, *Apple's Sleazy Secret Police Lose Their Leader*, Nov 4 2011, https://www.gawker.com/5856260/apples-sleazy-secret-police-lose-their-leader

[19] Gawker, *Apple's Sleazy Secret Police Lose Their Leader*, Nov 4 2011, https://www.gawker.com/5856260/apples-sleazy-secret-police-lose-their-leader

[20] CNET, *Apple pushed security executive out,* https://www.cnet.com/news/source-apple-pushed-security-executive-out/ ; MarketWatch,*Police task force oversight committee has included Apple*, https://www.marketwatch.com/story/apple-has-sat-on-steering-committee-for-task-force-2010-04-27

[21] Gawker, *Apple's Sleazy Secret Police Lose Their Leader*, Nov 4 2011, https://www.gawker.com/5856260/apples-sleazy-secret-police-lose-their-leader

[22] *This Is How Apple Keeps the Secrets,* 2012, https://fortune.com/2012/01/18/the-secrets-apple-keeps/

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

long history of child labor,[23] "sweatshop" working conditions,[24] hexane poisoning,[25] mishandling of toxic waste,[26] worker "interrogations" leading to suicide,[27] suicides at the corporate headquarters,[28] "no-suicide vows,"[29] "suicide nets,"[30] and even lobbying **for** forced labor.[31] Workers from Silicon Valley to Albania complain of surveillance, invasions of privacy, oppression, and unsafe work conditions.[32]

Apple workers around the globe have been involved in organizing since at least the 1990s. Apple worker organizations have been made up of retail, corporate, contract, and other workers. Unionization efforts started in the United States back in 1991 with Apple's janitors successfully unionizing with SEIU through protests, boycotts, press coverage, and even a hunger strike.[33]

In 2013, retail workers started organizing a "Apple Retail Workers Union" and calling for a formal labor union.[34] Apple security guards started organizing and looking to form a union in 2014

---

[23] Guardian, "*Child labour uncovered in Apple's supply chain: Internal audit reveals 106 children employed at 11 factories making Apple products in past year,*" 2013 , https://www.theguardian.com/technology/2013/jan/25/apple-child-labour- supply; BBC, "*Apple, Samsung and Sony face child labour claims,*" 2016, https://www.bbc.com/news/technology-35311456 ; AP, "*Lawsuit: Apple, Microsoft profit from child cobalt miners,*" 2019, https://apnews.com/article/technology-business- africa-lawsuits-politics-a950d585f885f670aee416db8973e3f3

[24] Washington Post, "*Sweatshop Conditions at iPod Factory Reported,*" 2006, https://www.washingtonpost.com/wp- dyn/content/article/2006/06/15/AR2006061501898.html

[25] ICRT, "*Harsh Reality Behind Apple Scandal,*" https://icrt.co/harsh-reality-behind-apple-scandal/ ; Wired, "*Workers Plan to Sue iPhone Contractor Over Poisoning,*" 2010 https://www.wired.com/2010/05/wintek-employees-sue/

[26] California DTSC, "*Apple Agrees to Pay $450,000 to Settle Hazardous Waste Violations,*" 2016, https://dtsc.ca.gov/2016/12/06/apple-agrees-to-pay-450000-to-settle-hazardous-waste-violations/

[27] Gizmodo, "*Report: iPhone Leak Interrogations Drive Foxconn Employee to Suicide,*" 2009, https://gizmodo.com/report- iphone-leak-interrogations-drive-foxconn-employ-5319275

[28] CNN, "*Apple employee found dead at HQ shot himself,*" 2016, https://money.cnn.com/2016/04/28/technology/apple- employee-death-gun-suicide/index.html

[29] NBC News, "*Chinese factory asks for 'no suicide' vow,*" 2010, nbcnews.com/id/wbna37354853

[30] WIRED, "*Foxconn Rallies Workers, Leaves Suicide Nets in Place,*" 2010, https://www.wired.com/2010/08/foxconn- rallies-workers-installs-suicide-nets/

[31] Washington Post, "*Apple is lobbying against a bill aimed at stopping forced labor in China,*" 2020, https://www.washingtonpost.com/technology/2020/11/20/apple-uighur/

[32] What It's Like to Work Inside Apple's 'Black Site': Contractors a few miles from the company's spaceship-like headquarters live in fear of termination—and the bathroom lines. Bloomberg, (Feb 2019), https://www.bloomberg.com/news/features/2019-02-11/apple-black-site-gives-contractors-few-perks-little-security ; Big Tech call center workers face pressure to accept home surveillance: Workers at one of the world's largest call center companies said additional monitoring would violate the privacy of their families in their homes. NBC News: (Aug 2021), https://www.nbcnews.com/tech/tech-news/big-tech-call-center-workers-face-pressure-accept-home-surveillance-n1276227

[33] UNION CLAIMS KEY VICTORY IN BID TO `CLEAN UP` SILICON VALLEY, Chicago Tribune, 1992, https://www.chicagotribune.com/news/ct-xpm-1992-07-20-9203050495-story.html

[34] Apple Store Employee Cory Moll Seeks Union For Retail Staffers, Huffpost, Jun 13 2011, https://www.huffpost.com/entry/apple-store-employees-union-cory-moll-retail-workers_n_875767

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

with SEIU.[35] At that time, a USWW union executive complained, "*Apple frequently intimidates workers and retaliates against those who get involved with the union around the country*." [36]

In 2015, Apple shuttle and bus drivers successfully unionized with the Teamsters.[37] Starting in 2022, numerous Apple Retail Stores in the US have attempted to unionize.[38] Union-busting tactics were already reported early on.[39] Apple retail store employees in Atlanta Georgia withdrew an election citing 'illegal union-busting tactics' by Apple.[40] "*Apple has conducted a systematic, sophisticated campaign to intimidate them and interfere with their right to form a union,*" the CWA representative said. [41] NLRB General Counsel found merit Apple was unlawfully forcing workers to attend captive audience meetings.[42]  In September 2022, an Oklahoma City Apple retail store petitioned for an election, represented by CWA, and voted to unionize in October of 2022. They also filed charges with the NLRB against Apple for "*illegally surveilling, threatening and questioning workers at the Oklahoma City store.*" [43] [44]

In October 2022, the NLRB issued a complaint against Apple over accusations that Apple interrogated its retail workers about their union support and prevented pro-labor fliers in a store break room.[45] The union accused Apple of interrogating staff at a World Trade Center store and

---

[35] Guards Need Job Security of Their Own, Say Apple Store Protesters, In These Times, 2014, https://inthesetimes.com/article/guards-need-security-of-their-own-say-apple-store-protesters
[36] Guards Need Job Security of Their Own, Say Apple Store Protesters, In These Times, 2014, https://inthesetimes.com/article/guards-need-security-of-their-own-say-apple-store-protesters
[37] Silicon Valley Shuttle Drivers Vote to Join Union, Feb 2015, NYT, https://archive.nytimes.com/bits.blogs.nytimes.com/2015/02/28/silicon-valley-shuttle-drivers-vote-to-join-union/?_r=0
[38] Some U.S. Apple Store employees are working to unionize, part of a growing worker backlash, Washington Post, Feb 18 2022, https://www.washingtonpost.com/technology/2022/02/18/apple-retail-stores-union-labor/
[39] Some U.S. Apple Store employees are working to unionize, part of a growing worker backlash, Washington Post, Feb 18 2022, https://www.washingtonpost.com/technology/2022/02/18/apple-retail-stores-union-labor/
[40] Apple Atlanta Workers Drop Bid for Union Vote Next Week, Claiming Intimidation, Bloomberg, May 27 2022, https://www.bloomberg.com/news/articles/2022-05-27/apple-atlanta-workers-drop-bid-for-unionization-vote-next-week
[41] Apple Atlanta Workers Drop Bid for Union Vote Next Week, Claiming Intimidation, Bloomberg, May 27 2022, https://www.bloomberg.com/news/articles/2022-05-27/apple-atlanta-workers-drop-bid-for-unionization-vote-next-week
[42] The Fallout From Apple's Bizarre, Dogged Union-Busting Campaign, WIRED, July 28 2022, https://www.wired.com/story/apples-union-busting-campaign-caused-a-bad-fallout/
[43] An Apple Store in Oklahoma City votes to unionize, TechCrunch, Oct 15 2022, https://techcrunch.com/2022/10/15/an-apple-store-in-oklahoma-city-votes-to-unionize/
[44] Apple Employees in Oklahoma City Petition to Unionize Store, Bloomberg, September1 2022, https://www.bloomberg.com/news/articles/2022-09-01/apple-employees-in-oklahoma-city-petition-to-unionize-store?sref=ExbtjcSG
[45] NLRB Issues Complaint Against Apple, NYT, Oct 4 2022, https://www.nytimes.com/2022/10/04/business/apple-store-nlrb-ruling.html

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

discriminating against union supporters in enforcing a no-soliciting policy.[46]  In June 2023, an NLRB judge ruled against Apple, finding Apple violated federal labor law.[47]

In December 2022, Apple retail workers organizing with CWA in Columbus Ohio filed a complaint to the NLRB alleging Apple was "*soliciting employees to join an employer-created / employer-dominated labor organization as a means of stifling union activities"* (aka an unlawful company union) in addition to holding captive audience meetings and making threats. [48] In December 2022, NLRB found merit that Apple violated the NLRA in Atlantic Georgia.[49] In January 2023, NLRB found merit in five unfair labor practice charges filed by corporate employees.[50]

In China, Apple directly employs 12,000 workers across its retail and corporate divisions and claims agency over 4.8 million workers in the country; likely most are contracted through Apple's suppliers and manufacturing plants, including at least 1.2 million working at Foxconn's iPhone assembly factories.[51] Foxconn is the largest unionized company in the world. Foxconn made global headlines with a wave of worker suicides at the company's Chinese plants in 2009 and 2010, and after its treatment of its huge workforce has attracted intense scrutiny. Foxconn and Apple's response to the suicides was to have large nets installed outside many of the buildings to catch falling bodies ("suicide nets"), and workers were made to sign pledges stating they would not attempt to kill themselves.[52] Foxconn has become a focus for criticism of practices widespread in Chinese factories including illegal overtime, low pay, and the use of underage workers.[53] Even last year, Foxconn's Apple factories were in the news again – now with allegations of indentured servitude and

---

[46] Apple Created a Pseudo-Union to Defeat Organizers in Ohio, Complaint Claims, Bloomberg, December 16 2022, https://www.bloomberg.com/news/articles/2022-12-16/apple-created-pseudo-union-to-defeat-organizers-complaint-says

[47] Bloomberg, *Apple Illegally Interrogated Staff About Union, Judge Rules*, June 2023, https://www.bloomberg.com/news/articles/2023-06-21/apple-illegally-interrogated-staff-about-union-judge-rules

[48] Apple Created a Pseudo-Union to Defeat Organizers in Ohio, Complaint Claims, Bloomberg, December 16 2022, https://www.bloomberg.com/news/articles/2022-12-16/apple-created-pseudo-union-to-defeat-organizers-complaint-says

[49] Apple Created a Pseudo-Union to Defeat Organizers in Ohio, Complaint Claims, Bloomberg, December 16 2022, https://www.bloomberg.com/news/articles/2022-12-16/apple-created-pseudo-union-to-defeat-organizers-complaint-says

[50] Apple Executives Violated Worker Rights, Labor Officials Say, Bloomberg, Jan 30 2023, https://www.bloomberg.com/news/articles/2023-01-30/apple-executives-violated-worker-rights-us-labor-officials-sa

[51] Apple Supports 4.8 Million Jobs in China, More Than Double US Total, Yahoo, March 17 2017 , https://www.yahoo.com/news/apple-supports-4-8-million-135220928.html

[52] Life and death in Apple's forbidden city, The Guardian, Jun 18 2017, https://www.theguardian.com/technology/2017/jun/18/foxconn-life-death-forbidden-city-longhua-suicide-apple-iphone-brian-merchant-one-device-extract

[53] Foxconn plans Chinese union vote, CNN, Feb 4 2013, https://edition.cnn.com/2013/02/03/business/china-foxconn-union/index.html

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

trafficking, and when workers protested the abuse, they were met with beatings by state police.[54]

On December 18, 2014, retail workers in Apple's Japan stores announced a union affiliated with Tozen. Three of Japan's ten Apple stores are now unionized with Tozen.[55] There have also been unions and worker protests in India. In December 2020, thousands of contract workers at a Bangalore factory owned by Apple supplier Wistron Corp protested over alleged non-payment of wages.[56] Other violations highlighted found upon further investigation included underpayment of wages to contract workers and housekeeping staff, and making female staff work overtime without legal authorization.[57] In December 23 2021, 159 workers protested for poor working conditions and a mass poisoning incident.[58] Twenty-two activists, including leaders of the Centre of Indian Trade Unions (CITU), were put behind bars for extending support to the workers and visiting them. [59]

In September 2022, Australian workers brought Apple to the Fair Work Commission over employee demands for better pay and a guaranteed weekend.[60] The workers secured a protected action order with the nation's Fair Work Commission, which would allow them to protest without risking their jobs or getting sued.[61] The national secretary of the SDA Union, accused Apple of acting like "a cheap bully in a cheap suit" and said it never should have taken intervention from the Fair Work Commission for Apple to come to the table. "This giant multinational should have more regard for the welfare of its Australian workforce than to try to dictate a pre-determined outcome it wants to impose rather than engaging in genuine bargaining. This is Australia not the United States," he said.[62] In October 2022, with three Australian unions negotiating with Apple for better pay,

---

[54] Foxconn apologizes for pay dispute at China factory, San Diego Union-Tribune, Nov 24 2022, https://www.sandiegouniontribune.com/business/nation/story/2022-11-24/foxconn-apologizes-for-pay-dispute-at-china-factory

[55] Apple Retail Workers Unionize in Japan, Tozen, 2014, https://tozenunion.org/apple-retail-workers-unionize-in-japan/

[56] India: arrests made after protest over food poisoning at Apple supplier Foxconn site in Chennai , SCMP, December 20 2021, https://www.scmp.com/news/asia/south-asia/article/3160425/india-arrests-made-after-protest-over-food-poisoning-apple

[57] Apple puts supplier Wistron on notice after Indian factory violence, Reuters, December 19 2020, https://www.reuters.com/article/apple-india-idCAKBN28T0DW

[58] TN: Underpaid and Exploited Foxconn Workers Burst in Protest After Workers Fell ill, Newsclick, 23 December 2021, https://www.newsclick.in/TN-Underpaid-Exploited-Foxconn-Workers-Burst-Protest-Workers-Fell-ill

[59] TN: Underpaid and Exploited Foxconn Workers Burst in Protest After Workers Fell ill, Newsclick, 23 December 2021, https://www.newsclick.in/TN-Underpaid-Exploited-Foxconn-Workers-Burst-Protest-Workers-Fell-ill

[60] 'Bully in a cheap suit': Apple agrees to negotiate with Australian staff after union showdown, The Guardian, September 21 2022, https://www.theguardian.com/technology/2022/sep/21/bully-in-a-cheap-suit-apple-agrees-to-negotiate-with-australian-staff-after-union-showdown

[61] Australian Workers Are the Latest International Apple Staff to Unionise, VICE, September 8 2022, https://www.vice.com/en/article/qjk3eb/australian-workers-union-apple-strike

[62] 'Bully in a cheap suit': Apple agrees to negotiate with Australian staff after union showdown, The Guardian, September 21 2022, https://www.theguardian.com/technology/2022/sep/21/bully-in-a-cheap-suit-apple-agrees-to-negotiate-with-australian-staff-after-union-showdown

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

benefits, and working conditions – 150 workers engaged in a strike.[63]

Apple is a huge multinational corporation based in the United States with a long history of labor and human rights violations in their domestic and international supply chain and operations. If Apple is not held accountable in the country the corporation is headquartered in, what hope do other countries have in enforcing international labor standards against Apple abroad?  The United States must set expectations for Apple here & abroad – that whether it is California labor and privacy laws, United States labor statutes, foreign national labor laws, or international standards such as from the International Labor Organization – whether it is employees, contractors, or vendors – Apple should be expected to made a good faith effort to follow the law, and governments should be able to investigate allegations of misconduct with independence and integrity. But that is not occurring; enter, my case study.

## Electronic Monitoring & Data Collection

### "FACE ID"& APPLE'S FACE "GOBBLER" APPLICATION

Apple announced its "Face ID" iPhone authentication feature on September 12, 2017.[64] Face ID captures, collects, and possesses Face ID users' facial geometry by *"projecting and analyzing tens of thousands of invisible dots to create a depth map of [the user's] face and also captures an infrared image of [the user's] face."*[65] Face ID data is *"refined and updated as [users] use Face ID."*[66] Apple says their average users unlock their phones 80 times a day, but other reports state people look at their phones upwards of 130 times a day.[67] Apple says Face ID is *"attention aware"* and only unlocks an iPhone when the user's eyes are open and looking at the screen.[68]

---

[63] New Crack in Apple's Armor as Dozens Strike at Its Stores in Australia, NYT, Oct 18 2022, https://www.nytimes.com/2022/10/17/business/apple-store-strike-australia.html
[64] Apple announced Face ID during the unveiling of the iPhone X on September 12, 2017, https://www.theverge.com/2017/9/12/16288806/apple-iphone-x-price-release-date-features-announced
[65] Apple Inc, *About Face ID advanced technology*,  https://support.apple.com/en-us/HT208108
[66] Apple Inc, *Face ID Privacy*, https://www.apple.com/legal/privacy/data/en/face-id/
[67] Ben Bajarin, *Apple's Penchant for Consumer Security*, Techpinions, April 2016, https://techpinions.com/apples-penchant-for-consumer-security/45122,
[68] Apple Inc, *Change Face ID and attention settings on iPhone*, https://support.apple.com/en-ph/guide/iphone/iph646624222/ios

# Information for OSTP on Automated Worker Surveillance and Management in the United States

Privacy concerns arose quickly after launch, the security of biometrics gathered/stored by Face ID.[69] TechCrunch wrote, *"Face ID raises a range of security and privacy concerns because it encourages smartphone consumers to use a facial biometric for authenticating their identity and specifically a sophisticated full three-dimensional model of their face."*[70] Concerns were also raised the year before about Apple's "faceprints" in its Photos applications. The Verge wrote, *"There's a real privacy issue at stake… Facial recognition can be put to some very creepy uses when faceprints are freely available."* [71]

A researcher warned in 2017, *"once the Face ID system is enabled, the iPhone X can become a potential technology for users to be spied on without noticing. Information about faces can contain a lot of personal information like age, gender, race but also emotions. Face ID can recognize these emotions and this information can for example be combined with on-screen content like advertisements and websites. Face ID technology might also 'read' the environment of the iPhone's user. The technology might be aware of the user's specific living conditions."* [72]

In 2017, Senator Al Franken wrote to Apple (via Tim Cook), expressing concerns and requesting clarifications about the privacy of Apple's Face ID feature. Apple responded saying, "*Face ID uses facial matching neural networks that we developed using over a billion images, including IR and depth images collected **in studies conducted with the participants' informed consent**.*" [73]  Meanwhile, however, Apple was pressuring employees to upload their "faceprint data" to Apple internal servers, capturing secret photographs and videos of employees, and told employees that face-related logs were automatically uploaded from their iPhones daily. Further, with Apple's internal Mobile Device Management (MDM) profiles and other security tools, it's doubtful whether the data would even need to be "uploaded" or if Apple already had access if they wanted it. [74]

---

[69] App developer access to iPhone X face data spooks some privacy experts, https://www.reuters.com/article/us-apple-iphone-privacy-analysis/app-developer-access-to-iphone-x-face-data-spooks-some-privacy-experts-idUSKBN1D20DZ
[70] Natasha Lomas, *Apple responds to Senator Franken's Face ID privacy concerns*, TechCrunch (October 17, 2017), https://techcrunch.com/2017/10/17/apple-responds-to-senator-frankens-face-id-privacy-concerns/
[71] The Verge, *Apple's new facial recognition feature could spur legal issues,* 2016, https://www.theverge.com/2016/6/16/11934456/apple-google-facial-recognition-photos-privacy-faceprint
[72] Amber de Zeeuw, *iPhone Face ID: Privacy issues we should worry about*, 2017, https://mastersofmedia.hum.uva.nl/blog/2017/09/25/iphone-face-id-privacy-issues-we-should-worry-about/
[73] Natasha Lomas, *Apple responds to Senator Franken's Face ID privacy concerns*, TechCrunch (October 17, 2017), https://techcrunch.com/2017/10/17/apple-responds-to-senator-frankens-face-id-privacy-concerns/
[74] CDEMI, *Never accept an MDM policy on your personal phone,* 2019, https://blog.cdemi.io/never-accept-an-mdm-policy-on-your-personal-phone/

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

In 2017, Craig Federighi said that because "*the [Face ID training] data needed to include a high-fidelity depth map of facial data,*" "*Apple **went out and got consent from subjects** to provide scans that were **quite exhaustive**. Those scans were taken from many angles and contain a lot of detail that was then used to train the Face ID system.*" [75]

On Jan 9 2019, the Apple manager running Gobbler, posted an article to LinkedIn called "Data Collection" where he wrote, "*During the lead up to Face ID being launched, **my team went out and collected a large set of potential aggressors** to see if we were missing anything in our larger data collections, things would be normal to a regular user.*" [76] Later that year, he posted again about the work Apple did on Face ID, saying that "***tons of data was being collected at the time to cover all the bases.*" [77]

In 2017, Craig Federighi said Apple "***went to great lengths** to gather **its own data** on facial shapes and angles.*"[78]  Federighi said, Apple "***retains a high-fidelity depth map** of that [training] data"* and "*as Apple trains these models and iterate on these algorithms,*" Apple "*wants **raw** sensor data to use and develop and optimize them.*" [79] Federighi, said "*When it comes to customers, Apple gathers absolutely nothing itself via Face ID and that Apple does not gather customer data when you enroll in Face ID, it stays on your device, we do not send it to the cloud for training data.*" [80] Federighi did not distinguish a customer in range of the hot & hungry camera of an Apple employee's iPhone with Gobbler installed.

Apple never responded directly to one of the Senator's questions, either to the U.S. Senate or to the press. The Senator asked, "*Apple has stated that it used more than one billion images in developing the Face ID algorithm. Where did these one billion face images come from?*"[81] **Apple would not answer**. What Federighi omitted is that those images came from employees just like me, whether I wanted to share them or not.

---

[75] TechCrunch, *Interview: Apple's Craig Federighi answers some burning questions about Face ID*, 2017, https://techcrunch.com/2017/09/15/interview-apples-craig-federighi-answers-some-burning-questions-about-face-id/
[76] LinkedIn, https://www.linkedin.com/pulse/design-experiment-data-collection-robert-mckeon-aloe/
[77] LinkedIn, https://www.linkedin.com/pulse/ml-examining-test-set-robert-mckeon-aloe/
[78] TechCrunch, *Interview: Apple's Craig Federighi answers some burning questions about Face ID*, 2017, https://techcrunch.com/2017/09/15/interview-apples-craig-federighi-answers-some-burning-questions-about-face-id/
[79] TechCrunch, *Interview: Apple's Craig Federighi answers some burning questions about Face ID*, 2017, https://techcrunch.com/2017/09/15/interview-apples-craig-federighi-answers-some-burning-questions-about-face-id/
[80] TechCrunch, *Interview: Apple's Craig Federighi answers some burning questions about Face ID*, 2017, https://techcrunch.com/2017/09/15/interview-apples-craig-federighi-answers-some-burning-questions-about-face-id/
[81] Letter from Senator Al Franken to Tim Cook about Face ID, (Sept 13 2017), https://web.archive.org/web/20170914201224/https://www.franken.senate.gov/files/letter/170913_AppleFaceID.pdf

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

**The Gobbler User Study**

I worked in Apple Research & Development. We were frequently pressured to "live on" one device for both work and personal use. Apple wanted to use our uncompensated labor to test new hardware and software using customer scenarios 24/7, at the expense of our privacy and work/life balance. This extended to my "live on" and testing of these devices, with my personal data and usage, being cited in my annual review. I even received emails noting what device I was 'living on' and nagging me to move to a future software build or prototype hardware model. We were also pressured to participate in very personal "user studies" using company devices.

On August 3 2017, an Apple engineering manager emailed an unknown list of Apple employees, including myself, about a "Gobbler" user study.[82] The manager wrote the study used an iOS application called "Gobbler," and told employees "*as you continue to use your device, use the Gobbler application to periodically upload data that has been logged.*"[83]  The manager then wrote, "__*In terms of data collection, we want more*__. *The algorithm uses deep learning and the more data the better.*" He wrote that the Gobbler algorithms are "__*hungry for data*__" and that "*for uploading data: __all data that has your face in it is good data__.*"[84] I did not respond to or act on the email; it was a weird email and by the way it was described, I wanted nothing to do with that tool/study, even if it meant I was being 'disloyal.'

On Aug 7 2021, I received a different email from a group account saying "*Come join us! We look forward to seeing*



Ashley M. Gjøvik
@ashleygjovik

Follow ⌄

Totally normal. Nothing weird about any of this. Just the video/photos my internal #Apple iPhone captures of me while I'm not paying attention, and stores on device, and also maybe uploads too?

volume-assets.voxmedia.com/production/773 …



*Figure 1: One of the Twitter posts Apple claims they fired Gjovik over*

---

[82] Email from R.M. in Apple Video Engineering, to "recipients not specified," Date: August 3 2017 7:45am PST, Subject: *Participating in [codename]Loop…*

[83] Email from R.M. in Apple Video Engineering, to "recipients not specified," Date: August 3 2017 7:45am PST, Subject: *Participating in [codename]Loop…*

[84] Email from R.M. in Apple Video Engineering, to "recipients not specified," Date: August 3 2017 7:45am PST, Subject: *Participating in [codename] Loop…*

### Information for OSTP on Automated Worker Surveillance and Management in the United States

*you there!"* [85]  The email appeared to be a mandatory social event, though I was confused why the email said not to attend if I was *"taking photosensitizing medications or have any known photosensitizing medical conditions."* Regardless, I promptly accepted, assuming it was expected of me. (The message said nothing about Face ID.) I received another response later that day saying, *"Hello there! Thank you very much for responding to our invite! ….. You will receive an iCal invite to the event shortly… Please arrive at [Apple's Mathilda 3B office building] Patio at your scheduled time. Do not hesitate to reach out if you have any questions or concerns regarding the study. See you soon!"* [86]

It still sounded like some sort of mandatory social event, however the email also stated "*Prior to your participation, we kindly request that you do the following: Review the ICF [Informed Consent Form] and email sign the ICF by registering your email and completing the short pre-study survey that will be sent."* During my time at Apple, I was forced to sign hundreds of contracts to get access to everything from offices, conference rooms, documentation, and the basic to do my job, so I "signed" the ICF as requested. As far as I can tell, I never received a confirmation I signed it, nor did I get a copy of the ICF, and when I tried to access the ICF [87] again in 2021 the link went to website with an error message saying "connection insecure."

I showed up to the "Social Event" as requested. The "patio" was actually a parking lot. The temperature that day was very hot. As I approached the destination, if my memory serves me right, I saw a ~40ft diameter circular compound, with ~10ft high fence around it. There was a chain link fence, with black plastic lining it and then another chain link fence and more black plastic. On top, there were security cameras pointed inside and outside. There were one, maybe two, armed security guards standing outside the compound. One of the guards checked me in and told me to sit at a picnic table until called. I remember being hot, dehydrated, and scared. I wanted to leave, but didn't want to ask to leave, because then the armed guard might get upset or suspicious, so I waited. They finally let in 4 or 5 employees. They opened the first door of the gate, we went in, then they close the outer gate and open the inner gate – so no one on the outside could see in. I believe the gate was locked behind us.

---

[85] Email from SSP User Study Group to "recipients not specified," Date: August 7 2017 7:45am PST, Subject: *Social Hour Study: You're Invited!*
[86] Email from SSP User Study Group to "recipients not specified," Date: August 7 2017 6:55pm PST, Subject: *Social Hour Study: Registration*
[87] "Attache" link

### INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Upon entering, there was music playing in the background & we were told to sit in the circle. The armed guard left and there were two Global Security guys remaining. One was at the make-shift bar & the other guy sat with the employees in a circle. I wanted to leave but I was locked in a compound with 10ft high gates, security cameras, and <u>an armed guard</u>, so I thought "*I'm too young to die*" and stayed put.

The guy in the circle explained what we're doing, we're going to enroll in Face ID and we're going to test it on iPhones with this Gobbler application and we must complete a set list of testing objectives before we are allowed to leave. The ICF had to be complete before we could set up the accounts, and he helped us set up the Gobbler accounts on the test phones. Then we had to try to enroll in Face ID and then complete our task list. It was like 12 tasks (put sunglasses on & take 10-20x pics, make a "silly" faces & take 10-20x pics, etc). He explained this testing set-up was specifically because they were having trouble with direct sunlight conditions, so even though they wanted to keep all testing in secure lockdowns, they set up this compound in the 100-degree sun so we could do real world testing for them.

I remember being miserable and desperately wanting to leave, so I did the testing as quickly as I could so I could go. When each of employee was done, I remember the guard unlocked the inner gate, then had the employee step in, closed the inner door, and opened the outer door and let them out. After that, the Gobbler application was always pre-installed and logged in on my iPhone, even if I changed phones. I kept attempting to log out and turn it off, but it would keep reopening and logging back in and collecting more videos/photos.



Apple would later rename the application from Gobbler to "Glimmer" after criticism about the *facial "Gobbler"* name. On Apple's internal "Living On" help page, it explains that when you "live on" Apple devices, *"You are encouraged to make full use of your living on devices as you regularly would, and try to log as many bugs as possible. This will help us provide a better and bug free product to our*



*Figure 2: Photos captured by "Gobbler" in Gjovik's home bathroom, including Gjovik washing her face without clothing*

- Page 17 of 47 -

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

customers. [88] The page also has a section on Gobbler/Glimmer, explaining *"Glimmer is an app that's included in internal development installs of Face ID equipped devices*." [89]

The page suggests uploading data from the app *"**captured in employee's homes.**"* [90] Apple's internal "Face ID FAQ" page said *"Users are encouraged to use Face ID in all places Touch ID is replaced on iPhone X….please use in a variety of conditions: From the bright outdoors to the **darkest rooms**. In workday, evening and **weekend attire**. With and without makeup.*" [91] It said the Gobbler data "*can be previewed and included in radars and/or **donated** otherwise via the Gobbler to help make the feature better (there are many other things beside training the neural nets, that the data can be used for to improve the product)."* The page did not elaborate further.[92]

In the documentation pages, several restrictions were noted. One said*, "Data gathering **may be restricted in some countries**. You will be notified if that is the case.*"[93] Another said, *"Data privacy laws only allow us to gather and upload data from the US, Canada or Israel. Please **do not upload any data gathered outside of these countries**."*[94] Another said, *"To participate, please take the time to download the Informed Consent Form… and review it."* The Apple manager said the study was being conducted in "*the USA, Brazil, Tel Aviv,*" and the EU "*but not France or Germany*." [95] A page said, *"**some data should not be submitted from certain regions,**"* [96] while another page said, "*For now, Glimmer is only available for Apple employees working in the United States*." [97]

I also saw in notes that the app was forbidden to be used in Japan and China, but then at some point, Apple decided to gather some logs there anyways. On October 16, 2019 an engineer filed a Radar titled, "*Add Geo Location into Glimmer,*" saying

*"We're going to change how we deal with blacklisted countries. We're going to allow auto-A files to upload…. The aim is to better understand Japan and China because we have a number of people over there know…We're adding another*

[88] Apple, *Living On*, Dev Pubs, Confluence page
[89] Apple, *Using Glimmer*, Confluence page
[90] Apple, *Using Glimmer*, Confluence page
[91] Apple, *Face ID FAQ*, Confluence page
[92] Apple, *Face ID FAQ*, Confluence page
[93] Standard Operating Procedure (SOP) for Glimmer usage
[94] Apple, Face ID FAQ, Confluence page
[95] Email from R.M. in Apple Video Engineering, to "recipients not specified," Date: August 3 2017 7:45am PST, Subject: *Participating in [codename] Loop…*
[96] Apple, *Living On*, Dev Pubs, Confluence page
[97] Apple, *Using Glimmer*, Confluence page

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

field… specifying geo location is needed for distinguishing the location.... Once the ICF is updated, the geo location for all previous black-list countries as China and Japan can also collect autoAFile data."[98]

The engineer noted the changes were made as of Glimmer v3.25.0 on Dec 3, 2019.[99]

It was extraordinarily unclear what data was being automatically uploaded, how and when. I saw another employee complaining in 2019, "*why is Glimmer always running*?"[100] The engineer responded, *"Glimmer is launched every day at 2 am to collect non-PI logs from FaceD, zip them, and upload them to a server for machine learning algorithms and data analysis tools to be computed. This allows to monitor non-regression and algorithm updates impacts.*"[101]

Another employee asked in 2019, "*Why is Glimmer launching automatically*?" He wrote, "*I noticed on my device there's some kind of launch job started by root to launch Glimmer as suspended all the time. Why is this happening? What is it for?*" The engineer responded, "*Glimmer is launched to upload some non PI (logs) data automatically.*"[102]

My open questions included whether my personal data was being backed up on employee iCloud backups, synced via iCloud, and/or accessed/copied by Apple's corporate MDM profiles – or other Global Security surveillance of employee phones. It also disturbed me that the app was taking photos/videos without any notification (sound, signal, etc), which made me think that Apple, if it wanted to, could activate my device cameras and watch me without me knowing at any time as well. I talked to other employees, including managers, with similar concerns.

---

[98] Radar filed on October 16, 2019 at 4:35 PM, Title: *Add Geo Location into Glimmer*
[99] Radar filed on October 16, 2019 at 4:35 PM, Title: *Add Geo Location into Glimmer*
[100] Radar filed on December 13, 2019 at 6:08 PM, Title: *Why is Glimmer always running?*
[101] Radar filed on December 13, 2019 at 6:08 PM, Title: *Why is Glimmer always running?*
[102] Radar filed on September 25, 2019 at 1:53 PM, Title: *Why is Glimmer launching automatically?*

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

I partnered with a journalist to expose my concerns and the article was published on August 30, 2021 – while I was still employed by Apple, but while I had been forced on paid administrative leave. The article was titled, "***Apple Cares About Privacy, Unless You Work at Apple.***" [103] The article discussed the Gobbler app and that "*images are recorded every time employees open their phones*" and "*every time an employee picked up their phone, the device recorded a short video — hopefully of their face*." The article quoted the internal email saying "*all data that has your face in it is good data,*" and also quoted me saying "***If they did this to a customer, people would lose their goddamn minds,*** *says Ashley Gjøvik, a senior engineering program manager.*" [104] The article noted that two employees confirmed that participation in studies like Gobbler was not just "*encouraged*" but "*even expected.*" The article also noted employees had **no idea "*what was happening with the hundreds of images*** " taken by their phones. [105]

---

[103] Zoe Schiffer, *Apple Cares About Privacy, Unless You Work at Apple*, The Verge (Aug 30 2021), https://www.theverge.com/22648265/apple-employee-privacy-icloud-id

[104] Zoe Schiffer, *Apple Cares About Privacy, Unless You Work at Apple*, The Verge (Aug 30 2021), https://www.theverge.com/22648265/apple-employee-privacy-icloud-id

[105] Zoe Schiffer, *Apple Cares About Privacy, Unless You Work at Apple*, The Verge (Aug 30 2021), https://www.theverge.com/22648265/apple-employee-privacy-icloud-id

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES



106                                                                          107  108

*^ The Twitter Posts Apple's Lawyer's Demanded that I Delete on Sept 15 2021 ^*

**Twitter Post: August 30 2021** [109]

[106] https://twitter.com/ashleygjovik/status/1432381395955900416
https://web.archive.org/web/20210830170534/https://twitter.com/ashleygjovik/status/1432381395955900416
[107] https://twitter.com/ashleygjovik/status/1432381497370034184
https://web.archive.org/web/20210830170723/https://twitter.com/ashleygjovik/status/1432381497370034184
[108] https://twitter.com/ashleygjovik/status/1432400136471072769
https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[109] Twitter, https://twitter.com/ashleygjovik/status/143241689120149094

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES



**ASHLEY M. GJØVIK**
@ashleygjovik

I still love #Apple products & brand. I devoted nearly 7 years & much blood/sweat/tears ensuring Apple's products are exceptional. However, Apple the corporation needs a reckoning. Apple's policy of "secrecy" should not shield it from public scrutiny about human rights & dignity.

Working at Apple in "normal" times, I walked in circles around their glass-walled panopticon, only able to badge into select lockdowns (a constant reminder that Apple has absolute control over my resources and access), and was immersed in a culture where it is implicitly forbidden to critique Apple policies or even speak openly to your coworkers with concerns about your employment & work conditions, lest you upset the cronyism, ex-CIA/ex-FBI security teams, and other "powers that be." I realize now that during those times, I didn't question a lot of things that I should have. Not just the abuse I suffered, but also the constant invasion of privacy — and perhaps those two things are linked.

There seems to be limitless ways Apple can access employee data and monitor us. I recently shared how violating it felt for Apple to demand to copy & permanently store my nudes for completely unrelated litigation. After the public outcry, I questioned other policies & actions Apple had taken. The internal "Glimmer" app had always troubled me, but I never voiced that concern, because inside we don't question the way things are or what we're asked to do. But now, in the light of day, considering everything Apple's already done to me, this app, the photos & data it gathers, and how little we know about what it does with all of that — is deeply troubling and I felt compelled to make it public. Apple's policy of "secrecy" should not shield it from public scrutiny about human rights & dignity.

11:56 AM · Aug 30, 2021 · Twitter Web App

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Responses to my disclosures included, but were not limited to:

- "This is creepy. I don't have words to express what is running through my head. "[110]
- "Straight up abusive and creepy behavior how can deployed iOS devices even run stuff like this?"[111]
- "Whatttt" [112] & "What the hell…."[113] & "Excuse me WHAT"[114]
- "Ah, but does the employee handbook say workers are human?" [115]
- "I've heard a manager say we don't have civil rights as employees" [116]
- "if anyone talks about apple privacy. show them this" [117]
- "No, just no." [118]
- This entire article is.. wow. [119]
- Because privacy is a fundamental human right* * that you need to give up to work for the company that cares so much about privacy. [120]
- [inserte su referencia a 1984 aquí] [121]
- This is terrible and so bothersome on many levels. [122]
- Quel enfer... [123]



*The "Gobbler" applications attempted to access my fully personal iPhone, even after I was fired.*

---

[110] https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[111] https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[112] https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[113] https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[114] https://web.archive.org/web/20210830182052/https://twitter.com/ashleygjovik/status/1432400136471072769
[115] https://twitter.com/ashleygjovik/status/143238123592649332
[116] https://twitter.com/ashleygjovik/status/1432381235926499332
[117] https://twitter.com/verge/status/1432381006670147587
[118] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments
[119] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments
[120] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments
[121] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments
[122] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments
[123] https://twitter.com/verge/status/1432381006670147587/retweets/with_comments

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

In 2010, the Electronic Frontiers Foundation wrote an article about Apple seeking a patent to do just the kind of thing the "Gobbler" application does today. EFF called the technology "*spyware*," "*traitorware*," and "*especially creepy*."[124] EFF warned the patent provided "a roadmap for how Apple can — and presumably will — spy on its customers and control the way its customers use Apple products." [125] The technology would allow Apple to record the voice of the device's user, take a photo of the device's user's current location or *even detect and record the heartbeat of the device's user*. [126]

EFF called the technology "*dangerous*" and warned, "*this patented device enables Apple to secretly collect, store and potentially use sensitive biometric information about the user.*" The patented technology can: "*take a picture of the user's face without a flash, any noise, or any indication that a picture is being taken to prevent the current user from knowing he is being photographed"* and *"can take a photograph of the surrounding location to determine where it is being used.*" [127] EFF warned, "*Apple will know who you are, where you are, and what you are doing and saying and even how fast your heart is beating*." [128]

"*Apple does not explain what it will do with all of this collected information on its users, how long it will maintain this information, how it will use this information, or if it will share this information with other third parties.*" [129] EFF urged, "*This patent is downright creepy and invasive…. Spyware, and its new cousin traitorware, will hurt customers and companies alike — Apple should shelve this idea before it backfires on both it and its customers*." [130]

In 2010, *Inc* also wrote about Apple's "*spyware*" patent,[131] calling it "*creepy*" and "*Orwellian*." The reporter said concerns may vary based on how much users trusted Apple and how intimate their "relationship is with a faceless mega-corporation." The writer queried readers, "*Are you comfortable enough with Apple that it's okay for them to have the power to turn on your iPhone camera, snap a picture of whatever is in plain site of the lense and then upload it to Apple for analysis?"* And if you respond that yes you think that's fine, then what if *"… it's all a big misunderstanding and the camera takes a picture for the Apple mothership while you are in*

---

[124] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[125] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[126] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[127] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[128] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[129] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[130] Julie Samuels, *Steve Jobs Is Watching You: Apple Seeking to Patent Spyware*, EFF, Aug 23 2010
[131] Patent: Systems and methods for identifying unauthorized users of an electronic device (10657238)

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

*the middle of sexy time?"* [132] "Apple filed another patent in 2011 for iPhone remote surveillance capabilities, such as transmission of the images and sounds that the device secretly captures." [133]

Courts have acknowledged the intrusive effect of hidden cameras and video recorders in settings that otherwise seem private. It has been said that the "*unblinking lens*" can be more penetrating than the naked eye with respect to "*duration, proximity, focus, and vantage point.*" [134]

On March 4 2022 Apple (via Orrick lawyers) wrote to the U.S. federal government that:

> "Apple terminate Ms. Gjovik's employment … because she violated Apple policy by intentionally disclosing confidential information about Apple products on Twitter and, as Apple later discovered, to the press … On August 30, 2021, Ms. Gjovik tweeted photographs and a video of herself created by the [Gobbler] application, thus disclosing Apple confidential information. She also linked to a story published in The Verge, a technology blog, in which she disclosed her participation in the [Gobbler user] study. As discussed above, Ms. Gjovik's very involvement with the [Gobbler user] study constitutes confidential information, as do any details about the study or photos or other documents that are the product of it. Apple's subsequent confirmation that she admitted to disclosing confidential information publicly and intentionally further justifies Apple's termination decision." [135]

  

[132] Renee Oricchio, *Orwellian Watch: Apple's Creepy Patent Application*, Inc., https://www.inc.com/tech-blog/orwellian-watch-apples-creepy-patent-application.html

[133] 9to5 Staff, *Patent indicates sophisticated remote surveillance for Find My iPhone*, (Jun. 16th 2011), https://9to5mac.com/2011/06/16/patent-indicates-sophisticated-remote-surveillance-for-find-my-iphone/

[134] *Cowles v. State* (Alaska 2001) 23 P.3d 1168, 1182 (dis. opn. of Fabe, J.)

[135] Letter from Apple Inc (via Orrick, Herrington & Sutcliffe LLP) to U.S. Department of Labor, March 4 2022, Re: *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

# Apple's Face "Gobbler"













# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

## EAR STUDIES

On Aug 10 2018, I was invited to a "HE User Study" for "anthropometry HH" sent by two Apple employees who previous asked for photos of my ears, and had discussed wanting to take scan my ears. I replied declining "***indefinitely***."[136] I assumed I'd be taken off the list for ear studies, but then in 2021, while I was on Indefinite Administrative Leave in August, I received three separate emails from Apple asking to scan my ears/ear canals, again. The email was titled, "*HE 3D Ear Scan Invitation!*"

The emails said, "*You're invited to a voluntary in-person study where we will capture high-resolution 3D scans of participants' ears. The goal of this effort is to collect representative ear geometry data across age, gender, and ethnic groups. These 3D scans are extremely valuable to audio research efforts and better our understanding of ear geometry variance.*" The email said I'd be asked to review an ICF prior to taking a recruitment survey and then another ICF for study participation. [137] I did not respond to any of the emails nor did I sign any ICFs.

I was disturbed by Apple's lack of respect for the privacy of its employees. I also wondered if Apple may have been emailing me these on purpose, since I already opted out, in order to harass me further. The emails didn't say "*Apple Confidential*," nor did they include anything that appeared actually secret or material. Regardless, I redacted them heavily when I publicly complained about the matter, since my point was to protest an employer pressuring its employees to gather such sensitive information (biometrics).



Hi Ashley!

You're invited to a voluntary in-person study where we will capture high-resolution 3D scans of participants' ears. The goal of this effort is to collect representative ear geometry data across age, gender, and ethnic groups.

These 3D scans are extremely valuable to audio research efforts and better our understanding of ear geometry variance.

---

[136] Aug 10 2018, Gjovik to SJ
[137] Ask survey

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES



*The Tweet Gjovik was fired over:*

**"I'm still over here in Apple's time-out chair & they keep telling me to respect my _abuser's_ privacy & be silent. Meanwhile I got 3x of these in the last month since being on leave. NO, APPLE, STOP IT. I can't tell if they're _harassing me_ or just being _super intrusive_ or both."**
138

---

138 *Aug 28 Twitter Post:*  https://twitter.com/ashleygjovik/status/1431824501457633283
https://web.archive.org/web/20210829034222/https://twitter.com/ashleygjovik/status/1431824501457633283

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Further, this wasn't news. On September 5 2020, Apple VP of Marketing , Greg Joswiak ("Joz") was interviewed by Wired about Apple AirPods.[139] Joz said, *"We did work with Stanford to __3D-scan hundreds of different ears__ and ear styles and shapes in order to make a design that would work as a one-size solution across a broad set of the population,"* Joswiak says. "*With AirPods Pro, we took that research further – __studied more ears, more ear types.__ And that enabled us to develop a design that, along with the three different tip sizes, works across an overwhelming percentage of the worldwide population."*

On December 9 2021, two Apple Product Design executives were interviewed by Wallpaper about Apple's product design team. [140] The article said, "*When AirPods' development began a decade or so ago, human factors researcher Kristi Bauerly found herself researching the 'crazily complex' human ear. '__We moulded and scanned ears__, worked with nearby academics, focusing on outer ears for the earbud design and inner ears for the acoustics,' she says. __Thousands of ears were scanned,__ and only by bringing them all together did the company find the 'design space' to work within. '__I think we've assembled one of the largest ear libraries anywhere,'__ Hankey says. 'The database is where the design starts,' Bauerly continues, 'and then we iterate and reiterate.*' " On July 28 2021, Apple was referred to as *"[an] ear-canal innovator.*"[141]

In 2020, Apple's patent filings describe a system for deriving biometrics using embedded biometric sensors on the AirPods (Earbuds). [142] The patent captures waveforms associated with the cycling profusion of blood to the skin, so multiple biometric parameters can be collected,

---

[139] The secrets behind the runaway success of Apple's AirPods: The wireless headphones have been a surprise hit. Here's how: Sept 5 2020, https://www.wired.co.uk/article/apple-airpods-success
[140] Inside Apple Park: first look at the design team shaping the future of tech, Dec 9 2021, https://www.wallpaper.com/design/apple-park-behind-the-scenes-design-team-interview
[141] Can you ID me now? Apple les for ear- canal biometrics patent, Jan 28, 2022,, https://www.biometricupdate.com/202201/can-you-id-me-now-apple-files-for-ear-canal-biometrics-patent
[142] Patent number 10856068; Apple's future AirPods/earbuds could facilitate biometric measurements, Niel Smith, December 30, 2020 https://www.myhealthyapple.com/apples-future-airpods-earbuds-could-facilitate-biometric-measurements/

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

including, for example, heart rate, blood volume, and respiratory rate.[143] Ears have been flagged as the future of biometric-based mass surveillance. [144] [145]

On March 4 2022 Apple (via Orrick lawyers) wrote to the U.S. federal government that:

> "On August 28, 2021, Ms. Gjovik tweeted details about a proprietary study Apple was conducting…. . Like the [Gobbler] study, the details of [this ear scanning study] were not known except to a small select group within Apple, and certainly not outside Apple, and Ms. Gjovik agreed to keep them confidential under her Confidentiality Agreement. Despite this, Ms. Gjovik's tweet both identified the name and purpose of the study regarding an unreleased product under development….. Apple terminated Ms. Gjovik's employment because she chose to disclose confidential Apple product information she was under an obligation to keep in confidence… The **only** reason that Apple terminated Ms. Gjovik's employment was due to her own deliberate breaches of her confidentiality agreements and violations of Apple policy."[146]

While we still believe these reasons are pretext for Apple's retaliation against me for reporting safety issues, discrimination, labor violations, and fraud – if Apple really thinks I violated their policies in protesting these invasive technologies, then their policies are wrong.

## OTHER USER STUDIES

Despite Apple's censoring of employee concerns about user studies, Apple is quite public about its user studies. Just searching LinkedIn for "Apple User Study," numerous people/positions are returned with detailed descriptions of the roles and projects. In these descriptions, Apple talked about "__*small, focused research studies*__" and "__*large-scale worldwide [user study] operations*__."[147] Positions talked about user studies and data collection for "__*sensor and health technology,*__"[148] "__*biometric data*__"[149] and for "__*product comfort.*__"[150] Positions

---

[143] Patent number 10856068
[144] Ahila Priyadharshini, R., Arivazhagan, S. & Arun, M. A deep learning approach for person identification using ear biometrics. *Appl Intell* **51,** 2161–2172 (2021). https://doi.org/10.1007/s10489-020-01995-8
[145] 3D Ear Biometrics  BIR BHANU, HUI CHEN, Center for Research in Intelligent Systems, University of California, Riverside, CA, USA , Springer
[146] Letter from Apple Inc (via Orrick, Herrington & Sutcliffe LLP) to U.S. Department of Labor, March 4 2022, Re: *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051
[147] https://www.linkedin.com/jobs/view/2942922643; https://www.linkedin.com/jobs/view/2944339533
[148] https://www.linkedin.com/jobs/view/2942922643; https://www.linkedin.com/jobs/view/2944339533
[149] https://www.linkedin.com/jobs/view/2944349447
[150] https://www.linkedin.com/jobs/view/2944349447

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

included responsibilities such as to "***identify and recruit user study participants,***"[151]  and "***observe behavior*** *and* ***administer complex testing protocols.***"[152]

During my time at Apple, I was invited to employee user studies looking to study me on topics ranging from my "eye movements," "grip on an iPhone," "voice", "blood pressure," physical response to "yoga, swimming, and running," to studying my "menstruation" and "sleep." Indeed, in April 2019 I was invited to a user study program to study my sleep.[153]

> "Congratulations! You have been selected to participate in the official kickoff of the Sleep LiveOn program. This survey will collect a couple more pieces of information before you can sign up for a session to pick up hardware. If you have a **co-sleeper** participating, you may want to wait to take the survey with them in the room." [154]

Going forward, I would then be surveyed via email about my "insomnia severity index" and other medical information while a Beddit monitor[155] was required to be placed under me as I slept, monitoring my heart rate, respiratory rate, and other data.[156]



The request for **co-sleeper** information also extended to requesting co-sleepers sign NDAs, and even participate in the study themselves – even if they are not an employee. Personally, I didn't want my employer to know who I was sleeping with and I stopped participating in that study.

---

[151] https://www.linkedin.com/jobs/view/2938135938
[152] https://www.linkedin.com/jobs/view/2944353441
[153] Email from LiveOn R&D to Ashley Gjovik, April 1 2019, Subj: *LiveOn Sleep: You're Invited!*
[154] Email from LiveOn R&D to Ashley Gjovik, April 1 2019, Subj: *LiveOn Sleep: You're Invited!*
[155] iMore,  *Apple cans the Beddit Sleep Monitor 5 years after buying the business*,  https://www.imore.com/apple-cans-beddit-sleep-monitor-5-years-after-buying-business
[156] Email from LiveOn R&D to Ashley Gjovik, April 16 2019, Subj: *LiveOn Sleep: Insomnia Severity Index Survey*

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

## RADAR & SYSDIAGNOSE

When Apple employees file "Radar" tickets to track software development work and "bugs," they include detailed information about the problems they are seeing. The default sharing settings for most Radar ticket included all of software engineering. Radar tickets also are not removable. Even when the tickets are closed, they remain searchable. In training, employees say they are told: "*Radar is forever.*" [157]

When employees file Radar tickets, they are often asked to include diagnostic files, internally called "sysdiagnose" to give Apple more information about the problem. If they are filing a bug about iMessage, they might be asked to install a sysdiagnose profile that exposes their iMessages to the team tasked with fixing the issue. For employees using a live-on device, default settings can mean that, as they are filing a Radar ticket, a sysdiagnose profile is being automatically created in the background, sending data to Apple without the employee realizing it. When sysdiagnose profiles are not included, employees have been known to post memes calling out the omission. [158]

I told The Verge journalist that in 2019, I filed a ticket about Apple's photo search capabilities. I was quoted as writing, "*If I search for 'infant' in my photo library, it returns a selfie I took of myself in bed after laparoscopic surgery to treat my endometriosis.*" [159] This Radar, and many of the Radars I submitted with detailed logging and personal details were visible to tens of thousands of people.

Whether it is the text content of the Radar, or the logs attached, if a coworker wanted to learn intimate details about your life, they could by simply searching through the Radars you've filed. Reviewing logs quickly exposes locations, routines, friends, and other highly personal data. Assumably far more data would be made available to the Worldwide Loyalty Team.

---

[157] Zoe Schiffer, *"Apple Cares About Privacy, Unless You Work at Apple,"* The Verge, Aug 30, 2021, https://www.theverge.com/22648265/apple-employee-privacy-icloud-id
[158] Zoe Schiffer, *"Apple Cares About Privacy, Unless You Work at Apple,"* The Verge, Aug 30, 2021, https://www.theverge.com/22648265/apple-employee-privacy-icloud-id
[159] Zoe Schiffer, *"Apple Cares About Privacy, Unless You Work at Apple,"* The Verge, Aug 30, 2021, https://www.theverge.com/22648265/apple-employee-privacy-icloud-id

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

# Secrecy

## SECRECY POLICIES

The New York Times wrote in 2009 that, "*Few companies are more secretive than Apple, or **as punitive to those who dare violate the company's rules** on keeping tight control over information. Secrecy at Apple … is baked into the corporate culture.*" [160] Anil Dash (EFF board member and advisor to the Obama administration) wrote that Apple "*chooses to operate with an **extreme and excessive layer of secrecy**, even when making reasonable business decisions.*" [161] Dash wrote, "*the cost of Apple keeping secrets has become morally and ethically untenable*" and that "*Apple spends an enormous amount of money on protecting and obfuscating normal business operations that any other company can do in the open.*"[162]

A 2017 internal training video included a quote from VP of Marketing, Greg Joswiak, telling employees that "*I have faith deep in my soul that if we hire smart people they're gonna think about this, they're gonna understand this, and ultimately they're gonna do the right thing, and **that's to keep their mouth shut**.*" [163]

Apple's "New Product Security (Secrecy)" team is part of the larger Global Security team. Before joining Apple, the Global Security team manager, David Rice,[164] worked at the NSA as a Global Network Vulnerability Analyst for four years, and before that was a Special Duty Cryptologist in the U.S. Navy. [165] Before joining Apple, other Apple Global Security managers have worked in US Coast Guard port security,[166] local Police Chiefs,[167] as U.S. Secret

---

[160] Brad Stone and Ashlee Vance, *Apple's Obsession With Secrecy Grows Stronger,* New York Times (Jun 2009), https://www.nytimes.com/2009/06/23/technology/23apple.html
[161] Anil Dash, *Apple: Secrecy Does Not Scale*, Jul 31, 2009, dashes.com/2009/07/31/apple_secrecy_does_not_scale/
[162] Anil Dash, *Apple: Secrecy Does Not Scale*, Jul 31, 2009, dashes.com/2009/07/31/apple_secrecy_does_not_scale/
[163] William Turton, *Leaked recording: Inside Apple's global war on leakers: Former NSA agents, secrecy members on product teams, and a screening apparatus bigger than the TSA.,* The Outline (2017), theoutline.com/post/1766/leaked-recording-inside-apple-s-global-war-on-leakers
[164] David Rice, https://www.linkedin.com/in/david-rice-7b3686/
[165] William Turton, *Leaked recording: Inside Apple's global war on leakers: Former NSA agents, secrecy members on product teams, and a screening apparatus bigger than the TSA.,* The Outline (2017), theoutline.com/post/1766/leaked-recording-inside-apple-s-global-war-on-leakers
[166] Sean Downey, https://www.linkedin.com/in/sean-downey-64a942119/
[167] Greg Finch, https://www.linkedin.com/in/greg-finch-74a3228/

### INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Service Special Agents,[168] U.S. Department of State Special Agents & Executive Protection managers for weapons manufacturers,[169] etc.

In 2017, Rice complained that "*U.S. employees have griped about [Apple's] draconian security measures*." [170] With McCarthyism-flavored PSYOPs, Apple tells its employees that "leakers" at Apple "*look like [regular employees]*," and that "*they come to work, they don't appear any different, and they start off with the exact same motivation about 'I love Apple, I think this is a cool place to work, I wanna make it better*." [171]

I had grown deeply disturbed by the horrific lack of privacy for Apple corporate employees and was happy to expose to the issue to the public, as the anti-privacy policy for employees was a "feature" not a "bug" to Apple, and thus there was no internal complaint process on the matter, and even if there was, it seemed like a certain way to face additional retaliation. I posted on Twitter on August 30-31 2021 about The Verge article and complaining about Apple's work conditions saying:

- "Apple has an internal culture of **surveillance**, **intimidation**, & alienation. Employees are closely monitored & our data hoarded in the name of secrecy & quality. We're told we have no expectation of privacy, while Apple says publicly: **privacy is a human right**."[172]
- "Apple probably considers what they're doing to employees "**internal information**." Why? For secrecy? For quality? Or because Apple knows **the public would be outraged**, & that outrage might start to "deprogram" their employees? " [173]
- Cult: "great devotion to a person, idea, object, movement, or work." Information control: "**encourage spying on other members**" Behavior control: "instill obedience"[174]
- "I still love Apple products & brand. I devoted nearly 7 years & much blood/sweat/tears ensuring Apple's products are exceptional. However, Apple the corporation needs a reckoning. **Apple's policy of "secrecy" should not shield it from public scrutiny about human rights & dignity."**
- "We're learning about Apple's long history of systemic oppression & **retaliation** against employees when employees express concerns about discrimination, harassment, & other

---

[168] Michael Rovins, https://www.linkedin.com/in/michael-rovins-84880626/; Jeff Hill: https://www.linkedin.com/in/sajah/
[169] Scott Nishi, https://www.linkedin.com/in/scott-nishi-963591109/
[170] William Turton, *Leaked recording: Inside Apple's global war on leakers: Former NSA agents, secrecy members on product teams, and a screening apparatus bigger than the TSA.*, The Outline (2017), theoutline.com/post/1766/leaked-recording-inside-apple-s-global-war-on-leakers
[171] William Turton, *Leaked recording: Inside Apple's global war on leakers: Former NSA agents, secrecy members on product teams, and a screening apparatus bigger than the TSA.*, The Outline (2017), theoutline.com/post/1766/leaked-recording-inside-apple-s-global-war-on-leakers
[172] https://twitter.com/ashleygjovik/status/1432381777658613762; https://twitter.com/ashleygjovik/status/1432381235926499332
[173] https://twitter.com/ashleygjovik/status/1432383062273191937
[174] https://twitter.com/ashleygjovik/status/1432382993046200323

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

abuse. Why wouldn't Apple try to use our data & their internal **surveillance** infrastructure against us?"[175]

Thomas le Bonniec, an ex-Apple contractor and whistleblower, wrote to regulators in 2019: "*It is worrying that Apple keeps ignoring and violating fundamental rights and continues their massive collection of data. "I am extremely concerned that big tech companies are basically wiretapping entire populations despite European citizens being told the EU has one of the strongest data protection laws in the world. Passing a law is not good enough: it needs to be enforced upon privacy offenders.*"[176] Le Bonniec, said Apple has been, "*operating on a moral and legal grey area and they have been doing this for years on a massive scale. They should be called out in every possible way.*"[177]

Le Bonniec exposed that Siri is recording when it is not triggered by the users. Thousands of recordings were sent to Apple in order for hundreds of Apple employees to listen, analyse and transcribe their content. The public statement reveals that Apple collected millions of confidential messages, full of intimate details, political opinions, sexual preferences, and discussions between persons in a room, without the users even being aware of it. In 2019, Apple admitted that these practices were not up to the privacy standards. According recent disclosures it seems that contrary to Apple's statement, no end was put to the recording of Apple's users.[178]

In January 2023, the NLRB found merit in my charge that Apple's NDAs do violate federal labor laws.[179] There are still no decisions on my or Le Bonniec's surveillance charges.

## SEARCH AND PRIVACY POLICIES

In September of 2021, a journalist wrote about my experience realizing just how intensively Apple could and likely was surveilling me. She wrote,

---

[175] https://twitter.com/ashleygjovik/status/1432381802602110976
[176] The Guardian, *Apple whistleblower goes public over lack of action,* May 2020,,
https://www.theguardian.com/technology/2020/may/20/apple-whistleblower-goes-public-over-lack-of-action
[177] he Guardian, *Apple whistleblower goes public over lack of action,* May 2020,,
https://www.theguardian.com/technology/2020/may/20/apple-whistleblower-goes-public-over-lack-of-action
[178] Noyb, "*Siri: Are you recording me?" "No but I am listening to you,*" May 2020, https://noyb.eu/en/former-apple-employee-blows-whistle-apple-again
[179] TechCrunch, *Labor officials found that Apple execs infringed on workers' rights,*
https://techcrunch.com/2023/01/30/labor-officials-found-that-apple-execs-infringed-on-workers-rights/

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

"Last weekend, Ashley Gjøvik walked around her apartment unplugging all of her electronics. Apple had just fired her for allegedly leaking information, and for months before then, she had spoken out with claims of harassment, intimidation and surveillance at the company. She'd been thinking through Apple's employee privacy policy, which states that workers have no expectation of privacy when using a personal device for Apple business, and wondered if that meant the company could watch her through her home devices, too."

I was quoted saying, "*I think the worst moment was realizing that they were probably watching me through my Eve cameras and listening to me on my HomePod, It was this frantic moment. I don't even have words for it yet, of how violating and horrifying and terrifying it was.*" [180] I told the journalist it "wasn't until I began speaking out about the company that I started to realize [Apple's surveillance] could be used against me." [181]

In 2019, a former Apple executive also had a rude awakening and alleged that Apple reviewed his private text messages.[182]  He wrote, "*To further intimidate any current Apple employee who might dare consider leaving Apple, Apple's complaint shows that it is monitoring and examining its employees' phone records and text messages, in a stunning and disquieting invasion of privacy.*"[183]

In 2021, I filed complaints with the U.S. NLRB and the California Dept of Labor over Apple's unlawful employee policies, including their "*Workplace and Searches Privacy.*"[184]

"In order to protect Apple <u>confidential</u> and <u>sensitive</u>[185] information and maintain the security and integrity of our networks and equipment, any use of Apple property, as well as use of your personal devices for Apple business or for accessing Apple networks, is subject to this policy."

---

[180] Sarah Roach, *Worker surveillance is making employees miserable*, Protocol, Sept 2021, https://www.protocol.com/workplace/worker-surveillance-is-making-employees-miserable
[181] Sarah Roach, *Worker surveillance is making employees miserable*, Protocol, Sept 2021, https://www.protocol.com/workplace/worker-surveillance-is-making-employees-miserable
[182] Mark Gurman and Edvard Pettersson, *Ex-Apple Executive Accused of Betrayal Says He Was Snooped On*, Bloomberg (December 9, 2019), https://www.bloomberg.com/news/articles/2019-12-10/ex-apple-executive-accused-of-betrayal-says-he-was-snooped-on
[183] CNBC, *Apple accused of monitoring employee text messages in lawsuit against ex-chip exec*, Dec 2019, https://www.cnbc.com/2019/12/10/apple-accused-of-monitoring-employee-text-messages-in-lawsuit-against-ex-chip-exec.html;
[184] Apple Inc: https://people.apple.com/US/en/subtopic/845;  Photographing employees engaged in protected concerted activities constitutes unlawful surveillance because it has a tendency to intimidate employees and interfere with exercise of Section 7 rights. Photographing in the mere belief that something "might" happen is not a sufficient justification. *F.W. Woolworth Co.*, 310 NLRB 1197 (1993); see also, *National Steel and Shipbuilding Co.*, 324 NLRB 499 (1997) (peaceful union rallies); *Labor Ready, Inc.*, 327 NLRB 1055 (1999), (employer videotapes of workers employed by temporary service in waiting room waiting for assignments unlawful).
[185] Note: Overbroad

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

"Workplace Searches [186] Only in cases where <u>allowed under local law,</u> [187] Apple may: Access, search, monitor, archive, and delete Apple data stored <u>on all of its property</u>, as well as <u>non-Apple property</u>, if used for Apple business or if used for accessing Apple data, servers, or networks. This includes <u>all data and messages sent, accessed, viewed, or stored</u> (including those from iCloud, Messages, or other personal accounts) <u>using Apple equipment, networks, or systems.</u>

Conduct <u>physical, video, or electronic</u> <u>surveillance</u>, <u>search your workspace</u> such as file cabinets, desks, and offices (even if locked), <u>review phone records</u>, or <u>search any non-Apple property</u> (such as backpacks, purses) on company premises."

<u>"This means that you have no expectation of privacy when using your or someone else's personal devices for Apple business, when using Apple systems or networks, or when on Apple premises."</u>

"The search or removal of <u>Apple-related content on a device</u> will be determined on a case-by-case basis when there is a business need and subject to local approval processes. <u>Refusing to permit a search or removal of Apple-related content</u> may result in disciplinary action up to and including termination of employment." [188]

The GDPR notes that employee monitoring may result in the collection of non-employees' personal data. The GDPR and the BDSG also apply to the collection, processing, and use of non-employees' personal data. Accordingly, the employer must have a valid legal basis for processing non-employees' personal data and **must notify nonemployees about potential personal data collection**.[189] Here, Apple simply tell employees they have no expectation of privacy whatsoever and makes no statements to non-employees who may get caught in Apple's mass-surveillance infrastructure.

Apple is in a unique position, perhaps only comparable to Google & ISPs/carriers, where they have access to an incredible amount of data as system administrators of services and those services are provided by monopolies. If Apple wanted to read its employee's personal emails, and that employee used iCloud, Apple could simply login to its own systems and read the emails. This is the same for data backed up in iCloud backups, or saved on iCloud drive, or send through iMessages. Apple owns the hardware of one of the handful of phones and computers, and even if Apple employees were to use a different company's products, anyone they interacted with who

---

[186] *Boeing Corporation Advice Memo (2013),* Boeing must cease and desist from creating the impression that its employees' union and/or protected concerted activities are under surveillance. *Register Guard,* 344 NLRB 1142, 1144 (2005) (test is whether the employee would reasonably assume from the statement that their union activities had been placed under surveillance." *Flexsteel Industries*, 311 NLRB 257, 257 (1993).

[187] Note: Overbroad

[188] Note: Overbroad. Do organizing and union materials count as Apple-related?

[189] Employee Monitoring (Germany), Resource ID: W-008-3362, HOLGER LUTZ AND SIMONE BACH, BAKER MCKENZIE, WITH PRACTICAL LAW DATA PRIVACY ADVISOR

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

did use Apple's products would give Apple a way to spy on that employee through their friends. The same is comparable for Google employees. In this sense, there is no such thing as a "personal" device for an Apple employee. That also weaponizes many consumer products if the non-employee user is simply communicating with an Apple employee on that product.



I also provided Apple's "*Employee Workplace Search & Privacy Policy*" to Zoe Schiffer back in June and Schiffer quoted it for The Verge's August privacy article:

> Underpinning all of this is a stringent employment agreement that gives Apple the right to conduct extensive employee surveillance, including "physical, video, or electronic surveillance" as well as the ability to "search your workspace such as file cabinets, desks, and offices (even if locked), review phone records, or search any non-Apple property (such as backpacks, purses) on company premises." Apple also tells employees that they should have "no expectation of privacy when using *your or someone else's personal devices for Apple business*, when using Apple systems or networks, or when on Apple premises" [191]

Further, I also filed charge against an email Tim Cook sent his employees on September 21 2021 responding to an employee or employees speaking with journalist about a meeting where Tim Cook talked about the pandemic, remote work, employee benefits, and pay equity.[192]

> "I want you to know that I share your frustration. These opportunities to connect as a team are really important. But they only work if we can trust that the content <u>will stay within Apple</u>. I want to reassure you that we are <u>doing everything in our power to</u>

---

[190] Twitter, Oct 7 2021, https://twitter.com/ashleygjovik/status/1446368610679730233
[191] Zoe Schiffer, *"Apple Cares About Privacy, Unless You Work at Apple,"* The Verge, Aug 30, 2021, https://www.theverge.com/22648265/apple-employee-privacy-icloud-id
[192] Apple Inc, Tim Cook to Apple_Employees$@group.apple.com, Date: Sept 21, 2021, Subj: *Follow-up on global team meeting*

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

identify those who leaked.[193] As you know, we do not tolerate disclosures of confidential information, whether it's product IP or the details of a confidential meeting.[194] We know that the leakers constitute a small number of people. We also know that people who leak confidential information do not belong here.[195] [196] [197][198]

The NLRB agreed with me and found there was merit to my charge against Cook in January 2023.[199] Shortly after Apple hired a prior NLRB Board Chair to defend them (Harry Johnson), and shortly after that, NLRB told me there will be a 're-decision' of merit on the charge. **There is no such thing as a 're-decision of merit'.** I filed a complaint with General Counsel's office arguing there must have been unlawful *ex parte* communications by Johnson leading to the regulatory subterfuge of a 'redecision of merit' (avoiding settlement or adjudication), which violates the NLRA, APA, and my Due Process rights. I have not heard back from NLRB for months.

---

[193] *Register Guard,* 344 NLRB 1142, 1144 (2005) (test is whether the employee would reasonably assume from the statement that their union activities had been placed under surveillance." *Flexsteel Industries, 311 NLRB 257, 257 (1993),*

[194] *Report of the General Counsel Concerning Employer Rules, NRLB Memorandum GC 15-04 (2015)*

[195] *Yale New Haven Hospital*, 309 NLRB 363, 368 (1992) (supervisor unlawfully threatened employee with reprisal by telling an employee that if he did not stop protected activities he would "talk" to him again; implies that the talk will not be mere conversation but will concern the employment of the offending employee).

[196] *Valerie Manor,Inc.,*351NLRB1306(2007)(threat of unspecified reprisals).

[197] *Equipment Trucking Co.,Inc.,*336NLRB277(2001)(statement, If you don't like it, find another job, implied threat of discharge).

[198] *Medco Health Solutions Of Las Vegas, Inc.,*357NLRBNo.25(2011) (respondent's statement that, if employee could not support the respondent's policies, there were other jobs out there and perhaps "this wasn't the place for him" was an implied threat in violation of 8(a)(1)).

[199] Bloomberg, Apple Executives Violated Worker Rights, Labor Officials Say, https://www.bloomberg.com/news/articles/2023-01-30/apple-executives-violated-worker-rights-us-labor-officials-say

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

# Public Policy

**[Collecting user data] is surveillance.**
**These stockpiles of personal data serve only to enrich the companies that collect them.**
*-Tim Cook (2018)* [200]

**I can't think of any other company that has so proudly, and so publicly, distributed**
**spyware to its own devices. The only restraint is Apple's all-too-flexible company policies.**
*-Edward Snowden (2021)* [201]

"Ubiquitous employer surveillance of workers has a long and rich history as a defining characteristic of workplace power dynamics, including the de facto abrogation of almost any substantive legal restraints on its use. This history can be traced through many pivotal points including massive efforts through warfare, slavery, globalization, and other forms of colonialism used to control and exploit workers. [202] What is novel, and of real concern to privacy law, is that rapid technological advancements and diminishing costs now mean employee surveillance occurs both inside and outside the workplace - bleeding into the private lives of employees."[203] There are areas of an employee's life in which his employer has no legitimate interest.[204]

"The protection of workers' privacy is a civil rights issue: both for the protection of human dignity rights and because privacy invasions can serve as vehicles for unlawful discrimination. History has shown that economic pressures are an unreliable regulator for the preservation of the civil rights of those with comparatively lower economic power. We cannot simply look to the market to curtail abuses of power regarding worker surveillance."[205]

---

[200] Ian Bogost, *Apple's Empty Grandstanding About Privacy*, The Atlantic (2019), https://www.theatlantic.com/technology/archive/2019/01/apples-hypocritical-defense-data-privacy/581680/
[201] Edward Snowden, *The All-Seeing "i": Apple Just Declared War on Your Privacy*, Aug 25, 2021, https://edwardsnowden.substack.com/p/all-seeing-i
[202] Ifeoma Ajunwa, Kate Crawford, and Jason Schultz, *Limitless Worker Surveillance*, 105 Calif. L. Rev. 735 (2017).
[203] Ifeoma Ajunwa, Kate Crawford, and Jason Schultz, *Limitless Worker Surveillance*, 105 Calif. L. Rev. 735 (2017).
[204] *Borse v. Piece Goods Shop, Inc., 963 F.2d 611 (3d Cir. 1992);  Geary v. United States Steel Corp., 319 A.2d 174 (Pa. 1974)*
[205] Ifeoma Ajunwa, Kate Crawford, and Jason Schultz, *Limitless Worker Surveillance*, 105 Calif. L. Rev. 735 (2017).

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

The predominant view of the U.S. Courts is that consent is not effective if it is not freely and voluntarily given.[206] The protection for privacy & autonomy is a default rule that recognizes a sphere of protection, not only to protect civic and personal life, but also to mirror the likely implicit bargain between the employer and employee about where the employment relationship ends and personal life begins. [207] **Even in the context of initial employment, consent to a particular type of invasion does not mean consent to all varieties of that invasion, reasonable or unreasonable.[208]**

The employer also cannot discharge employees for refusing to waive a nonnegotiable or nonwaivable right. [209] When an employee successfully refuses to submit to an employer's wrongful intrusion into protected employee privacy interests and the employee suffers a termination of employment or such adverse conditions of employment as to amount to a constructive discharge because of the employee's refusal to submit, the employee has a claim for wrongful discharge in violation of public policy. The public policy is the protection against wrongful employer intrusions into protected employee privacy interests. [210]

However, companies may be able to process personal data if they obtain either subjects' voluntary affirmative consent to process data for the specific purpose intended or have a legitimate justification. Corporations in countries such as Germany and France tend not to rely on consent because employees must be expressly asked for it, must be able to refuse without risk of sanction, and can withdraw it at any time. Moreover, in the corporate investigation context, courts tend to assume that such consent is involuntary because of the imbalance of power between the employer and employee.[211]

U.S. organizations that control or process the personal data of European Union residents likely are subject to the EU's new data protection requirements, the General Data Protection

---

[206] See *Stores, Inc. v. Lee, 74 S.W.3d 634, 647 (Ark. 2002); Papa Gino's of America, Inc., 780 F.2d 1067, 1072 (1st Cir. 1986)* (applying New Hampshire law; employee contracted away certain rights by accepting employment from employer who forbade drug use, but employer's demand that employee submit to polygraph exceeded scope of employee's consent to allow reasonable investigation into drug use).

[207] *Restatement of the Law, Employment Law* § 7.03, Protected Employee Privacy Interests in the Employee's Physical Person and in Physical and Electronic Locations, *Comments*

[208] *Frye v. IBP, Inc., 15 F. Supp. 2d 1032, 1041 (D. Kan. 1998)*

[209] *Restatement of the Law, Employment Law > Chapter 7- Employee Privacy and Autonomy* § 7.07, Discharge in Retaliation for Refusing Privacy Invasion, *Comment*

[210] *Restatement of the Law, Employment Law > Chapter 7- Employee Privacy and Autonomy* § 7.07, Discharge in Retaliation for Refusing Privacy Invasion, *Comment*

[211] ARTICLE: THE LAW OF CORPORATE INVESTIGATIONS AND THE GLOBAL EXPANSION OF CORPORATE CRIMINAL ENFORCEMENT, 93 S. Cal. L. Rev. 697 May 2020

INFORMATION FOR **OSTP** ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Regulation (GDPR). A common practice in the U.S. is to rely on blanket consent clauses in employment contracts or handbooks that permit employers to process employee personal data. U.S. employers often also rely on implied consent from employees. However, such practices may not be considered valid forms of consent for lawful processing of personal data under the GDPR. The GDPR provides that consent must be *"freely given, specific, informed and unambiguous."* Moreover, the GDPR adds, consent is not *"freely given"* where a *"clear imbalance of power"* between the data controller (*i.e.,* employer) and the data subject (*i.e.,* employee) exists.[212]

The Article 29 Working Party emphasized the imbalance of power in the employment context: "*Given the dependency that results from the employer/employee relationship, it is unlikely that the data subject is able to deny his/her employer consent to data processing without experiencing the fear or real risk of detrimental effects as a result of a refusal. It is unlikely that an employee would be able to respond freely to a request for consent from his/her employer to, for example, activate monitoring systems such as camera-observation in a workplace, or to fill out assessment forms, without feeling any pressure to consent."* The Working Party also advises that the imbalance of power in the employment relationship makes voluntary consent questionable and, for most work-related data processing, the GDPR lawful basis relied upon "*cannot and should not*" be the employee's consent.[213]

Multiple GDPR factors invaliding employee to employer consent are present with Apple's user studies. First, when I responded to the initial email about the Gobbler user study, I had no idea what I consented to/initiated., as it was "*vague or unclear.*" Next, I had no "*clear records to demonstrate they consented,*" as no receipt was sent and I was never given a copy of the ICF. It appears Apple also no longer has a copy of the ICF, otherwise it seems they would have provided it to me on Sept 15 or quoted it in their position statement.

Next, there was "*a clear imbalance of power between [the employer] and the individual,*" the "*employee would be penalized for refusing consent,*" and "*there was no genuine free choice over whether to opt in.*" Between the general pressure for Apple R&D employees to "live on" new products and software, and to participate in studies, and my performance reviews

---

[212] Is Employee Consent under EU Data Protection Regulation Possible?, Joseph J. Lazzarotti and Maya Atrakchi, February 27, 2018
[213] Is Employee Consent under EU Data Protection Regulation Possible?, Joseph J. Lazzarotti and Maya Atrakchi, February 27, 2018

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

mentioning my participation in these programs, but also that barbed wire compound with armed guards, too.

Finally, apparently later some employees were given the option to use the Gobbler application but not be "whitelisted" so their PII would not be uploaded. However, I was not given this option nor even told it was an option, so *"consent was a precondition of a service, but the processing is not necessary for that service."* Finally, once I apparently signed the ICF and after the Gobbler app was installed on my phone, I had no way to disable the app, nor was I given any way to withdraw consent. I had talked to other employees about the app with similar concerns over the years. Thus, the "consent' was invalid because Apple *"did not tell people about their right to withdraw consent"* and *"people cannot easily withdraw consent."* [214]

This non-consensual user data harvesting doesn't only have implications on Apple's employees and their families and friends. Intellectual Property rights cannot be granted for unlawful things/acts. Apple has deployed technology across the world, based on arguably illegal data and the fruit (algorithms and features) grown from that illegal data. What rights does Apple actually have to their technology if the people the data was harvested from had their own rights violated? What does that mean for customers using Apple products built off of human rights violations (again)? Today, the success of the global economy depends on Apple's success. Apple cannot take these kind of risks when the fall-out may land everywhere.

Apple says privacy is a fundamental right and "fundamental rights should not differ depending on where you live in the world." Apple says, *"they treat any data that relates to an identified or identifiable individual or that is linked or linkable to them by Apple as 'personal data,' no matter where the individual lives."*[215]

California courts have found, "*The constitutional [privacy] provision is self-executing; hence, it confers a judicial right of action on all Californians. Privacy is protected not merely against state action; it is considered an inalienable right which may not be violated by anyone."* [216] California accords privacy the constitutional status of an inalienable right, on a par with defending life and possessing property.[217]

---

[214] Information Commissioner's Office Consultation: GDPR consent guidance Start date: 2 March 2017 End date: 31 March 2017
[215] Apple Inc, *Worldwide Privacy Policy*, https://www.apple.com/legal/privacy/en-ww/
[216] *Wilkinson v. Times Mirror Corporation* (1989) 215 Cal.App.3d 1034.
[217] *Vinson v. Superior Court* (1987) 43 Cal. 3d 833, 841 [239 Cal. Rptr. 292, 740 P.2d 404] [limiting right to discover one's sexual history, habits and practices in action for sexual harassment and emotional distress].

## INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

Apple Is headquartered in California. Article I, section 1 of the California Constitution provides that the right of "privacy" is among the people's inalienable rights. California appellate courts and at least one federal court have consistently held, in varying contexts, that Article I, section 1 provides some protection against non-governmental intrusion, as well as state conduct.[218] The legislative history (ballot argument) stated,

> "The right of privacy is the right to be left alone. It is a fundamental and compelling interest. It protects our homes, our families, our thoughts, our emotions, our expressions, our personalities, our freedom of communion, and our freedom to associate with the people we choose. It prevents government and business interests from collecting and stockpiling unnecessary information about us and from misusing information gathered for one purpose in order to serve other purposes or to embarrass us."[219]

California employees have a cause of action against their private employer for violating their Constitutional right to privacy if the intrusion is against a legally protected privacy interest, including: "*conducting personal activities without observation, intrusion, or interference*" as determined by "*established social norms*."[220] While California employees could contractually agree not to assert a right to privacy, the employer cannot be allowed to use such an agreement to circumvent the public policy favoring privacy, and the employer could not successfully enforce such a contractual agreement if it intruded on plaintiff's right to privacy.[221] The public policy here "*affects the duty not to intrude on the right of privacy, which inures to the benefit of the public at large rather than to a particular employer or employee*."[222]

California employees have the right to privacy, even at the workplace, in areas where there is a reasonable expectation of being left alone. For example, the California Labor Code prohibits video or audio monitoring of employees in restrooms, showers, locker rooms, and dressing rooms.[223] Further, California Penal Code section 647j makes it a crime for a person

---

[218] *Porten v. University of San Francisco* (1976) 64 Cal.App.3d 825; *Cutter v. Brownbridge* (1986) 183 Cal.App.3d 836; *Miller v. National Broadcasting Company* (1986) 187 Cal.App.3d 1463; *Chico Feminist Women's Health Center v. Scully* (1989) 208 Cal.App.3d 230; *Chico Feminist Women's Health Center v. Butte Glenn Medical S.* (1983) 557 F.Supp. 1190; *Wilkinson v. Times Mirror Corporation* (1989) 215 Cal.App.3d 1034; *Semore v. Pool* (1990) 217 Cal.App.3d 1034; Luck v. Southern Pacific Trans. Co. (1990) 218 Cal.App.3d 1.
[219] *Wilkinson v. Times Mirror Corporation* (1989) 215 Cal.App.3d 1034.
[220] *Hill*, 7 Cal.4th 1, 35, 26 Cal.Rptr.2d 834, 865 P.2d 633.
[221] *Foley v. Interactive Data Corp*., 47 Cal.3d at p. 670 (1988)
[222] *Semore v. Pool* (1990) 217 Cal. App. 3d 1088
[223] California Labor Code § 435, Contracts and Applications for Employment; *§ 435* was enacted to clarify "privacy rights in the workplace for both employers and employees" since court decisions had "left a definite gray area in regards to employee surveillance." Hearing on A.B. 2303 Before the Assemb. Comm. on Labor & Emp't, 1997-98

# INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

unlawfully to invade someone else's privacy via a device to view in a private room, or by secret recording or photograph of a person's body.[224]

At a federal level, under the National Labor Relations Act (NLRA), employers may not monitor or surveil employees participating in protected concerted activities, including "*creating the impression of surveillance.*"[225] Further, 18 U.S.C. § 1801 makes it a federal crime to capture images of a private area of an individual (naked or undergarment clad genitals, pubic area, buttocks, or female breast) without their consent and to knowingly do so under circumstances in which the individual has a reasonable expectation of privacy.[226]

While the legislative history for federal labor laws probably never anticipated a mega-corporation using a tool they called the "Face Gobbler" to capture secret videos of employees 24/7 – one would think The Congress would be outraged by an employer, one that markets that "privacy is a human right" none the less – justifying the termination of an employee who already had an open NLRB charge against the employer – on the employee protesting invasions of privacy & *Gobbling* of their face.

---

Leg. Sess. (Cal. Apr. 22, 1998). Since such surveillance was on the rise, the proponents of the statute felt that a "reasonable limitation" should be placed on it. Hearing on A.B. 2303 Before the S. Comm. on Indus. Relations, 1997-98 Leg. Sess. (Cal. June 11, 1998).
[224] California Penal Code Section 647(j) PC, Criminal Invasion of Privacy in California,
[225] Gov Docs, *More video surveillance in the workplace. But is it legal?*, https://www.govdocs.com/can-employers-use-video-surveillance-monitor-workers/; *NLRB v Boeing (2017)*
[226] 18 U.S. Code § 1801 - Video voyeurism, https://www.law.cornell.edu/uscode/text/18/1801

INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND
MANAGEMENT IN THE UNITED STATES

# Conclusion

**No matter what it says, Apple is not a company committed to data privacy.
Apple's business model helped stimulate the data-privacy dystopia we now occupy.
Apple is allowing the surveillance-capitalism atrocities it claims to oppose.**
*- Ian Bogost, The Atlantic (2019)* [227]

It's clear Apple's use of surveillance and electronic monitoring in the workplace is illegal, unlawful, and otherwise unethical. It's clear Apple knows this.

The Restatement makes clear: information regarding an employer's illegal activities is not a trade secret.[228] Further, information regarding an employer's illegal activities is not protectable by means of restrictive covenant.[229] The public policy protecting whistleblowers would be completely thwarted if the employer could retaliate with impunity against any employee who decided to reveal improper conduct by the employer.[230]

Yet, Apple is notorious for oppressing & silencing their workforce. An opinion piece was written by Anil Dash about the issue. Dash is "recognized as one of the most prominent voices advocating for a more humane, inclusive & ethical technology industry," was an advisor to the Obama White House, and is a Board Member of the EFF (Electronic Frontier Foundation) an international, non-profit digital rights group.[231] Dash wrote about Apple:

> The sad truth is that Apple is still stuck in an **anachronistic, 1984 mode** of communicating with the world. If Apple doesn't evolve, it'll become a pathetic-looking giant, constantly playing whack-a-mole with information leaks, diminishing its relevance by antagonizing the very creators it has so long sought to identify with. … The reckoning Apple has reached, whether it's admitted or not, is that its **secrecy is compromising its humanity…**It's incumbent upon Apple to do the moral thing here. Treat your **employees**, customers, suppliers and partner companies better, by letting them participate in the thing most of your products are designed for: Human self-expression. If the ethical argument is unpersuasive, then focus on the long-term viability of your marketing and branding efforts, and realize that a technology company that is determined to

---

[227] Ian Bogost, *Apple's Empty Grandstanding About Privacy*, The Atlantic (2019),
https://www.theatlantic.com/technology/archive/2019/01/apples-hypocritical-defense-data-privacy/581680/
[228] Restatement of the Law, Employment Law, § 8.02, Definition of Employer's Trade Secret*, Comment*
[229] Restatement of the Law, Employment Law, § 8.02, Definition of Employer's Trade Secret*, Comment*
[230] *Harris v. City of Santa Monica* (2013) 56 Cal.4th 203, 229-230, 152 Cal.Rptr.3d 392, 294 P.3d 49; *Green v. Ralee Engineering Co.* (1998) 19 Cal.4th 66, 90, 78 Cal.Rptr.2d 16, 960 P.2d 1046  Whitehall v. County of San Bernardino, 17 Cal.App.5th 352 (2017)
[231] EFF, Anil Dash, https://www.eff.org/about/staff/anil-dash

### INFORMATION FOR OSTP ON AUTOMATED WORKER SURVEILLANCE AND MANAGEMENT IN THE UNITED STATES

prevent information from being spread is an organization at war with itself. **Civil wars are expensive, have no winners, and incur lots of casualties**.[232]

Apple clearly did not listen.

The US government has not taken this seriously either. Both the NLRB and US Dept of Labor initially responded to my charges by attempting to intimidate me to withdraw those charges, and then when I refused, attempting to intimidate me and interfere with my due process rights. NLRB is now supposedly investigating. US Dept of Labor has only escalated it animosity towards me. California Dept of Labor says it won't even start investigating for another 1-3 years. Meanwhile I'm now unemployed, denylisted, broke, in debt, severely ostracized, & my reputation destroyed by smears and defamation.

What is the point of 'worker protection laws' or 'privacy 'laws' if they are never enforced? Do we live in a democracy if corporations are above the law? The first step here is not passing new laws or enacting more MOUs; the first step is deciding that no company is above the law. The first step is ensuring labor agencies will actually fulfill their statutory obligations. We must all agree that labor rights are human rights, and human rights must be protected.

Please let me know if I can be of any help. I'm more than happy to provide documents, testimony, or other additional resources. Thank you.

Respectfully,



**Ashley M. Gjovik, JD**
Albany, New York
ashleymgjovik@protonmail.com

---

[232] Anil Dash, Apple: Secrecy Does Not Scale, Anil Dash, https://anildash.com/2009/07/31/apple_secrecy_does_not_scale/

EXHIBIT I: THE VERGE, APPEL CARES ABOUT PRIVACY
UNLESS YOU WORK AT APPLE

# Apple cares about privacy, unless you work at Apple

**theverge.com**/22648265/apple-employee-privacy-icloud-id

Zoë Schiffer                                                                 August 30, 2021



Jacob Preston was sitting down with his manager during his first week at Apple when he was told, with little fanfare, that he needed to link his personal Apple ID and work account.

The request struck him as odd. Like anyone who owns an Apple product, Preston's Apple ID was intimately tied to his personal data — it connected his devices to the company's various services, including his iCloud backups. How could he be sure his personal messages and documents wouldn't land on his work laptop? Still, he was too giddy about his new job as a firmware engineer to care. He went ahead and linked the accounts.

Three years later, when Preston handed in his resignation, the choice came back to haunt him. His manager told him to return his work laptop, and — per Apple protocol — said he shouldn't wipe the computer's hard drive. His initial worry had come to pass: his personal messages were on this work laptop, as were private documents concerning his taxes and a recent home loan. Preston pushed back, saying some of the files contained highly personal information and there was no reasonable way to make sure they were all removed from the laptop without wiping it completely.

"If they did this to a customer, people would lose their goddamn minds."

He was told the policy wasn't negotiable.

Preston's story is part of a growing tension inside Apple, where some employees say the company isn't doing enough to protect their personal privacy and, at times, actively seeks to invade it for security reasons. Employees have been asked to install software builds on their phones to test out new features prior to launch — only to find the builds expose their personal messages. Others have found that when testing new products like Apple's Face ID, images are recorded every time they open their phones. "If they did this to a customer, people would lose their goddamn minds," says Ashley Gjøvik, a senior engineering program manager.

Apple employees also can't use their work email addresses to sign up for iCloud accounts, so many use their personal accounts.

The blurring of personal and work accounts has resulted in some unusual situations, including Gjøvik allegedly being forced to hand compromising photos of herself to Apple lawyers when her team became involved in an unrelated legal dispute.

Underpinning all of this is a stringent employment agreement that gives Apple the right to conduct extensive employee surveillance, including "physical, video, or electronic surveillance" as well as the ability to "search your workspace such as file cabinets, desks, and offices (even if locked), review phone records, or search any non-Apple property (such as backpacks, purses) on company premises."

Apple also tells employees that they should have "no expectation of privacy when using *your or someone else's personal devices for Apple business*, when using Apple systems or networks, or when on Apple premises" (emphasis added).

Many employees have a choice between getting an Apple-owned phone or having the company pay for their phone plan. But one source tells *The Verge* that trying to maintain two phones can become impractical. In software engineering, certain employees are expected to participate in a "live-on" program that puts out daily builds with bug fixes. "You can't have a successful live-on program without people treating these devices exactly the same as a personal phone," the source says. "So a work device or a work account just won't cut it."

"You must link your personal Apple ID with your AppleConnect work account"

None of these policies are unique. Tech companies almost always have rules in place to search employees' corporate devices, including personal devices used for work. It's also common practice for tech companies to ask employees to test new software, which could potentially expose personal information. But Apple sets itself apart from other tech giants through its commitment to consumer privacy. As Tim Cook said at the CPDP Computers, Privacy and Data Protection conference in January 2021, businesses built on buying and selling user data, without the knowledge or consent of consumers, "[degrade] our fundamental right to privacy first, and our social fabric by consequence." The lack of employee privacy has made the perceived hypocrisy particularly irksome to some workers.

Now, as employees begin to push back against a variety of Apple norms and rules, these policies are coming under the spotlight, raising the question of whether the company has done enough to safeguard personal employee data. It might seem like a company obsessed with secrecy would be sympathetic to its employees' wishes to have confidential information of their own. But at Apple, secrecy requires the opposite: extensive knowledge, and control, over its workforce.

---

This is how it starts: a new Apple employee is told during onboarding that collaborating with their colleagues will require them to make extensive use of iCloud storage, and their manager offers a two terabyte upgrade. This will link their personal Apple ID to their work account — in fact, the instructions for accessing this upgrade explicitly say "you must link your personal Apple ID with your AppleConnect work account." The connection will give them access to collaborative apps like Pages and Numbers that they might need to do their jobs. (Apple employees who do not have a business need to collaborate do not go through this process.)

Employees *could* pause during onboarding and say they want to create a new Apple ID specifically for work or use a different phone. But most do not — it seems a little paranoid, and the Apple instructions say to go ahead and use your personal account. What's more, most Apple devices don't support using multiple Apple IDs. To switch between iCloud accounts on an iPhone, you have to completely sign out of one ID and into another — a clunky, disruptive process. It is far easier culturally and technically to simply link personal and work accounts, which adds a new Apple Work folder to the employee's iCloud account.

"I get mad that I have to use my personal phone to text my boss."

In theory, this Apple Work folder is where all of the collaborative documents for employees are supposed to live in order to keep personal and work files separate. In practice, the owner of a document often forgets to store files in the work folder, and documents quickly become

intermingled. In fact, when Apple employees create a document in, say, Pages, the app automatically enters the personal email address used for their Apple ID. "I asked my manager about it and it's just sort of an issue everyone deals with," Preston says.

Employees can choose to not sync certain folders, like their photo libraries. But others, like messages, can be trickier. Apple adopted Slack in 2019, but some teams still use iMessage as a primary way to communicate, which makes opting out of a message sync nearly impossible.

Over the past few weeks, employees have been discussing the difficulty of setting up different Apple IDs to keep work and personal files separate, noting that while it's possible, there are significant technical hurdles. "I don't understand why they didn't create an Apple ID and iCloud account from our work email address during the onboarding process," one employee said on Slack. "I get mad that I have to use my personal phone to text my boss," said another.

---

Concerns about data privacy are not ubiquitous inside Apple. Many employees who spoke to *The Verge* said they were aware the company gave itself extensive rights to search their data, but — for various reasons — weren't overly worried about the fallout.

"When I joined Apple, I personally expected it to be pretty invasive and took some serious steps to separate my work and personal life," one source says.

For other employees, however, the mixing of personal and work data has already had real consequences. In 2018, the engineering team Ashley Gjøvik worked on was involved in a lawsuit. The case had nothing to do with Gjøvik personally, but because she'd worked on a project related to the litigation, Apple lawyers needed to collect documents from her phone and work computer.

"All data that has your face in it is good data."

Gjøvik asked the lawyers to confirm that they wouldn't need to access her personal messages. She says her team discouraged the use of two phones; she used the same one for work and personal and, as a result, had private messages on her work device.

A member of the legal team responded that while the lawyers did not need to access Gjøvik's photos, they did not want her to delete any messages. During an in-person meeting, Gjøvik says she told the lawyers the messages included nude photos she'd sent to a man she was dating — a sushi chef who lived in Hawaii. Surely, those weren't relevant to the lawsuit. Could she delete them? She says the lawyers told her no.

---

In 2017, Apple rolled out an app called Gobbler that would allow employees to test Face ID before it became available to customers. The process was routine — Apple often launched new features or apps on employees' phones, then collected data on how the technology was used to make sure it was ready for launch.

Gobbler was unique in that it was designed to test face unlock for iPhones and iPads. This meant that every time an employee picked up their phone, the device recorded a short video — hopefully of their face. They could then file "problem reports" on Radar, Apple's bug tracking system, and include the videos if they found a glitch in the system. "All data that has your face in it is good data," said an internal email about the project. After rumors of criticism, Apple eventually changed the codename to "Glimmer."

Unlike other Apple features, Glimmer wasn't automatically installed on employee phones. It required an informed consent form so employees would know what they were getting into. Still, for some people on engineering teams, participation was encouraged — even expected, according to two staff members. Once it was installed, some data that didn't contain personally identifiable information would automatically upload to Radar, unless employees turned off this setting.

Apple was careful to instruct employees not to upload anything sensitive, confidential, or private. But it didn't tell people what was happening with the hundreds of images they didn't upload in Radar reports.

The reports themselves were also a cause for concern. When employees file Radar tickets, they include detailed information about the problems they are seeing. In 2019, Gjøvik filed a ticket about Apple's photo search capabilities. "If I search for 'infant' in my photo library, it returns a selfie I took of myself in bed after laparoscopic surgery to treat my endometriosis," she wrote, including four images in the ticket. The default sharing settings for the ticket included all of software engineering.

"They're the one tech company that takes privacy seriously."

Radar tickets also are not removable. Even when the tickets are closed, they remain searchable. In training, employees say they are told: "Radar is forever."

What's more, when employees file Radar tickets, they are often asked to include diagnostic files, internally called "sysdiagnose" to give Apple more information about the problem. If they are filing a bug about iMessage, they might be asked to install a sysdiagnose profile that exposes their iMessages to the team tasked with fixing the issue. For employees using a live-on device, default settings can mean that, as they are filing a Radar ticket, a sysdiagnose profile is being automatically created in the background, sending data to Apple without the employee realizing it.

When sysdiagnose profiles are not included, employees have been known to post memes calling out the omission.



Gjøvik is currently on administrative leave from Apple due to an ongoing investigation into claims she made about harassment and a hostile work environment. If she leaves the company, she'll likely face the same conundrum as Jacob Preston, related to the mixing of her personal and work files.

Employees likely wouldn't care too much about this were it not for another Apple rule that bars them from wiping their devices when they leave the company. If they do, they'll be in direct violation of their employment agreement, leaving them vulnerable to legal action.

After Preston gave notice, he received a checklist from his manager that explicitly said: "Do **not** wipe or factory reset any Apple owned units (such as laptops, Mac, ipads, and iPhones)."

"Before joining Apple I had a lot of respect for the company," Preston says. "They're the one tech company that takes privacy seriously. But then they go and have these policies that are hypocritical and go against their stated values. It's sort of hard to reconcile. It's like now that I'm leaving, my privacy isn't a concern anymore."

Apple did not respond to a request for comment from *The Verge*.

**TheVerge**

Apple cares about privacy, unless you work at Apple

... bler was unique in that it was on iPhones and iPads. This meant that every time an employee picked up their phone, the device recorded a short video — hopefully of their face. They could then file "problem reports" on Radar, Apple's bug tracking system, and include the videos if they found a glitch in the system. "All data that has your face in it is good data," said an internal email about the project. After rumors of criticism, Apple eventually changed the codename to "Glimmer."

Installer / A w
Pierce designed
you need to do
to, and explore
universe.

Enter your e



Unlike other Apple features, Glimmer wasn't automatically installed on employee phones. It required an informed consent form so employees would know what they were getting into. Still, for some people on engineering teams, participation was encouraged — even expected, according to two staff members. Once it was installed, some data that didn't contain personally identifiable information would automatically upload to Radar, unless employees turned off this setting.

Apple was careful to instruct employees not to upload anything sensitive, confidential, or private. But it didn't tell people what was happening with the hundreds of images they didn't upload in Radar reports.

The reports themselves were also a cause for concern. When employees file Radar tickets, they include detailed information about the problems they are seeing. In 2019, Gjøvik filed a ticket about Apple's photo search capabilities. "If I search for 'infant' in my photo library, it returns a

**Apple cares about privacy, unless you work at Apple**
*The company has taken a strong stance on safeguarding its customers' data — but some employees don't believe it protects theirs*
by Zoë Schiffer
Aug 30, 2021, 12:33 PM EDT

customer, people would lose their goddamn minds," says Ashley Gjøvik, a senior engineering program manager.

Apple employees also can't use their work email addresses to sign up for iCloud accounts, so many use their personal accounts.

The blurring of personal and work accounts has resulted in some unusual situations, including Gjøvik allegedly being forced to hand compromising photos of herself to Apple lawyers when her team became involved in an unrelated legal dispute.

Underpinning all of this is a stringent employment agreement that gives Apple the right to conduct extensive employee surveillance, including "physical, video, or electronic surveillance" as well as the ability to "search your workspace such as file cabinets, desks, and offices (even if locked), review phone records, or search any non-Apple property (such as backpacks, purses) on company premises."

Apple also tells employees that they should have "no expectation of privacy when using *your or someone else's personal devices for Apple business*, when using Apple systems or networks, or when on Apple premises" (emphasis added).

Many employees have a choice between getting an Apple-owned phone or having the company pay for their phone plan. But one source tells *The Verge* that trying to maintain two phones can become impractical.

Apple did not respond to a request for comment from *The Verge*.

https://www.theverge.com/22648265/apple-employee-privacy-icloud-id



Ashley M. Gjøvik
@ashleygjovik                                    · · ·

Sooo, #Apple has pics of my boobs. During a discovery thing 3yr ago, legal
forced me to hand-over all my texts. They refused to let me delete
anything, even "fully personal," even when I said "by fully personal I mean
nudes." They said they're in their "permanent evidence locker"

7:13 PM · Aug 19, 2021

POST: AUG 19 2021 | FIRED: SEPT. 9 2021
https://x.com/ashleygjovik/status/1428495420917837826





**Ashley M. Gjøvik**
@ashleygjovik

⋯

I questioned this aggressively. Apple R&D pressures us to have one iPhone for work & personal (so we can "live on" / dogfood). I said, if there's texts that aren't with employees and have nothing to do with work, I should be able to delete them or at least attachments. "Nope."

7:16 PM · Aug 19, 2021

POST: AUG 19 2021 | FIRED: SEPT. 9 2021
https://x.com/ashleygjovik/status/1428496048415133699/





Ashley M. Gjøvik
@ashleygjovik

···

Also, I was in a room of attorneys and I said, ok what if I show you those pics / texts and you confirm it's just personal stuff & then you watch me delete only what you approved? (I offered to let them see my nudes in order to not copy them). Nope! Send your nudes! #Apple

9:55 PM · Aug 19, 2021

POST: AUG 19 2021 | FIRED: SEPT. 9 2021
https://x.com/ashleygjovik/status/1428536076654637061





POST: SEPT. 7 2021 | FIRED: SEPT. 9 2021
https://x.com/ashleygjovik/status/1435444945117073414







POST: AUG 19 2021 | FIRED: SEPT. 9 2021
https://x.com/ashleygjovik/status/1428499560062586883



# EXHIBIT J: JUSTICE AT APPLE (OPEN LETTER)

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

---

Addressees:
- Martin J. Walsh, *US DOL Secretary of Labor*
- Seema Nanda, *US DOL Solicitor of Labor*
- Lauren McFerran, *US NLRB Chair*
- Jennifer A. Abruzzo, *US NLRB General Counsel*
- Charlotte A. Burrows, *US EEOC Chair*
- Vacant, *US EEOC General Counsel*
- US Rep. Bobby Scott, *US House Education & Labor Committee Chair*

---

Hello,

I write to you today to express deep concerns about the lack of due process and abundance of conflicts of interest that Apple Inc employees face when they report employer misconduct and challenge their employer through complaints to federal agencies.

Your agencies have recently claimed to take retaliation issues very seriously, even announcing a joint program to protect employees exercising their labor rights.[1] I reach out to you on my own behalf, with charges filed in all of your agencies,[2] [3] [4] & I also reach out on behalf of other Apple employees who have or will in the future, attempt to seek justice through the US government for harm caused by Apple.

## My Cases

I am a former Apple employee who worked at the company for over six years and held the final position of Senior Engineering Program Manager. Despite six years of excellent performance reviews, no warnings or disciplinary actions, and ongoing praise for my work – I was fired without justification or explanation on September 9 2021 following my reports to state and federal agencies about unsafe work conditions (Superfund toxic waste exposure), labor law violations, fraud, discrimination, harassment, retaliation, cover ups, and corruption by Apple Inc.[5] [6]

I was fired shortly after press coverage of my open federal charges and the day before I was supposed to provide federal testimony against Apple. I complained of federal witness intimidation in writing to Apple only hours before I was unceremoniously fired. I already won my unemployment appeal with an

---

[1] US NLRB, US EEOC, US DOL: "*The National Labor Relations Board, US Department of Labor, US Equal Employment Opportunity Commission Align to End Retaliation, Promote Workers' Rights,*" Nov 16 2021, https://www.nlrb.gov/news-outreach/news-story/the-national-labor-relations-board-us-department-of-labor-us-equal
[2] US NLRB: 32-CA-282142; 32-CA-283161; 32-CA-288816; 32-CA-284428; & 32-CA-284441
[3] US DOL OSHA WPP: APPLE INC/GJOVIK/9-3290-22-051
[4] US EEOC: 556-2021-00608C; California DFEH: 202111-15427017
[5] US EPA, US SEC, US DOJ, US EEOC, US NLRB, US DOL, CA Dept of Labor, CA EPA, etc.
[6] California Department of Labor, *Gjovik v Apple*, RCI-CM-842830

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

Administrative Law Judge finding Apple terminated me for reasons "*other than misconduct*" and provided "*no specific information*" about the supposed basis of the termination.[7]

The results of my own FOIA requests would later reveal a mandatory onsite safety inspection of my Apple office by the US EPA, based on my complaints, which identified a number of safety concerns and the EPA requested a number of corrective actions.[8] Apple's own press activities would also disclose they were openly colluding with the US EPA the two days prior to the inspection.[9] This was all before I was fired.

Apple's post-hoc justification for firing me, provided nearly six months after the fact, was that I disclosed Apple's secret videotaping and harvesting of biometrics of employees, even when employees may be naked, be engaged in sexual conduct, etc (a violation California Labor Code).[10] Apple's second justification was that I protested Apple's extensive scanning of employee ears, which was already public information. Finally, Apple claimed that because I would not get on the phone with the "*Workplace Violence*" interrogator[11] the day before my NLRB affidavit and requested communication stay in writing out of concerns of federal witness intimidation, that I "*failed to cooperate*" with a supposed investigation.[12]

The evidence and timeline are damning. Despite such egregious retaliation (even Apple's proffered explanation for my termination is a termination in violation of public policy in California), it is over one year now without decisions on my US DOL or US NLRB cases, and instead, I have faced disturbing interference and intimidation by the agencies themselves.

Initially, both US DOL & US NLRB attempted to close my charges without investigating. The US NLRB Region 32 would not allow me to provide evidence at all – and while US DOL Region IX did allow me to provide evidence, it was clear the investigator failed to review anything I provided before attempting to dismiss the case.[13]

The US DOL told me this month that I will not be shown any of the evidence provided against me, however Apple would see everything I provided against them.[14] When I protested lack of due process,

---

[7] California Unemployment Insurance Appeals Board, Case No 7253819, July 14 2022 hearing, July 27 2022 decision
[8] US EPAFOIA EPA-R9-2022-002062; EPA-R9-2022-002063; EPA-R9-2022-002064
[9] US EPA FOIA EPA-2022-006433 & EPA-2022-006434; Axios, "*Exclusive: EPA administrator visits Apple HQ to talk climate, environmental justice,*" Aug 18 2021, https://www.axios.com/2021/08/18/epa-administrator-visits-apple-headquarters-climate; CNBC, "*Apple backs Biden's proposal to eliminate greenhouse gases from power plants by 2035,*" Aug 18 2021, https://www.cnbc.com/2021/08/18/apple-backs-biden-clean-energy-standard.html
[10] California Code, Labor Code - LAB § 435, *"(a)  No employer may cause an audio or video recording to be made of an employee in a restroom, locker room, or room designated by an employer for changing clothes."*
[11] Gizmodo, "*Apple Gestapo: How Apple Hunts Down Leaks,*" 2009, https://gizmodo.com/apple-gestapo-how-apple-hunts-down-leaks-5427058
[12] TechCrunch, "*Ex-Apple employee takes Face ID privacy complaint to Europe,*" April 2022, https://techcrunch.com/2022/04/11/gobbler-complaint-europe/; Gizmodo, "Apple Wanted Her Fired. It Settled on an Absurd Excuse," October 2021, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789
[13] US DOL FOIA #2022-F-13951
[14] US DOL FOIA #2022-F-13951

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

their assistant administrator for Region IX, Matthew Parra, confirmed glibly I will not be provided due process.[15] Meanwhile, the US DOL stopped the California DOL investigation into my cases (which are based on state laws) for over nine months, claiming federal preemption.

Both US DOL & US NLRB, prior to any serious investigation, attempted to justify a preferred dismissal of my cases by parroting back to me Apple's baseless pretextual justifications and post-hoc rationalizations. It was clear to me the agencies planned to go along with whatever Apple said. Both US DOL and US NLRB also appeared to be attempting to interpret their own statutes in a light more favorable to Apple Inc, despite current guidance and precedent pointing the opposite direction.

I complained to both agencies about conflicts of interest & apparent corruption related to my cases. I complained about the head of US DOL OSHA having a prior relationship with Apple VP Lisa Jackson. I complained about US NLRB Region 32 leadership having a number of self-reported conflicts of interests as well as one of the two investigators in that office actively applying for employment at Apple Inc (Employee Relations) while the team was supposed to be investigating charges against Apple. After much protest, I was able to have my NLRB cases transferred to Region 21. However, the US DOL refused to acknowledge my concerns or transfer my cases.

I faced intimidation & tampering by both federal agencies. The US NLRB altered my first affidavit and threatened me when I requested to have the investigator's changes reverted. The Region 32 US NLRB investigator also requested I not file specific charges or make specific allegations, justifying his requests with a basis of *"he prefers current precedent & does not want me to instigate a change in precedent"* and that another charge would *"make his job harder."* [16]

The US DOL responded to an email where I raised concerns about the agency's handling of my cases by asking me to join a phone call with two supervisors where they would then intimidate and threaten me, and attempt to coerce me to withdraw my charges against Apple. I was told at this meeting on September 16 2022 that my US DOL cases would be dismissed arbitrarily in *"six weeks."* [17]

I also raised concerns in 2021 about the US DOL repeatedly attempting to dump my cases – first dual filing with the state, then claiming they did not dual file & they dismissed them, then docketing them but providing almost no updates, and upon inquiry, US DOL suggested I "kick out" all three cases which would have resulted in the permanent withdrawal of two of my charges without "kick out" provisions. Then US DOL had suggested I ask for the investigation to be stopped & take the current results to an ALJ to review (which would have stopped discovery and the investigative process for the matter permanently).[18]

---

[15] US DOL FOIA #2022-F-13951
[16] Big Tech Politics, *"Field Notes on Regulatory Capture, Part I,"* https://ashleygjovik.substack.com/p/field-notes-on-regulatory-capture
[17] US DOL FOIA #2022-F-13951
[18] Big Tech Politics, *"Field Notes on Regulatory Capture, Part II,"* https://ashleygjovik.substack.com/p/field-notes-on-regulatory-capture-c08

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

My cases directly involve actions and records held by the US EPA, however upon request for assistance to compel the EPA to handover relevant records (my FOIA requests have taken upwards of over nine months for a response), none of your agencies would assist.

I have suffered psychological violence and likely-criminal retaliation by Apple Inc et al (home break-ins, surveillance, hacking, stalking, threats of violence, etc),[19] yet despite many pleas for a referral to the US DOJ for assistance, I was consistently denied.

Despite your agencies' statement last fall that you aim to work together to protect whistleblowers, I was openly discouraged from attempting to coordinate investigations across agencies. In addition to denials noted above, and refusal to coordinate with each other, the US DOL also told me to not tell them anything about an investigation initiated by the US SEC based on my SEC whistleblower complaints, despite those complaints being part of the basis of my US DOL SOX whistleblower case. Despite my request, I was never given an explanation as to why they would not include that information.

As for the US EEOC, I requested a Right to Sue letter and later decided not to proceed with a lawsuit and instead focus on the US NLRB & US DOL cases. However, I would discover very troubling information later. The prior EEOC investigatory supervisor over Silicon Valley for quite some time had just left the EEOC and joined Apple's Employee Relations team last winter.[20] In fact, he celebrated this openly on LinkedIn with Apple Human Resources and Recruiters posting that they were glad he "*finally*" made it to Apple – implying he had been attempting to join Apple for a significant amount of time while he was supposedly acting independently in investigating Apple, such as with my EEOC charge if I had requested agency investigation.[21]

Many of my complaints about agency misconduct appear to be already corroborated by prior federal agency whistleblowers, such as Dr. Darrell Whitman (a prior US DOL OSHA WPP investigator). Whitman characterized the rampant retaliation against whistleblowers by the Whistleblower Protection Program by saying, "*You either quit your job or keep your mouth shut because if a company doesn't fire you or blacklist you, OSHA will destroy your life.*"[22] Whitman pointed to OSHA's "*systemic efforts to cover-up the retaliation of whistleblowers*" for large companies.[23] His whistleblowing on his own agency led to his termination, then an OIG investigation requested by the Office of Special Counsel.[24] [25]

---

[19] U.S. DOJ FBI: 9/3/2021, 2/4/2022, 2/7/2022, 5/22/2022, 5/29/2022, 5/31/2022, 8/8/2022; Santa Clara Police Department: Report 2205310079, Report #0087 Aug 9 2022); Santa Clara District Attorney 5/26/2022

[20] Big Tech Politics, "*Field Notes on Regulatory Capture, Part I,*" https://ashleygjovik.substack.com/p/field-notes-on-regulatory-capture

[21] Bryan Hoss, https://www.linkedin.com/in/bryanhoss/ ; https://www.linkedin.com/posts/bryanhoss_newjob-apple-newbeginnings-activity-6860950416490934272-A-ZS/

[22] NBC News, "*OSHA Whistleblower Investigator Blows Whistle on Own Agency,*" Feb 23 2015, https://www.nbcbayarea.com/news/local/osha-whistleblower-investigator-blows-whistle-on-own-agency/77171/

[23] WorkWeek, "*OSHA Investigator/Lawyer Darrell Whitman, OSC, Culture Of Corruption, GAP & The Democrats,*" May 17 2016, https://www.indybay.org/newsitems/2018/10/15/18818221.php

[24] Bloomberg, "He Investigated Dubious Firings for U.S. Then He Was Fired," July 21 2017, https://www.bloomberg.com/news/articles/2017-07-21/he-investigated-suspicious-firings-for-u-s-then-he-was-fired

[25] US DOL OIG, 2020, "*REGION IX WHISTLEBLOWER PROTECTION PROGRAM COMPLAINTS WERE NOT COMPLETE OR TIMELY,*" https://www.oig.dol.gov/public/reports/oa/2021/02-21-001-10-105.pdf

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

Louis Clark, co-founder of the Government Accountability Project, has also spoken out about *"systemic corruption and obstruction of justice by top officials of OSHA and the US Department of Labor who were engaged in a criminal cover-up to collude with corporations against OSHA health and safety whistleblowers."*[26]

**Apple, Generally**

Apple Inc the company is nearly fifty years old, founded in 1976. The corporation has over 150,000 employees across the world. Despite this, there are remarkably few public United States-based lawsuits and charges against Apple for violating employment and labor laws. In fact, perhaps the most notable employment-related lawsuit was not even initiated under employment laws, but instead the "anti-poaching conspiracy" lawsuit was initiated by the US DOJ as an antitrust matter.[27]

Looking at the NLRB case files before the summer of 2021, there are only six NLRB charges listed against Apple. Of these six, Apple's lawyers (Littler Mendelson & Jackson Lewis) facilitated settlements and charge withdrawals of two.[28] Two more charges were withdrawn in less than one month after filing, and while no settlement was noted, one must wonder what Littler Mendelson (attorneys for both of those charges) or Apple may have done to cause such a swift withdrawal.[29] The final two charges were filed in 2016 and 2020 with Littler Mendelson representing Apple on both. The NLRB found against the Apple employees.

The 2016 case alleged Apple disciplined an employee for protected activity – but the decision claimed no evidence of knowledge by Apple about protected activities and no linkage establishing retaliation.[30] The 2016 also alleged discriminatory hiring based on retaliation for protected activities, but was tossed because the other individual supposedly *"refused to cooperate with the investigation."* The claimant also complained Apple's "Social Media" policy and "Employee's Responsibility" work rules were violations of the Act, but NLRB found that the rules were satisfactory.

The 2020 NLRB case alleged a termination in retaliation for protected activities and also unlawful employee policies.[31] The region dismissed the case, but the employee appealed to the Office of Appeals who again found in favor of Apple. The Office of Appeals found that an Apple employee sharing

---

[26] Labor Video, *"Whistleblower Protection Program & Fired WPP OSHA Investigator Darrell Whitman With GAP,"* Mar 17 2016, https://www.indybay.org/newsitems/2016/03/17/18784138.php

[27] US DOJ, *"Justice Department Requires Six High Tech Companies to Stop Entering into Anticompetitive Employee Solicitation Agreements,"* https://www.justice.gov/opa/pr/justice-department-requires-six-high-tech-companies-stop-entering-anticompetitive-employee ; Bloomberg Businessweek, *"Apple, Google, and the Hubris of Silicon Valley's Hiring Conspiracy,"* May 2 2014, https://www.bloomberg.com/news/articles/2014-05-01/apple-google-and-the-hubris-of-silicon-valleys-hiring-conspiracy

[28] Florida, Region 12, Nov 2013, https://www.nlrb.gov/case/12-CA-116964; California, Region 32, 2018, https://www.nlrb.gov/case/32-CA-222022

[29] New York Region 3, May 2019, https://www.nlrb.gov/case/03-CA-240530; Colorado, Region 27, April 2021, https://www.nlrb.gov/case/27-CA-276075

[30] Indiana, Region 25, Jan 2016, https://www.nlrb.gov/case/25-CA-168399

[31] Minnesota, Region 18, Oct 2020, https://www.nlrb.gov/case/18-CA-267376

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

information with other employees was not "concerted," and that an Apple employee sharing information related to work conditions with other employees can be lawfully disciplined if Apple declares the information the employee shared was somehow "confidential."

With only six NLRB charges over thirty years, and one of the biggest companies in the world - one must wonder how many employees attempted to file charges and were talked out of doing so, like Region 32 attempted to do with me several times.

As for US EEOC claims, it appears a significant number of charges have been filed but there is no history of EEOC ever pursuing a case against Apple. Instead, there are a number of state and federal employment discrimination and retaliation lawsuits against Apple (who generally has been represented by high-power, anti-labor firms including Littler Mendelson, Lewis Jackson, Baker McKenzie, and Orrick). Most of these cases ended in dismissal following much litigious abuse by Apple against their prior employees.

Of the few cases that found a decision against Apple on the merits, Apple dragged the cases out for years. (see, *Frlekin v. Apple, Inc.* 2014-2022).[32] [33] (see, *Felczer v Apple Inc*, 2012-2021).[34] [35]

Some cases included seemingly unfair procedural decisions, such as accepting Apple's request to change venue for a case by a recent college graduate who was working in retail, moving the case to a state where the ex-employee seemed unlikely to be able to continue the lawsuit.[36] In another case, the judge ruled to dismiss the entire discrimination case because the ex-employee filed his case one day late past the EEOC statute of limitations, even though the government sent his letter to the wrong address (see, *Chaffin v Apple Inc*).[37]

In other cases, Apple made egregious statements such as claiming they can lawfully fire whistleblowers in retaliation for reporting financial crimes. (see, *Banko v. Apple Inc*).[38] Meanwhile, Apple's discrimination cases have been dismissed due to lack of formal EEOC filings, with no mercy for Apple never informing their employees about the EEOC or NLRB complaint process (see, *Underwood v Apple Inc*).[39]

---

[32] *Frlekin v. Apple Inc.*, No. C 13-03451 WHA (N.D. Cal. May. 30, 2014) through *Frlekin v. Apple Inc.*, C 13-03451 WHA (N.D. Cal. Dec. 28, 2021)).

[33] Fortune, "*Apple didn't want to pay hourly workers for the time spent searching their bags. It has now settled a $30.5 million lawsuit,*" 2022, https://fortune.com/2022/08/18/apple-employee-bag-check-lawsuit-settles-california-court/

[34] *Felczer v. Apple, Inc.*, 63 Cal.App.5th 406, 277 Cal. Rptr. 3d 727 (Cal. Ct. App. 2021).

[35] TechCrunch, "*Apple Faces Class-Action Lawsuit In California Over Alleged Labor Violations Affecting 20K Employees,*" 2014, https://techcrunch.com/2014/07/22/apple-faces-class-action-suit-affecting-20000-employees-over-pay-violations/; CNN, "*Apple sued by employees over labor issues,*" https://money.cnn.com/2014/07/23/technology/apple-labor/index.html

[36] *Sutton v. Apple Inc.*, No. 10-CV-08176, 2011 U.S. Dist. LEXIS 67395 (N.D. Ill. June 23, 2011)

[37] *Chaffin v. Apple, Inc.*, No. 3:19-cv-00155-SB, 2019 U.S. Dist. LEXIS 127891 (D. Or. June 21, 2019); Adopted by, Dismissed by Chaffin v. Apple, Inc., 2019 U.S. Dist. LEXIS 127417 (D. Or., July 26, 2019)

[38] *Banko v. Apple, Inc.*, 20 F. Supp. 3d 749 (N.D. Cal. Sept. 2013), *Banko v. Apple, Inc.*, No. 13-02977 RS (N.D. Cal. Dec. 16, 2013)

[39] *Underwood v. Apple Inc.*, No. CV 120-136, 2022 U.S. Dist. LEXIS 10615 (S.D. Ga. Jan. 20, 2022)

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

In an especially egregious case, a product safety lawyer sued Apple for wrongful termination and found herself subjected to a court ordered psychological evaluation at Apple's request (and she was fined $5,000 for protesting the evaluation). Apple also requested her employment records from a prior employer including any complaints she had ever made to them (see, *Levitan v Apple Inc)*. [40] This Apple employee had complained that "*male coworkers were regularly given preferential treatment and that she was fired after complaining about an environment of 'fear and intimidation*.'" [41] This prior attorney also complained Apple made her engage in acts "*of moral turpitude, dishonesty and corruption*" that could potentially affect her standing with the California Bar.[42] She lost.

In another painful case, an employee sued Apple for discrimination and also initiated a class action through California's Private Attorney General's Act for pay discrimination, which somehow ended with her not only losing, but the employee having to pay Apple's legal fees (see *Schulze v Apple Inc*).[43]

Today, a number of open employment discrimination & labor violation lawsuits sit open against Apple.[44] In just the last few months, Apple has settled a number more.[45]

Meanwhile, all of these cases are against the same company with a long, public history of child labor,[46] "sweatshop" working conditions,[47] hexane poisoning,[48] mishandling of toxic waste,[49] worker

---

[40] *Levitan v. Apple Inc*., 2017 Cal. Super. LEXIS 57554; *Levitan v. Apple Inc*., 2018 Cal. Super. LEXIS 3115
[41] FindLaw, "*Jane Don't: Ex-Apple In-House Attorney Can't Sue Company Under Pseudonym*," 2016, https://www.findlaw.com/legalblogs/in-house/jane-dont-ex-apple-in-house-attorney-cant-sue-company-under-pseudonym/
[42] Id.
[43] *Schulze v. Apple, Inc.,* 20CV369611, Santa Clara County Superior Court
[44] *Melissa Pocek vs Apple, Inc*., 22CV395429, Santa Clara County Superior Court; *Catherine Vartuli v Apple*, 21CV384676, Santa Clara County Superior Court; *John Chovanec vs Apple,* Inc., 22CV396439, Santa Clara County Superior Court; *Joseph Fanta vs Apple, Inc. et al,* 22CV400298, Santa Clara County Superior Court; *Bernadette Alexander v Apple,* 21CV377065, Santa Clara County Superior Court
[45] *Ricardo Castro vs Apple, Inc.,* 20CV367610, Santa Clara County Superior Court; *Tomas Casillas vs Apple, Inc.,* 20CV366784, Santa Clara County Superior Court; *Jose Carboney vs Apple, Inc et al,* 21CV375896, Santa Clara County Superior Court; *Sharon Glass vs Apple Inc.*, 21CV375923, Santa Clara County Superior Court; *Trieu Pham vs Apple,* 19CV361037, Santa Clara County Superior Court; *Sarah Magee vs Apple Inc. et al*, 19CV357764, Santa Clara County Superior Court; *Cativo v. Apple Inc*, ATMHS, LLC, et al., 21CV378464,  Santa Clara County Superior Court.
[46] Guardian, "*Child labour uncovered in Apple's supply chain: Internal audit reveals 106 children employed at 11 factories making Apple products in past year*," 2013 , https://www.theguardian.com/technology/2013/jan/25/apple-child-labour-supply; BBC, "*Apple, Samsung and Sony face child labour claims*," 2016, https://www.bbc.com/news/technology-35311456; AP, "*Lawsuit: Apple, Microsoft profit from child cobalt miners*," 2019, https://apnews.com/article/technology-business-africa-lawsuits-politics-a950d585f885f670aee416db8973e3f3
[47] Washington Post, "*Sweatshop Conditions at iPod Factory Reported*," 2006, https://www.washingtonpost.com/wp-dyn/content/article/2006/06/15/AR2006061501898.html
[48] ICRT, "*Harsh Reality Behind Apple Scandal*," https://icrt.co/harsh-reality-behind-apple-scandal/; Wired, "*Workers Plan to Sue iPhone Contractor Over Poisoning*," 2010 https://www.wired.com/2010/05/wintek-employees-sue/
[49] California DTSC, "*Apple Agrees to Pay $450,000 to Settle Hazardous Waste Violations*," 2016, https://dtsc.ca.gov/2016/12/06/apple-agrees-to-pay-450000-to-settle-hazardous-waste-violations/

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

"interrogations" leading to suicide,[50] suicides at the corporate headquarters,[51] "no-suicide vows,"[52] "suicide nets,"[53] and lobbying for forced labor.[54]

This is the same company frequently referred to by the U.S. government (including federal judges and federal agencies) as having a "*reckless disregard*" & "*blatant and aggressive disregard for the law*."[55] This is the same company who, over only the last few years, had their chief compliance officer indicted for bribing a local sheriff & had their head of corporate legal compliance found to have committed securities fraud and who is facing decades in federal prison.[56]

When challenging your openly hostile employer in court can result in so much lawfare and dismal chances of success, one would hope government agencies could act as mediators and chaperones as they follow their statutory duties to protect employees from unlawful discrimination and retaliation.

## Conclusion

There is currently a large number of open US NLRB charges against Apple, exponentially more than Apple has ever had before. My US DOL cases appear to be the first Whistleblower Protection Program cases ever brought against Apple Inc. A number of U.S. Apple retail stores and other groups of employees have begun to unionize, already filing Unfair Labor Practice complaints about union-busting and other misconduct by Apple.[57] Apple workers even started a petition pleading for Apple to cease its retaliation & union-busting campaign.[58]

It is time for Apple to have to face justice for misconduct, just like smaller companies do. While not every case will be found to have merit, all employees are owed their due process rights and a fair investigation. It does not appear they are receiving that today, & I know I have not. Thus, it is no wonder Apple acts like it will never be held accountable for its actions. That must stop – today.

Apple is a huge multi-national corporation based in the United States with a long history of labor and human rights violations in their international supply chain and operations. If Apple is not held

---

[50] Gizmodo, "*Report: iPhone Leak Interrogations Drive Foxconn Employee to Suicide,*" 2009, https://gizmodo.com/report-iphone-leak-interrogations-drive-foxconn-employ-5319275
[51] CNN, *"Apple employee found dead at HQ shot himself,"* 2016, https://money.cnn.com/2016/04/28/technology/apple-employee-death-gun-suicide/index.html
[52] NBC News, "*Chinese factory asks for 'no suicide' vow,*" 2010, nbcnews.com/id/wbna37354853
[53] WIRED, "*Foxconn Rallies Workers, Leaves Suicide Nets in Place,*" 2010, https://www.wired.com/2010/08/foxconn-rallies-workers-installs-suicide-nets/
[54] Washington Post, "*Apple is lobbying against a bill aimed at stopping forced labor in China,*" 2020, https://www.washingtonpost.com/technology/2020/11/20/apple-uighur/
[55] Big Tech Politics, "*A Blatant and Aggressive Disregard for the Law,*" 2022, https://ashleygjovik.substack.com/p/a-blatant-and-aggressive-disregard
[56] Id.
[57] WIRED, "*The Fallout From Apple's Bizarre, Dogged Union-Busting Campaign,*" July 28 2022, https://www.wired.com/story/apples-union-busting-campaign-caused-a-bad-fallout/
[58] Change.org, "*Apple, Abide By Your Own Code. Respect Your Employee's Rights.,*" https://www.change.org/p/apple-abide-by-your-own-code-respect-your-employee-s-rights

# Justice at Apple: No One is Above the Law

### *An Open Letter to the US Gov Agencies Overseeing Employment & Labor Law Compliance*

accountable in the country the corporation is headquartered in, what hope do other countries have in enforcing international labor standards against Apple abroad?

The United States must set expectations for Apple here & abroad – that whether it is California labor laws, United States labor and anti-discrimination statutes, foreign national labor laws, or international standards such as from the International Labor Organization – whether it is employees, contractors, or vendors – Apple should be expected to made a good faith effort to follow the law, & governments should be able to investigate allegations of misconduct with independence and integrity.

In announcing your new joint anti-retaliation initiative last year, Solicitor Nanda said*, "The enforcement of labor laws only works when workers who speak out for themselves and their fellow workers and not fear or suffer from retaliation."* Here, despite fear of even more retaliation, I continue to speak out for myself and for my coworkers. I speak out in hope that my doing so can prevent future retaliation against my coworkers by their employer, and by the federal government agencies supposedly chartered to protect us.

Please investigate the past, present, and future handling of employee charges against Apple. Evaluate conflicts of interest, revolving doors, procedural misconduct, failure to comply with internal practices, and other red flags for corruption.

Please review my cases for agency misconduct. Please respond to my complaints, and my requests for OIG review & intervention.

Please ensure all Apple employees are given our "day in court," as the US Constitution & international law demands.

Thank You.
-Ashley M. Gjovik, J.D
September 27, 2022

---

***Note: This letter will be posted on justiceatapple.com and open for comments and sign-ons from past and current Apple employees, and others who support whistleblower protection.***

# EXHIBIT K: THIRD PARTY WITNESS STATEMENT

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

**ASHLEY GJOVIK**,

*an individual*,

      Plaintiff/Appellant,

v.

**APPLE INC**,

*a corporation*,

      Defendant/Appellee.

**Case No. 25-2028**

**Declaration of Thomas le Bonniec**

## DECLARATION OF THOMAS LE BONNIEC
## IN SUPPORT OF ASHLEY GJOVIK'S REQUEST FOR APPEAL
## AND MOTION FOR INJUNCTIVE RELIEF

Pursuant to 28 U.S. Code § 1746, I, Thomas Le Bonniec, declare as follows:

    1.    My name is Thomas Le Bonniec. I make this declaration of my own

personal knowledge, and if called to testify in Court on these matters, I could do so

competently under oath to such facts. I make this declaration in support of

Plaintiff's Opposition to Apple's Motion to Dismiss her Third Amended

Complaint.

1

2.      I contacted Plaintiff, Ashley Gjovik, in November of 2022. I wanted to speak with her about [stuff]. Plaintiff responded in November 2022, and since then, she and I have emailed and also met several times for video conversations. We often discuss our concerns about consumer privacy. I shared with Plaintiff what I saw working at an Apple subcontractor, and Plaintiff shared with me her experience with Apple's "Gobbler" application and other data collection practices performed Apple that bothered her. We have often spoke about how important the right to privacy is to us, and complained about statements made by Apple about privacy which we felt were deceptive based on our own firsthand experiences with the company. Plaintiff and I have also discussed how fearful we both were and are to speak out against Apple.

3.      During my conversations with Plaintiff, she shared with me some of the negative experiences that have occurred to her after she reported Apple to the US and California governments. The statements Plaintiff made to me contained specific allegations and were consistent with her statements under her RICO Act, Bane Act, Ralph Act, and IIED claims in her Third Amended Complaint. Plaintiff has also expressed to me her fear and reluctance to continue to act as a witness against Apple due to the negative events she has experienced.

4.      Plaintiff's Third Amended Complaint alleged that, in violation of the U.S. RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, that Apple was

2

intentionally creating a "*knowingly false reputation of strong regulatory compliance*" and is engaging on "*intimidation*" of potential "*witnesses*." [docket #47]

5.      Apple disputes this point in its Motion to Dismiss [docket #48, page 14, lines 5-8] Apple wrote that Plaintiff's Third Amended Complaint did adequately state "*what role Apple or any other entity played in concocting the alleged scheme or ensuring its and success*." docket #48, page 18, lines 1-9]. Apple also argued that Plaintiff "*does not identify any other 'witness'.*" [docket #48, page 19, lines 3-9].

6.      I offer this declaration in support of Plaintiff's claims. I was a witness to, what I feel was, violations of multiple laws by Apple – and also a witness to, what I feel, was a scheme by Apple to conceal the acts and intimidate witnesses from reporting Apple's activities. What I witnessed occurred in Cork, Ireland during 2019 while I worked for Global Technical Services Ltd. ("GlobeTech"), a subcontractor of Defendant Apple Inc.

7.      On May 8th, 2019, I signed a Non-Disclosure Agreement and an employment agreement with GlobeTech. [Exhibit A]. I worked in the position of "Data Analyst" at Globetech. My job consisted of listening to audio files recorded by Apple's products and to verify and correct the written transcription from "Siri," Apple's vocal assistant.

3

8.      I witnessed thousands of audio recordings of the public, captured by Apple's devices all over the world, and stored on service where we could listen to the actual audio recordings. I witnessed recordings in situations like a person talking about their political opinion, kids talking to their iPad, and others dictating private messages about their health state. I also heard a man playing out loud his sexual fantasies with young children.

9.      The employee guidelines provided to me by GlobeTech stated: "*Be aware that this project will involve private and personal user data. Vulgar language, violent themes, pornographic or criminal subjects may show up. If this is too disturbing, please speak to your manager.*" [attached as Exhibit C is a true and correct image of the message noted which I captured myself while still employed at GlobeTech]

10.     This activity was conducted on Apple's hardware (MacBooks), through Apple's Virtual Private Network, and on Apple's platform ("CrowdCollect"). [attached as Exhibits D and E are true and correct images of the "CrowdCollect" tool, which I captured myself while still employed at GlobeTech]. I was also provided a @apple.com Apple corporate email address.

11.     While I worked at GlobeTech analyzing the recordings, in addition to the NDA I signed, I also witnessed managers telling me and other workers that GlobeTech expected us to remain silent and not speak with each other during our

4

shift. I also witnessed a manager telling me and others to not tell anyone about our work, even our family or friends, and they said, especially journalists. I desperately wanted to talk to my coworkers about the ethics of what we were doing, but due to these rules, I felt it was very difficult to do so.

12.     I felt that that Apple's recordings of these private conversations was unethical, so I left GlobeTech without prior notice. I did not want to participate in what I felt could be unlawful activity. I received after a few days a notice of termination of employment due to my absence.

13.     In 2019, I engaged with European media outlets to share my experience. In 2020, after resigning, I filed several complaints with the European Data Protection Authorities and with the U.S. Securities and Exchange Commission attesting to what I saw and experienced in my position at GlobeTech.

14.     One specific issue I raised to the US SEC was how Apple and GlobeTech asked GlobeTech workers to sign non-disclosure agreements which I felt were intimidating and too restrictive. I felt that the wording of the NDA implied I could not communicate with law enforcement agencies about what I witnessed related to Apple's audio recordings without a risk of retaliation, including being sued by Apple. [See Exhibit A, page 4, section "5.6 Remedies"].

15.     I have publicly stated that these NDAs have a chilling effect and I believe they are intended to intimidate workers who are witnesses of potentially

5

unlawful conduct by Apple, and which is facilitated by Apple's external business partners, like GlobeTech. [attached as Exhibit B is a true and correct copy of a Bloomberg article I was interviewed for and quoted it]

16.     Despite my fear of retaliation for reporting what I saw, which I did and do have, I felt compelled to report, as I felt it was an ethical obligation, despite the EU authorities' absence of reaction. I was also motivated to speak out after reading about other Apple whistleblowers who also came forward to speak about these Siri recordings a few days before I did. I read about these whistleblowers in articles including in The Guardian on July 26th, 2019 [attached as Exhibit F is a true and correct image of the article noted] and El Pais on July 26th, 2019 [attached as Exhibit G is a true and correct image of the article noted]. I was and am concerned that I witnessed Apple's audio recording practices still occurring in 2019-2020, even after those other whistleblowers came forward in 2019 before me.

17.     On February 14th, 2025 on the basis of my testimony and the evidence I provided, a complaint was filed by the Human Rights League in France for these privacy violations (exhibit H).

6

18.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12TH day of May 2025

in Paris, France.

_____
                                                      Thomas LE BONNIEC

## EXHIBIT A: GLOBETECH NDA



CONFIDENTIALITY AGREEMENT

---

**CONFIDENTIALITY AGREEMENT**

**BETWEEN:**

**GLOBE TECHNICAL SERVICES LIMITED,** a company registered under the laws of Ireland with company no. 277495 and its registered office at Building 6900, Cork Airport Business Park, Cork, Ireland.

and

Thomas Le Bonniec

**SUMMARY OF CONFIDENTIALITY OBLIGATIONS**

    A. You must keep all Confidential Information you receive while working with us strictly confidential.

    B. You may only discuss or share Confidential Information with those individuals who are authorized to work on the project that the Confidential Information relates to or your manager. You should seek permission from your manager before discussing or sharing Confidential Information with anyone else.

    C. Confidential Information should not be discussed in open plan areas, coffee areas, corridors or public places or where there is a possibility of being overheard.

    D. You should never discuss Confidential Information outside of work.

    E. If you have any doubts about your obligations ask your manager.

    F. Failure to comply with the provisions of this Agreement may result in personal liability.

This confidentiality agreement (the "**Agreement**") will apply in addition to any terms and conditions agreed between the parties provided that this Agreement shall take precedence in all circumstances in the event of any conflict.

In consideration and as a condition of my continued relationship, whether as an officer, director, employee or consultant with Globe Technical Services Limited and any of its related companies (the "**Company**") I agree as follows:

**1.    WHAT IS CONFIDENTIAL INFORMATION?**

1.1.    Confidential Information means information:

    1.1.1.  in whatever form (including, without limitation, in spoken, written, visual or electronic form or on any magnetic or optical disk or memory and wherever located); and

    1.1.2.  relating to the business, products, affairs and finances of the Company or any of its customers or suppliers and trade secrets including, without limitation, technical data and know-how relating to the business of the Company; and

---

### Exhibit A

9



CONFIDENTIALITY AGREEMENT

---

1.1.3. relating to any of the Company's suppliers, clients, customers, agents, distributors, shareholders or management whether or not such information is marked or designated as confidential; and

1.1.4. that is marked or otherwise identified as confidential or proprietary, or that would otherwise appear to a reasonable person to be (reasonably) confidential or proprietary in the context and circumstances in which the information is known or used.

1.2. Confidential Information does not include information that is:

1.2.1. available to the public generally; or

1.2.2. required to be provided in response to a valid order by a court or other governmental body or otherwise required by law.

## 2. WHAT ARE MY CONFIDENTIALITY OBLIGATIONS?

I will handle Confidential Information in a confidential manner at all times and commit to the following obligations:

### 2.1. *General Confidentiality Obligations*

2.1.1. to treat all Confidential Information as strictly confidential;

2.1.2. to use and disclose Confidential Information only in connection with and for the purpose of performing my assigned duties;

2.1.3. not to take pictures or videos or use recording devices while on site with a customer of the Company;

2.1.4. to ensure that Confidential Information is not discussed in open plan areas, coffee areas, corridors or public places or where there is a possibility of being overheard. A reasonably sound proofed room should be used when discussing Confidential Information and all windows and doors should be closed;

2.1.5. to only make such hard or electronic copies of any Confidential Information as are absolutely necessary for performing my assigned duties. If any hard copies are made of Confidential Information these should be clearly labelled as such and treated accordingly;

2.1.6. to only discuss Confidential Information with those that I have been informed are authorized to receive it;

2.1.7. to request, obtain or communicate Confidential Information only as necessary to perform my assigned duties and refrain from requesting, obtaining or communicating more Confidential Information than is necessary to accomplish my assigned duties;

2.1.8. in any event, not to speak of, discuss or communicate Confidential Information outside of the work environment, including, to family members and friends; and

2.1.9. not to access or use any Confidential Information, and not to copy any documents, records, files, media or other resources containing any Confidential Information, or remove any such documents, records, files, media or other resources from the premises or control of the Company, except with the prior consent of an authorized officer acting on behalf of the Company in each

---

Globe Technical Services Limited Private & Confidential

**Exhibit A**

10



CONFIDENTIALITY AGREEMENT

instance (and then, such disclosure shall be made only within the limits and to the extent of such duties or consent).

**2.2.** **_Security & Access Confidentiality Obligations_**

2.2.1. to take utmost care to properly secure Confidential Information on my computer and to take steps to ensure that others cannot view or access such Confidential Information. When I am away from my workstation or when my tasks are completed, I will log off my computer or use a password-protected screensaver in order to prevent access by unauthorized users;

2.2.2. not to disclose my personal password(s) to anyone without the express written permission of my department head or record or post it in an accessible location and refrain from performing any tasks using another person's password;

2.2.3. to comply with all Company security policies and procedures as in force from time to time relating to the use of Company equipment, software, data (including Confidential Information) and systems ("**Company Technology Resources**");

2.2.4. not to access or use any Company Technology Resources except as authorized by Company; and

2.2.5. not to access or use any Company Technology Resources in any manner after the termination of my role, whether termination is voluntary or involuntary. I agree to notify Company promptly in the event I learn of any violation of the foregoing by others, or of any other misappropriation or unauthorized access, use, reproduction or reverse engineering of, or tampering with any Company Technology Resources or other Company property or materials by others.

**2.3.** **_Exit Confidential Obligations_**

2.3.1. Upon voluntary or involuntary termination of my role or the Company's request at any time, I shall provide or return to the Company any and all Company property, including keys, key cards, access cards, identification cards, security devices, Company credit cards, network access devices, computers, cell phones, smartphones, PDAs, equipment, manuals, reports, files, books, compilations, work product, e-mail messages, recordings, tapes, disks, thumb drives or other removable information storage devices, hard drives, and data and all Company documents and materials belonging to the Company and stored in any fashion, including but not limited to those that constitute or contain any Confidential Information or work product, that are in my possession or control, whether they were provided to me by the Company or any of its business associates or created by me.

**3.** **WHO OWNS CONFIDENTIAL INFORMATION AND OTHER MATERIALS?**

3.1. You may in the course of working with the Company, conceive, develop or contribute to material or information related to your assigned role or the business of the Company, including, without limitation, software, technical documentation, ideas, inventions (whether or not patentable), hardware, know-how, marketing plans, designs,

**Exhibit A**

11



CONFIDENTIALITY AGREEMENT

techniques, documentation and records, regardless of the form or media, if any, on which such is stored (referred to in this Agreement as "**Proprietary Information**"). The Company shall exclusively own all Proprietary Information which you conceive, develop or contribute to in the course of working with the Company and all intellectual and industrial property and other rights of any kind in or relating to the Proprietary Information, including but not limited to all copyright, patent, trade secret and trade-mark rights in or relating to the Proprietary Information. You agree to assign to the Company any and all rights that you may have or obtain in or to the Proprietary Information. If you conceive, develop or contribute to material or information outside work hours on the Company's premises or through the use of the Company's property and/or assets shall also be Proprietary Information and be governed by this Agreement if such material or information relates to the business of the Company. You shall keep full and accurate records accessible at all times to the Company relating to all Proprietary Information and shall promptly disclose and deliver to the Company all Proprietary Information.

**4.**     **HOW LONG DO THESE OBLIGATIONS LAST?**

The obligations under this Agreement with regard to any particular Confidential Information shall commence immediately when you first have access to such Confidential Information and shall continue during and after termination or your role until such time as such Confidential Information has become public knowledge other than as a result of your breach of this Agreement or breach by those acting in concert with you or on your behalf.

**5.**     **GENERAL PROVISIONS**

5.1.   **No Assignment**. You shall not assign or transfer any rights or obligations under this Agreement without the prior written consent of Company.

5.2.   **Notices**. Any notice required or permitted by this Agreement shall be in writing to the addresses set forth above or such other address as either party may specify in writing.

5.3.   **Governing Law**. This Agreement shall be governed in all respects by the laws of the Republic of Ireland and the courts in the Republic of Ireland shall have exclusive jurisdiction.

5.4.   **Severability**. Should any provisions of this Agreement be held by a court of law to be illegal, invalid or unenforceable, the legality, validity and enforceability of the remaining provisions of this Agreement shall not be affected or impaired thereby.

5.5.   **Waiver**. The waiver by Company of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any other or subsequent breach.

5.6.   **Remedies**. You acknowledge that the Confidential Information and the Company's ability to reserve it for the exclusive knowledge and use of the Company is of great competitive importance and commercial value to the Company, and that improper use or disclosure of the Confidential Information will cause irreparable harm to the Company for which remedies at law will not be adequate.

5.7.   In the event of a breach or threatened breach by you of any of the provisions of this Agreement, you hereby consent and agree that the Company shall be entitled to, in

**Exhibit A**



CONFIDENTIALITY AGREEMENT

addition to other available remedies, a temporary or permanent injunction or other equitable relief against such breach or threatened breach from any court of competent jurisdiction, without the necessity of showing any actual damages or that monetary damages would not afford an adequate remedy, and without the necessity of posting any bond or other security. Any equitable relief granted shall be in addition to, not in lieu of, legal remedies, monetary damages or other available forms of relief. You agree that each customer of Company is an intended third-party beneficiary of this Agreement so that customers of Company may enforce the provisions of this Agreement against you.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date last written below:

**Globe Technical Service Limited**

By: _HR Representative_____        By: _Thomas Le Bonniec_____

Title: _HR Administrator_____        Title: _Data Analyst_____

Dated: _08/05/2019_____        Dated: _____

**Exhibit A**

13

**EXHIBIT B: 2023 BLOOMBERG INTERVIEW**



https://www.bloomberg.com/news/articles/2023-04-18/tech-firms-try-to-muzzle-workers-with-ndas-sec-tipsters-say

14

**EXHIBIT C: SCREENSHOT OF SIRI GRADING PER COUNTRY**



*Capture 4: Warning label destined to "Data Analysts", before the guidelines*

**EXHIBIT D: SCREENSHOT OF SIRI GRADING PER COUNTRY**



*Capture 2 : Statistics for the corrected recordings on Airpods, for the 3ème Trimester of 2019*

15

## EXHIBIT E: SCREENSHOT OF SIRI RECORDING ON CROWDCOLLECT

**The following are screen captures [107] made between late june 2019 and early july 2019 by the employee (Thomas Le Bonniec).**
**They describe the work effectuated in the context of the employment contract with the subcontractor (GlobeTech) and for the client (Apple).**



*Capture n.1: Work interface*

Capture n. 1 illustrates the work interface and the task required to be done.

16

**EXHIBIT F: 2019 THE GUARDIAN ARTICLE**

**Apple**

ⓘ This article is more than **4 years old**

# Apple contractors 'regularly hear confidential details' on Siri recordings

**Workers hear drug deals, medical details and people having sex, says whistleblower**



📷 Workers heard the information when or providing quality control for Apple's Siri voice assistant.
Photograph: Oli Scarff/Getty Images

**Alex Hern**

Fri 26 Jul 2019 12.34 EDT

Apple contractors regularly hear confidential medical information, drug deals, and recordings of couples having sex, as part of their job providing quality control, or "grading", the company's Siri voice assistant, the Guardian has learned.

Although Apple does not explicitly disclose it in its consumer-facing privacy documentation, a small proportion of Siri recordings are passed on to contractors working for the company around the world. They are tasked with grading the responses on a variety of factors, including

https://www.theguardian.com/technology/2019/jul/26/apple-contractors-regularly-hear-confidential-details-on-siri-recordings

17

**EXHIBIT G: 2019 EL PAIS ARTICLE**



## Tecnología

TU TECNOLOGÍA · CIBERSEGURIDAD · PRIVACIDAD · INTELIGENCIA ARTIFICIAL · INTERNET · GRANDES TECNOLÓGICAS · ÚLTIMAS N

# Apple también contrata a personas para escuchar conversaciones privadas

La compañía de Cupertino tiene transcriptores en España que revisan las interacciones de sus usuarios, incluidas las íntimas, en varios idiomas para mejorar el rendimiento de Siri



Un usuario realiza una consulta a Siri desde un iPhone.
**JULIÁN ROJAS**

https://elpais.com/tecnologia/2019/07/23/actualidad/1563902000_568286.html

18

**EXHIBIT H : 2025 RADIO FRANCE ARTICLE**



https://www.radiofrance.fr/franceinter/podcasts/l-info-de-france-inter/l-info-de-france-inter-3297121

19

# EXHIBIT L: FIELD NOTES ON REGULATORY CAPTURE, PART I

# Field Notes on Regulatory Capture, Part I

Part I: Welcome to my personal hellscape of conflicts of interest, obstruction, & arbitrary denials of due process



ASHLEY M. GJØVIK
MAY 22, 2022

♡ 1    💬    🔄                                          Share



*The Good Place, Copyright NBCUniversal Media, LLC*

## Overview

### Agency Capture

In the U.S., regulatory agencies (like the EPA, NLRB, or SEC) can become dominated by the industries they are charged with regulating. Economists describe this as "[regulatory capture](#)." Sometimes capture occurs through a "[*revolving door*](#)" where employees rotate between the private and public sector, and industries unlawfully promise higher paying jobs if the agency employees make regulatory decisions in favor of the business. The influence of heavy lobbying can also coerce agencies. When an agency is "[captured](#)," rather than acting in the public interest, an agency instead acts in ways that benefit the industry it's supposed to be regulating.

### The Toxic Dump

As many of you already know, my [Apple Inc office](#) in Sunnyvale, California sat atop a two-mile lake of poison. The lake was a cocktail of hellish chemicals, but predominantly the [incredibly toxic TCE](#). There was so much of it, and so close to the surface, the chemicals had been forcing themselves up into the buildings in the area as they broke down and [vaporized](#), which in turn led to the humans in those buildings breathing it in & [becoming ill.](#) My office was so toxic it was declared a federal [Superfund](#) site (the *TRW Microwave site,* regulated under the CERCLA statute and administered by the U.S. EPA). In 2013, [The Atlantic](#) literally called my office a *"paved-over environmental disaster zone."* By that point my

office was part of the *Triple Site*, with three large, toxic groundwater plumes merging into a megaplume.

I became a whistleblower after Apple unexpectedly emailed my team saying they wanted to test for "vapor intrusion" in the office, while intentionally avoiding explaining what that term meant or notifying us we were on a Superfund site. (I would later be informed by Apple that I had no "Right to Know"). I raised concerns about the safety of the plan of record for my office and was quickly and severely retaliated upon. I began complaining about corruption & fraud, and was swiftly suspended, and then fired by a interrogator within Apple's secret police team. This was followed by months and months of harassment, threats, intimidation, and **psychological violence** (a phrase I first heard from another Apple whistleblower, describing the brutality he suffered from Apple).

### The Agencies & Adjudication

Because Apple broke so many laws, I wanted to pursue as many cases as I could for the best chance at winning against this notoriously vindictive and legally abusive company. I was afraid to deal with Apple in court, after hearing many stories about Apple apparently intentionally making the entire experience as miserable as humanly possible, so I decided to pursue the regulatory route.

I currently have open charges with the US NLRB, multiple cases with the California Department of Labor, and I have three open cases with the U.S. Department of Labor for whistleblower retaliation under the EPA/CERCLA, SEC/SOX, and DOL/OSHA. My SOX case is based on my complaints about conflict of interest and corruption.

While Apple was busy flogging me for reporting their safety crimes, I began asking if they were abusing me so severely because the previous CEO of the corporation who created that lake of TCE under my office was now a current member of Apple's Board of Directors, &/or if because the previous head of the U.S. EPA now reports to Tim Cook. Apple didn't like that at all.

## Captured

In the United States, we often assume large corporations have influence over the government agencies and officials who are supposed to oversee their financial dealings. We may talk broadly about the *plutocracy* or *corruption*. We may joke about how megacorps can *get away with murder*. [Side note, see Astroworld reference below]

The tone of the conversation changes suddenly and dramatically when it shifts from general observation to personal experience. It is now a human being who lost money, reputation, and opportunity.

So, let's say you're a worker and the megacorp you worked for did something terrible to you. You decide you don't want to sue them yourself, instead you want the government to represent you and mediate the situation. You, like I did, might

expect the government will protect you and help ensure the megacorp has to at least play by the rules.

You look to the government agency as an institution of democracy. You think, *surely when it comes to individual employee/employer disputes, the government will look out for employee rights.*

### The U.S. Equal Employment Opportunity Commission, Part I

I've been wanting to write a piece on this for a while. I knew I need to, because I've seen so much corruption and so far all the journalists I've talked to about it end up having any potential articles about it killed by them, their editors, or the execs. [*Side note: Apple's influence/tyranny over the press is another topic deserving its own treatise.*]

A couple of weeks ago I saw something on LinkedIn that is now burned into my mind and forced me to prioritize taking the time to document all of this. I discovered the profile of a man named Bryan Hoss.

Hoss' "headline" on LinkedIn was **"Employee Relations @ Apple | Former EEOC Supervisory Investigator."**

I had to look again and confirm I wasn't mistaken. There it was, clear as day. *Ok, I thought, well maybe he worked at EEOC a long time ago.* I scrolled down. Nope. He joined Apple as a "Corporate Employee Relations Business Partner" in November 2021. Directly before that he was an US EEOC "Supervisory Investigator" for three years, and before that a "Senior Investigator" and "Investigator" for another four years, even serving on committees on behalf of the EEOC. Hoss' most recent title was *"Intake Supervisor for the San Francisco District Office,"* which would have included the San Jose office and local Apple cases. An EEOC press release in 2019 noted Hoss had personally investigated a case, so he was actively investigating cases as well.

I had filed a charge with the US EEOC against Apple in August 2021, but at that point I was planning to sue Apple in court. Before you can sue under EEOC governed statutes, you need a "*right to sue*" letter from the EEOC. I submitted my charge, completed the interview, and received my letter. However, I later decided that based on previous horror stories, I wanted to be no where near Apple in a court room. So, I dropped the employment discrimination case & simply tweet about the inappropriate, discriminatory, illegal, & abusive conduct towards me instead. It's also cited in my other complaints as well, since Apple was supposedly "investigating" these complaints when they fired me. Spoiler alert, instead of investigating my complaints, Apple was investigating me.

As of November 2021, Hoss now works on the same Apple employee relations team that retaliated against me to the point of violating federal corruption statues (SOX/Enron).

Hoss likely already applied for a position with Apple when he would have triaged and supervised my EEOC complaint against the very company he was seeking a

employment at. In the words of John Oliver, *cool.*

We'll come back to Hoss in a moment.

**The U.S. National Labor Review Board**

I filed my first NLRB charge against Apple on August 26 2021. I received a letter confirming my case and within a few days an NLRB investigator reached out. He took my first affidavit on September 10 — the day after Apple fired me. At the beginning, I didn't know much about the NLRB or NLRA. However my investigator was frequently saying things that did not sit well with me.

For example, my NLRB investigator refused to allow me to provide any evidence or witnesses in my case. He told me previous Big Tech cases had been ruined when employees provided evidence and the company then claimed that evidence was confidential. So, he told me, only Apple gets to provide evidence. I'm was in law school. I knew this was an insane thing for him to say. **I cannot explain why I didn't immediately escalate.**

The investigator also tampered with my testimony as a witness. I provided my oral testimony and he was documenting it in an affidavit for me to sign. During this process, Apple hired the [Trump University lawyers](#) to send me harassing emails claiming I violated my confidentiality agreement. They pointed to my protests of having my ear canals scanned, and my complaints about [their face Gobbler app](#) that hijacked my phone to record secret videos and photos of me constantly. *[Side note: [Travis Scott just hired that same firm](#), O'Melveny & Myers, to defend him related to the Astroworld mass causality event, which was [sponsored and live streamed by Apple](#)].*

I called my investigator after I received the *ear canal letter,* complaining of even more harassment from Apple. Instead, my investigator quietly added a section into my affidavit, positioned as if I testified to him *before* I received the emails from Apple. He wrote that I said the only reason I can think Apple might justify firing me other than my protected activity was the ears & Gobbler stuff. He made no mention of Apple's email about it.

I protested & asked him to remove his additions as they were irrelevant unless he also added the context of Apple's post-termination emails. I said if you keep that new section, we should add a section describing how they them emailed me about this and how I do not think what I did was wrong. He refused.

My investigator told me Apple will *"use it against me"* if I edit the document now. He told me to only make edits if anything was factually incorrect. After receiving that email from Apple, I did suspect Apple would use those things as their bogus justification, so I decided to stop fighting him. His addition was misleading, but not "factually incorrect." Exploiting my vulnerability, he convinced me it would be worse for me to fight him. Out of fear, I signed the affidavit. This may have actually been been a federal crime: *intimidating a witness to alter testimony.*

I learned later that there was nothing stopping him from editing the affidavit based on my concerns and that it was extremely unlikely that Apple could ever access the drafts. He lied to me.

Looking back, the only rationalization I can find as to why I went along with the investigator for so long, is the concept of *"institutional betrayal,"* which I will discuss more in the conclusion. Briefly, it would cause me moral injury to admit to myself an institution chartered to protect my rights, could be weaponized to simply cause me more harm. **To reckon with that, you have to surrender part of your belief in democracy.** So, I proceeded in denial through most of 2021.

My investigator had *quirks* too. He said he personally did not believe in affirmative action & claimed the Regional Director did not either. He told me he was moving to the Southern US because he was *"tired of all the 'woke' shit'"* in the San Francisco Bay Area. He told me he had a Nixon bumper sticker on his car. I asked him how, there was no way anyone was producing Nixon bumper stickers in 2021. He said he made himself.

In September, after re-reviewing Apple's employee policies while taking Labor Law, I told the investigator that I believed most of Apple's employee handbook appeared to be unlawful. I told him I wanted to add it to my charges. He told me, without seeing the policies, that Apple's policies are legal under "*Boeing.*"

He told me not to file charges, but I did anyways. After which, I received a very annoyed phone call from him for *"catching him off guard"* because *"he didn't know I was filing the charges."* He also forced me to resubmit my charges without my written complaints attached, which had been drafted in partnership with an expert labor activist, detailing exactly why Apple's policies were illegal. Once again, he did not want me to submit evidence, or written complaints, or to provide witnesses.

Things completely swerved out of control this January. I had been complaining for sometime now about ongoing federal witness intimidation & retaliation by Apple (including threats of violence). I asked how I can report Apple to the US DOJ. He told me: *he didn't know, didn't think there was a way, and to drop it.*

I later learned these agencies have direct connections to the Department of Justice to refer these types of issues and to request assistance.

Finally, in early January, I decided to file the charges against Apple for the harassment, despite his protest. I filed them to NLRB, Dept of Labor, and Dept of Justice.

I expected another annoyed call from my NLRB investigator about the NLRB charge, like with my policy charges, and indeed, he protested the charge. He pointed to some of the parties and insisted I don't name them, because he said *"it will make his job harder."*

**This is when I woke up.**

I protested. I told him I'd do it anyway. We argued for some time. He and Region 32 then apparently did unbelievable things to me, which I'm currently prevented from telling anyone about (other than via court/agency testimony), due to an illegal gag order which has deprived me of both my free speech and due process rights. **It's been devastating**.

I escalated to the NLRB OIG in January about my investigator's behavior, but also about an abundance of conflicts of interest in the Region 32 office. The director had to recuse herself from my case, as well as the supervisor reporting to her, both due to conflicts of interest with Apple. Further, the other investigator in the region **was actively applying to join Apple's employee relations team**. So, she had to recuse herself from investigating my newest charge. My investigator told me, *I must keep this all secret; it's confidential.*

Now the NLRB sounded as corrupt as Apple.

I emailed the NLRB Inspector General's office and told them all of this & pled for help. Moments later I received a phone call from the *Nixon Bumper Sticker investigator* again and he urged me to drop/modify my harassment charge (which would reduce Apple's liability). I told him: *no, absolutely not.*

Then, only after I refused his requests, he informed me that he believes my case doesn't have merit. He says that Apple's claims about ear canals and Face Gobblers, as wild as they may be, are valid because I'm an adult, and I consented to a contract, and then broke that contract (see: *Lochner v NY*).

I remember literally yelling something like:

> *"Am I a fucking 1920s New York baker!?"*

As for my policy charges, he told me that he likes the pro-business *Boeing* precedent and he thinks all of Apple's policies should be upheld. He tells me that because he begrudgingly has to send my charges to Division of Advice in Washington DC because *"I made the cases so high profile"* that he thinks General Counsel won't agree with him and will in fact find merit on all my charges under Biden administration labor policies. He complains more.

I get off the phone and email the Inspector General again to share this as well. I email the investigator informing him I reported him to the OIG and request all further contact be written. He resigns from or is removed from my case the next day.

I then demanded an investigation by the NLRB OIG and to have my case transferred to a different region. I eventually get confirmation of an investigation but it is unclear if any action was taken against the investigator at all. As far as I know, OIG also refused to investigate Region 32 overall.

It took much more persistence to get my case transferred. Even once I got a new investigator in another region (Region 21 in LA), the investigator's report was still to go back to Region 32 to make the decision on merit. I kept grieving to the OIG

until I received a phone call from an Assistant General Counsel to hear *"my side of the story."* Apparently, Region 32 had begun grieving about **me** after I began protesting the first investigator's misconduct.

Once I explained what happened and provided evidence of my exchanges with *Nixon Bumper Sticker,* I received an apology from NLRB leadership. They assured me my case would be fully transferred to a different division, I would be able to provide evidence and witnesses and I could take additional affidavits to fill in the gaps from what the first agent tried to omit and mislead. I spent the last few months doing all of that. I also FOIA'd NLRB on the conflicts of interest and received confirmation of the recusals.

However, Region 32 is apparently still hanging on to my case with white knuckles. They refused for some time to allow it to be transferred. *(Why did they care so much, I wonder?)* The case is still formally listed as a Region 32 case. It appears when I get a finding of merit, I'll probably be forced into another brawl with Apple's Region 32 wanting to litigate my cases.... *into the ground, I'm sure.*

Not to mention, one of the three attorneys Apple immediately hired to defend them against my charges, [Syed Mannan,](#) previously served as a law clerk at the NLRB under [a current NLRB board member](#) and currently [seated NLRB judge.](#) He also served as a law clerk at the EEOC, under the [current chair.](#) Apple also openly [lobbied](#) Congress about "*NLRA issues*" at least once.

As for the gag order, I'm currently appealing but it's already cost me nearly $5,000, an enormous amount of time, has put my ability to become a practicing lawyer at risk, shows up on employment and renter screening background checks, and has been actively used to assassinate my character. The appeals hearing is currently scheduled for 8:30am on my 36th birthday. I also had to remove my first lawyer and have an open grievance with the Washington bar about him - I have reasons to be concerned my own lawyer may have been acting against me, on behalf of Apple.

## The U.S. Department of Labor

There's an entire story about [suspicious behavior](#) by the U.S. Department of Labor in their initial handling of my cases as well, but I'll save that for another day. For now I'll just say, I also discovered that following my complaints about Superfund safety & labor compliance in 2021, Apple retained a new [lobbying firm](#) led by [Paul Brathwaite,](#) a Clinton administration [Department of Labor](#) official, who also spent 10 years at the Podesta Group before starting his lobbying firm. Brathwaite left Podesta Group as the firm became a target of special counsel Robert Mueller's [probe](#) into Paul Manafort and Russian meddling in US elections. Brathwaite is also lobbying for [Amazon](#) as well.

## The U.S. Environmental Protection Agency

There's an entire movie and/or volume of books, about the corruption within the U.S. EPA related everything I went through at Apple. I will be publishing much more on this shortly, including the EPA's apparent [suppression of documents](#)

confirming Apple & Northrop Grumman were subject to formal, mandatory vapor
intrusion-related inspections of my Apple office following my disclosures, they
were subject to new oversight requirements, and there was a terrifying revelation
about the contamination under the building. The community involvement
coordinator and the remedial project manager were both taken off the site, new
employees assigned, and one of the removed employees left the US EPA
completely.

*Stay tuned.*

## The U.S. Equal Employment Opportunity Commission, Part II

Perhaps the most disturbing thing about the EEOC/Hoss revelation what how
unconcerned Hoss was about broadcasting his use of the *revolving door.* Around
October 2021, Hoss posted on LinkedIn that he was leaving the EEOC for "*a new
opportunity in the private sector,*" and then posted again shortly after saying:

> *"I'm excited to announce that I have joined the Employee Relations team at
> Apple! I am beyond grateful for this opportunity, and so I would like to say
> thank you again to everyone who helped me to get here. I promise to make you
> proud."* - Bryan Hoss via LinkedIn

I was already curious if Hoss received "help" to get that role, so it was convenient
he admitted it publicly. If there was need for any further validation of foul play,
the "likes" and comments on his posts sent me to the *sunken place.*

Numerous EEOC investigators and leaders publicly congratulating him, and over
a dozen Apple employee relations employees and engineering managers
welcoming him. One Senior EEOC investigator, also based in San Francisco,
commented that Hoss joining Apple was a *"phenomenal gain"* for Apple. An
Apple recruiter commented to Hoss *"You know I'm your biggest fan!!! I am over
the moon that you are **finally** at Apple. Wahoo!!!"* An Apple Business Affairs
manager commented, *"Yay !!!! So glad this **came back around!** Welcome to the
fam!"*

Wait... what? *Finally* & *back around*? How long was Hoss trying to join Apple?

I submitted FOIA #820-2022-008282 to the EEOC on May 7 2022 notifying them
what I had discovered, & requested information on how they planned to manage
all the confidential information he had from Apple employees, now that he's over
in *Mordor.* I look forward to the pile of blank, black construction paper the EEOC
replies with informing me they redacted all sensitive information.

In the meantime, after the initial publication of this article, at least one ex-
employee came forward confirming Hoss handled her case, and she had
complained for some time prior that she worried Apple had used EEOC to further
retaliate against her.

## Lobbying

Apple is a corporation with tremendous power and means: it has more than 150,000 employees, a market cap of $2.23 trillion. Last year Apple spent $6,500,000 on lobbying and in 2022 Apple's already spent at least another $2,500,000. Similarly, Northrop Grumman (previously run by, now Chair of Apple's Finance & Audit Committee and Board Member, Ronald Sugar) is a huge weapons manufacturer and defense contractor who spent $10,673,000 last year on lobbying.

Apple's "Government Affairs" team manages lobbying efforts and was run by a mix of Catherine A. Novelli from 2005-2013, Cynthia Hogan from 2016-2020, and Lisa Jackson from 2013 to current. There was never a formal announcement that Jackson took over lobbying, but even before Hogan left, the entire lobbying team was moved from under General Counsel, to now under Jackson. It sounded like it happened around 2018-2019, as I heard complaints of confusion about it during my 2019 legal internship.

Beyond already seeing Apple's corruption and conflicts of interest first hand, the more I dug into Apple's revolving door, the more I screamed. *(Literally... My dog was very concerned).* For example, before joining Apple, from 2009 to 2013, Hogan served as deputy assistant to the President and counsel to the Vice President of the United States (see, Al Gore, who is also currently an Apple Board member). She led the confirmation of Supreme Court Justice Sonia Sotomayor. Before that, she served as the chief counsel of the U.S. Senate Committee on the Judiciary. Hogan led Apple's lobbying until 2020, when she was tapped by Joe Biden to join his presidential transition team. *Great.*

As for Lisa Jackson, before joining Apple, she served as the administrator of the U.S. EPA from 2009-2013, appointed by President Obama. Jackson left the EPA in 2013 amid scandals about private email accounts, unexplained shadow accounts (with an alias of "Richard Windsor"), retaliating against EPA whistleblowers, and FOIA avoidance. Upon leaving the EPA, Jackson joined Apple as a Director and accepted a Board position at the Clinton Foundation. She appears to still serve on the Clinton Board, yet at some point around 2019-2020 all mentions of her involvement with the Foundation were scrubbed from the Foundation and Apple's websites.

Jackson poached a number of her previous staffers from the EPA to join her at Apple, including David Mcintosh (her previous EPA Administrator of Congressional & Intergovernmental Relations, and then Apple Lobbyist, & now an Apple Director managing affairs with China related to Internet Software & Services), Arvin Ganesan (her previous EPA Deputy Chief of Staff for Policy and now Apple lobbyist), and Alisha Johnson (her previous EPA Deputy Director of Communications & Press Secretary, and now her Director of Environment, Policy, & Social initiatives…. who apparently still does hazardous waste PR).

Before Hogan & Jackson, there was Novelli. Novelli worked in the U.S. President's Executive Office on trade, then joined Apple from 2005-2013, until Obama appointed her the Under Secretary for Economic Growth, Energy, and the Environment through 2017. She now serves on the Board of the National Wildlife

Federation. She initiated Apple's lobbying of the US EPA about hazardous waste in the 2000s.

There's a short note in her Wikipedia page about Novelli's husband, Mr. David J. Apol, the General Counsel of the United States Office of Government Ethics (OGE). Apol was then appointed as acting Director of the OGE by President Trump in 2017. OGE oversees all federal government "ethics." **(Did you scream too?)**

The NYT reported in 2017 that Apol's colleagues complained Apol "*sought to roll back or loosen ethics requirements on federal employees.*" "*Mr. Apol has argued that the agency is often too rigid in interpreting conflict-of-interest laws,*" his colleagues said.

> The departing Director called Apol's views on conflicts of interest ***"immediately obviously crazy,"*** and described Apol's general approach to government ethics as ***"loosey-goosey."***
>
> -NYT, 2017

David Apol is still currently the General Counsel of the US OGE, the agency responsible for directing executive branch policies relating to the prevention of conflict of interest on the part of Federal executive branch officers and employees (including all of the federal agencies processing my charges).

When I complained to the NLRB OIG about the NLRB's retaliation against me on behalf of Apple… the NLRB OIG was reporting up to an agency led by the husband of one of Apple's long-time VP's of Government Affairs and lobbying.

***This isn't the good place.***

## Conclusion

It's challenging to even attempt to describe the pain felt upon realizing the employer who abused you had also intentionally corrupted the regulatory agencies who were supposed to assist you in seeking justice. You realize the corporation not only disregarded your humanity, but the corporation also planned well-in-advance to prevent you from even being able to properly grieve about and remedy the harm they would later cause.

The two best terms I've discovered so far are *moral injury* & *institutional betrayal* - terms shared with me by yet another Apple whistleblower trying to find meaning in the wreckage that often overpowers us following blowing the whistle on the Fruit Stand.

> *Moral injury is the damage done to one's conscience or moral compass when that person witnesses or fails to prevent acts that transgress one's own moral beliefs, values, or ethical codes of conduct. This includes failure to be protected by leaders, especially in combat. Moral injury debilitates people, preventing them from living full and healthy lives. The effects of moral injury can destroy one's capacity to trust others.*

While a company may have already harmed an employee emotionally, psychologically, and even physically – when the company weaponizes the institution put in place to protect the employee's rights – it hurts on a spiritual and moral level. It harms the soul.

> _Institutional betrayal is potent because it represents a profound and fundamental violation of trust in a necessary dependency relationship. The breach of trust, the unreciprocated loyalty, and the exposure to retaliation are like a knife in the back._

I still cannot properly describe the injuries inflicted upon me by this. Worse, while an employee faces this harm, they are also once again forced to fight the same company on an unequal playing field for their basic rights to even seek justice for the original harms. Even though I now know all of the things I just shared with you, I must continue to fight knowing all of the effort I dedicate to the process may still be subverted to cause me even more harm. I am fighting like hell, knowing I should win, but prepared that I may likely lose.

While agencies attempt to block claims from being filed, sabotage the claims which are filed, demoralize victims, and make us wish we never filed the damn charges in the first place — many simply give up, as it is too much to bear. It seems completely understandable to walk away, considering the pain and frustration of it.

Why even try if you destined to lose? Why try when there's no point in trying?

That's the point. That's why these corporations do all of this. It's the chilling effect of corruption.

Please go have a friendly chat with your elected representatives. Drop in on regulatory process hearings. Implore journalists and editors to tackle the politically unpopular stories. Submit FOIA requests and share the results. Support whistleblowers. Reject plutocracy.

Please try to help take some of the burden off of those who are already collapsing under the weight of an entire national government that is often adversarial to their pursuit for justice. We need help.

---

Read Part II here:

 Big Tech Politics

**Field Notes on Regulatory Capture, Part II**

Part I Summary This article is a continuation of my May 2022 article about Apple's "capture" of the US government. This article will discuss recent revelations from US EPA FOIA documents & retaliation *by* the US Department of Labor against whistleblowers...

Read more

3 years ago · Ashley M. Gjøvik

---

You can follow me & watch my cases (and hellscape) progress here, on my website at ashleygjovik.com, and/or on Twitter at @ashleygjovik

Thanks for reading Big Tech Politics! Subscribe for free to receive new posts.

| Type your email... | Subscribe |

Donations to my legal & advocacy fund are also always welcome. Go Fund Me: https://www.gofundme.com/f/ashley-gjoviks-advocacy-fund

Thank you!

-Ashley M. Gjøvik

 1 Like

## Discussion about this post

Comments    Restacks

Write a comment...

© 2025 Ashley Gjovik · Privacy · Terms · Collection notice

Substack is the home for great culture

# EXHIBIT M: FIELD NOTES ON REGULATORY CAPTURE, PART II

# Field Notes on Regulatory Capture, Part II

Part II: My personal hellscape of conflicts of interest, obstruction, & arbitrary denials of due process continues...



**ASHLEY M. GJØVIK**
SEP 18, 2022

♡ 1      💬      ⟳                                                    Share

## Part I Summary

This article is a continuation of my May 2022 article about Apple's "capture" of the US government. This article will discuss recent revelations from US EPA FOIA documents & retaliation *by* the US Department of Labor against whistleblowers.

Before you read Part II, you can read Part I here:



> **Big Tech Politics**
>
> ### Field Notes on Regulatory Capture
>
> Overview Agency Capture In the U.S., regulatory agencies (like the EPA, NLRB, or SEC) can become dominated by the industries they are charged with regulating. Economists describe this as "regulatory capture." Sometimes capture occurs through a "revolving door...
>
> Read more
>
> 3 years ago · Ashley M. Gjøvik

You can also read my June 2022 article about Apple's history of aggression towards the US SEC, US Department of Justice, and financial regulations here:



> **Big Tech Politics**
>
> ### A Blatant and Aggressive Disregard for the Law
>
> Apple likes to hold itself out as a golden child of human rights & regulatory compliance. Like the state its headquartered in (California), much of Apple's marketing is gross hypocrisy and a distraction from its actual actions. In reality, Apple has a long history of outright aggression towards regulation, including battles with the U.S. Department of J...
>
> Read more
>
> 3 years ago · 2 likes · 1 comment · Ashley M. Gjøvik

## Part II

Since May 2022, a lot has developed with my Apple whistleblower cases. The most incredible was the release of the first US Environmental Protection Agency (EPA) documents about my Apple office, so let's start there.

## The TRW Microwave Superfund Site

In January 2022, I asked the US EPA about the status of my August 29 2021 formal complaint to the US EPA about Apple, Lisa Jackson, & my Superfund office - but the US EPA told me they sent my complaint (about federal laws and agencies) to state of California. The California EPA would later claim they never received a referral, nor would they have jurisdiction on the matter.

I also emailed the site contacts for my Apple office Superfund site, asking for confirmation if the indoor air was ever tested or cracks in the floor inspected. The US EPA would out-right refuse to answer any of my questions, even after I pleaded that the information about chemical exposure would directly impact my risk of cancer, lifetime health outcome, my coworkers still being exposed, and my open litigation against Apple.

In January 2022, I filed three FOIA requests for US EPA information about my Apple Superfund office. The US EPA FOIA lawyers would intimidate me: frequently trying to get me onto phone calls and video meetings despite my insistence to keep everything in writing; threatening me it may cost me hundreds or thousands of dollars to respond to my requests; and refusing to respond to requests for EPA headquarters documents without overly-specific information & pre-agreeing to pay a potentially large sum of money.



In March 2022, I'd receive a copy of Apple's position statement in my US Dept of Labor whistleblower cases where Apple would claim both they and the US EPA had reassured me that my Apple office was safe & fine, and thus my concerns were unreasonable and unprotected.



B. **Ms. Gjovik's Repeated Expressions of Concern Even After Apple Had Responded Do Not Support A Retaliation Claim.**

Apple (and later the EPA) thoroughly responded to Ms. Gjovik's initial workplace safety concerns, and thus Ms. Gjovik's subsequent expressions of concern regarding workplace safety were unreasonable and her activities lost any protected status as a matter of law. See, e.g., Williams v. U.S. Dep't of Labor, 157 Fed. App'x 564, 570 (4th Cir. 2005) (teacher's whistleblowing activities initially protected under CERCLA but "[o]nce her concerns were addressed … it was no longer reasonable for her to continue claiming that these schools were unsafe and her activities lost their character as protected activity"); Day v. Staples, Inc., 555 F.3d 42, 58 (1st Cir. 2009) (under SOX, employee's complaints "were not initially reasonable as beliefs in shareholder fraud and they became less reasonable he was given explanations" by the employer); see also Grant v. Dominion East Ohio Gas, ALJ Case No. 2004-SOX-00063, 2005 WL 6185928, at *40 (Mar. 10, 2005) (under SOX, finding whistleblower protections do not "protect an employee who simply raises questions about virtually everything with which [she] disagrees or does not understand" or who "simply assumes a company has retaliated against [her] because [she] raised a lot of questions, lodged a lot of complaints, and labels [herself] a 'whistleblower'").

Apple responded to Ms. Gjovik's concerns regarding its plan to voluntarily and preventatively seal potential pathways for vapor intrusion and to subsequently conduct air testing; thus, Ms. Gjovik's continued expressions of concern about the plan do not constitute protected activity. Ms. Gjovik first expressed concerns related to the planned work on March 17, 2021. On April 2, 2021, EHS informed Ms. Gjovik that measures had been taken prior to Apple occupying Stewart 1 to mitigate potential for unacceptable vapor intrusion, and that further testing – which was performed after those measures had been implemented – confirmed that no unacceptable vapor intrusion at the site was occurring. On May 17, 2021, EHS reassured Ms. Gjovik that there was no concerning vapor intrusion at the Stewart 1 site, and answered Ms. Gjovik's sixteen questions from her April 11 email. And on July 7, EHS met with Ms. Gjovik to (1) again reassure her that measures were in place to mitigate the potential for vapor intrusion; (2) explain the work was part of Apple's regular maintenance program, not due to any concerns regarding building safety; and (3) explain that no EPA reporting was necessary because the planned work was routine and voluntary.

The EPA also assuaged Ms. Gjovik's concerns, letting her know on June 7, 2021 that the Agency "believ[ed] the remedy in place at the [site] remain[ed] protective" and that "[f]or a site where conditions are protective of human health there is no specific EPA requirement to notify each site visitor or construction or office worker of a mitigated potential risk." Because Apple as well as the EPA responded to Ms. Gjovik's concerns regarding workplace safety through multiple conversations and written communications, her continued repetitions of the same concerns were not reasonable and do not constitute "protected activity" that can supply the predicate for a retaliation claim.

Re: *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051, March 4 2022, Orrick on behalf of Apple Inc

---

Ashley M. Gjøvik, J.D.
@ashleygjovik

Apple didn't say anything about this to the government investigators in my retaliation cases

In fact, Apple said the office was fine & I was being unreasonable, even after Apple knew we were exposed

Which sounds like an extension of an existing cover up

> Ashley M. Gjøvik, J.D. @ashleygjovik
>
> Apple knew the EPA found that Apple had been piping in TCE & infusing workers with high-risk industrial chemicals
>
> In Apple's reply brief for my CERCLA whistleblower case, Apple said my concerns about my office were "unreasonable"
>
> Apple omitted their gas chamber from the filings

12:22 AM · Aug 30, 2022

---

I became further inflamed after I noticed the US EPA quietly added a [document](document) to their website supposedly about groundwater testing in 2021, but on page **89 of 329** (*yes, this kind of extensive research & watchdogging is basically all I do now*), the report noted there was some sort of EPA visit to my Apple office in October of 2021 to inspect the vapor intrusion mitigation system (the sub-slat depressurization system, or SSD).

**SSD Visual Inspection**

GES conducted a visual inspection of the SSD during a site visit on October 12, 2021. Access was granted by the current tenant Apple, Inc. The SSD system was visually documented to assess the system for its current working state. Observations were made regarding current building roof layout of HVAC systems, barriers, and roof equipment. Each of the three buildings associated with the site have a cluster of two to three vent risers that extend from the sub-slab collection laterals and penetrate the roof to allow for passive depressurization of the sub-slab area. Each

Northrop Grumman, 2021 Annual Groundwater Monitoring Report, Former TRW Microwave Site, US EPA (March 17 2022)

---

I pressed harder for more information. I raised more concerns about the US EPA to the US EPA, about them apparently continuing to helping Apple cover up the

issues with my office and what Apple did to me. I complained again of Lisa Jackson influencing the matter.

The first significant document I would receive was on May 27 2022: a three page letter from the US EPA to Northrop Grumman on October 7 2021.

I will never forget opening that PDF. The letter documented an onsite inspection of my office by the US EPA on August 19 2021 (while I was suspended, before I was fired), where the US EPA found a number of safety issues, including several concerns I myself raised months prior in email and before I was suspended.

I wept for nearly an hour. With everything I've suffered and lost after speaking up about that damn office, I've of course questioned whether it was worth it. What if I was wrong? Unfortunately I was not wrong. We were exposed to industrial chemical vapors & the site was out of compliance with Superfund regulations.

I wept with relief & I wept with grief.

I pushed on the US EPA site team again for more information, at which point a US EPA lawyer responded by removing the scientists and engineers, and told me I'd only be able to talk to her going forward, & she would not answer any of my questions. I doth protested much.

I received the first batch of FOIA documents on June 27 2022, over six months after I requested them. I received the completed response to the first request August 29 2022 and a partial release of the second request on August 12 2022. The remainder of the second request and the entirety of the third request still have not been released, even nine months later.

The US EPA also finally began updating the documentation for the site on their own website, as they should have done months & years prior. Their abrupt diligence was assumably in response to me continuing to push fiercely on the matter.

Each additional release of documents, via FOIA and the website, have provided context and insight into what really happened last year. From documents released thus far, I've gathered:

**April 2021:** Despite me not informing Apple I was complaining about my office until summer of 2021, the EPA met with Apple in late April to tell Apple about my concerns. They had several meetings between April 28-30; which per their own emails, the meetings were to strategize about how to respond to me. (Note: Apple isn't even party with the EPA on the building - Northrop Grumman is the responsible party and the state of California owns the building, Apple simply rents). Then, I had a meeting with my Senior Director on April 29 where he told me I should quit Apple, & after he started quietly giving my work away to random people in the organization. The US EPA rep I talked to, and who reached out to Apple to tell them I was blowing the whistle on them, apparently knew Lisa Jackson for many years, worked directly with Jackson at the US EPA, and suddenly stopped working at the US EPA in late 2021 (after nearly 20 years with the agency).



Ashley M. Gjøvik, J.D.
@ashleygjovik

Email from me to the @EPA on 4/30, re: #Apple's oversight of my office building (the TRW Microwave #Superfund)

-there's at least a decade of toxic indoor air through 2014
-Apple hasn't tested the air for 5yrs & refuses to inform
employees
-I'm being "pressured" not to talk abt it



7:21 PM · Sep 18, 2021

38 Likes       6 Retweets

Ashley M. Gjøvik, J.D.
@ashleygjovik

Apparently when I complained to the EPA in April 2021
abt Apple's recklessness with my Superfund office, the EPA
immediately told Apple I complained & had several mtgs
abt it

Two days later my Apple boss suggested I resign

Meanwhile, the ex-head of the EPA reports to Tim Cook



Ashley M. Gjøvik, J.D.  @ashleygjovik

I submitted several FOIA requests to the EPA in January 2022.

The EPA finally just released the first batch... six months later.

For this one, I had requested any comms between Apple & the EPA about CA
Superfund sites from Jan 2021 to Jan 2022.

They just released 88 records. https://t.co/LEvUkY19V5 https://t.co/rUCIvrVcA5

7:37 PM · Jul 3, 2022



**May 2021:** Northrop Grumman & the US EPA had several meetings & exchanged numerous emails about my office based on my complaints, which led to EPA requesting extensive information from Northrop Grumman about the safety of the building, including details on vapor intrusion testing and mitigation. This was at the same time Apple was claiming there was nothing wrong with my office & assigned me a "five-point balancing test" [1] to complete per thought, if I wanted to talk to my coworkers about any environmental or safety concerns. The EPA also informed Northrop that I was talking to the NYT and informed them of the reporter's name who was asking the EPA questions about my office.



**July 2021**: In March 2022, Apple would submit a position statement to the US Dept of Labor claiming I was told in July 2021 that all EH&S work on my Superfund office was "routine" and "voluntary" and there was no reason Apple had to inform the EPA of any of it, so I was being "unreasonable" and I deserved no protection for my whistleblowing.





Also in July, the US EPA formally requested an onsite inspection of my Apple office. They sent the letter on July 26 and requested the inspection occur shortly after. They noted Apple's environmental lawyer was on vacation that week & Northrop Grumman said they'd talk to her when she's back on August 2nd. I was then suddenly suspended on August 4th, after I had been gathering evidence of

Field Notes on Regulatory Capture, Part II

the cracked floor on August 2nd-3rd and was preparing to go onsite to gather
more evidence on August 5th. Apple mentioned none of this in their position
statement, of course.



**July-August 2021:** Apple demanded the US EPA sign an extensive NDA before
they would allow the EPA to come on site for the safety inspection. Among other
problematic terms, the NDA declared anything the EPA learned during the
inspection (assumably including safety issues) were "Apple Confidential" and the
EPA could not make any public statements about the inspection without Apple's
permission. Apparently the EPA refused to sign Apple's NDA and also
complained to Northrop Grumman about Apple's secrecy demands.





**Ashley M. Gjøvik, J.D.**
@ashleygjovik

APPLE LITERALLY TRIED TO CLAIM TO THE FEDERAL GOV
THAT PHOTOS OF GIANT ASS CRACKS IN THE FLOOR AT
MY SUPERFUND OFFICE WERE 'CONFIDENTIAL'

9:01 PM · Jun 27, 2022

28 Likes    4 Retweets

**Ashley M. Gjøvik, J.D.**
@ashleygjovik

@Apple @EPAregion9 I finally got copy of the NDA Apple
tried to get the EPA to sign. Among other things, it claims:

-Any non-public info gathered from inspections of Apple
offices is Apple Confidential

-The EPA can't make any public statements about what
they find

-The existence of NDA is secret



12:26 AM · Aug 30, 2022

8 Likes    2 Retweets

**August 2021:** On August 19 2021, the US EPA and Northrop Grumman conducted an onsite inspection of my Apple office and found a number of potential and actual issues: perhaps the most significant of which was that the toxic gases under the building were being piped *into* the HVAC that came out above our heads in the office. We were indeed exposed to toxic gases for years.

Ashley M. Gjøvik, J.D.
@ashleygjovik

The EPA report included something unexpected

The building has a system to vent the super toxic gases under the building up to the roof & out into the atmosphere

When Apple moved in, Apple rearranged stuff on the roof

Resulting in:
THE TCE VENTED OUT & THEN INTO THE HVAC INTAKE

during the site visit EPA did identify the following items that EPA asks NGC to address.

- **SSD System Vent Pipes:** From Matt Plate's visual inspection on the roof, four of the SSDS exhaust vents are approximately 10-feet of the HVAC's intakes vents and lower or at a comparable height to the intakes. This distance is an acceptable building code distance; however, a distance greater than 10-feet and/or a height that is elevated above the building ventilation system components need to be considered as the SSD system may vent low concentrations of site contaminants of concern outside, creating the potential for contaminates to be pulled into the HVAC intakes and into the building. This scenario and potential impacts to indoor air quality need to be evaluated and mitigated and EPA asks NGC to provide a proposal to do so. As the interior SSD system vertical vent pipes cannot be easily moved and rerouting of piping on the roof may compromise the effectiveness of the passive SSD system, consideration needs to be given to extending the height of vent pipes. For vent pipes that cannot be extended (e.g., under the east building chiller), consideration should be given to rerouting the vent pipes away from HVAC intakes and converting the SSD system to an active system with a blower fan.

- **HVAC Operation:** EPA's observations of the HVAC system and pressures within the

11:00 PM · May 28, 2022

37 Likes 12 Retweets

Ashley M. Gjøvik, J.D.
@ashleygjovik

Here's the Aug 19 2021 Site Visit notes

EPA: "West bldg vents are 10ft from HVAC...Not great for VOCs bc venting into HVAC...Need to extend 10' high. East bldg stack issues. Vents too close to chiller, cut too low."

EPA: Need to "seal sub slat ports. Not abandoned properly"







9:38 PM · Jun 27, 2022

12 Likes 1 Retweet

Ashley M. Gjøvik, J.D.
@ashleygjovik

EPA on Sub-Slat Vents (the ports to Hades under the building for sampling of Hades fumes):

"SS-5 ... seems mislabeled"
"SS-4 not poured well."

"Seal sub slat ports. Not abandoned properly. Rusted. Reinstall or abandon."

- 07:50: Meet on-site: NGG: Michael Shannon; The Dextra Group: Kurt Batsel; AECOM: Holly Holbrook
- Meet Colin Scanlon - Apple Lease manager: cscanlon@apple.com / Apple, Real Estate & Development Mobile: 510.290.7726
  - HVAC - not sure how operating
- Pre-arrange Site Visit Agenda:
  - ~~The sub-slab depressurization system that was installed underneath the site building to vent vapors to the atmosphere.~~
  - The building's concrete slab and cracks that where sealed to prevent vapor intrusion. As well as any building concrete slab penetrations (e.g., from pipes or seams in the building).
  - Past indoor air sampling locations.
  - The location where contaminated soil was excavated from underneath the building.
  - The spaces between the walls of the three sections of the buildings that were sealed in 2014-2015.
  - The emulsified vegetable oil in-situ bioremediation system.
  - The location of groundwater monitoring wells.

Holly: 4 HVAC zones 1st floor
  - Can't access vent riser pipes - no ports
- Building Elevator Maintenance:
  - Elevator shaft in GW in a pvc sleeve.
- IA-4 Open area in front of elevator.
- Matt: Roof, West Bldg Vents are exactly 10' from HVAC, just meeting code. Not great for VOCs bc venting into hvac. Would be better / need to extend 10' high.
- Matt: Roof, East bldg stack issues. Vents too close to chiller. Cut too low.
- Photo: PVC pipes in in service room; unk source. Suspect drain from roof (it's flat). Around pipe openings sealed (good). Room is has hvac air (good).
- Older concrete floor cracks well sealed. Photo examples.
- SS-05 under carpet (photo). Identified by Apple. Right SS diameter, but grout sealed. Seems mislabeled as SS-5 location not shown here in 2016 VI rpt. Matt: Seal sub slab ports. Not abandoned properly. Rusted. Use brass and SS. Reinstall or abandon. Seal and can redrill if needed. Don't need a permanent SS port.
- SS-4 (photo) not poured well.
- Room 1213 ... under negative pressure -4. It's hvac well balanced. Sample this room bc of drain and neg pressure.

9:41 PM · Jun 27, 2022

13 Likes 1 Retweet

Apple would claim in 2022 that they fired me based on conduct that occurred (and Apple was made aware of) on August 28 and August 30 2021. Apple would never tell me this directly, even after they fired me. In fact, Apple still pretended like they were investigating my concerns, not me, in emails on September 3 & 7 2021.

Ashley M. Gjøvik, J.D.
@ashleygjovik

Here's a fun timeline:
-8/26: I file NLRB charge against #Apple
-8/30: Apple receive notice of the NLRB charge (thx FOIA)
-8/31: 3 lawyer file notice of appearance w/ NLRB on behalf of Apple
-9/3: NLRB notifies deadline for affidavit is 9/13
-9/7: Apple wants to talk before 9/13

Ashley M. Gjøvik, J.D. @ashleygjovik
#Apple Employee Retaliations just responded to my 9/3 email, implicitly refusing to provide updates in writing
He also said based on his interviews & evidence reviewed there are "some inconsistencies" he'd like to "discuss in detail" & "give me the opportunity" to give info. https://t.co/mye6eA8drs

4:16 AM · Sep 9, 2021

18 Likes 4 Retweets

I had also publicly filed: a NLRB charge on August 26; a US DOL whistleblower retaliation charge & complaint to the US EPA on August 29; and SEC

Whistleblower tip on August 31 2021; among others. On September 3rd (Labor Day weekend), Apple got one of their blogs to write a smear article about my NLRB charge.

Ashley M. Gjøvik, J.D.
@ashleygjovik

The title of the 3 Sept 2021 article was:

"US labor board investigating Apple employee complaints, as doubts cast on one"

First line: "Doubts have been expressed about some of Gjøvik's claims, including evidence that appears to disprove one of them …"

9to5Mac @9to5mac
US labor board investigating Apple employee complaints, as doubts cast on one https://t.co/i09gCBxzeV by @benlovejoy

10:52 PM · Feb 6, 2022

Ashley M. Gjøvik, J.D.
@ashleygjovik

70%+ of the article was retracted within hours of me sending 9to5Mac a Twitter-demand letter re: defamation & false light

10:54 PM · Feb 6, 2022

**Sept 2021:** Apple fired me on September 9 2021 and then on Sept 15, sent me harassing letters about secret videos they took of me and emails insisting on 3D scanning my ears.

dell cameron
@dellcam

not sure why posting at 11pm but....

NEW: The "intellectual property" Apple fired @ashleygjovik for tweeting include, in full: (a) some photos of herself, taken with her own phone; (b) a screenshot of Apple asking to take pictures of her ears.





gizmodo.com
**Apple Wanted Her Fired. It Settled On an Absurd Excuse**
The reasons for firing Ashley Gjøvik include tweeting a photo of herself—taken
by her own phone.

3:03 AM · Oct 15, 2021

78 Likes       35 Retweets



dell cameron
@dellcam

In a twist, the law firm Apple paid to pester Gjovik to
delete pictures of herself is the same that defended Trump
University.

The pictures were taken by an app automatically. If you
remember your Monkey Selfie history -- which I guess
Apple doesn't -- that's not copyrightable.

3:14 AM · Oct 15, 2021

38 Likes      8 Retweets

**Oct 2021:** On October 7 2021, the EPA sent a written summary of the Aug 19 2021
site inspection to Northrop Grumman & asked for written comments within 30
days. The EPA asked for a report on the vapor intrusion mitigation system. The
EPA also raised concerns about a number of the issues I had also raised to Apple
prior (which Apple brushed off) including: testing the indoor air with HVAC off
instead of on, documentation on the repair of the cracks in the floor, the need to
identify missing "sub-slat vent ports," and need to repair or decommission
compromised ports. The EPA apparently also visited the site again at least on
October 12 2021.



Ashley M. Gjøvik, J.D.
@ashleygjovik

Me before I'm fired: you need to test the air with HVAC
OFF

Apple: no, we'll test with HVAC ON, and that's the right
way to do it

Ashley: Not its not & I'm gonna tell the EPA

Apple: You're fired

EPA: You need to test with HVAC OFF

Apple: You're fired too (& EPA PM is gone!)



**[Fast Forward] May 2022:** The next year, the EPA denied Northrop's proposed plan to fix the vapor intrusion mitigation system as inadequate. The EPA stated improvements to the vapor intrusion mitigation system are **required**. The EPA also said indoor air testing is **required** & still not conducted since 2016. The EPA had a consultant review Northrop's plans for my office & he noted: "significant uncertainty," "concentrated effluents" may indeed be pushed into HVAC, and a variety of indoor air testing is needed to design fix for the vapor intrusion mitigation system.



**June 2022:** This summer, with still no indoor air testing, and apparently my coworkers still working in our office subject to chemical exposure, Northrop Grumman wrote to the US EPA that they will only do "one round of indoor air sampling" and only want to do the same limited testing they did in 2016 (only 8hrs, etc). Northrop also noted Apple has to approve the timing & design of testing, and that Apple claims the TCE in the HVAC system is "Apple Confidential," and that Apple doesn't plan to fix the HVAC vents. Apparently Apple claims it would violate "local laws" to fix the vents currently spewing poison on my teammates.



Field Notes on Regulatory Capture, Part II



**July 2022:** The EPA responded to Northrop Grumman noting they have now only agreed to do only part of the bare minimum requested. EPA told Northrop they can't delay testing the toxic gases under the floor, and reminded Northrop that environmental science requires "multiple lines of evidence" so they would need to do more than one round of air testing.

There's much more than this and you can review the documents directly on the links above, but this summary should give you a picture of what I've discovered.

One thing I quickly learned about retaliation lawsuits is that the timeline is key. Lawyers always want to see the timeline of events, including: any protected activities, when the employer knew/must have known, and when adverse actions occurred. The crux is: an employee did something protected > the employer knew > the employer then did something materially bad to the employee > and the employer assumably did the bad thing because of the protected thing the employee did earlier.

I'd learn that sometimes suspicious timing and circumstances may be enough to prove retaliation. In addition, an employer's deceit and omission of key information during litigation, or clear post-hoc rationalizations, may become further evidence against the employer and prove pretext.

Even before the FOIA documents came to light, the timeline & circumstances were already incredibly damning. With this new information, it became remarkably clear that Apple planned to deal with me extra-legally.

Apple must of bet all the harassment, intimidation, threats, corruption, & misery they were inflicting upon me would be enough to remove me from the equation, one way or another.

Then, only last week, I discovered a press release Apple themselves coordinated when I was suspended last year. Lisa Jackson invited the current head of the EPA (Michael Regan) to Apple Park the two days immediately prior to the inspection of my Superfund office. They'd talk to [Axios](#) and [CNBC](#) about the visit (even mentioning plans to privately discuss Apple's mandatory environmental [SEC disclosures](#)), do a photo shoot, & record a [video](#) of a "fireside chat."

Regan would post the video from both the US [EPA press account](#) and his own Twitter account, where he noted he and Jackson were ["good friends."](#) [2]



I filed a complaint about all of this to the US EPA Office of Inspector General on July 20 2022 & have continued to update it after. I also filed FOIA requests for communications between Jackson and Regan about me and/or my office. [3]

## The U.S. Department of Labor Whistleblower Protection Program

On August 29 2021, I filed a complaint with the US Department of Labor Whistleblower Protection Program (WPP) & made it public that I did so. I was actively in discussion with the investigator and providing evidence before I was fired. I provided copies of my other agency complaints (ie, US EPA & US SEC) on September 8 2021.



I was then fired the next day, which was also the day before my first NLRB affidavit (and Apple knew).





Already, one would think this would be a "slam-dunk" case with timing alone.

I had also filed complaints to the California Dept of Labor in August 2021, noting violations of state labor, and health & safety laws (like Prop 65).



On September 10 2021, the US Dept of Labor investigator notified me my US Dept of Labor charges would be "dual filed" with the state and would ask the state to take lead on investigating. When I asked the state why they would be investigating federal laws, they said it was a decision based on resourcing & that they are still separate cases.

It began to worry me why the federal government would ask an understaffed state labor department to investigate federal environmental and securities laws, so I followed up with the US Dept of Labor investigator asking about it again and ensuring my SEC & EPA complaints were included.





This was the first, and not last time, I'd see the US Dept of Labor's dark side.

The investigator suddenly attempted to close my entire case without investigating or reviewing evidence, and without explanation. When I protested, she claimed it was a "decision from management."

"*After reviewing the information you've provided and consulting with my management team, it has been determined that your complaint does not meet the criteria for OSHA Whistleblower Protection Program (WPP) to open an investigation.*" -US Dept of Labor (Nov 16 2021)

I immediately questioned the investigator why she had previously told me I had an open case and that it was referred to the state Dept of Labor, and that she herself had said my federal complaint would not be closed until after the state issues a decision.

The investigator then responded on November 22 2021 with some hot garbage: falsely claiming conflicts of interests with a corporate board of directors do not implicate SOX concerns; saying I have no CERCLA case because Apple told me my office was fine so there was no issue, even though I had a number of accurate and appropriate concerns about the plan of record, including Apple refusing to test the indoor air until after they fixed the cracks in the floor & refusing to tell the EPA about the cracks in the floor at all.

What the investigator said was Apple's nonsense position, which the investigator apparently regurgitated without investigation. She said again she was dismissing the entire matter.

The investigator said I could appeal the decision to an ALJ, but implied if I request to appeal then Apple would be notified US DOL previously dismissed my case. I remember reading her email like it was a threat intending to intimidate me to not even appeal. Her wording implied I could save face if I just drop the matter completely.

Field Notes on Regulatory Capture, Part II



**From**  🔒 Diangco, Andrea - OSHA <Diangco.Andrea@dol.gov>          Nov 22, 2021

**To**  Ashley Gjovik

Ashley,

My email dated September 10, 2021, was a notice that your complaint was being referred to California's Division of Labor Standards Enforcement (DLSE). It is not an admission of federal OSHA whistleblower coverage. Your report of general employee safety concern falls within the state's jurisdiction and therefore was referred to them. My most recent email dated November 16, 2021 does not retract your referral to the California DLSE.

Your report of Ronald Sugar's conflict of interest is not a covered protected activity under SOX. SOX protected activity include reports of mail, securities, wire, or bank fraud. These types of fraud were not alleged in your complaint.

After Apple sent an email to employees notifying them they were planning to do vapor intrusion testing, you then began raising concerns regarding the same issue. Continuing to raise questions about an issue that has been addressed and you received updates about is not a valid protected activity under CERCLA.

As a reminder, if you disagree with our determination you have the option to request an appeal letter. The letter will give you your rights to appeal to an Administrative Law Judge. Please note a copy of the appeal letter will be issued to Apple as well.

Regards,

**Andrea Diangco**
Investigator
Whistleblower Protection Program
U.S. Department of Labor - OSHA

Letter from US DOL, Nov 22 2022

At this point, I pointed out the inconsistencies & complained to investigator that I felt like I was being retaliated against by the US Dept of Labor itself.



Ashley M. Gjøvik, J.D.
@ashleygjovik

My experience with the @USDOL Whistleblower Protection Program abt my #Apple charges has been so miserable, I emailed their solicitor yesterday saying "At this point my best description of the WPP program is that I feel retaliated for being a whistleblower by the US DOL itself."

Bloomberg Law  @BLaw

A spike in employers retaliating against employees for asserting workplace rights is leading the U.S. Labor Department to use more aggressive enforcement and litigation tools. https://t.co/D3tzOTmcGg

10:52 PM · Nov 23, 2021

29 Likes    4 Retweets

Ashley M. Gjøvik, J.D.
@ashleygjovik

DOL appears to be refusing to review the evidence I sent, ignoring many of my claims (not even acknowledging them), & won't show their work. I keep asking for an

explanation, to talk to someone more familiar with
Superfunds-nada. One email I got yesterday even felt like
a threat.

10:59 PM · Nov 23, 2021

6 Likes    2 Retweets

 **Ashley M. Gjøvik, J.D.**
@ashleygjovik

I'm still emailing them, hoping they'll do the right thing,
but if they don't, I'll publish all our emails. It really feels
like an #Apple ER "we investigated & there's no policy
violations" thing, when they clearly didn't even review the
evidence. It's so disappointing.

11:01 PM · Nov 23, 2021

5 Likes    2 Retweets

I filed a FOIA request for any discussion about my case (which would return
emails showing a "management decision" without investigation, to refer my case
to the state of California, but still calling it "dual filing," not dismissal).

The investigator then doubled back & told me I had 10 days to respond with more
evidence. I ask for clarification on what evidence was needed, since the first
round of evidence I sent was apparently not even reviewed. I received no
response. I asked for clarification again & expressed more concerns. Still no
response…and now the clock was ticking.

> *"I reported concerns of violations of CERCLA and SEC. Per the DOL library case
> law, I meet prima facie for multiple whistleblower statutes. YOU NOT
> RESPONDING TO ME FOR DAYS AND WAITING TO RUN OUT YOUR
> ARBITRARY STATUTE OF LIMITATIONS FOR A RESPONSE IS OFFENSIVE."* -
> Nov 26 2021

I then received an "out of office" message from the investigator, saying she was
on leave until Dec 1 2021, which was after the arbitrary deadline she gave me.

I then escalated to US Dept of Labor Solicitor Nanda & requested a new
investigator. I pointed to a 2020-2021 US DOL OIG investigation into the program,
noting excessive delays, incomplete investigations, and 98% of cases being
dismissed for no reason.

> *"If you don't find I meet the statutory requirements, that's one thing. But not
> even investigating is completely unacceptable."* -Dec 1 2021

 **Ashley M. Gjøvik, J.D.**
@ashleygjovik

So, the @USDOL's failure to even pretend to investigate
wasn't just my imagination. Current reports show DOL
only investigating 20% of claims & resolving 2%, & 96% of
investigations were insufficient. I'm really hoping Solicitor
@SeemaNanda can step in & ensure we get due process



@USDOL @SeemaNanda "Resolving a mere two percent of OSHA retaliation complaints in six months is a dismal record under any circumstances. It undermines workers' confidence that they'll be protected when reporting unsafe working conditions."

nelp.org
Report: OSHA Investigated, Resolved Only 2% of COVID Retaliation Complaints
More than half the 1,744 retaliation complaints received were dismissed without being investigated.

11:31 PM · Dec 1, 2021

---

Ashley M. Gjøvik, J.D.
@ashleygjovik

I guess between my "are you doing corruption to me?" and my "are you even a functioning agency?" emails, the @USDOL is at least now pretending to look at my case. However, they did refuse to explain what they're even looking for or what I should provide. The US gov in action...



10:30 PM · Dec 4, 2021

On Dec 8 2021, I received a letter from US Dept of Labor saying my case was just now referred to California Dept of Labor. The next day, Dec 9, I received a letter from the California Dept of Labor saying that the US Dept of Labor is now leading

the investigation (the same case that US Dept of Labor previously claimed they
were not, a week & day prior).

The state agency told me the federal agency also asked them to pause on
investigating Apple's violation of state laws, until the federal agency finishes
their own investigation, citing preemption (somehow even for state laws with no
federal counterparts like Prop 65, etc). [4]

On Dec 10 2021, my FOIA request returned with the emails acknowledging the
dual filing back in September. [5] That same day, the US Dept of Labor investigator
notifies me she has now opened federal cases for OSHA, CERCLA, & SOX
retaliation. The federal investigator claims that letter from California Dept of
Labor, saying US Dept of Labor will investigate, was the original case that US
Dept of Labor previously claimed they were not investigating. (If your head is
spinning, it should be, they kept changing their stories every damn email).

But I read the letter & knew my persistence was working…







9:00 PM · Dec 13, 2021

73 Likes    27 Retweets

Over the next nine months, the US Dept of Labor would only provide me Apple's first position statement, but no additional communications and no notice as to what evidence was provided against me. Meanwhile the federal investigator told me every single thing I sent her would also be sent to Apple, and even warned me against sending certain evidence (like reports to law enforcement or details of other federal investigations) because she said she would have to send them to Apple, but didn't explain why.

I'd ask if any witnesses were ever interviewed, but never hear back. I asked for help to get documents from the US EPA more quickly, but US Dept of Labor would refuse. I'd ask for a referral to the US Dept of Justice for assistance with the home break-ins, hacking, and threats of violence - but US Dept of Labor would refuse. I'd ask for help with a retaliatory lawsuit admittedly filed in response to my federal charges against Apple - but again, US Dept of Labor refused.

I asked US Dept of Labor to investigate Apple's clearly unlawful employee policies, (as US NLRB was also investigating them and they could be used to substantiate punitive damages in my OSHA whistleblower charge), but US Dept of Labor refused.

I told US Dept of Labor that the US SEC had started investigating. US Dept of Labor told me not to tell them about it. I questioned them, asking if US SEC might pursue a Dodd Frank whistleblower case through the US DOJ for my termination so closely following the public filing of a SEC whistleblower tip, how would that not be relevant to my SOX whistleblower case? The US DOL never responded.

I expressed concerns that Apple lied to US Dept of Labor in their position statement about my office, completely omitting the safety inspections, the safety issues, and the ordered corrective actions. The investigator never responded.

I expressed concerns about a potential conflict of interest with OSHA administrator Douglas Parker (who oversees the entire US DOL whistleblower program) with Lisa Jackson (previous US EPA administrator now running Apple lobbying), since Parker ran federal Mining Safety while Jackson ran the US EPA - but the investigator never responded.

I sent the investigator my EPA OIG complaint - she never responded.

I complained about how long it was taking to process my case. The statutes said they should have completed an investigation in 30 days for CERCLA, 60 days for SOX, and 90 days for OSHA. We were over a year now.

The investigator told me I could "kick-out" all of my charges & sue Apple myself in a federal court, instead of going through an agency. (Note: beyond the insanity

of suggesting a pro se employee sue the most profitable corporation in the world in a highly complicated and expensive legal setting - the investigator's advice was also incorrect). In reality, I could kick-out my SOX claim, but the statutes expressly forbid any kick-out of OSHA or CERCLA. I told her this and she agreed that if I had listened to her and withdrew my charges, I would have forfeited my OSHA & CERCLA cases completely.

I complained more about the delays. I told her even if I could manage a SOX whistleblower case in a federal district court myself, it was poor legal strategy to separate that case from the CERCLA & OSHA cases. The investigator then told me I could ask to close the agency investigation now and bring the results to an ALJ to review. I questioned her why I'd stop an in progress investigation, without being told what evidence was gathered or reviewed, or if any witnesses were even interviewed. I'd be requesting findings on an incomplete investigation and already biased investigation, which sounded like it would be highly favorable to Apple. I also told her Apple would use it as a justification to further claim my charges were "meritless," etc. She did not disagree.

I asked for ways to simplify my case & allegations to speed things up. I asked several times. I said I was willing to drop certain claims if it would expedite the process. The investigator never responded.

I told the investigator I won my California unemployment appeal and an Administrative Law Judge found that Apple's termination of my employment was based on something other than misconduct by me. The ALJ ordered I be paid state unemployment insurance (paid by Apple). I attached the three-page court order to my email. The US Dept of Labor investigator simply said "received."



On September 6 2022, I again requested status on my cases. I told the investigator that because I've discovered so much corruption with the US NLRB & US EPA, at this point I have to assume the delays and poor communication with my US Dept of Labor case must also be signs of corruption.

She did not respond by Sept 12 2022, so I send another email asking for the name of someone in US Dept of Labor I could escalate to. Still no response. On Sept 14 2022, I pointed out the delays in my cases are violating US Dept of Labor's own statutes. I also point out I just discovered a [whistleblower](#) from the US Dept of Labor's own whistleblower program, who was based in the Regional Office my case is in, who claims he was fired by US Dept of Labor in [retaliation](#) for complaining about corruption in the whistleblower program. I told her I'm going to file an OIG complaint about my case.

The US Dept of Labor investigator then responded just a few hours later! She said a supervisor will be in touch shortly to set up a phone call. The supervisor reached out the next day, Sept 15 2022, asking to set up a conference call with me and one other supervisor on Sept 16 2022.

I quickly responded to schedule the call and asked who the other supervisor was: she says its the Assistant Administrator for Region IX. (I look him up, he's a naval captain [specializing](#) in "surface warfare" and "Seabee combat"). *Cool.*

The September 16 2022 US Dept of Labor meeting was one of the craziest things to happen to me through all of this. From starting with aggressive demands to "not record the meeting," (despite me not even asking to do so), to ending with the captain telling me that even though my cases were still under investigation, that I should expect to have them **dismissed** in roughly six weeks… it quickly became clear the sole purpose of the meeting was to intimidate me into withdrawing my charges.

I was told I would not be informed of any evidence provided against me. I was told any misconduct with my cases were my own fault. I was told they investigated themselves and found no policy violations. They said my case will not be transferred. He wrapped up by saying *"I believe I've now addressed all of your concerns."*

I can understand how a reasonable person who had been fired by their powerful employer in retaliation for raising concerns about violations of federal laws, might be intimidated by that conversation to the point of spending those next six weeks worrying about publicly losing their lawsuit and facing further defamation and shaming, which could result in them withdrawing their charges instead & claiming they simply decided to move on with their life.

> Unfortunately for the US Department of Labor & for Apple, **I'm not a reasonable person.**

At the end of the call I told them both I had no idea what the point of the call was other than to intimidate me, they addressed none of my concerns, gave me new concerns, and I will be reporting all of it.

I wrote up notes & emailed them to the supervisors, expressing grave concerns. I told them I'd add the matter to my OIG complaint & I cc'd Solicitor Nanda. I said I'd appeal my case all the way to ARB if necessary.

# Conclusion

When I published Part I earlier this year, I never expected to have a Part II even more scandalous than the first… but here we are.

Next up will be Part III, where I'll discuss the violence I've faced since speaking out, including: multiple home break-ins, unlawful surveillance, & online threats &

harassment. I'll review the FBI SF Regional Office's public statements praising Apple & discuss Apple's chokehold over local, state, & federal law enforcement.

*Don't let the bastards grind you down.*

-Ashley

---

Updates: Additional FOIA documents were released in December 2022 which revealed a number of additional concerns.

- US Dept of Labor didn't even attempt to investigate my CERCLA case before trying to dismiss/block it, and only started to investigate in December 2021 after I filed complaints to US DOL OIG

- US EPA provided reports to US DOL in December 2021 disclosing the August 2021 inspection of my Apple office & the open safety issues, but US DOL never told me they had this information & never shared it with me or US NLRB

- The US EPA began working with Northrop Grumman & requesting extensive data about my Apple office back in April 2021

- Northrop Grumman discovered the state of the SSD system in November 2020 but didn't share findings until US EPA asked for the report in May 2021 (due to my complaints)

- The August 2021 inspection of my office was *due to* my complaints to the US EPA about the cracks in our office floor

- US EPA internal emails from August 2021 admit to intention to not create a paper trail of the issues

- In December 2021, US EPA documents that the TRW site is out of compliance with CERCLA & needs a new Record of Decision including vapor intrusion

- US EPA as contacted by a reporter in December 2021 asking about the office & US EPA completely omitted the August 2021 inspection & open issues from their response

> "An Apple employee recently contacted EPA and notified EPA that there were cracks in the building's foundation. If true and the cracks are significant, this could impact the effectiveness of the VI mitigation system for protectiveness of human health."
> - US EPA, August 16 2021

> "I will not prepare a formal memo of the site visit. Anything I share with management will be verbal or in an email, and at the 'site management level' regarding human health protectiveness & site management action items.
> - US EPA, August 20 2021

Dec 6 2022 FOIA release:





I'm very curious what the US EPA was talking to OSHA about back in December

That was back when US DOL OSHA claimed they had dismissed my case (even though they didn't)

⛳ FOIA-EPA-2023-000312 filed today

I'm curious if this might reveal more US DOL and/or US EPA shenanigans...

9:41 PM · Dec 6, 2022

20 Likes 7 Retweets

Dec 7 2022 FOIA release:

Ashley M. Gjøvik, JD
@ashleygjovik

🧵 I complained to US EPA that the records I received yesterday should have been included in response to my *prior* FOIA requests

I asked why they were *excluded* without explanation

US EPA lawyers just said "I don't know" & then released another 305 docs to me. Adding below ⬇️

Ashley M. Gjøvik, JD @ashleygjovik

FOIA docs prove US Dept of Labor tried to dismiss my whistleblower cases against Apple in Nov 2021 w/out even investigating

When finally started investigating (after I filed Inspector General complaint) DOL obtained docs from US EPA with critical evidence but didn't tell me
https://t.co/P4kD3IpQTW

10:38 PM · Dec 7, 2022

28 Likes 10 Retweets

These documents were finally released shortly after I send the US EPA a number of documents about years of issues with the HVAC in my Apple office building.

Ashley M. Gjøvik, JD
@ashleygjovik

There's still a bunch of new info from today's FOIA release I haven't posted yet

Documents important enough I need to take a moment to process

Info EPA was holding on to & refusing to release for a literal year

What happened in the last month to make EPA change their minds?





Nov 8: "Apple also claimed they were doing testing in one of our conference rooms on Aug 4, with 'lots of devices'... unclear if that was air testing. I was permanently 'removed from the workplace' hours later." - me to US EPA

So EPA decided they're not running cover anymore?



Thanks for reading Big Tech Politics! Subscribe
for free to receive new posts.

[ Type your email… ]  **Subscribe**

---

1   Apple Employee Relation's five-point balancing test for employees interested in
    discussing environmental & safety matters: the communicated information must be 1)
    complete 2) accurate 3) does not cause a panic 4) does not make an assessment about
    safety 5) any follow up questions or concerns are sent directly to Apple EH&S or
    Employee Relations and not discussed with me or other coworkers

2   Note: The EPA's Michael Regan would later present at a tech conference the same day
    as Tim Cook in September of 2022.

3   US EPA FOIA EPA-2022-006433 & EPA-2022-006434

4   CA DOL DIR Case RCI-CM-842830

5   US DOL FOIA # 2022-F-0177

---

### Subscribe to Big Tech Politics

By Ashley M. Gjøvik · Launched 4 years ago

Big Tech Politics is a newsletter where Ashley Gjøvik examines the intersection of Big Tech, international law,
political science, & our dystopian future.

[ Type your email… ]  **Subscribe**

By subscribing, I agree to Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

1 Like

## Discussion about this post

Comments Restacks

Write a comment...

EXHIBIT N: WHISTLEBLOWERS ARE THE CONSCIENCE OF SOCIETY, YET SUFFER GRAVELY (LLRX)

# Whistleblowers Are the Conscience of Society, Yet Suffer Gravely For Trying to Hold the Rich and Powerful Accountable For Their Sins

 **llrx.com**/2023/04/whistleblowers-are-the-conscience-of-society

April 30, 2023

## Why Don't More People Support Whistleblowers? …Legislatures Should Provide the Protections They Deserve

*[Author's Note: I blew the whistle and was met with an experience so destructive that I did not have the words to describe what happened to me. I set out to learn if what happened to me is a known phenomenon and, if so, whether there are language and concepts to explain the experience. I found it is well studied. This article focuses on experiences like mine, where a still-employed whistleblower takes disclosures of systemic issues public due to inaction or cover-ups by the institution. This article does not intend to discount the other varieties of whistleblower experiences; instead, it seeks to explain, expose and validate the turmoil many whistleblowers in similar positions are often forced to endure alone. You are not alone.] T*

**Editor's Note**: This article is republished with permission of the author with first publication by <u>CovertAction Magazine</u>, a project of CovertAction Institute, Inc., a not-for-profit organization incorporated in the State of New York. The group's statement re **Copyrighted Material:** This web site may contain copyrighted material the use of which has not always been specifically authorized by the copyright owner. As a not-for-profit charitable organization incorporated in the State of New York, we are making such material available in an effort to advance the understanding of humanity's problems and hopefully to help find solutions for those problems. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. You can read more about <u>'fair use' and US Copyright Law</u> at the Legal Information Institute of Cornell Law School.

The term whistleblower is thought to originate from Victorian England, where, when a crime was committed, the policemen would blow a whistle while chasing the criminals to alert the public of the crime. Today, much like those historic figures, modern whistleblowers who spot misconduct "blow the whistle" and alert the public of the threat. The whistleblower acts as an early warning signal and defense mechanism of the common good.[1]

The term "whistleblowing" can be used very broadly to refer to an act of dissent, or it can be defined in a precise way, such as defined by statute. Whistleblowing generally seeks to reveal abuse and malfeasance, and to promote accountability. Publicly known whistleblowing

cases often concern issues of societal importance, like human rights violations, environmental damage, health and safety dangers, miscarriages of justice, and systemic corruption.[2]



Legendary Pentagon whistleblower Daniel Ellsberg, who leaked the Pentagon Papers in 1971.
[Source: britannica.com]

Despite the importance of their actions, named whistleblowers are often subjected to oppressive and stigmatized labels—like "snitch" or "leaker." Those discussing whistleblowers often treat them as some sort of sympathetic antagonist, the person is publicized instead of the disclosures, and coverage is constrained to interpreting actions only through formal laws and norms with a deference to industry.

Perhaps due to the potential disruption whistleblower disclosures can cause to established systems, there is a positivist urge to quantify and label whistleblowers. There have been extensive—and generally fruitless—studies searching for a special recipe of human

characteristics that lead one to become a whistleblower. This is misguided and distracts from whistleblowing as a moral challenge anyone may have to face. Studies are predictably conflicted as to the whistleblower's most common gender, nationality, race, ethics, or age.

There does seem to be positive association with education, honesty, strength of spiritual faith, and morality—only subjective characteristics. Studies have shown nearly half of all workers never raise any concerns at all. Other workers may raise concerns and the employer will actually quickly address the issue, or conversely the employee may give up after the first failed attempt. It's clear the distinguishing factors that sets whistleblowers apart from other employees are the very acts of speaking out and escalating when the first attempt fails.[3]

The attempted classification of scientific categories to predict whistleblowing have been debunked and cautioned for decades—yet it persists. Ignoring the issues that cause the person to come forward in the first place, many studies still focus on an endless search for data points to classify whistleblowers based on immutable and subjective categories.

At best, this is perhaps researchers attempting to flag categories to screen potential risks to power structures but, at worst, this is a disturbing quest to declare formal biological and social determinants of moral behavior. In modern history, "scientific studies" attempting to formally determine if people with certain immutable characteristics are superior or deficient related to basic human behaviors and activities has often ended in tribunals.[4]

There is also a flawed tendency toward a Foucauldian view of whistleblowers, celebrating the idea of "fearless speech" and viewing the whistleblower as a political actor who performs an act of resistance by speaking truth to power. This view is nascent—and only relevant at the earliest stages of whistleblowing or for those who blow the whistle after they are well out of harm's way—while ignoring the predictable and devastating aftermath for those who blow the whistle while still employed.[5]

Far from some sort of fearless rebel, whistleblowers are often professional idealists and loyal organization adherents who were not aware of the dangers and consequences of disclosure. Instead, whistleblowers often earnestly trust their organization and believe it will take actions to address the issues raised. Similarly, military and intelligence whistleblowers are often conservative and patriotic.

Many whistleblowers speak up because they believe in formal procedures and justice, never expecting an antagonistic response. Many whistleblowers also expect that taking the matter to a regulatory body will finally deliver law and order to the situation, but instead are often met with even more threats and retaliation, now by the government agencies supposedly chartered to protect them.[6]



Frank Serpico, who exposed police corruption in New York City. [Source: npr.org]

## Having a Reason to Blow a Whistle

*Deconstructing the process of blowing the whistle, there are two significant moral queries. The first is: When is it justified to blow the whistle at all? The second is: When is it justifiable to not blow the whistle?*

Justification for blowing the whistle requires: an organization, policy or product that poses a serious and considerable harm to the public; the employee reported the threat to their supervisor (if feasible); and, if not addressed, the employee escalated further to the extent they exhausted all possibilities for resolution internally. If these requirements are satisfied, it becomes morally permissible to blow the whistle, though the person is not morally required to blow the whistle.[7]

An employee becomes morally obligated to blow the whistle if the employee has accessible, documented evidence that would convince a reasonable and impartial observer that the whistleblower's view of the situation is correct; and the employee has good reason to believe that, by going public, the necessary changes will be brought about and harm will be prevented.[8] Because managers are almost certain to deny wrong-doing, a whistleblower needs ironclad evidence in-hand, and a whistleblower who can obtain this is in a rare and impactful position. When all five conditions are met, whistleblowing is a form of "minimally

decent Samaritanism." Indeed, many whistleblowers have described themselves as involuntarily compelled to blow the whistle and "having no other choice." This is often in direct contradiction to the way society wants to view whistleblowers.[9]

For those in situations where whistleblowing would be justified but not morally required, there is a moral and personal reckoning process. Functional considerations may be at play such as social policy, individual prudence, legal protections, socioeconomic status, expectation of loyalty to the organization, or organizational and professional norms. Regret functions to connect seriousness to intention, while fear of retaliation may trigger moral disengagement (i.e., dehumanizing victims) to reduce cognitive dissonance and throttle moral emotions.[10] In general, workers are most likely to blow the whistle on severe issues and intentional misconduct. In two-thirds of cases the whistleblower went to a regulator because their complaint was ignored by the company and, in ten percent of the cases, the whistleblower came forward because of a cover-up.



[Source: ncbi.nim.nih.gov]

Whistleblowing is a dynamic process that takes time to unfold. Most people do nothing until they are convinced the wrongdoing is alarming: morally offensive and with considerable threat of harm. Most people have no idea what they are about to face, and may not have the information required to properly reckon with the decision to be made. Many disclosures are made in quiet good faith and the person would never think of themselves as a "whistleblower," and thus also does not gather sufficient evidence that could withstand an imminent cover-up, nor would they have the perspective to actively identify, document, and navigate the reprisals about to unfold.[11]

Effective whistleblowing is "the extent to which the questionable or wrongful practice (or omission) is terminated at least partly because of whistleblowing and within a reasonable time frame." This may be displayed in the organization launching an investigation into the whistleblower's allegations (on their own initiative or required by a government agency), and/or if the organization takes steps to change policies, procedures, or eliminate wrongdoing. Few may be able to achieve these outcomes and those who do may still question if it was worth the sacrifice.[12]

## Predictable Violence

Despite the appearance of whistleblower laws and protections in the United States, the inefficacy of these protections is demonstrated by the institutional violence used to silence, discredit and, ultimately forcibly remove the whistleblower from the workplace. Whistleblower retaliation is a severe form of violence and whistleblowers who disclose while still employed seldom anticipate the often-catastrophic consequences of their actions.[13]

On the other side, faced with a blown whistle, institutions instinctively react to minimize their culpability and damage. The standard management tactic is instigating mobbing by co-workers to then build a vague complaint against the whistleblower, which is then investigated and documented to impugn the whistleblower's credibility and assassinate their character, and the whistleblower is then also formally isolated to "protect" the new farcical investigation.

**Ultimately, about 70% of whistleblowers will find themselves swiftly fired or forced to resign—usually the whistleblowers who took their concerns outside the company.**[15]

Retaliation against whistleblowers is common and severe. Those who report externally and trigger adverse publicity can expect to meet "comprehensive forms of retaliation." Those who blow the whistle on serious wrongdoing are expected to suffer "significant damage." Whistleblowers often face retaliation to the extent it disrupts their core sense of self. The impact of whistleblower retaliation cannot be overstated.[16]



[Source: poststar.com]

Disabling PTSD-like symptoms first start with self-doubt and then escalate in a spiral to a loss of sense of coherence, dignity and self-worth. This anxiety is felt for years. Compared to the general population, whistleblowers have much more severe depression, anxiety, distrust and sleeping problems. Some 88% of whistleblowers report intrusive thoughts and nightmares, 89% report feeling humiliated about the situation, and 87% report belief there was a hostile mob organized against them. The psychological impact has been compared to the grief associated with the death of a loved one, or a person's mental state two to three weeks after experiencing a major natural disaster.[17]

In addition to counter-accusations and job loss, retaliation may include: demotion, harassment, decreased quality of working conditions, threats, reassignment to degrading work, character assassination, reprimands, denigration, punitive transfers, increase in workload, smear campaigns, surveillance, rumors, deny listing from their field of work, denial of promotions, overly critical performance reviews, double-binding, the "cold shoulder," referral to psychiatrists, manufacturing personal and/or professional problems, exclusion from meetings, insults, retaliatory lawsuits, stalking, ostracism, petty harassment, abuse,

bullying, doxing, vandalism and destruction of personal property, police reports and arrests, and even harm to the whistleblower's own body through physical attacks and sexual assaults, to the extent of assassination.[18]

There are several known, confirmed whistleblower assassinations in just the last few years, including:

- Eliud Montoya blew the whistle on a labor-trafficking scheme at his company, where undocumented workers were hired and their pay was skimmed—with the perpetrators stealing more than $3.5 million. In 2017, Montoya reported the scheme to his company management (a subsidiary of Davey Tree Expert Company), then four months later also reported the situation to the U.S. EEOC. Two days after Montoya took the complaint to federal regulators, three men at the company assassinated Montoya, shooting him to death.[19]

- Another assassinated whistleblower was Babita Deokaran, the chief director of financial accounting at a Department of Health agency in South Africa. She blew the whistle on suspected corruption at Tembisa Hospital, flagging nearly £43m of possibly fraudulent transactions. The corruption is now suspected to also be connected to an organized crime ring. In 2021, Deokaran was shot dead outside of her home in a "hit-style" killing. Days before the murder she had warned her supervisors "our lives could be in danger."[20]

- In New York, Allyzibeth Lamont discovered her boss was paying employees under the table (not deducting payroll taxes). She reported the issue to the New York Department of Labor and planned to take the issue public. The employer testified he was nervous the labor complaint would now "get in the way" of his plans to open a new location, so he hired someone to assist him in assassinating Lamont. In 2019, Lamont was suffocated with a plastic bag over her head, then beaten to death with a baseball bat and sledgehammer, and her body dumped in a shallow grave next to a highway. The New York Labor Commissioner said Lamont's killing was "the most heinous act of retaliation against a worker that the New York State Department of Labor has ever seen."[21]



Allyzibeth Lamont [Source: people.com]



Eliud Montoya [Source: gunmemorial.org]



[Source: news24.com]

In addition to known murders, there are also several notoriously suspicious whistleblower deaths which are suspected to be retaliatory killings, including:

- Frank Olson was an executive in the CIA's Special Operations Division and MK-ULTRA program. Olson was involved in a number of ghastly secret chemical and biological warfare experiments and operations. Olson expressed shame about his involvement and compared some of the U.S.'s activities to "what had been done to people in concentration camps." He told his wife he was deeply bothered about the germ warfare experiments in Korea, that he had "made a terrible mistake," and contemplated quitting. There were also suspicions Olson planned to blow the whistle on the CIA's connection to a mass poisoning event in Pont-Saint-Esprit in 1951. Shortly after failing a CIA interrogation in 1953, and a finding that he breached security protocols, Olson then "fell out of a window." The witness, another CIA executive, could not provide a coherent explanation of events leading up to the fall yet, right after the "fall," he made a phone call to an unidentified source saying "he's gone," to which the person replied "that's too bad" and hung up. An autopsy found a blow to Olson's head from the butt of a gun. The night before his death, Olson told his wife someone was trying to poison him and he feared for his safety.[22]

- Karen Silkwood was a lab technician at a Kerr-McGee plutonium plant. In 1974, she reported to her labor union and the U.S. Atomic Energy Commission that the plant had quality-control failures and lax safety procedures that put employees at risk of radioactive contamination. The union encouraged her to gather internal documents to corroborate her allegations. Less than two months later, she was contaminated with plutonium at work three days in a row, and then also found plutonium contamination in her home—all of which she alleged was intimidation by Kerr-McGee. Silkwood persisted, obtained corroborating evidence, including documents exposing that a significant amount of plutonium was missing from the factory, and got in her car to drive to meet with a *New York Times* reporter to share the documents. Silkwood was found dead in a car crash. The documents Silkwood obtained to expose Kerr-McGee went missing. It was later revealed Silkwood likely unwittingly collected documents that also exposed a nuclear smuggling ring.[23]



**The Killing of Karen Silkwood**

**Wreckage of the death car after mysterious crash in 1974**

*"Anyone exposed to that amount is married to lung cancer."*

Silkwood had carried small amounts of plutonium out of the plant and had deliberately contaminated herself and her apartment. Why should she act so bizarre-

nesses are expected to tell, for example, of the night that workers were dispatched by the

[Source: delphiumbooks.com]



Frank Olson [Source: nbcnews.com]

Cliff Baxter was a vice chairman at Enron and had raised a number of concerns internally about Enron's dubious off-the-books transactions with private partnerships. Fellow Enron whistleblower Sherron Watkins noted Baxter's dissent in her now famous memorandum to CEO Kenneth Lay. In 2002, two weeks after Baxter was first publicly named as an Enron whistleblower in Watkins's memo, Baxter was found shot dead in his car with "rat-shot" (an unusual type of ammunition not easily traced back to the gun from which it was fired). Baxter had unexplained wounds on his hand and shards of glass on his shirt. A few days before his death, Baxter had commented about needing a bodyguard. At that time, Enron was engaged in the now notorious, extensive and obstructive shredding of incriminating documents and deletion of computer files.[24]



William Lerach, an attorney representing shareholders suing 29 current
and former Enron Corporation executives and directors, carries a box of
shredded documents into Federal Court in Houston on January 22, 2002.
[Source: sfgate.com]



`[Source: `nytimes.com`]`

Based on the U.S.'s history of incredibly violent responses to labor organizing, it is probably safe to assume that, if large, powerful institutions could successfully murder their most threatening whistleblowers, they would not hesitate to do so.

The capacity for retaliatory physical violence may often be present (especially if the whistle is blown on an institution with a large private security force), and threats of violence can be exceptionally effective in silencing witnesses. However, threats of violence and attempts at assault are often not worth the risk to employers, as it may give the employee tangible proof of retaliation, an actionable complaint for law enforcement, and also lead to extensive publicity. Thus, employers seem most often to follow a playbook designed to initiate a self-destruction protocol through social and psychological violence, instead of direct physical assaults.[25]

Overall, 99% of whistleblowers report feeling harassed, 94% report bullying that left them fearful, and 89% reported confrontation and threats. About 14% of whistleblowers reported being physically and/or sexually assaulted. Retaliation is expected to be more severe when the person discloses information about systemic and deep-seated wrongdoing (as opposed to isolated incidents), or when whistleblowers go outside their organization to report to a regulator or journalist.[26]

Management will often continue to allow, if not actively enable or instigate, retaliation by co-workers. The corporation will pressure other employees to collude against and inform on the activities of the whistleblower. The whistleblower will concurrently be ostracized and shunned, with their disclosures scrutinized and minimized, in order to thwart their sense of purpose and community (factors often associated with depression and suicide). Some 50% of whistleblowers admit to thoughts of suicide.[27]



[Source: thehrcompany.ie]

One of the most devastating forms of retaliation to a whistleblower is gaslighting. The corporation wants to deflect its wrongdoing, degrade its victims, and undermine the victim's credibility as a witness. To achieve this, the institution enables reprisals and retaliation, then explains away those actions with excuses and misdirection, and then claims the whistleblower is overreacting irrationally, while also creating a mirage of concern and respect for the whistleblower. This psychological manipulation protocol intends to cause the whistleblower to question their own memory, perception, and sanity. To onlookers without context, the whistleblower appears inconsistent and unstable.[28]



[Source: linktr.ee]

Retaliation by official government channels is especially problematic because, while similar gaslighting is likely to occur, public opinion will generally view those processes as fair and independent while, in reality, those agencies were often created and captured by business interests.[29] Official channels also narrow the disclosures due to statutory terms and

regulatory procedures, transforming the whistleblower's experience of retaliation into an administrative and technical matter—which may be dragged out for years before commonly being dismissed without proper investigation. The institutional systems put in place to squash whistleblowers intend to leave the whistleblower, and anyone watching, to feel there was no point in ever coming forward.[30]

Similarly, the press has been known to publish adversarial coverage of credible whistleblowers, even on matters of great public importance. The press and pundits may participate in smears and discredit the whistleblower through racist and classist ideology, while concurrently parroting the institution's unsubstantiated statements as conclusive fact. They may also frame the whistleblower and supporters as "conspiracy theorists" or otherwise untrustworthy, and push a hero-traitor paradigm. These tactics can be quite intentional, fueled by professional and partisan politics, and business interests. Institutions, especially the U.S. government, have even been known to reward journalists willing to push the institution's biased views, and punish the reporters who tell the truth.[31]

Through the process of complex and holistic retaliation, a whistleblower's identity will be disrupted. In order to counter the gaslighting, the whistleblower must accept a variety of institutional betrayals and tend to their resulting moral injuries. Like the prisoner freed from Plato's Cave, they must reckon with a different view of the world than they had before. This new knowledge of how the world really works does not fit within the existing frames and forms of society, and they must now walk in the world knowing what most do not, and wishing they never learned it themselves. The whistleblower will avoid people and places that trigger traumatic memories and feelings of humiliation, paranoia, or despair. This is likely to include self-withdrawal from social contacts and abandoning hobbies. Most whistleblowers will also report an increase in physical pain and fatigue. Whistleblowers often (78%) suffer from declining physical health post-disclosure.[32]

Instead of resembling the sort of rebellious, inspirational hero they are often depicted as, many whistleblowers suffer an existence comparable to Saint Sebastian (martyr) or Job (biblical figure). The media continue to personify the act of whistleblowing in the whistleblower (ignoring the institutional response), and the public often only engages with the grotesque truth of retaliation if presented in beautiful aesthetic like a magazine profile (imagine Francisco Goya's "Saturn Devouring His Son" on display at the Prado Museum in Madrid). No one wants to accept that an embodied and vulnerable person is made to suffer so severely in a sacrificial battle for the common good.[33]



[Source: wikiart.org]

## "Whistleblower"

Rather than abstract figures, whistleblowers are embodied, relational beings and, like everyone, their minds and bodies are vulnerable to demise. The experience of whistleblower retaliation is chaotic. The identity crisis that results from the aftermath of blowing the whistle can lead to an un-doing of the person. Previously held and stable views of self are thrown into disarray, leading to an unraveling of one's identity and an experience of derealization.[34]

Retaliation robs whistleblowers of their identities as capable and successful professionals. Having spoken up, they are no longer seen as valid subjects deserving of basic respect, and so become targets of various kinds of retaliation and ridicule. Having spoken up, they are no longer seen as sufficiently valid to hire and, instead, they are excluded from recruitment processes. Finally, they are denied subjectivity in social interactions. They are seen as the "other" and shunned by former friends.[35]

*A boundary appears to emerge and these subjects find themselves on the outside.*

This experience plunges whistleblowers into an existential crisis. The human mind works hard to avoid these crises, and may clutch the stigmatized, controversial identity of "whistleblower" as a psychic lifeline, seeing no other option for a normative identity and preferring it over "leaker" or "activist" or worse. The experience will often leave whistleblowers' minds stuck in static time and their lives paralyzed by the trauma. Those who are able to survive severe retaliation intact, often live the remainder of their lives in a state the Japanese refer to as "the freedom of one who lives as already dead."[36]

20/31

*"First one is enveloped by death, then one becomes the death by which one was enveloped and so goes on to live in a new way."* [37]

## Power and the Dance of Dissent

**Power is complex and circulating between the person being retaliated against and the organization which is retaliating. Some call this the "Dance of Dissent."**

The nature and extent of retaliation can be viewed as a balance of power between whistleblower and wrongdoer. Retaliation will likely be worse when the institution senses a threat to its resources due to the disclosure: if their exposed conduct involves harm to the public, if the legitimacy of the organization is threatened, or if the wrongdoing has already become systemic to the organization. If the organization is heavily dependent upon the wrongdoing for resources, the more a whistleblower attempts to disrupt the wrongdoing, the more the corporation will resist and retaliate. If the whistleblower is a senior employee, the company is more likely to make an example of the "defector." In these situations, the retaliation may even rise to intentional "punishment."[38]

Individuals who are connected to the illicit actions in some ways are likely to view whistleblowers as threats to the system they are still a part of. For managers and co-workers who directly engaged in the exposed wrongdoing, or have been tacit observers to it, their immediate and natural response is to deny or minimize the illicit behavior. Anyone who stands to benefit from the unethical activity is a candidate for administering punishment.[39]

Implicated individuals may be fearful of losing status, reputation and material rewards. Faced with feelings of apprehension and helplessness caused by the thought of losing resources, individuals may see retaliation against the whistleblower as a way to prevent that from happening. Rather than risk losing the benefits they may reap from the unethical behavior, individuals are likely to try to discredit the whistleblower and the allegations, in an effort to keep the established system from unraveling. As the system continues, the potential threat of whistleblowers to this "house of cards" becomes more dangerous and institutions will take various measures to dissuade anyone else from speaking out.[40]



**Figure 1.** A cognitive-emotional model of retaliation against whistleblowers.

```
[Source: journals.sagepub.com]
```

Defense of a collective identity may also trigger a negative response to a whistleblower's actions. Group members who share strong collective identities may feel overly protective of one another and, thus, choose to retaliate against whistleblowers they view as trying to disrupt these strong ties. Blowing the whistle on something like systemic corruption can represent a perceived threat to one's group or system. These threats, in turn, activate cognitive and emotional processes. A norm of self-interest is likely to encourage the actor to do what is necessary to maintain the status quo.[41]

## A Precarious Ledge

Whistleblowers are dependent on institutions and infrastructures (and their relational interdependence), for their material survival after speaking up against wrongdoing. The whistleblower is under relentless pressure in precarious living conditions. After losing their livelihood, profession, and income—whistleblowers may eventually be forced to give up their fight to avoid homelessness and/or bankruptcy. Many whistleblowers will eventually lose their homes and their families, and around half will file for bankruptcy. "A typical fate is for a nuclear engineer to end up selling computers at Radio Shack."[42]

After making disclosures, a whistleblower's income plummets while expenses rack up with relocation to a new home, legal costs, medical costs after losing insurance, costs for re-training in a new field, and credit fees and interest during the period of post-disclosure unemployment. The average shortfall during this period is $32,580 a year, and for those who are fired or otherwise lose earnings, the average shortfall is $76,291 a year. Even when whistleblowers are allowed to return to work, they can expect their average earnings to drop 67% post-disclosure.[43]

The time and work spent on disclosures and surviving the aftermath is entirely unpaid, unless there is an eventual lawsuit decision with compensatory damages, but that often takes years. However, the required activities of a whistleblower post-disclosure are a "full-time, all-consuming job in and of itself." Virtually all (97%) whistleblowers report spending more than 100 hours on disclosure-related activities and 39% report spending more than 1,000 hours. Only the whistleblower has the knowledge and experience to provide lengthy and detailed descriptions of the wrongdoing and any subsequent retaliation. Such work is often carried out alone, unsupported and uncompensated.[44]



Because whistleblowers are usually met with character assassination and smear campaigns, in addition to managing the disclosures, whistleblowers are also forced into a self-advocacy role as a necessary defense in this time of precarity. If the whistleblower's name is made public, a self-advocacy role is not optional and is essential to effective whistleblowing and personal survival. Time is spent seeking help from journalists, politicians, regulators, and lawyers—all of whom require different presentations of case information.[45]

[Source: blogwhistleblowersecurity.org]

If the whistleblower decides to also seek justice for the post-disclosure aftermath, it becomes a second campaign requiring as much cost and effort as the original claim. In both cases, time is required to prepare for and engage in lengthy court cases: compiling evidence, researching legal rights, studying organizational policies, assisting investigations, and advocating for political support.[46]

This time spent on disclosures might otherwise be devoted to seeking further employment, retraining, and engaging in the self-care required to mitigate the adverse health effects of whistleblowing-related stress. Instead, that required work is postponed. Concurrently, whistleblowers often deny the vulnerability they experience. Many suffer severe financial

loss, but prefer to hide it due to social stigma around wealth and status. Similarly, whistleblowers also find themselves coerced to subvert outward signals of their internal suffering and terror, "in the name of effective lobbying."[47]

## Pointless Is the Point

Whistleblowers are an antithesis to cultures of secrecy, which are fertile for corruption due to the lack of disinfecting sunlight. As of 2022, 52% of organizations surveyed with revenue exceeding $10 billion said they experienced fraud in the past two years, the highest level in 20 years of research; 18% of those companies reported more than $50 million in financial impact due to the fraud incident. One-quarter (24%) of the fraud reported was asset misappropriation (illegal activities in the workplace). The perpetrator of the most severe fraud was identified to be internal 31% of the time and collusion between internal/external actors 26% of the time.[48]



```
[Source: economist.com]
```

Whistleblowers are desperately needed, yet U.S. whistleblower protection laws (an inconsistent web of employment law protections claiming to encourage disclosures of evidence of wrongdoing by offering "protections" from retaliation) dependably fail to actually protect employees. Existing schemes are not working for the majority they are supposed to serve and are based on flawed assumptions about the tangible and material experiences of

speaking out. Some critics have gone so far to allege the current whistleblower laws are a "cynical attempt to entrap whistleblowers in a procedural abyss" and to fool employees into revealing their identity in order to make them easier targets for attack.[49]

Indeed, it is a cruel lie to call these laws "protections" when the best they offer is a small chance for an insufficient "remedy" after the fact—and even that still requires years of additional abuse and subjugation to obtain. Further, once an employee goes to a regulator in the U.S., there is a significant chance the employee will face additional retaliation by the regulator on behalf of the corporation or in support of business interests generally.[50]



[Source: colombian.com]

This societal structure of whistleblowing puts the burden on individuals to alleviate systemic informational problems. Yet at the same time, whistleblower laws focus on what is done to whistleblowers (retaliation) and frequently neglect investigation into the original issues the employee raised. When policies compel employees to put themselves at risk and fulfill their presumed ethical obligations to come forward and disclose wrongdoing, it raises a question if that compulsion is ethical due to the personal devastation that will likely follow.[51]

Because a successful whistleblower brings down corrupt people in high places simply by exposing information, it is foolish to not recognize the incredible risk inherent in threatening the status and livelihood of those in powerful positions, and the incentive they have to bury that information and anyone who knows about it. The bare minimum the U.S. must do today is formally criminalize retaliation against whistleblowers. The laws and precedent for such legislation already exist in prosecutions of people for obstruction of justice and for witness-tampering but are rarely used outside of murder cases.[52]

A whistleblower who turns to regulators is ultimately a witness and informant; thus, there is no reason the same laws that protect someone directly assisting the Department of Justice on a criminal investigation should not apply to a whistleblower disclosing misconduct under other federal statutes. There also needs to be an independent mechanism for this process outside of the captured labor agencies. As of now, the ability (if any) for labor agencies to refer cases to the U.S. DOJ is unclear. Further, the process for seeking assistance directly from the U.S. DOJ is even more unclear and whistleblowers are likely to face similar issues of capture, at least for intake, as the captured labor agencies.[53]

Until there is at least some deterrent for employers to retaliate against whistleblowers (i.e., jail time instead of a relatively small fine), we should expect the devastating experience that is destined in certain types of whistleblowing to continue. This deters would-be whistleblowers from coming forward, instead of deterring institutions from engaging in misconduct.

---

1. Hazlina Shaik Md Noor Alam, "Whistleblowing When It Hurts: Whistleblower Gaslighting and Institutional Secrecy," *International Conference on Law, Environment and Society,* October 2019; *Multinational Monitor*, "Blowing the Whistle on Corporate Wrongdoing: An Interview with Tom Devine," Vol. 23, No. 10, October/November 2002. ↥

2. Brian Martin and Will Rifkin, "The Dynamics of Employee Dissent: Whistleblowers and Organizational Jiu-Jitsu," *Public Organization Review,* 4: 221–238 (2004); Hannah Bloch-Wehba, "The Promise and Perils of Tech Whistleblowing," *Northwestern University Law Review*, March 7, 2023; Brita Bjorkelo and Ole Jacob Madsen, "Whistleblowing and Neoliberalism: Political Resistance in Late Capitalist Economy," *Psychology & Society*, Vol. 5, No. 2, (2013); Richard Alexander, "The Role of Whistleblowers in the Fight against Economic Crime," *Journal of Financial Crime*, Vol. 12, No. 2, (2004). ↥

3. Adam R. Nicholls, et al., "Snitches Get Stitches and End Up in Ditches: A Systematic Review of the Factors Associated with Whistleblowing Intentions." *Frontiers in Psychol*ogy, October 5, 2021; Matthew McClearn, "A Snitch in Time," *Canadian Business*, Vol. 77 Issue 1, 60-70 (Dec 2003); Kate Kenny, Marianna Fotaki,, and Wim Vandekerckhove, "Whistleblower Subjectivities: Organization and Passionate Attachment," *Organization Studies* (2018). ↥

4. Michael Davis, "Some Paradoxes of Whistleblowing," *Business & Professional Ethics Journal*, Vol 15, No 1 (1996). ↥

5. Brian Martin, "Illusions of Whistleblower Protection," *UTS Law Review*, No. 5 (2003); Kate Kenny, "Censored: Whistleblowers and Impossible Speech," *Human Relations*, Vol. 71, No. 8 (2018). ↥

6. Kenny et al., "Whistleblower Subjectivities"; Kaeten Mistry and Hannah Gurman, eds., *Whistleblowing Nation: The History of National Security Disclosures and the Cult of State Secrecy* (New York: Columbia University Press, 2020); Martin and Rifkin, "The Dynamics of Employee Dissent." ↥

7. Herman T. Tavani and Frances Grodzinsky, "Trust, Betrayal, and Whistle-Blowing: Reflections on the Edward Snowden Case," *ACM SIGCAS Computers and Society,* 44(3), Special Issue on Whistle-Blowing (2014); Davis, "Some Paradoxes of Whistleblowing." ↥

8. Tavani and Grodzinsky, "Trust, Betrayal, and Whistle-Blowing." ↥

9. Carmen R. Apaza and Yongjin Chang, "What Makes Whistleblowing Effective: Whistleblowing in Peru and South Korea," *Public Integrity*, Vol. 13, No. 2 (Spring 2011); Martin and Rifkin, "The Dynamics of Employee Dissent"; Kenny et al., "Whistleblower Subjectivities"; Davis, "Some Paradoxes of Whistleblowing." ↥

10. Kenny et al., "Whistleblower Subjectivities"; Jawad Khan, et al., "Examining Whistleblowing Intention: The Influence of Rationalization on Wrongdoing and Threat of Retaliation," *International Journal of Environmental Research and Public Health*; 19(3): 1752 (February 2022); Davis, "Some Paradoxes of Whistleblowing"; Khan, et al., "Examining Whistleblowing Intention"; Nicholls et al., "Snitches Get Stitches and End Up in Ditches." ↥

11. April White, "Truth Be Told," *Harvard Business School* (December 6, 2021), https://www.alumni.hbs.edu/stories/Pages/story-bulletin.aspx?num=8524; Nicholls et al., "Snitches Get Stitches and End Up in Ditches"; Martin, "*Illusions of Whistleblower Protection*"; Khan, et al., "Examining Whistleblowing Intention." ↥

12. Apaza et al., "What Makes Whistleblowing Effective." ↥

13. Jacqueline Garrick and Martina Buck, "Whistleblower Retaliation Checklist: A New Instrument for Identifying Retaliatory Tactics and Their Psychosocial Impacts After an Employee Discloses Workplace Wrongdoing," *Crisis, Stress, and Human Resilience (CSHR): An International Journal,* Vol. 2, No. 2 (September 2020); McClearn, "A Snitch in Time." ↥

14. Garrick and Buck, "Whistleblower Retaliation Checklist"; Shaik, "Whistleblowing When It Hurts." ↥

15. Apaza et al., "What Makes Whistleblowing Effective." ↥

16. Kathy Ahern, "Institutional Betrayal and Gaslighting: Why Whistle-Blowers Are So Traumatized," *The Journal of Perinatal & Neonatal Nursing,* Vol. 32, No. 1, 59–65 (2018); Apaza et al., "What Makes Whistleblowing Effective"; Khan et al., "Examining Whistleblowing Intention"; Kate Kenny, Marianna Fotaki, and Stacey Scriver, "Mental Health as a Weapon: Whistleblower Retaliation and Normative Violence," *Journal of Business Ethics,* 160, 801–815 (2019). ↑

17. Peter G. van der Velden, et al., "Mental Health Problems Among Whistleblowers: A Comparative Study," *Psychological Reports*, 122 (2): 632-644 (April 2019); Garrick and Buck, "Whistleblower Retaliation Checklist"; Ahern, "Institutional Betrayal and Gaslighting"; Peter G. van der Velden, et al., "Mental Health Problems Among Whistleblowers." ↑

18. Martin, "Illusions of Whistleblower Protection"; Garrick and Buck, "Whistleblower Retaliation Checklist"; Martin and Rifkin, "The Dynamics of Employee Dissent"; Kenny, et al., "Mental Health as a Weapon"; Mark Worth, "Diagnosing Retaliation: The Traumatizing and Insidious Effects of Whistleblowing," *Whistleblower Network News*, https://whistleblowersblog.org/features/diagnosing-retaliation-the-traumatizing-and-insidious-effects-of-whistleblowing/ ↑

19. United States Department of Justice, "Guilty verdict on all counts for illegal alien who murdered whistleblower in an illegal labor conspiracy" (November 1, 2022), https://www.justice.gov/usao-sdga/pr/guilty-verdict-all-counts-illegal-alien-who-murdered-whistleblower-illegal-labor; US DOJ, Three Men Indicted In Conspiracy to Kill Whistleblower, (December 13, 2018), https://www.justice.gov/usao-sdga/pr/three-men-indicted-conspiracy-kill-whistleblower ↑

20. Ben Farmer and Peta Thornycroft, "Mystery of murdered whistleblower who uncovered hospital corruption," *The Telegraph*, October 11, 2022, https://www.telegraph.co.uk/global-health/terror-and-security/mystery-murdered-whistleblower-babita-deokaran-who-uncovered/; *News24*, "Silenced: Why Babita Deokaran was murdered," https://specialprojects.news24.com/silenced/index.html ↑

21. Aaron Keller, "'I Hope and Pray that You Die Alone and Scared': Family Members of Victim Slam 'Piece of Sh*t' Restaurant Boss for Brutal Murder of Employee," *Law & Crime*, November 30, 2021, https://lawandcrime.com/crime/i-hope-and-pray-that-you-die-alone-and-scared-family-members-of-victim-slam-piece-of-sht-restaurant-boss-for-brutal-murder-of-employee/ ; Stephen Williams, "Kakavelos found guilty of first-degree murder, nine other charges," *The Daily Gazette*, June 17, 2021, https://dailygazette.com/2021/06/17/kakavelos-found-guilty-of-first-degree-murder-nine-other-charges/ ↑

22. Jeremy Kuzmarov, "There's Something Rotten in Denmark:" Frank Olson and the Macabre Fate of a CIA Whistleblower in the Early Cold War," *Class, Race and Corporate Power*: Vol. 8: Iss. 1, Article 3 (2020). ↑

23. "Karen Silkwood dies in mysterious one-car crash, https://www.history.com/this-day-in-history/karen-silkwood-dies-in-mysterious-one-car-crash; Howard Kohn, "Karen Silkwood: The Case of the Activist's Death," *Rolling Stone*, January 13, 1977, https://www.rollingstone.com/culture/culture-news/karen-silkwood-the-case-of-the-activists-death-52287/; Jennifer Latson, "The Nuclear-Safety Activist Whose Mysterious Death Inspired a Movie," *Time*, November 13, 2014; David Burnham, "US Says Lost Plutonium," The New York Times, (Jan 3 1975), https://www.nytimes.com/1975/01/03/archives/us-says-lost-plutonium-is-only-a-small-amount.html. ↑

24. Chris Oregan, "The Mysterious Death of an Enron Exec," *CBS* (April 10, 2002), https://web.archive.org/web/20090315083648/https://www.cbsnews.com/stories/2002/04/10/eveningnews/main505845.shtmlPatrick Martin, "The strange and convenient death of J. Clifford Baxter—Enron executive found shot to death," *World Socialist Web Site,* (January 28, 2002), https://www.wsws.org/en/articles/2002/01/enro-j28.html; Brian Ross, "Enron Destroyed Documents by the Truckload," *ABC News*, (January 29, 2002), https://abcnews.go.com/WNT/story?id=130518&page=1 ↑

25. Paul F. Lipold, "'Striking Deaths' at their Roots: Assaying the Social Determinants of Extreme Labor-Management Violence in US Labor History—1877–1947," *Social Science History*, 38(3-4), 541-575 (2014); Jonah Walters, "Labor Day is May 1," *Jacobin*, September 7, 2015, https://jacobin.com/2015/09/labor-day-may-first-american-labor-movement-haymarket/; "The Labor Movement," *Zinn Education Project*, https://www.zinnedproject.org/materials/labor-movement; PBS, "Labor Wars in the U.S.," *PBS: The Mine Wars*, https://www.pbs.org/wgbh/americanexperience/features/theminewars-labor-wars-us/; Richard Alexander, "The Role of Whistleblowers in the Fight Against Economic Crime," *Journal of Financial Crime*, Vol. 12, No. 2, pp. 131-138 (2004). ↑

26. Kenny, "Censored: Whistleblowers and Impossible Speech"; Garrick and Buck, "Whistleblower Retaliation Checklist." ↑

27. Garrick and Buck, "Whistleblower Retaliation Checklist." ↑

28. Garrick and Buck, "Whistleblower Retaliation Checklist"; Ahern, "Institutional Betrayal and Gaslighting." ↑

29. Martin and Rifkin, "The Dynamics of Employee Dissent." ↑

30. Shaik, "Whistleblowing When It Hurts"; Martin and Rifkin, "The Dynamics of Employee Dissent"; Neil Weinberg, "He Investigated Dubious Firings for U.S. Then He Was Fired," *Bloomberg*, July 21, 2017, https://www.bloomberg.com/news/articles/2017-07-21/he-investigated-suspicious-firings-for-u-s-then-he-was-fired ↑

31. Mistry, "Whistleblowing Nation" ↑

32. C. Fred Alford, *Whistleblowers: Broken Lives and Organizational Power*, (Ithaca, NY: Cornell University Press, 2002); Peter G. van der Velden, et al., "Mental Health Problems Among Whistleblowers"; Craig J. Bryan, et al., "Measuring Moral Injury: Psychometric Properties of the Moral Injury Events Scale in Two Military Samples," *Assessment*, 1-14, (2015); Garrick and Buck, "Whistleblower Retaliation Checklist"; Alec M. Smidt and Jennifer J. Freyd, "Government-mandated Institutional Betrayal," *Journal of Trauma & Dissociation*, 19:5, 491-499 (2018); Kenny, et al., "Mental Health as a Weapon." ↑

33. Alford, *Whistleblowers: Broken Lives and Organizational Power*; Britannica, "St. Sebastian," *Encyclopedia Britannica* https://www.britannica.com/biography/Saint-Sebastian ↑

34. Kenny, "Censored: Whistleblowers and Impossible Speech"; Kenny, et al., "Mental Health as a Weapon"; Kate Kenny and Marianna Fotaki, "The Costs and Labour of Whistleblowing: Bodily Vulnerability and Post-disclosure Survival," *Journal of Business Ethics*, 182, pp. 341-64 (2023). ↑

35. Kenny, "Censored." ↑

36. Alford, *Whistleblowers: Broken Lives and Organizational Power*; Kenny, et al, "Whistleblower Subjectivities." ↑

37. Alford, *Whistleblowers: Broken Lives and Organizational Power*. ↑

38. John J. Sumanth, David M. Mayer, and Virginia S. Kay, "Why Good Guys Finish Last: The Role of Justification Motives, Cognition, and Emotion in Predicting Retaliation Against Whistleblowers," *Organizational Psychology Review*, Vol. 1, Issue 2, (2011); Kenny, et al., "Mental Health as a Weapon"; Martin and Rifkin, "The Dynamics of Employee Dissent"; Alford, *Whistleblowers: Broken Lives and Organizational Power*. ↑

39. Sumanth, et al., "Why Good Guys Finish Last." ↑

40. Id. ↑

41. Id. ↑

42. Alford, *Whistleblowers: Broken Lives and Organizational Power*; Kenny, et al., "Mental Health as a Weapon"; Kenny and Fotaki, "The Costs and Labour of Whistleblowing. ↑

43. Kenny and Fotaki, "The Costs and Labour of Whistleblowing. ↑

44. A full-time job is generally 1,700 hours per year. Kenny and Fotaki, "The Costs and Labour of Whistleblowing." ↑

45. Kenny and Fotaki, "The Costs and Labour of Whistleblowing." ↑

46. Kenny and Fotaki, "The Costs and Labour of Whistleblowing." ↑

47. Alford, *Whistleblowers: Broken Lives and Organizational Power*; Kenny and Fotaki, "The Costs and Labour of Whistleblowing." ↑

48. Sharfa Hassan, et al., "Unethical Leadership: Review, Synthesis and Directions for Future Research," *Journal of Business Ethics*, 183. 1-40 (2022); *PwC*, "PwC's Global Economic Crime and Fraud Survey" (2022). https://www.pwc.com/gx/en/services/forensics/economic-crime-survey.html; Dr. Devakumar Jacob, "Collateral Damage: An Urgent Need for Legal Apparatus for Protection of the Whistleblowers & RTI Activists," *IOSR Journal of Humanities and Social Science (IOSR-JHSS)* Volume 19, Issue 4, Ver. VII (April 2014). ↑

49. Martin, "Illusions of Whistleblower Protection"; Kenny and Fotaki, "The Costs and Labour of Whistleblowing." ↑

50. Martin, "Illusions of Whistleblower Protection"; Vicky Nguyen, Liz Wagner and Felipe Escamilla, "OSHA Whistleblower Investigator Blows Whistle on Own Agency," *NBC Bay Area*, February 24, 2015, https://www.nbcbayarea.com/news/local/osha-whistleblower-investigator-blows-whistle-on-own-agency/77171/ ↑

51. Kenny and Fotaki, "The Costs and Labour of Whistleblowing"; Martin, "Illusions of Whistleblower Protection"; Bloch-Wehba, "The Promise and Perils of Tech Whistleblowing." ↑

52. Sibel Edmonds and William Weaver, "To Tell the Truth," *Bulletin of the Atomic Scientists*, Vol. 62, No. 1 (Jan/Feb 2006); Anthony R. Petruzzi, Adrienne B. Kirshner, "Beware of Potential Criminal Implications for the Improper Handling of a Whistleblower Investigation," *Inside Counsel* (October 21, 2015); Martin, "Illusions of Whistleblower Protection"; *United States v. Stoker*, 706 F.3d 643, 646 (5th Cir. 2013). ↑

53. 18 U.S. Code § 1512 – Tampering with a witness, victim, or an informant; 18 U.S. Code § 1513 – Retaliating against a witness, victim, or an informant; Thomas Brewster, "FBI's San Francisco Chief: We Heart Apple, They Train Our Cops," *Forbes* (January 16, 2018), https://www.forbes.com/sites/thomasbrewster/2018/01/16/apple-and-the-fbi-are-closer-than-you-think ↑

# EXHIBIT O: APPLE'S OSHA EXHIBITS

| From: | (b) (7)(C) |
|---|---|
| To: | Mantoan, Kathryn G. |
| Cc: | Perry, Jessica R. |
| Subject: | Apple Inc./Gjovik/9-3290-22-051: Request for Information |
| Date: | Friday, September 16, 2022 4:07:00 PM |

Ms. Mantoan and Ms. Perry,

After review of your March 4, 2022 response, the following information is needed for the subject complaint investigation.

1. Documentation to support Ms. Gjovik intentionally disclosed confidential information about Apple products on Twitter and to the press. This may include, but is not limited to copies of any text messages between Ms. Gjovik and another employee, tweets, press articles, reports from Business Conduct Helpline, or emails.

2. Copy of Apple's policy regarding disclosure of confidentiality/proprietary information.

3. Copy of Apple's Misconduct and Discipline Policy.

4. Copy of Ms. Gjovik's signed non-disclosure agreement regarding confidential/proprietary information.

5. Documentation to support Ms. Gjovik refused to cooperate with Apple's internal investigation. This may include, but is not limited to emails, meeting notes, phone call logs, or a signed statement from the company investigator(s) or company official(s) that attempted to contact Ms. Gjovik.

6. From January 2021 to present, please provide information of other Apple employees who have been terminated for disclosing confidential information and specifically identify the individuals that were terminated for posting on social media and/or communicating with the press. At minimum provide the following for each employee: 1) name or identifier, 2) job title, 3) date of termination, and 4) reason for termination.

A response is needed by September 30, 2022. Please identify which evidence contains confidential business information and Apple requests to receive pre-disclosure notification pursuant to 29 C.F.R. § 70.26 in the event of any FOIA request covering this response.

Let me know if you have any questions.

Regards,

(b) (7)(C)

Whistleblower Protection Program
U.S. Department of Labor – OSHA



September 30, 2022

**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

orrick.com

**VIA ELECTRONIC MAIL**

**(b) (7)(C)**

Whistleblower Protection Program
U.S. Department of Labor, OSHA
300 Fifth Avenue, Room 1280
Seattle, Washington 98104

**(b) (7)(C)**

**Kathryn G. Mantoan**

E  kmantoan@orrick.com
D  +1 415 773 5887
F  +1 415 773 5759

Re:     *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051

Dear **(b) (7)(C)**:

Apple provides the following information and supporting documents in response to the Department of Labor's request for additional information on September 16, 2022.

1.  **REQUEST**: Documentation to support Ms. Gjovik intentionally disclosed confidential information about Apple products on Twitter and to the press. This may include, but is not limited to copies of any text messages between Ms. Gjovik and another employee, tweets, press articles, reports from Business Conduct Helpline, or emails.

    **RESPONSE**: Please see Exhibits 1-10, which show that Ms. Gjovik disclosed Apple's confidential product information to external third parties, namely Twitter and a reporter from The Verge publication.

2.  **REQUEST**: Copy of Apple's policy regarding disclosure of confidentiality/proprietary information.

    **RESPONSE**: Please see Apple's Confidentiality and Intellectual Property Agreement that Ms. Gjovik signed upon hire (Exhibit 11), and Apple's Business Conduct Policy (Exhibit 12), which also contains a confidentiality provision.

3.  **REQUEST**: Copy of Apple's Misconduct and Discipline Policy.

    **RESPONSE**: Please see Exhibit 13.

4.  **REQUEST**: Copy of Ms. Gjovik's signed non-disclosure agreement regarding confidential/proprietary information.

    **RESPONSE**: Please see the two agreements that Ms. Gjovik signed in which she agreed to not disclose Apple's confidential information: Exhibit 11 (executed copy of Apple's Confidentiality and Intellectual Property Agreement), Exhibit 1 (executed copy of the Alpha Study consent form).




September 30, 2022
Page 2

5. **REQUEST**:  Documentation to support Ms. Gjovik refused to cooperate with Apple's internal investigation. This may include, but is not limited to emails, meeting notes, phone call logs, or a signed statement from the company investigator(s) or company official(s) that attempted to contact Ms. Gjovik.

   **RESPONSE**:  Please see Exhibits 14-15, which shows that Ms. Gjovik refused to be interviewed as part of Apple's internal investigation.

6. **REQUEST**:     From January 2021 to present, please provide information of other Apple employees who have been terminated for disclosing confidential information and specifically identify the individuals that were terminated for posting on social media and/or communicating with the press. At minimum provide the following for each employee: 1) name or identifier, 2) job title, 3) date of termination, and 4) reason for termination.

   **RESPONSE**:  Please see Exhibit 16, which identifies ▓▓ other Apple employees who have been terminated for violating their confidentiality obligations.

Please note that this letter and Exhibits 1-8 and 11-16 (the "Materials") contain confidential business information protected from disclosure under Exemption 4 of the Freedom of Information Act, 5 U.S.C. § 552(b)(4). Apple requests to receive pre-disclosure notification pursuant to 29 C.F.R. § 70.26 in the event of any FOIA request covering the Materials.

If you require any further information, please contact us.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Apple Inc.


By:    */s/ Kathryn G. Mantoan*
        Kathryn G. Mantoan

Case: 2021-8-4406 - Hotline Web
Apple US
Concern

## Case Snapshot

**Opened:**  08/29/2021
**Days open:**  1
**Last modified:**  08/31/2021 8:17 PM
**Date closed:**  08/31/2021
**Intake method:**  Hotline Web
**Status:**  Closed
**Alert:**  None

## General Case Info

**Case number:**
2021-8-4406

**Received/Reported date:**
08/29/2021

**Language:**
English

**Assigned tier:**
Apple US

**Issue**

**Primary issue:**
Concern

## Case Details

**Reported tier information**

**Case type:**
Allegation

**Intake method:**
Hotline Web

**Location**

**Organization/Building name:**
Apple

**Country:**
United States

**Reporter contact information**

**Reporter anonymous:**
Yes

**Case Information**

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.

Case 5:23-cv-04597-EMC    Document 135-2    Filed 01/31/25    Page 29 of 109

**Are you an Apple Employee?**
Yes

**Who was involved?**
Ashley Gjøvik

**Details:**
Ashley Gjøvik keeps Twitting about Apple. While I don't know how truthful as her claims and what she is allowed to share about her experience, I think she's also going too far by sharing screenshots of internal emails about Apple's research about ▮Omega Study▮: https://twitter.com/ashleygjovik/status/1431824501457633283.

While the overall claims she's making should be investigated thoroughly (and I want to believe that this is currently the case and that Apple will do the right thing), it also feels like she's trying to see how far she can push things before getting fired, and keeps turning any narrative to her advantage. I wouldn't be surprised if she's looking to get fired to then fire back publicly at Apple some more (which would help her future career as a lawyer).

In any case, regardless of all this one again, I don't think Ashley sharing screenshots of internal research that could benefit unreleased products is appropriate. Maybe she should lose access to her email account while she's on leave.

## Follow-ups

**Reporter Additional Information**
There are no additional notes for this incident.

**Questions/Comments and Reporter Responses**

**08/31/2021 -** ▮(b) (7)(C)▮
**Question:** Thank you for raising your concerns to the Business Conduct Helpline. Apple takes your concerns seriously, and we have shared them with the appropriate internal teams for review and investigation.

Please be assured that Apple has a strict policy prohibiting retaliation against employees who raise complaints to managers, PBP, and Business Conduct, or who participate in the investigation into any such complaint. It would be very helpful if you would be willing to speak to or correspond with an investigator - your information will be handled confidentially. Please follow up on a regular basis, or, should you choose, share a way for us to contact you for any additional questions.

## Attachments

### Files from Reporter

|    | File | Description | Date |
|----|------|-------------|------|
| #1 | Capture ▮(b) (7)(C)▮ 2021-08-29 à 19.22.09.png | Tweet | 08/29/2021 |

## Case Notes

**08/31/2021 8:17 PM -** ▮(b) (7)(C)▮
HRC▮(b) (7)(C)▮

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

| From: | (b) (7)(C) |
|---|---|
| To: | Mantoan, Kathryn G. |
| Cc: | Perry, Jessica R. |
| Subject: | Apple Inc./Gjovik/9-3290-22-051: Request for Information |
| Date: | Friday, September 16, 2022 4:07:00 PM |

Ms. Mantoan and Ms. Perry,

After review of your March 4, 2022 response, the following information is needed for the subject complaint investigation.

1. Documentation to support Ms. Gjovik intentionally disclosed confidential information about Apple products on Twitter and to the press. This may include, but is not limited to copies of any text messages between Ms. Gjovik and another employee, tweets, press articles, reports from Business Conduct Helpline, or emails.

2. Copy of Apple's policy regarding disclosure of confidentiality/proprietary information.

3. Copy of Apple's Misconduct and Discipline Policy.

4. Copy of Ms. Gjovik's signed non-disclosure agreement regarding confidential/proprietary information.

5. Documentation to support Ms. Gjovik refused to cooperate with Apple's internal investigation. This may include, but is not limited to emails, meeting notes, phone call logs, or a signed statement from the company investigator(s) or company official(s) that attempted to contact Ms. Gjovik.

6. From January 2021 to present, please provide information of other Apple employees who have been terminated for disclosing confidential information and specifically identify the individuals that were terminated for posting on social media and/or communicating with the press. At minimum provide the following for each employee: 1) name or identifier, 2) job title, 3) date of termination, and 4) reason for termination.

A response is needed by September 30, 2022. Please identify which evidence contains confidential business information and Apple requests to receive pre-disclosure notification pursuant to 29 C.F.R. § 70.26 in the event of any FOIA request covering this response.

Let me know if you have any questions.

Regards,

(b) (7)(C)

Whistleblower Protection Program
U.S. Department of Labor – OSHA



**Orrick, Herrington & Sutcliffe LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

+1 415 773 5700

orrick.com

September 30, 2022

**VIA ELECTRONIC MAIL**

**Kathryn G. Mantoan**

██ (b) (7)(C) ██
Whistleblower Protection Program
U.S. Department of Labor, OSHA
300 Fifth Avenue, Room 1280
Seattle, Washington 98104
██ (b) (7)(C) ██

E  kmantoan@orrick.com
D  +1 415 773 5887
F  +1 415 773 5759

Re:   *Ashley Gjovik v. Apple Inc.*, Case No. 9-3290-22-051

Dear ██ (b) (7)(C) ██ :

Apple provides the following information and supporting documents in response to the Department of Labor's request for additional information on September 16, 2022.

1.  **REQUEST**:  Documentation to support Ms. Gjovik intentionally disclosed confidential information about Apple products on Twitter and to the press. This may include, but is not limited to copies of any text messages between Ms. Gjovik and another employee, tweets, press articles, reports from Business Conduct Helpline, or emails.

    **RESPONSE**:  Please see Exhibits 1-10, which show that Ms. Gjovik disclosed Apple's confidential product information to external third parties, namely Twitter and a reporter from The Verge publication.

2.  **REQUEST**:  Copy of Apple's policy regarding disclosure of confidentiality/proprietary information.

    **RESPONSE**:  Please see Apple's Confidentiality and Intellectual Property Agreement that Ms. Gjovik signed upon hire (Exhibit 11), and Apple's Business Conduct Policy (Exhibit 12), which also contains a confidentiality provision.

3.  **REQUEST**:  Copy of Apple's Misconduct and Discipline Policy.

    **RESPONSE**:  Please see Exhibit 13.

4.  **REQUEST**:  Copy of Ms. Gjovik's signed non-disclosure agreement regarding confidential/proprietary information.

    **RESPONSE**:  Please see the two agreements that Ms. Gjovik signed in which she agreed to not disclose Apple's confidential information: Exhibit 11 (executed copy of Apple's Confidentiality and Intellectual Property Agreement), Exhibit 1 (executed copy of the Alpha Study consent form).





September 30, 2022
Page 2

5. **REQUEST**: Documentation to support Ms. Gjovik refused to cooperate with Apple's internal investigation. This may include, but is not limited to emails, meeting notes, phone call logs, or a signed statement from the company investigator(s) or company official(s) that attempted to contact Ms. Gjovik.

   **RESPONSE**: Please see Exhibits 14-15, which shows that Ms. Gjovik refused to be interviewed as part of Apple's internal investigation.

6. **REQUEST**: From January 2021 to present, please provide information of other Apple employees who have been terminated for disclosing confidential information and specifically identify the individuals that were terminated for posting on social media and/or communicating with the press. At minimum provide the following for each employee: 1) name or identifier, 2) job title, 3) date of termination, and 4) reason for termination.

   **RESPONSE**: Please see Exhibit 16, which identifies ▉▉▉ other Apple employees who have been terminated for violating their confidentiality obligations.

Please note that this letter and Exhibits 1-8 and 11-16 (the "Materials") contain confidential business information protected from disclosure under Exemption 4 of the Freedom of Information Act, 5 U.S.C. § 552(b)(4). Apple requests to receive pre-disclosure notification pursuant to 29 C.F.R. § 70.26 in the event of any FOIA request covering the Materials.

If you require any further information, please contact us.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Apple Inc.

By:     */s/ Kathryn G. Mantoan*

        Kathryn G. Mantoan

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.

Case 3:23-cv-04597-EMS    Document 155-2    Filed 01/31/25    Page 29 of 109

**Are you an Apple Employee?**
Yes

**Who was involved?**
Ashley Gjøvik

**Details:**
Ashley Gjøvik keeps Twitting about Apple. While I don't know how truthful as her claims and what she is allowed to share about her experience, I think she's also going too far by sharing screenshots of internal emails about Apple's research about ███████████: https://twitter.com/ashleygjovik/status/1431824501457633283.

While the overall claims she's making should be investigated thoroughly (and I want to believe that this is currently the case and that Apple will do the right thing), it also feels like she's trying to see how far she can push things before getting fired, and keeps turning any narrative to her advantage. I wouldn't be surprised if she's looking to get fired to then fire back publicly at Apple some more (which would help her future career as a lawyer).

In any case, regardless of all this one again, I don't think Ashley sharing screenshots of internal research that could benefit unreleased products is appropriate. Maybe she should lose access to her email account while she's on leave.

## Follow-ups

**Reporter Additional Information**
There are no additional notes for this incident.

**Questions/Comments and Reporter Responses**

**08/31/2021 -** ███████████
**Question:**  Thank you for raising your concerns to the Business Conduct Helpline. Apple takes your concerns seriously, and we have shared them with the appropriate internal teams for review and investigation.

Please be assured that Apple has a strict policy prohibiting retaliation against employees who raise complaints to managers, PBP, and Business Conduct, or who participate in the investigation into any such complaint. It would be very helpful if you would be willing to speak to or correspond with an investigator - your information will be handled confidentially. Please follow up on a regular basis, or, should you choose, share a way for us to contact you for any additional questions.

## Attachments

**Files from Reporter**

|   | File | Description | Date |
|---|------|-------------|------|
| #1 | Capture ███████ 2021-08-29 à 19.22.09.png | Tweet | 08/29/2021 |

## Case Notes

**08/31/2021 8:17 PM -** ███████████
HRC ███████████

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.

**From:** Business Conduct <​█████████████████>
**Date:** September 15, 2021 at 12:57:59 PM PDT
**To:** ██████ ████████, ███████████, ███████████, ███████████
**Subject: Case HRC000068489 - Evidence Regarding Confidential IP Leak**
**Reply-To:** Business Conduct <​████████████████>

Hello,

The Business Conduct Helpline received concern for your review. Please see the case details below

Reporter: (b) (7)(C)

Hi all,

I am sending this information in good faith regarding a very public situation regarding Ashley Gjovik and an internal application I am not disclosed on code named Alpha. My goal is to ensure that this gets to the correct people, and I do not want it to come out at a later time that I was aware of this, and did not do the right thing

I want to expressly state that I played no part in any of this leak, and would not under any circumstances engage in such behavior. I respect Apple's policies in this regard, despite working to change some things regarding workplace issues

On (b) (7)(C) Ashley informed me that she had sent Zoe Schiffer from the Verge details and images from Alpha, which does not align what she is saying publicly, denying leaking any unreleased IP to the public

She specifically told me she sent her all of the screenshots she sent me, which I've attached

(b) (7)(C) ██████████ <mailto:​████████████>



12:23

333

Ashley

Are these only your own uploads?

More boobs... nip removed...

IMAGE REDACTED - CONFIDENTIAL

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.



CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.



This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.

Case 3:23-cv-04597-EMC    Document 133-2    Filed 01/31/25    Page 47 of 109

**From:** (b) (7)(C) <   >
**Sent:** Wednesday, September 15, 2021 7:41 PM
**To:** ashleygjovik@icloud.com
**Subject:** Correspondence on behalf of Apple Inc.
**Attachments:** Gjovik, Ashley M. IPA.pdf; Sep_15_Gjovik_Letter_FINAL.pdf

Please see the attached correspondence.

Sincerely,

(b) (7)(C)
&nb=p;
**O&=8217;Melveny**
(b) (7)(C)
O: +(b) (7)(C)     =o:p>

O'Melveny & Myers LLP<=pan style="font-size:9.0pt;line-height:110%;color:black;mso-fareast-lang=age:JA">
Two Embarcadero Center, 28th Floor=/o:p>
San Francisco, CA 94111
Website<=a> | LinkedIn

*This =essage and any attached documents contain information from the law firm of=O'Melveny & Myers LLP that may be confidential and/or privileged. If y=u are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received =his transmission in error, please notify the sender immediately by reply e=mail and then delete this message.*

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

1

This page was received by OSHA with redactions. Redactions made by OSHA for FOIA contain Exemptions per the FOIA.

Case 3:23-cv-04597-EMC    Document 159-2    Filed 01/31/25    Page 48 of 109



O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

File Number:
600,000-3 (Apple Inc.)

September 15, 2021



**VIA E-MAIL**

Ms. Ashley Gjovik
1050 Benton Street, Apt 2310
Santa Clara, CA 95050
ashleygjovik@icloud.com

Dear Ms. Gjovik:

On behalf of Apple Inc., we write to request that you remove certain images and video that you have displayed publicly in violation of your Confidentiality and Intellectual Property Agreement with Apple dated January 31, 2015 (the "IPA").

The first are the images contained in the following tweet:

https://twitter.com/ashleygjovik/status/1431824501457633283

As you know, the images are comprised of internal Apple emails regarding a confidential Apple-internal user study project. Please remove those images from any public location and refrain from further public disclosures about that project.

The second is the image contained in the following tweet:

https://twitter.com/ashleygjovik/status/1432400136471072769

The related video is located here:

https://volume-assets.voxmedia.com/production/7739cb4ec481082f874bd63244468b2d/547059/playlist.m3u8

As you know, that image and video were generated by a confidential internal Apple application during confidential Apple-internal user studies. Please remove that image and video from any public location and refrain from further public disclosures about that application or related user studies.

A copy of the IPA is included with this letter. I am available to discuss this matter at any time. If you are represented by counsel in this matter, please identify your counsel.

/ / /

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo
CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

O'Melveny

Sincerely,

(b) (7)(C)

(b) (7)(C)
of O'MELVENY & MYERS LLP

2

CONFIDENTIAL – EXEMPT FROM FOIA DISCLOSURE

Exhibit P:
US DOJ
Legal Memo

1

**Ashley M. Gjovik**
Juris Doctor Candidate & Public International Law Certificate Candidate
2
Santa Clara University, Class of 2022

3

<u>For Submission To:</u>
- **U.S. NLRB:** Region 32 & Office of General Counsel
4
- **U.S. Department of Labor:** Whistleblower Protection Program
- **U.S. Attorney's Office:** Northern District of California
5
- **California DOJ:** Office of the Attorney General
- **California Department of Labor:** DIR Labor Commissioners
6

7

8

9

10

MS. ASHLEY GJOVIK
11

          Complainant,
12
          v.
13

14

15
APPLE INC., *et al.,*

16
          Respondent.

17

18

19

20

21

22

23

24

25

26

27

28

**Case No.:**
U,S. Dept of Labor: 9-3290-22-051
U.S. NLRB: 32-CA- 282142, 283161,
284428 & 284441, & 288816
U.S. EEOC 556-2021-00608
U.S. SEC: 16304-612-987-465 & 16353-
506-600-213
CA Dept of Labor: RCI-CM-842830

LEGAL MEMO
**Date Action filed**: February 7, 2022

**Charges**:
National Labor Relations Act §8(a)(1)
National Labor Relations Act §8(a)(4)
CERCLA, 42 U.S.C. §9610
SOX 18 U.S.C.A. §1514A
OSHA §11(c) 29 U.S.C. §660
18 U.S.C. §1512(a),(b),(c),(d)
18 U.S.C. §1505
18 U.S.C. 1513
18 U.S.C. §371
18 U.S.C. §876
Dodd-Frank 15 U.S.C. §78u-6(h)(1)(A)(iii)
Racketeer Influenced & Corrupt
Organizations Act
Civil Rights Act Title VII, 42 U.S.C. §2000e
CA Labor Code §232.5, §6310, §1102.5,
§6399, & §132(a)

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

# INTIMIDATION, RETALIATION, & PROPAGANDA CAMPAIGN

## Evidence Report

### *DRAFT v9*

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## TABLE OF CONTENTS

HARASSMENT CAMPAIGN EVIDENCE REPORT ............................................................. 1

CHARGES ...................................................................................................................... 5
    Associated Charges & Cases: ..................................................................................... 5

SUMMARY .................................................................................................................... 5

REVIEW METHODOLOGY .............................................................................................. 9

UNLAWFUL THREATS MADE BY APPLE INC ................................................................ 10
    Threats of Violence ................................................................................................. 10
    Threats of Termination & Retaliation .................................................................... 12
    Threats of Blacklisting; Ruining Legal Career ........................................................ 14
    Threats Against Friends & Collogues ..................................................................... 17

APPLE INC'S RETALIATORY ANIMUS ......................................................................... 18
    Forbidden Animus .................................................................................................. 18

APPLE INC'S LAWFARE .............................................................................................. 20
    Lawfare: Threats of Litigation; Prosecution; Bankruptcy; "Ruin" ......................... 20
    Lawfare: Coercion to Withdraw
    Charges & Complaints ............................................................................................ 23
    Lawfare: Doubt; Disinformation; False Accusations .............................................. 27

ANTI-UNION & ANTI-LABOR THREATS & COERCION .................................................. 32

DISCRIMINATION DUE TO SEX &/OR DISABILITY ........................................................ 33

EVIDENCE OF PROPAGANDA BY TYPE ........................................................................ 37
    The Big Lie (GROßE LÜGE) + Ad nauseam & Rationalization ................................. 37
    Divide & Rule; Black/White Fallacy; Factions ...................................................... 42
    Virtue Words; Appeal to Prejudice; Transfer; Moral Panic; Fear-Mongering ....... 44
    Cult of Personality; Demagogue; Appeal to Authority ........................................... 47
    Bandwagon & Inevitable victory ............................................................................ 48
    Spin; Agenda setting; Bury Bad News ................................................................... 49
    False Flag Operation & Reverse False-Flag ........................................................... 52
    Ad hominem attacks; Smears; Character Assassination; False Accusations ............. 55
    Red Herring; Whataboutism; Strawman; Minimization; Cherry-Picking ............... 59
    Demoralization; Gaslighting; Propaganda of Despair ............................................. 62

EVIDENCE (CHRONOLOGICAL) .................................................................................... 63
    Legend .................................................................................................................... 63
    August 2021 ............................................................................................................ 64

ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

SEPTEMBER 2021 ...................................................................................................................98
OCTOBER 2021 .....................................................................................................................174
NOVEMBER 2021 ..................................................................................................................196
DECEMBER 2021 ...................................................................................................................208
JANUARY 2021 ......................................................................................................................235
FEBRUARY 2021 ....................................................................................................................271

**APPENDIX I: CAST OF CHARACTERS (PARTIES)**......................................................**298**

EMPLOYER (MANAGERS/SUPERVISORS)....................................................................................298
EMPLOYEES ACTING AT DIRECTION OF APPLE INC ...................................................................300
AGENTS ACTING AT DIRECTION OF APPLE INC..........................................................................306
APPLE INC: AGENTS FOR PROPAGANDA ...................................................................................307

**APPENDIX II: RETALIATORY MEMES** ........................................................................**323**

**APPENDIX III: BABY HUMMINGBIRD** .......................................................................**326**

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

# CHARGES

## ASSOCIATED CHARGES & CASES:

- **U.S. NLRB** 32-CA-282142, 32-CA-283161, 32-CA-284428, & 32-CA-284441
- **U.S Department of Labor**: *Ashley Gjovik v Apple Inc.,* (Apple Inc/Gjovik/9-3290-22-051: CERCLA, SOX, & OSHA whistleblower retaliation).
- **U.S. EEOC**: *Ashley Gjovik v Apple Inc.,* (556-2021-00608)
- **U.S. DOJ:** *pending*
- **California Department of Labor:** *Ashley Gjovik v. Apple Inc., (*RCI-CM-842830)
- **California Civil Lawsuit:** *pending*

*See: Legal Memo for details on legal analysis*

# SUMMARY

Under information & belief, Apple Inc, (via their managers, employees, & agents), have been orchestrating an extensive propaganda & harassment campaign against Gjovik since August 2021. Under this campaign, Apple Inc has made frequent, damaging false accusations about Gjovik's actions and statements, her motives and character, and her mental health. Apple Inc has also made numerous threats against her related to retaliation, termination, litigation, blacklisting, and violence.

The campaign started while she was still an Apple employee & has been waged by Apple managers under their name & Apple position (*i.e. Ricky Mondello, Faye Garfinkle, Eric Vitiello, DJ Capelis, Bryan Bartow, & others*) as well as current and ex-Apple employees (*Cher Scarlett, Shantini Vyas, Amanda Harrison, Kev Kitchens, Steven McGrath , Brian Ganninger  Ankit Aggarwal & others*), again, under their own names & positions at Apple. There also appears to be a large online presence assumably contracted by Apple Global Security which appears to have access to much of her private &/or personal information, and repeats, ad nauseum, specific talking points assumably selected by Apple Inc for this campaign.

This campaign is believed to be being waged in retaliation for Gjovik's protected activity starting in March 2021, and also in retaliation for her reporting Apple Inc's unlawful conduct to the government and law

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

enforcement in the summer of 2021, and continuing to participate in the government investigations. This campaign is believed to be being waged in an effort to chill organizing & unionization efforts at Apple Inc, intimidate witnesses from testifying to what Apple Inc did to Gjovik, coerce Gjovik to withdraw her complaints, and to generally intimidate current Apple Inc employees from speaking out or reporting unlawful activity.

This campaign began shortly after Gjovik started talking to the press and the government about her safety, labor, and discrimination concerns but quickly amplified once she filed formal complaints against Apple Inc with the NLRB, EEOC, U.S. Department of Labor, California Department of Labor, U.S. SEC, U.S. FBI, and other regulatory & law enforcement agencies. Within days of her reports, the frequency and intensity of the abuse dramatically increased, including threats of termination & other retaliation, threats of violence, threats of litigation, threats of bankruptcy, threats against her friends and supporters, and much coercion to drop her government complaints & to not file a lawsuit.

Assumed agents of Apple Inc referred to Gjovik's protected activities as "worthy of death," and made references to Gjovik dying from "double tap" gunshot wounds, that in Russia Apple whistleblowers would die from a "car accident," suggested Apple employee organizing around discrimination concerns be "relocated to Afghanistan" to see how the "Taliban" would "deal" with Apple's employee organizers, and noted Gjovik was deserving of "death and rape threats." One Twitter account posted the day after Gjovik was fired that the world was "reaming" her and that Gjovik deserved it (violent anal sex).

After Gjovik was fired, Apple Inc mailed her possessions from her office in a box full of broken glass shards and them commented to her on her Twitter about the box before she opened it, alluding to it containing a severed head of one of her loved ones. Agents of Apple Inc wrote Gjovik was "deserving of misery," that they looked forward to seeing Apple "swallow her & spit her out," and that she is lucky Apple has not "crushed her like a bug." Even as of this week, an Apple Global Security employee communicated to Gjovik she did not want Gjovik "to exist in her world."

Apple employees & assumed agents of Apple Inc suggested Apple Inc should / will sue Gjovik for corporate espionage, disinformation, reputational bias, defamation, blackmail, and federal crimes, among other things. Employees & agents suggested appropriate consequences for Gjovik's protected activity included jail, the death penalty, "suing her into oblivion," "ending her," "destroying her," "ruining her," and bankrupting her. Apple managers & agents of  Apple Inc referred publicly to the retaliation she faced from Apple Inc, including

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

termination of her employment, as "invited upon herself" like "walking down a dark alley," "finding out" for "fucking around," a "self-fulfilling prophecy," and the "consequence" of "airing Apple's dirty laundry."

Apple Inc agents also threatened to blacklist Gjovik from the technology, engineering, and legal employment fields: including "never working in the tech industry again, never working for a large corporation again, never getting a job as a lawyer, failing the California bar association's Moral Character investigation, and never getting a job anywhere again other than working in fast food." Apple Inc*, (through at least the actions of Cher Scarlett and Shantini Vyas)*, effectively blacklisted Gjovik from access to the press, from access to & support from leading activists, and certain access to social media platforms.

Apple manager Ricky Mondello and ex-Apple employees Cher Scarlett and Shantini Vyas and other Apple agents have referred to the journalists and publications who write about Gjovik's protected activities as "lacking credibility," "anti-business," not deserving of respect, creating "manufactured narratives," "unethical," and causing "irreparable harm." Cher Scarlett, speaking on her "AppleToo" employee organizing platform has stated she "ejected Gjovik from amplification," "stopped amplifying Gjovik," and called journalists who write about Gjovik not "good news outlets." Scarlett's threatened she could "use her platform" to "destroy Gjovik."

Scarlett also recently began to claim Gjovik is "harassing," "defaming," and "extorting" her and went so far as to report Gjovik to the U.S. FBI, though later said it was a mistake and blamed her actions on a narcotics relapse. Gjovik has requested Scarlett stop contacting her numerous times, including requesting Scarlett stop harassing her & her friends, and stop making defamatory statements about her. In December 2021, Gjovik resorted to threatening she'd request a restraining order if Scarlett did not cease & desist. Scarlett did not stop. As of the last week, Scarlett sent Gjovik a 3,000 word email making wild accusations, confirming she reported Gjovik to the FBI, and demanding Gjovik remove certain evidence and accusations about Scarlett & her associates from Gjovik's federal administrative and criminal filings. When Gjovik refused to rescind her allegations of Scarlett's unlawful activity and refused to omit incriminating evidence, Scarlett then announced she is pursuing frivolous, retaliatory litigation against Gjovik.

Apple managers, employees, and agents have referred to Gjovik's complaints to the federal and state government about Apple Inc as "unsubstantiated," "meritless," "baseless," "dead in the water," and that there's "no case." Apple's agents referred to Gjovik as an "ambulance chaser" and her cases as "shakedown lawsuits." Apple manager Ricky Mondello and ex-Apple employees Cher Scarlett and Shantini Vyas have publicly called Gjovik a "liar," "predator," "racist," "inconsequential," "not a real whistleblower," "not a real activist." These

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

parties have described Gjovik's protected activities as a "vendetta," "warpath," "perjury," "fabricated nonsense," "misleading rhetoric," & "misinformation." Among other things, Apple Inc & their agents have publicly called me a "liar, toxic, attention-seeking, obnoxious, vindictive, entitled, cancer, lacking credibility, dishonest, malicious, a sociopath, a provocateur, unhinged, insane, overweight, a narcissist, 'universally hated', a psychopath, paranoid, Bipolar, psychotic, schizophrenic, a grifter, a Karen, a Super Karen, Karenx100, a 'typical feminist,' and a 'classic cow'.

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

# REVIEW METHODOLOGY

Through this unfortunate experience with Apple, I have attempted to document events and communications that appeared odd, harmful, or which might be otherwise useful to reference later on. The primary document collection was of screenshots and PDFs. I started writing this report based on those records, and then gathered additional materials based on them, and for all evidence, attempted to cite a live, public version of the communication that the reader can access themselves via the footnotes. Where possible, I attempted to preserve digital evidence via 1) flat-file screenshot, 2) PDF, & 3) Internet Archive Wayback Archive file.

In effort to identify posts by Apple agents (not just random people online) I filtered & analyzed comments looking for factors such as: overly specific to my situation & my personal information, including my private personal information and/or information only Apple would know, lies and misrepresentations that only benefited Apple &/or were frequently repeated, legalese, and rhetoric which fit common union-busting techniques. I reviewed accounts looking for factors like: few/no followers, few posts and of those they are specific to Apple, posts that are always very positive about Apple & defend Apple, lack of biographical information provided, "liking" and "replying" to other suspicious accounts, age of account, & common language patterns amongst accounts with similar attacks.

The accounts and comments noted in this report are a best guess and should not be seen as exclusive. Additional evidence should also be gathered such as IP & other account data to confirm accounts (such as linked Apple Inc locations, employees, contractors, etc) & named employees/managers should be deposed and asked to identify additional parties who participated. Apple Inc should be asked to confirm which accounts are or are not acting on their behalf, directly or indirectly.

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## UNLAWFUL THREATS MADE BY APPLE INC

### THREATS OF VIOLENCE

- **4 Aug 2021:** If you didn't know that you were gonna get [**death & rape] threats** then you are honestly still a child. There's always consequences to you actions whether good or bad. I dont think you are child so I believe you just want attention. (Twitter)[1]
- **7 Sept 2021: Espionage** has long been treated as a crime **worthy of death** and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit) [2]
- **9 Sept 2021:** A certified interrogator from Apple's **"Workplace Violence"** team emails me and demands I get on the phone with him within the hour, but won't tell me why.
- **9 Sept 2021:** "I said it in the last thread about bad, criminal employees, and I'll say it again. It's time for Apple to take out the trash. Do whatever it takes to identify and catch the leakers and then **ruin their lives**. Fire them, prosecute and go after them. Do whatever it takes. **Hunt them down like wild animals**. Leakers and other activist employees who believe that they can do as they please have no business being at Apple. I want to see them gone and **I want to see them destroyed.** Trashy employees do not belong at Apple. And who is surprised that the leakers go running to the garbage site called the Verge? They already had one campaign that backfired on them when the lunatic woman leaker was fired, now it's time to get rid of any remaining leakers and criminals. Go get 'em Tim! **Espionage** has long been treated as a crime **worthy of death** and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit) [3]
- **10 Sept 2021:**): #ashleygjovik the **world is** both pandering to you and also **reaming you**. This sounds about right. #narcissist #youdeserveit #coward (Twitter) [4]
- **22 Sept 2021: [Tim Cook] gonna f@\*k some peeps up** (picture of racecar driver with a baseball bat) [5]
- **29 Sept 2021: Don't open it!** *(Picture from the movie "7" with Brad Pitt in a field next to a box with a severed human head and the words "WHAT'S IN THE BOX")* [6]
- **30 Sept 2021:** #Apple prides itself in it's packaging... but this is what arrived at my doorstep today. My personal effects from my office, shoved haphazardly in a random box, no packing materials, infused with **Superfund fumes, [rocks], shards of glass, & spite.** (Ashley Gjovik) [7]
- **15 Oct 2021: Maybe [Janneke} can go to Afghanistan and form her AppleToo group there , see how Taliban deals with her**. (Apple Insider) [8]

---

[1] Twitter, https://twitter.com/k1ngofgam3s/status/1423453566879076354
[2] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/ ;
https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[3] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/ ;
https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[4] Twitter, https://twitter.com/beezie_wacks/status/1436340545194905608,
[5] Twitter, https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/,
[6] Twitter, **DELETED**, https://web.archive.org/web/20210929195613/https://twitter.com/SvatosJason/status/1443303485546532867
[7] Twitter, https://twitter.com/ashleygjovik/status/1443702363299188741
[8] Apple Insider, https://forums.appleinsider.com/discussion/224577;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **15 Oct 2021:** Good riddance! Another entitled brat who tried to politicize the workplace, and get a fat payout as a result. **In a country like Russia, they would have a car accident.** (Apple Insider) [9]
- **20 Dec 2021:** Tomorrow's headline: **Apple Whistleblower found dead of heart attack at 22 (never mind the double tap,** nothing to see here). [10]
- **7 Jan 2022:** Actual conversations" show both sides. Here's the other: [screenshot: *Cher Scarlet*: *I said I'll sign something if she writes it up.* **I literally don't want her to exist in my world lol**]. (Cher Scarlett) [11]
- **30 Jan 2022: :** "The nail that sticks out, gets **hammered**." (Twitter) [12]
- **3 Feb 2022:** Whistleblowers deserve a better voice than yours or Cheers or any one person. I hope Twitter shuts you down for some perspective. Your Tweets are like a feminist version of **@ProudBoysUS** @TrumpWarRoom [13]
- **5 Feb 2022:** I'll always have your back, [Cher Scarlett]. This thread [about Ashley] is very kind and fair, especially with everything you've been going through. [Pinned photo on user profile has two baseball bats that say **"Fuck Around" & "Find Out."**][14]
- **5 Feb 2022: Implying that people are trying to have you assassinated or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE** about the chain of tweets involved in doing so. (Cher Scarlett) [15]

---

[9] Apple Insider, https://forums.appleinsider.com/discussion/224577;
[10] Reddit,
https://www.reddit.com/r/technews/comments/rkyslb/comment/hpg6bzu/?utm_source=share&utm_medium=web2x&context=3
[11] Twitter, https://twitter.com/cherthedev/status/1490097625495789569,
https://web.archive.org/web/20220205230927/https://twitter.com/cherthedev/status/1490097625495789569
[12] Twitter, https://web.archive.org/web/20220130031154/https://twitter.com/i_mspam/status/1487549097070379008
[13] Twitter, https://twitter.com/one_more_time_2/status/1489749317631967235,
[14] Twitter, https://twitter.com/medus4_cdc/status/1490167045354397699,
[15] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### THREATS OF TERMINATION & RETALIATION

- **4 Aug 2021:** Haha and **your never coming back** you clown ass fool (Twitter)[16]
- **4 Aug 2021:** Honestly **apple should probably just let her go**, she seems to be the one creating the hostile workplace environment" (Twitter)[17]
- **4 Aug 2021:** As an Apple **shareholder I hope they terminate her employment completely.** (AppleInsider)[18]
- **4 Aug 2021:** WHERE EXACTLY DO U THINK **BITING THE LITERAL HAND THAT FEEDS U ...** WILL GET U.. HONESTLY THINK ABOUT THAT. (Twitter)[19]
- **4 Aug 2021:** I'm surprised Apple allowed her to work there while badmouthing the company**. I would have gotten rid of that b**** so fast** without extra compensation. Even now she's still getting paid and still talking sh**. (AppleInsider)[20]
- **5 Aug 2021:** This woman is a **psychopath** and frankly is a danger to other Apple Employees! Would any of you feel safe working alongside a person like this? Be honest! Apple needs to **bring the hammer and make an example** of people like this, men or women (Apple Insider) [21]
- **12 Aug 2021:** I've informed Apple they **should fire** [Gjovik] immediately (Christy Dehus) [22]
- **21 Aug 2021:** **I'd fire you** in a heartbeat.(Twitter) [23]
- **23 Aug 2021**: Apple - show these people **the door** (MacRumors)[24]
- **26 Aug 2021** Leadership, if you're reading this, **punish the entitled minority and not the entire company**.[25]
- **23 Aug 2021:** Seems like [Gjovik & Scarlett] just Tweet internal info all day, **fire them both. They bring ZERO value** (Apple Insider) [26]
- **26 Aug 2021** The HR conversation should be: It sounds like you are no longer happy here. I guess it's **time to part ways** and make room for a better fit. We are looking for our next generation of leaders and you clearly are not it. Good luck. (MacRumors) [27]
- **26 Aug 2021:** Those people wouldn't quit. I'd have them **fired** 🔥🔥🔥 (MacRumors) [28]

[16] Twitter, https://twitter.com/dake_smith/status/1423254970124718089,
[17] Twitter, https://twitter.com/abm_11110/status/1423224560330084352
[18] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[19] Twitter, https://twitter.com/dake_smith/status/1423254573393797123,
[20] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[21] Apple Insider Forums, https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p3 ,
[22] Emails, see screenshots
[23] Twitter, https://twitter.com/ashleygjovik/status/1429174603713191936
[24] MacRumors, https://forums.appleinsider.com/discussion/comment/3330761/#Comment_3330761,
[25] Team Blind, see screenshots
[26] Apple Insider, https://forums.appleinsider.com/discussion/223646, ;
[27] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/
[28] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **3 Sept 2021**: **They should fire her long time ago.** One sick apple in the box always spoil others. The atmosphere and energy she was spreading especially as team leader is the worst thing**. They should actually fire now all her team because they are all infected.** Next is the one who hired her. (Twitter)[29]
- **3 Sept 2021**: Why people just don't leave if they don't like their work place? Why make it toxic for everyone else? This company grow too fast so a few bad apples came in and spoiling it for everyone. One toxic person can destroy positivity and peace anywhere. **Get rid of them!** (Twitter)
- **10 Sept 2021:** Apple should have **fired cancer like this way earlier** (Apple Insider) [30]
- **11 Sept 2021**: **The person who hired this wack job at Apple should also be fired** [31]
- **15 Oct 2021:** Companies don't hire employees so that the employees can "make change". Screw these people and their causes. They are hired to be employees, not activists. If the latter is more important to them, **then they should either find another job or get fired.** Either solution is fine with me. (Reddit) [32]
- **15 Oct 2021: Apple needs to fire the HR manager too for hiring these idiots**. (Apple Insider) [33]
- **29 Oct 2021:** I supported my coworker's claims during an HR investigation against our Director**. I was passed over for a promotion.** The dumb fck that defended the Director got the promotion. Go figure (Twitter) [34]
-

---

[29] Twitter, https://twitter.com/DanielSavills/status/1436195552945913860,
[30] Apple Insider, https://forums.appleinsider.com/discussion/223877;
[31] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[32] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[33] Apple Insider, https://forums.appleinsider.com/discussion/224577;
[34] Twitter, **DELETED**, https://web.archive.org/web/20211028044923/https://twitter.com/LeglLovzSolr/status/1453584618729263108

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### THREATS OF BLACKLISTING; RUINING LEGAL CAREER

- **4 Aug 2021:** u are delusional. You need medical help bad. Delusional fool. **Hope u never get another job**. No one needs to be around this nut case (Twitter) [35]
- **4 Aug 2021: DO U EVER WANT A JOB AGAIN ANYWHERE**. (Twitter)[36]
- **4 Aug 2021::** She seems more than a little unstable if you look at her Twitter history. **Best if Apple shows her the door** IMO **PS - She has about a zero chance of ever working at a leading tech firm ever again** (AppleInsider)[37]
- **12 Aug 2021:** Are you someone who can be trusted, like ever**? If you're gonna be a lawyer, who has attorney-client expectations, what client will trust you** won't use their words against them later? (Twitter) [38]
- **3 Sept 2021:** Exactly, and she will soon be out of the compensation when investigation completes and find "no, your manager complimenting you is not harassment", **she will never get another job, would you hire her?** (AppleInsider)[39]
- **9 Sept 2021: Santa Clara University Law must be cringing**. Prospective law students must be crossing that one off their list. Lol (Reddit) [40]
- **9 Sept 2021:** The only thing toxic in all of this is HER. **I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this person.** She needs serious help. (Reddit) [41]
- **9 Sept 2021:** Agreed. It isn't the fact that she is getting fired, it is why -Apple is alleging she deliberately violated the terms of employment, which sounds a lot like "**dishonesty**" on its face. It might not be, but that is **enough to get a long [Moral Character] investigation** going. (Reddit) [42]
- **9 Sept 2021:** I know is this: **I feel sorry for the next company that hires her** (Reddit)[43]
- **9 Sept 2021:** I'd be more **worried about her getting barred**. This **reflects badly on her character** and it's possible **she'll be denied to taking the bar exam**. (Reddit) [44]
- **9 Sept 2021: I hope no one hire this manipulative maniac**. (Reddit) [45]
- **10 Sept 2021: She's going to find herself unemployable after this fiasco.** You reap what you sow. Also there's Karma, It's a bitch. (Twitter)[46]
- **10 Sept 2021:**. The irony is: she's a **law student graduating next year**...**How terrifying**. (HackerNews.com)[47]

---

[35] Twitter, https://twitter.com/dake_smith/status/1423252691464163331,
[36] Twitter, https://twitter.com/dake_smith/status/1423254573393797123,
[37] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[38] Twitter, https://twitter.com/beezie_wacks/status/1425921919447040003,
[39] Apple Insider, https://forums.appleinsider.com/discussion/223785, ,
[40] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[41] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[42] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[43] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[44] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[45] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[46] Twitter, https://twitter.com/Chloeheather967/status/1436785837610504193;
[47] HackerNews, https://news.ycombinator.com/item?id=28477392;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **10 Sept 2021: You think there are law firms that will want to hire her? She's toxic.** (HackerNews.com)[48]
- **10 Sept 2021**: **Seems like her career is done. Leaking internal stuff which marked "confidential" is the stuff that'll cause concerns. [49]**
- **10 Sept 2021: Good luck to her getting another job in tech**.  $400k plus stock RSUs up in smoke - just like that (Apple Insider)
- **10 Sept 2021:** Lol are people just stupid and buying her 💩? stop with the stupidity, **this woman is an absolute psychopath and I will bet no company will hire her again** (Apple Insider)
- **11 Sept 2021:** Ashely Gjovik is **pure evil and cancer**. Hope she **lose this case and never work anywhere again.** (Reddit)
- **11 Sept 2021**:  Apple is paying for her law school as well as her 386k salary. That is very nice but given her history, **no law firm will hire her** … lol [50]
- **11 Sept 2021: I don't think she will ever get hired ever again,** she has herself to thank [51]
- **11 Sept 2021**:  Since **I doubt this psycho will ever be hired again by anyone,** I would not want to spend the the legal fees if I were her. (Apple Insider) [52]
- **12 Sept 2021:** there's no conspiracy **she broke Apple's number one rule.** She talked to the press while still employed. She is never going to work in tech again and since **she is going to lose the lawsuit she should just apply to fast foods right away.** (Twitter) [53]
- **13 Sept 2021: No Fortune 500 company will want to hire her** after her public display. (Twitter) [54]
- **16 Sept 2021**: You'll **never work as an attorney** (Twitter). [55]
- **16 Sept 2021:** I guess you'll have to make your killing in business this way, because i**t's the only killing you'll ever make. You've chosen to go radioactive.** (Twitter)[56]
- **15 Oct 2021: Publish their names so other employers know not to hire them**. These are rotten apples. (Reddit) [57]
- **15 Oct 2021:** What I'm saying is that **industries need to keep a blacklist**, names of people not to hire under any circumstances. (Reddit) [58]
- **20 Dec 2021**: it really feels like [Gjovik's] committing **career suicide** (Reddit) [59]
- **10 Jan 2022: Attn someone at @SantaClaraUniv**: could you review the cyberbullying of Cher Scarlett coming from the account of your law student @ashleygjovik? Do you condone this behavior? Is this in line with the terms of your code of conduct? (Twitter)[60]

---

[48] HackerNews, https://news.ycombinator.com/item?id=28477392;
[49] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392
[50] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[51] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[52] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[53] Twitter, https://twitter.com/AllonsyAlonso85/status/1437335489611280384
[54] Twitter, https://twitter.com/pri_dayal/status/1437622722662653954,
[55] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
[56] Twitter, https://twitter.com/i_mspam/status/1438899745575155841,
[57] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[58] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[59] Reddit, https://www.reddit.com/r/technews/comments/rkyslb/apple_employee_blows_whistle_on_illegal_spying/;
[60] Twitter, https://twitter.com/FirstNa47437596/status/1480750181142261760,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **10 Jan 2022**: **@santaclarauniv** this is a bad case of cyberbullying by one of your students that reflects poorly on your student body. Do you condone this? (Twitter) [61]
- **29 Jan 2022**: [Gjovik will] **never work as an attorney** (Twitter)[62]
- **20 Nov 2021**: "*Gjovik, who's in law school*" Why a change of career into law? **Does it have to do with no employer wanting to hire a Senior Engineering Program Manager like her ever again?** (Reddit) [63]
- **20 Nov 2021**: **If she keeps at it, soon no law firm will want to hire her ever.** (Reddit) [64]
- **20 Dec 2021**: **it really feels like she's committing career suicide.** (Reddit)[65]
- **3 Feb 2022**: Whistleblowers deserve a better voice than yours or Chers or any one person. **I hope Twitter shuts you down for some perspective.** Your Tweets are like a feminist version of @ProudBoysUS @TrumpWarRoom [66]
- **5 Feb 2022**: **Multiple people reported this person for their behavior to their University** as far as I know, and the agencies currently involved do not know what to do as they've never had this happen in nearly 100 years. **It's disturbing that the authorities have to get involved.** (Cher Scarlett) [67]

---

[61] Twitter, https://twitter.com/FirstNa47437596/status/1481381439983685632,
[62] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
[63] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/,
[64] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/,
[65] Reddit, https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/;
[66] Twitter, https://twitter.com/one_more_time_2/status/1489749311763967235,
[67] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### THREATS AGAINST FRIENDS & COLLOGUES

- **3 Sept 2021:** They **should fire her** long time ago. One sick apple in the box always spoil others. The atmosphere and energy she was spreading especially as team leader is the worst thing. They should **actually fire now all her team** because they are all infected. Next is the one who hired her. (Twitter) [68]

- **29 Oct 2021:** So far, she has tried desperately to **use other victims for her own gain, made racist remarks, lied to the public, to the government, about what happened to her, and about me, and a bunch of other people who tried to help her**.  I cannot stand to watch good people such as yourself get wrapped up in her web. (Cher Scarlett)

- **29 Dec 2021:** You do not deserve to get **sucked into this shit** for standing up for someone else. I want to see her get justice, but **perjuring herself** and doing all of this is **harmful to her and everyone else in the ripples** (Cher Scarlett)[69]

- **15 Jan 2022:** She also seems to turn on these people pretty quick so **you better watch yourself** [directed at Apple whistleblower Dawn Underwood] (Twitter) [70]

- **15 Jan 2022:** I think you need to take a look at the amount of hate that she's spewing. Look at all of the **hate she has directed at Cher and others and anyone who says anything contrary** she threatens to sue LOL she's not fighting Apple she's fighting everyone (Twitter) [71]

- **15 Jan 2022:** Sure, if they actually broke a rule. But she thinks anyone who disagrees with her cyberbullying is a "troll" or works for Apple. People who haven't done anything wrong don't need to hide from the law, just from p**sycho Ashley who will stalk them and their** families (Twitter) [72]

---

[68] Twitter, https://twitter.com/DanielSavills/status/1436195552945913860,
[69] Text messages, see screenshots
[70] Twitter, https://twitter.com/FirstNa47437596/status/148202558693212162,
[71] Twitter, https://twitter.com/FirstNa47437596/status/1482202482893733892,
[72] Twitter, https://twitter.com/FirstNa47437596/status/1482214222951944192,

# ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## APPLE INC'S RETALIATORY ANIMUS

### FORBIDDEN ANIMUS
- **23 Aug 2021:** Are you still a victim **when you walk down a dark alley** with the expectation of coming out unscathed, or **did you invite that on yourself?** (Apple Insider)[73]
- **3 Sept 2021:** You reap what you sow. Chalk it up to your stupidity and move on. (Twitter) [74]
- **9 Sept 2021:** "Sometimes you fuck around, and then sometimes **you find out**." (Ricky Mondello) [75]
- **9 Sept 2021:** The way she's been attacking her employer on every possible front (including taking digs at the CEO and board of directors, repeatedly), this was **basically a self-fulfilling prophecy.** (Reddit) [76]
- **9 Sept 2021:** Lmao "familiar"?! Girl, you better know it solid or get **Gjøviked**!... **Apple is ruthless** like that (Reddit) [77]
- **9 Sept 2021:** I'm of the personal opinion **she wrote her Apple obit** when she posted to Twitter. As a seasoned employee, she more than others, we well **aware of the consequences of airing 'dirty laundry' on an international social media site** after all she's signed as an employee. It backfired. (Twitter)[78]
- **9 Sept 2021**: She should have went in. Might've felt irreplaceable? Showed her hand when she didn't go in. **If went in, would've been severanced if fired.** (Twitter)[79]
- **9 Sept 2021: She deserves all the misery of being fired for violating policy.** She's a **liar** and she didn't get away with it this time. (Twitter) [80]
- **9 Sept 2021**: She was **fired bc she was an awful employee** (Reddit) [81]
- **9 Sept 2021:** Good riddance. **They should have fired her weeks ago**. (Reddit) [82]
- **9 Sept 2021:** Apple is allowed to keep secrets that aren't violating any laws. What she leaked wasn't violating any laws. She was fired with sufficient justification, but she'll undoubtedly claim it was not justified and complain some more, maybe sue. **She'll lose, because she's entirely to blame for her firing.** (Reddit) [83]
- **10 Sept 2021: Apple fired you because they already know how this ends**. There was no fixing the situation, so **they waited and looked for a policy violation**, found it, and booted you. They already know they're shelling out money on this so why have you in the office? (Twitter)
- **12 Sept 2021:** there's no conspiracy **she broke Apple's number one rule.** She talked to the press while still employed. She is never going to work in tech again and since **she is going to lose the lawsuit she should just apply to fast foods right away**. (Twitter) [84]

---

[73] Apple Insider, https://forums.appleinsider.com/discussion/comment/3331975/
[74] Twitter, https://twitter.com/Chloeheather967/status/1436303814236180481
[75] Twitter, https://twitter.com/rmondello/status/1436184099987681314,
[76] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[77] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[78] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[79] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[80] Twitter, https://twitter.com/beezie_wacks/status/1436343966920679424 ,
[81] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[82] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[83] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[84] Twitter, https://twitter.com/AllonsyAlonso85/status/1437335489611280384

# ASHLEY GJOVIK V APPLE INC

## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **12 Sept 2021:** oh cry me a river. She exposed herself online because **she is a bitter little woman** who broke her NDA and is now trying to cash in on it. **I can't wait until Apple swallows her and spits her out just as fast.** (Twitter) [85]
- **1 Jan 2022**: it's probably unwise to screenshot and publicly share screenshots from an employer who by your own account **would love a reason to fire you**. (David Evans) [86]
- **29 Jan 2022**: "She's a senior manager at Apple and going on a tirade against them over the ground beneath the building. **What did she expect to have happen to her?"** (Twitter) [87]

---

[85] Twitter, https://twitter.com/AllonsyAlonso85/status/1437328481357111296
[86] Twitter, https://twitter.com/DaviddE_94/status/1477350150091780100 ,
[87] Twitter,  https://twitter.com/i_mspam/status/1487889094046740483,

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 19 of 327**

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## APPLE INC'S LAWFARE

### LAWFARE: THREATS OF LITIGATION; PROSECUTION; BANKRUPTCY; "RUIN"

- **26 Aug 2021:** Send the cry babies **to jail.** (MacRumors) [88]
- **7 Sept 2021: Espionage** has long been treated as a crime **worthy of death** and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit) [89]
- **9 Sept 2021:** [Gjovik's] lucky Apple didn't decide to **crush her like a bug** for violating the NDA (Reddit) [90]
- **9 Sept 2021:** Not to mention... if she's *gotten anything for the info*, **they may be able to also press charges for corporate espionage**. She fucked up. (Reddit) [91]
- **9 Sept 202:** I **so hope Apple, Northrop Grumman, Irvine Company sue her** and teach her a lesson. I think She thinks she going to get rich, but she's going straight to the poor house. $300K + RSUs + healthcare + tuition reimbursement all up in smoke for this nonsense. Go Ashley go! (Reddit) [92]
- **9 Sept 2021:** … If she wanted to send any of this to her **lawyers** or representatives, I can promise you they would be **screaming lividly at her** demanding she stop breaking Apple's policies and keep detailed records of all of this as all of my above arguments are the exact kind of things a **defense lawyer** would be pointing to, in order to disprove sincerity and **good faith** in her accusations. (Reddit) [93]
- **9 Sept 2021**:. **It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as it'll co$t you**. If not, seek counsel. (Twitter) [94]
- **10 Sept 2021: Apple will sue the shit out [Gjovik]** for **disinformation and reputational loss**. (Reddit) [95]
- **10 Sept 2021:** If there was legit something wrong **don't get yourself in trouble for defamation** when your employer is simply treating you like an employee. (Apple Insider)
- **10 Sept 2021**: See **more reason for 🍎 to sue than her**. (Twitter)
- **10 Sept 2021:** Ashley is about to become a **broke joke.** (Apple Insider)
- **10 Sept 2021: Apple and Irvine Company should sue her to oblivion**. Considering her character, **I highly**
- **11 Sept 2021**: People say she is in law school, which Apple was paying pay, and **do you see how Apple legal team just basically ended Epic Mobile, a billion dollar company? Good luck Ashley** (AppleInsider) [96]

---

[88] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;

[89] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/ ;
https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/

[90] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

[91] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

[92] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

[93] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

[94] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425

[95] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/comment/hccxlth/?utm_source=share&utm_medium=web2x&context=3

[96] Apple Insider, https://forums.appleinsider.com/discussion/223902;

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 20 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: **Apple could sue HER to oblivion** for breaking her employment contract.
- **11 Sept 2021**: **Apple just destroyed a Billion dollar company in Epic for being greedy. now they can turn all their attention to this ungrateful psychopath** [97]
- **11 Sept 2021**: **Apple (w/it's army of lawyers) can sue her** and it would be an easy win because it's a simple breach of contract case. Her counter suit for retaliation / harassment will be very challenging **especially if her coworkers don't have her back**. They may be **enjoying all that Apple $$$.** Lawsuit would be chump change for Apple, but will **certainly bankrupt her.** I've never seen anyone so intent on ruining their own reputation / livelihood (Reddit)
- **12 Sept 2021:**. Besides it's not about her complaint, it's about the fact that **she leaked info** that's why she was fired. **Apple will prove that in court and she'll disappear.** (Twitter) [98]
- **15 Sept 2021:** Dear Ms. Gjovik: On behalf of Apple Inc., we write to request that you remove certain images and video that you have displayed **publicly in violation of your Confidentiality and Intellectual Property Agreement** with Apple dated January 31, 2015 (the "IPA"). (Apple's Lawyers)
- **22 Sept 2021:** Look at Gjøvik, went from $300K+ plus RSUs (poof!) to a GoFundMe. Keep blabbing to Zoe, girls, it's clicks and money in her pocket **while y'all go bankrupt going up against Apple.** (Reddit) [99]
- **20 Oct 2021: Apple can sue her for defamation** (I'm not a lawyer, but this seems obvious) (HackerNews) [100]
- **20 Nov 2021:** The most likely outcome is that Apple connects the account to you, uses **the fact that you've spoken about it to bring it up in court, and then uses your post history against you. Nuke the account and hope for the best.** (Reddit) [101]
- **9 Jan 2022**: Did you just admit to intimidating an Apple defense witness? Do you know that is a crime
- in the state of California? It doesn't matter if the trail is ongoing/pending or not. **I think you may have already committed a federal crime**. Talk with your lawyer. "Applies to tampering with witness in "proceedings before congress, exec departments, and admin agencies, and to civil and criminal judicial proceedings, including grand jury proceedings….. [links]. 18 U.S. Code § 1512 (Twitter) [102]
- **3 Feb 2022: I hope all of this effort depletes your funds and support** so maybe you go take a vacation and ponder doing something else. You are not a hero for whistleblowers, you are just a hero for Ashley Gjovik. (Twitter) [103]
- **5 Feb 2022: When federal agency employees are having operations meetings about someone's behavior because it is unprecedented** -- you'd think they'd recognize they are being abusive and should re-evaluate their actions. (Cher Scarlett) [104]
- **5 Feb 2022:** In my conversation with the federal agency about what occurred, and to avoid disparagement and defamation, I told them matter-of-factly what happened and **they recommended I**

---

[97] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[98] Twitter, https://twitter.com/AllonsyAlonso85/status/1437331437611634689
[99] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv964m/,
[100] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
https://web.archive.org/web/20220129213718/https://news.ycombinator.com/item?id=28830236
[101] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/,
[102] Twitter Direct Messages, see screenshots
[103] Twitter, https://twitter.com/one_more_time_2/status/1489748938051620864,
[104] Twitter, https://twitter.com/cherthedev/status/1490048667805356032,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**report this person to the FBI for extortion.** Being a witness does not give you a license to abuse. (Cher Scarlett)[105]

- **5 Feb 2022: Multiple people reported this person for their behavior to their University** as far as I know, and the agencies currently involved do not know what to do as they've never had this happen in nearly 100 years. **It's disturbing that the authorities have to get involved**. (Cher Scarlett) [106]

- **5 Feb 2022:** It is, yes, and it's **why the judge found my anti-harassment order may have merit and ordered a hearing.** (Cher Scarlett) [107]

- "I only did this because she was asking people to take her at her word about the lies" No. She told *multiple people* it's because **she thinks I'm testifying against her on Apple's behalf. She was even told by the NLRB I was only cited**. And she tweeted it (physical copy) (Cher Scarlett) [108]

- She decided to go on a tirade that **ended in false CPS reports** & my family being harassed (Cher Scarlett)[109]

---

[105] Twitter, https://twitter.com/cherthedev/status/1490052091733164032,
[106] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,
[107] Twitter, https://twitter.com/cherthedev/status/1490079021844996098,
[108] Twitter, https://twitter.com/cherthedev/status/1490105751020269578,
https://web.archive.org/web/20220205233350/https://twitter.com/cherthedev/status/1490105751020269578
[109] Twitter, https://twitter.com/cherthedev/status/1490106738317545472,
https://web.archive.org/web/20220205234743/https://twitter.com/cherthedev/status/1490106738317545472

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### LAWFARE: COERCION TO WITHDRAW CHARGES & COMPLAINTS

- **12 Aug 2021**: **If I receive anything from the police regarding a restraining order from you,** the following below email goes directly to Tim Cook and Diedre O'Brien. (Christy Dehus) [110]
- **9 Sept 2021:** Apple has determined that you have engaged in conduct that warrants termination of employment, including, but not limited to, **violations of Apple policies**. **You disclosed confidential product-related information in violation of Apple policies and your obligations under the Intellectual Property Agreement (IPA).** We also found **that you failed to cooperate and to provide accurate and complete information during the Apple investigatory process**. (Termination Letter)
- **9 Sept 2021:** Exactly, she's "badass" with a part-time Santa Clara JD, **she's going to get steamrolled** lololol (Reddit) [111]
- **9 Sept 2021: Her downfall is her hubris to think her Santa Clara law student status can battle** an entire team of internal and external harvard/Yale/Stanford lawyers with experience (Reddit) [112]
- **9 Sept 2021:** I miss the old days when we didn't let the mentally ill freely roam about the streets. We **locked them up and put them in facilities for their own good and for the good of everybody else.** (Reddit) [113]
- **9 Sept 2021**: **It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as it'll co$t you**. If not, seek counsel. (Twitter) [114]
- **10 Sept 2021:** Pride b4 fall. **Got herself fired, so no settlement.** Broke her contract with Apple, **so no settlement**. Made the choice to take it to Twitter, a Big mistake. Like the poster said, there are ways to do things, but she chose to do them her way, **which led to a costly highway if sues.** (Twitter)
- **10 Sept 2021:** My guess is **she got greedy.** The core of her issue lies in money aka "sexism." Or **Apple would want to settle with her,** but instead she pridefully decided not to meet with them so who knows if she might have been **fired with a healthy settlement,** but instead **she's poisoned herself**. (Twitter)
- **doubt a reputable lawyer would even come near her case.** A retainer fee for what she's going up against will most certainly make her go broke. And then if she loses, a judge can make her pay all of Apple's and Irvine Company's legal fees. How's that for hubris. Lol (Apple Insider)
- **10 Sept 2021: Sure law firms will take her hard earned income/stock payout**. (Twitter)
- **11 Sept 2021**:  Given how weak her case is, **I doubt any lawyer will take it hoping for settlement.** (Apple Insider) [115]
- **11 Sept 2021**: **Apple will want to make an example of this psycho woman and will not settle**. so I don't think this will go forward [116]
- **11 Sept 2021**:  Sue Apple's army of Ivy League lawyers with what money**? Is she going to represent herself with a T3 law degree. I'm afraid she will get steamrolled**. (Apple Insider) [117]

---

[110] Emails, see screenshots
[111] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[112] Reddit, https://www.reddit.com/r/apple/comments/co$t8i/apple_fires_senior_engineering_program_manager/;
[113] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[114] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[115] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[116] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[117] Apple Insider, https://forums.appleinsider.com/discussion/223902;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**:  The  passive-aggressive profanity ridden vindictive Tweets **will not win sympathy from a judge or juror**. (Apple Insider) [118]
- **11 Sept 2021**: **Sometimes winning is learning when to walk away and starting new.** Living a happy life (Success) is the best revenge. [119]
- **11 Sept 2021**:  She lost a solid Apple salary, RSUs (~millions had they vested) and platinum healthcare benefits plus other perks- and for what to be a "badass" ?? A very costly delusion. **Good luck to Ashley Gjøvik, she's going to need it!** [120]
- **10 Sept 2021:** Don't sign then talk, especially when still working for a TRILLION dollar company **who would drag a suit out until she is broke**. Leave if internal methods failed. **Now can't sue since fired.** And now HER dirty laundry is public knowledge **so other companies will be hesitant to hire.** (Twitter)
- **10 Sept 2021:**  Since Ashley Gjovik took it to Twitter, so did Apple. If Apple employees are issued company iPhones they have a right to request all they did, same with non-disclosure agreements, which **appears how the seasoned employee might end up giving them her saved pay back in legal fees**. (Twitter)[121]
- **10 Sept 2021:** It's not worth it. **Just let go of this whole drama, and get a job at some company that agrees with your views,** one that can satisfy your every demand. You really are **not anything in tech apart from some manager that once worked at Apple**. Life is hard and has injustices and wrongs. You won't change this. (Email)[122]
- **11 Sept 2011**: **Her suing would be the worst thing for her**. They'll throw her some equivalent of pocket change at her, make her sign an NDA and shut her up (AppleInsider) [123]
- **12 Sept 2021:** there's no conspiracy **she broke Apple's number one rule.** She talked to the press while still employed. She is never going to work in tech again and since **she is going to lose the lawsuit she should just apply to fast foods right away**. (Twitter) [124]
- **17 Sept 2021:**  **It will take the NRLB 5 seconds to figure out that Ms Ashley is a complete psychopath** in addition to claiming a compliment from superior is harassment (Apple Insider) [125]
- **20 Sept 2021:** "Ballpark idea how much your legal fees will be to take on Apple**? I imagine $100K is not nearly enough."** [126]
- **9 Oct 2021:** What she is doing **now might really harm her ability to ever get hired again by a company in SV**. (HackerNews) [127]
- **9 Oct 2021:** **She doesn't want to move on with her life**. … **Who would ever want to hire her again, or provide her housing** (after her whole anti-apartment rant toxicity rant)? (HackerNews) [128]

---

[118] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[119] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[120] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[121] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630
[122] John Pratt, jpratt@redesign.codes; IP 68.12.230.58 (Oklahoma City, Oklahoma)
[123] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[124] Twitter, https://twitter.com/AllonsyAlonso85/status/1437335489611280384
[125] Apple Insider, https://forums.appleinsider.com/discussion/224041;
[126] Twitter, https://web.archive.org/web/20210921153056/https://twitter.com/gbluvsf/status/1440010981388652545
[127] HackerNews, https://news.ycombinator.com/item?id=28813010,
[128] HackerNews, https://news.ycombinator.com/item?id=28813010,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **20 Nov 2021:** The most likely outcome is that Apple connects the account to you, uses the fact that you've spoken about it to bring it up in court, and then **uses your post history against you**. Nuke the account and hope for the best. (Reddit)[129]
- **8 Dec 2021:** Remember what Jesus Christ taught about retaliation. **You are retaliating back at Apple.** Matthew 5:38-4 *"You have heard that it was said, 'An eye for an eye and a tooth for a tooth.' But I say to you, Do not resist the one who is evil. But if anyone slaps you on the right cheek, turn to him the other also. And if anyone would sue you and take your tunic, let him have your cloak as well. And if anyone forces you to go one mile, go with him two miles..."* (Email)[130]
- **1 Jan 2022: Apple honestly doesn't care about you.** (David Evans)[131]
- **7-8 Jan 2022:** Cher attempting to get me to ask the Wikipedia arbitration committee to stop investigating an account harassing me
- **11 Jan 2022:** "I think you're making life hard for yourself, and **looking for a fight where there honestly wasn't one.** It's probably best for your mental and even physical health **to just move on**." (David Evans)[132]
- **15 Jan 2022:** You should probably get a clue that if Twitter doesn't even care about the alleged "wrongs" perpetrated against you that **a court of law probably isn't going to either** (Twitter)[133]
- **3 Feb 2022:** I don't think there's nice things in there, nor do your opinions of others sound nice either. It **seems hypocritical to make a 200+ NLRB complaint** but not share written inventory of those YOU have offended with your words and actions.[134]
- **3 Feb 2022: Now people will associate whistleblowing with this 200+ page NLRB** complaint that is too saturated with names. Your bias. It's unconscionable how you shared so many names.[135]
- **3 Feb 2022: You deserve any dissent and I hope those people you named get Justice against you, because you have really been unfair, a bully, supremely egotistical, and just really a sad joke with your NRLB complaint.** [136]
- **3 Feb 2022: I hope all of this effort depletes your funds and support** so maybe you go take a vacation and ponder doing something else. You are not a hero for whistleblowers, you are just a hero for Ashley Gjovik. [137]
- **3 Feb 2022:** I hope my opinions live on with the internet. Because I hope the internet **can see how the 200+ page NLRB complaint is a long stretch to call opinions on the internet "propaganda**." Thank god there is freedom on the internet to have opinions. Thank god for first amendment! [138]
- **3 Feb 2022: Also, you waste government resource on your TRO.** That's for people who are victims of DV, but you file it because you don't like what someone says about you. Shame on you. [139]

---

[129] Reddit, https://www.reddit.com/r/apple/comments/qymkjj/bloomberg_apple_ceos_antileak_edict_broke_law/,
[130] The Messenger, IP 74.82.60.40 (Fremont, California 94536), (**Corporate IP,** Hurricane Electric)
[131] Twitter, https://twitter.com/DaviddE_94/status/1477413910680645638,
[132] Email, see screenshots
[133] Twitter, https://twitter.com/FirstNa47437596/status/1482230004371488771,
[134] Twitter, https://twitter.com/one_more_time_2/status/1489746254372347905,
[135] https://twitter.com/one_more_time_2/status/1489748197891137537,
[136] Twitter, https://twitter.com/one_more_time_2/status/1489748553501057025,
[137] Twitter, https://twitter.com/one_more_time_2/status/1489748938051620864,
[138] Twitter, https://twitter.com/one_more_time_2/status/1489753276492881925 ,
[139] Twitter, https://twitter.com/one_more_time_2/status/1489753945035526144,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **5 Feb 2022**: **Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo.**(Cher Scarlett) [140]
- **5 Feb 2022**: I am worried about what will happen to your mental health **if any of your cases are dismissed due to any impropriety.** (Cher Scarlett) [141]
- **5 Feb 2022**: **You need to delete my tweets from your memo** that contain personal information about me and my family (Cher Scarlett) [142]
- **5 Feb 2022**: **You need to remove all assertions that I am accounts trolling you]** (Cher Scarlett) [143]

-

---

[140] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[141] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[142] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[143] Unsolicited email via website webform on Feb 5 2022 (see PDF)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### LAWFARE: DOUBT; DISINFORMATION; FALSE ACCUSATIONS

*Disinformation is deliberately deceptive. Disinformation is used today to describe a form of propaganda consisting of false information deliberately and often covertly spread to obscure the truth.*

- **4 Aug 2021:** She's planning to **blackmail** Apple into getting rid of her with a large severance payment, and then setting herself up as a Twitter personality who advises other people on how to **blackmail** their employers into letting them work from home. (AppleInsider)[144]
- **4 Aug 2021: Ambulance chasing** psychopath (AppleInsider)[145]
- **4 Aug 2021:** They told her they were investigating it, gave her some paid leave options in the meantime, and **asked her to stop posting potentially defamatory statements** until the investigation was done... (Twitter)[146]
- **4 Aug 2021:** This particular "alleged victim" made **similar allegations back in 2018: those were found false.** (AppleInsider)[147]
- **4 Aug 2021:** Note that this person had **filed similar allegations back in 2018** and they were **proved false.** Also keep in mind that this is the same employee who a week ago or so disclosed the **Apple internal survey to screen for vaccination rates** in its employees population, posting it on Twitter and saying: "no way I'll answer to such question" (despite the survey contained also a choice as in "prefer not to answer"). (AppleInsider)[148]
- **21 Aug 2021:** this is an ACTIVE @Apple investigation and the managers accused are **now receiving death threats.** Stop sharing confidential info/screenshots that could reveal identity of those involved. (Twitter) [149]
- **21 Aug 2021:** Managers accused are now **receiving death threats.** Take down the work screenshots because identities are being outed and lives are now at risk. (Twitter)[150]
- **1 Sept 2021**: By creating **bogus, unsubstantiated filings with the DOJ and other regulatory bodies,** this person has just endangered the future cases of people with legitimate claims. (Shantini Vyas)[151]
- **3 Sept 2021**: Ashley Gjovik receives $386,000 per year in compensation from Apple. Right now she is being paid for doing absolutely nothing as she is on paid leave while they **investigate her false and misleading claims**. She doesn't need your sympathy money (AppleInsider) [152]
- **9 Sept 2021:** Apple has determined that you have engaged in conduct that warrants termination of employment, including, but not limited to, **violations of Apple policies. You disclosed confidential product-related information in violation of Apple policies and your obligations under the Intellectual Property Agreement (IPA).** We also found **that you failed to cooperate and to provide accurate and complete information during the Apple investigatory process**. (Termination Letter)

---

[144] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[145] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[146] Twitter, https://twitter.com/abm_11110/status/1423223906899529730
[147] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[148] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[149] Twitter, https://web.archive.org/web/20210822103330/https://twitter.com/mel_nayer/status/1429215554913533957
[150] Twitter, https://web.archive.org/web/20210822125916/https://twitter.com/mel_nayer/status/1429206330485575682
[151] Twitter, https://twitter.com/_shantini_/status/1433270371915116544,
[152] Apple Insider, https://forums.appleinsider.com/discussion/223785, ,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Sept 2021:** It was never about her wanting to win a case or fight sexism; she and everyone else at Apple knew the **case was dead in the water**. Just a semi-clever manipulation tactic to intimidate Apple….. Disgusting. (Reddit) [153]
- **9 Sept 2021:** Important! The **NLRB** investigates ALL charges brought to its office. **It isn't indicative of prosecution of cases or merit in charges.** I still strongly believe in the case myself and Apple employees have brought regarding unlawful statements and application of rules around pay (Cher Scarlett) [154]
- **9 Sept 2021:** I think when the **NLRB, EEOC** slams the door on **Karen's face** because there's **no case**, we'll see more Twitter tirades about how corrupt these agencies are. Dear Apple please **don't pay her** a fucking dime; awarding toxic behavior will only perpetuate it. She needs to learn a hard lesson in life and gain some maturity. (Reddit) [155]
- **10 Sept 2021:** She clearly doesn't have a lawyer, **so I'd guess all of her claims are entirely baseless.** (HackerNews.com)[156]
- **10 Sept 2021:** Ashley Gløvik has been getting her her law degree from home while on paid sick leave from Apple. **She will likely be spearheading her own shakedown lawsuit**…(Engadget) [157]
- **10 Sept 2021:** Everything I've read indicates **her only goal to get hired at Apple was to build a lawsuit against a multi-billion dollar company**. (Engadget) [158]
- **10 Sept 2021:** Ashley is a Sr Engineer PM. She's been at Apple for more than 6 years and Nike before that. She's **made ten's of millions in total comp**. She does not need a gofundme. (Twitter)[159]
- **10 Sept 2021:** They were investigating her for leaking internal information and she refused to participate **unless they would give her additional documents that she could disseminate**. How should we expect the investigation to play out after that? (Twitter) [160]
- **10 Sept 2021: She lied about being doxed on Blind**. (HackerNews.com)[161]
- **10 Sept 2021:** She'll complain to the **NLRB** in the **hopes of getting some more publicity.** (Apple Insider)
- **10 Sept 2021:** Apple undoubtedly followed a process that will, at the very least, withstand legal scrutiny. Proving wrongful termination is nearly impossible without hard evidence of things like age, sex or racial discrimination. She was an At Will employee, so she could be fired for nearly any reason. She also allegedly publicly disclosed a confidential security tool, and obviously painted her employer in a bad light in public. **Either one is easily fireable.** (Apple Insider)
- **10 Sept 2021:** she wanted to go on a **misinformation campaign** (Apple Insider)
- **10 Sept 2021**: AG seems **hypochondriac** taking professional criticism personally, **wanted fired to sue for personal reasons cloaked by victimization**. (Twitter)
- **11 Sept 2021**: It was still a violation and someone else mentioned one of **her tweets had proprietary information** in it. It's going to be **hard to prove this was retaliatory**. (Cher Scarlett)
- **11 Sept 2021**: Gjovik has **yet to produce any evidence of merit.** (Reddit)

---

[153] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[154] Twitter, https://twitter.com/cherthedev/status/1436194928351014942;
[155] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[156] HackerNews, https://news.ycombinator.com/item?id=28477392;
[157] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
[158] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
[159] Twitter, https://twitter.com/Heffer/status/1436295747050168320,
[160] Twitter, https://twitter.com/reprobations/status/1436372885870821377,
[161] HackerNews, https://news.ycombinator.com/item?id=28477392;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: I honestly don't know a **respectable lawyer that would go down this path with her**, especially with all her Tweets out there. (Reddit)
- **11 Sept 2021**: "Gjovik has yet to produce any **evidence of merit**" (Reddit) [162]
- **11 Sept 2021**: This just kinda means the **EEOC** investigated her claims and probably **didn't find anything** they were willing to act on. The only final option for her is a private law suit. (Reddit)[163]
- **11 Sept 2021**: The thing is…this just kinda means the **EEOC** investigated her claims and **probably didn't find anything they were willing to act on.** The only final option for her is a private law suit. (Reddit)
- **11 Sept 2021**: Yeah right to sue is **only after EEOC decides not to sue on your behalf.** (Reddit)
- **11 Sept 2021**: When the EEOC gets a charge, and there is good evidence to support the charge, the EEOC will take it on themselves. **But if there is anything about good evidence, meaning the EEOC found little to nothing, they still issue "right to sue" notice.** (Reddit)
- **11 Sept 2021**: Her "lawsuit" against Irving Company is the **definition of frivolous**. (Reddit)
- **11 Sept 2021**: I thought she was on a permanent paid leave of absence. I guess she misunderstood. Lol Yes. I think she is a lulu of a self-destructor and **probably has no case**. [164]
- **11 Sept 2021**: In case some people missed it, Ms. Gjovik is studying law at Santa Clara University School of Law. I would hazard a guess that she has no plans to return to the tech field as a manager of any kind, and really never did. The legal actions she is undertaking or about to undertake are more likely **resume builders** for future employment at law firms focused on employee advocacy and employee rights.[165]
- **11 Sept 2021**: **Karen's** always blab their mouth and want to see "the Manager". **"I will report to NLRB, I'm want to speak with Gavin Newsom!, I demand to speak with Joe Biden!!"** [166]
- **11 Sept 2021**: **I don't think Apple is going to pay her a dime**. [167]
- **13 Sept 2021: The EEOC and DFEH have already declined to pursue** and given her the right-to-sue (Cher Scarlett)
- **16 Sept 2021:** GoFundMe is a great crowdfunding resource for people in need. People who are **extremely privileged financially** should be using other mechanisms to obtain residual income from supporters. Using GFM as residual income is **predatory**. (Cher Scarlett) [168]
- **14 Sept 2021**: But **you said were only planning on staying at Apple until Dec 2022 though,** which means you wouldn't be getting all that money anyways. (Twitter) [169]
- **22 Sept 2021:** Right to Sue notices are the default position of the NLRB – ergo, **they decided *not* to take action of their own, hence, you can go ahead and sue to resolve it yourself.** The NLRB has no authority to prevent you to sue unless they're dealing with the employer themselves. (Reddit) [170]

---

[162] Reddit, https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/;
[163] Reddit, https://www.reddit.com/r/technology/comments/pmhkne/comment/hcibuj6/?utm_source=share&utm_medium=web2x&context=3
[164] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[165] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[166] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[167] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[168] Twitter, https://twitter.com/cherthedev/status/1438597588685492239
[169] Twitter, **DELETED**, See screenshots / PDFs instead
[170] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **25 Oct 2021:** Anyone can file complaints with federal and state agencies. **It doesn't mean there is merit, and it doesn't mean the person doing the reporting is being honest or genuine in doing so**. Hero culture creates parasocial relationships that create scary influence that spreads. (Cher Scarlett) **[171]**
- **29 Oct 2021:** Ashley has been **harassing journalists and lying about a bunch of stuff**. Do you care that **she's lied about me too**? Claiming I tried to have someone doxed for asking what case she was posting screenshots of? For dragging my name through the mud because **editors couldn't verify her story and they wouldn't write about her?** (Cher Scarlett)
- **29 Oct 2021:** So far, she has tried desperately to **use other victims for her own gain, made racist remarks, lied to the public, to the government, about what happened to her, and about me, and a bunch of other people who tried to help her**. I cannot stand to watch good people such as yourself get wrapped up in her web. (Cher Scarlett)
- **1 Nov 2021:** "If we aren't able to determine if the law may have been violated, we will send you a Notice of Right to Sue." It **DOES NOT mean the evidence justifies a verdict would be in the complainant's favor. When it does, they FIRST attempt to settle.** [EEOC link]." (Cher Scarlett) **[172]**
- **20 Dec 2021:** I suggested another victim get comment from Apple or proof about something she wrote that to my knowledge, from speaking with the person it was about, to protect herself. **She did leak IP, and posted the evidence of it, which is now cited in Apple's defense.** (Cher Scarlett) **[173]**
- **20 Dec 2021** I **have to be cited to prove that a termination wasn't retaliatory**, and somehow *I* am in the wrong. (Cher Scarlett) **[174]**
- **20 Dec 2021:** I quietly warned a handful of people about her behavior towards other people. **I refused to corroborate misrepresentations of fact, and provided contrary evidence.** (Cher Scarlett) **[175]**
- **20 Dec 2021:** I'd be willing to bet she has a book coming. Gotta build the hype train. **Most of her accusations are nothing burgers.**
- **29 Dec 2021: S**omeone else got a **Cease & Desist** for printing something [Gjovik] said that wasn't true from Apple. (Cher Scarlett) **[176]**
- **29 Dec 2021:** I want to see her get justice, but **perjuring herself** and doing all of this is **harmful** (Cher Scarlett) **[177]**
- **29 Dec 2021:** Because someone else got a **Cease & Desist** for printing something **she said that wasn't true** from Apple. You do not deserve to get sucked into this shit for standing up for someone else. I want to see her get justice, but **perjuring herself** and doing all of this is harmful to her and everyone else in the ripples. (Cher Scarlett)
- **29 Dec 2021:** Ashley's behavior has put me in a position where I am one of Apple's witnesses against here, and **it's because she TOLD ME she leaked unreleased** IP, and sent me the entire volume of it. It's in our messages. While I could get behind "I did this because this software is invasive and constitutes necessity for whistleblowing." I cannot get behind saying it didn't happen. I'm not asking you not to believe Ashley, but

---

[171] Twitter, https://twitter.com/cherthedev/status/1452677821998850048,
[172] Twitter, https://twitter.com/cherthedev/status/1455195681258237957,
[173] Twitter, https://twitter.com/cherthedev/status/1476684139826802689 ,
[174] Twitter, https://twitter.com/cherthedev/status/1476684475677306888,
[175] Twitter, https://twitter.com/cherthedev/status/1476685163660603403 ,
[176] Text messages, see screenshots
[177] Text messages, see screenshots

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

please, put yourself first. What she told you is NOT what she told me. Both of these things CANNOT be true. (Cher Scarlett)

- **30 Dec 2021:** I'd recommend ignoring it. **There's no making sense of any of it.** Believe me, I tried. I also tried talking to her about her behavior in September. **She flipped out and blocked me**. (Cher Scarlett) **[178]**
- **30 Dec 2021:** I've learned this year to ignore **people defaming me and harassing me.** (Cher Scarlett)**[179]**
- **1 Jan 2022: you really did leak IP** (David Evans) [180]
- **1 Jan 2022:** Hey Ashley, just a little piece of advice: if you're going to post stuff like this please make sure to block all Apple engineers (myself included) who can see all of the other "living hell" Radars, **that were jokes, and in which you were involved. It's not a good look. Thanks**! (David Evans) [181]
- **3 Jan 2022: Both the DFEH and EEOC issued Gjøvik right to sue letters, which indicates that while the agencies were unable to determine if law was violated and would not be proceeding on her behalf.** (Cher Scarlett via Gjovik's Wikipedia Page) **[182]**
- **9 Jan 2022**: Did you just admit to intimidating an Apple defense witness? Do you know that is a crime in the state of California? It doesn't matter if the trail is ongoing/pending or not. **I think you may have already committed a federal crime**. Talk with your lawyer. "Applies to tampering with witness in "proceedings before congress, exec departments, and admin agencies, and to civil and criminal judicial proceedings, including grand jury proceedings….. [links]. 18 U.S. Code § 1512 (Twitter) [183]
- **9 Jan 2022: (**Scarlett see claims Gjovik was **"extorting her"** and tells multiple people **she reported Gjovik to law enforcement** that week, including **reporting Gjovik to the U.S. FBI**.) (Private Messages)
- **5 Feb 2022:** Do you know whose AppleInsider piece on **a [SEC] whistleblower tip** which contained **absolutely no material information s**hareholders could use caused that? Yours. (Cher Scarlett) [184]

---

[178] Twitter, https://twitter.com/cherthedev/status/1476588567166029824,
[179] Twitter, https://twitter.com/cherthedev/status/1476351662746857474,
[180] Twitter, https://twitter.com/DavidE_94/status/1477219143543889922,
[181] Twitter, **[deleted, see screenshot]**
[182] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[183] Twitter Direct Messages, see screenshots
[184] Unsolicited email via website webform on Feb 5 2022 (see PDF)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## ANTI-UNION & ANTI-LABOR THREATS & COERCION

- **16 Sept 20** From a compensation standpoint Stock options are WAY more worth it. If Ashley showed her equity awarded during her 6 years and any ESPP she participated. **I've worked union** and I've **purchased shares of apple at retail prices**. Its life changing. (Twitter) [185]
- **17 Sept 2021:** Encouraging employees to leak is also predatory. **An employee gets nothing out of leaking except potentially get fired.** (Shantini Vyas) [186]
- **22 Sept 2021**: Ashley seems to be so busy with work, social media and what-have-you that she's obviously not been reading any 'hard' news. Stuff about, say, Amazon employees attempting to organize. She may also have neglected to read her employment contract. Discussing pay and benefits on a work Slack channel is perilously close to an activity **called 'organizing a union'**. Companies get really nervous about this sort of thing, they like to **nip it in the bud, rooting out troublemakers and so on.** As a "right to work" state both employer and employee are free to terminate their relationship at any time without prejudice. Put simply, you can be fired at any time from a job, no notice needed. **Being a nice middle class professional A. will surely protest that she wasn't trying to organize anything as uncouth as a union on work time** (The Register) [187]
- **15 Oct 2021:** Worker's rights? **She's not a fucking coal miner.** She's a Silicon Valley employee who works in air conditioned rooms, earns upper six-figure salaries, has healthcare, benefits, perks, free or subsidized childcare, housing, nap rooms, etc. that 99.99% of other employees/workers can only dream of. **I will save my sympathy for someone else more deserving** Edit: downvoting an unpopular fact doesn't make it any less of a fact. (Reddit) [188]
- **23 Dec 20221**:From your comments it doesn't seem like you understand how it works at all. **Capitalism works the way capitalism works,** not the way you think it should work. People are paid according to the prevailing market rate, not according to what they or you think they deserve to be paid. (Reddit) [189]
- **23 Dec 20221**: The **people against this "strike"** are against it on principle and against ppl victimizing themselves for no reason. (Reddit) [190]
- **23 Dec 20221**: you have a fundamental misunderstanding how of the market works. **workers are paid according to prevailing market conditions** (i.e. the alternates). in that regard Apple is already a standard-setter for other retailers. worker's aren't paid, as you suggest, based on how well the company is doing or how much a profit the company is making. Apple isn't a profit-sharing company. downvote if you want, but its the truth. (Reddit) [191]
- **6 Jan 2022:** What a shame. And as a woman in tech myself (who originally followed your story on faith that the initial claims were real), **I find this drama embarrassing and counterproductive**. I am at least glad to see **that you are struggling to get engagement in your more recent posts**. [192]

[185] Twitter, https://twitter.com/Heffer/status/1438625852585963520
[186] Twitter, https://twitter.com/_shantini_/status/1438921833852571653,
[187] The Register, https://www.theregister.com/2021/09/03/apple_nlrb_hostile_environment/;
https://forums.theregister.com/forum/all/2021/09/03/apple_nlrb_hostile_environment/;
[188] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[189] Reddit, https://www.reddit.com/r/apple/comments/rnqlbd/updated_list_of_demands_for_applewalkout/;
[190] Reddit, https://www.reddit.com/r/apple/comments/rnqlbd/updated_list_of_demands_for_applewalkout/;
[191] Reddit, https://www.reddit.com/r/apple/comments/rnqlbd/updated_list_of_demands_for_applewalkout/;
[192] Twitter, https://twitter.com/jennybeane/status/1479731766394966016,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## DISCRIMINATION DUE TO SEX &/OR DISABILITY

- **4 Aug 2021:** They got a bed at the **luny bin** waiting on you  (Twitter)[193]
- **4 Aug 2021:** This woman is the problem. Look at her Twitter , she needs a **psychiatric evaluation** (AppleInsider)[194]
- **20 Aug 2021:** To me, it looks like the scrapbook of a **paranoid schizophrenic who meticulously collects "evidence" on their "gangstalking"**… Just look at this tweet where she talks about fighting Apple, Northrop Grumman (!) and the Irvine Company, and tell me with a straight face that she's not a **wacko. (**HackerNews) [195]
- **20 Aug 2021:** Wow... This person is literally **mentally sick** and needs help. It's actually quite sad. (Twitter)[196]
- **21 Aug 2021:** You are **paranoid** AF (Twitter) [197]
- **22 Aug 2021:** It seems like Ashley is a **sick individual with some serious mental issues**. She is incapable of working without causing issues. [198]
- **22 Aug 2021:** Giving her attention like Timnit is doing is **fueling her paranoid delusions**. (Twitter)[199]
- **23 Aug 2021:** the other chick [Gjovik] seems like an **absolute loon**, though. full on **conspiracy theories**. her twitter feed is hilarious. checks off that she's an official whistleblower rofl (Apple Insider)[200]
- **30 Aug 2021**: [Ashley's] your **typical feminist**. (Team Blind)
- **3 Sept 2021**: This woman **has serious mental issues** because she's mostly **lying** and trying to make Apple the bad guy (in her case). (Twitter) [201]
- **9 Sept 2021**: You ought **bring breakfast everyday in bed to Ashley, otherwise she beats you** hardly and also put a grudge on you for a week or so if her cappuccino had not enough foam on top. Duck life. (9to5Mac.com) [202]
- **9 Sept 2021** Sounds more like she has **mental illness** (Reddit) [203]
- **9 Sept 2021:** Sounds like she has **anxiety**. (Reddit) [204]
- **9 Sept 2021:** "Add to that her article about how toxic waste in her apartment is adversely affecting her health, and I'm wondering if there are **mental health issues** at play here. (9to5Mac.com) [205]

---

[193] Twitter, https://twitter.com/dake_smith/status/1423255342226493440,
[194] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[195] HackerNews, https://news.ycombinator.com/item?id=28241917, https://news.ycombinator.com/item?id=28241753;
[196] Twitter, https://twitter.com/JohnTarion/status/1428574906107797504,
[197] Twitter, https://web.archive.org/web/20210822125916/https://twitter.com/mel_nayer/status/1429206330485575682
[198] Twitter, https://twitter.com/JohnTarion/status/1428689530350080006,
[199] Twitter, https://twitter.com/JohnTarion/status/1428689530350080006,
[200] Apple Insider, https://forums.appleinsider.com/discussion/223646, ;
[201] Twitter, https://twitter.com/Antrunt/status/1436315767813910529
[202] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/;
[203] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[204] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[205] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Sept 2021:** She exhibits all the tell tail signs of **bi polar manic depression** and appears to be in **full blown mania**. It's tragic really. The real enemy in this scenario is the news media, who would take advantage of anyone for the engagement. (Reddit) [206]
- **9 Sept 2021:** Based on her writings and twitter feed, I would not be surprised in the least to learn she has **some kind of psychosis**. (Reddit) [207]
- **9 Sept 2021** @ashleygjovik I can see all **negativity and bad vibes in this woman face**. People's thoughts are changing their looks. The hate and negative thoughts attracting all her issues more and more. She is probably v**egan and protester and voted current president** 😂😂😂😂 (Twitter) [208]
- **9 Sept 2021:** I like to call it **passive stimulant psychosis**. She's probably on a low dose adderall or vyvanse and it's slowly turning her crazy. (Reddit) [209]
- **9 Sept 2021:** I don't feel bad for her and society and media gives far too much exposure to the mentally ill today, even enabling them and supporting them, as they partake **in their fraudulent, slanderous and lying crusades.** This **crazy lady** is not the only **mentally ill person infecting media today.** (Reddit) [210]
- **9 Sept 2021:** I also believe that society has generated a group of losers, who were taught to believe in victimhood ideology and as the **psycho lady** in the OP found out, things **generally wont end well for any of them. Thankfully**. (Reddit) [211]
- **9 Sept 2021:** maybe she has a **personality disorder or some mental health issue**. (Reddit) [212]
- **10 Sept 2021:** #ashleygjovik was such a tool.used by others to make a point, and by her own narcissistic ego **to be flagellated by her inner child**. It's a very sad way to live. (Twitter) [213]
- **10 Sept 2021: She has mental issues.** (Apple Insider)
- **10 Sept 2021: Glad they fired her** and any other know it all activist employee should be terminated too. She had so many complaints and not just about her job but having **PTSD** and many other complaints outside of work that I would classify her as **having Borderline Personality disorder**. Don't let the door hit you on your way out!! (Apple Insider)
- **10 Sept 2021:** Not a knock, but **she is obviously a little high on the body mass index**. Should get her blood pressure checked. (Apple Insider)
- **11 Sept 2021**: Is **she mentally unwell**? Clearly. From the **bananas OpEd she wrote**, to her **borderline paranoid schizophrenic website,** to the very **bizarre and suspect things she's posted** to her Twitter, this is **not a woman of sound character and mind.** (Reddit)
- **11 Sept 2021**: She's a **fucking nutcase** lmao (Reddit)
- **11 Sept 2021**: She seems **unhinged** from everything I've read. A person that is **unhappy** and cannot let go until it's her way. (Reddit)
- **11 Sept 2021**:: Nope. Take one look at this persons Twitter and her allegations, she's **clearly mentally unwell.** (Reddit)

---

[206] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[207] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[208] Twitter, https://twitter.com/DanielSavills/status/1436197119589855233;
[209] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[210] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[211] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[212] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[213] Twitter, https://twitter.com/beezie_wacks/status/1436339255714848779,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: Because this specific employee comes across as **mentally unwell** (Reddit)
- **11 Sept 2021**: This woman comes across as **unhinged** (Reddit)
- **11 Sept 2021**: Naeh, **chubby side +baby teeth lol** (Reddit)
- **11 Sept 2021**: this chick is a **hypochondriac** … she's **borderline insane**… … Anyways like I said chick is **nuts AF** (Reddit)
- **11 Sept 2021**: This lady is a **nut case**. Her grievances vs the apartment complex was **such bull shit.** (Reddit)
- **11 Sept 2021:** This lady is absolutely **bonkers.** (Reddit)
- **12 Sept 2021:** you are **paranoid**, please seek help. (Twitter)[214]
- **12 Sept 2021:** I've seen enough, you appear **hysterical and paranoid**. (Twitter)
- **12 Sept 2021: Cunt.** (email)
- **11 Sept 2021**: She shows traits to me of someone with **Borderline Personality Disorder**. And just like Johnny Depps ex malignant narcissist **BPD** wife shows the exact same victimization toolbox. People should report abuse but her behavior is someone indicative of **BPD**. [215]
- **26 Sept 2021:** I'm concerned for her, but she made a lot of money and **has no dependents**. She's almost done with her law degree. She will be fine. (Cher Scarlett) [216]
- **9 Oct 2021:** you can quickly see she's a **nutcase who wants issues** and a blind detached twitter army backing her to validate her despite none of these people actually having any real context to what's going on. (HackerNews) [217]
- **9 Oct 2021:** A huge thing if true, and not worth it. However it is exactly **the kind of thing a person who in paranoid would believe.** What is more likely, a big company is breaking into employees home and impersonating the police, or **Apple has employed somebody with an undiscovered mental illness?** (HackerNews) [218]
- **9 Oct 2021:** She comes across (even while giving her side of the story) as **unhinged** and **awful to work with**. I have to wonder if maybe this is an **ongoing mental health crisis** or something. (HackerNews) [219]
- **9 Oct 2021:** It looks a lot like this is a **mental health issue** rather than actual wrongdoings at Apple. (HackerNews) [220]
- **14 Oct 2021:** This woman's tweets show she is both **unhinged and a narcissist**. I don't buy her story. What I do buy is that she is probably difficult to get along with and doing what many culturally brainwashed individuals do these days and play the victim card, hoping for attention and a payout. (Gizmodo) [221]
- **14 Oct 2021:** You're telling me that this website she created, essentially recreating her Twitter account filled with screenshots of internal communications, does not come across as **unhinged**? (Gizmodo) [222]

[214] Twitter, https://twitter.com/AllonsyAlonso85/status/1437319925274710023
[215] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[216] Team Blind, See PDF
[217] HackerNews, https://news.ycombinator.com/item?id=28813010,
[218] HackerNews, https://news.ycombinator.com/item?id=28813010,
[219] HackerNews, https://news.ycombinator.com/item?id=28813010,
[220] HackerNews; https://news.ycombinator.com/item?id=28811746 ;
[221] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions
[222] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **21 Nov 2021:** This lady is suffering from **paranoid delusions and mental issues**. (Reddit) [223]
- **3 Dec 2021:** "IP leaks are something you get fired for… **so you basically did it on purpose to get attention**." (Nebojsa Bjegovic) [224]
- **13 Dec 2021:** "Lions don't concern themselves with the opinions of sheep." I used to think this quote was egotistical, but now, I get it. I see people misunderstand what they read, and believe **full-out fabricated nonsense that borders conspiracy, day-in and day-out.** There's no reaching them. (Cher Scarlett) [225]
- **13 Dec 2021:** It definitely sounds like **paranoid schizophrenia**. Have some compassion though. It is literally the worst disease anyone can possibly have. (MacRumors) [226]
- **13 Dec 2021:** I've been following her drama on twitter since she initially **requested to be placed on leave. This woman is deranged. She belongs in an institution**. (MacRumors) [227]
- **13 Dec 2021:** She's gone good riddance to the kook now she's looking to cash in if anything Applies Should find her a good place to get the **proper medical treatment.** (MacRumors) [228]
- **13 Dec 2021:** It sounds like you believe the **deranged woman** who seems to have a pattern of **crazy complaints** and not just regarding apple. Ask her apartment complex where she claims fumes make her sick even when her own tests found nothing. (MacRumors) [229]
- **20 Dec 2021:** She seems like someone who **suffers from paranoia**.
- **20 Dec 2021::** I've followed Ashley pretty closely and she strikes me as either **being completely paranoid** or having minimal experiences to justify what she claims
- **29 Dec 2021:** Most people like me don't relate to those who take their **emotional support animals** jet setting while funding their law school degree while at the same time asking for $100,000 in profitable donations, while turning down a $600,000 settlement. (Amanda Harrison) [230]
- **1 Jan 2022**: **As she [Gjovik] is a woman, and one who seems particularly subject to harassment, it would be nice to clarify how much higher education she's accomplished** (Cher Scarlett via Gjovik's Wikipedia page)[231]

---

[223] Reddit, https://www.reddit.com/r/bayarea/comments/qz6nkq/apple_employees_office_was_on_gross_epa_superfund/; https://web.archive.org/web/20220129093303/https://www.reddit.com/r/bayarea/comments/qz6nkq/apple_employees_office_was_on_gross_epa_superfund/

[224] LinkedIn

[225] Twitter, https://twitter.com/cherthedev/status/1470572468662267904,

[226] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;

[227] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;

[228] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;

[229] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;

[230] LinkedIn, https://www.linkedin.com/in/amanda-harrison-22aa9727

[231] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184 ,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

# EVIDENCE OF PROPAGANDA BY TYPE

Apple's Head of Global Security & Crisis Management, Thomas Moyer, spent four years as an U.S. Navy Intelligence Specialist from 1988 to 1992, including the Cold War & Operation Desert Strom.[232] The U.S. Navy describes the role of "Intelligence Specialist" as collecting intel on everything from data on foreign cultures to enemy movements to current weather forecasts; then, using it to create cohesive intelligence briefings for high-ranking Navy officials. [233]

Moyer then obtained a Bachelor degree in "Rhetoric," followed by a Juris Doctorate. Berkley describes their Rhetoric program as "*Through its emphasis on the history and theory of rhetoric, the department provides an understanding of the format of contemporary theories of argument and interpretation as well as an opportunity, within this framework, to explore the role of persuasion in pragmatic and aesthetic contexts.*"[234]

## THE BIG LIE (*GROΒE LÜGE*) + AD NAUSEAM & RATIONALIZATION

*The Big Lie: a gross distortion or misrepresentation of the truth. The repeated articulation of a complex of events that justify subsequent action. The descriptions of these events have elements of truth, and the "big lie" generalizations merge and eventually supplant the public's accurate perception of the underlying events. The German expression was coined by Adolf Hitler, when he dictated his 1925 book Mein Kampf, to describe the use of a lie so colossal that no one would believe that someone "could have the impudence to distort the truth so infamously.*

*Ad nauseam uses tireless repetition of an idea. An idea, especially a simple slogan, that is repeated enough times, may begin to be taken as the truth. Rationalization: Individuals or groups may use favorable generalities to rationalize questionable acts or beliefs. Vague and pleasant phrases are often used to justify such actions or beliefs.*

- **4 Aug 2021:** So an alleged victim claims sexism, creates a Twitter storm about it, sets terms for the company to follow, including **"put me on leave" and they put her on leave**... How is this remotely newsworthy? (Twitter)[235]
- **4 Aug 2021:** *"I added that if there was no other option they could give **me paid administrative leave.**"*… and this is **where I started to get suspicious**. (AppleInsider)[236]
- **1 Sept 2021:** A certain employee has made **it their mission to bring down Apple** through whatever means necessary. Including straight **LIES**. [237] This is about a person whose name starts with "A." (Shantini Vyas) [238]

---

[232] Zoom Info, https://www.zoominfo.com/p/Thomas-Moyer/609061930
[233] U.S Navy, Careers, Intelligence Specialist, https://www.navy.com/careers/navy-intelligence-specialist
[234] UC Berkley, Rhetoric, https://rhetoric.berkeley.edu/undergraduate-program/
[235] Twitter, https://twitter.com/shad0wfax_/status/1423146035833040898,
[236] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[237] Twitter, https://twitter.com/_shantini_/status/1433270352919072771,
[238] Twitter, https://twitter.com/_shantini_/status/1433270361060225024 ,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **1 Sept 2021:** However, [Gjovik] **lied about actions Apple has taken**. They have **misled** people by leaving out key details. They find new angles to make all of the Apple out to be the Big Bad Guy. The **goalposts move hourly**. (Shantini Vyas) [239]
- **1 Sept 2021:** Finally, if anyone was looking for receipts, this is what set me off tonight. **Such a big deal was made over this**. [Screenshot of email of Apple ER claiming Gjovik asked to be **put on leave**]. (Shantini Vyas ) [240]
- **3 Sept 2021**: The real gem here is that **she was complaining that when she goes on the leave SHE wanted** she didn't have access to internal **systems** that ANYONE on leave would be barred from for security reasons at ANY normal company with a decent IT department. Also, The Verge is starting to seem more like that old Babe magazine that did that scummy story about Aziz Ansari that blew up in their face. They seem desperate to find something on this crusade even to the point of just making things up. (9to5Mac.com)[241]
- **3 Sept 2021**: **Doubts have been expressed** about some of Gjøvik's claims, including evidence that **appears to disprove one of them** ... While she didn't specifically state then that this was imposed by the company against her will, this was the very clear implication of her phrasing: that Apple was penalizing a whistle-blower rather than the offender. A former Apple employee revealed that it was in fact **Gjøvik herself who had *requested* to be placed on paid leave.** Apple simply agreed to her request. In those screengrabs, we can see that Gjøvik claims she was 'forced' onto administrative leave. (9to5Mac.com) [242]
- **9 Sept 2021:** Those images are not related to the firing; they just show that **she was not *forced* to take paid leave but *requested* it herself and could have returned to work whenever she wanted.** She refused to respond to a timely sensitive matter where they requested her response within an hour. **She responded by involving the National Labor and Review Board.** So Apple said since she wasn't willing to meet with them they'd go off the information they had already and pulled her credentials. Then they fired her. (Reddit) [243]
- **9 Sept 2021**: **This might be the truth [Zoe is] choosing to ignore -** but okay. You are a journalist. Not like you have a job to present arguments from both sides and not push an agenda (Shantini Vyas**:** Okay at the risk of *gestures wildly at Twitter*…) (Twitter) [244]
- **9 Sept 2021:** "*A former coworker shared emails casting doubt on the claim that Apple had previously put Gjøvik on administrative leave, and that it **was in fact Gjøvik who requested to be placed on leave.***" Being caught **red handed in a lie** was enough for me to dismiss Gjøvik, but you are free to support her. (9to5Mac.com) [245]
- **9 Sept 2021** So **she requested to be on a paid leave and refused to come back**, yet publicly made it sound like she had been forced on leave? This person sounds super toxic (Reddit) [246]

---

[239] Twitter, https://twitter.com/_shantini_/status/1433270364440825869 ,
[240] Twitter, https://twitter.com/_shantini_/status/1433297575914971136,
[241] 9to5Mac, https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/;
https://web.archive.org/web/20220128062753/https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/
[242] 9to5Mac.com: https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/;
[243] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[244] Twitter, https://twitter.com/siddhantdas33/status/1436441696745652228
[245] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/;
[246] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Sept 2021:** The **riposte**: https://mobile.twitter.com/shantini/status/1433270352919072771?s=20 (Reddit)[247]
- **9 Sept 2021:** Those images are not related to the firing; they just show that **she was not *forced* to take paid leave but *requested* it herself and could have returned to work whenever she wanted**. (Reddit) [248]
- **9 Sept 2021::** She wasn't even fired, it seems, from some twitter person, but **requested leave** https://twitter.com/_shantini_/status/1433297575914971136/photo/2 (Reddit)[249]
- **10 Sept 2021:** @_shantini_ **Shantini** You're brilliant. About A: **The company gave her paid leave,** she wasn't satisfied. She wanted an investigation, she wasn't satisfied. Seemed like she wanted to control her employer. #narcissist #toxic (Twitter) [250]
- **10 Sept 2021:** Just because she made a complaint, doesn't mean she is 100% accurate with her story. If you were following her story, and **how it lead up to the point where she filed a complaint with labor board, you will see some of her complaints makes no sense**. An example, when she spoke about sexism in work place, Apple offered her therapy and medical leave. **But she insisted to go on paid leave**. If you understand what paid leave meant, means you are getting paid for being away from the company without hurting your the allocated holiday/medical leave that every employee receives on a yearly basis. (Engadget) [251]
- **10 Sept 2021:** She **asked for paid leave and claimed it was forced on her**. She asked for an exit package spanning 18 months covering her entire salary, RSU value, and benefits to leave. (HackerNews.com)[252]
- **11 Sept 2021**: *"Despite her objections, Gjovik was placed on administrative leave on Aug. 4"* Except, she even posted the email from Apple showing **she requested to be put on leave.** (Reddit)
- **11 Sept 2021**: She claimed that Apple forced her into paid leave during her investigation. There is an email between her and Apple where it's clearly documented that **it was HER that wanted the leave of absence during her investigation.** She was caught **lying** so even if there's a slight chance that half of what she says is true, she turned the tables on herself, why would you believe anything that she says anymore? (Reddit)
- **11 Sept 2021**:  When discussing this case, you should take a look at the member of staff that leaked "receipts" **on this woman proving that her rants were more a petty Vendetta against Apple**. She **constantly lied and twisted issues to go in her favour, while also leaving out key information**. This makes it harder for people with genuine issues to be believed. For instance she **said she was forced in to taking leave when it was all kicking off, yet transcript shows she requested to be put on leave.** (Reddit)
- **11 Sept 2021**:  Because there was a screenshot of **her asking for annual leave** while they investigated the issue. The person that leaked this info doesn't work for Apple anymore and has no reason to remain biased. She was also a woman, **calling out this woman's issues and lies.** (Reddit)

---

[247] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[248] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[249] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[250] Twitter, https://twitter.com/beezie_wacks/status/1436474146540589061,
[251] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
[252] HackerNews, https://news.ycombinator.com/item?id=28477392;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: "Approval to sue" here is a procedural step. It means she took her concerns to the EEOC (Equal Employment Opportunity Commission), and **they decided not to look into/pursue them further and instead to allow her to pursue them in court.** (Reddit) **[253]**
- **12 Sept 2021: Didn't your request to be put on paid leave**? (Twitter) [254]
- **24 Sept 2021: Maybe it's time to open your eyes and ears.** Looking at your profile, you seem like a such big fan of hers. If you haven't yet, I suggest you read this thread.[255] **Retweet: Shantini Vyas**: Okay at the risk of *gestures wildly at Twitter* ….(Twitter)
- **26 Sept 2021**: She leaked IP so the retaliatory discharge will be a tough one to prove. She is also is now **saying she was suspended and that's not true**. (Cher Scarlett) **[256]**
- **26 Sept 2021: She asked for the leave**, she just felt she had no choice after they did not want to give a paid exit she asked for. (Cher Scarlett) **[257]**
- **26 Sept 2021**: **She refused and suggested Paid Admin Leave instead,** which they agreed to give her during the investigation, so her earned paid leave and sick time would be protected. . (Cher Scarlett) **[258]**
- **9 Oct 2021:** It's so hard to take her seriously. **She's now saying she was suspended, which isn't true**. She is on the record and quoted as saying **she requested paid admin leave** when they wouldn't give her a paid exit and offered medical leave instead. If she would lie about these things, how are we to believe anything else she says? (HackerNews) [259]
- **12 Oct 2021**: Judicial notice is a rule in the law of evidence that allows a fact to be introduced into evidence if the truth of that fact is so notorious or well known, or so authoritatively attested, that **it cannot reasonably be doubted** (Cher Scarlett)[260]
- **14 Oct 2021:** This article seems to have forgotten the part where **Ashley lied about being put on leave.** Based on the emails that came out, **she requested to be put on leave** as opposed to her insinuation Apple forced a leave on her. (Gizmodo) [261]
- **14 Oct 2021:** It's almost as if the public fight was the true goal vs attempting to actually solve anything. Posting screenshots of emails from ER**, misrepresenting how you went on leave**. It's all for clout vs real change. (Gizmodo) [262]
- **20 Oct 2021:** Ashley posted a screenshot of this email from July 27, 2021, **to prove that she did not request paid leave**. In it, it shows **she asks for a paid exit through the remainder of her law education,** at which time she planned to leave Apple (Dec 31, 2022), or alternatively, to be placed in a temporary role within the company, without having to actually apply for the role…. She declined Medical Leave and **asked instead for Paid Administrative Leave** and they accommodated that request.

---

[253] Reddit, https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/; https://www.reddit.com/r/technology/comments/pmhkne/fired_apple_employee_who_aired_workplace_concerns/;
[254] Twitter, https://twitter.com/AllonsyAlonso85/status/1437301923309408261
[255] Twitter, https://twitter.com/Antrunt/status/1441502291102769154;
[256] Team Blind, See PDF
[257] Team Blind, See PDF
[258] Team Blind, See PDF
[259] HackerNews, https://news.ycombinator.com/item?id=28813010,
[260] Twitter, https://twitter.com/cherthedev/status/1448056466254929926 ,
[261] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions
[262] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**After she went on leave, and immediately claimed it was forced on her**, she tweeted the correspondence from HR expressing that if she did not want to be on leave, **she was free to return at any time**. (HackerNews) [263]

**20 Oct 2021:** I feel sorry for her, given the harassment she may have endured over the prior 6 years, but I don't **understand why she felt the need to lie about what has happened in the past few months,** as it completely destroys her credibility, and likely puts her in a situation where (HackerNews) [264]

**29 Dec 2021:** Please check for comment from Apple on Ashley refusing to sign an NDA and turning down a $600,000 settlement. She told me that 1) no lawyer would take her case unless she got fired and 2) they said no to her getting a paid exit and **that is WHY she asked for paid administrative leave.** (Cher Scarlett)

- **5 Jan 2022:** "I found the terminology **"indefinite paid administrative leave" misleading** based on all of the materials I read, including an email from an Apple HR representative you uploaded to your website **which states that it was not indefinite**." (Cher Scarlett via Gjovik's Wikipedia Page) **[265]**

- **5 Feb 2022**: **While I initially said you lied about being "suspended"**, though not publicly and to less than FIVE people, I never called you a liar. Those tweets were NOT about you. I was extremely bothered by the fact that you told me you discovered it was an adverse action, and started saying you were suspended, instead of that you felt forced into requesting the leave. (Cher Scarlett) [266]

---

[263] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
https://web.archive.org/web/20220129213718/https://news.ycombinator.com/item?id=28830236
[264] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
https://web.archive.org/web/20220129213718/https://news.ycombinator.com/item?id=28830236
[265] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[266] Unsolicited email via website webform on Feb 5 2022 (see PDF)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## DIVIDE & RULE; BLACK/WHITE FALLACY; FACTIONS

*Divide and rule in politics and sociology is gaining and maintaining power by breaking up larger concentrations of power into pieces that individually have less power than the one implementing the strategy. Black-and-white fallacy: Presenting only two choices, with the product or idea being propagated as the better choice. (e.g., "You're either with us, or against us....")*

- **21 Aug 2021:** Evidently [Ashley Gjovik] may have been **over exaggerating** and our team caught some red flags. We don't take sides unless it's legit. So if your legit today **and a con** tomorrow. We back you today and not tomorrow. (Twitter) [267]
- **30 Aug 2021:** Ashley wrote this l-o-n-g article last March. This will **make you feel very sorry for the Irvine Co, City of Santa Clara, Apple, and especially her future spouse.,** et al, et al.[268]
- **1 Sept 2021:** [Gjovik] has **taken the spotlight** for themselves and deliberately undermined others' concerted efforts to improve and challenge the company. (Shantini Vyas)
- **1 Sept 2021:** Women fight so hard to be believed by our fucked up, sexist society that it's horrifying to **see [Gjovik] hand those bastards a pile of ammunition**. (Kev Kitchens)[269]
- **2 Sept 2021:** the only people benefiting from this is Apple. They can use this as precent to deny future reports and claims of harassment. (Shantini Vyas) [270]
- **2 Sept 2021**: Keep up the good fight Cher. But **why has Ashley disassociated herself from your forum.** She is going through a lot RIGHT NOW and you two need to act in concert (Twitter) [271]
- **3 Sept 2021**: She makes almost $400,000 a year, has Apple-provided health insurance, is being paid to not work at her own request, and trying to get Apple to pay her salary and provide her benefits through the finishing her law degree in December of next year without actually working. **But sure, use the hourly employees** who are actually treated like dog shit and get paid poverty wages to try to get nearly a half million dollars for doing jack shit for the company other than **make publicly misleading and maybe even outright false statements.** (AppleInsider) [272]
- **11 Sept 2021**: This woman is just trying not to look stupid, but failing and **making it harder for those facing real discrimination**. (Reddit)
- **12 Sept 2021:** Your aggressive and paranoid attitude is **doing disservice to the cause**, yes. (Twitter) [273]
- **12 Sept 2021**: oh Because of people like her, **people with legit complaints will be ignored and dismissed.** But she doesn't care, she just wants to make a quick buck. (Twitter) [274]
- **13 Sept 2021:** She's **put the entire movement at risk** with some of the decisions she's made, and hurt her own case. (Cher Scarlett)

---

[267] Twitter, https://twitter.com/VicGardenhire77/status/1429639745018097671
[268] Twitter, https://twitter.com/porter_jared/status/1432459363956891652,
[269] Tweet deleted after I announced NLRB charge & named Kitchens (see screenshot for reference instead)
[270] Twitter, https://twitter.com/_shantini_/status/1433419902803759106,
[271] Twitter, https://twitter.com/porter_jared/status/1433630747168968726,
[272] Apple Insider, https://forums.appleinsider.com/discussion/223785, ,
[273] Twitter, https://twitter.com/AllonsyAlonso85/status/1437320220452982784
[274] Twitter, https://twitter.com/AllonsyAlonso85/status/1437330463169916933

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Oct 2021:** The more I think about this the madder I get, **because it discredits to me those who are actually getting abused and their ability to tell a story and be believed.** (HackerNews) [275]
- **12 Jan 2022: fck those btches**, special place in hell for women who don't help other women (Twitter)[276]

---

[275] HackerNews, https://news.ycombinator.com/item?id=28813010,
[276] Twitter, https://twitter.com/gbluvsf/status/1481706819303010305,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## VIRTUE WORDS; APPEAL TO PREJUDICE; TRANSFER; MORAL PANIC; FEAR-MONGERING

- **4 Aug 2021:** Who hired **Karen**? The compliment on her speech is sexist? Give me a break. The complaint about paid leave is icing on the cake. Also, more excuses to stay at home? She is the definition of first-world problems. **The type of female that will complain about sexist air conditioning** and ignore the cries of children in sweat shops (AppleInsider)**[277]**
- **4 Aug 2021:** Looking at her LinkedIn, what needs investigation is why an **unqualified white woman got so many promotions** in 6 years at Apple while other minorities probably didn't (AppleInsider)**[278]**
- **22 Aug 2021:** @ashleygjovik showing her true #Karen self. Do your research. I regret that I did not. Ashley is no ally to women of color and she's toxic herself. #ashleygjøvik #Apple[279]
- **23 Aug 2021:** Dear @tim_cook #Apple, how long are you going to allow @ashleygjovik to **compromise the security of your employees**. Leaking pictures of Apple offices with booze/live ammunition + location?! This is out of control. #ashleygjovik #ashleygjøvik **#whiteprivilege** (Twitter) [280]
- **26 Aug 2021** [Cher & Ashley] continuously **leak inaccurate content** to external news. **Created a mockery of the MeToo movement**. (Team Blind) [281]
- **1 Sept 2021:** Through their actions [Gjovik] contributes to an insidious narrative: that **women make things up and are trying to get attention**. This is so damaging to other women. To those afraid to speak up. (Shantini Vyas) [282]
- **1 Sept 2021:** This person has a lot of support. They've gained **it by taking advantage of the anger and frustration of other people. It's predatory.** (Shantini Vyas) [283]
- **1 Sept 2021:** I wish this was a new thing. But people have been doing this for a long time. **Appropriating systems created to help marginalized people for personal g**ain. **Exploiting the trust of others**. Think: **Shaun King** (Shantini Vyas) [284]
- **1 Sept 2021:** I have left race out of this, but there is a reoccurring theme here of **white tears being used to co-opt the struggle of minorities**. This is just like twisting the dagger. (Shantini Vyas) [285]
- **1 Sept 2021:** But _the truth_ is critically important. We need to recognize when someone is **manipulating the empathy and good will of others to fuel a personal vendetta and warpath.** (Ricky Mondello) [286]
- **3 Sept 2021:** Terrible choice by the BI editor to use that pic. Smiling, bright, no use of shadows, conveys more "**privileged" and "corporate"** than victim or a troublemaking maverick. (Twitter) [287]
- **10 Sept 2021:** Nice!!! Good riddance! She was clearly just looking for **cheap publicity** (Engadget) **[288]**

---

[277] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[278] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[279] Twitter, https://web.archive.org/web/20210822231555/https://twitter.com/mel_nayer/status/1429530932604641284
[280] Twitter, https://web.archive.org/web/20210823015126/https://twitter.com/mel_nayer
[281] Team Blind, see screenshots
[282] Twitter, https://twitter.com/_shantini_/status/1433270370358943745,
[283] Twitter, https://twitter.com/_shantini_/status/1433270373500477442,
[284] Twitter, https://twitter.com/_shantini_/status/1433270374809145345,
[285] Twitter, https://twitter.com/_shantini_/status/1433272794498969600,
[286] Twitter, Ricky Mondello, https://twitter.com/rmondello/status/1433287029089988610,
[287] Twitter, https://twitter.com/Heffer/status/1439602027630268418;
[288] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **10 Sept 2021:** Has it occurred to you that **Ashley Gløvik is full of sh\*t?** (Engadget) [289]
- **14 Sept 2021:** It's very **narcissistic**. She's the type of **Karen** to tell how to spend your money and how to **virtue signal**. (Twitter)[290]
- **15 Sept 2021:** I can't help but think that the only reason this is getting the proper attention is due to the fact that the complaint was filed **by a white woman.** While at Apple there were multiple complaints filed in succession of People of Color and they were all ignored by EEOC and Apple. They didn't even offer us mental health time. They simply ignored us because we did not have the **complexion for the protection**. (LinkedIn)
- **16 Oct 2021:** Question the **ethics** of others only when you, yourself, have acted with **integrity**. (Cher Scarlett)[291]
- **16 Oct 2021: Lying** while claiming others are **unethical** is something. (Cher Scarlett) [292]
- **16 Oct 2021:** I'm talking about **lying actively** while claiming others are being **unethical** for **not engaging with the lies.** (Cher Scarlett) [293]
- **25 Oct 2021:** This is important and nuanced. Whistleblowers are human. Everyone has their own agenda, and if you do not temper your expectations and question motives and information **— you can easily get caught up in supporting something completely bogus or worse… something harmful.** (Cher Scarlett) [294]
- **29 Oct 2021** I honestly feel sorry for the people **who fall for the grifts.** (Cher Scarlett) [295]
- **10 Dec 2021: Toxic white feminism** always ignores the damage the lack of introspection into intersectionality to center their own feelings of being wronged. The impact is the further oppression and erasure of BIPOC for the sake of "feminine solidarity," **which only upholds systemic racism**. (Cher Scarlett) **[296]**
- **11 Dec 2021:** Honestly seeing the **white women from 4 separate instances of racist comments** and willfully **ignoring racial blind spots in the name of white feminism** come together is reliving. Makes it clear I made the right choice in **exercising the boundary of ejecting them from amplification.** (Cher Scarlett) [297]
- **13 Dec 2021:** The work speaks for itself. If someone wants to question your integrity, or whether or not you're authentic and genuine they should talk to you about it, and if they don't, **the truth is that they wanted any sliver of a reason to tear you down, regardless of the truth.** (Cher Scarlett)[298]
- **20 Dec 2021:** Both want to make a name for themselves and take credit for spearheading a jihad. **They will both ultimately fail as much as Hillary Clinton did in her presidential bid.** Just watch. 🍿 (Twitter) [299]

---

[289] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
[290] Twitter, https://twitter.com/Heffer/status/1437750813514813448,
[291] Twitter, https://twitter.com/cherthedev/status/1449373213549420546,
[292] Twitter, https://twitter.com/cherthedev/status/1449425934679896064 ,
[293] Twitter, https://twitter.com/cherthedev/status/1449435654408994816 ,
[294] Twitter, https://twitter.com/cherthedev/status/1452677378925219845 ,
[295] Twitter, https://twitter.com/cherthedev/status/1454319910427918344,
[296] Twitter, https://twitter.com/cherthedev/status/1469363497121185794,
[297] Twitter, https://twitter.com/cherthedev/status/1469706762831814657,
[298] Twitter, https://twitter.com/cherthedev/status/1470572103912996865,
[299] Twitter, https://twitter.com/StopItCOVID/status/1476831719231684609 ,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **29 Dec 2021:** **White feminism is toxic to its core**, and there is no path forward in embracing it. Talking about intersectionality, **including racial blindspots and racist actions/behaviors**, is imperative to dismantling white supremacy AND the patriarchy. (Cher Scarlett) [300]
- **29 Dec 2021:** One of the hardest things about moving these conversations to 1:1 is the ways that **white feminism will create a fake narrative and play victim to avoid acknowledging their behavior and learning and growing from it.** Instead, everyone else becomes an abuser, and they slanderers. (Cher Scarlett) [301]
- **29 Dec 2021:** **Ashley has female white privilege**. (Amanda Harrison) [302]
- **10 Jan 2022:** People who want to be the hero in other peoples' story will **find a villain**, and **decry all reason and rationality**, to make it fit until they themselves become one. (Cher Scarlett)[303]
- **10 Jan 2022**: **Real activists** focus on the cause. (Twitter)
- **8 Jan 2022:** that ashley person is **stoking her followers** into making fun of someone's overdose. seems totally legit and **like she's a real activist** [304]
- **12 Jan 2022:**  Imagine thinking it's illegal not to like someone? **Ashley Gjovik will become the Sidney Powell of human rights law** 🤡 (Twitter) [305]
- **30 Jan 2022:** It's sometimes tough but important to remember that people will view your shitposting differently if you're **not a white man.** (Shantini Vyas)[306]

---

[300] Twitter, https://twitter.com/cherthedev/status/1476361222551261185,
[301] Twitter, https://twitter.com/cherthedev/status/1476361499849342976 ,
[302] LinkedIn, https://www.linkedin.com/in/amanda-harrison-22aa9727
[303] Twitter, https://twitter.com/cherthedev/status/1480562122648027138,
[304] Twitter, https://twitter.com/_shantini_/status/1479974987540881410;
[305] Twitter, https://twitter.com/FirstNa47437596/status/1481438095732097031,
[306] Twitter, https://twitter.com/_shantini_/status/1487877110379204612,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## CULT OF PERSONALITY; DEMAGOGUE; APPEAL TO AUTHORITY

*A cult of personality arises when an individual uses mass media to create an idealized and heroic public image, often through unquestioning flattery and praise. The hero personality then advocates the positions that the propagandist desires to promote. Appeals to authority cite prominent figures to support a position, idea, argument, or course of action. Demagogue's arouse the common people against elites, especially through oratory that whips up the passions of crowds, appealing to emotion by scapegoating out-groups, exaggerating dangers to stoke fears, lying for emotional effect, or other rhetoric that tends to drown out reasoned deliberation and encourage fanatical popularity.*

- **21 Aug 2021:** Truth is @ashleygjovik is **playing both sides** and @timnitGebru was trying to help her by reposting at first, in exchange her true colors came out! (Twitter)[307]
- **14 Oct 2021:** Look at the **Facebook whistleblower.** She saw something awful, quit, and exposed it. She didn't stay and have a tit-for-tat with Facebook. **That is why I question Ashley's motivation**. It also adds more validity to why I am leaving. I would have known staying there would accomplish nothing other than making my life miserable. (Gizmodo) [308]
- **14 Oct 2021: Where are the vocal support from her colleagues** similar to **the Netflix folks supporting their colleague?** (Gizmodo) [309]
- **16 Oct 2021:** Watch who **centers themselves and acts out.** Saying there is solidarity and acting in solidarity are two very different things. One is **performative**, the other moves the needle. Listen to women **like Timnit Gerbru, Ifeoma Ozoma, Sophie Zhang, Janneke Parrish** who are leading us. (Cher Scarlett) [310]
- **20 Oct 2021:** I stand strongly with **Frances Haugen, Ifeoma Ozoma, Timnit Gebru, Cher Scarlett**, and other whistleblowers against the evil corporate tech giants. Whatever may have actually happened to Ashley is **destroyed entirely by her lies**. (HackerNews) **[311]**
- **20 Dec 2021:** I'm never going to apologize for holding people and systems accountable. I'm never going to apologize for telling the truth. I reflect on how I do, and adjust accordingly based on that impact so that I reduce my own harmful footprint. **If you want to twist it, it's on you**. (Cher Scarlett) [312]
- **20 Dec 2021:** I'm not working against her, and I've never lied about her, either. **I'm just not going to use my platform to destroy anyone to prove myself**. (Cher Scarlett) [313]
- **29 Dec 2021:** I have instead turned back to private conversations to call people in. If they can't be reached there, with diplomacy and reason, **I unhook from them and stop amplifying the harmful or**

---

[307] Twitter, https://twitter.com/VicGardenhire77/status/1429919895089647627
[308] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions
[309] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions
[310] Twitter, https://twitter.com/cherthedev/status/1449481965862748163,
[311] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
[312] Twitter, https://twitter.com/cherthedev/status/1476617028039446534 , https://web.archive.org/web/20220130012603/https://twitter.com/cherthedev/status/1476617028039446534
[313] Twitter, https://twitter.com/cherthedev/status/1476680996388892689,

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**misleading rhetoric/actions they are engaging in. Telling 50,000 about it won't turn the tide**. (Cher Scarlett) [314]

## BANDWAGON & INEVITABLE VICTORY

*Inevitable victory: invites those not already on the bandwagon to join those already on the road to certain victory. Those already or at least partially on the bandwagon are reassured that staying aboard is their best course of action.*

- **12 Oct 2021:** I tweeted some stuff about that **one lady who got fired from Apple**. But I deleted as I decided **I'm not going to ruin my day with anger at someone inconsequential** 👌 (Shantini Vyas) [315]
- **12 Oct 2021:** Proud of you. There's really no point in it. **Good News outlets don't take her seriously because her story shifts like a chameleon,** and eventually, **it will all work itself out.** (Cher Scarlett) [316]
- **16 Oct 2021: The truth** has a way of rising to the top. (Cher Scarlett)[317]
- **16 Oct 2021:** I just don't want to cloud what's important with petty shit. **As I said, the truth will prevail here.** (Cher Scarlett) [318]
- **20 Dec 2021: idk about universal support,** but believe me, **I clearly misjudged a couple of people I warned, and won't be doing so again.** Appreciate your perspective, though. (Cher Scarlett) [319]
- **20 Dec 2021:** I didn't see **anything about her coworkers backing her up.** (Cher Scarlett) [320]
- **30 Dec 2021:** There is no way to correct all of the **misinformation that circulates** about you, and everyone has a different version of you in their head. No amount of oversharing and explaining will make that version of you reflective perfectly of who you are. **Don't waste your time.** (Cher Scarlett) [320]
- **30 Dec 2021:** Important people who read or hear things about you will tell you about it, and will give you the opportunity to share your side of things privately. **Those who don't aren't important.** If you are introspective and honest, you will find where you can grow, and not be torn down. (Cher Scarlett) [321]

---

[314] Twitter, https://twitter.com/cherthedev/status/1476334495997460481,
[315] Twitter, https://twitter.com/_shantini_/status/1447926059903557632,
https://web.archive.org/web/20220131035341/https://twitter.com/_shantini_/status/1447926059903557632
[316] Twitter, https://twitter.com/cherthedev/status/1447927265166249997,
https://web.archive.org/web/20220131033740/https://twitter.com/cherthedev/status/1447927265166249997
[317] Twitter, https://twitter.com/cherthedev/status/1449373213549420546,
[318] Twitter, https://twitter.com/cherthedev/status/1449435654408994816
[319] Twitter, https://twitter.com/cherthedev/status/1476688426455822344 ,
[320] Twitter, https://twitter.com/cherthedev/status/1476351953739268098,
[321] Twitter, https://twitter.com/cherthedev/status/1476352455982026754,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## SPIN; AGENDA SETTING; BURY BAD NEWS

*While traditional public relations and advertising may manage their presentation of facts, "spin" often implies the use of disingenuous, deceptive, and manipulative tactics. Agenda setting means the "ability of the news media to influence the importance placed on the topics of the public agenda.*

- **23 Aug 2021:** Gjøvik on paid leave is like **Karenx100** and **not credible at all, journalists won't even give her the time of day anymore** and she's losing it online lololol (Apple Insider) [322]
- **3 Sept 2021**: Odd you get so much press, but **your socials have relatively little engagement**. I think for casuals your causes are too confusing. Is this about MeToo, environmental hazard, unionizing, surveillance, monopolies, etc? (Twitter) [323]
- **7 Sept 2021:** I've never seen a **"journalist"** milk one source so hard. This like the 8th article. If a reporter needs to lean so heavily on one person out over hundred thousand employees, perhaps the narrative that's being pushed isn't exactly air tight. (Reddit) [324]
- **9 Sept 2021:** I remember seeing tweets from some Apple employees who were **disputing Ashley Gjøvik's claims**. I don't think that ever made it to the **front page of the Verge**. So far we have one side of the story and most people will always take the side of an employee over their employer. (9to5Mac.com) [325]
- **9 Sept 2021:** Every single one of these pieces was written by **Zoe Schiffer** even after the **facts were disputed and Ashley's credibility shot**. That she's even continuing to do so now diminishes the Verges reputation. She won't drop it. (Reddit) [326]
- **9 Sept 2021:** It's **Zoe Schiffer**, that's all she does. The story has **no credibility** at this point and yet she's still pushing it. (Reddit) [327]
- **7 Sept 2021:** The Verge is pretty clearly **anti-business** and clearly are pushing a narrative against Apple (along with other companies). (Reddit) [328]
- **7 Sept 2021:** It's because **Schiffer** continues to write about and give a megaphone to someone whose **credibility has already been disputed.** (Reddit) [329]
- **7 Sept 2021:** **Schiffer** still pushing the Ashley Gjøvik story after its been **disputed** and her **credibility shot** really shows her angle towards Apple. Her pieces are **constantly ripped apart** and its made me not read the Verge anymore (Reddit) [330]
- **7 Sept 2021:** Why **Zoë** continues to give "A" the time of day, I don't know, and I've **lost all respect for her as a journalist**. It's not newsworthy, it's a dumpster fire. (Reddit) [331]

---

[322] Apple Insider, https://forums.appleinsider.com/discussion/223646, ;
[323] Twitter, https://twitter.com/Heffer/status/1439599826992189444;
[324] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[325] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/;
[326] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[327] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[328] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[329] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[330] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[331] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Sept 2021**: **@ZoeSchiffer shame on you** to take a platform like the Verge to spew your agenda. No evidence, no process just **accusations**. Best of all is, you write "for ALLEGEDLY leaking information". If it was a man you'd write "for leaking information". Only bias and ideology. Yuck. (Twitter) [332]
- **9 Sept 2021:** The fact that it's been so easily **disputed** (for crying out loud just take a glance at her Twitter, she's unhinged) The **Verge/Schiffer** continued to push the story, even now, is gross. They **manufactured a narrative** ignoring all evidence that this person was a problem from the beginning. (Reddit) [333]
- **11 Sept 2021**:  Just see **how Twitter and Reddit has weighed in** on her claims. (Apple Insider) [334]
- **11 Sept 2021**:  "as Apple faces mounting criticism."  Here we go again.  A common media tactic that ignores the obvious follow up:  Mounting criticism from *whom*? This is a disgruntled group of employees  **led by an obvious grifter.  The answer to the question is *the media itself*.  They don't report the news, they *are the news*.**  Tech media is often no different.  (Apple Insider) [335]
- **11 Sept 2021**:  Seems like she's **lost a lot of credibility** already, **see Twitter/Reddit.** [336]
- **22 Sept 2021** She continues to push the Ashley Gjovik story even after her **credibility** and **mental state** has repeatedly been questioned, and not doing very basic fact checking. **That's not responsible or ethical reporting.** (Reddit) [337]
- **22 Sept 2021**:: **Withhold review units. Withhold interviews. Withhold other key information.** Go back and look at what happened to the relationship with (IIRC) the NYT. **Apple has a long memory.** [338]
- **12 Oct 2021:** Proud of you. There's really no point in it. **Good News outlets don't take her seriously because her story shifts like a chameleon,** and eventually, **it will all work itself out.** (Cher Scarlett) [339]
- **15 Oct 2021: Talk to Zoe, get fired.** Zoe won't replace your salary/RSUs. **She'll definitely write about the firing**. (Reddit) [340]
- **29 Oct 2021:** Ashley has been **harassing journalists and lying about a bunch of stuff**. Do you care that **she's lied about me too**? Claiming I tried to have someone doxed for asking what case she was posting screenshots of? For dragging my name through the mud because **editors couldn't verify her story and they wouldn't write about her?**  (Cher Scarlett)
- **20 Nov 2021:** Guess Ashley moved on from Zoe Schaffer. **Or, more likely, Zoe moved on from her**. (Reddit) [341]
- **20 Nov 2021:** not exactly the best representative for judging what is and what is valid confidential corporate information, don't you think? **She had like a half dozen quotes in major publications *before* all the horseshit that got her Reddit famous.** (Reddit) [342]

[332] Twitter, https://twitter.com/JoseJim18278914/status/1436194373851549696,
[333] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[334] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[335] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[336] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[337] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
[338] MacRumors, https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/,
[339] Twitter, https://twitter.com/cherthedev/status/1447927265166249997,
https://web.archive.org/web/20220131033740/https://twitter.com/cherthedev/status/1447927265166249997
[340] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[341] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/,
[342] Reddit, https://www.reddit.com/r/apple/comments/qyhhl1/apple_tells_workers_they_have_right_to_discuss/,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- 
- **27 Nov 2021: Didn't A leak IP?** And I don't know here "cases." The only news of them comes from her own reports. **I'll believe any of this when there's actual coverage that doesn't seem to just be a narcissistic grifter creating news about herself for attention.** (Cher Scarlett)
- **11 Dec 2021:** I made the right choice in **exercising the boundary of ejecting them from amplification**. (Cher Scarlett) [343]
- **20 Dec 2021:** something tells me the **10s of media articles published** about her are not because they were particularly interested in this person's complaints. **I think she's reaching out to the media as well.**
- **29 Dec 2021:** I have instead turned back to private conversations to call people in. If they can't be reached there, with diplomacy and reason, **I unhook from them and stop amplifying the harmful or misleading rhetoric/actions they are engaging in. Telling 50,000 about it won't turn the tide**. (Cher Scarlett) [344]
- **29 Dec 2021:** There are certain situations where this is warranted **-- depending on the scale of the harm being caused by the person in question.** That's different than criticizing someone who isn't a household name **causing irreparable harm**. (Cher Scarlett) [345]
- **5 Feb 2022:** I never told the press not to talk to you. Even if I wanted to write you out, I don't have the power to do that. **I only corrected misinformation**, which honestly, I thought I was doing for your benefit. (Cher Scarlett) [346]

---

[343] Twitter, https://twitter.com/cherthedev/status/1469706762831814657,
https://web.archive.org/web/20220129183819/https://twitter.com/cherthedev/status/1469706762831814657
[344] Twitter, https://twitter.com/cherthedev/status/1476334495997460481,
[345] Twitter, https://twitter.com/cherthedev/status/1476333835335860226,
[346] Unsolicited email via website webform on Feb 5 2022 (see PDF)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## FALSE FLAG OPERATION & REVERSE FALSE-FLAG

*A false flag operation is an act committed with the intent of disguising the actual source of responsibility and pinning blame on another party.*

- **9 Jan 2022:):** Ashley. Stop it. You do nothing but tweet about Cher and Apple 24/7 and it's UNHEALTHY. You are UNHINGED. Go to bed and get some rest. Then delete all these Twitter accounts and try to pick up the pieces of your life. (Twitter)[347]
- **9 Jan 2022:** You should be more concerned with the health and safety of Alexis, who is being raised in an unsafe environment than you are with Ashley. I've downloaded all Cher's tweets and Medium articles and will be filing a report with Child Protective Services. (Twitter)
- **9 Jan 2022:** This account does nothing but RT Ashley and parrot the same talking points but it's not Ashley [GIF: "Okay, right"] (Twitter)
- **9 Jan 2022:** Ashley, what you are suggesting is a crime: "(4) A person who, intentionally and in bad faith, knowingly makes a false report of alleged abuse or neglect shall be guilty of a misdemeanor punishable in accordance with RCW 9A. 20.021. (Twitter)
- **9 Jan 2022:** I'm not Katelyn, Ashley. The only bully here is you. You don't see Cher acting like this. Your entire account is now devoted to harassing Cher, so it's not a big leap that any report you make is malicious. Maybe I should dedicate MY account to exposing your crimes (Twitter)
- **9 Jan 2022:** This is an utterly ridiculous reaction to your perception that Cher hogging is your limelight in the press, Ashley. You are trying to destroy her for maybe editing your Wikipedia? That's not normal. These untreated mental health issues might prevent you from becoming a lawyer. (Twitter) [348]
- **9 Jan 2022:** Nah, [Gjovik] just finally passed out drunk (Twitter) [349]
- **9 Oct 2021:** *Your defense, even though you're just a basic employee, is pathetic and tone deaf."* Was this necessary? Because it would affect my perception of your comment, **I must ask, do you work at Apple, and are you the person, or closely related to the person this is about?** (HackerNews) [350]
- **9 Oct 2021:** BadRabbit, you seem to be very invested in this topic, judging by your reply to my comment and now this one, so **I must ask: Are you the person depicted in this topic, or in some way related to them?** (HackerNews) [351]
- **9 Oct 2021:** It appears the user **Micropsia is claiming to be Ashley** is posting in this thread, and their past posts have evidence of them **sockpuppeting another post about this issue month**s ago, except its about their apartment being built on toxic waste, while this one is about their office being built on toxic waste. Which one is it? (HackerNews) [352]
- **9 Oct 2021:** "Your past comments show you speaking about this person as if you aren't them, **so you've apparently used a sock puppet account to speak about this in the past**. Aside from that, further

---

[347] Twitter, https://twitter.com/FirstNa47437596/status/1480614663972790275,
[348] Twitter, https://twitter.com/FirstNa47437596/status/1480747212413935619,
[349] Twitter, https://twitter.com/FirstNa47437596/status/1481242545572577281,
[350] HackerNews, https://news.ycombinator.com/item?id=28813010,
[351] HackerNews, https://news.ycombinator.com/item?id=28813010,
[352] HackerNews, https://news.ycombinator.com/item?id=28813010,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

supporting your assertion, there seems to some stylistic consistencies between this post and few others here. If so, why do you feel it was necessary to **use alternate personas to interact with us?** (HackerNews) [353]

- **4 Dec 2021:** I hate accusing people of **sock-puppetry**, but the only explanation I see is maybe the thread was **started by Ashley herself.** We're all guilty of some gossipy-ness but it's hard to imagine anyone this invested in the feud between these two people or who gets credit for "AppleToo" **Ashley popped up at least once on Hacker News posting under multiple user names.**

- **20 Dec 2021:** I'm definitely hopeful she **will stop using her platform and sockpuppet accounts to harass and defame me (along with other victims and a dozen or so journalists** (Cher Scarlett) [354]

- **6 Jan 2022:** This has officially veered into malicious and bizarre territory. You are simply asserting, based on thin circumstantial evidence, **that this Wiki editor IS Cher. If it's not her, you're harassing both of these people all while claiming victim status for yourself.** (Twitter) [355]

- **7 Jan 2022:** SquareInARoundHole wrote at 02:19, 7 January 2022 UTC: "HazelBasil added an entry to WP:COIN about their suspicion of my having a COI with 4 articles I've edited. Their complaints are mainly claims that the content I added was not in the source material when it was, and these complaints are mirrored in a previous incident from WP:ANB because of sock1's vandalism to Cher Scarlett, and additionally by ip2, who came to the incident to refute my questions about ip1 possibly being sock1 and sock2. Sock2 was confirmed to be a sock of sock1 by checkuser. She stated that her concern that I had a COI with Scarlett because of my edits to her article and talk page, but the evidence she presented was overwhelmingly about Scarlett's article, and her personal issues with the content, which speaks directly to sock1's contribution history.VHazelBasil did clarify that she is Ashley Gjøvik, and that she has a COI with the other subjects she mentioned (Kate Rotondo and Chelsey Glasson), all of which happen to be people that sock1 added to Scarlett's article in a way that was meant to diminish Scarlett, and all of which are a part of HazelBasil's entry on COIN. She also brought up an alleged conflict between her and Scarlett, which helped paint a clear motive for sock1's and sock2's prior vandalism. My suspicions about HazelBasil's involvement was caused by her apparent investment in the incident, despite that it has long since expired when she supposedly became aware of me as an editor a week ago when I edited her article, and the similarity between many of her "concerns" and sock1's and ip1's contributions. Sock1 also cast an aspersion on GorillaWarfare and I, claiming we had an "arrangement" to "gatekeep" their vandalism from Scarlett's article, and HazelBasil has cast similar aspersions in the COIN entry. These diffs in particular seem to indicate that HazelBasil is ip1, ip2, sock1, and/or sock2: Added Ashley Gjøvik and Rotondo to lede, Added Rotondo to gender pay disparity concerns, 'Silenced No More' and Ifeoma Ozoma removal maps to the 7th addition here, Anonymity in advocacy around working remotely Role in advocacy around working remotely maps to the 9th addition here, and Addition of Chelsey Glasson maps to the 10th addition here. ip2 is of interest because of mention of unrelated COI notice on talk page and 11th entry here." (Wikipedia) [356]

- **7 Jan 2022:** SquareInARoundHole wrote at 15:39, 7 January 2022 UTC: "A note about the geolocation - if HazelBasil is Ashley Gjøvik as she says she is, she lives in the Santa Clara, California/Sunnyvale, California area, as she attends law school at Santa Clara University and worked out of the Sunnyvale office at Apple Inc, according to her bio. This is part of the reason the IP address users, along with the other comments and particular investment in the previous incident with sock1 and sock2, made a compelling case that she either is all 4 users, or coordinating with them. If HazelBasil geo is showing she is far from the geographic area of the university or the office she worked at, it is due to the VPN. If I understand correctly, a VPN can make it look like you are somewhere you are not. (Wikipedia) [357]

- **10 Jan 2022:** **Also check alt  @mate2_no**, which is even nastier and does nothing but RT Ashley and parrot the same talking points. [358]

---

[353] HackerNews, https://news.ycombinator.com/item?id=28813010,
[354] Twitter, https://twitter.com/adi/status/1476682168122363906,
[355] Twitter, https://twitter.com/jennybeane/status/1479730842914091010
[356] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[357] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[358] Twitter, https://twitter.com/FirstNa47437596/status/1481380123404165122,

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 53 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **10 Jan 2022**: **She's also using  @pugnaciouspoet** - same MO - Cher-themed account with the same writing style [359]
- **10 Jan 2022**: I was moved to make this donation when I saw someone spending their days diving into your private life past and present, talking about you to themselves via **obvious socketpuppets**, and using **throwaway accounts** to reply with toxic garbage to your other supporters.! (GoFundMe) [360]
- **15 Jan 2021**: I do not follow Cher. **As stated, I am not her and I don't know her**. [361]
- **15 Jan 2021**: "Someone reported me **so they must be Cher**!" Wow, I hope you use better deductive reasoning than that in your legal strategies [362]
- **25 Jan 2022**: Yep, it's a **big old conspiracy** to get you to stop bullying Cher so that you can all go after Apple together and **stop weakening the movement** with your crazy? [363]
- **3 Feb 2022**: lel i hope u add a screenshot of u pretending ur a rando who is on ur side to ur dox u can't make this shit up [364]
- **3 Feb 2022**: i guess it makes sense u think im a spy given ur sockpuppeting to try to argue with ppl who think ur a conspiracy theorist crazy anyway enjoy urself in looneyville [365]
- **3 Feb 2022**: lel right pretending to be someone else and arguing about urself is definitely out there [366]
- **3 Feb 2022**: u gotta be some kinda psycho to link to it acting like other people r sus[367]

---

[359] Twitter, https://twitter.com/FirstNa47437596/status/1481380721285492737,
[360] GoFundMe, https://www.gofundme.com/f/legal-medical-expenses-for-apple-whistleblower
[361] Twitter, https://twitter.com/FirstNa47437596/status/1482199195574362113,
[362] Twitter, https://twitter.com/FirstNa47437596/status/1482218331943800832,
[363] Twitter, https://twitter.com/FirstNa47437596/status/1486057063843196932,
[364] Twitter, https://twitter.com/whispyweddings/status/1489445676605841408,
[365] Twitter, https://twitter.com/whispyweddings/status/1489448270531203072,
[366] Twitter, https://twitter.com/whispyweddings/status/1489448771909931008,
[367] Twitter, https://twitter.com/whispyweddings/status/1489448980291325952,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### AD HOMINEM ATTACKS; SMEARS; CHARACTER ASSASSINATION; FALSE ACCUSATIONS

*A smear is an effort to damage or call into question someone's reputation, by propounding negative propaganda. It can be applied to individuals or groups. Character assassination is a deliberate and sustained effort to damage the reputation or credibility of an individual via a mix of open and covert methods to achieve their goals, such as raising false accusations, planting and fostering rumors, and manipulating information. Attacking one's opponent, as opposed to attacking their arguments.*

- **20 Aug 2021:** **She's lying or exaggerating** most of her claims.[368]
- **21 Aug 2021:** This just in: **you've gone off the deep end** if you're accusing your employer of racketeering and organized crime. [369]
- **22 Aug 2021:** People can judge for themselves what a truly **toxic person** you are (Twitter)[370]
- **23 Aug 2021:** Ashley's claims **don't seem genuine**. (MacRumors) [371]
- **23 Aug 2021:** where an **uppity self-aggrandizing** employee like Gjovik can go to Twitter with a complaint like ..... and have it not recognized for what it is (a **self-important, attention seeking, bitter person**), (Apple Insider) [372]
- **1 Sept 2021:** They **weaponize** their followers against people. In private messages, they are **extremely abrasive** and **cruel**. (Shantini Vyas) [373]
- **3 Sept 2021:** i read through multiple accounts, twice each. i tried to objectively take your side. but you come as an **overtly difficult individual**. the lengths one will **go for attention**. good luck until this gets buried and no1 cares. coming from an #AAPL hater (Twitter) [374]
- **7 Sept 2021:** **Shantini** is my hero, best take on "A" with over 200+ ❤️s. ALOT seem to agree: **entitled, obnoxious, toxic, vindictive employee**. To me, **zero credibility**. I would not even want to be on the same sidewalk with that. (Reddit) [375]
- **9 Sept 2021:** **She's cancer** where she goes. (Reddit) [376]
- **9 Sept 2021:** Every single one of these pieces was written by Zoe Schiffer even after **the facts were disputed and Ashley's credibility shot**. (Reddit) [377]
- **9 Sept 2021:** she has broken countless policies that many companies would have fired her for on day one. It's to point out that her behaviour is not in line with the usual response, and that every action she has so far taken has had many **people question her sincerity**, especially when her actions have been both **malicious and dishonest** (Reddit) [378]

---

[368] Twitter, https://twitter.com/JohnTarion/status/1428574906107797504,
[369] Twitter, https://twitter.com/ashleygjovik/status/1429174603713191936
[370] Twitter, https://web.archive.org/web/20210822210634/https://twitter.com/mel_nayer/status/1429545993402339331
[371] MacRumors, https://forums.appleinsider.com/discussion/comment/3330761/#Comment_3330761,
[372] Apple Insider, https://forums.appleinsider.com/discussion/223646, ;
[373] Twitter, https://twitter.com/_shantini_/status/1433270373500477442,
[374] Twitter, https://twitter.com/StaytheShadows/status/1436766212034383873
[375] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[376] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[377] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[378] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Oct 2021:** She's a **sociopath**. What such **sociopaths** conveniently leave out is whether it's a legal requirement to test it within 6 years. It's not. (HackerNews) [379]
- **9 Oct 2021:** Because I've read a ton of her material, and **I work for Apple** so I have some idea of what it's like internally. She's trying to wear **victimhood** on her sleeve as a primary identity. Why post this random thread rehashing everything you've already posted a million times and all the press you've tried to put out? **She WANTS to be a giant victim.** (HackerNews) [380]
- **10 Sept 2021:** Fair question here: Did you really WANT to be an engineering manager at Apple? You seem like a **provocateur**. Law school student, activist, etc. Almost as if you needed a launching point for your big career as a **pundit**. (Twitter)[381]
- **10 Sept 2021:** Allegedly? Here it is https://twitter.com/ashleygjovik/status/1435421599826518025?... In plain English the footnote says **not to leak the email and she did it anyway,** doxxing a fellow employee. Absolutely grounds for dismissal. Sure Apple has discretion, but why would they exercise it for an employee publicly embarrassing the company at every opportunity**? She did this to herself, don't blame Apple.** [382]
- **10 Sept 2021:** Definitely not sympathizing with her, though. **She brought this on herself, 100%.** Constantly campaigning against your employer, in a very public forum to boot, is eventually going to draw their ire. She had a very generous title and salary for what **looked like limited experience in the field** and it seemed they were paying for her to obtain an unrelated J.D. *Very* generous, I'd say. If you keep biting the hand that feeds you, eventually the hand - and the food - gets withdrawn. A bit tangential, but I've never understood why people stay in jobs they can't stand to the point where **they self implode like this**. [383]
- **10 Sept 2021:** What's been a travesty is seeing all the people who joined #ashleygjovik in her **narcissistic rage fest**. What good has she done for humanity other than demonstrate that behaving like a child in the Twitterverse gets you fired? Thanks for the lesson! (Twitter) [384]
- **10 Sept 2021:** #ashleygjovik how many times did you retweet your quotes about his devastated you are to lose you job at the company you loved so much as a G3-using child? Do you love yourself that much that **you set a new bar for narcissism?** #ashleythenarcissist (Twitter) [385]
- **10 Sept 2021:**): #ashleygjovik the **world is both pandering to you and also reaming you**. This sounds about right. #narcissist #youdeserveit #coward (Twitter) [386]
- **10 Sept 2021**She is a **classic cow** and belongs on **kiwifarms**." (HackerNews.com)[387]
- **10 Sept 2021:** Did you ever notice that #ashleygjovik would **block or disparage anyone** who disagreed with her and **accuse them of bullying**? #classicnarcissist #narcissist #abuse #blockedbyashley (Twitter) [388]

---

[379] HackerNews, https://news.ycombinator.com/item?id=28813010;

[380] HackerNews, https://news.ycombinator.com/item?id=28813010;

[381] Twitter, https://twitter.com/i_mspam/status/1436707216283746310;

[382] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392

[383] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392

[384] Twitter, https://twitter.com/beezie_wacks/status/1436337737804566528,

[385] Twitter, https://twitter.com/beezie_wacks/status/1436339657772466178,

[386] Twitter, https://twitter.com/beezie_wacks/status/1436340545194905608,

[387] HackerNews, https://news.ycombinator.com/item?id=28477392;

[388] Twitter, https://twitter.com/beezie_wacks/status/1436338826037792768,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: I don't stand with **wannabe extortionists, leakers, liars and humans of poor repute**. (Reddit)
- **11 Sept 2021**: My point is that **she was caught lying and that's damaging her integrity**, why believe her more than Apple or vice versa now? If anything, it makes me believe Apple's claims more. (Reddit)
- **11 Sept 2021**: she comes off as a **Karen**. Shame on the "journalists" (ahem Verge) that are exploiting her and just adding to **her ruin.** I think what she needs **is mental help**; what she doesn't need is people motivating her to dig an even deeper hole she's in. Sad (Reddit)
- **11 Sept 2021**: She seems to be the toxic employee that **everyone universally hated and wanted rid of.** (Reddit)
- **11 Sept 2021**: Let her do it and we can see the **psychopath in all her glory** (Apple Insider) **[389]**
- **11 Sept 2021**: She seems like the type to **want the world to burn.** (Reddit)
- **16 Sept 2021**: I was talking to the **Siberian husky** (Twitter)[390]
- **17 Sept 2021**: **Gjovik the martyr who is doing her best to become a public figure** claiming to fight for all. If even half of what I have read on AI, 9to5 and other similar sites is true any company would fire her. The sense of entitlement is unreal. (Apple Insider) [391]
- **22 Sept 2021**: Let's get some perspective here, you've made a TON of claims against a lot of people. You've provided some heavily curated/redacted "evidence", showing only your side. **Apparently everyone you've ever met has wronged you in some horrible way. Maybe it's you.** (Twitter) **[392]**
- **20 Oct 2021**: I believe she is only trying to **jumpstart her law career and make money.** (HackerNews) [393]
- **20 Nov 2021**: Might what to read **the name of the individual making that complaint,** according to this Bloomberg piece, before you make any assumptions of what is "about" to happen. (Reddit) **[394]**
- **20 Dec 2021**: Ashley Gjøvik. Ugh. **She has yet to show anything damning. She seems like a Karen I'm sorry**, trying to find something wrong with everything. (Reddit)**[395]**
- **27 Nov 2021**: **Didn't A leak IP?** And I don't know here "cases." The only news of them comes from her own reports. **I'll believe any of this when there's actual coverage that doesn't seem to just be a narcissistic grifter creating news about herself for attention**. (Cher Scarlett)
- **4 Dec 2021**: **Ashley is completely full of shit**. Please please stop giving her any attention. (Cher Scarlett)
- **20 Dec 2021**: Maybe try your own self-reflection, **instead of trying to find ways to tear me down and make yourself a victim.** (Cher Scarlett) [396]
- **13 Dec 2021**: Goes triple for you and that **toxic employee who got canned.** (MacRumors) **[397]**
- **20 Dec 2021**: I don't know much about her outside of the Apple accusations but from what I've seen **she's seem hell bent on shitting on everything**. (Reddit)**[398]**

---

[389] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[390] Twitter, https://twitter.com/i_mspam/status/1438779298463117314;
[391] Apple Insider, https://forums.appleinsider.com/discussion/224041;
[392] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
[393] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
[394] Reddit, https://www.reddit.com/r/apple/comments/qyhhl1/apple_tells_workers_they_have_right_to_discuss/,
[395] Reddit, https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/;
[396] Twitter, https://twitter.com/cherthedev/status/1476617189759205376 ,
[397] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;
[398] Reddit, https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **20 Dec 2021:** Visions of that lady who was trying to steal packages from a home because the home got too many packages. **The guy slaps her arm with the box and she falls on the ground screaming "you killed me" \*eye twitch** (Reddit)
- **20 Dec 2021:** A wanna be Erin-Brockavich-hero **loony SF liberal who probably sues everyone she works for or interacts with.** I'm sure she will soon be sitting on that city's council and making alot more peoples life miserable.[399]
- **20 Dec 2021:** **Gjovik is one of those people who make a living suing companies.** The amount of complaints is absolutely ridiculous
- **20 Dec 2021:** She comes off as a **super Karen.** She's reported alleged unsafe work conditions, toxic environmental issues, retaliation, curtailment of speech and surveillance. She's reported to OSHA, the Securities Exchange Commission, EPA, Dept. Of labor, labor relations board, etc.
- **20 Dec 2021:** How many of you have actually read the entire article? Anyone knows what is the result of the actual air quality test? **Without any proof of the site is "unsafe", this entire thing just looks like an angry Karen**
- **30 Dec 2021:** I am not going to diagnose anyone, but this behavior maps to **narcissistic personality disorder**, and if **it's narcissistic supply driving them, giving it ANY attention only FUELS it further.** Retweet: https://www.psychologytoday.com/us/blog/tech-support/201906/dealing-the-narcissists-smear-campaign (Cher Scarlett) [400]
- **30 Dec 2021:** "**How Narcissists Play the Victim & Twist the Story**," https://psychcentral.com/blog/psychology-self/2018/07/narcissist-delusion#1 (Cher Scarlett) [401]

---

[399] Reddit, https://www.reddit.com/r/privacy/comments/rl862m/apple_employee_blows_whistle_on_illegal_spying/,
[400] Twitter, https://twitter.com/cherthedev/status/1476353379815223296,
[401] Twitter, https://twitter.com/cherthedev/status/1476370312962871297 ,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## RED HERRING; WHATABOUTISM; STRAWMAN; MINIMIZATION; CHERRY-PICKING

*Red herring is presenting data or issues that, while compelling, are irrelevant to the argument at hand, and then claiming that it validates the argument. Whataboutism is a variant of the tu quoque logical fallacy that attempts to discredit an opponent's position by charging them with hypocrisy without directly refuting or disproving their argument, which is particularly associated with Soviet and Russian propaganda. A straw man argument is an informal fallacy based on misrepresentation of an opponent's position. To "attack a straw man" is to create the illusion of having refuted a proposition by substituting a superficially similar proposition (the "straw man"), and refuting it, without ever having actually refuted the original position.*

- **30 Aug 2021** Be really careful about drawing conclusions based **on someone posting out-of-context, scary looking screenshots** that claim that an employer is violating employee privacy, without covering what the purpose and disclosure policy of that data is. This is definitely a subtweet. (Ricky Mondello)
- **1 Sept 2021:** I would like to reiterate: **I do believe** people were really shitty to them. **However**, I think it has progressed way past that point and become a tale of **vengeance**. (Shantini Vyas) [402]
- **1 Sept 2021:** [Gjovik] says things like: Apple violated my private by accessing my data. Full picture: Apple accessed data from an **Apple-owned prototype device** that comes with no expectation of privacy. (Shantini Vyas) [403]
- **3 Sept 2021**: She took **nudes on a prototype device** and then complained about Apple wanting the device back and how it violated her privacy. (Twitter) [404]
- **3 Sept 2021**: Deeply concerned that you took **nude photos on your work phone** I'm thinking a senior engineer would have more common sense and less fluff between her ears. (Twitter) [405]
- **7 Sept 2021:** On today's Decoder podcast, Zoë **inaccurately reported** that Apple engineer Ashley Gjøvik filed a grievance with the company over toxic hazard WORKING environment in March. Ashley's toxic health issues are HOME related.[406]
- **7 Sept 2021:** on top of the fact that other allegations are **easy to rip apart** as well (like employees using personal accounts on their **work iPhones**). (Reddit) [407]
- **9 Sept 2021:** Apple has determined that you have engaged in conduct that warrants termination of employment, including, but not limited to, **violations of Apple policies. You disclosed confidential product-related information in violation of Apple policies and your obligations under the Intellectual Property Agreement (IPA).** We also found **that you failed to cooperate and to provide accurate and complete information during the Apple investigatory process**. (Termination Letter)
- **9 Sept 2021:** even if her overall assertions are true, there are certain factual inaccuracies that make it hard for her to be credible, most specifically about **Apple spying on her iCloud account and phone**. (9to5Mac.com) [408]

---

[402] Twitter, https://twitter.com/_shantini_/status/1433274664858032128,
[403] Twitter, https://twitter.com/_shantini_/status/1433270367540420609,
[404] Twitter, https://twitter.com/Antrunt/status/1436315767813910529
[405] Twitter, https://twitter.com/Chloeheather967/status/1436303814236180481
[406] Twitter, https://twitter.com/porter_jared/status/1435489147473457154,
[407] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
[408] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **9 Sept 2021:** Am I missing something here? It looks like she was using her work phone for personal use. Why on earth would **you send nudes using your work phone??** (Reddit) [409]
- **9 Sept 2021:** Not even just a normal work phone, **a prototype** that of course would need to be returned. It doesn't take very long to create a new Apple ID and not use your personal one (Reddit) [410]
- **9 Sept 2021:** Edit: bonus points because **she send nudes on a company-owned PROTOTYPE** and then whined about how "Apple has my nudes, omg I feeeeeel so violated!!" (Reddit) [411]
- **9 Sept 2021:** Sounds like Apple had very good evidence that **she was leaking info** and she knew it, so she started **poisoning the well with intentionally unverifiable accusations** of "sexism" to try to make them afraid of firing her and/or making herself look like a victim and causing a PR nightmare for Apple in the event that they did fire her. If they had fired her beforehand, the headlines would've said "Apple Fires Senior Engineer For Allegedly Leaking Confidential Information." Now, she gets headlines that say - quoting gizmodo - "Apple Fires Program Manager Who Filed Charges Over Harassment." (Reddit) [412]
- **10 Sept 2021:** This is incorrect. The photos ended up on the phone because **she synced her personal iCloud.** (HackerNews.com) [413]
- **10 Sept 2021**: From what I understand, there were a few such tickets created for multiple people on that team. "**Make X's life hell**". It's at best a **poorly thought out joke**, but it is worth mentioning that this ticket was not isolated to her. [414]
- **10 Sept 2021**: Yes, it's definitely worth having a team where you can bond over **light, harmless jokes that fly in all directions.** It's also okay to be 'boring', of course. **I'm sure her old team is dismayed to see her lying about it now.** [415]
- **10 Sept 2021:** They have programs at Apple that allow you to work temporarily for 6 months in another department. **Why wouldn't she have applied for one in the Legal department?** Something weird here. (HackerNews.com) [416]
- **10 Sept 2021:** sexual harassment - are you kidding? She admitted that **she texted nude photos of her boobs on her twitter page.** Maybe she was trying to **entrap somebody**? And, she was using a **company-owned phone for personal matters** - then complained when Apple wanted it back so she couldn't delete any evidence. (Engadget) [417]
- **10 Sept 2021:** The thing she leaked was in the verge article on August 30th. **She leaked an internal tool's name, codename, and screenshots and videos of it.** It has nothing to do with any of the emails about her workplace issues. **She leaked internal IP**. (HackerNews.com) [418]
- **10 Sept 2021:** she **leaked an internal tool to the press** and talked about doing it on twitter (Apple Insider)

[409] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[410] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[411] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[412] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[413] HackerNews, https://news.ycombinator.com/item?id=28477392;
[414] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392
[415] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392
[416] HackerNews, https://news.ycombinator.com/item?id=28477392;
[417] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
[418] HackerNews, https://news.ycombinator.com/item?id=28477392;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: During onboarding at Apple, you have the option to either create a new iCloud Work account t or to sync your iCloud Work account to your personal iCloud account. If you choose the former, you will be given a separate iPhone for work. If you choose the latter, you must use your own personal iPhone. The reason Apple **"has her nudes" is because of the discovery legal process**, where Apple has subpoenaed (IIRC) her work device data. **Since her work device is her personal device (by *her own choice*), the** subpoena necessarily applies to all data on her personal device. (Reddit)
- **11 Sept 2021**:  Did she consider the **toxins in her tattoos**? According to the CDC, You also might become allergic to other products, such as hair dyes, if your tattoo contains p-phenylenediamene (PPD). [419]
- **11 Sept 2021**:  It then anyone's business, **when someone ludicrously injects untested poisonous ink under their skin,** and then tries to sue others for supposedly creating a toxic environment. [420]
- **12 Sept 2021: You broke your NDA** and you're gonna pay for it. simple as that. (Twitter)
- **15 Sept 2021:** Dear Ms. Gjovik: On behalf of Apple Inc., we write to request that you remove certain images and video that you have displayed **publicly in violation of your Confidentiality and Intellectual Property Agreement** with Apple dated January 31, 2015 (the "IPA"). (Apple's Lawyers)
- **17 Sept 2021:**  Apple Park is built on toxic waste dump, as well as her apartment, causing her to be ill, **but no, it has nothing to do with her tattoos lol.** i wonder if now she has seen aliens sent to kidnap her by Tim Cook. (Apple Insider) [421]
- **17 Sept 2021:**  I'm sure **she sourced the ink for her tattoo** or made it herself from healthy herbs and minerals. Lol(Apple Insider) [422]
- **22 Sept 2021**: OK, so we have some **project manager from bloody Portland Oregon** who lands a job at Apple and by he sound of it has not the slightest idea how the high tech business actually works. Or that Apple in Cupertino is a shark pool. Whatever the charge they are guilty. Don't need to hear the details. But knowing both Portland and it denizens for close on three decades by this stage in a Portlander v Big Nasty **Corp I automatically assume it is the utterly clueless Portlander who is in the wrong.** Anyone who knew Portland 30 years ago and seen what has been done to that one nice city by the recent incomers (who drove out the natives) will understand why. (The Register) [423]
- **22 Sept 2021:O**thers are doing messy shit **leaking IP or other actual confidential thing** and I'm getting blamed for it. It's ridiculous. (Cher Scarlett) [424]
- **15 Oct 2021:** Then don't put **nude photos of yourself** on a personal device that is also used for work purposes. **No nudes on my iPhone** and I don't frequently use it for work related tasks. (Reddit) [425]
- **13 Dec 2021:** She had the option of paying for her **own personal phone for person use**, but she chose to use only the Apple supplied iPhone and delete data when it was to be inspected. (MacRumors) [426]
- **13 Dec 2021:** She's got cool looking eyes. Apple is a business. If you are **caught sharing company intellectual property, you get fired.** (MacRumors) [427]

[419] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[420] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[421] Apple Insider, https://forums.appleinsider.com/discussion/224041;
[422] Apple Insider, https://forums.appleinsider.com/discussion/224041;
[423] The Register, https://www.theregister.com/2021/09/03/apple_nlrb_hostile_environment/;
https://forums.theregister.com/forum/all/2021/09/03/apple_nlrb_hostile_environment/;
[424] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/;
[425] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[426] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;
[427] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## DEMORALIZATION; GASLIGHTING; PROPAGANDA OF DESPAIR

*"Propaganda of despair" would break down the morale of the enemy by showing impending death, disaster, and defeat*

- See all of the above
- **9 Sept 2021:** "I said it in the last thread about bad, criminal employees, and I'll say it again. It's time for Apple to take out the trash. Do whatever it takes to identify and catch the leakers and then **ruin their lives**. Fire them, prosecute and go after them. Do whatever it takes. **Hunt them down like wild animals.** Leakers and other activist employees who believe that they can do as they please have no business being at Apple. I want to see them gone and **I want to see them destroyed.** Trashy employees do not belong at Apple. And who is surprised that the leakers go running to the garbage site called the Verge? They already had one campaign that backfired on them when the lunatic woman leaker was fired, now it's time to get rid of any remaining leakers and criminals. Go get 'em Tim! **Espionage** has long been treated as a crime **worthy of death** and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit) [428]
- **12 Sept 2021:** You're beyond **pathetic**. **It will be fun watch you disappear after you lose everything.** (Twitter) [429]

## Square in Round Hole [430]
- **13 Dec 2021: Perhaps Ashley is a square and doesn't fit in Apple's round campus.** (MacRumors) [431]
- Jan 2022: **SquareInARoundHole** Wikipedia account
- **4 Jan 2022:** That's right it goes in the **square hole**. *[Video of bird placing objects in different shaped holes.]* (Ricky Mondello) [432]

---

[428] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/ ;
https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[429] Twitter, https://twitter.com/AllonsyAlonso85/status/1437323131258015745
[430] "Here's to the crazy ones. The misfits. The rebels. The troublemakers. The round pegs in the square holes. The ones who see things differently. They're not fond of rules. And they have no respect for the status quo. You can quote them, disagree with them, glorify or vilify them. About the only thing you can't do is ignore them. Because they change things. They push the human race forward. While some may see them as the crazy ones, we see genius. Because the people who are crazy enough to think they can change the world, are the ones who do." © 1997 Apple Computer, Inc., see: https://www.youtube.com/watch?v=GEPhLqwKo6g
[431] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;
[432] Twitter, https://twitter.com/rmondello/status/1479128619675013120 ,
https://web.archive.org/web/20220129181249/https://twitter.com/rmondello/status/147912861967501312

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

---

# EVIDENCE (CHRONOLOGICAL)

---

## LEGEND

- **Direct from Apple Inc ("employer")**: Posts made by self-identified Apple Inc managers & supervisors are in **Red Bold** with "🔴"
- **Indirect from Apple Inc ("employer")**: Under information & belief, Apple Inc is directing the below employees & ex-employees (via threat, coercion, bribe, extortion, job duty/assignment, or contract as an agent) to post the content below with user names designated in **Red Bold**
- **Apple Inc Propaganda/"Sockpuppet" Accounts:** Under information & belief, Apple Inc (via managers, supervisors, directed/coerced employee, &/or via agent), are posting as the users below with user names designated in **Purple Bold**[433]
- **Apple Inc Bots:** Under information & belief, Apple Inc (via contracted bots) are posting as the users below with user names designated in **Purple**[434]
- **Background**: Users included for contextual & background posts/comments are noted in **Bold Grey** and/or **[Redacted]**
- Contextual & background posts/comments are in Grey
- Significant events for the timeline are in **ALL CAPS GREEN BOLD**

---

[433] Norton: "A sockpuppet is a fictitious online identity created for the purposes of deception. Sockpuppets are usually created in large numbers by a single controlling person or group. They are typically used for block evasion, creating false majority opinions, vote stacking, and other similar pursuits." See: https://www.nortonlifelock.com/blogs/norton-labs/identifying-sockpuppet-accounts-social-media

[434] Norton: "Bots are fully automated accounts which disseminate and sometimes produce content." See: https://www.nortonlifelock.com/blogs/norton-labs/identifying-sockpuppet-accounts-social-media

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 63 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

## AUGUST 2021

---

**Aug 3 2021 – Twitter.com Direct Message**
- **Shantini Vyas to Gjovik**: Hey! I've seen your activism both here and on Slack and I just want to thank you for speaking up and being brave. I'm also sorry for all that you've gone through.

**Aug 2-4 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** Wanted to share: #Apple employee relations confirmed this #tonepolicing is totally ok feedback for me to get from my #bigtech #male leaders & not #sexist. As this investigation rolls on, I've decided to start Tweeting the stuff they say is "ok." I mean, they did say it was ok? [Screenshot]
  - o **N.O.** (@shad0wfax_) Post entire conversation in context, not one-sided and out of context. Employee provided constructive feedback and positive reinforcement to you on tone and complimented your willingness to incorporate feedback. No "smoking gun" of sexism. Eliminate your own biased hashtags.[435]
  - o **Dake Smith** (@dake_smith): u are delusional. You need medical help bad. Delusional fool. Hope u never get another job. No one needs to be around this nut case . Someone trying to help with your presentation above u , u should listen. No wonder u can't keep a job long. Acting like that no one wants u around [436]
    - ▪ **Dake Smith** (@dake_smith): tone policing ? U mean teaching u what u already should know . . Your scum of the earth. Wanting everyone to feel bad for you . Tone policing....who comes up with this retard stuff No wonder woman like u make way less Worried about dumb stuff all the time u can't even keep a job [437]
  - o **Wade Bestwick** (@375wcb12): That's not what's happening here. The feedback isn't "stop asking questions and do what you are told". The feedback is "Hey, sometimes your statements sound like questions but I didn't notice it this time, good job :)". A statement shouldn't sound like a question, and vice versa. [438]
    - ▪ **Wade Bestwick** (@375wcb12): Anyways, I'm more than willing to agree that our woman in question probably didn't change her voice an entire octave when ending the

---

[435] Twitter, https://twitter.com/shad0wfax_/status/1423135865375629314,
https://web.archive.org/web/20220129110326/https://twitter.com/shad0wfax_/status/1423135865375629314
[436] Twitter, https://twitter.com/dake_smith/status/1423252691464163331,
https://web.archive.org/web/20220131070610/https://twitter.com/dake_smith/status/1423252691464163331
[437] Twitter, https://twitter.com/dake_smith/status/1423254084455387143,
https://web.archive.org/web/20220131070656/https://twitter.com/dake_smith/status/1423254084455387143
[438] Twitter, https://twitter.com/375wcb12/status/1424108295669829639

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

statement in question. However, especially as a manager giving feedback, sometimes you have to exaggerate a little It's life. Nothing mean intended [439]

- ▪ **Wade Bestwick** (@375wcb12): If anyone happens to read this far: she blocked me XD [440]
- ▪ **Wade Bestwick** (@375wcb12): Might I ask, out of genuine open mindedness and curiosity, what you would recommend as a better feedback than this? Let's say you were the one giving feedback to someone who sometimes raised their voice at the end of a statement (like me, when asking). What would you say to them? [441]
- ▪ **Wade Bestwick** (@375wcb12): Possibly. However the two screenshots she has sent out so far sounds like college level feedback, not sexism. Which casts doubt on her claims as a whole. Also, you don't need to make excuses on why you didn't immediately reply to me, I never expect fast responses online. [442]
- ▪ **Wade Bestwick** (@375wcb12): Could you elaborate a little? I'm confused especially how this is "dystopian". This sounds like genuinely helpful feedback for a public speaker, not "sexism". [443]
- ▪ **Wade Bestwick** (@375wcb12): Well, I'm a male and was given feedback on my tone of voice in public speaking class about a year ago, by a female teacher no less. So I guess I'm a victim of sexism too, by your logic. And, the "attempt to act upon it"? It could have been a bit better, but it's genuine. [444]
  - o What it means is she speaks like Paris Hilton while giving presentations. [445]

- -
- - **Ashley Gjovik:** Y'all, I'm a senior engineering program manager with decades of professional experience & it was even in my mid-year review one year... Someone needs to give me a Purple Heart. [Screenshot]
  - o **N.O.** (@shad0wfax_) Are you trying to be insensitive to disabled veterans? You're not in combat being blown up or shot, so no, nobody should give you a Purple Heart. Speech/comm. 101 university courses provide this same feedback to students of all genders and voice pitches. You aren't injured. [446]


🍏 **AUG 4 2021 – ASHLEY GJOVIK SUSPENDED**

**Aug 4 2021 – Public Twitter.com Post**

---

[439] Twitter, https://twitter.com/375wcb12/status/1423774765110681607
[440] Twitter, https://twitter.com/375wcb12/status/1423334292642467845
[441] Twitter, https://twitter.com/375wcb12/status/1423653718680121355
[442] Twitter, https://twitter.com/375wcb12/status/1423362113582546946
[443] Twitter, https://twitter.com/375wcb12/status/1423334292642467845
[444] Twitter, https://twitter.com/375wcb12/status/1423333632278765568
[445] Twitter, https://twitter.com/rhonyroyce80/status/1436621501814480899
[446] Twitter, https://twitter.com/shad0wfax_/status/1423139007622385666,
https://web.archive.org/web/20220129110328/https://twitter.com/shad0wfax_/status/1423139007622385666

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]** .@ashleygjovik speaks her truth and tweets about experiencing sexism in the workplace. She is then immediately placed on indefinite paid leave. This is @Apple silencing women, and it must stop.
  - o **N.O. (@shad0wfax_)** Yes, she's speaking "her truth" which is not the same as the "whole truth." She's posting constructive review feedback on one issue, alleging sexism, but not showing us the rest of her review. Was this the only constructive feedback? Was every other item on the review favorable?

**Aug 4 2021 – Public Twitter.com Post**
- **Cher Scarlett:** I feel like I'm in the Twilight Zone apparently one of my colleagues was put on indefinite Administrative Leave after she posted about employee rights and her experience in speaking out against Apple/Sedgwick on her experiences trying to get accommodation under the ADA? [447]

**Aug 4 2021 – Public Twitter.com Post**
- **Zoe Schiffer** (Journalist): Also: Ashley first asked Apple employee relations to set boundaries with her managers while the investigation is ongoing. She said as a last resort they could place her on leave. They chose leave — and said it should start tomorrow.
  - o **N.O. (@shad0wfax_)** So? She set terms, asking then to set terms, and gave them options, and they took one of her options. So what?[448]

**Aug 4 2021 – Public Twitter.com Post**
- **Apple Insider:** Apple places female employee on administrative leave following tweets about sexism in the workplace https://appleinsider.com/articles/21/08/04/apple-places-female-employee-on-administrative-leave-following-tweets-about-sexism-in-the-workplace
  - o **Ashley Gjovik:** @appleinsider, if you're going to write a profile on someone, at the very least, reach out and ask them to comment before you publish. But, like, ideally with personal topics, ask them if they're okay with it and try to actually get the facts straight. This is ridiculous.
    - ▪ **Wes Hendrickson** (@hendrickson_wes): Newsworthy. White heavy check mark. First Amendment. White heavy check mark. Already public based on your own tweets. White heavy check mark. We Red heart freedom of the press! Rolled-up newspaper Partying face [449]
    - ▪ **Wes Hendrickson** (@hendrickson_wes): The free and independent press is a cornerstone of the American republic. Ashley appeared to want to work with "larger publishers" instead of this publisher. That's great! I'm thankful that I was made aware of her grievances from a small, independent news outlet. #FirstAmendment [450]

**Aug 4 2021 – Public Twitter.com Post**

---

[447] Twitter, https://twitter.com/cherthedev/status/1423020800660017154,
https://web.archive.org/web/20220129110147/https://twitter.com/cherthedev/status/1423020800660017154
[448] Twitter, https://twitter.com/shad0wfax_/status/1423142130554327043,
https://web.archive.org/web/20220129110159/https://twitter.com/shad0wfax_/status/1423142130554327043
[449] Twitter, https://twitter.com/hendrickson_wes/status/1423098117344350217
[450] Twitter, https://twitter.com/hendrickson_wes/status/1423102880005885952

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** When I say "unsafe #workconditions," I mean physically unsafe; #dangerous chemicals; #OSHA. You'll hear much more about this in a bit.
  o **N.O. (@shad0wfax_)** Yes, because a senior engineering program manager who raises genuine concerns about workplace safety to an employer should go to TWITTER and not OSHA or L&I to solve the issue. That's professional...[451]
  o **Dake Smith** (@dake_smith): DO U EVER WANT A JOB AGAIN ANYWHERE... BC CLEARLY U DONT HAVE THE BRAINCELLS TO MAKE IT ON YOUR OWN WAY IN THIS WORLD..... WHERE EXACTLY DO U THINK BITING THE LITERAL HAND THAT FEEDS U ... WILL GET U.. HONESTLY THINK ABOUT THAT.[452]
  o **Dake Smith** (@dake_smith): Haha hopefully hear more about u never getting another jobs and being washed up on the streets[453]

## Aug 4-5 2021 – Public Twitter.com Post
- **Ashley Gjovik:** #Apple employee relation's 1st #sexism investigation only arose while I was complaining about unsafe work conditions and related #intimidation. They tried to quickly brush me off & prevented me from raising more concerns. This time, I gave them 558 pieces of evidence to review.
  o **N.O. (@shad0wfax_)** Sharing this with Twitter will definitely help your case when OSHA and/or labor relations attorneys are involved... I'd have thought that a J.D. candidate would have more acumen when dealing with a combination of potential occupational safety issues and potential discrimination. [454]
  o **Dake Smith** (@dake_smith): Haha and your never coming back you clown ass fool [455]
    ▪ Liked by: *KingofGames (@k1ngofgam3s)*
  o **KingofGames** (@k1ngofgam3s): She likes the attention.[456]
    ▪ **Roxie C** (@RoxieC48054933): I totally agree. [457]
    ▪ **[Redacted]** Reported and blocked a second #troll account on this thread. @TwitterSafety @TwitterSupport please take notice and deplatform harassers.[458]
    ▪ **Ashley Gjovik:** I want attention? I'm already getting death & rape threats; suggestions to commit suicide. I expected it based on how toxic tech culture is. I decided it was worth

---
[451] Twitter, https://twitter.com/shad0wfax_/status/1423142822018908160,
https://web.archive.org/web/20220129110213/https://twitter.com/shad0wfax_/status/1423142822018908160
[452] Twitter, https://twitter.com/dake_smith/status/1423254573393797123,
https://web.archive.org/web/20220131070755/https://twitter.com/dake_smith/status/1423254573393797123
[453] Twitter, https://twitter.com/dake_smith/status/1423254691526451203,
https://web.archive.org/web/20220131070836/https://twitter.com/dake_smith/status/1423254691526451203
[454] Twitter, https://twitter.com/shad0wfax_/status/1423143553081827332,
https://web.archive.org/web/20220129105951/https://twitter.com/shad0wfax_/status/1423143553081827332
[455] Twitter, https://twitter.com/dake_smith/status/1423254970124718089,
https://web.archive.org/web/20220131070936/https://twitter.com/dake_smith/status/1423254970124718089
[456] Twitter, https://twitter.com/k1ngofgam3s/status/1423290263045242896,
https://web.archive.org/web/20220131041916/https://twitter.com/k1ngofgam3s/status/1423290263045242896
[457] Twitter, https://twitter.com/RoxieC48054933/status/1423293112013656064,
https://web.archive.org/web/20220131042006/https://twitter.com/RoxieC48054933/status/1423293112013656064
[458] Twitter, https://twitter.com/anoushnajarian/status/1423483438590529540

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

taking the risk to "take one for the team" for women in STEM. The system will never change if we don't speak up. [459]

- **KingofGames (@k1ngofgam3s):** If you didn't know that you were gonna get those type of threats then you are honestly still a child. There's always consequences to you actions whether good or bad. I dont think you are child so I believe you just want attention.[460]
  - **Shantini Vyas (@_shantini):** This coming from someone obsessed with games, wow so surprising [461]
  - **KingofGames (@k1ngofgam3s):** Another dried up 50 year old. [462]
- **War Printer (@N7Legends):** Post them threats, let's go public! [463]
  - **KingofGames (@k1ngofgam3s):** Lol facts [464]
  - *Liked by: KingofGames (@k1ngofgam3s), Peter Cramden (@reprobations)*
- **Peter Cramden (@reprobations):** Here, here! Please post the threats![465]
  - *Liked by: KingofGames (@k1ngofgam3s)*
- **[Redacted]** You should report the rape and death threats to the police, honestly.
  - **Peter Cramden (@reprobations):** Absolutely! I want to hear what the police have to say about these threats!
- **KingofGames (@k1ngofgam3s):** She tryna say stem & other male dominated fields females "alot of experience sexsism, sexual harassment and many other things along the lines". But men lie, woman lie and facts don't. So if she doesn't present any facts I'm not gonna take sides. But the burden of proof is on her [466]
  - **Cher Scarlett:** Get a life, maggot [467]
  - **KingofGames (@k1ngofgam3s):** I said she wants attention is all. Didn't say they were right or she was.[468]
- **ABM (@abm_111):** Copied this from someone else's comment on reddit. "They told her they were investigating it, gave her some paid leave options in the meantime, and asked her to stop posting potentially defamatory statements until the investigation was done... [469]

[459] Twitter, https://twitter.com/ashleygjovik/status/1423372685090856967
[460] Twitter, https://twitter.com/k1ngofgam3s/status/1423453566879076354
[461] Twitter, https://twitter.com/_shantini_/status/1423479971801141249
[462] Twitter, https://twitter.com/k1ngofgam3s/status/1423632148813291522
[463] Twitter, https://twitter.com/N7Legends/status/1423392523494596615
[464] Twitter, https://twitter.com/k1ngofgam3s/status/1424195050095980544,
https://web.archive.org/web/20220131045835/https://twitter.com/k1ngofgam3s/status/1424195050095980544
[465] Twitter, https://twitter.com/reprobations/status/1423445417237176320
[466] Twitter, https://twitter.com/k1ngofgam3s/status/1423465083741605890,
https://web.archive.org/web/20220131062148/https://twitter.com/k1ngofgam3s/status/1423465083741605890
[467] Twitter, https://twitter.com/cherthedev/status/1423630904778387458,
https://web.archive.org/web/20220131062901/https://twitter.com/cherthedev/status/1423630904778387458
[468] Twitter, https://twitter.com/k1ngofgam3s/status/1423489788255035393,
https://web.archive.org/web/20220131062242/https://twitter.com/k1ngofgam3s/status/1423489788255035393
[469] Twitter, https://twitter.com/abm_11110/status/1423223906899529730,
https://web.archive.org/web/20220202030133/https://twitter.com/abm_11110/status/1423223906899529730

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **ABM** (@abm_111) I dont think its entirely unreasonable and I think they were taking appropriate steps to protect the careers and livelihoods of others from potentially false accusations. Reading further into some of her complaints about sexism: https://pbs.twimg.com/media/E71OwotUYAEBcqw?format=jpg&name=small… [470]
  - *Liked by: Peter Cramden (@reprobations)*
- **ABM** (@abm_111) "tone policing" is sexism? She got feedback on her verbal communication skills during presentations and complained on social media it was sexism as if ending your statements like a question is exclusive to women only. [471]
  - *Liked by: Peter Cramden (@reprobations)*
- **ABM** (@abm_111):  Honestly apple should probably just let her go, she seems to be the one creating the hostile workplace environment"[472]
  - *Liked by: Peter Cramden (@reprobations)*
- **No. (@No577023010):** I'm sure they can't wait to waste their time with your "sexist" messenger logs. [473]
  - *Liked by: KingofGames (@k1ngofgam3s)*
  - **[Redacted]** Quit trolling loser. You made a no pic profile to taunt people. You sound like you could one of those employees under investigation. Hope everyone involved gets pursued by the full extent of the law.
    - **No. (@No577023010):** sneed [474]
- **Y0g0gorilla** (@y0g0gorilla) How is it unsafe? Will you die or get injured at work? [475]
  - *Liked by: KingofGames (@k1ngofgam3s)*
- **Mara O'Mania** (@mara_mania): Lol getting smothered by that unsafe water cooler as she wakes into wokeness the rest of the office female personnel. [476]
  - *Liked by: KingofGames (@k1ngofgam3s); Y0g0gorilla (@y0g0gorilla)*

**Aug 4 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** So, following raising concerns to #Apple about #sexism, #hostileworkenvironment, & #unsafeworkconditions, I'm now on indefinite paid administrative leave per #Apple employee relations, while they investigate my concerns. This seems to include me not using Apple's internal Slack.

---

[470] Twitter, https://twitter.com/abm_11110/status/1423224225540845575,
https://web.archive.org/web/20220202030219/https://twitter.com/abm_11110/status/1423224225540845575
[471] Twitter, https://twitter.com/abm_11110/status/1423224385914212352,
https://web.archive.org/web/20220202030229/https://twitter.com/abm_11110/status/1423224385914212352
[472] Twitter, https://twitter.com/abm_11110/status/1423224560330084352,
https://web.archive.org/web/20220202030310/https://twitter.com/abm_11110/status/1423224560330084352
[473] Twitter, https://twitter.com/No57702301/status/1423212901083537414,
https://web.archive.org/web/20220131071904/https://twitter.com/No57702301/status/1423212901083537414
[474] Twitter, https://twitter.com/No57702301/status/1423287219431763968,
https://web.archive.org/web/20220131071833/https://twitter.com/No57702301/status/1423287219431763968
[475] Twitter, https://twitter.com/y0g0gorilla/status/1423126948465635336,
https://web.archive.org/web/20220131072303/https://twitter.com/y0g0gorilla/status/1423126948465635336
[476] Twitter, https://twitter.com/mara_mania/status/1423250672770813955,
https://web.archive.org/web/20220131072255/https://twitter.com/mara_mania/status/1423250672770813955

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **N.O. (@shad0wfax_)** When you air your dirty laundry on the public stage, it shouldn't surprise you when the public focuses on the stains. Many of your tweets lack context, are one- sided, and include inflammatory hashtags. Consider presenting your case logically and professionally.[477]
- o **Dake Smith (@dake_smith):** Haha starts something no one cares about.... Calls every one toxic... They got a bed at the luny bin waiting on you [478]

**Aug 4 2021 – Public Twitter.com Post**
- - **Zoe Schiffer** (Journalist): Apple just placed  @ashleygjovik on administrative leave while the company investigates claims she made about a hostile work environment. Ashley has been openly tweeting about her experiences with sexism at the company: **[Retweet:** *Verge: Apple places female engineering program manager on administrative leave after tweeting about sexism in the office ...]*
  - o **N.O. (@shad0wfax_)** So an alleged victim claims sexism, creates a Twitter storm about it, sets terms for the company to follow, including "put me on leave" and they put her on leave... How is this remotely newsworthy?[479]
- - **Zoe Schiffer** (Journalist): Apple employee relations also implied they did not want Ashley on Slack while the investigation is ongoing. The senior engineering program manager has been vocal internally about her concerns with certain Apple policies.
  - o **N.O. (@shad0wfax_)** It's standard policy to request that people don't comment on an ongoing investigation. It's very hard to assess if a situation is, or is not, harassment, if the complainant in an investigation is waging a campaign on internal and external platforms while claiming to be a victim.[480]

**Aug 4 2021- Public Reddit Post** [481]
*Reddit: Apple places female engineering program manager on administrative leave after tweeting about sexism in the office*
- - **Ok-Potential-8543**:[Suspended]  Imagine working with that? She is unbearable. I pity her fellow colleagues, especially her line management. Hopefully they will terminate her employment forthwith.
  - o **Muuus:** Hope they fire her – she is obviously grasping at straws.
  - o **[Deleted Account]** Sounds like a mistake to hire her in the first place. No way someone like that works well in teams.
- - [Redacted] Yeah sure, it seems like any of these post about her have people posting the same storyline in the comments. Oh "dramatic" etc. Something Sus…. Like it's damage control. Someone who "doesn't have a dog in the fight" doesn't go so hard on trying to make her seem like a bad person. I don't tend to believe people who work for a company genuinely want to be unhappy and be in that situation so I lean towards believing it. Apple has a lot of nasty FBI employees in their rank, so if

---

[477] Twitter, https://twitter.com/shad0wfax_/status/1423144462230851587,
https://web.archive.org/web/20220129105954/https://twitter.com/shad0wfax_/status/1423144462230851587
[478] Twitter, https://twitter.com/dake_smith/status/1423255342226493440,
https://web.archive.org/web/20220131071122/https://twitter.com/dake_smith/status/1423255342226493440
[479] Twitter, https://twitter.com/shad0wfax_/status/1423146035833040898,
https://web.archive.org/web/20220129110129/https://twitter.com/shad0wfax_/status/1423146035833040898
[480] Twitter, https://twitter.com/shad0wfax_/status/1423145595506552839,
https://web.archive.org/web/20220129110124/https://twitter.com/shad0wfax_/status/1423145595506552839
[481] Reddit, https://www.reddit.com/r/technology/comments/oy2vj8/apple_places_female_engineering_program_manager/

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

anyone doesn't think they don't know dirty tactics, knowing they're backed by the richest company's lawyers… I'd really like to believe Apple is some how a genuinely great and ethical company but being a nicer company than other corporations is still below where the bar should be. [482]

- o [**Redacted**] Some readers here might not remember it was not all that long ago (just about ten years) when Apple was on the business end of a great big investigation (and fine) by the US government for anticompetitive behavior that artificially drove down employee salary.
- o [**Redacted**] Yep, I honestly have even forgot about that. I do remember it though now that you mentioned it. Messing with people's pay is pretty bad.

-

**Aug 4 2021 – Public Twitter.com Post**
- ▪ **Timnit Gebru (@timnitGebru):** As I mentioned before, Apple operates with impunity. I have so many stories from my days there. And given that they're not on the spotlight, the message they receive is that their approach is working. [483]
  - o **Quote Retweet: Ashley Gjovik**: So, following raising concerns to #Apple about #sexism, #hostileworkenvironment, & #unsafeworkconditions, I'm now on indefinite paid administrative leave per #Apple employee relations, while they investigate my concerns. This seems to include me not using Apple's internal Slack. [484]
  - o **Cher Scarlett**: Thank you Timnit

**Aug 4 2021 – Public Apple Insider Post [485]**
*Apple Insider: Female Apple employee put on administrative leave following tweets about sexism in the work...*
- **Rayz2016:** *"I added that if there was no other option they could give me paid administrative leave."...* and this is where I started to get suspicious.
- **Applesauce007:** It is remarkable how Covid-19 isolation can negatively affect some people who are well off much more than some others who are struggling to survive.
  - o **Applesauce007:** *"Ok, you want me to put my life at risk, decrease my productivity, and you're not giving me any logic on why I actually need to do that?"* Many companies would fire people for this statement alone. Sometimes people need to be reminded that they are not indispensable. Let's

---

[482] Twitter, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/hcagk42/, https://web.archive.org/web/20220207031613/https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/hcagk42/
[483] Twitter, https://twitter.com/timnitGebru/status/1423049601058316290 , https://web.archive.org/web/20220131065019/https://twitter.com/timnitGebru/status/1423049601058316290
[484] Twitter, https://twitter.com/ashleygjovik/status/1423014977661591552
[485] Apple Insider, https://forums.appleinsider.com/discussion/223222; https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p2, https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p3, https://web.archive.org/web/20220128050644/https://forums.appleinsider.com/discussion/223222; https://web.archive.org/save/https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p2 , https://web.archive.org/web/20220131075156/https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p3

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

see, I drive to work in my private car, park in my private parking and work in my private air purified office with the option of working from home if I want to. Oooh, ain't life a bitch!"

- o **Applesauce007:**"*Ok, you want me to put my life at risk, decrease my productivity, and you're not giving me any logic on why I actually need to do that?"* I just can't get over this statement. It is so unbecoming of a manager, let alone an Apple program manager.

- **Red Oak:** She seems more than a little unstable if you look at her Twitter history.  Best if Apple shows her the door  IMO  PS -  She has about a zero chance of ever working at a leading tech firm ever again

- **Genovelle:** That intonation quirk is confusing and almost painful to listen to for me. I've sat through a few presentations that I was so distracted from wanting to get out of the room I didn't hear half of what she said**.**

- **Tommikele:** Anyone with a brain doesn't take the route this woman has taken unless they know it is already over.

- **Rayz2016:** She's not planning on going back to work.  She's planning to blackmail Apple into getting rid of her with a large severance payment, and then setting herself up as a Twitter personality who advises other people on how to blackmail their employers into letting them work from home.

- **Beats:** Who hired Karen? The compliment on her speech is sexist? Give me a break. The complaint about paid leave is icing on the cake. Also, more excuses to stay at home? She is the definition of first-world problems. The type of female that will complain about sexist air conditioning and ignore the cries of children in sweat shops: https://youtu.be/MNH0bmYT7os. Breaking news! Websites reporting on the story confused this person as female.  The person whining is actually a male named Tom! Time to retract your statements and tell Tom he's a wussy and to"man-up".

- **Dewme:** Her interview with Verge shows a propensity to glom on to currently popular grievance hashtags that are used to garner attention and trigger emotional reactions in the court of public opinion. The problem with this tactical decision is that facts of the individual case get obscured and convoluted because the individual case is now seen as simply another shameful incident to justify the righteous crusade against an evil oppressor, which in this case is Evil Big Tech Giant Apple. To put it more simply - this has all of the signs of an attempt to manipulate public opinion against Apple for personal gain.  It sounds like Apple has all of the processes in place, like the EAP, to handle personnel issues within the organization. These programs are specifically designed to allow individuals to bring issues and concerns to light without having to go through the normal reporting channels, i.e., bypass the chain of command. It sounds like this employee decided that Twitter was a better path to resolving the issues rather than the EAP. This is a huge escalation because it goes from "I have an issue with my employer that needs to be resolved to our mutual benefit." to "My employer has an issue that needs to be ratted out to the entire world." Unfortunately, in the realm of social media and global connectivity the singular to global escalation of grievances only takes a few keystrokes and a couple of minutes to launch. That's not a lot of time for contemplating the full consequences of one's actions. Continuing a one-sided attack on other channels like Slack, where the other party is not in a position to defend themselves, or in this case I suspect, point out the fallacies being promoted in a way that would likely offend the person if presented in a public setting, is not any more appropriate. There are simply some things that need to be dealt with in a private setting, not as a way to suppress or cover them up, but because the people involved are still people and you don't want to humiliate them publicly, even if they seem hellbent on doing it themselves.

- **Lkrupp:** She's probably already talking to a lawyer about the lawsuit she plans to file against Apple. The lawyer? Why, Gloria Allred of course!

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Dewme:** No system is perfect, but what's the alternative to programs like Apple's EAP? The court of public opinion and assumed guilt? The very title of this article is very much biased towards an assumption that Apple is guilty and has taken steps to retaliate against the assumed victim.  Everyone needs to get their voice heard in a fair and unbiased forum, the accused and the accuser. However, once one side of the dispute escalates the dispute to a global public forum where only one side is free to state their case, it turns into a shitstorm that one side or the other thinks needs to be extinguished with cold hard cash. Apple and other publicly owned companies are never going to argue their case out on Twitter. Doing so would be insane and damaging to their stakeholders, no matter the outcome.  The EAPs that I've been involved with had clearly stated processes for how cases were handled, including how the accused individuals were brought into the loop and what the accused or those in the chain of command could and could not do, especially when it comes to retaliation. This is all fine and good, but like any process with humans in the loop it's always limited by the reality that some people are simply assholes who derive pleasure from making other people miserable. That's an unfixable problem.
- **Beats:** I'm surprised Apple allowed her to work there while badmouthing the company. I would have gotten rid of that b**** so fast without extra compensation. Even now she's still getting paid and still talking sh**. How much paid leave did that sexist "evil" male get that was fired a few months ago? EXACTLY.
- **Doval**: Just look at this woman's Twitter history and judge for yourself. She needs psychiatric help . Apple or the "leadership" is not the problem here. Try to find one thing in her life she doesn't have an issue with. Case closed. Also, I looked at the woman linkedn, the fact she has been promoted as much as she has in the last 6 years is what needs investigation quite frankly.  And she is also studying in law school , which I bet Apple is paying for. the fact Apple hasn't fired this type of employee actually speaks volumes how Apple is bending over backwards for her and it's that type of bending over that has fostered this type of employee.
  - **Doval**:   What this woman needs is psychiatric help and confinement
  - **Doval**:   Agree, just read through her Twitter. This woman is a psychopath and frankly is a danger to other Apple Employees! Would any of you feel safe working alongside a person like this? Be honest! Apple needs to bring the hammer and make an example of people like this, men or women
  - **Doval**: Ambulance chasing psychopath, look through her Twitter you will know
  - **Doval**:: This woman is the problem. Look at her Twitter , she needs a psychiatric evaluation
  - **Doval**: Looking at her LinkedIn, what needs investigation is why an unqualified white woman got so many promotions in 6 years at Apple while other minorities probably didn't

## Aug 4 2021 – Public 9to5Mac.com Article [486]
*9to5Mac: Apple engineering manager put on administrative leave after complaining about sexism at work*
- **RevueltaElCapitan:** Problem is: this is the same person a week ago disclosed the survey Apple was doing for screening employee who got either vaccinated or not. This is also coming from the very same journalist from the Verge, who obviously is not even able to protect her sources too in her investigation against Apple "abusing" employees for wanting them back to work in person. At least take this with a grain of salt.

---

[486] 9to5Mac, https://9to5mac.com/2021/08/04/apple-engineering-manager-put-on-administrative-leave-after-complaining-about-sexism-at-work/; https://web.archive.org/web/20220128061601/https://9to5mac.com/2021/08/04/apple-engineering-manager-put-on-administrative-leave-after-complaining-about-sexism-at-work/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **RevueltaElCapitan:** Well it doesn't look like that by your comments. It looks like you tend to agree with accusations made in Twitter by this employee. Note that this person had filed similar allegations back in 2018 and they were proved false. Also keep in mind that this is the same employee who a week ago or so disclosed the Apple internal survey to screen for vaccination rates in its employees population, posting it on Twitter and saying: "no way I'll answer to such question" (despite the survey contained also a choice as in "prefer not to answer"). Moreover this whole thing is pushed on "The Verge" by the same "journalist", who seems to really try hard to find Apple guilty of misconduct towards its employees, probing every possible field, from WFH policies, now getting to sexual harassment… looks like she only has an hammer, thus she only sees nails. PS "Verge" is the phallic symbol.
- **RevueltaElCapitan:** This particular "alleged victim" made similar allegations back in 2018: those were found false.
- **Construction_Contracts:** He knows everything because she posts everything.
- **Construction_Contracts:** 3 sides. Her side, his side, the truth.
- **Steve Harvey:** This girl sounds like a total drama queen. There may be issues but none of them are that bad. Plus you can't go bad mouthing your company on social media like that. If there are real issues, work with HR, if they don't comply, then you talk to the proper business authorities in the jurisdiction. But I'm guessing there's no problems to that level and this woman just was a drama queen and was being a distraction for the company and for her team. As an Apple shareholder I hope they terminate her employment completely.
- **Construction_Contracts:** Everyone wants to be a victim. Cancel culture told them they have to play this card and get attention.
- **RevueltaElCapitan:** It's exactly the same person leaking to the Verge: this is the employee last week had leaked the internal survey for screening vaccinations.
- **RevueltaElCapitan:** Zoë, Zoë… this one will backfire too…

## Aug 5-6 2021 – Public Twitter.com Post
- **Ashley Gjovik:** Me: "I think hatred of women might still be a thing, y'all." Internet: "If you didn't know you were going to get [death and rape] threats [for speaking out about sexism], then you are honestly still a child."
  - **KingofGames** (@k1ngofgam3s): You made a serious claim without any evidence besides your word. Why should I take your word? Cause you are a women? For every action there's a reaction. Also if they really did "hate women" you wouldn't have been hired in the first place. [487]
    - **Cher Scarlett (@cherthedev):** She gave them evidence - a mountain of it. She's also not alone. [488]
    - **KingofGames** (@k1ngofgam3s): Another feminist… [489]

## Aug 5 2021 – Public Twitter.com Post

---

[487] Twitter, https://twitter.com/k1ngofgam3s/status/1423633319372206090,
https://web.archive.org/web/20220131062501/https://twitter.com/k1ngofgam3s/status/1423633319372206090
[488] Twitter, https://twitter.com/cherthedev/status/1423642155113873412 ,
https://web.archive.org/web/20220131062549/https://twitter.com/cherthedev/status/1423642155113873412
[489] Twitter, https://twitter.com/k1ngofgam3s/status/1423816397650599942 ,
https://web.archive.org/web/20220131062628/https://twitter.com/k1ngofgam3s/status/1423816397650599942

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Lord have mercy. Here's my "#Apple ER said it's ok" for today. I sent them my annual reviews noting I shouldn't be "overbearing" or "#emotional," shouldn't express "#anger or frustration," and I "can cause #anxiety for herself." Formal review. ER said it's fine. Shut this down.
  - o **N.O. (@shad0wfax_)** Oh look, more one liners or of context. Post your entire review if you want to be taken seriously.[490]

**Aug 5-6 2021 – Private Texts and Voicemail**
- **Christy Dehus (Text Message):** "Hi Ashley – I recently have left Apple and had similar experiences and raised numerous red flags regarding human rights internally. I'm here as a resource, I'm so sorry this is happening to you too and I'm in awe of your courage to fight back.. I don't know what Signal is, but would live to chat. I just left you a voicemail, my number is [Redacted]
- **Christy Dehus (Voicemail):** Hey Ashley this is Christy. Just connected on Linked In. I don't know what Signal is I saw your phone number so I just thought I'd reach out you know um this is just really terrible and um it may be helpful for me to just share some of my experiences and um just for my own healing journey but um I just really admire your courage and your strength and um yeah I just I'm just really that's all so thank you for doing that. My number is…" Whenever you are free, would be great to chat I think."
- **Christy Dehus (Text Message):** "im glad to be of service – rooting for you"

**Aug 6 2021 – Public Twitter.com Post**
- **Ashley Gjovik**: Waiting to see #Apple ER's "issue confirmation" of what they will investigate this time. I raised 558 pieces of evidence & 13 people of concern. When they put me on leave on Wed they said they'd only investigate 2 people because "it's simpler." Do the right thing, @Apple [491]
- .**Y0g0gorilla (@y0g0gorilla):** You know the problem could be you right. You every thought about that[492]

🍎 **AUG 12 2021 – ASHLEY GJOVIK FILES COMPLAINT WITH EEOC** [493]

**Aug 12 2021 -- Public Twitter Posts**
- **Cher Scarlett (@cherthedev):** I've been contacted by multiple colleagues to warn me that retaliation efforts have started, and that they are being told not to participate in the Apple pay transparency survey. This is illegal. Please reach out, I will get you in touch with my legal team at no cost to you. [494]
  - o **Dennis Walsh** (@lawjolla): If your legal didn't tell you to remove this post, you need a new legal team. Sincerely, a member of the CA Bar.

---

[490] Twitter, https://twitter.com/shad0wfax_/status/1423345696761995270,
https://web.archive.org/web/20220129105849/https://twitter.com/shad0wfax_/status/1423345696761995270
[491] Twitter, https://twitter.com/ashleygjovik/status/1423673208834715652 ,
https://web.archive.org/web/20220131062725/https://twitter.com/k1ngofgam3s/status/1423632148813291522
[492] Twitter, https://twitter.com/y0g0gorilla/status/1423678548003278850,
https://web.archive.org/web/20220131053315/https://twitter.com/y0g0gorilla/status/1423678548003278850
[493] Twitter, https://twitter.com/ashleygjovik/status/1429626729631391749
[494] Twitter, https://twitter.com/cherthedev/status/1426033885356326912,
https://web.archive.org/web/20220129105857/https://twitter.com/cherthedev/status/1426033885356326912

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ■ **Beezie Wacks** (@beezie_wacks): Anything @cherthedev is provided is likely to be subject to public scrutiny. More ammo for interpretation. They don't share her narrative and it doesn't looks like she believes in the company's principles[495]l
- ■ **Beezie Wacks** (@beezie_wacks): Plus, looks like [Cher Scarlett] just wants to collect disabilities monies and do very little for the company. [496]l
- ○ **Cher Scarlett** (@cherthedev)**:** Why is an IP lawyer commenting on my choice in legal team regarding employment law? Do you know what my goal is here in saying what I've been told by my colleagues? How would the CA Bar interpret your tweet here?
  - ● **Dennis Walsh** (@lawjolla): Cher: "stay in your lane!" Also Cher: "let me 'splain the law to an attorney"
- - **Apple Employee: I joined Apple because it seemed like the only moral way to be in big tech. This is immensely disappointing :(**
  - ○ **Cher Scarlett** (@cherthedev)**:** Same :/ turns out there are rotten, unethical apples. And at a company where loyalty and silence is valued, getting anyone to do anything here is going to be difficult [497]
  - ○ **Cher Scarlett** (@cherthedev)**:** and that doesn't really do anything anyway, unless you are the one being targeted, or you can give your seat to someone less privileged than you we don't need people to quit, we need people to stand up to them by reporting things, either inside, to an external auth, or both [498]
  - ○ **Cher Scarlett** (@cherthedev)**:** if everyone who reached out to me filed a report with business conduct, DFEH, and/or EEOC, Apple would be forced to clean house [499]

## Aug 12 2021 -- Public Twitter Posts

- ● **Ashley Gjovik:** I actually warned the 2nd #Apple ER investigator after he kept telling me our conversation was "confidential," that he already admitted it was not, & also as an attorney he may actually be violating the rules of professional responsibility by misrepresenting his interests with me
  - ○ **Beezie Wacks** (@beezie_wacks): So basically, anyone who talks to you is gonna get outed on any public forum you post to? Are you someone who can be trusted, like ever? If you're gonna be a lawyer, who has attorney-client expectations, what client will trust you won't use their words against them later?[500]
    - ■ **[Redacted] You only follow 3 female Apple employees**
    - ■ **[Redacted] Who are you?**
      - ● **Beezie Wacks** (@beezie_wacks): You remind me of the babe!

---

[495] Twitter, https://twitter.com/beezie_wacks/status/1426405568743231490 ,
https://web.archive.org/web/20220131041248/https://twitter.com/beezie_wacks/status/1426405568743231490
[496] Twitter, https://twitter.com/beezie_wacks/status/1426405705104297986,
https://web.archive.org/web/20220131041329/https://twitter.com/beezie_wacks/status/1426405705104297986
[497] Twitter, https://twitter.com/cherthedev/status/1426186043120754699 ,
https://web.archive.org/save/https://twitter.com/cherthedev/status/1426186043120754699
[498] Twitter, https://twitter.com/cherthedev/status/1426265077993201671
[499] Twitter, https://twitter.com/cherthedev/status/1426265205282013185,
https://web.archive.org/web/20220131041619/https://twitter.com/cherthedev/status/1426265205282013185
[500] Twitter, https://twitter.com/beezie_wacks/status/1425921919447040003,
https://web.archive.org/web/20220129105904/https://twitter.com/beezie_wacks/status/1425921919447040003

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

**Aug 11-12 2021 – Private Emails & Texts**
- **Christy Dehus:** We do need to get our box folders set up and sign an MOU to protect us both, my consulting firm and confidentially. All the tasks! Lmk when your ready. Heard from ny times! I'll manage the dude crew. Be prepared to win partner!
- Ashley Gjovik: Sorry trying to read through all of your emails... and working on my paper and everything else. I sent the email the reporters as you requested but I assume they'll reach out to you directly like you asked them to if they're interested. I haven't heard anything from them in response -- but like I mentioned they usually only talk to me on Signal anyways. As for a MOU or something... sorry if I made you think otherwise, but I thought we were just networking and brainstorming informally. I'm partnering with a lot of awesome women right now, like yourself, and trying to strategize how I get myself out of my current situation. I'm not looking to get into or form anything formal at all -- especially with how much flexibility I need right now. I read the email you forwarded -- I think your situation is a bit more complicated. They probably have more latitude to restrict business activities so I'd suggest talking to a lawyer about your specific situation, if you haven't already. I hope you're well and having a nice week. I'm going to be heads down for a bit trying to finish my term paper. Let's catch up in a bit.
- **Christy Dehus:** No worries on the mixed signal (on signal!). I'm happy to keep networking and brainstorming. I am a consultant though and I charge an hourly rate. Feel free to ping me anytime on Linkedin or this email for Queen support! I'll help as much as I can. NYT did reach out, so I will work with them on an MOU etc. I really appreciate you making that introduction. You did GREAT work. I cannot wait to see where your legal journey goes and support you however I can along the way. Always feel free to ping me ok? I'm here for you as a friend and support person. Let me know :-)
- **Christy Dehus:** As you've refused to provide written agreement to the email provided to you regarding my academic work and resources this will serve as final documentation on my intellectual property. This is not a threat, and I'm unclear why you feel that way. You responded to my LinkedIn request considering my Human Rights expertise at Apple and then we had a phone call where you stated I was your best friend for providing you human rights legal resources. If there was a miscommunication that is on your part and I suggest you find help for that. I have my own personal and professional issues. I thank you for the intro to the New York Times. I'll be working with them directly, I'm grateful for that courtesy on your part! This will serve as documentation that we are in agreement on my professional resources provided to you pro Bono this week as you've refused to provide a professional courtesy on my human rights work. Best of luck to you on all fronts
- **Christy Dehus:** I'm confirming your request to terminate contact. Attached is my business information, which is active with the state of Colorado. If any of my information is leaked to the press or used in your research papers for your law degree there will be consequences. If you refuse to reply to this email, that is further damaging evidence as I have owned my own business for 10 years. I've worked in the human rights field for 26 years. I'm well aware of my legal rights and have hired lawyers during my time at Apple to protect them. If need be, I will also be filing action if any of my information disclosed to you on Linkedin or Signal is released. I've documented it all, along with your phone call to me to which I gave you hours of my time for free to get a partnership started. If you misunderstood, that is your problem - not mine. I've clearly communicated my work which has always remained on my Linkedin profile. I'm willing to call the time I lost last week and this week as pro-bono work, but your failure to

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 77 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

provide written confirmation may complicate your professional and personal matters further. This is not a threat. I have my own LLC to protect and I am very clear on all of my legal rights. Best of luck at Santa Clara University and at Apple. I appreciate your introductions. There are boundaries between professional networking and brainstorming - which you have violated on my time. That is time I lost on my consulting business. I've documented this all on Signal and Linkedin and have blocked you on both platforms. I'm requesting a formal reply by email that this information is clear and this will be our last communication as you choose to block me on Signal and end communication. If I do not receive an email reply from you by Friday, August 13, 2021, then I will bill you for my time. I will email you an invoice for lost hours on my consulting business. I'd prefer to avoid having to bill you and follow up for payment, and it sounds per your personal and professional crisis that you would like the same.

- **Ashley Gjovik:** We were never in contract. I've never agreed to even consider negotiate a contract with you. Our exchanges have been nothing more than information conversation between colleagues / ex-colleques. You reached out to me, not the other way around. In fact you have asked me to provide you help (connecting you with journalists). Yesterday I told you we're not in any sort of business arrangement and we were simply having a friendly conversation. I also expressed concerns that you abruptly turned a friendly conversations into threats that there is an implied contract, threatening me with litigation, and threatening me vaguely with "there will be consequences." You keep mentioning your papers are your intellectual property -- and while I'm sure that's true due to basic copyright laws -- however your numerous, persistent emails and messages somehow inferring that you sharing a couple essays puts us in contract with either other is not based on reality. You just send an email saying your services (I never asked for) were pro bono, then then now now threatening me with "billing" for a conversation that no reasonable person should think was a consulting service. As mentioned yesterday, I deleted the emails you sent me with the paper (which I never even opened or read), & I blocked you from my contacts (Linkedin, Signal, & here) due to this continued harassment. I only happened to see this email in Spam folder and am replying because I want to again recommend you seek the advice of attorney (you seem to have some fundamental misunderstanding of the law). [Redacted medical info] However that being said, this is my final warning for you to stop harassing me. If I hear from you again I will report it to the police. And if I hear from you again after that I will file a restraining order.

- **Christy Dehus:** Hi Ashley, Here is your documented evidence on our communication from last week to this week. Best of luck, I've already sent Jack plenty of information for an article and on to Apple as well in response to the false allegations from the following article you decided to publish, along with your Linkedin updates and false allegations that Santa Clara University is killing you with COVID-19. I managed COVID-19 at Apple in 2020 and 2021. The press, the UN, and the ICC take universal health very seriously. I've advised Apple on courses of legal action and to the press to bury this article as it is false news and no different than Donald Trump tweeting in 2015 and 2016. They will also get a copy of the below-documented evidence to take their next course of action as it is clear Admin leave from Apple was the right call. The allegations you raised in your Verge article are false facts and they should be factually corrected by the press. I am now out of pocket $10,000 for my hourly rate on my LLC, which for my corporate clients I charge $2500 for a phone call and $1000 for each additional communication on Linkedin, Signal, and Email.

- **Ashley Gjovik:** As emailed separately -- I DO NOT agree that any consulting services were provided. We were never in any type of business arrangement and if anything, I provided you help, not the other way around. As mentioned in the other email, if you contact me again I will file a police report.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** As emailed separately, I never entered into any type of contract or agreement with you Christy. We've never had a business arrangement and there is no contract or implied contract. Further I never said anything to you about my own relationship with the press. Please do not speak on my behalf.
- **Christy Dehus:** "I do not take threats to my business. If you decide to take such extreme action on a business negotiation, Apple will be reaching out to you to pay me for a $10,000 business loss I now have due on your lack of professionalism. This has been reported so your Verge article will be buried. You refuse to sign a confidentiality agreement and MOU with me. You are liable as an individual and small claims court is a legal option for me. Good luck calling the police . . . I will call the police and file a restraining order if I hear from you again, and go to the courtroom to file a suite to protect my LLC. You will receive an invoice from my loss of time on business. This email is also classified as confidential information. Good luck with the police and a restraining order." "If I receive anything from the police regarding a restraining order from you, the following below email goes directly to Tim Cook and Diedre O'Brien. I've informed Apple they should fire you immediately for tarnishing my human rights reputation."

🍎 **12-13 AUG 2021 - ASHLEY GJOVIK CALLED THE POLICE ON AUG 12 AND THEN FILED PAPERS REQUESTING A RETRAINING ORDER AGAINST CHRISTY DEHUS**

**Aug 13 2021 -- Public Twitter Posts** [501]
- **Ashley Gjovik:** I'd like to put the "I'm doing this for $ / my career" gimmick to bed. I made $386k at #Apple last year with salary/stock/bonus (pay transparency!). There is no $ incentive for me to speak out. Also, discrimination is everywhere and wherever I work after this, this will follow me
  - **Beezie Wacks** (@beezie_wacks): Was watching "One Day In America" and thinking of the victims of 9/11, and wondering, so many people died during this tragedy. More people are dying in the world - from COVID-19, from wars, from oppression of culture, from suicide. What's this world coming to?
  - **Beezie Wacks** (@beezie_wacks): Clearly, they paid you too much for tweeting.

**Aug 13 2021 -- Public Twitter Posts** [502]
- **Ashley Gjovik:** You created a Twitter account just to harass me... I think you mean "we pay you too much," Beezie.
  - **Beezie Wacks** (@beezie_wacks): I did? What else did I do just for you, @ashleygjovik?
    - **Ashley Gjovik:** Apologies, Beezie. You created an account just to harass me, and also Cher.
      - **Beezie Wacks** (@beezie_wacks): Wow. Gaslight, much? Two posts, one asking about your execution of confidentiality is "harassment?" https://eeoc.gov/harassment - do provide.
        - **Ashley Gjovik:** You sure know a lot about employment law, Beezie.
          - **Beezie Wacks** (@beezie_wacks): GIF: "Keep telling yourself that."

---

[501] Twitter, https://twitter.com/ashleygjovik/status/1426269321496387585
[502] Twitter, https://twitter.com/ashleygjovik/status/1426413341900111876

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Beezie Wacks** (@beezie_wacks): I don't think "harassment" means what you think it means. https://t.co/vUiaKGlYZp
- **Ashley Gjovik:** I'm fairly sure EEOC only applies if you're my employer. Are you trying to tell me something, Beezie? Tim, is that you?
  - **Beezie Wacks** (@beezie_wacks): *Image*: You know what? You are rude and sloppy and frizzy. I don't like you at all.

**Aug 17 2021 – Private Text Message**
- **Cher Scarlett to Gjovik:** And for lawyer Zoe [Schiffer at Verge] hooked me up with a NYC lawyer who is putting me on retainer with no fee. Just % of winnings if lawsuit. I just feel so alone and isolated. It would be nice to be part of something bigger. And not feel so terrified.
- **Cher Scarlett to Gjovik:** HOW DO YOU NOT TELL ME YOU GOT ISSUE CONFIRMATION. Also lol @ "Apple Confidential" as if slapping that on anything makes it covered by NDA.

**Aug 17 2021 – Public Twitter.com Posts**
- **Cher Scarlett** (@cherthedev)**:** Folks in my DMs asking if this is real: It is. I don't have access to it in Radar. *[Image of "Make Ashley's Life a Living Hell" Radar]* [503]
  - **Cher Scarlett** (@cherthedev)**:** Someone with access confirmed that it is still there. Baffling. [504]
    - **[Redacted]** Real talk at what point do you get a lawyer?
    - **Cher Scarlett (**@cherthedev)**:** Last week lol [505]
  - **Vallery Lancey:**  Yep, it ruined my day yesterday to find. [506]
  - **Jeremy Rickard:** 100% still there and disgusting. [507]
  - **Brian Gannin** (employer): And very gross [508]
  - **Bryan Bartow** (employer): Unbelievable [509]

**Aug 19 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** Sooo, #Apple has pics of my boobs. During a discovery thing 3yr ago, legal forced me to hand-over all my texts. They refused to let me delete anything, even "fully personal," even when I said "by fully personal I mean nudes." They said they're in their "permanent evidence locker"

---

[503] Twitter, https://twitter.com/cherthedev/status/1427623236745920512,
https://web.archive.org/web/20220131045153/https://twitter.com/cherthedev/status/1427623236745920512
[504] Twitter, https://twitter.com/cherthedev/status/1427762370869272584,
https://web.archive.org/web/20220131053553/https://twitter.com/cherthedev/status/1427762370869272584
[505] Twitter, https://twitter.com/cherthedev/status/1427763914788413447,
https://web.archive.org/web/20220131053600/https://twitter.com/cherthedev/status/1427763914788413447
[506] Twitter, https://twitter.com/vllry/status/1427767347452911619,
https://web.archive.org/web/20220131053609/https://twitter.com/vllry/status/1427767347452911619
[507] Twitter, https://twitter.com/jrrickard/status/1427769622997078019,
https://web.archive.org/web/20220131053622/https://twitter.com/jrrickard/status/1427769622997078019
[508] Twitter, https://twitter.com/bgannin/status/1427780288424210434,
https://web.archive.org/web/20220131053828/https://twitter.com/bgannin/status/1427780288424210434
[509] Twitter, https://twitter.com/bryanbartow/status/1427827347290525701,
https://web.archive.org/web/20220131053633/https://twitter.com/bryanbartow/status/1427827347290525701

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

- o **Y0g0gorilla** (@y0g0gorilla): I assure you no one wants to look at your nudes [510]

**Aug 20 2021 – Public Twitter.com Post** [511]
- o **John Tarlon** (@johntarlon) Take a look at some of Ashley's complaints... She sure seems like a totally normal, well-adjusted adult. https://twitter.com/ashleygjovik/status/1428554056541229056
  - o **Patrik S** (@PatrikS62037281): Also see https://news.ycombinator.com/item?id=28243719
    - *Liked by: John Tarlon (@johntarlon)*
    - **John Tarlon** (@johntarlon) Wow... This person is literally mentally sick and needs help. It's actually quite sad.
  - o [Redacted:] You forgot to tag @ashleygjovik Would you mind sharing with the class what part of reporting assault & battery, bribery, wrongful termination, sexual assault, sexual harassment, and other hostilities is incongruent with "normal, well-adjusted" adulthood?
    - **John Tarlon** (@johntarlon) She's lying or exaggerating most of her claims. Either that or Apple is really a North Korean concentration camp and she is being attackd by multiple co-workers all the time for absolutely no reason. And I didn't forget to tag her - I just didn't bother.

**Aug 20 2021 – Public Twitter.com Post**
- o **Ashley Gjovik:** "My tenure at Apple has been full of horrors." - me to #Apple employee relations, twice this year
- o **Patrik S** (@PatrikS62037281): https://t.co/lK2N7MCCkx (**aaaaaaaaaaab** at https://news.ycombinator.com/item?id=28243719) [512]

**Aug 20 2021 – Post on HackerNews.com** [513]
*Apple explicitly asks employees to merge their personal and work accounts* [514]
- - **Aaaaaaaaaaab:** Fyi, she's the same woman whose apartment complex was apparently built on toxic waste that made her sick (only her), yet noone could measure any harmful substance in her apartment, the authorities couldn't help and tried to cover it up. [1] It seems strange that she happens to be also the victim of organized workplace harrassment at Apple. And again, the authorities (internal Employee Relations) refused to help, and tried to cover it up…? Either she's the most unlucky person… or maybe it's all in her head? Take a look at her website documenting her "ordeals" at Apple [2] To me, it looks like the scrapbook of a paranoid schizophrenic who meticulously collects "evidence" on their "gangstalking"… Just look at this tweet [3] where she talks about fighting Apple, Northrop Grumman (!) and the Irvine Company, and tell me with a straight face that she's not a wacko. [1] https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apart... [2]

---

[510] Twitter, https://twitter.com/y0g0gorilla/status/1436256958688886786,
https://web.archive.org/web/20220131053605/https://twitter.com/y0g0gorilla/status/1436256958688886786
[511] Twitter, https://twitter.com/JohnTarion/status/1428574906107797504,
https://web.archive.org/web/20220129134737/https://twitter.com/JohnTarion/status/1428574906107797504
[512] Twitter, https://twitter.com/ashleygjovik/status/1428602346272018436
[513] HackerNews, https://news.ycombinator.com/item?id=28241917, https://news.ycombinator.com/item?id=28241753;
https://web.archive.org/web/20220120870554/https://news.ycombinator.com/item?id=28241753
[514] HackerNews, https://news.ycombinator.com/item?id=28243719; https://news.ycombinator.com/user?id=aaaaaaaaaaab;
https://web.archive.org/web/20220128222203/https://news.ycombinator.com/item?id=28243719

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

https://www.ashleygjovik.com/ashleys-apple-story.html [3]
https://www.ashleygjovik.com/uploads/1/3/7/0/137008339/publi...

## Aug 20 2021 – Public Twitter.com Posts

**Ashley Gjovik:** I assume #Apple hoped I'd just quit the company by now. Nope. As I told Apple employee relations last month, I'm not quitting. They need to deal with the concerns I raised, & even more: stop intimidating, retaliating, & bullying me for even raising them. I'm here until they do.

- **Mel Nayer** (@mel nayer): Managers accused are now receiving death threats. Take down the work screenshots because identities are being outed and lives are now at risk. You can't expect others to be responsible with this info. 515

- **[Redacted]** Not the first time criticizing Apple leads to fake accounts shitpiling on people. I've been writing about Apple for more than 15 years - I've seen everything. No other company in this industry has the online peanut gallery army Apple has. 516

- **Mel Nayer** (@mel nayer):After a search in org chart/director , the identity these managers is now known and their lives are at risk.
  - o **Ashley Gjovik:** "After a search in org chart" - Apple doesn't have an org chart tool & you're not in Directory "Stop sharing confidential info/screenshots that could reveal identity of those involved." - Everything was Redacted Is this Beezie (Apple ER) again? Are you back because I said "RICO"?

- **Ashley Gjovik:** No one should get death threats ever. I've been getting death threats for wks. Everything I've posted is heavily redacted & I refused to name names. Who are you? I can't find you in Apple Directory. Your Twitter account has 4 followers, 28 posts, and 90% of them are about me & AGM**517**
  - o **[Redacted]** Few people outside Apple would be able to identify the people implicated. Very few people inside or outside Apple would know that they have received death threats. Who are you and why do you know this?

## Aug 21 2021 – Public Twitter.com Posts

- o **Mel Nayer** (@mel nayer): In NO way condoning the workplace abuse @ashleygjovik is claiming. But this is an ACTIVE @Apple investigation and the managers accused are now receiving death threats. Stop sharing confidential info/screenshots that could reveal identity of those involved. #ashleygjovik #apple518

- o **Ashley Gjovik:** Also, some of your posts are very supportive, but the ones that aren't are the only posts you use a #ashleygjovik hashtag on. Hi Beezie. I missed you. It's been while.
  - o **Mel Nayer** (@mel nayer):Don't Know Beezie. People at Apple have been fired for sharing less (accidently). You have a strong case so why undermine it by sharing confidential information even if names are redacted? The confidentiality protects all parties until the investigation completes. 519

---

515 Twitter, https://web.archive.org/web/20210822125916/https://twitter.com/mel_nayer/status/1429206330485575682
516 Twitter, https://twitter.com/thomholwerda/status/1429212767626702859
517 Twitter, https://twitter.com/ashleygjovik/status/1429210098266558468
518 Twitter, https://web.archive.org/web/20210822103330/https://twitter.com/mel_nayer/status/1429215554913533957
519 Twitter, https://web.archive.org/web/20210822103330/https://twitter.com/mel_nayer/status/1429215554913533957

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ▪ **Ashley Gjovik:** If during the lawsuits we track down your account & see you work/consult for Apple, then your note just now: "people at Apple have been fired for sharing less" won't age well. Then you're not "just trying to help," you are actually threatening & intimidating a whistleblower [520]
- ▪ **Mel Nayer** (@mel nayer)**:** I am actually rooting for you. I was referring to this case: [521]
- ▪ **Mel Nayer** (@mel nayer)**:** I honestly don't know how this went sideways after supporting you. I only suggested taking the screenshots because people involved are getting death threats and I thought that could undermine your case. Goodbye! [522]
  - ▪ **Cher Scarlett**: The names and emails are redacted, this seems like a wild claim meant to make Ashley's behavior seem malicious and dangerous
- o **Mel Nayer** (@mel nayer)**:** Just looking out for you @ashleygjovik**.** That's all.
  - ▪ **Ashley Gjovik:** I think we both want #Apple to be successful, Beezie. Let's work together instead of against each other. I know it will be painful to reckon with the way things have been, but the way things can be are worth the work. I'm willing to help Apple get there. I hope you are to!

## Aug 21 2021 – Public Twitter.com Post [523]
- o **Ashley Gjovik:** Actually, there is a tool at #Apple that can create org charts, but it is heavily guarded. Generally, only the HR & ER teams have access. I've seen it. So either @mel_nayer knows nothing about Apple, or she knows a great deal.
  - o **Cher Scarlett:** So is this person suggesting that the People team is sending the accused death threads or…
    - ▪ **Mel Nayer** (@mel nayer)**:** I do not work for Apple or ER or such. Threats are anecdotal. Posting screenshots of an active HR investigation puts everyone involved at risk because search can be done on who these individuals are on LinkedIn by the timeline and title shared.
      - • **Ashley Gjovik:** I thought we talked about you deleting this type of fucking bullshit incitement to trolling & doxing. DELETE IT MEL.

## Aug 21-23 2021 – Public Twitter.com Post
*Under information & belief: Apple Inc. (via manager, employee, &/or agent) are posting as the user "Mel Nayer"*
- o **Ashley Gjovik:** WTAF. DO NOT DOX ME OR ANYONE ASSOCIATED WITH ME, IN ANYWAY. THIS IS THE MOST RECKLESS TWEET I'VE SEEN THE ENTIRE SAGA. FUCKING DELETE THIS. https://twitter.com/mel_nayer/status/1429244020916559877…[524]
  - o **Ashley Gjovik:** And I just frantically wiped my LinkedIn etc, even though nothing was terribly specific, but WHAT THE LITERAL FUCK. [525]

---

[520] Twitter, https://twitter.com/ashleygjovik/status/1429216780178714625
[521] Twitter, https://web.archive.org/web/20210823100013/https://twitter.com/mel_nayer/status/1429218170649255938
[522] Twitter, https://web.archive.org/web/20210823100013/https://twitter.com/mel_nayer/status/1429218170649255938
[523] Twitter, https://twitter.com/ashleygjovik/status/1429228480835686402
[524] Twitter, https://twitter.com/ashleygjovik/status/1429244715174531076
[525] Twitter, https://twitter.com/ashleygjovik/status/1429244715174531076

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Mel Nayer** (@mel nayer): [deleted]
- **Ashley Gjovik:** You said I needed to stop sharing my abuse on Twitter because it could lead to death threats, & now you're the one enabling death threats, so you were warning me if I didn't stop Tweeting about Apple that you yourself would incite harm on these people? Did I get that right? [526]

○ **Mel Nayer** (@mel nayer): I deleted the tweet. You should delete your screenshots because I think you've proven the point that it was reckless of YOU to share it because of how easy identifies could be compromised.

- **Ashley Gjovik:** Thank you for deleting the Tweet. No I will not be deleting the screenshots of your Tweets. Also, if it does come out that you're working for Apple in some way, you have not only threatened me, intimidated me, but you are also pressuring me to destroy evidence. F all of that.

- **Mel Nayer** (@mel nayer): You are paranoid af, which I can understand, workplace abuse causes serious trauma. I don't work for Apple, look me up. How exactly does a concern for the identifies of a confidential HR investigation threaten/intimidate you? That was not my attention at all.

- **Ashley Gjovik:** I'd be certain your tweets are indeed Apple backed trolling if you also suggested "I consider EAP or medical leave" due to "my mental health issues." That's Apple ER in a nutshell. Also "look me up," 1st thing I did & the only Mel Nayer showing up is a well known journalist [527]

- **Ashley Gjovik:** Also, you say you're not an Apple employee but you sent me this telling me to "check Slack," you mentioned the Directory app, and also the HR/ER specific org chart tool... [528]

- **Ashley Gjovik:** Also, I don't know any normal people who claim Apple has anything near a "pristine" reputation. Suicide nets, Muslim slave labor, "conflict" minerals, winning lawsuits from retail workers.... **[screenshot]** [529]

- **Ashley Gjovik:** At the time, I thought this was an earnest concern, and I responded as such. It's still a solid point, but now with everything else you've done, this feels like "LET'S PLACE THE RACE CARD. PLAY IT NOW!" **[screenshot]** [530]

  • **Timnit Gebru** (@timnitgebru): ^^ this is not ok Ashley. It makes me very uncomfortable to see you saying this. [531]
    ○ *Retweeted by **Mel Nayer (@mel_nayer)***

  • **Meredith Whittaker** (@mer_edith) Same. The structures harming you, and many of us, harm Black women most. This is facts. Recognizing this is fundamental to fighting and changing these systems. And the term "the race card" is only used to sideline and denigrate those naming these realities. Really alarming. [532]

---

[526] Twitter, https://twitter.com/ashleygjovik/status/1429247820435910663
[527] Twitter, https://twitter.com/ashleygjovik/status/1429468115310579713
[528] Twitter, https://twitter.com/ashleygjovik/status/1429468406198067204
[529] Twitter, https://twitter.com/ashleygjovik/status/1429468934579712006
[530] Twitter, https://twitter.com/ashleygjovik/status/1429469274662342659
[531] Twitter, https://twitter.com/timnitGebru/status/1429510302958297092
[532] Twitter, https://twitter.com/mer__edith/status/1429511087800598536

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ *Retweeted by **Mel Nayer** (@mel_nayer)*
- ○ **Ashley Gjovik:** I'M SO SORRY. The original comment was Mel saying if I wasn't white I would have been fired by now & I agreed. I said I've been thinking about privilege & racism since my SF Bay View article came out, with Treasure Island voices still silenced. Someone deleted my original post. [533]
- ○ **Ashley Gjovik:** Mel was trying to get me & my coworkers doxed yesterday, and threatening me, and talking about death threats. I was in a fear response. I should have never made this comment. It was quickly took out of context and I should have never fed the trolls. [534]
- ○ **Timnit Gebru** (@timnitgebru): I understand that you're under duress, but that still doesn't explain to me why you'd go to an earlier tweet about the privilege you have as a white woman & call it the "race card." That that is in your vocabulary, to me, is in itself concerning & doesn't signify solidarity. [535]
  - ▪ *Retweeted by **Mel Nayer** (@mel_nayer)*
- ○ **Ashley Gjovik:** I'm truly sorry for the words in that Tweet. I appreciate you calling me out about it because clearly I have more to learn. Some terms just should not be used, & for this I sincerely apologize for hurting anyone or the movement. [536]
- ○ **Ruth Starkman:** Ashley, I hope you understand these concerns. To mention the disparities that women of color experience proves no threat your own struggle. You've had a terrible experience at Apple. Know that women of color experience that ten-fold. The term "race card" denies their reality. [537]
- ▪ **Ashley Gjovik:** Again, these are internal to Apple apps... like Slack... yet you now claim you're not an Apple employee. **[screenshot]** [538]
- ▪ **Ashley Gjovik:** What about any of this is "Confidential"? The only people calling my trauma "Confidential" is Apple Employee Retaliations. **[screenshot]** [539]
- ▪ **Ashley Gjovik:** You claimed that saying employees had been "fired for less" wasn't a threat because someone was fired for uploading a YouTube video of an unreleased iPhone. That's IP. This is not IP. . **[screenshot]** [540]
- ▪ **Ashley Gjovik:** I thought we talked about you deleting this type of fucking bullshit incitement to trolling & doxing. DELETE IT MEL. . **[screenshot]** [541]

---

[533] Twitter, https://twitter.com/ashleygjovik/status/1429518111259066368
[534] Twitter, https://twitter.com/ashleygjovik/status/1429518304171859973
[535] Twitter, https://twitter.com/timnitgebru/status/1429519169389801477
[536] Twitter, https://twitter.com/ashleygjovik/status/1429534006584909825
[537] Twitter, https://twitter.com/ruthstarkman/status/1429785501062467590
[538] Twitter, https://twitter.com/ashleygjovik/status/1429469580523565058
[539] Twitter, https://twitter.com/ashleygjovik/status/1429469744579547138
[540] Twitter, https://twitter.com/ashleygjovik/status/1429470776227360771
[541] Twitter, https://twitter.com/ashleygjovik/status/1429471487438725121

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Mel Nayer** (@mel nayer): @ashleygjovik blocks anyone that calls her out on her own toxic behavior and bs. And yes, she exaggerates widely. Ashley's not credible and these screenshot blasts actually undermine her case. These accusations are wild! [542]
    - ▪ **[Redacted]** You have directly admitted to making false accusations against @ashleygjovik of inciting death threats that never happened. Sit down, Karen. [543]
    - ▪ **Mel Nayer** (@mel nayer): Here's someone threatening to "stab" Ashley's colleague after she shared a screenshot of his Apple office plus location. Then @ashleygjovik approving with glee. This behavior is SICK. Ashley is putting people lives at risk and this needs to stop immediately! [544]
    - ▪ **[Redacted]** So are you just incapable of understanding jokes from Black women or is this an excuse to attack her? [545]
- o **Vic Gardenhires #lovejesus** (@vicGardenhire77): everything is designed to be productive. The truth is @ashleygjovik is playing both sides and @timnitGebru was trying to help her by reposting at first, in exchange her true colors came out! Good thing as anyone can see is that because of @timnitGebru things are changing! [546]
    - ▪ **Vic Gardenhires #lovejesus** (@vicGardenhire77): @ashleygjovikblocked me? I was trying to help her! Evidently she may have been over exaggerating and our team caught some red flags. This is example of ethical. We don't take sides unless it's legit. So if your legit today and a con tomorrow. We back you today and not tomorrow[547]

## Aug 21 2021 – Public Twitter.com Post
- - **Ashley Gjovik:** Based on my experience, & the non-stop horror stories I now hear EVERY DAY from current & past #Apple employees, I'm now also asking employee relations to investigate themselves. One "issue" I'm raising to them is literally RICO. @USDOL, I may need to schedule an interview soon.
    - o **N.O. (@shad0wfax_)** This just in: you've gone off the deep end if you're accusing your employer of racketeering and organized crime. I'd fire you in a heartbeat.[548]

## Aug 21 2021 – Public Twitter.com Post
- • **Shantini Vyas:** Phew okay I can finally share some news I've been keeping quiet for a while. I'm so, so excited to share that I've accepted an iOS role at Twitter starting in September.[549]
    - o *Liked by: Mel Nayer (@mel nayer):*

## Aug 21 2021 – Public Twitter.com Post

---

[542] Twitter, https://web.archive.org/web/20210823184108/https://twitter.com/mel_nayer/status/1429661476290105345
[543] Twitter, https://twitter.com/LairArcade/status/1429783078004830211
[544] Twitter, https://web.archive.org/web/20210824052923/https://twitter.com/mel_nayer/status/1429852880152895506
[545] Twitter, https://web.archive.org/web/20210824073359/https://twitter.com/lisaquestions/status/1429893992896876572
[546] Twitter, https://twitter.com/VicGardenhire77/status/1429919895089647627
[547] Twitter, https://twitter.com/VicGardenhire77/status/1429639745018097671
[548] Twitter, https://twitter.com/ashleygjovik/status/1429174603713191936
[549] Twitter, https://twitter.com/_shantini_/status/1426214408150208515,
https://web.archive.org/web/20220129110912/https://twitter.com/_shantini_/status/1426214408150208515

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]** This account is abusing and harassing @ashleygjovik and @cherthedev , trying to sabotage their efforts through gaslighting, manipulation, and trying to get people to dox Ashley and her team members/managers. Report this account now.[550] *Photo of "Mel Nayer"'s profile, @mel_nayer*

**Aug 21 2021 10:26am – Public Twitter.com Post**
- **Cher Scarlett**: People have rights and slapping Apple Confidential all over everything does not make it confidential. If someone made a Radar about me and reporting it did nothing, I'd be posting it too. You being more concerned with "Apple Confidential" than Ashley is part of the problem.[551]

**Aug 22 2021 – Public Twitter.com Post** [552]
- o **Timnit Gerbru**: Are you following Ashley? Are you reading her stories? Are you reading the stories of others on her thread? This is Apple. Imagine all the stories from those who're too afraid to speak. https://twitter.com/ashleygjovik/status/1428509942927872000
  - o **Mel Nayer** (@mel nayer): I am following/supporting her. I can't help to think though, that if #AshleyGjovik were Black, Apple would have fired her weeks ago. White women, even when they are victims of workplace abuse, are treated with a level of privilege.
    - ▪ **John Tarlon** (@John Tarlon) It seems like Ashley is a sick individual with some serious mental issues. She is incapable of working without causing issues.
      - • *Liked by: **Mel Nayer** (@mel nayer):*
      - • **Patrik S** (@PatrikS62037281): Indeed and giving her attention like Timnit is doing is fueling her paranoid delusions. See https://news.ycombinator.com/item?id=28243719… for more information
    - • **[Redacted]** When a bunch of accounts with almost zero other activity suddenly all seem very invested in the same topic, then get online after months of absence just to agree with each other and like their own tweets. Normal shit. So subtle. God you narcissists are just sooo smart. Lmao.
      - o **John Tarlon** (@John Tarlon)  You seem very very defensive about people exposing the truth about Ashley. Very suspicious considering your account is only like a year old.
        - ▪ *Liked by: **Mel Nayer** (@mel nayer):*
      - o **John Tarlon** (@John Tarlon) It's both comical and sad at how terrified you are of silly things like 'people talking behind your back', being ratio'd, being 'lonely', etc... You are **very** mentally weak and soft - just like Ashley
        - ▪ *Liked by: **Mel Nayer** (@mel nayer):*

---

[550] Twitter, https://twitter.com/sc_codeUM/status/1429249937896841219 ,
https://web.archive.org/web/20220130014857/https://twitter.com/sc_codeUM/status/1429249937896841219
[551] Twitter, https://twitter.com/cherthedev/status/1429132718063820803,
https://web.archive.org/web/20220129111216/https://twitter.com/cherthedev/status/1429132718063820803?s=20&t=2wu5smJv4vqgCZjncN17gA
[552] Twitter, https://twitter.com/JohnTarion/status/1428689530350080006,
https://web.archive.org/web/20220129110857/https://twitter.com/JohnTarion/status/1428574906107797504

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Aug 22 2021 – Public Twitter.com Post**
- **Mel Nayer** (@mel_nayer): **DELETED** @ashleygjovik showing her true #Karen self. Do your research. I regret that I did not. Ashley is no ally to women of color and she's toxic herself. #ashleygjøvik #Apple[553]
  - o **Mel Nayer** (@mel_nayer): **DELETED** Judge for yourself [screenshot] [554]
- **Mel Nayer** (@mel_nayer): **DELETED** I never threatened you. People can judge for themselves what a truly toxic person you are. You post sensitive confidential information that can reveal the identities of your colleagues and that's not shitty behavior? See more below. Gmafb [555]
  - o Ashley Gjovik: I already apologized for using that term, sincerely & multiple times. Are you just going to reply with that screenshot every single time I try to get you to stop Trolling me now? You're only causing confusing & division, Mel. You're not even trying to hide it. [556]
  - o **[Redacted]** This person is a troll. You should block @mel_nayer [557]

🍏 **AUG 22 2021 – ASHLEY GJOVIK FILES APPLE BUSINESS CONDUCT COMPLAINT ABOUT CONFLICT OF INTEREST**

**Aug 23 2021 --- Public Apple Insider Article** [558]
*Apple Insider: New #AppleToo movement drawing attention to racism, sexism, inequality inside Apple*
- **Red Oak:** Apple - show these people the door.
- **Sdw2001:** Ridiculous.  Apple is one of the most woke companies in the world.  It's a large organization and there are bound to be problems.   But saying it is endemic is absurd.  We've all seen the slack channel complaining about actually going back to work.  This is what happens when you almost exclusively hire and promote the most self obsessed, entitled and clueless generation in the history of the world.
- **Sflocal:** take this with a grain of salt.  Tens of thousands of Apple employees, and this group is (so far) 15 people?  That right there has me questioning the veracity of this "problem".  Are there a-hole bosses at Apple?  Probably so.  Those should be addressed, but to lump Apple as a whole?  Seriously. No one company in the world, regardless of Utopia will every be 100% all happy employees.  It's an ideal, but in the end unrealistic.  There are countless of personality types and get opposite ones in the same room, or one repoting to the other.  People will get their feelings hurt.  It's life.  Get over it.
- **Lkrupp:** Much like the dissatisfaction shown by the AI crowd that is never okay with anything Apple does, so it is with Apple employees who are never satisfied with their jobs or salary. Some people just can't be happy and must find something to be mad at.
- **Dee_dee:** Ashley's claims don't seem genuine.   She has a bit of a history exaggerating claims, like when she claimed she live in apartments that were built on top of "Class 1 toxic waste".  She was the only on in the entire complex who suffered nose bleeds and hallucinations.

---

[553] Twitter, https://web.archive.org/web/20210822231555/https://twitter.com/mel_nayer/status/1429530932604641284
[554] Twitter, https://web.archive.org/web/20210822231555/https://twitter.com/mel_nayer/status/1429530932604641284
[555] Twitter, https://web.archive.org/web/20210822210634/https://twitter.com/mel_nayer/status/1429545993402339331
[556] Twitter, https://twitter.com/ashleygjovik/status/1429546676788682752
[557] Twitter, https://twitter.com/LairArcade/status/1429551449046913038
[558] MacRumors, https://forums.appleinsider.com/discussion/comment/3330761/#Comment_3330761, https://web.archive.org/web/20220128041254/https://forums.appleinsider.com/discussion/comment/3330761/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### Aug 23 2021 – Public Twitter.com Post
- Mel Nayer (@mel_nayer): **DELETED** Dear @tim_cook #Apple, how long are you going to allow @ashleygjovik to compromise the security of your employees. Leaking pictures of Apple offices with booze/live ammunition + location?! This is out of control. #ashleygjovik #ashleygjøvik #whiteprivilege[559]

🍎 **AUG 26 2021 – ASHLEY GJOVIK FILED FIRST NLRB CHARGE**

### Aug 26 2021 – Public MacRumors Article [560]
*Apple Employees Increasingly Content to Criticize the Company Amid Switch Remote Working and Use of Slack*
- **Gagarin04:** No one is forced to work at Apple. Don't like it, leave. All these complaints are just so stupid. Thousands of people would like to work at Apple almost for free. Throw them in jail for breaking their NDAs. What happened to good old fashioned company loyalty? Especially for something as great as Apple.
- **BenThere16:** Watch them take away Slack.
- **TheYayAreaLiving:** Slacking! Get your vaccine and go back to work. It's not that hard. Coming soon… Apple takes away Slack.
- **Barkomatic:** This is starting to sound like the beginnings of unionization at Apple. Yikes. No wonder they wanted everyone back in the office. It doesn't seem like this can be reversed though. Still, this isn't Walmart or McDonald's and these people aren't fighting for a few dollars over minimum wage. These are privileged, well paid individuals so the bar is a *lot* higher for them before I start to feel sympathy.
  - **TheYayAreaLiving:** That's all I see and these Apple employees are doing. They are complaining. Spoiled brats. It just sounds like these Apple Employees are not happy at all.
  - **[Redacted]** You have no idea what you're talking about. Even if all employees were well compensated (they're not), why should anyone anywhere have to suffer discrimination or bullying at work? You come across as extremely entitled and lacking in real-world experience with nonsense like this.
  - **Barkomatic:** Because I haven't seen any accounts or verification of such behavior. This *all* started when Apple announced that people need to come back to the office and suddenly all these allegations came up which leads me to seriously question the credibility. We're not going to back any claims just because people are saying so. Name names outside of discord and provide accounts and corroboration of what transpired. Otherwise, Apple employees are coming off as wealthy folks who are looking for any angle to keep working from home.

---

[559] Twitter, https://web.archive.org/web/20210823015126/https://twitter.com/mel_nayer
[560] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;
https://web.archive.org/web/20220128194532/https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;
https://web.archive.org/web/20220128201535/https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/page-2;
https://web.archive.org/web/20220128202737/https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/page-3;
https://web.archive.org/web/20220128203117/https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/page-6

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Dgrey** (Suspended Account): Apple Employees are the biggest bunch of coddled, spoiled, self-entitled ¢€&#$ This is one area where I side with Cook. P.S. You know what? It's not just Apple. It's Tech workers in gneral.
  - [Redacted] I've seen you comment on multiple threads about this. You have a chip on your shoulder about technology workers being 100% virtual employees, and it's very obvious. Almost like you're jealous. Go get the skills that let you work from home if you're so peeved.
    - **Dgrey** (Suspended Account): It's not "jealousy". It's their self entitled ******** I can't stand. They should all be fired.
    - **Dgrey** (Suspended Account): Honestly. All these Apple *******s should quit. Good riddance, Tech brats!
- **Genovelle:** The HR conversation should be: It sounds like you are no longer happy here. I guess it's time to part ways and make room for a better fit. We are looking for our next generation of leaders and you clearly are not it. Good luck.
- **Gagarin04:** Send the cry babies to jail.
- **Dgrey** (Suspended Account): Those people wouldn't quit. I'd have them fired 🔥🔥🔥.
  - **Dgrey** (Suspended Account):  You mean when a few members of the team are a bunch of self entitled self centered whiny brats 😡😡😡
  - **Dgrey** (Suspended Account): Seriously. Does one need any more evidence of what spoiled brats these whiners are?
- [Redacted] the commenters here really seem to be fighting over every square inch of boot leather to lick.
  - **Gagarin04:** I feel like this is a great discussion.

### Aug 26 2021 -- Public Twitter Posts [561]
- **Heffer**: This AppleToo movement died out real fast.

### Aug 26 2021 – Post on TeamBlind.com
*"Ashley and Cher are Ruining the Company"*
- **Anonymous:** [Cher & Ashley] continuously leak inaccurate content to external news. Created a mockery of the MeToo movement. They only have like 8 other people who've posted on that hashtag. They continue to abuse Slack and talk shit about the company without backing up their own stories. All this is doing is ruining our culture and image. Leadership, if you're reading this, punish the entitled minority and not the entire company.

### Aug 28 2021 – Public Twitter Posts
- **Ashley Gjovik:** One night in 2017, I was out to dinner, happily solo. Via text my #Apple HW Eng Sr. Dir pressured me to date the Sous Chef at the restaurant (while his friend the Chef pressured me in person), whilst the Sr Dir also bought my >$300 dinner. I protested fervently to all to no avail [562]

---

[561] Twitter, https://twitter.com/Heffer/status/1431074724851773440,
https://web.archive.org/web/20220129111357/https://twitter.com/Heffer/status/1431074724851773440
[562] Twitter, https://twitter.com/ashleygjovik/status/1431680707433140226

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** You'd think #Apple Employee Relations would be appalled by this, right? They'd want to investigate! I told them I had the text messages from that night at the restaurant on a laptop at my office & planned to grab it 8/5. Employee retaliations forced me on leave 8/4 "immediately"[563]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Why didn't you have someone else go grab your stuff for you? [564]
- **Ashley Gjovik:** I was told by #Apple employee retaliations on 8/4 that I was immediately "removed from the workplace, workplace interactions & contributions, & (my) day-to-day roles & responsibilities." [565]

🍏 **AUG 29 2021 – ASHLEY GJOVIK FILED FIRST CALIFORNIA DEPT OF LABOR RETALIATION CHARGE**

🍏 **AUG 29 2021 – ASHLEY GJOVIK FILED FIRST U.S. DEPT OF LABOR WHISTLEBLOWER RETALIATION CHARGE**

🍏 **AUG 29-30 2021 – ASHLEY GJOVIK FILED COMPLAINTS TO U.S. & CALIFORNIA EPA AGENCIES**

**Aug 29 2021– Public Apple Insider Article** [566]
*#AppleToo receives nearly 500 stories of workplace issues in four days*
- **Genovelle:** Having managed people across industries I can tell you that while the vast majority of workers are good people, there are almost always those that enjoy chaos and anyone that is fired will always feel slighted. The part that I find curious is that with all of the avenues like Glassdoor to talk about such problems anonymously been available for years, none of their review highlight any of this. People who feel slighted lash out. It's just odd to me.
- **Dewme:** Employee engagement surveys across multiple companies in multiple industries have been painting a very grim picture for quite some time. I believe that there are a whole lot of people who are generally lacking a sense of purpose and meaning in their lives. We live in a world with ubiquitous communication and constant media exposure but with very low levels of human-human connectedness. The last few years have literally been filled with deeply divided factions of people constantly yelling at one another and aligning themselves behind whackadoodle loud mouths who do little more than incite rage in their blind followers, many of whom prefer chaos and fabricated grievances to sitting alone and isolated in their lives with absolutely nobody to talk to. Plenty of workers have always had issues with their jobs. If they have the flexibility to quit, perhaps because they have highly marketable skills, a good job history, and mobility, they quit and move on to greener pastures. The seldom lob a grenade over their shoulder on their way out the door, much less, engage in a campaign of denigration and internal destruction against their current employer. The big difference today is social media and the internet megaphone. In the past people kind of kept their complaints and grievances to themselves or to a few

---

[563] Twitter, https://twitter.com/ashleygjovik/status/1431682362090278914
[564] Twitter, https://twitter.com/Female_in_tech/status/1431717066923384835;
https://web.archive.org/web/20220210033540/https://twitter.com/Female_in_tech/status/1431717066923384835
[565] Twitter, https://twitter.com/ashleygjovik/status/1431727443795005446
[566] Apple Insider, https://forums.appleinsider.com/discussion/223646, ;
https://web.archive.org/web/20220201024359/https://forums.appleinsider.com/discussion/223646

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

close friends and family. Today, they use social media and other megaphones to broadcast their complaints to the world. They somehow feel that pushing their problems into other people's lives makes their suffering more rewarding because it gives them the attention and pity they crave. Unfortunately, as individuals, we cannot afford to adopt everyone's problems and suffering so we have to filter some of this stuff out. Turning up the volume using Slack is just going to rebase the noise level at which the filtering (tuning out) gets applied. Remember when it was career shattering for a public official to get caught in a single lie? Now we have public officials who've spewed tens of thousands of lies and we're immune to it. At some point, it's all noise and the signal is lost entirely.

- **Maestro64:** I tell people all the time HR is not there to protect the employee, that includes management. They exist to protect the company. If HR think anyone is doing something that will hurt the company or another employee they are not going to defend our protect you. I have seen HR get rid of an employee or management or both. They are going put the blame a person before the company and you will have to prove the company is at fault. The reason companies train employees on all sorts of things, it's so they can say you were trained and thus you know better and did the wrong thing and is the grounds for firing you. The fact these people are saying they reported things to HR and climbed HR did not do anything, first I doubt that happen, they most likely looked into it and found the person who complained did not have the facts correct or they made something up and no one back them up. HR not taking actions would definitely put the company at risk. Most times no one knows that HR did an investigation, that never make it public since an investigation in itself can harm innocent bystanders and they do not want anyone talking about it. Complainer usually want a public statement made about their complaint and do not like it one is not made.

- [Redacted] This is how change happens
  - o **Tycho_macuser:** Lol. If the "change" you're talking about is where an uppity self-aggrandizing employee like Gjovik can go to Twitter with a complaint like this: "My boss respectfully asked me if I could lead meetings with slightly less aggressive tone, so more people would feel comfortable sharing their opinions. When I did, my boss thanked me afterwards for the more appropriate tone set in that meeting. What a jerk, right?! Ugh. I'm such a victim". and have it not recognized for what it is (a self-important, attention seeking, bitter person), then yeah- CHANGE!!

- **Rcfa:** Ah, some people discovered that life isn't a vacation, and you're not going to work to be pampered… 🙄 ❄️     Not saying there are no legitimate matters there whatsoever, but given the channels for complaints available, and the ultra-PC policies at a company like Apple, it's hard not to believe that the vast majority of these cases aren't crybabies who deserve a good ridicule.
  - o **[Redacted]:** Impressive putting together a sentence with a double (or is that triple) negative. Apple's HR could do with that skill set to obfuscate legitimate complaints.

**Aug 29 2021– Public Twitter.com Post**[567]
  - Cher Scarlett: I've now been doxxed twice. Once by anonymous strangers on 4chan for writing about someone hoarding and spreading my revenge leaked nudes, and now by an anonymous colleague on Apple @ Blind for starting a pay transparency survey and whistle blowing alleged NLRB violations.

---

[567] Twitter, https://twitter.com/cherthedev/status/1432152454678777856,
https://web.archive.org/web/20220129111355/https://twitter.com/cherthedev/status/1432152454678777856

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett:** On a thread about how I'm "ruining the company"… the irony is astounding. If you think there aren't issues with this company's culture, you need some serious perspective.
- **Cher Scarlett:** I highly doubt that. Whomever is talking to the press about remote work advocacy is literally scared to use their name because despite that it's not confidential information, because it's a workplace issue, one of their colleagues might doxx them for speaking out.
- **Cher Scarlett:** Hope that Apple sees that "no comment" on my colleagues harassing me and writing abusive shit enables escalation of the behavior?

**Aug 29 2021– Public Apple Insider Article** [568]
*Apple Insider: #AppleToo engineer target of online abuse, failed by HR*
- **Red Oak**: [Cher Scarlett's] been at Apple for 1 year. She has done this at every company she's worked for. Good luck getting another job in tech after this shit show
  - o **Lkrupp:** The problem is when [Cher Scarlett] gets fired she'll have the perfect response and reason for filing a wrongful termination lawsuit. She was let go because of her activism against evil racist, misogynistic, sexist Apple. She's the type that sees victimhood as a badge of honor.
  - o **[Redacted]** I wonder where @"red oak" has gotten this info from though.
- **Lkrupp:** So is Epic's CEO funding this? /s
- **Jajabento:** #AppleToo has fizzled out mainly because Scarlett just comes off as an entitled Karen. The other one Gjøvik on paid leave is like Karenx100 and not credible at all, journalists won't even give her the time of day anymore and she's losing it online lololol Seems like these two just Tweet internal info all day, fire them both. They bring ZERO value.
- **Sbdude**: An actual victim, or is she playing the victim? Are you still a victim when you walk down a dark alley with the expectation of coming out unscathed, or did you invite that on yourself? This mentality of victimhood is sickening.
- **Sdw2001**: The headline isn't exactly neutral.
- **Heterotic**: idk, seems like she's using her name to elevate the situation. my guess is that underneath this "movement" there's a unionization happening and this collective is the sad misdirection away from it. the NLRB charge seems in line with that. doubt she would benefit from joining a union, but a quick search of her reveals she used to be a stripper and you can never really take the trash out of the girl. the other chick seems like an absolute loon, though. full on conspiracy theories. her twitter feed is hilarious. checks off that she's an official whistleblower rofl
- **rcfa**: "*On why Scarlett got involved with forming AppleToo, she explains it stems from requests by other employees sent to her in June, asking for personal workplace accommodations for remote work. While Scarlett encouraged requests to be made through human resources and other internal routes, almost none of the employees Scarlett encountered had received any accommodations at all.*" Ah, so now not being able to work in PJs from home is a meToo-Moment, that justifies launching AppleToo? 🤦‍♀️🤣 Talk about a sense of entitlement… You don't like showing up for work? Find another job. Ah, poor her likely feels bullied and discriminated by that comment, too… 🤷‍♂️

---

[568] Apple Insider, https://forums.appleinsider.com/discussion/comment/3331975/;
https://web.archive.org/web/20220128042535/https://forums.appleinsider.com/discussion/comment/3331975/;
https://web.archive.org/web/20220128042924/https://forums.appleinsider.com/discussion/223662/appletoo-engineer-target-of-online-abuse-failed-by-hr/p2

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

🍏 **AUG 30 2021 – ASHLEY GJOVIK'S CONCERNS ABOUT APPLE EMPLOYEE SURVEILLANCE PUBLISHED IN VERGE ARTICLE**

🍏 **AUG 30 2021 – ASHLEY GJOVIK'S CONTACTS JOSHUA BANKO, PREVIOUS APPLE SOX/DODD-FRANK WHISTLEBLOWER**

**Aug 30 2021 11am – Public Twitter.com Post**

- **Zoe Schiffer** (Journalist): New: Apple employees say the company hasn't done enough to protect their personal privacy. Now, they're pushing back against norms & rules that encourage them to use personal Apple IDs & iCloud accounts for work — making it nearly impossible to keep personal & work files separate[569]
  - o Retweet: The Verge: Apple cares about privacy, unless you work at Apple https://theverge.com/22648265/apple-employee-privacy-icloud-id?
- **Zoe Schiffer** (Journalist): Apple employees have to sign an employment agreement that gives the company the right to conduct extensive surveillance, and "search your workspace such as file cabinets, desks, and offices (even if locked), review phone records, or search any non-Apple property..."
- **Zoe Schiffer** (Journalist): In 2017, Apple rolled out an internal app called Gobbler to test Face ID prior to launch. If employees participated, the app took short videos of their face every time they opened their phone. Apple later changed the project code name to Glimmer after rumors of criticism.
- **Zoe Schiffer** (Journalist): The intermingling of personal and work files has had real consequences for employees. @ashleygjovik was forced to hand over nude photos of herself when her team was involved in unrelated litigation — because, like many Apple employees, her personal messages were on a work device
- **Sleeping in Seattle:** Ashley wrote this l-o-n-g article last March. This will make you feel very sorry for the Irvine Co, City of Santa Clara, Apple, and especially her future spouse., et al, et al. https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste [570]

**Aug 30 2021 11am – Public Twitter.com Post**

- 🔴 **Ricky Mondello (Employer):** Be really careful about drawing conclusions based on someone posting out-of-context, scary looking screenshots that claim that an employer is violating employee privacy, without covering what the purpose and disclosure policy of that data is. (This is definitely a subtweet.)
  - o **Shantini Vyas:** 😬😬😬 I have so many thoughts on this topic but no good way of airing them
    - ▪ 🔴 **Ricky Mondello (Employer):** Oh you could always send them to me privately 😶

**Aug 30 2021 – Post on TeamBlind.com [571]**

---

[569] Twitter, https://twitter.com/ZoeSchiffer/status/1432381686428303360,
https://web.archive.org/save/https://twitter.com/ZoeSchiffer/status/1432381686428303360,
https://twitter.com/verge/status/1432381006670147587 ;
https://web.archive.org/web/20220129083328/https:/twitter.com/verge/status/1432381006670147587
[570] Twitter, https://twitter.com/porter_jared/status/1432459936956891652,
https://web.archive.org/web/20220129111603/https://twitter.com/porter_jared/status/1432459363956891652
[571] Team Blind,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **GwPR78**: She's [Ashley's] your typical feminist. She spoke to a reporter, didn't like how it went, filed a restraining order, and it was DENIED. It's all public record too.
  - o **Vcfhj**: Wth, restraining order against a reporter?
    - ▪ **GwPR78:** Yeah Google [Redacted] and search for case [Redacted]. It's actually hilarious if you read the whole case.
      - • **Vcfhj:** What did the reporter do? I see the case, but not any more details.

## Aug 30 2021– Public Twitter.com Post

- **Stella – Fudge** (@StellaFudge): Since I've gotten a few questions/comments about my server, I'd like to address a few this way in the form of replies under this messages. This goes out to anyone curious, as well as any reporters/journalists that follow me: [572]
- **Stella – Fudge** (@StellaFudge): 1: #AppleToo is not the main purpose of this server. In fact, the server predates this hashtag by exactly 3 years! It *does* however have a section dedicated for discussion of stuff related to it.[573]
- **Stella – Fudge** (@StellaFudge): 2: Employees are free to choose if they wish to participate in that discussion, and they are also free to choose to mute it entirely and use the server as a community server, a meme channel server, a networking server, or however else they see fit.[574]
- **Stella – Fudge** (@StellaFudge): 3: We are in no way directly affiliated under Apple. Unlike Apples multiple private discord servers, we *do not* require people to give up their anonymity to join[575]
- **Stella – Fudge** (@StellaFudge): 4: The goal of this place isnt to light a fire under Apples ass, it never was and it never will be. I simply provide a hub for employees, and they are free to use it however they like. Here is the servers official mission statement, which is publicly visible to all. [576]
  - o **Image: Stella – Fudge** *Dec 09 2020: "The Mission is Simple: 1) Provide a safe anonymized space for current and former employees to talk about work related topics away from the public and their upper management. 2) Raise the collective wisdom by virtue of open exchange of knowledge and information for the benefit of all. 3) Provide a space where current and former employees can socialize, help, and network with each other on a global scale. My goal is to turn this server into the largest unofficial hub for employees resources, and help nurture those three goals as much as possible so that we as a collective can help overcome some of the pitfalls in Apples very hush-hush approach to everything.*
- **Stella – Fudge** (@StellaFudge): 5: While I personally am the owner of it and also the de facto media relations person for the server, I pretty much just do the server management side primarily. While I help with #AppleToo and their efforts, I'm not personally "in charge of it" per se. I simply provide my server [577]

---

[572] Twitter, https://twitter.com/StellaFudge/status/1432480434882064385,
https://web.archive.org/web/20220209212419/https://twitter.com/StellaFudge/status/1432480434882064385
[573] Twitter, https://twitter.com/StellaFudge/status/1432480437172064257 ,
https://web.archive.org/web/20220209212340/https://twitter.com/StellaFudge/status/1432480437172064257
[574] Twitter, https://twitter.com/StellaFudge/status/1432480439286083586
[575] Twitter, https://twitter.com/StellaFudge/status/1432480441232134148
[576] Twitter, https://twitter.com/StellaFudge/status/1432480448064720907
[577] Twitter, https://twitter.com/StellaFudge/status/1432480450564526085

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Stella – Fudge** (@StellaFudge): 6: The idea that "only 15 people lead #AppleToo" is not true. I don't truly know how many people participate, because they each help out in their own way via sharing, adding to the pool of info, etc. That number is anywhere from 15-???, and its only going to go up [578]
- **Stella – Fudge** (@StellaFudge): 7: For anyone wondering, Im not directly under Apple and never was. Im a former Apple Authorized Service Technician. 3 years ago, me and a group of a few others created this server after being fed up with how useless Apple was with helping us, so we made our own helpline. [579]
- **Stella – Fudge** (@StellaFudge): 8: Please do not confuse this server as a "secret club for employees to discuss unionizing" hub or "the secret apple leaks fun house". Take off your tinfoil hat and go touch grass for once, you've been indoors from lockdowns for too long. Leaking is a bannable offense here! [580]
- **Stella – Fudge** (@StellaFudge): 9: *Very minimal* discussions have happened to date, primarily because a lot of us are swamped with nearly 300 separate individuals (and a large number still in limbo) needing to still be verified, with that number increasing daily. [581]
-
- **Stella – Fudge** (@StellaFudge): 10: No, I cannot say *exactly* what people say there, for obvious reasons. Just because *our members* can talk freely, doesnt mean its free real estate for me to talk about others stuff outside of this place. I can only provide vague generalized statements, if its not sensitive [582]
- **Stella – Fudge** (@StellaFudge): 11: No, I wont tell you who is a member of the server, other than @cherthedev. It should be super obvious why. It's very much a "If you know, you know" situation. [583]
- **Stella – Fudge** (@StellaFudge): 12: To all media people: The only official spokespeople of this place as of right now is myself and @cherthedev This number may expand in the future, but as of now, we're the only 2 you should be reaching out to in terms of media relations. Im easy to reach. [584]
- **Stella – Fudge** (@StellaFudge): 13: As of right now (Aug 30 2021 23:03 UTC) - server population is 470 members roughly, and it is growing - nearly 300 people in waiting to get in currently [585]
- **Stella – Fudge** (@StellaFudge): 14: I do not ever speak on behalf of Apple ever, but I do speak on behalf of everything Ive heard from employees and their situations, or my personal opinions of the situation based on what Ive seen! [586]
- **Stella – Fudge** (@StellaFudge): 15: I do not want to be considered a "leaker" anymore. That's over. It helped the server get attention, which helped it grow. I do not need to do this anymore to sustain growth, it is bigger than me at this point. I *may* however still talk about Apple topics that interest me[587]
  - **Redacted:** Will you continue to crank your shitpost tho? [588]

---

[578] Twitter, https://twitter.com/StellaFudge/status/1432480452376473603
[579] Twitter, https://twitter.com/StellaFudge/status/1432480454263836688
[580] Twitter, https://twitter.com/StellaFudge/status/1432480456281370631
[581] Twitter, https://twitter.com/StellaFudge/status/1432480458336518146
[582] Twitter, https://twitter.com/StellaFudge/status/1432480460840574983
[583] Twitter, https://twitter.com/StellaFudge/status/1432480462694494210
[584] Twitter, https://twitter.com/StellaFudge/status/1432480464619573259
[585] Twitter, https://twitter.com/StellaFudge/status/1432480466783948803
[586] Twitter, https://twitter.com/StellaFudge/status/1432480468725870599
[587] Twitter, https://twitter.com/StellaFudge/status/1432485432244281346;
https://web.archive.org/web/20220129195035/https://twitter.com/StellaFudge/status/1432485432244281346
[588] Twitter, Protected

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Stella – Fudge** (@StellaFudge): oh absolutely, shitposting is love, shitposting is life [589]
  *Liked by Cher Scarlett*

🍎 **AUG 31 2021 – ASHLEY GJOVIK'S FILES first S.E.C. COMPLAINT**

**Aug 31 2021 – Post on TeamBlind.com, Thread: "When does Ashley get fired?" [590]**
- **Apple Employee:** "With the latest leak of Glimmer when will she be fired? Also it's funny how she's saying it's so "intrusive". It's a company provided device with a disclaimer prior to use.
  - **Cher Scarlett:** This kind of shit encourages harassment. If you don't like what she's posting, ignore it.
  - **[Redacted]**: I worked with Ashley in her first role at Apple. The team was toxic and the work environment was awful. She deserves our sympathy and support for the torture she has been put through, and she deserves our respect for having the strength to stand up and speak about it. Bullying her on anonymous sites doesn't help anyone and it continues to perpetuate the culture of abuse and zero accountability.

**Aug 31 2021 – Public Twitter.com Post**
- **Timnit Gebru**: This does not look good.
  - Retweet: Cher Scarlett: "Interesting that as soon as I reported the doxing and the parent abusive post to my managers it was deleted within hours."
- **Ashley Gjovik:** I reported the thread to Blind yesterday and asked them to delete it ASAP because my home address was posted in the same thread. They deleted it <2hrs after I flagged it and contacted them.
  - **Cher Scarlett:** Interesting, I had reported it Sunday and nothing happened. ~2 hours after I reported it to my managers yesterday it was gone.
    - **Ashley Gjovik:** I told Blind: I am the Ashley in the title, this thread is about me, and it lists my home address." Essentially: Hey Blind, plz don't get me murdered, thx. Then it disappeared.
    - **Ashley Gjovik:** Also, no one should get any funny ideas. Ever since Irvine Company sent a goon after me in March, I have panic buttons and alarms EVERYWHERE. I will at the very least shatter any attackers eardrums. That's a guarantee.

**Aug 31, 2021 – Public Twitter.com Post**
- 🔴 **Ricky Mondello (Employer):** Re-upping a subtweet because I think it's important.
  - Retweet: 🔴 **Ricky Mondello (Employer):** "Be really careful about drawing…"

---

[589] Twitter, https://twitter.com/StellaFudge/status/1432488012747837441; https://web.archive.org/web/20220209213345/https://twitter.com/StellaFudge/status/1432488012747837441
[590] Team Blind

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## SEPTEMBER 2021

**Sept 1 8:27pm – Public Twitter.com Post**

- **Shantini Vyas**: Okay at the risk of *gestures wildly at Twitter*. Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES. **591**
  - **Shantini Vyas**: This is about a person whose name starts with "A." 592
  - **Shantini Vyas**: Did they suffer abuse? Not my place to speculate. However, they have lied about actions Apple has taken. They have misled people by leaving out key details. They find new angles to make all of the Apple out to be the Big Bad Guy. The goalposts move hourly. 593
  - **Shantini Vyas**: They say things like: Apple violated my private by accessing my data. Full picture: Apple accessed data from an Apple-owned prototype device that comes with no expectation of privacy. 594
  - **Shantini Vyas**: This person has taken the spotlight for themselves and deliberately undermined others' concerted efforts to improve and challenge the company. Through their actions this person contributes to an insidious narrative: that women make things up and are trying to get attention. 595
  - **Shantini Vyas**: This is so damaging to other women. To those afraid to speak up. By creating bogus, unsubstantiated filings with the DOJ and other regulatory bodies, this person has just endangered the future cases of people with legitimate claims. 596
  - **Shantini Vyas**: This person has a lot of support. They've gained it by taking advantage of the anger and frustration of other people. It's predatory. They weaponize their followers against people. In private messages, they are extremely abrasive and cruel. 597

---

591 Twitter, https://twitter.com/_shantini_/status/1433270352919072771,
https://web.archive.org/web/20220129111600/https://twitter.com/_shantini_/status/1433270352919072771?s=20
592 Twitter, https://twitter.com/_shantini_/status/1433270361060225024 ,
https://web.archive.org/web/20220131081212/https://twitter.com/_shantini_/status/1433270361060225024
593 Twitter, https://twitter.com/_shantini_/status/1433270364440825869 ,
https://web.archive.org/web/20220131081304/https://twitter.com/_shantini_/status/1433270364440825869
594 Twitter, https://twitter.com/_shantini_/status/1433270367540420609,
https://web.archive.org/web/20220131081237/https://twitter.com/_shantini_/status/1433270367540420609
595 Twitter, https://twitter.com/_shantini_/status/1433270370358943745,
https://web.archive.org/web/20220131081301/https://twitter.com/_shantini_/status/1433270370358943745
596 Twitter, https://twitter.com/_shantini_/status/1433270371915116544,
https://web.archive.org/web/20220131081259/https://twitter.com/_shantini_/status/1433270371915116544
597 Twitter, https://twitter.com/_shantini_/status/1433270373500477442,
https://web.archive.org/web/20220131081313/https://twitter.com/_shantini_/status/1433270373500477442

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Shantini Vyas**:  I wish this was a new thing. But people have been doing this for a long time. Appropriating systems created to help marginalized people for personal gain. Exploiting the trust of others. Think: Shaun King [598]
- o **Shantini Vyas**: I'm sure I will have more thoughts on this. But here it is for now. I have blocked this person and have no inclination to interact with them on this. [599]
- o **Shantini Vyas**:  I have left race out of this, but there is a reoccurring theme here of white tears being used to co-opt the struggle of minorities. This is just like twisting the dagger. [600]
- o **Shantini Vyas**: I would like to reiterate: I do believe people were really shitty to them. However, I think it has progressed way past that point and become a tale of vengeance. [601]
- o **Shantini Vyas**:: Finally, if anyone was looking for receipts, this is what set me off tonight. Such a big deal was made over this. [602]
- **Retweeted by:**
  - o **Ricky Mondello (Employer,** Authentication Experience manager, @rmondello)
- **Liked by:**
  - o **Managers**: **Pinar Stanfield** (@pinar747), **DJ Capelis** ( @djcapelis), **Peter Gulezian** (@petermg), **Faye Garfinkle** (@faycetime), **Ricky Mondello** (@rmondello), **Eric Vitiello** (@pixel), **Rick Ballard** (@rballard); **Lewis Thompson** (@lewiz)
  - o **Employees**: **Leeann Herd** (@leeannherd), **Allyson Kazmucha** (@iMuggle), **Forest Hill** (@foresthill), **Matt Searle** (@matt_s_searle), **Rubén Santiago** (@rubenator), **Elliot Barer**, (@ebarer), **Clint Wilson** (@clintw_), Devon (@devonbl), **Bruno Philipe** (@brunophilipe), **BJ** (@bj_spins), **Devon Endlcott** (@dendicott22), **Jeff Koftinoff** (@statusbar), **Arian** (@arian), **Jonathan** (@jonjesbuzz), **Ray Powers** (@ray_powers), **Zach Gardner** (@locriani), Karan Varindani (@karan301_), **Ross Freeman** (@rfree18), **Drew** (@drewocarr), **Rizwan Sattar** (@rizzledizzle), **Kevin** (@kturnt74), **Kev Kitchens** (@kitchens_sync), **Hugo Kessler** (@hugokessler), **Owen** (@me_north_of), **Sarah Kim** (@____skim), **Mehdi Shibahara** (@mehdishibahara), **Matt** (@mathemattical), **Noah Witherspoon** (@mahalis), **Thomas** (@tomn94), **Louis D'hauwe** (@louisdhauwe), **Josh Caron** (@_joshcaron), **Saam Barati** (@saambarati), **Harrison** (@hrrsn), **Trever** (@itstreverr), **Kacper Harasim** (@kacperharasim), **Matthew Macuso** (@matt8109), **Steven McGrath** (@McGrathPDX), **Sebastien** (@sbstnrtl), **Alex Hass** (@alexhaas), **Vishnu Prem** (@burnflare), **Daniel Young** (@dnlyoung); **Van** (@thevanmccoy); **iRyan** (@rg3116); **PJR** (@thisispjr);
  - o **Press**: **Chance Miller** (editor in chief of 9to5 Mac, @chancehmiller);
  - o **Other**: **Mel Nayer** (@mel_nayer); **Beezie_Wacks** (@beezie_wacks); **Neoform** (@neoform)

---

[598] Twitter, https://twitter.com/_shantini_/status/1433270374809145345,
https://web.archive.org/web/20220131081324/https://twitter.com/_shantini_/status/1433270374809145345
[599] Twitter, https://twitter.com/_shantini_/status/1433270376100945922,
https://web.archive.org/web/20220131081402/https://twitter.com/_shantini_/status/1433270376100945922
[600] Twitter, https://twitter.com/_shantini_/status/1433272794498969600,
https://web.archive.org/web/20220131081115/https://twitter.com/_shantini_/status/1433272794498969600
[601] Twitter, https://twitter.com/_shantini_/status/1433274644858032128,
https://web.archive.org/web/20220131081450/https://twitter.com/_shantini_/status/1433274644858032128
[602] Twitter, https://twitter.com/_shantini_/status/1433297575914971136,
https://web.archive.org/web/20220131081449/https://twitter.com/_shantini_/status/1433297575914971136

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Sept 1 2021 9:33pm – Public Twitter.com Post**
- **Retweet: Shantini Vyas:** "Okay at the risk of..." 🔴 **Ricky Mondello (Employer):** : Corporations don't need anyone's defense. They have money, lawyers, and a brand to protect them. But _the truth_ is critically important. We need to recognize when someone is manipulating the empathy and good will of others to fuel a personal vendetta and warpath.[603]
  - Retweeted by: **Shantini Vyas, Thomas Naudet** (@tomn94), **Harrison** (@hrrsn, engineer), **Deborah Goldsmith** (@debbiegoldsmith)
  - Liked by:
    - **Apple managers**: 🔴 **Ryan Burkhardt** (@ryanburk), 🔴 **Rick Ballard** (@rballard), 🔴 **Faye Garfinkle** (@faycetime)
    - **Apple employees:** Steven McGrath (@mcgrathpdx), Matt Searle (@matt_s_searle), **Kristen Kwong** (@kristenkwng), **Louie Livon-Bemel** (@livbem), **Devon** (@devonbl), **Linda Dong** (@lindadong), **Sarah Kim** (@____skim), **Zach Gardner** (@lociani), **Karan Varidani** (@karan301_), **Ross Freeman** (@rfree18), **Neal Young** (@nealyoung), **Thomas Bosboom** (@thomasbosboom), **Louis Gerbarg** (@lgerbarg), **Tariq Ismael** (@tariqi), **Alex Duner** (@asduner), **Alex Hass**
- 🔴 **Ricky Mondello (Employer):** this is one of the least important things happening right now but the only one I feel like I can put words to. The amount of human suffering we're all witnessing on a daily basis is difficult to reason about or have a useful opinion on.)
  - **Shantini Vyas**: So well said. I think you distilled my thread down to the essential point. 😄 [604]
  - **Liam Reimers**: "Gut-wrenching" is about as far as I can get as personal opinions go. :( [605]

**Sept 1 2021 10pm – Public Twitter.com Post**
- **Kev Kitchens**: Especially this aspect [retweet]. Actually, scratch that. That part isn't disappointing, it's heartbreaking. Women fight so hard to be believed by our fucked up, sexist society that it's horrifying to see someone hand those bastards a pile of ammunition.[606]
  - Retweet: **Shantini Vyas** "Okay at the risk of..."

🍏 **SEPT 2 2021 – ASHLEY GJOVIK'S EEOC INTERVIEW**

🍏 **SEPT 2 2021 – BLOOMBERG ARTICLE ABOUT ASHLEY GJOVIK'S NLRB CHARGE, U.S. & CA DEPT OF LABOR CHARGES, & EEOC FILING** [607]

[603] Twitter, Ricky Mondello, https://twitter.com/rmondello/status/1433287029089988610, https://web.archive.org/web/20220129111609/https://twitter.com/rmondello/status/1433287029089988610
[604] Twitter, Shantini Vyas, https://twitter.com/_shantini_/status/1433287806433087488, https://web.archive.org/web/20220129111635/https://twitter.com/_shantini_/status/1433287806433087488
[605] Twitter, https://twitter.com/wreimers/status/1433423383635509260
[606] Tweet deleted after I announced NLRB charge & named Kitchens (see screenshot for reference instead)
[607] Bloomberg, https://www.bloomberg.com/news/articles/2021-09-03/national-labor-relations-board-fields-complaints-about-apple

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

🍏 **SEPT 2 2021 – FINANCIAL TIMES ARTICLE ABOUT ASHLEY GJOVIK'S NLRB CHARGE** [608]

🍏 **SEPT 2 2021 – REUTERS ARTICLE ABOUT ASHLEY GJOVIK'S NLRB CHARGE** [609]

**Sept 2 6:21am – Public Twitter.com Post**
- **Shantini Vyas:** I just want to say I got a \*lot\* of messages in support of this post. A lot of people, like me, struggled with this situation because it feels horrible to doubt a woman who comes forward with allegations. I still don't doubt that people mistreated her. That's the sad part. **Retweet: Shantini: "**Okay at the risk of..."[610]
  - *Liked by:*
    - **Managers (Employer):** **Rick Ballard** (@rballard), **DJ Capelis** (@djcapelis), **Ricky Mondello** (@rmondello), **Faye Garfinkle** (@fayecetime)
    - **Employees:** **Forest Hill** (@foresthill), **Elliot Barer** (@ebarer), **Josh Caron** (@_joshcaron), **Jeff Koftinoff** (@statusbar), **Noah Witherspoon** (@mahalis), **Devon** (@devonbl), **Bruno Philipe** (@brunophilipe), **Kev Kitchens** (@kitchens_sync), **Sarah Kim** (@___skim), **Michael Gecht** (@_mischi), **Zach Gardner** (@locriani), **Marco Carini** (@locriani), **Ross Freeman** (@rfree18)
- **Shantini Vyas:** I really honestly hope she finds a resolution that makes her happy. I hope that the people who harassed her have to face justice.
- **Shantini Vyas**: My spouse made a really good point, in that the only people benefiting from this is Apple. They can use this as precent to deny future reports and claims of harassment.
  - **Liked by:**
    - **Managers (Employer)**: 🔴 **Ricky Mondello**
    - **Employees**: **Bruno Philipe** (@brunophilipe), **Zach Gardner** (@locriani)

**Sept 2 2021 – Public Twitter.com Post**
- **Shantini Vyas:** Okay y'all. I am muting and going back to my dogs. Peace. [611]
  - 🔴 **Ricky Mondello (Employer):** : Hi, you're great.
    - *Liked by Shantini Vyas*
    - **Shantini Vyas**: Aw no you are! 🙂
      - *Liked by* 🔴 *Ricky Mondello*

**Sept 2 2021 7:47am – Public Twitter Posts** [612]

---

[608] Financial Times, https://www.ft.com/content/484fa8be-925e-495c-91ff-54950b112754
[609] Reuters, https://www.reuters.com/technology/us-national-labor-relations-board-investigating-two-complaints-apple-workers-2021-09-02/
[610] Twitter, https://twitter.com/_shantini_/status/1433419902803759106,
https://web.archive.org/web/20220129111921/https://twitter.com/_shantini_/status/1433419902803759106
[611] Twitter, https://twitter.com/_shantini_/status/1433456310582927361,
https://web.archive.org/web/20220129111957/https://twitter.com/_shantini_/status/1433456310582927361
[612] Twitter, https://twitter.com/ashleygjovik/status/1435253419632037897

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** ""#Apple, its officers & managing agents have knowingly retained, promoted, coddled, & protected VICIOUS employees known by its managing agents to by misogynist" My Sr. Dir even said he understood why a woman might think speaking truthfully would jeopardize her career on his team."
- **Cher Scarlett:** What case is this from?
- **Ashley Gjovik:** I don't want to identify her. This is incredibly recent & she's been through enough already. I know her. We were friends & used to go out drinking when I joined that team. But she disappeared & I never heard from her again. Now I know why.
- **Cher Scarlett:** I assumed this was a public case, wasn't trying to out anyone! [613]
- **Ashley Gjovik:** I would like to please request to protect her identity from this broad of a forum w/out her consent, even if the case itself is public. Anyhow, Apple & Tim Cook know EXACTLY which case this is. Now we definitely know why I haven't been fired yet.
- **Cher Scarlett:** Don't you think people are going to look for this case now that you posted it? [614]
- **Ashley Gjovik:** "I have no control over anyone but myself. But I did say please. The more you bring this up, the more likely it is they will though. So please, let's not.
- **Cher Scarlett:** Honestly, you responding to me in the way you did here felt really aggressive and presumptuous as if I was going to look into it, discover who it was, and out them. I don't particularly understand why you would imply I was going to do that, when I stated I wasn't. [615]
- **[Redacted]:** You asked her to name the person, she repeatedly declined. Hardly aggressive.
- **Cher Scarlett:** I literally did no such thing. I asked what case it was from. Because I was interested in reading the case, and to reiterate, NOT OUT ANYONE. [616]

## Sept 2 2021 8:01am – Private Text Messages
- **Cher Scarlett:** Ping ^^
- **Cher Scarlett:** Idk why you feel the need to talk to me like this?
- **Ashley Gjovik:** Hi Cher, good morning. This is literally one of the worst times of my entire life and I didn't sleep at all last night finding this and what I found probably saves my entire career/life. I have a lot going on right now. I'd appreciate if you could try to be supportive and empathetic towards me right now. I am a victim in all this and it frequently feels like you treat me like a perpetrator.
- **Ashley Gjovik:** I need to go to bed to get few hours of sleep. I have meetings all day. I hope you're well.
- **Cher Scarlett:**I'm not. I said 'wasn't trying to out anyone!" And you requested I keep the person private. I hope you're meetings go well and wish you would remember I'm a victim too.
- **Ashley Gjovik:** I do, that is why I try to give you grace whenever I can.
- **Cher Scarlett:**I literally just wanted to read the case to give to my lawyer.
- **Ashley Gjovik:** Today is the day my victimizer of 4+ years if formally validated as indeed a perpetrator of abuse. This is a very very emotional day for me.
- **Cher Scarlett:** Listen**.** I am supportive and empathetic of you. I am extremely glad you have found some validation and relief.
- **Ashley Gjovik:** Let's catch up later.

---

[613] Twitter: **Deleted Tweets** (see screenshots & PDF instead)
[614] Twitter: **Deleted Tweets** (see screenshots & PDF instead)
[615] Twitter: **Deleted Tweets** (see screenshots & PDF instead)
[616] Twitter: **Deleted Tweets** (see screenshots & PDF instead)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett:** Sounds good. Thank you.

**Sept 2 2021 – Private Text Messages**
- **Ashley Gjovik:** "OMG I just got a FaceTime from Cher saying that I abandoned her and the movement, and I'm being selfish, and when I say "we're stronger together" it makes her want to cry because I abandoned everyone else. WHAT IS HAPPENING. She even demanded an apology from me.
- **Journalist:** "Ah fuck I'm in an interview I'll call you in 20"

**[Ashley blocked Cher Scarlett on her Signal & Messages apps]**

**Sept 2 2021 – Private Email**
- **Mashable Journalist:** Hey Ashley, question for you. I took it based on this twitter thread that you had been doxed on Blind. But I'm hearing that your personal information wasn't shared. Just trying to get to the bottom of what happened. What led you to say your home address was shared?

**Sept 2 2021 – Public Twitter.com Post**
- **Zoe Schiffer** (The Verge): The NLRB is currently investigating two complaints from Apple workers: https://t.co/mtluNHHvD9
  - **Sleeping in Seattle:** I hope folks on Apple Too might organize a GoFundMe campaign to help with some of Ashley Gjovik's expenses. She's had a lot of adversities gang up on her in this crazy year: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/ [617]
- **Zoe Schiffer** (The Verge): The charge from @ashleygjovik concerns allegations of harassment, intimidation, and retaliation on the part of her boss, Apple employee relations, & others
- **Zoe Schiffer** (The Verge): charge from @cherthedev concerns Apple allegedly suppressing worker organizing — specifically the pay surveys & pay equity Slack channel
  - **Sleeping in Seattle:** Keep up the good fight Cher. But why has Ashley disassociated herself from your forum. She is going through a lot RIGHT NOW and you two need to act in concert: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/[618]
    - **Ashley Gjovik:** I support AppleToo & any organized/individual efforts to speak-out abt abuse/trauma, systems of oppression, & other issues requiring visibility & reform! There are a lot of people speaking out & advocating right now. We may not all have a common banner but we have a shared goal!

**Sept 2 2021 – Private Text Messages**
- **Ashley Gjovik:** What the literal f (screenshot of email from Mashable)
- **Zoe Schiffer** (Journalist): Ummmm Is this for her story……?
- **Ashley Gjovik:** [link] How would anyone else know my personal info was or was not shared other than me, Blind, or the person who shared it?

---

[617] Twitter, https://twitter.com/porter_jared/status/1434015237259153415
[618] Twitter, https://twitter.com/porter_jared/status/1433630747168968726,
https://web.archive.org/web/20220129112018/https://twitter.com/porter_jared/status/1433630747168968726

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Zoe Schiffer** (Journalist): I mean anyone who looked at Blind I guess but is [Mashable] saying she's going to issue a correction or something?
- Ashley Gjovik: The only person I gave details to was Cher. She demanded proof after I posed on her Twitter thread claiming she thought the thread was deleted by Apple managers. Blind deleted it after I reported the doxing.
- **Zoe Schiffer** (Journalist): … I'm just curious who would take the time to pressure [Mashable] into issuing a story correction. Which is like a pretty big deal.
- Ashley Gjovik: Timnit and Cher were pissed I posted on their thread when they were accusing Apple of deleting the thread to cover up evidence they were intimidating Cher.
- **Zoe Schiffer** (Journalist): … This whole thing seems pretty toxic. I can't believe someone would go to these lengths to try and make you look bad.
- ***Incoming audio call from Zoe Schiffer (Journalist)***

## Sept 2 2021 – Private Text Messages
- **Rachel Kraus** (Mashable): We issued an update just cuz my editor wanted to be super precise. I can call you in 10min to explain if you want.

## Sept 3 2021 – Public 9to5Mac.com Article [619]
*9to5Mac: US labor board investigating Apple employee complaints*
- **Kaibelf**: The real gem here is that she was complaining that when she goes on the leave SHE wanted she didn't have access to internal systems that ANYONE on leave would be barred from for security reasons at ANY normal company with a decent IT department. Also, The Verge is starting to seem more like that old Babe magazine that did that scummy story about Aziz Ansari that blew up in their face. They seem desperate to find something on this crusade even to the point of just making things up.

## Sept 3 2021 -- Public Twitter Posts
- Ashley Gjovik: For anyone trying to catch-up on my #Apple saga, I gathered the major Tweets & articles so far here [link to personal website]
- **Chouie Vuitton** (@ChouieV): Anyone trying to catch up? Seriously? Nobody cares about YOUR work drama. When or if u get off this leave they can send u back home for being so self absorbed. Why is is so hard for people to do their job and leave the drama at the house. [620]
  - *Liked by: **Soas** (@pri_dayal); **Antrunt** (@antrunt); **Ape Investments Ltd.** (@apeunderstand)*
  - **[Redacted]** If people always had that mentality we would all be working in sweat shops
  - **Daniel Savills** (DanielSavills): They should fire her long time ago. One sick apple in the box always spoil others. The atmosphere and energy she was spreading especially as team leader is the worst thing. They should actually fire now all her team because they are all infected. Next is the one who hired her.[621]

---

[619] 9to5Mac, https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/;
https://web.archive.org/web/20220128062753/https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/
[620] Twitter, https://twitter.com/ChouieV/status/1433917217297608707,
https://web.archive.org/web/20220131075800/https://twitter.com/ChouieV/status/1433917217297608707
[621] Twitter, https://twitter.com/DanielSavills/status/1436195552945913860,
https://web.archive.org/web/20220131075855/https://twitter.com/DanielSavills/status/1436195552945913860

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Beezie Wacks (@beezie_wacks):** BRILLIANT. [622]
- *Liked by: Soas (@pri_dayal); Antrunt (@antrunt; Ape Investments Ltd. (@apeunderstand)*
  - [Redacted] Kudos on how almost every tweet over the last year is about kissing Apples @$$. You're a shining superstar. Keep up the good work.
  - [Redacted] Literally every reply [Choie Vuitton] made over the last year is attacking anyone who doesn't like Apple's business practices.
  - [Redacted] I trolled the tweets from the last year and they are all negative about anybody that doesn't blindly support Apple. It's actually almost to a level of suspicion. In addition, they are 90% about Apple, which is also super weird.
- **Hedgehog the Tester (@Hdgeh0gTester):** Apple....meet Karen! We TRIED to tell you!!!!!!!!!!!!!![623]
  - *Liked by: Soas (@pri_dayal; Ape Investments Ltd. (@apeunderstand)*
- **Antrunt** (@antrunt): This woman has serious mental issues because she's mostly lying and trying to make Apple the bad guy (in her case). She took nudes on a prototype device and then complained about Apple wanting the device back and how it violated her privacy.[624] Retweet: **Shantini Vyas:** *Okay at the risk of \*gestures wildly at Twitter\* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES.*
  - Retweeted by: **FirstnameBunchofnumbers (@FirstNa47437596)**
- **Heffer (@Heffer):** Odd you get so much press, but your socials have relatively little engagement. I think for casuals your causes are too confusing. Is this about MeToo, environmental hazard, unionizing, surveillance, monopolies, etc? BI piece was unfocused compared to Susan Fowler's blog on Uber. [625]
  - **Heffer (@Heffer):** Also terrible choice by the BI editor to use that pic. Smiling, bright, no use of shadows, conveys more "privileged" and "corporate" than victim or a troublemaking maverick.[626]
- **I'mPinkThereforeI'mSpam** Apple fired you because they already know how this ends. There was no fixing the situation, so they waited and looked for a policy violation, found it, and booted you. They already know they're shelling out money on this so why have you in the office? [627]

---

[622] Twitter, https://twitter.com/beezie_wacks/status/1436467004622323715, https://web.archive.org/web/20220131080011/https://twitter.com/beezie_wacks/status/1436467004622323715
[623] Twitter, https://twitter.com/Hdgeh0gTester/status/1436446165344604161 , https://web.archive.org/web/20220131075836/https://twitter.com/Hdgeh0gTester/status/1436446165344604161
[624] Twitter, https://twitter.com/Antrunt/status/1436315767813910529, https://web.archive.org/web/20220202035754/https://twitter.com/Antrunt/status/1436315767813910529
[625] Twitter, https://twitter.com/Heffer/status/1439599826992189444; https://web.archive.org/web/20220128033457/https://twitter.com/Heffer/status/1439599826992189444
[626] Twitter, https://twitter.com/Heffer/status/1439602027630268418, https://web.archive.org/web/20220202035848/https://twitter.com/Heffer/status/1439602027630268418
[627] Twitter, https://twitter.com/i_mspam/status/1436489520233340940, https://web.archive.org/web/20220202035814/https://twitter.com/i_mspam/status/1436489520233340940

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **I'mPinkThereforeI'mSpam** I don't know the case well enough to say they'll settle. I'm just saying that no matter what it costs them, it isn't worth having someone who clearly doesn't want to be there... there. Insurance risk management people know how much this case is worth. [628]
- **Stayina** (@stayntheshadows): i read through multiple accounts, twice each. i tried to objectively take your side. but you come as an overtly difficult individual. the lengths one will go for attention. good luck until this gets buried and no1 cares. coming from an #AAPL hater [629]
  - o Liked by: **Soas (@pri_dayal)**
- **Chloe Heather Taylor** (@chloeheather967): Deeply concerned that you took nude photos on your work phone I'm thinking a senior engineer would have more common sense and less fluff between her ears. You reap what you sow. Chalk it up to your stupidity and move on.[630]

## Sept 3 2021 -- Public Apple Insider Article [631]
*Apple Insider: Apple employees ask Tim Cook to take action on workplace issues*
- **Jared Porter:** I hope some patrons on Apple Too might organize a GoFundMe campaign to help out Ashley Gjovik. She has had to deal with some "outside" life altering trauma in this crazy year of universal challenges. Yet she is still a fighter. See: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/
  - o **Heterotic**: She makes almost $400,000 a year, has Apple-provided health insurance, is being paid to not work at her own request, and trying to get Apple to pay her salary and provide her benefits through the finishing her law degree in December of next year without actually working. But sure, use the hourly employees who are actually treated like dog shit and get paid poverty wages to try to get nearly a half million dollars for doing jack shit for the company other than make publicly misleading and maybe even outright false statements.
  - o **DoubleJ8161:** Ashley Gjovik receives $386,000 per year in compensation from Apple. Right now she is being paid for doing absolutely nothing as she is on paid leave while they investigate her false and misleading claims. She doesn't need your sympathy money.
- **Doval**: Exactly, and she will soon be out of the compensation when investigation completes and find "no, your manager complimenting you is not harassment", she will never get another job , would you hire her?

## Sept 3 2021 -- Public Apple Insider Article [632]
*Apple Insider: US National Labor Relations Board investigating two Apple employee complaints*

[628] Twitter, https://twitter.com/i_mspam/status/1436489520233340940,
https://web.archive.org/web/20220202035814/https://twitter.com/i_mspam/status/1436489520233340940
[629] Twitter, https://twitter.com/StaytheShadows/status/1436766212034383873,
https://web.archive.org/web/20220202035837/https://twitter.com/StaytheShadows/status/1436766212034383873
[630] Twitter, https://twitter.com/Chloeheather967/status/1436303814236180481,
https://web.archive.org/web/20220202035851/https://twitter.com/Chloeheather967/status/1436303814236180481
[631] Apple Insider, https://forums.appleinsider.com/discussion/223785, ,
https://web.archive.org/web/20220201025730/https://forums.appleinsider.com/discussion/223785
[632] Apple Insider, https://forums.appleinsider.com/discussion/223773;
https://web.archive.org/web/20220128043144/https://forums.appleinsider.com/discussion/223773

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Sdw2001**: Calling it "mounting criticism" is a stretch.  A few disgruntled employees started this thing.  Calling it a "movement" is also quite a stretch.  Reminds me of when journalist write "new questions tonight as…." .  Oh really? New questions from whom?
- **9secondkox2**: Somebody thought they were bigger than they were, got talked to, and then tried to turn the tables… because entitlement.
- **Dee_dee**: Ashley likes to talk a lot, but has shown no evidence as of yet.
- **Jared Porter:** Seems like WHEREVER Ashley roams, she tends to discover adverse personal issues galore. Check out this long article she wrote. (She's in law school now. Watch out below.) https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/

## Sept 3 2021 -- Public Twitter Posts [633]

- **Apple Together:** Apple workers are coming together to talk openly about issues we want addressed in our workplace. Discrimination, harassment, and retaliation happen at #AppleToo. If you work or worked for Apple, or a third party, connect with us at http://appletoo.us.
  - ○ **Chouie Vuitton (@ChouieV):** Why people just don't leave if they don't like their work place? Why make it toxic for everyone else? This company grow too fast so a few bad apples came in and spoiling it for everyone. One toxic person can destroy positivity and peace anywhere. Get rid of them!
  - ○ **[Redacted]** I don't work for apple but I frequent there a lot and notice there are not a lot of black and brown people in leadership. It's 2021 get with the program #Appletoo
    - ▪ **Chouie Vuitton (@ChouieV):** Because they are not good enough. Hello? It's not about colour, it's about brain skills.

## 🍏 SEPT 3 2021 – ASHLEY GJOVIK FILES DOJ NCDF & DOJ FBI COMPLAINTS ABOUT APPLE

## Sept 3 2021 – Public 9-to-5 Mac Article [634]
*US labor board investigating Apple employee complaints, as doubts cast on one*
*Ben Lovejoy - Sep. 3rd 2021 4:46 am*

A US labor board is investigating two Apple employee complaints, one of which was filed by Ashley Gjøvik, a senior engineering program manager who has made a series of public allegations against the company.  However, doubts have been expressed about some of Gjøvik's claims, including evidence that appears to disprove one of them ...

The controversy began when Gjøvik implied that Apple had responded to her allegations of sexism by placing her on administrative leave. While she didn't specifically state then that this was imposed by the company against her will, this was the very clear implication of her phrasing: that Apple was penalizing a whistle-blower rather than the offender.

*So, following raising concerns to #Apple about #sexism, #hostileworkenvironment, &*
*#unsafeworkconditions, I'm now on indefinite paid administrative leave per #Apple employee*

---

[633] Twitter, https://twitter.com/ChouieV/status/1433917217297608707;
https://web.archive.org/save/https://twitter.com/ChouieV/status/1433917217297608707; &
https://twitter.com/DanielSavills/status/1436195552945913860 & https://twitter.com/beezie_wacks/status/1436467004622323715 &
https://web.archive.org/web/20220128043319/https://twitter.com/beezie_wacks/status/1436467004622323715
[634] 9to5Mac.com: https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/;
https://web.archive.org/web/20210903153051/https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

*relations, while they investigate my concerns. This seems to include me not using Apple's internal Slack.*

A former Apple employee revealed that it was in fact Gjøvik herself who had *requested* to be placed on paid leave. Apple simply agreed to her request. In those screengrabs, we can see that Gjøvik claims she was 'forced' onto administrative leave.

*I would like to reiterate: I do believe people were really shitty to them.*

*However i think it has progressed way past that point an become a tale of vengeance.*

It should be noted that **Shantini** herself left the company over its remote working policy, so has no incentive to defend Apple – indeed, she could well be feeling aggrieved.

There was a great deal of subtweeting going on by various other current and former employees on this topic. For example, when some questioned how these screengrabs had come to be made public, Apple's Authentication Experience head 🔴 **Ricky Mondello** tweeted this:

*Be really careful about drawing conclusions based on someone posting out-of-context, scary-looking screenshots that claim that an employer is violating employee privacy, without covering what the purpose and disclosure policy of the data is. (This is definitely a subtweet.)*

The supporting evidence Gjøvik provided for her sexism allegations also appeared relatively weak. She tweeted a screengrab of positive iMessage feedback from a manager.

*Feedback on the presentation today – I was specifically looking for tone. You did great. I didn't hear you going up an octave at the end of your statements. Came across as much more authoritative. It's super refreshing to provide feedback and then see you attempt to act upon it. Thank you!*

While it is well known that some male managers hold sexist attitudes about differences in tone between men and women, the feedback here would seem to apply to an employee of either gender. Someone who has a questioning tone at the end of their statements will indeed tend to sound unsure of themselves, and a number of Twitter users noted that this was extremely common feedback given to both men and women during public speaking training.

*I have received the same exact feedback in the past, as a male, from a female. I can relate to the feedback 100%.*

Gjøvik subsequently gave an interview to *The Verge*, which made the whole dispute as public as could be. This was followed by a webpage on which she posted a mass of her tweets on the topic, including a lengthy list of the offences she believed her managers had committed (with some redactions):

*Assault & Battery; Hostile Work Environment; Quid Pro Quo Bribe; Hostile Work Environment; Retaliation & Constructive Termination #1 Retaliation and Constructive; Termination #2 Negligence; Failure to Report Work Place Injuries Sexual Assault Concerns; Sexual Discrimination; Workplace Safety on; Sexist Culture in; Disability Discrimination & FMLA Violation Hostile Work Environment; Sexual Harassment; Hostile Work Environment. Failure to Address Hostile Work Environment; Sexual Comments; Hostile Work Environment; ADA Violations & Whistleblowing; Retaliation, IIED, Constructive Termination #3 Workers Compensation; Workplace Safety Concerns; Product Defect Whistleblowing; Privacy Whistleblowing; Voting Rights Advocacy; Corruption Whistleblowing; Workplace Safety Whistleblowing & Other Advocacy*

Reuters reports that Gjøvik and another Apple employee have filed complaints with the US National Labor Relations Board. A separate complaint was filed by Apple engineer Cher Scarlett, who carried out an internal survey to determine whether there was a pay equity problem within the company. Around 2,000 male and female employees shared their seniority and salary. Analysis of the results showed a 6% disparity in male and female pay. Apple responded by banning such surveys, which didn't exactly help to allay concerns of unequal pay.

The reason many have opted to subtweet rather than respond directly is a fear that any expression of doubt about one individual may be misinterpreted as dismissing legitimate reports of sexism. To be clear

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

on my own position, I have absolutely no doubt that sexism occurs within Apple as it does within any large organization. I don't have the inside view necessary to hold an opinion on the seriousness with which the company attempts to correct these problems, but I do feel that responding to a survey which reveals pay disparity by banning such surveys is as dumb a response as a company could possibly make.

🍏 **SEPT 3 2021 – APPLE URGENTLY & UNEXPECTEDLY TRIES TO MEET WITH ASHLEY GJOVIK BUT WON'T EXPLAIN WHY & WON'T DISCUSS VIA EMAIL**

**Sept 3-6 2021 – Public Twitter.com Post**
- **Ben Lovejoy (9to5Mac.com):** RIP my Twitter mentions…[635]
- **9to5 Mac:** US labor board investigating Apple employee complaints, as doubts cast on one https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/… by @benlovejoy[636]
  - **Soas** (pri_dayal): Great article, coming from a female in the same industry. You provided an unbiased article without having full details from both parties while providing receipts. There's more to this story, can't wait for an update. [637]
    - Liked by *Ben Lovejoy (9to5Mac)*
    - **Soas** (pri_dayal): Tone of voice is often discussed in public speaking training and in roles that require public speaking. What is construction criticism and a compliment was twisted into "sexist comments"? [638]
  - **[Redacted]** Why is this article written at a fifth grade level? [639]
  - **Ashley Gjovik**: @benlovejoy: "RIP my Twitter Mentions" "Defendant must have published the information with reckless disregard as to its offensiveness" Reckless disregard:" Proceeding to do something with a conscious awareness of danger" [640]
    - **[Redacted]** A lot of supposition and assumptions, too little direct reporting.
  - **[Redacted]** Reads like that SNL skit Drunk Uncle. Stuff you saw, stuff you read, opinions you hold. [641]
- **[Redacted]** Your reporting here is pretty bad. The leave issue is pretty irrelevant compared to all the harassment that went on in Apple internal bug tracker. Do you write for Marjorie Greene ? [642]
  - **[Redacted]** @ChanceHMiller Why does @9to5Mac continue to host this piece?! Article title says NLRB charge, but the article starts out about sexism, admin leave, & hearsay from

---

[635] Twitter, https://twitter.com/benlovejoy/status/1433759301814861825,
https://web.archive.org/web/20220129112101/https://twitter.com/benlovejoy/status/1433759301814861825
[636] Twitter, https://twitter.com/9to5mac/status/1433758197567967232,
https://web.archive.org/web/20220129205035/https://twitter.com/9to5mac/status/1433758197567967232
[637] Twitter, https://twitter.com/pri_dayal/status/1437627116628193281,
https://web.archive.org/web/20220206231829/https://twitter.com/pri_dayal/status/1437627116628193281
[638] Twitter, https://twitter.com/pri_dayal/status/1437629972852748293,
https://web.archive.org/web/20220206231844/https://twitter.com/pri_dayal/status/1437629972852748293
[639] Twitter, https://twitter.com/lastpisstake/status/1434884986331537408
[640] Twitter, https://twitter.com/ashleygjovik/status/1434701657489633282
[641] Twitter, https://twitter.com/boonejs/status/1434755488969859076
[642] Twitter, https://twitter.com/pwais/status/1434697661945311236

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

unverified source-- who ignores NLRB charge. You are like @foxnews saying Afghan refugees = immigration problem

- o **[Redacted]** @ChanceHMiller Apple employees have independently confirmed that Apple's internal Radar has evidence of harassment going back many years. The conflict with HR began years ago, not with the admin leave
- o **[Redacted]** @ChanceHMiller your author claims he can't read sexism. But the problem is that the article's assertion that the conflict began at the leave is demonstrably false. Your author is like Rudy saying "oops Judge maybe I did a stupid [643]

- **Ashley Gjovik**: Hi @benlovejoy, you can write a retraction or plz provide an address for a defamation & false-light demand letter. Your article includes no interviews/sources You never contacted me; There are multiple false & misleading statements which are offensive & harmful. [644]
  - o **Ashley Gjovik**: "For example, when some questioned how these screengrabs had come to be made public, Apple's Authentication Experience head Ricky Mondello tweeted this:" - LITERALLY about the Verge privacy article, not about this topic at all, & the Tweeter even says that. [645]
  - o **Ashley Gjovik**: "A former Apple employee revealed that it was in fact Gjøvik herself who had requested to be placed on paid leave" - "in fact," so a statement of verifiable fact that I did indeed tell Apple I wanted to be put on leave on 8/4! Like me actually writing it or saying it on video?[646]
  - o **Ashley Gjovik**: "including evidence that appears to disprove one of them" - define 'evidence' here...[647]
  - o **Ashley Gjovik**: "Apple simply agreed to her request." - another statement of verifiable fact! Cool. Good luck with that.[648]
  - o **Ashley Gjovik**: She posted a mass of her tweets on the topic, including a lengthy list of the offences she believed her managers had committed" - Did I claim these were all against my managers specifically? Also you literally list whistleblowing as an "offense" - that's not how the law works [649]
  - o **Ashley Gjovik**: "doubts have been expressed about some of Gjøvik's claims" - by who? random people on the internet? [650]
  - o **Ashley Gjovik**: "The supporting evidence Gjøvik provided for her sexism allegations also appeared relatively weak." - Did I ever claim that post was actually "evidence" for any specific legal claims? Looking forward to seeing you try to cite that [651]
  - o **Ashley Gjovik**: "The controversy began" - that's a bit strong [652]

- **[Redacted]:** Feels like reporting on specific cases such as this is petty. Especially before any facts have been proven by investigations and in light of 500+ other stories coming to light recently.

---

[643] Twitter, https://twitter.com/pwais/status/1435050469420769282
[644] Twitter, https://twitter.com/ashleygjovik/status/1434687693267476488
[645] Twitter, https://twitter.com/ashleygjovik/status/1434690596841537536
[646] Twitter, https://twitter.com/ashleygjovik/status/1434688849767141376
[647] Twitter, https://twitter.com/ashleygjovik/status/1434687919327879171
[648] Twitter, https://twitter.com/ashleygjovik/status/1434689058924482561
[649] Twitter, https://twitter.com/ashleygjovik/status/1434691429725442052
[650] Twitter, https://twitter.com/ashleygjovik/status/1434687841032753155
[651] Twitter, https://twitter.com/ashleygjovik/status/1434690928069931012
[652] Twitter, https://twitter.com/ashleygjovik/status/1434688005881532423

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Ben Lovejoy (9to5Mac):** This isn't some random case: this is one that has generated huge publicity, which is why so many current and former Apple employees are speaking out about it [653]
- o **Ashley Gjovik**: "why so many current and former Apple employees are speaking out about it" - You still have zero direct sources other than one ex-Apple employee's Tweets with replies turned off & another person's Tweet clearly taken out of context
- o **[Redacted]**  He's a shill for Apple. A shill, also called a plant or a stooge, is a person who publicly helps or gives credibility to a person or organization without disclosing that they have a close relationship with said person or organization. - I'm sure he gets a lot of scoops for it.
- o **Ashley Gjovik**: Exactly. After reading that "article," the first question that came into my mind was "I wonder how much Apple paid him to write this?" [654]

- • **[Ben Lovejoy blocks me]**
- • **Ashley Gjovik:** [image of account blocked by Ben Lovejoy] Really nice, @9to5mac. I'm still gonna need that address. Thanks. [655]
  - o **[Ben Lovejoy un-blocks me]**
  - o **Ben Lovejoy (9to5Mac) to Ashley Gjovik:** If you'd like to make a statement to add to the piece you can email ben@9to5mac.com [656]
  - o **Ashley Gjovik:** Welcome back! 1) Retraction or 2) Demand Letter. Thanks. [657]
  - o **Ashley Gjovik:** P.S. I think we should all step back & take a moment to appreciate that  Ben Lovejoy defamed an Apple corporate whistleblower, then blocked her, while she's speaking out about unsafe work conditions, corporate corruption, retaliation, intimidation, & discrimination... on LABOR DAY [658]

- • **Ben Lovejoy (9to5Mac)**: 1) Just for accuracy, you were briefly blocked for around 10 minutes as I considered whether or not to engage in discussion on Twitter /cont [659]
  - o **Soas (pri_dayal):** Great decision @benlovejoy [660]
  - o **Ben Lovejoy (9to5Mac** 2) I have provided my email and invited you to make a statement for me to add to the piece. That offer remains open. I would especially welcome clarification of what it is you consider to be factually inaccurate. [661]
    - ▪ **Ben Lovejoy (9to5Mac** 3) I am also happy to provide you with an interview opportunity in which you can explain at greater length why you felt your manager's praise to be

---

[653] Twitter, https://twitter.com/benlovejoy/status/1433800405599891459 ,
https://web.archive.org/web/20220206231132/https://twitter.com/benlovejoy/status/1433800405599891459
[654] Twitter, https://twitter.com/ashleygjovik/status/1434702980461125633
[655] Twitter, https://twitter.com/ashleygjovik/status/1434838170764398595
[656] Twitter, https://twitter.com/benlovejoy/status/1434839887388286978 ,
https://web.archive.org/web/20220206230239/https://twitter.com/benlovejoy/status/1434839887388286978
[657] Twitter, https://twitter.com/ashleygjovik/status/1434841380887482372
[658] Twitter, https://twitter.com/ashleygjovik/status/1434841380887482372
[659] Twitter, https://twitter.com/benlovejoy/status/1434891868756717568 ,
https://web.archive.org/web/20220206230350/https://twitter.com/benlovejoy/status/1434891868756717568
[660] Twitter, https://twitter.com/pri_dayal/status/1437629256234901508,
https://web.archive.org/web/20220206234725/https://twitter.com/pri_dayal/status/1437629256234901508
[661] Twitter, https://twitter.com/benlovejoy/status/1434892699501428739

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

    sexist, your take on how you came to be on paid leave and any other matters you would like to address. [662]
- ▪ **Ben Lovejoy (9to5Mac** 4) I don't believe a Twitter thread is the best place to discuss at length, but am more than happy to to so via email, iMessage or voice. [663]
- ▪ **Ben Lovejoy (9to5Mac** 5) In suggesting that, I am not implying that the conversation need be private. If you wish to make it public afterwards, I am perfectly happy to consent to that. [664]
- ▪ **Ben Lovejoy (9to5Mac** 6) I do take on board comments that, as a man, I cannot know what it is like to be a woman in the workplace, and therefore that my perception of the manager's message may be a male one. Accordingly, I will rephrase. [665]
  - o **Ben Lovejoy (9to5Mac)**: See the updated piece [666]

Copy of original version of article is here:
https://web.archive.org/web/20210903153051/https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/

## Sept 6 2021 – Private Twitter Direct Messages
- **Ben Lovejoy (MacRumors):** Hi Ashley, First, my apologies for misunderstanding the position on the paid leave. My understanding now is that you suggested this only as a secondary option if a better resolution could not be found? Second, I do fully take on board that my perception of the iMessage feedback was that of a man, and that both intention and reception of this message could be very different as a woman. Third, I reiterate my earlier offers. I am more than happy to add a statement from you, and/or to conduct an interview. Clearly we've got off on a bad footing, and I am happy to do my best to correct that should you wish it. Ben
- **Ashley Gjovik:** Thank you for the apology & the retraction, Ben. Happy Labor Day.

## Sept 4 2021 – Public Twitter.com Post
- ▪ **Ashley Gjovik:** We Are Going to Make it! 💙 [667]
  - o **Quote Retweet: [Redacted]** The fact that: • http://appletoo.us emerged in the middle of my own retaliatory suspension w pay (for having to report not 1 but 2 hostile gaslighty managers) • Ye dropped DONDA when I needed it • annnd @ashleygjovik retweeted my quote …is Not missed on me. Wgmi [668]
- ▪ **[Redacted]** I hate how "with pay" gets weaponised. So many people have told me that my issues with how Apple has been handling everything is unfounded because y'all are suspended with pay. "They are being paid, why are they complaining?" [669]

---

[662] Twitter, https://twitter.com/benlovejoy/status/1434893357587775489
[663] Twitter, https://twitter.com/benlovejoy/status/1434893900318183427
[664] Twitter, https://twitter.com/benlovejoy/status/1434895142603923459
[665] Twitter, https://twitter.com/benlovejoy/status/1434898241938771976
[666] Twitter, https://twitter.com/benlovejoy/status/1434906058179457026,
https://web.archive.org/web/20220206230108/https://twitter.com/benlovejoy/status/1434906058179457026
[667] Twitter, https://web.archive.org/web/20210904205710/https://twitter.com/ashleygjovik/status/1434238112419368960,
https://twitter.com/ashleygjovik/status/1434238112419368960
[668] Twitter, https://web.archive.org/web/20210903105558/https://twitter.com/f8cr/status/1433745369633021957
[669] Twitter, https://twitter.com/secyturtle/status/1434239303828312065

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Ashley Gjovik:** 1000%. It's almost like [#Apple](#) does all of this strategically to gaslight, circumvent laws, create division, confuse the narrative, and stifle dissent.[670]

## Sept 5 2021 -- Public Twitter Posts

- **Ashley Gjovik:** Been feeling triggered by the attacks on me & my advocacy focusing on the admin leave bit & saying I'm a liar & "I asked for it" Its invalidating, misinformed, cruel… But also feels a lot like: he said you wanted to sleep with him; your skirt was short… Dif words, same strategy [671]
  - o **Ashley Gjovik:** What's happening to me with the leave & retaliation clearly isn't exclusive to sex/gender, I've heard from so many others subject to the same. But these personal attacks by coworkers, the approach has definitely triggered my PTSD. I now realize why.
  - o **Ashley Gjovik:** 100% & the wildest part was that it started up after I spoke out abt how I felt so supported in my advocacy. "Since you feel supported, we're going to try to ensure you don't." While it hurts, none of its been rational, so just trying to watch the tactical cloud pass in the sky.

## Sept 5 2021 -- Public Twitter Posts

- **Cher Scarlett** (@cherthedev): "... two of its employees accused the company of retaliation after they spoke out about their working conditions. The two employees, both female, previously spoke out about pay equity as well as their experiences of sexual harassment in the company." is deeply wrong. I did not speak about any personal experiences of sexual harassment in the company. I have not experienced anything of the sort, nor have I reported this in any public or private place. Please fix this.[672]

## Sept 5 2021 -- Public Twitter Posts

- **[Redacted]:** Can you please write about the time she was discipled for harassing a colleague? Would make an interesting article.
- **Cher Scarlett** (@cherthedev): I've spoken about it in the past. I was harassed by this male colleague at Blizzard who then filed a sexual harassment complaint against me in retaliation, using his gf (@bunnyladame) at the time to do it.
- **Cher Scarlett** (@cherthedev): This information is a part of the DFEH and EEOC investigations. I am tired of correcting the lies by people who wish nothing more than to dismantle my credibility for their own obsessive reasons.
- **Cher Scarlett** (@cherthedev): I also wasn't disciplined, as he did it when he left the company.
- **Cher Scarlett** (@cherthedev): I don't think it's anyone we know. They started harassing me during the election coverage because I said I had great pattern recognition and was pretty good at predicting things, and tried to get my work to have me committed for having a psychotic break.[673]

 **SEPT 6 2021 - U.S. LABOR DAY**

---

[670] Twitter. https://twitter.com/ashleygjovik/status/1434240795922419714
[671] Twitter, https://twitter.com/ashleygjovik/status/1434337534562111490
[672] Twitter, https://twitter.com/cherthedev/status/1434629455436152833,
https://web.archive.org/web/20220130025149/https://twitter.com/cherthedev/status/1434629455436152833
[673] Twitter, https://twitter.com/cherthedev/status/1434640905261109249,
https://web.archive.org/web/20220129205035/https://twitter.com/cherthedev/status/1434640905261109249

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

**Sept 6 2021 – Public Twitter.com Posts**
- o 🔴 **Tim Cook:** This Labor Day we honor and recognize all those whose work and imagination fuels the innovations of tomorrow. [674]
  - o **[Redacted]** except @ashleygjovik maybe? [675]
    - ▪ **Ashley Gjovik:** [GIF of Leslie Knope in Parks & Rec in sweats & drinking soda after she's recalled from her position] [676]
      - • **Jan Willens** (@JanWillens): Not entirely sure if* this tweet helps you, Ashley.[677]
        - o *Liked by: **Thomas Newman***

**Sept 6 8:26AM – Public Twitter Post**
- • **[Redacated] (Journalist):** I dunno, I think the "doubt case on" @ashleygjovik's story because of… uh, one random Twitter user's comments kinda takes the cake for Apple horseshit today. [678]

**Sept 6 2021 10:15pm – Public Twitter Post**
- • *I "follow" Ricky Mondello (Employer):  on Twitter*
- • 🔴 **Ricky Mondello (Employer):**  Keep your friends close. That's it.[679]

🍏 **SEPT 7 2021 – APPLE CLAIMS THEY FOUND "INCONSISTENCIES" DURING THEIR INVESTIGATION INTO GJOVIK'S ABUSERS & WANTS TO MEET TO "GIVE GJOVIK THE OPPORTUNITY TO PROVIDE ADDITIONAL INFORMATION"**

**Sept 7 2021 – Public Twitter.com Post**
- - **Zoe Schiffer** (Journalist):): New: Apple employees were just asked to archive the community-foosball Slack channel. It was approved on August 18th — the same week Apple banned a company-wide pay equity Slack channel: https://t.co/uQocp3xU0c
  - o **Sleeping in Seattle**: I'm trying to get a GoFundMe Campaign launched within Apple Too to benefit Ashley's medical expenses as she had to pay for her apartment's toxic waste investigations out of her own pocket when Santa Clara and Irvine Co stiffed her.[680]

**Sept 7 2021 – Private Direct Messages**

---

[674] Twitter, https://twitter.com/tim_cook/status/1434898635922104322,
https://web.archive.org/web/20220130230219/https://twitter.com/tim_cook/status/1434898635922104322
[675] Twitter, https://twitter.com/NickWychen/status/1435132762718101506
[676] Twitter, https://twitter.com/ashleygjovik/status/1435141716684652546
[677] Twitter, https://twitter.com/JanWillens/status/1436243519996403713,
https://web.archive.org/web/20220130230215/https://twitter.com/JanWillens/status/1436243519996403713
[678] Twitter, Deleted
[679] Twitter, https://twitter.com/rmondello/status/1435109440278044674,
https://web.archive.org/web/20220129205814/https://twitter.com/rmondello/status/1435109440278044674
[680] Twitter, https://twitter.com/porter_jared/status/1435490982884040711,
https://web.archive.org/web/20220129205831/https://twitter.com/porter_jared/status/1435490982884040711

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** So Cher went on NBC this morning, shortly before yelling at me on Twitter and on iMessage for "being aggressive with her" while I was sharing all that about [the lawsuit against] my boss. NBC just reached out and they're canceling me tomorrow without a great explanation.t
- **Zoe Schiffer** (Journalist): Honestly if I had to guess I would say it's because of the [9to5 Mac] article, not Cher. But I have no idea. I'm sorry.

## Sept 7 2021 – Public Twitter.com Post
- **Zoe Schiffer** (Journalist):**):** New: Apple employees were just asked to archive the community-foosball Slack channel. It was approved on August 18th — the same week Apple banned a company-wide pay equity Slack channel: https://t.co/uQocp3xU0c
- **Sleeping in Seattle:** On today's Decoder podcast, Zoë inaccurately reported that Apple engineer Ashley Gjøvik filed a grievance with the company over toxic hazard WORKING environment in March. Ashley's toxic health issues are HOME related. She described here: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste [681]

## Sept 7 2021 -- Public Reddit Post [682]
*Reddit: Apple tells workers they have right to discuss wages, working conditions*
- **Messick (**employee)::** I've never seen a "journalist" milk one source so hard. This like the 8th article. If a reporter needs to lean so heavily one one person out over hundred hundred thousand employees, perhaps the narrative that's being pushed isn't exactly air tight.
  - **TheJamesKPolk**: Not only that but they constantly reference all these examples of "toxicity" in the workplace to make it seem like there's this huge culture problem. But when you drill into the examples...there's nothing there. The Verge is pretty clearly anti-business and clearly are pushing a narrative against Apple (along with other companies).
  - **DarkWasp14:** It's because Schiffer continues to write about and give a megaphone to someone whose credibility has already been disputed. Just look at this list of complaints, it's ridiculous. https://i.imgur.com/ziIf4X0.jpg [9to5Mac Article] on top of the fact that other allegations are easy to rip apart as well (like employees using personal accounts on their work iPhones). It has nothing to do with being a woman and everything to do with her motives. It's disingenuous to claim otherwise. There are very real things to criticize Apple for, there's no need to manufacture them.
- **DarkWasp14:** Schiffer still pushing the Ashley Gjøvik story after its been disputed and her credibility shot really shows her angle towards Apple. Her pieces are constantly ripped apart and its made me not read the Verge anymore. https://9to5mac.com/2021/09/03/apple-employee-complaints-labor-board/
- **Crissnovak:  Shantini** is my hero, best take on "A" with over 200+ ❤️s. ALOT seem to agree: entitled, obnoxious, toxic, vindictive employee. To me, zero credibility. I would not even want to be on the same sidewalk with that. Why Zoë continues to give "A" the time of day, I don't know, and I've lost all respect for her as a journalist. It's not newsworthy, it's a dumpster fire.

---

[681] Twitter, https://twitter.com/porter_jared/status/1435489147473457154,
https://web.archive.org/web/20220129205848/https://twitter.com/porter_jared/status/1435489147473457154
[682] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/;
https://web.archive.org/web/20220128081831/https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- https://twitter.com/*shantini*/status/1433270352919072771 [683]
- **PacManDaddy**: I said it in the last thread about bad, criminal employees, and I'll say it again. It's time for Apple to take out the trash. Do whatever it takes to identify and catch the leakers and then ruin their lives. Fire them, prosecute and go after them. Do whatever it takes. Hunt them down like wild animals. Leakers and other activist employees who believe that they can do as they please have no business being at Apple. I want to see them gone and I want to see them destroyed. Trashy employees do not belong at Apple. And who is surprised that the leakers go running to the garbage site called the Verge? They already had one campaign that backfired on them when the lunatic woman leaker was fired, now it's time to get rid of any remaining leakers and criminals. Go get 'em Tim! [684]
    o **PacManDaddy**: Espionage has long been treated as a crime worthy of death and all Apple would need to do is to make it apply to corporations and not just nations. It wont be easy of course, but nothing is impossible I think. People just need to be optimistic and patient. Again, I do not believe realistically that it is going to happen any time soon, but I do still believe that it's a possible solution for the future sometime. [685]
    o **PacManDaddy**: I don't disagree and I don't realistically think it will become law in our lifetime either. However, I do still feel that it should be taken under consideration and I still hold the view that it should happen and I view it as a valid position, but this is not a perfect world of course, and things do not move as quickly as we wish sometimes. There are also many other pressing matters that are of a greater priority of course.
    o [Redacted] extremely normal comment
    o [Redacted] Yeah, advocating capital punishment for corporate leakers, and failing that ruining their lives possibly to the point of driving them to suicide, sounds *totally* sane and serious.
    o [Redacted] I legitimately thought they stopped making this type of psycho like five or six years ago.
    o [Redacted] I feel extremely confident in predicting that corporate leakers won't ever be sentenced to death in the United States
    o [Redacted] You OK there dude?
    o **PacManDaddy**:: I'm perfectly ok, thanks for your concern. I'm actually quite happy because I've been against these leakers for years and I am very happy whenever we see Apple taking any action against leakers and spies within their midst. It seems that they are now taking the issue more seriously than before, hopefully. It would be nice to see some results soon.
    o [Redacted] Dude you 1000% sound like you're having a mental health crisis. Help is available. Reach out!
    o **PacManDaddy**: I would equate my current mental state to a brand new iPhone 13 Pro Max with a battery that's at 100%. I couldn't be sharper or more clear in my thoughts. Would you fix a

---

[683] Reddit, https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/hc10gsq/ ; https://web.archive.org/web/20220128082256/https://www.reddit.com/r/apple/comments/pjnrcq/how_slack_changed_apples_employee_culture_with/hc10gsq/
[684] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/ ; https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/ ;
[685] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5qbj/; https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/; https://web.archive.org/web/20220202200302/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/hdvtqqn/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

brand new iPhone 13 Pro Max the day after you bought it if nothing were wrong? There is nothing to fix. Helping should not be the focus, elimination is the main priority here in my view. If a person has cancer, they need to get rid of it, dispose of it from their bodies, using chemo etc., and Apple needs to eliminate the cancer from within before it grows bigger. That's just plain common sense.

**Sept 9 2021– Public Twitter.com Post** [686]
- **Ashley Gjovik:** Any bets if I get a literal knock on my physical door from #Apple today?
- **Ashley Gjovik:** Hey #Apple, "This feels a little like witness intimidation. I let @NLRB know." Love, Ashley Clutches panic button & Mace while still laying on floor pondering the brutality of U.S. capitalism...
  - **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: I'm of the personal opinion she wrote her Apple obit when she posted to Twitter. As a seasoned employee, she more than others, we well aware of the consequences of airing 'dirty laundry' on an international social media site after all she's signed as an employee. It backfired.
    - **[Redacted]** you sound like you work for apple bullying team. just because you have a company phone, doesn't always mean you are available for every summons. and they should know that everything should be in writing as well, to protect themselves. you sound so hostile
  - **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: She went to Twitter! No there' isn't one. Reasons exist why apple issues their equipment to get their work done. Nothing to do with that. She should have went in. Might've felt irreplaceable? Showed her hand when she didn't go in. If went in, would've been severanced if fired.
    - **[Redacted]** Apple troll alert!!
    - **Ashley Gjovik:** Yeah they're def one of the overly invested, Apple sponsored ones.

🍎 **SEPT 9 2021 – APPLE'S "WORKPLACE VIOLENCE" TEAM SENDS AN INTEERROGATOR WHO DEMANDS I GET ON THE PHONE WITH HIM "WITHIN THE HOUR"**

🍎 **SEPT 9 2021 – APPLE TERMINATES ASHLEY GJOVIK**

**Sept 9 2021 9:25pm – Public Twitter.com Post**
- 🔴 **Ricky Mondello (Employer):** : Sometimes you fuck around, and then sometimes you find out.[687]
  - Liked & Retweeted by **Shantini Vyas**
  - **Shantini Vyas**: Ah yes, the famous FAFO queue. Not recommended compared to FIFO.
    - *Liked by* 🔴 *Ricky Mondello, DJ Capelis, & Kev Kitchens*
  - **Kev Kitchens**: Well, hello there consequences of my own actions
    - *Liked by Shantini Vyas*

---

[686] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425, https://web.archive.org/web/20220129205852/https://twitter.com/anansi22/status/1442288474476920835
[687] Twitter, https://twitter.com/rmondello/status/1436184099987681314, https://web.archive.org/web/20220129205856/https://twitter.com/rmondello/status/1436184099987681314

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- *Liked By*
  - **Managers (Employer)**: 🔴 **DJ Capelis**, 🔴 **Jeff Kelley**
  - **Employees**: **Shantini Vyas**, **Kev Kitchens**, **Hugo Kessler** (@hugokessler), **Harris Papadopoulos** (@cpapado), **Patrick Metcalfe** (@pducks32), **Tim** (human interface engineer, @timdesir), **BJ** (@bj_spins), **Julio Ortiz** (@_julioortiz), **Alex Haas** (@alexhaas), **Ross Freeman** (@rfree18), **Thomas** (@tomn94), **Louis D'hauwe** (@louisdhauwe), **Devon** (@devonbl), **Raul Rea Menacho** (@raul_rea),
  - **Press**: **John Gruber** (@gruber)

**Sept 9 2021 10:49pm – Public Twitter.com Post**
- 🔴 **Ricky Mondello (Employer):** Things can be complicated. Multi-faceted. Nobody or thing is all good or all bad. (Except dogs [good] and cryptocurrency [bad].)[688]
  - Adds this Tweet as a ***Reply*** on the "Sometimes you fuck around, and then sometimes you find out." post.[689]
  - *Liked by **Shantini Vyas***

**Sept 9 2021 10:08pm – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): Important! The NLRB investigates ALL charges brought to its office. It isn't indicative of prosecution of cases or merit in charges. I still strongly believe in the case myself and Apple employees have brought regarding unlawful statements and application of rules around pay. [690]
  - *Liked by **Shantini Vyas***

**Sept 9 2021 10:08pm – Public Twitter.com Post**
- **[Redacted]** I cannot express this enough: I'm so fucking disappointed in @Apple How hard is it to ensure sure your employees aren't being abused? When they clearly were, you defended the abuser? If this wasn't so sad, I'd be impressed you could fuck this up so perfectly. What the fuck.
  - Retweet: "When I began raising wrkplace safety concerns in March & immediately faced retaliation & intimidation, I started preparing myself for something exactly like this to happen. I'm disappointed that a company I've loved since I was a little girl would treat their employees this way" twitter.com/verge/status/1…
- **JoseJimenez** (JoseJim18278914): Can you send me the links to the statement apple made and the evidence on this? Can't find it. If, of course, you only believe what fits your agenda, then never mind. Btw. It is pretty hard to ensure no wrong doing. I have seen firsthand how one made up stories in front of HR. [691]

---

[688] Twitter, https://twitter.com/rmondello/status/1436205058379583509;
https://web.archive.org/web/20220128050032/https://twitter.com/rmondello/status/1436205058379583509
[689] Twitter, https://twitter.com/rmondello/status/1436184099987681314;
https://web.archive.org/web/20220128050221/https://twitter.com/rmondello/status/1436184099987681314
[690] Twitter, https://twitter.com/cherthedev/status/1436194928351014942;
https://web.archive.org/web/20220128045815/https://twitter.com/cherthedev/status/1436194928351014942
[691] Twitter, https://twitter.com/JoseJim18278914/status/1436196635822993408,
https://web.archive.org/web/20220202045549/https://twitter.com/JoseJim18278914/status/1436196635822993408

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **[Redacted]** Agenda? My guy, this doesn't affect me other than making me sad. Apple has refused to make a comment so far. Anecdotally, where there's smoke there's probably fire, but here's the thing: I've had many friends who've worked there, and I've heard similar things about what goes on
- ○ **JoseJimenez** (JoseJim18278914):  If you play that game, i, too, know many people who got into trouble or lost their jobs just because someone told HR lies. happened to me that a woman badmouthed me. Luckily I had witnesses. 1-sided bs. Never believe the accused? Only the accuser? Medieval times you guys live in! [692]
    - ▪ **[Redacted]:** Yeah, that's not what I'm saying at all. I've seen first hand too how people can abuse HR for their own personal gain too. It's fucked up, and I'm sorry you had to go through that. This also just doesn't look like that, not even a little.
        - • **JoseJimenez** (JoseJim18278914):  Quite frankly, we all don't know what it looks like. You just got 1 side of it. Again. Not Twitter but a lawyer is your friend here. Taking it to Twitter tells me someone just wants attention. [693]
- ○ **JoseJimenez** (JoseJim18278914): So, you don't have evidence just hearsay. In a world where people strive for their 5min in spotlight it is unthinkable that it's not true? That they think they can maybe get a financial or other benefit from it? If apple has done wrong, don't go to Twitter, go to a lawyer. Yuck [694]

## Sept 9 2021 – Public Twitter Posts
- - **Ashley Gjovik:** YOU GUYS. Do you know who else works/worked at #Apple and said he specializes in "Threat Assessment & Workplace Violence"?!! Literally the guy from that article who illegally broke into someone's house: https://twitter.com/ashleygjovik/status/1436071412624609287 [695]
- - **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Anthony died shortly after the 2011 incident "Anthony Colon, one of the two Apple employees who searched Calderon's home and left his business card with Calderon, suffered a brain aneurysm and died in May [2012], records show." [696]

## Sept 9 2021– Public Twitter.com Post
- • **Zoe Schiffer** (Journalist): Breaking: Apple fires senior engineering program manager Ashley Gjøvik for allegedly leaking information. For months, Gjøvik has been tweeting allegations of harassment, intimidation, and surveillance at the tech giant: **Retweet: The Verge:** Apple fires senior engineering program manager Ashley Gjøvik for allegedly leaking information https://theverge.com/2021/9/9/22666049/apple-fires-senior-engineering-program-manager-ashley-gjovik-for-allegedly-leaking-information

---

[692] Twitter, https://twitter.com/JoseJim18278914/status/1436267693209001985,
https://web.archive.org/web/20220202045620/https://twitter.com/JoseJim18278914/status/1436267693209001985
[693] Twitter, https://twitter.com/JoseJim18278914/status/1436271125558960128 ,
https://web.archive.org/web/20220202045620/https://twitter.com/JoseJim18278914/status/1436271125558960128
[694] Twitter, https://twitter.com/JoseJim18278914/status/1436266523988054017 ,
https://web.archive.org/web/20220202045634/https://twitter.com/JoseJim18278914/status/1436266523988054017
[695] Twitter, https://twitter.com/ashleygjovik/status/1436107306781995055
[696] Twitter, https://twitter.com/Female_in_tech/status/1436118598599143428;
https://web.archive.org/web/20220210033624/https://twitter.com/Female_in_tech/status/1436118598599143428

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **Siddhant Das** (@siddhantdas33): This might be the truth you are choosing to ignore - but okay. You are a journalist. Not like you have a job to present arguments from both sides and not push an agenda **Reweet: Shantini Vyas:** Okay at the risk of \*gestures wildly at Twitter\* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES. [697]
  - ▪ **Ashely Gjovik**: Both sides are: me & Apple. Both sides are not: me, Apple, Siddhant, and some random woman on the internet. Y'all sound like those QAnon people.
- ○ **Winnie the Winner (@WC47362463):** I wonder why. Did you read her tweets? [698]
  - ▪ *Liked by: Ape Investments Ltd (@apeunderstand)*
- ○ **JoseJimenez** (JoseJim18278914): @ZoeSchiffer shame on you to take a platform like the Verge to spew your agenda. No evidence, no process just accusations. Best of all is, you write "for ALLEGEDLY leaking information". If it was a man you'd write "for leaking information". Only bias and ideology. Yuck [699]
- ○ **[Redacted]** Apple colleagues writing down offensive "nicknames" of Ashley Gjøvik on whiteboards in Apple offices.
  - ▪ **Beezie Wacks:** And what did she write about others? So much of what she shared was one-sided. She deserves all the misery of being fired for violating policy. She's a liar and she didn't get away with it this time. [700]

## Sept 9 2021 – Public 9to5Mac.com Article [701]
*9to5Mac: Apple fires engineering manager Ashley Gjøvik for allegedly violating company's rules*
- **Rogifan**: I remember seeing tweets from some Apple employees who were disputing Ashley Gjovik's claims. I don't think that ever made it to the front page of the Verge. So far we have one side of the story and most people will always take the side of an employee over their employer.
- **Iceman**: As a former Apple Engineering Leader I really struggle with accounts like these, they just don't resemble the company I worked for, or at least not my experience there. Saying that, even if her overall assertions are true, there are certain factual inaccuracies that make it hard for her to be credible, most specifically about Apple spying on her iCloud account and phone.
- **RevueltaElCapitan**: My solidarity was towards you and the fact that you ought bring breakfast everyday in bed to Ashley, otherwise she beats you hardly and also put a grudge on you for a week or so if her cappuccino had not enough foam on top. Duck life.

---

[697] Twitter, https://twitter.com/siddhantdas33/status/1436441696745652228,
https://web.archive.org/web/20220202041310/https://twitter.com/siddhantdas33/status/1436441696745652228
[698] Twitter, https://twitter.com/WC47362463/status/1436277212722860033,
https://web.archive.org/web/20220129232425/https://twitter.com/WC47362463/status/1436277212722860033
[699] Twitter, https://twitter.com/JoseJim18278914/status/1436194373851549696,
https://web.archive.org/web/20220129205754/https://twitter.com/JoseJim18278914/status/1436194373851549696
[700] Twitter, https://twitter.com/beezie_wacks/status/1436343966920679424 ,
https://web.archive.org/web/20220129232635/https://twitter.com/beezie_wacks/status/1436343966920679424
[701] 9to5Mac, https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/; https://web.archive.org/web/20220128063806/https://9to5mac.com/2021/09/09/apple-fires-engineering-manager-ashley-gjovik-for-allegedly-violating-companys-rules/

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]:** They're making an example out of her probably in hopes of quelling any insurrection within the ranks. Classic divide and conquer. I wonder how the other Apple employees who have similar views or grievances will react?
  - o **WPT:** "employee insurrection"? Yea, right. As a former employee myself I can tell you the vast majority are happy to work for Apple. "classic divide and conquer"? Again, yea right. Apple will be following the letter of the rules to the nth degree with 3 or 4 layers checking to make sure of the legality. It is actually hard to be fired by Apple. They always preferred to find a different situation for the employee or an amicable settlement. They'd actually bend over backwards to the point some of us thought they were going too far for employees who were clearly not good employees. So yea I'm sure it's classic divide and conquer and trying to keep the workforce from rebelling from a dreadful situation -- I'm sure it's not possible this is an agenda driven individual looking out for themselves by using media at the cost of fellow employees or the company itself. That's simply not possible.
    - ▪ **[Redacted]** "As a former employee myself…" As a **former** employee, you know all of Apple's **current** policies and practices?
- **Photo:** The stories about her are that fellow employees, who no longer work at Apple, dispute her claims and have shown emails they claim are authentic and discredit this woman. Now you're caught up.
  - o **[Redacted]:** that's clearly nonsense
    - ▪ **Photo:** "*A former coworker shared emails casting doubt on the claim that Apple had previously put Gjøvik on administrative leave, and that it was in fact Gjøvik who requested to be placed on leave.*" Being caught red handed in a lie was enough for me to dismiss Gjøvik, but you are free to support her.
- **Devon:** I'm not sure that I really buy this one; perhaps she should better present her grievances because screenshots with little context don't really paint a clear picture of what's going on. Add to that her article about how toxic waste in her apartment is adversely affecting her health, and I'm wondering if there are mental health issues at play here. Interestingly, all this started about six months ago and she seems very invested in building a personal brand on social media and the web around being a victim.

**Sept 9 2021 10:17pm – Public Twitter.com Post**
- • **Daniel Savills:** @ashleygjovik I can see all negativity and bad vibes in this woman face. People's thoughts are changing their looks. The hate and negative thoughts attracting all her issues more and more. She is probably vegan and protester and voted current president 😂😂😂😂 [702]

**Sept 9 2021– Public Reddit Post** [703]
*Article: Apple fires senior engineering program manager Ashley Gjøvik for allegedly leaking information*
- **Crasher401:** I'll just leave this twitter thread here. Skip to the last tweet in the thread if you're tl;dr.
  https://twitter.com/_shantini_/status/1433270352919072771

---

[702] Twitter, https://twitter.com/DanielSavills/status/1436197119589855233;
https://web.archive.org/web/20220128043238/https://twitter.com/DanielSavills/status/1436195552945913860
[703] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
https://web.archive.org/web/20220128045657/https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **RiveDroite:** So she requested to be on a paid leave and refused to come back, yet publicly made it sound like she had been forced on leave? This person sounds super toxic.
- o **taste_the_thunder:** She basically wanted some accommodation for handling "toxicity". There were two kinds of toxicity - cultural, and apparently the office was built on some kind of toxic landfill thing (not sure about the details). She brought this up, kept asking for accommodations, eventually threatened Apple that she'll start her notice period if her demands were not met. Apple basically said K thx bye. She did not expect them to actually accept her threat.
- **Kenuffff:** She was fired bc she was an awful employee
- **Neoform:** Silicon Valley has a number of Superfund sites, she says both her apartment AND her workplace office are located above a superfund site... That said, she's claiming she was hallucinating and getting sick from the tVOCs – meanwhile no one else around her was suffering the same. Hmmm...
  - o **RiveDroite:** Sounds more like she has mental illness
  - o **Neoform** Based on her writings and twitter feed, I would not be surprised in the least to learn she has some kind of psychosis.
  - o **Crissnovak**: And then when that didn't pan out for her, seems like she tried to do the same sht with Apple. The only thing toxic in all of this is HER. I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this person. She needs serious help.
- **RiveDroite:** The toxic landfill had nothing to do with Apple, it was her apartment where she lives
  - o **The_Count_Lives:** She wanted them to test and reveal the results, which they had done two years prior. Most superfund sites are on a program where they are regularly tested - she wanted them to test oh her schedule instead.
  - o **taste_the_thunder:** As per the verge article, she definitely wanted Apple to do something about it. Not sure what Apple would do about a landfill under your home.
  - o **The_Count_Lives:** There were apparently two different incidents. One she got sick at her apt and was on sick leave from work for months and got better after she moved out of her old place - so she claimed that her previous home was toxic and called out the building management company. When she came back to work, she had a doctors note that outlined how much work she was allowed to do for a month while she got back up to speed. According to her, on her first day back she was forced to work on a stressful project and present that work which she claims was against her doctors orders. Then apparently her manager took credit for her work, which pissed her off - this is what led to the initial sexism investigation, which amounted to nothing - which pissed her off. Second was she discovered that the Apple office she worked in was built on a superfund site. Because she believed her previous apt was responsible for getting sick, this bothered her (and I assume she was still pissed at what happened when she came back) so she pushed Apple about it, on top of the sexism investigation, and things spiraled into this.
- **Omega3Cedar:** She's cancer where she goes. I hope no one hire this manipulative maniac. People would love to have her job and do a good job with it than to play her stupid games.
  - o **Crissnovak** Play stupid games, win stupid prizes.
- **Crasher401** Seems to me Zoe knows she's lost her inside leak and is hanging on to push as much as she can before the well runs dry.
  - o **FourteenFour:** Got to keep the political narrative alive and well even if it means leaving out facts and showing both sides. Certain media outlets are nothing more than mouth pieces for political

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

parties and candidates. Sadly their bias means a lot of people experience real issues get lost in the mix.

- **Blackwellsaigon:** After reading about Ashley's whole saga (from her tweets, emails, and website posts), she comes across as a dramatic individual (to say the least) who looks to be quite toxic. I don't have a dog in this fight. This is just based on what I have read so far. All I know is this: I feel sorry for the next company that hires her
  - o **Tarasius**: Apple will sue the shit out her for disinformation and reputational loss.[704]
  - o **Crissnovak**: I so hope Apple, Northrop Grumman, Irvine Company sue her and teach her a lesson. I think She thinks she going to get rich, but she's going straight to the poor house. $300K + RSUs + healthcare + tuition reimbursement all up in smoke for this nonsense. Go Ashley go!
- **Crissnovak** Are you afraid that Apple will fire you next?
  - o **Cher Scarlett** (cherpxo)  No.
- **Crissnovak** That was Shantini, Ashley is still very much unemployed at this point.
- **NewtotheRed**: Her downfall is her hubris to think her Santa Clara law student status can battle an entire team of internal and external harvard/Yale/Stanford lawyers with experience
  - o **Crissnovak**: Exactly, she's "badass" with a part-time Santa Clara JD, she's going to get steamrolled lololol
- **Bwu1207** I'm sorry, but who takes nudes with a work phone then complains about company surveillance when they take it away? I thought it was generally understood in any company that a work phone is company property. Certainly, someone working at Apple should be smart enough to know better. Looks to me like she was doing it for the attention more than anything else. Sounds like Apple was already pushing her out and was just building a bulletproof case against her, though that was probably established awhile ago…
  - o **Cher Scarlett** (cherpxo) She didn't take nude photos with a work phone. She was told to use her personal iCloud for her work device, which synced her iMessages and the photos in those messages from her personal phone to her work phone.
- **Messick (employee)::** Long before she starting showing up on The Verge and Reddit, she was quoted, by name and employer, in a NYTimes article about her internal dealings at Apple. She also was incredibly hostile when it was pointed out that talking to reporters while representing oneself as an Apple employee was a serious career limiting event, at best. In fact, when the stories started getting posted here, they were about completely different things that what I already knew her for.
- **Kenuffff:** Sounds like she has anxiety.
- **Kenuffff:** my wife had a friend saying people were breaking into her apartment through the fire escape , and called the police multiple times , turns out she has schizophrenia
- **Crissnovak**: Good riddance. They should have fired her weeks ago.
- **Neoform**: The way she's been attacking her employer on every possible front (including taking digs at the CEO and board of directors, repeatedly), this was basically a self-fulfilling prophecy.
  - o **Kenuffff**: it's also odd this happens to be a problem when she has to return to the office per apple
- **[Redacted]** This looks really bad on Apple. She complains about the workspace and they they fire her. The optics are horrible for Apple. But then this coming right after the crazy decision to start monitoring on

---

[704] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/comment/hccxlth/?utm_source=share&utm_medium=web2x&context=3; https://web.archive.org/web/20220131091146/https://www.reddit.com/r/apple/comments/plcc8i/comment/hccxlth/?context=3

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

device. Hopefully Apple will show some incredible new devices next week at their show and move the conversation to something positive.

- o **Crissnovak:** A whistleblower of what illegal activities at Apple? Simply calling yourself a "whistleblower" doesn't absolve you from your employment contract with Apple. She allegedly shared intellectual property, that's an immediate fire able offense. Good on Apple on this one. I'm actually impressed by the way they handled her. Didn't stoop down to her level. They just left her alone to angry Tweet for months so she can expose herself. Brilliant move by a brilliant company.
- **Capwapfap:** Gjøvik? https://imgflip.com/i/5nd2ox [*"Gjøvik? M*ther F*cker!"*]
- [Redacted] No employee should be forced to turn over the contents of their phone to their employer.
  - o **Neoform:** I think you'll find, if you conduct work on a personal device and a lawsuit is filed where the plaintiff subpoenas all devices and records... (which appears to have been the case), her phone's contents become part of the public record and she doesn't get to have a say.
- [Deleted]
  - o **DarkWasp14:** The fact that it's been so easily disputed (for crying out loud just take a glance at her Twitter, she's unhinged) The Verge/Schiffer continued to push the story, even now, is gross. They manufactured a narrative ignoring all evidence that this person was a problem from the beginning.
  - o **HiddenSquid04:** Am I missing something here? It looks like she was using her work phone for personal use. Why on earth would you send nudes using your work phone??
  - o **DarkWasp14:** Not even just a normal work phone, a prototype that of course would need to be returned. It doesn't take very long to create a new Apple ID and not use your personal one
- **Lastaria:** The riposte: https://mobile.twitter.com/shantini/status/1433270352919072771?s=20
- **Paddles111 (**note, account has one single comment ever, this one): I skimmed through everything pretty quick but it seems like she will tweet things like -hey look look at how horrible Apple is being, or whatever and then post a screengrab of an email she wrote to Apple describing something they are doing. As if her email she wrote to them counts as evidence. Her behaviour is bizarre. Then I skimmed the article of her apartment being on toxic ground and it reinforced that the toxicity is in her head, in a couple of different way. I enjoyed the part where she was surprised that the building administration would allow her to break her lease without financial penalty.... she didn't seem to understand that they just wanted her out ASAP. Hilarious and a bit sad. Because maybe she has a personality disorder or some mental health issue.
- **Newtothered:** Her downfall is her hubris to think her Santa Clara law student status can battle an entire team of internal and external harvard/Yale/Stanford lawyers with experience
  - o **Crissnovak:** Exactly, she's "badass" with a part-time Santa Clara JD, she's going to get steamrolled lololol
- **Crissnovak:** I think when the NLRB, EEOC slams the door on Karen's face because there's no case, we'll see more Twitter tirades about how corrupt these agencies are. Dear Apple please don't pay her a fucking dime; awarding toxic behavior will only perpetuate it. She needs to learn a hard lesson in life and gain some maturity.
- [Redacted] For months, Gjøvik has been tweeting openly about allegations of harassment, surveillance, and workplace safety. Comments in this thread: "Good riddance." "She seems unhinged." "she's neurotic." Wtf is wrong with you people?
  - o **Crissnovak:** Tweeting doesn't make your story true. I need to hear both sides and I need to see facts before I make a judgement. No doubt, her character was on display with those angry profanity ridden Tweets. Not someone I would ever want to work with.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

o **newtothered:** I'm a female apple employee. I have plenty of gripes with apple, but this girl is actually unhinged. There is nothing professional about the way she has gone about it

o **GoAwayThrowaway12398:** "Allegations of..." We have one evidence based fact, and one claim based assertion. Fact: she has been publicly defaming the company and sharing information marked as "internal" publicly through social media channels. Assertion: claims of harassment, surveillance and "workplace safety". She has voided her contract and so Apple have formalised it. Good riddance.

o **[Deleted]**

   ▪ **GoAwayThrowaway12398:** Apple lied? They've explicitly said that they're terminating her because she has been sharing information pertinent to an internal investigation publicly. Literally every company on earth has the same rule set when handling internal disputes.Her recent Twitter history, pre-firing is fraught with accusations and a very public tantrum involving naming multiple employees accusing them of an assortment of criminal behaviour. She was doing this all the time she was employed with them and involved in an internal investigation being conducted. She has demonstrated her open hostility and her confrontational attitude on multiple occasions, publicly naming, shaming, accusing, and shit talking every person and department she can. Apples internal policies are their internal policies, and they are not lying if they say, "no" to the demand she sets forth. They said no, she decided to not comply with their request. She got fired. This, mind you, was after they offered her support in light of her original allegations. She said "that's not good enough, offer me something better otherwise give me paid leave". They did as she asked. After she realised she couldn't bully her way through the investigation she started publishing internal, contractually confidential communications online for all to see. Most of which, btw, don't actually paint her to be anything other than petty, unreasonable and vindictive in many instances. She proudly touts herself a "corporate whistleblower" on her bio. She's being really mature and acting in the best of faith here, isn't she? This isn't black and white, you're right, and I only use a mac at work, I'm PC through and through, I have no brand loyalty, yet you are choosing to side with a woman who has broken every policy 99% of companies enforce. If you or I did even half of what she has been doing in recent months on social media we would have been terminated almost immediately, no niceties. Apple have been surprisingly patient with her, they have reached out to her and she spits in their face every time. Her position has afforded her a LOT of leniency. Now she is jumping on board and milking this event for all it's worth, she is retweeting this as much as she can under the apple hashtag, attempting to drum up as much publicity as possible tell me this is anything but a PR move to get her and her pretentious JD nonsense some attention. So, with that she has: (1) refused every compromise and attempt at communication, (2) been openly and unreservedly, publicly shitting all over the image of not only Apple, but individuals at the company, and (3) is now doing all she can to draw eyes on herself and this story. I've witnessed harassment at work. I've seen very personal and saddening examples of both mental and physical harassment in the workplace. Do you know what usually happens? Victims don't jump on social media to start slandering and shaming their employer and colleagues, they tend to be too scared, feel too vulnerable and require proactive encouragement to even consider reporting instances of harassment. As somebody that has trained as a Psychologist, as

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

somebody that has real experience working with victims of trauma and some of the most horrific and depressing stories of abuse, her behaviour is certainly indicative that somebody is being abusive and destructive here. Edit: If she wanted to send any of this to her lawyers or representatives, I can promise you they would be screaming lividly at her demanding she stop breaking Apple's policies and keep detailed records of all of this as all of my above arguments are the exact kind of things a defence lawyer would be pointing to, in order to disprove sincerity and good faith in her accusations. She has not, in any way at all done anything to win favour of outside observers, if this were to go to court the behaviour she has demonstrated would also likely win her very little sympathy also.

- **Crissnovak**: *this, spot on!

- [Redacted] Man, I smell another psychology fraud…

- **GoAwayThrowaway12398:** You can accuse me of being a fraud all you like but the fact that you think I was using it as an appeal to authority is ridiculous. I was qualifying my next statement as an indication that I have experience dealing with this kind of thing, not as a means of "winning an argument". Figured someone would call me up on that eventually but chose to leave it in as it was the smallest comment in a large post with far more arguments than, "she is behaving in an unusual manner therefore she wasn't abused" - I have not, and do not make that claim. I'm drawing no conclusions, I'm stating that her behaviour is more indicative of other things going on here. I'm not here being paid, my job has no bearing on my opinions and whether or not I decide to anonymously post them on the internet. I was very careful to not cast judgement on the authenticity of her claims, as yes, this may well be her way of coping. As I said, 99% (exaggeration for effect, as from my most recent reading on the literature about 66-75% of people do, but far fewer do to anyone other than informal support sources) of victims will rarely speak out without external pressure. The ones that do externalise their trauma tend to have other, often undiagnosed issues at play. There is a very specific reason I used the words "usually", and "tend to" after agreeing that things are never so black-and-white, and said that whatever is going on, abuse is certainly involved in this case somewhere along the line. Whether it is past trauma predating her employment, actual abuse, or herself that is being the abuser, this kind of behaviour isn't normal. Honestly, your post has only repeated what my initial made-at-5am point was, so other than your jab, I'm not really sure what you are aiming to achieve here. Whether she is externalizing real abuse, or fabricating the entire thing, she has lied already on multiple occasions and current apple employees, some female, have come out to themselves say the same thing. She has demonstrated that she has a way with being dishonest, vindictive, and spiteful. Regardless of the validity of her claims, that's all they are. Claims. Claims that others actually involved, as I've stated, are contradicting.

- [Redacted] You say that you're not making that claim, but you literally do again in the next paragraph, now with the qualifier "is more indicative". Jumping around and saying that you're not making 100% assertions is a bit disingenuous when your point is to indicate that her behaviors are unusual to a victim of trauma.

- **GoAwayThrowaway12398** "Something indicates" is not the same as "something is" just as "I think that possibly" is not "I'm certain that". Indicating that her behaviour is unusual is quite blatantly obvious to anyone observing this from the outside, to suggest that what she is

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

doing indicates that there is trauma involved somewhere is not throwing her possible history of abuse into question. I'm not wasting anymore of my time responding to your semantic bullshit over such a small aspect of my entire post. I understand the weariness of fraudsters, and I'm as equally sick of the pop-psych type of nonsense being pedaled by frauds and lapped up by laymen. It throws the entire field into disrepute when it is already looked at with contempt by many. It discredits important work that has been done to get us to where we are in both the understanding, treatment, prevention and promotion of mental health related issues. To discredit people based merely on, "I'm sick of fraudsters," looks shockingly like what you are accusing others of doing though, no? You are chastising me based upon the claim that I'm a fraud in my claim because many before have made the same claim as a means to influence and persuade, how is that any different to someone claiming another person is a fraud in their claim of harassment because what they are doing is unusual? Here, let me state what I did in my original post. "Her behaviour is indicative that there is trauma involved somewhere. Most of the time victims of abuse will not disclose their abuse to anyone but their close informal support network (a friend, spouse, family) and rarely will they, in being urged to report it or contact authorities will they do so and start receiving help from a formal support service. The way that she is responding is unusual, she is being highly destructive and her behavious is doing nothing to win the trust of others and it doesn't in the least bit surprise me that this is so." If I were writing a case study I'd be putting a lot more effort into both structuring my arguments better and consistently, and be editing it to remove the many mistakes I made (wtf is offee?) but I'm not doing that. I would be making sure that I'm actualy presenting data and citing every claim I make, and I'd sure as hell be putting more effort to make sure I didn't have so many elementary spelling and grammar mistakes. it's a throwaway comment made to point out that she has been fired not because she is or isn't being targeted and abused by her employer, but because she has broken countless policies that many companies would have fired her for on day one. It's to point out that her behaviour is not in line with the usual response, and that every action she has so far taken has had many people question her sincerity, especially when her actions have been both malicious and dishonest. Like I said, I'm not going to argue with you any further because it's a waste of both of our time. You have shown that where it matters we are in agreement, and where it doesn't matter we are not and that you dislike the way I built my argument which is perfectly fair

- **Swbooking**: fwiw, I worked at Apple for almost 4 years and worked right along side a lot of the SWE org there and with a lot of those same folks after they moved on to other companies. I have never seen anything remotely like these allegations in the time I was there. It was an amazing place to work and I would absolutely go back to work there.
    - o **Kpkimmel** No one from Apple HR or recruiting team is reading this forum. Nice try though..
    - o [Redacted] Plot twist: /u/Kpkimmel works for apple legal
    - o **Kpkimmel** Not sure what you're getting at, but you'd be surprised at what Apple actively monitors :)
    - o [Redacted] I think he's implying that Apple PR is creating fake accounts (you) and posting BS info. And honestly, I'd believe him. At the very minimum, you're heavily biased and only a sample size of 1. And Ashley as a woman has likely had different experiences than men.
    - o **Newtothered** I had a terrible time at apple but this girl is just too much

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 127 of 327**

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ▪ **[Redacted]** Fair point. Just checked her Twitter. She has in her bio that she's a self proclaimed whistle blower. Sounds more like she wanted to complain than actually work. Still doesn't mean Apple PR isn't out trying to slander her further though.
  - ○ **[Redacted]** It's definitely not unreasonable to assume. It's what Intel was caught pulling off, infiltrating many PC forums to influence perception.
  - ○ **[Redacted]** Plenty of Apple employee shills/bots who post here.
- - **MarukoM:** And suddenly Zoe won't have any more "according to multiple sources" to create any more Apple posts for The Verge
  - ○ **DarkWasp14:** There are very real criticisms that can be levied at Apple, there was no reason to continually manufacture them. The Verge lost a lot of credibility to me by continually pushing Schiffer's pieces.
  - ○ **PacManDaddy:** Yeah, the Verge is complete garbage. I used to sometimes visit that site many years ago. Now it's mostly a political site posting propaganda for activists about things that have little to do with tech. They've been pushing this story before and I'm so glad that she's now fired. Hahaha. Good riddance! Apple still has some more cleaning up to do, and I look forward to that too.
  - ○ **Cher Scarlett** (@cherpxo): Man, this is not gonna age well
    - ▪ **Crissnovak:** I have a feeling cher will be fired next.
    - ▪ **Cher Scarlett** (@cherpxo): On what grounds? You have literally no insight into my situation. I'm not tweeting conversations with ER or anything else. I'm not on leave. I'm just doing my job
    - ▪ **Crissnovak:** You seem to be Tweeting/Redditing a lot on company time, even that's enough to get you fired. Hopefully you're not doing it on company devices
    - ▪ **Cher Scarlett** (@cherpxo): I'm familiar with company policies, not sure if you are (but yes, I have personal devices)
    - ▪ **Crissnovak:** Lmao "familiar"?! Girl, you better know it solid or get Gjøviked! If you bring little value to Apple (can't code your way out of a paper cup) they'll fire you for the slightest transgression. Apple is ruthless like that
    - ▪ **Cher Scarlett** (@cherpxo): Believe me, I had days during the past few months where I struggled thanks to people like you, but my team has got my back. If I leave, it's going to be my own doing. I'll only be taking feedback from the people I work with and those who use the tools I work on going forward. 👋
    - ▪ **Crissnovak:** Hopefully, it's people like me that will knock some sense into people like you. You have a solid job, security. People who give you "likes" on Twitter don't give a sht about you. They're there for the entertainment. They're not gonna replace your salary/RSUs. When I look at you and Ashley, I just see two Karens. I get what you're trying to do, but you're not the right person to be leading it; I have zero confidence in you. Save yourself from total ruin and find contentment as a quiet worker bee, enjoy the fruits of your labor. Update: I saw your Tweet just now (damn do you get any work done during the day?!) and no I'm not the author of that "paper cup" comment; you posted it weeks ago to garner sympathy from Twitter remember?? I'm assuming now there's truth to it since you're easily triggered by it. And now you're back trying to get validation from strangers on Twitter. Oh well, another Karen bites the dust. Excessive Tweeting during work hours..Apple do your thing.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherpxo):  I don't know what your job is like, but we have break time in my job. :) As for "people on twitter giving likes"... that's not what this is about. You have zero confidence in me, that's fine. Regrettable, sure, but enough people have confidence in me, and I have the platform, so I'm doing it. The reality is that no matter how much I post in any number of places, and in what detail, you'll never see all of it, and even if you do, you still couldn't really know me. The "paper cup" thing is something I've only seen twice, once in that message (which was asking people to stop cyberbullying me, not to get sympathy), and now once from you, so yes, my assumption was that you wrote it. If you think the "paper cup" part of the post was what was triggering, and not the hope that'd take my own life, that says way more about you than me.
- **Crissnovak:** Pretty sure Apple doesn't permit that many breaks to Tweet and falsely accuse others. You assumed wrong since that "paper cup" comment was not only shared on Twitter (by you) but also referenced on Blind, which is where I saw it too. It was a crappy thing for you to point to me as the author of that comment especially when you have ZERO proof - it's a kind of cyber bullying which makes you a hypocrite and further erodes your credibility and any confidence in you as a "leader". Please step away or take a break from social media if you have thoughts of taking your own life and get the mental health help you need.
- **Cher Scarlett** (@cherpxo): Man, you are wild. My screentime for Twitter is less than an hour a day. Idk how long you think it takes to write a message, but yikes. I apologize for falsely attributing that message to you. That being said, you're on one if you think what you are doing on Reddit isn't bullying. You are making assumptions, drawing conclusions, having full on dialogues about people you don't know. You act so above what I'm doing, but can't take a moment to self-reflect. I didn't ask for your advice. I'm bipolar. Suicidal thoughts are a part of my life experience. (I'm disengaging now, best of luck to you)

- **GoneCollarGone:** I don't think the Verge should be reporting about this person. Her allegations are really baseless and to the point where I think she has a mental health issue. I know this fits into the larger and very real story about growing employee activism at Apple, which is actually very interesting, relevant, and important; especially on the gender equality stuff ....but this just woman really seems like she needs help and I doubt this sort of attention is going to make things any better for her.
  - **DontThrowFrutiAway:** Zoe, the reporter covering every single one of these stories, is gaining a fast reputation for publishing pure garbage. So I'd take the rest of those articles with a huuuuuuge grain of salt as well. [this just woman really seems like she needs help and I doubt this sort of attention is going to make things any better for her.] Yyyyep. Same goes for that firmware engineer alleging corporate/personal account merging coercion.
    - **GoneCollarGone:** Her other stories on Apple are legit. The gender pay story is def interesting.
    - **DontThrowFrutiAway:** That story was easily picked apart too because she didn't post detailed information and it was a small group. Just like other pieces by her the comments were disabled too but it was criticized elsewhere. Same with the one about Apple "forcing" employees to use their personal Apple IDs on their work devices, which was also torn apart.
    - **GoneCollarGone:** It wasn't picked apart at all. Stop looking at things through fanboy lenses.
    - **DontThrowFrutiAway:** *P A T E N T L Y  F A L S E* Source: me, who works there and knows lots of people there for years.

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 129 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **DontThrowFrutiAway:** This is patently false bullshit. You are never pressured to do that shit.
  - **Zed910:** They don't care if it's baseless or not, as long as it gets clicked on and they get ad revenue.
    - **GoneCollarGone:** Nah, I wouldn't go that far. The Verge generally does good work and their other reporting (especially on Apple) is well done and well pursued. I like most of what they do. They're definitely not a site that fishes for clicks imo. The argument they would make for why they published this story is that a current senior executive at Apple making major allegations is newsworthy in itself. I think it's a fair argument. I just disagree with it.
    - **Crissnovak:** She was NOT a senior executive at Apple. Not even an engineer. She was a Sr. Program Manager. I think she exaggerates her achievements/bio, which tanks her credibility right out the gate.
  - **DarkWasp14:** It's Zoe Schiffer, that's all she does. The story has no credibility at this point and yet she's still pushing it. I mean, just look at this laundry list of allegations from her https://i.imgur.com/WuFFUOl.jpg (Mac9to5 article:
    - **GoneCollarGone:** I have no problem with the writer. Her other Apple stories are legit. But this person really needs help.
- **theJamesKPolk:** Why is this news? She's a future JD who's been complaining about Apple for the past 6 months with frivolous examples. Anyone could see this coming a mile away.
  - **DarkWasp14:** Every single one of these pieces was written by Zoe Schiffer even after the facts were disputed and Ashley's credibility shot. That she's even continuing to do so now diminishes the Verges reputation. She won't drop it.
    - **Neoform:** And she was posting tons of internal stuff from a company known to be secretive... https://www.theverge.com/22648265/apple-employee-privacy-icloud-id
      - **[Redacted]** Good on her. As though "company likes secrecy" is some sort of excuse to shut people up and disallow them from telling the outside world about their concerns.
    - **Neoform:** Apple is allowed to keep secrets that aren't violating any laws. What she leaked wasn't violating any laws. She was fired with sufficient justification, but she'll undoubtedly claim it was not justified and complain some more, maybe sue. She'll lose, because she's entirely to blame for her firing.
  - **Crissnovak:** Santa Clara University Law must be cringing. Prospective law students must be crossing that one off their list. Lol
  - **Raptornomad:** I'd be more worried about her getting barred. This reflects badly on her character and it's possible she'll be denied to taking the bar exam.
    - **Neoform:** Vexatious litigant incoming!
    - **An_Actual_Lawyer:** Agreed. It isn't the fact that she is getting fired, it is why - Apple is alleging she deliberately violated the terms of employment, which sounds a lot like "dishonesty" on its face. It might not be, but that is enough to get a long investigation going.
  - **Neoform:** The way she's been attacking her employer on every possible front (including taking digs at the CEO and board of directors, repeatedly), this was basically a self-fulfilling prophecy.
    - **Kenuffff:** it's also odd this happens to be a problem when she has to return to the office per apple

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Gothos_Folly:** Sounds like Apple had very good evidence that she was leaking info and she knew it, so she started poisoning the well with intentionally unverifiable accusations of "sexism" to try to make them afraid of firing her and/or making herself look like a victim and causing a PR nightmare for Apple in the event that they did fire her. If they had fired her beforehand, the headlines would've said "Apple Fires Senior Engineer For Allegedly Leaking Confidential Information." Now, she gets headlines that say - quoting gizmodo - "Apple Fires Program Manager Who Filed Charges Over Harassment."It was never about her wanting to win a case or fight sexism; she and everyone else at Apple knew the case was dead in the water. Just a semi-clever manipulation tactic to intimidate Apple because everyone knows the media will instantly jump on any chance to report a headline with the word "sexism" or "discrimination" in it, because it's the best clickbait currently in existence. And people are eating it up as predicted. Disgusting. Edit: bonus points because she send nudes on a company-owned PROTOTYPE and then whined about how "Apple has my nudes, omg I feeeeel so violated!!"
  - o **MobileNerd**: I'm sure tweeting passive aggressive tweets to Tim Cook the day before term about previous lawsuits had nothing to with it either.
- - **Poo4**: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/
  - o **Crissnovak**: And then when that didn't pan out for her, seems like she tried to do the same sht with Apple. The only thing toxic in all of this is HER. I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this person. She needs serious help.
  - o **DetectiveBirbe**: I like to call it passive stimulant psychosis. She's probably on a low dose adderall or vyvanse and it's slowly turning her crazy.
- - **Nymphaetamine**: Call me crazy but I think getting fired was exactly what this "corporate whistleblower" wanted. I've been on the receiving end of workplace harassment and bullying myself and the right way to handle it is to go to HR with evidence, cooperate with investigations, and CYA with professional behavior. What you *don't* do is throw public tantrums blasting the company and plastering confidential information all over social media. Regardless of whether her allegations are true, honestly what else did she expect? Literally every employment contract I've ever signed included an NDA outlining her exact behavior as a terminable offense. She was either under the delusion that she's untouchable or else this was her plan all along. Start trouble, sling accusations, draw attention, deliberately break company policy, then cry "Look how poorly I was treated!" when she finally gets fired. Next up- 'discrimination' lawsuit. As a woman in STEM, professional victims like her make it so much harder for the rest of us to be taken seriously.
  - o **Beefsideiron**: She wasn't even fired, it seems, from some twitter person, but requested leave. https://twitter.com/_shantini_/status/1433297575914971136/photo/2
  - o [Deleted] No, that was originally, she had requested a leave. But now she has been fired.
  - o **Kenufff**: she refused to come into work to set up leave , that means you quit
  - o **Phloopy**: Those images are not related to the firing; they just show that she was not *forced* to take paid leave but *requested* it herself and could have returned to work whenever she wanted.She refused to respond to a timely sensitive matter where they requested her response within an hour. She responded by involving the National Labor and Review Board. So Apple said since she wasn't willing to meet with them they'd go off the information they had already and pulled her credentials. Then they fired her. So the theory goes she was fired for being involved in leaks of confidential information

ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Aamurusko79:** this is one of those cases, where people easily take very strong sides (she's an innocent victim of a huge company or she's the satan herself trying to bring down the most beautiful company ever). I first came across her posts and the take away from it was that it didn't contain all the pieces. now that I've read most of it, it feels like she was somewhat toxic person with a flair for drama and for most part she brought it on herself. being a still somewhat case of a woman in software development field, I usually cheer for the fellow women in this at times difficult job, but in this case she brings the unnecessary bad name for all of us.
  o **BoobooUser:** I've employed one of these types in the past. Initially, surface level, they appear to be fantastic individuals, generous and outgoing. Then you realise it's all an act so they can try to get what they "want" can't be done (in my case I couldn't give a pay rise) the mask slips and all hell breaks loose. It's pathological on a real base level. These types of people simply cannot fathom that they could be the problem in any situation and end up eventually burning bridges everywhere they go. It's scary to experience firsthand.
  o **Aamurusko79:** i've met these people in software development and the worst combination is when they manage to wedge themselves in an impossible to fire position, after which they just start dictating the rules and throwing people under the busses, until they've destroyed the department (or the whole company if it's a small one), when everyone else quit before the boss or owner realized what was going on.
  o **BoobooUser:** They think everyone is an asshole. Forgetting the adage meet one ass hole in the morning they are the asshole. Meet assholes all day you are the asshole.
  o **Kenufff:** i'm really surprised she got through the hiring , faang interviews are really deep.
  o **Aamurusko79:** Yep, my former manager is one of these and I was immediately reminded of her while reading Ashley's blog. For the first couple weeks she was sweet as pie, but then the switch flipped. She started bullying and micromanaging me to the point that I filed several HR complaints in the span of 4 months and had my resignation letter all typed up, thankfully though I got moved to a different team before I could quit. People only last a few months under that mgr until they either quit or transfer, but gee the company just can't seem to figure out what the problem is! Many other employees had similar experiences to mine too, one current team lead who started out under her told me she zeroes in on one person with every batch of new hires and makes their life hell. Why? Because narcissists always need a victim.
  o **FightThePowersThatBe**: She exhibits all the tell tail signs of bi polar manic depression and appears to be in full blown mania. It's tragic really. The real enemy in this scenario is the news media, who would take advantage of anyone for the engagement.
  o **Messick (**employee)**:** Long before she starting showing up on The Verge and Reddit, she was quoted, by name and employer, in a NYTimes article about her internal dealings at Apple. She also was incredibly hostile when it was pointed out that talking to reporters while representing oneself as an Apple employee was a serious career limiting event, at best. In fact, when the stories started getting posted here, they were about completely different things that what I already knew her for.
  o **DarkWasp14:** Not to mention her tweets and this post makes her come across as unwell. It's unfortunate she was given such a megaphone when it was very easily disproven. https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **BoobooUser:** Granted, she could have joined a specific department and perhaps that department head was the issue, that can happen in any corporation, but it seems unlikely here. What is more likely is a person with a personality flaw charmed their way into apple then when she couldn't her *her* way seems to have gone nuclear and leaked info to The Verge.
- **ThisSubMad:** Maybe she can sue Apple now? Vox/verge can bankroll the lawsuit.
  - o **JohnRandolph:** Suing and winning are two different things. She's lucky Apple didn't decide to crush her like a bug for violating the NDA.
  - o **AbsentMindedJWC:** Not to mention... if she's *gotten anything for the info*, they may be able to also press charges for corporate espionage. She fucked up.
  - o **ThisSubMad:** Doesn't need to sue though. The church of social justice on twitter and Reddit will declare her simultaneously both a victim and a winner. Then she can make hundreds appearing on talk shows.
  - o **John Randolph:** She'd have to put some serious effort into provoking it. Suing anyone is a lot of hassle for Apple, and it costs management time that they have better uses for.
  - o **Neoform:** I mean… have you looked at her twitter feed?
  - o **Proper_Chicken_:** As an attorney, all of this is spot-on. 📸
  - o **CheThanksTshirt:** Guess Zoe Shiffer is gonna need a new grift soon.
- **Deleted**
  - o **Chrissnovak:** That was **Shantini**, Ashley is still very much unemployed at this point.
  - o **Cher Scarlett:** you're talking about two different people
    - ▪ **Chrissnovak:** Are you afraid that Apple will fire you next?
    - ▪ **Cher Scarlett:** No.
- **PacManDaddy:** Good. Apple should fire all entitled, attention seeking employees who think the world owes them something. The things she was complaining about were total nonsense things. Sounds like a complete nutjob and troublemaker. Next up, Apple should also not submit to any demands made by the appletoo activists. Fire them too. Get rid of all of these woke lunatics.
  - o **PacManDaddy:** Yeah, the Verge is complete garbage. I used to sometimes visit that site many years ago. Now it's mostly a political site posting propaganda for activists about things that have little to do with tech. They've been pushing this story before and I'm so glad that she's now fired. Hahaha. Good riddance! Apple still has some more cleaning up to do, and I look forward to that too.
  - o **PacManDaddy:** I don't feel bad for her and society and media gives far too much exposure to the mentally ill today, even enabling them and supporting them, as they partake in their fraudulent, slanderous and lying crusades. This crazy lady is not the only mentally ill person infecting media today and I'm tired of reading about the rantings and the demands of the mentally ill. They're everywhere today. I miss the old days when we didn't let the mentally ill freely roam about the streets. We locked them up and put them in facilities for their own good and for the good of everybody else. I also believe that society has generated a group of losers, who were taught to believe in victimhood ideology and as the psycho lady in the OP found out, things generally wont end well for any of them. Thankfully.

**Sept 10 2021– Public Twitter.com Post**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Peter Cohen** (@flargh): What if, and just hear me out, both @ashleygjovik's complaints AND Apple's reasons for terminating her are legit? We live in a complicated world. [705]
  - o **Mike Wuerthele** (AppleInsider Editor): This feels like another one of those stories where the whole saga might be told in a decade or so. [706]
  - o **Ashley Gjovik**: "My Apple whistleblowing saga... Here's the major updates as we go through this nightmare together." https://t.co/ilsbtyaFgz
  - o **Mike Wuerthele** (AppleInsider Editor): I'm not sure why you think that I haven't read it. [707]

## Sept 9-10 2021– Public Twitter.com Post
*Engadget: "Apple fires Ashley Gjøvik, senior employee who alleged sexism at work"* https://engt.co/3C2b9H9 [708]

- **Winnie the Winner** (@WC47362463) I wonder why. Did you read her tweets? [709]
- **Heffer** (@Heffer):  Reading the article it comes across like she couldn't handle feedback of her presentations. The drinks part, she's a senior employee with authority. She could have declined or call out the man when he bragged about cheating. I don't see enough yet to justify her claims. [710]
- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Pride b4 fall. Got herself fired, so no settlement. Broke her contract with Apple, so no settlement. Made the choice to take it to Twitter, a Big mistake. Like the poster said, there are ways to do things, but she chose to do them her way, which led to a costly highway if sues.
- **[Redacted]** Aaannnd they have just confirmed her allegations…
  - o **Heffer** (@Heffer): Not really, they've only confirmed she broke company policy. I'll withhold judgment until her full story comes out.[711]
    - ▪ **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Since Ashley Gjovik took it to Twitter, so did Apple. If Apple employees are issued company iPhones they have a right to request all they did, same with non-disclosure agreements, which appears how the seasoned employee might end up giving them her saved pay back in legal fees. [712]
    - ▪ **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: TWITTER NOT THE PLACE. Think she'll get severanced, and well. Listen, you know where You work and it isn't at Apple, a highly secretive high-tech firm where employees sign non-disclosure forms upon hiring. Imagine you with Your company, would you have taken your issue to Twitter? [713]

---

[705] Twitter, https://web.archive.org/web/20210910105748/https://twitter.com/flargh/status/1436282651078447176
[706] Twitter, https://twitter.com/Mike_Wuerthele/status/1436282874140020738
[707] Twitter, https://twitter.com/Mike_Wuerthele/status/1436286882241990675
[708] Twitter, https://twitter.com/engadget/status/1436163160147435524,
https://web.archive.org/web/20220129210543/https://twitter.com/engadget/status/1436163160147435524
[709] Twitter, https://twitter.com/WC47362463/status/1436276911831863302 ,
https://web.archive.org/web/20220129210547/https://twitter.com/WC47362463/status/1436276911831863302
[710] Twitter, https://twitter.com/Heffer/status/1437756294627168259 ,
https://web.archive.org/web/20220129211027/https://twitter.com/Heffer/status/1437756294627168259
[711] Twitter, https://web.archive.org/web/20210910102755/https://twitter.com/Heffer/status/1436275154930180100
[712] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630
[713] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: No one put a gun to anyone's head to work at Apple. She's part of a well-paid group who came up with Apple so knew the score. Her talent and skills that kept her there will serve her well. Only when she took to Twitter, well, she didn't learn anything from working with Apple. [714]
- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Don't sign then talk, especially when still working for a TRILLION dollar company who would drag a suit out until she is broke. Leave if internal methods failed. Now can't sue since fired. And now HER dirty laundry is public knowledge so other companies will be hesitant to hire. [715]
- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Then she's free to find another place of employment. No place is ideal or perfect. But when YOU sing documents prohibiting YOU from doing what she did, there's going to be a cost. A high one. But she's great advertising for others who want to take it PUBLIC on social media. Fin.[716]
  - *Liked by: **Soas** (@pri_dayal)*
- **Heffer** (@Heffer): Reading the article it comes across like she couldn't handle feedback of her presentations. The drinks part, she's a senior employee with authority. She could have declined or call out the man when he bragged about cheating. I don't see enough yet to justify her claims.
  - *Liked by: **Soas** (@pri_dayal)*
- **Heffer** (@Heffer): After reading her tweets, don't see how Apple could bring her back. How can engineers reporting to her trust her during "confidential" one-on-one's? She's trying to white knight and speak on other's behalf on issues before her time at Apple instead of speaking in "I" statements.
  - *Liked by: **Soas** (@pri_dayal)*
  - [Redacted] Neither of you know the entire story. There is much more to it. Your deductions are wrong. Unless you think rape jokes from an all white male team with one woman is ok. At Apple. The feedback on that preso? It was degrading. Have you been to CA? It's how people speak there.
    - **Soas** (@pri_dayl): Please provide a source of this claim.
- **Heffer** (@Heffer): Haven't heard about rape jokes, did she tweet it? Only going off what she tweeted and the few articles I've read. Need more context.
  - **Heffer** (@Heffer): Tweeted her name and rape. Nothing popped up of significance. Please site sources, trying to do my due dill.
- [Redacted] She outmaneuvered them with her request for email and they didn't want to spend anymore time thinking about it, they reached the end of their skill set and took the only option they knew, termination. Its a lack of skill on their part.
  - **Soas** (@pri_dayal): Or she got her response in email form as requested, by her.
- [Redacted] Why not protected as a whistleblower? Apple must be lace curtain Irish. #Resists
  - **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: My guess is she got greedy. The core of her issue lies in money aka "sexism." Or Apple would want to settle with her, but instead she pridefully decided not to meet with them so who knows if she might have been fired with a healthy settlement, but instead she's poisoned herself.

---

[714] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630
[715] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630
[716] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630

# ASHLEY GJOVIK V APPLE INC

## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Don't disrespect real whistleblowers who would never have done what she did, oh please. Speaking of whistleblowing, did you read Edward Snowden's "Permanent Record?" Highly recommend for both of you especially now all her/their devise will be scrutinized. His title says all.
- o **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: Touch you, child. Think I've explained myself calmly, intellectually, and exceptionally well, despite being called names in the convo. Yes, I am going to answer, and its for all involved. Have a nice day.

**Sept 10 2021 – Public Twitter.com Post**
- **Redacted**: -Apple Engineering program manager Ashley Gjøvik has been fired by the company. According to Apple she was leaking confidential information. She has made allegations for months about harassment and intimidation at Apple… This could get very interesting
  - o **Beezie Wacks** (@beezie_wacks): Where's her ego-driven bravado now? Oh, wait, because she believed so hard how right she is..hating on the company she loved to work at..Guess life moves on when Goliath decides to stop interacting with David. #wompwomp [717]
  - o **Redacted**: I tend to believe her
  - o **Beezie Wacks** (@beezie_wacks): nobody puts Ashley in a corner! [718]

**Sept 10 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** Ms. Gjøvik said #Apple refused to disclose what specific violation she was dismissed for She said her firing was "the worst thing Apple could do right now" considering her complaints to the NLRB "They have to know why they did it. Otherwise, it's retaliation for whistleblowing"
  - o **Retweet**: **The Telegraph**: Apple has fired a manager who reported the company to employment authorities and spoke out on allegations of sexism at the tech giant https://telegraph.co.uk/technology/2021/09/10/apple-fires-whistleblower-complained-workplace-sexism
  - o **I'mPinkThereforeI'mSpam** (@i_mspam): I just finished looking at your CV. It seems that the last thing you want to be doing right now is working as an engineering manager at Apple. Recent demonstrations of your energies seems to support that notion. I'm not saying they have not "wronged" you per-se. [719]
    - ▪ **I'mPinkThereforeI'mSpam** (@i_mspam): Fair question here: Did you really WANT to be an engineering manager at Apple? You seem like a provocateur. Law school student, activist, etc. Almost as if you needed a launching point for your big career as a pundit. [720]

**Sept 10 2021 – Public Twitter.com Post**

---

[717] Twtiter, https://twitter.com/beezie_wacks/status/1436345285463068674 ,
https://web.archive.org/web/20220209045030/https://twitter.com/beezie_wacks/status/1436345285463068674
[718] Twitter, https://twitter.com/beezie_wacks/status/1436478662086311937,
https://web.archive.org/web/20220209045058/https://twitter.com/beezie_wacks/status/1436478662086311937
[719] Twitter, https://twitter.com/i_mspam/status/1436437983939362816;
https://web.archive.org/web/20220129063214/https://twitter.com/i_mspam/status/1436437983939362816
[720] Twitter, https://twitter.com/i_mspam/status/1436707216283746310;
https://web.archive.org/web/20220129075516/https://twitter.com/i_mspam/status/1436707216283746310

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]** Finally: yes indeed, the @ashleygjovik story is now on the docket for Friday's tech news roundup on @BosPublicRadio at 1:15-ish. The irony that Apple fired her during the week of Labor Day, allegedly as retribution for filing a NLRB complaint, should be lost on no one.
    - o **[Redacted]** Apple should get their settlement checkbook ready. No one likes retaliation…
    - o **Chloe Heather Taylor (@chloeheather967):** Sarcasm right? They aren't paying a dime.
    - o **[Redacted]** Well… until they are ordered by the court to do so.
    - o **Chloe Heather Taylor (@chloeheather967):** C'mon. That's not going to happen especially if she violated company policies and procedures. [721]
    - o **[Redacted]** That's the bone of contention here. Did she violate company policies and procedures? Or did Apple engage in illegal activity?
    - o **Chloe Heather Taylor (@chloeheather967):** Time will tell. I'm not sure she's been totally truthful. Course three sides to a story and all….[722]
    - o **[Redacted]** If you don't mind saying, are there specific reasons that you have doubts about the veracity of her claims?
    - o **Chloe Heather Taylor (@chloeheather967):** I admit I am no expert on the details. I've read a few articles and her claims. I question the being harassed after reporting safety concerns. These things are usually confidential and go through a third party. She put nude photos on her work phone. Then cried sexism. [723]
    - o **Chloe Heather Taylor (@chloeheather967):** Refused to talk in person wanting to hide behind emails. By nature I'm a very suspicious person. I've lived a lot of places met a lot of people. Seen and heard a lot of stories. Most ring true. This doesn't do that for me. I admit I could be completely wrong. Just my feelings. [724]
    - o **[Redacted]** Did you read the documentation of the harassment itself? That's the sexism claim. The nudes on her personal iCloud are a privacy issue. And she's documenting the conversation, not hiding behind email. She tried voice, they weren't consistent. Others have raised these same issues.
    - o **Chloe Heather Taylor (@chloeheather967):** When you don't want to talk face to face you're hiding something. Words can be manipulated in emails.
    - o **[Redacted]** A call leaves no reliable record of the conversation, while courts, for instance, rely on written records of proceedings. The words each party chooses mean something and carry legal weight, having a record of what was said should be non-negotiable.
    - o **Chloe Heather Taylor (@chloeheather967):** Recordings also work. You seem like an intelligent man. You can't decipher tone, inflections or feelings through an email. If she has nothing to hide she shouldn't be afraid to a face to face. She should get used to that. Especially if she's going to move forward with this.
    - o **[Redacted]** It's illegal in California to record a conversation without the both party being informed. I could be wrong, but I doubt Apple would give her permission to record a conversation

---

[721] Twitter, https://twitter.com/Chloeheather967/status/1436337003793199107,
https://web.archive.org/web/20220129222431/https://twitter.com/Chloeheather967/status/1436337003793199107
[722] Twitter, https://twitter.com/Chloeheather967/status/143635570543541251;
https://web.archive.org/web/20220129063039/https://twitter.com/Chloeheather967/status/143635570543541251
[723] Twitter, https://twitter.com/Chloeheather967/status/1436466413712154646,
https://web.archive.org/web/20220129233107/https://twitter.com/Chloeheather967/status/1436466413712154646
[724] Twitter , https://twitter.com/Chloeheather967/status/1436468075625422850 ,
https://web.archive.org/web/20220129233113/https://twitter.com/Chloeheather967/status/1436468075625422850

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **Chloe Heather Taylor (@chloeheather967):** Never mind it's that idiot woman lmao. Speaks volumes. As I said. She doesn't ring true.
  - ▪ **Chloe Heather Taylor (@chloeheather967):** She's going to find herself unemployable after this fiasco. You reap what you sow. Also there's Karma, It's a bitch.[725]

## Sept 10 2021 – Public Twitter.com Post

- • **[Redacted]:** As I was saying, the timing of Ashley Gjovik's firing from Apple is suspect. https://appleinsider.com/articles/21/09/10/apple-fires-employee-who-spoke-out-on-workplace-issues-cites-alleged-leak
- • **Winnie the Winner (**@WC47362463):** I wonder why. Did you read her tweets?** [726]
- • **Heffer** (@Heffer):** Exactly, there's nothing suspect. Its one thing to complain in an internal slack channel, another to do it in a public twitter account. Not saying you have to agree or like it, but its a pretty clear cut policy. [727]
  - ○ *Liked by: **Thomas Newman** (ThomasNewman)*

## Sept 10 2021 -- Public Twitter Posts

- • **Beezie Wacks (@beezie_wacks):** What's been a travesty is seeing all the people who joined #ashleygjovik in her narcissistic rage fest. What good has she done for humanity other than demonstrate that behaving like a child in the Twitterverse gets you fired? Thanks for the lesson! [728]
- • **Beezie Wacks (@beezie_wacks):** Did you ever notice that #ashleygjovik would block or disparage anyone who disagreed with her and accuse them of bullying? #classicnarcissist #narcissist #abuse #blockedbyashley [729]
- • **Beezie Wacks (@beezie_wacks):** #ashleygjovik was such a tool..used by others to make a point, and by her own narcissistic ego to be flagellated by her inner child. It's a very sad way to live. [730]
- • **Beezie Wacks (@beezie_wacks):** #ashleygjovik how many times did you retweet your quotes about his devastated you are to lose you job at the company you loved so much as a G3-using child? Do you love yourself that much that you set a new bar for narcissism? #ashleythenarcissist [731]

---

[725] Twitter, https://twitter.com/Chloeheather967/status/1436785837610504193;
https://web.archive.org/web/20220129062648/https://twitter.com/Chloeheather967/status/1436785837610504193
[726] Twitter, https://twitter.com/WC47362463/status/1436277089280217090;
https://web.archive.org/web/20220129062825/https://twitter.com/WC47362463/status/1436277089280217090
[727] Twitter, https://twitter.com/Heffer/status/1436309817719619590 ,
https://web.archive.org/web/20220129233316/https://twitter.com/Heffer/status/1436309817719619590
[728] Twitter, https://twitter.com/beezie_wacks/status/1436337737804566528,
https://web.archive.org/web/20220129211138/https://twitter.com/beezie_wacks/status/1436337737804566528
[729] Twitter, https://twitter.com/beezie_wacks/status/1436338826037792768,
https://web.archive.org/web/20220129211136/https://twitter.com/beezie_wacks/status/1436338826037792768
[730] Twitter, https://twitter.com/beezie_wacks/status/1436339255714848779,
https://web.archive.org/web/20220129233145/https://twitter.com/beezie_wacks/status/1436339255714848779
[731] Twitter, https://twitter.com/beezie_wacks/status/1436339657772466178,
https://web.archive.org/web/20220129211155/https://twitter.com/beezie_wacks/status/1436339657772466178

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Beezie Wacks** (@beezie_wacks): #ashleygjovik the world is both pandering to you and also reaming you. This sounds about right. #narcissist #youdeserveit #coward [732]
  - **PROMOTED**
- **Beezie Wacks** (@beezie_wacks): Or maybe she simply violated policies and truly believed she could get away with it. #facts [733]

**Sept 10 2021 -- Public Twitter.com Posts**

- **Beezie Wacks** (@beezie_wacks): @_shantini_ **Shantini** You're brilliant. About A: The company gave her paid leave, she wasn't satisfied. She wanted an investigation, she wasn't satisfied. Seemed like she wanted to control her employer. #narcissist #toxic [734]

**Sept 10 2021 – Public Twitter.com Post**

- **[Apple Employee]** So basically the choices laid out for @ashleygjovik boil down to A) Have a phone call with a professional interrogator who isn't afraid to break laws or B) Get fired [735]
  - **[Redacted]** Then when she outmaneuvered them and they didn't want to deal with it in an equitable way they fired her , classic HR move. [736]
  - **Peter Cramden** (@reprobations): They were investigating her for leaking internal information and she refused to participate unless they would give her additional documents that she could disseminate. How should we expect the investigation to play out after that? [737]
    - *Liked by **Thomas Newman** (@ThomasNewman)*
  - **[Redacted]** The real option A) Have a phone call with a professional interrogator who isn't afraid to break laws... then get fired.

**Sept 10 2021 – Public Twitter.com Post**

- **The Mac Observer:** Apple Fires Whistleblower Employee #AppleToo #Whistleblower @ashleygjovik
- **Soas (pri_dayal):** Great move on Apple's part. [738]

**Sept 10 2021 9:27am – Public Twitter.com Post**

---

[732] Twitter, https://twitter.com/beezie_wacks/status/1436340545194905608,
https://web.archive.org/web/20220129211157/https://twitter.com/beezie_wacks/status/1436340545194905608
[733] Twitter, https://twitter.com/beezie_wacks/status/1436342837109399557,
https://web.archive.org/web/20220129211205/https://twitter.com/beezie_wacks/status/1436342837109399557
[734] Twitter, https://twitter.com/beezie_wacks/status/1436474146540589061,
https://web.archive.org/web/20220129210009/https://twitter.com/beezie_wacks/status/1436474146540589061
[735] Twitter, https://web.archive.org/web/20210910113840/https://twitter.com/secyturtle/status/1436292476139155457 ;
https://twitter.com/reprobations/status/1436372885870821377,
https://web.archive.org/web/20220131054354/https://twitter.com/reprobations/status/1436372885870821377
[736] Twitter, https://twitter.com/GreatforCake/status/1436336989767360528
[737] Twitter, https://twitter.com/reprobations/status/1436372885870821377,
https://web.archive.org/web/20220202045700/https://twitter.com/reprobations/status/1436372885870821377
[738] Twitter, https://twitter.com/pri_dayal/status/1437632260388364288,
https://web.archive.org/web/20220129210021/https://twitter.com/pri_dayal/status/1437632260388364288

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Shantini Vyas:** It's come to my attention that there are people? Out here? Defending me? ❤️❤️❤️ [739]
  - *Liked by **Cher Scarlett***
  - **Shantini Vyas**: A tweet of mine ended up in a news story and some people on the internet did not like it. [740]
    - Liked by **Cher Scarlett**
  - **Kev Kitchens**: We got your back![741] (Liked by Vyas)
- **Liked by**:
  - **Managers (employer)**: **Bryan Bartow** (@bryanbartow)
  - **Engineers**: **Ken Ryall** (@kenryall), **Cher Scarlett** (@cherthedev), **J.S.** (@64bitjoe), **Ross Freeman** (@rfree18), **Steven Peterson** (@squeakytoy), **Leandro Ivan** (@leandroivan), **Kev Kitchens** (@kitchens_sync), **Sarah Kim** (@___skim), **Andi Rohn** (@andi_rohn)

**Sept 10 2021 – Public Twitter.com Post**
- **Apple Together:** Our community in #AppleToo has been working on an Open Letter to our senior leadership. We have some requests. We'd appreciate your solidarity. https://appletoo.us/letter/
- **[Redacted]:** I hope some patrons on Apple Too might take action and organize a GoFundMe campaign to help out Ashley Gjovik. She has had to deal with a lot of "outside" life altering trauma in this crazy year of universal challenges. Yet she is still a fighter. See: https://t.co/i68rOWV0Wb
- **Heffer (@Heffer):** Ashley is a Sr Engineer PM. She's been at Apple for more than 6 years and Nike before that. She's made ten's of millions in total comp. She does not need a gofundme. [742]

**Sept 10 2021 – Post on HackerNews.com** [743]
*Apple fires engineering manager for allegedly leaking information (theverge.com)*
- **iD0it4thedrUgz:** "The thing she leaked was in the verge article on August 30th. She leaked an internal tool's name, codename, and screenshots and videos of it. It has nothing to do with any of the emails about her workplace issues. She leaked internal IP. She lied about being doxxed on Blind. She asked for paid leave and claimed it was forced on her. She asked for an exit package spanning 18 months covering her entire salary, RSU value, and benefits to leave. She clearly doesn't have a lawyer, so I'd guess all of her claims are entirely baseless. She is a classic cow and belongs on kiwifarms."
  - **Neoform:** >She clearly doesn't have a lawyer, so I'd guess all of her claims are entirely baseless. The irony is: she's a law student graduating next year...How terrifying.
  - **iD0it4thedrUgz:** This is incorrect. The photos ended up on the phone because she synced her personal iCloud.

---

[739] Twitter, https://twitter.com/_shantini_/status/1436361127043162114, https://web.archive.org/web/20220129211339/https://twitter.com/_shantini_/status/1436361127043162114
[740] Twitter, https://twitter.com/_shantini_/status/1436365689154162689, https://web.archive.org/web/20220129210059/https://twitter.com/_shantini_/status/1436365689154162689
[741] Twitter, https://twitter.com/kitchens_sync/status/1436388407463137285, https://web.archive.org/web/20220129211411/https://twitter.com/kitchens_sync/status/1436388407463137285
[742] Twitter, https://twitter.com/Heffer/status/1436295747050168320, https://web.archive.org/web/20220129211505/https://twitter.com/Heffer/status/1436295747050168320
[743] HackerNews, https://news.ycombinator.com/item?id=28477392; https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Blamazon:** This whole affair seems like a one way ticket out of 'traditional' corporate employment for life, so I'd say Ashley would be smart to be setting up alternative revenue streams—-media appearances, book deals, etc. I don't agree with her methods, but I do admire the commitment to doubling down.
  - o **Ryan Blake:** She's got a huge website[1] organizing every tweet, every hashtag, every document, every bit of media attention adjacent to this story. Regardless of what you think of the topic itself, you have to admire the single-minded focus on media exposure and self-amplification. This is an exceptional, master-level ability to get people talking about yourself. I'm kind of in awe.1: https://www.ashleygjovik.com/ashleys-apple-story.html
    - ▪ **Teever:** They say that Apple only hires the most dedicated people.
- **Serial Dev**: This is one tweet that I saw on Twitter that looked actually bad https://twitter.com/ashleygjovik/status/1426014545202479108 > Her entire social media presence appears to be built around capitalizing on these stories Or, she is focused on shedding light on bad behavior of others and she was actually bullied and picked on by some twats at Apple and she wants consequences? So in the end, I don't understand why it would be a problem to create a website for news coverage and tweet highlights. If she feels she's been wronged, it's okay to fight back, even if she was employed by Apple. What's wrong with that? On this site, people always say "bad Apple" ("bad Google", etc) behaving badly and abusing its power. Yet, when an employee comes out with complaints, we pretend it is not okay to complain about your employer? I don't know who is in the wrong here, we have seen both dramatic employees that take offense in everything innocent, but we have also seen corporations covering up bullying and abusive behavior. Which one is it in this case? I don't know yet, I bet you don't either.
  - o **4887d30omd8**: From what I understand, there were a few such tickets created for multiple people on that team. "Make X's life hell". It's at best a poorly thought out joke, but it is worth mentioning that this ticket was not isolated to her.
  - o **1123581321**: Yes, it's definitely worth having a team where you can bond over light, harmless jokes that fly in all directions. It's also okay to be 'boring', of course. I'm sure her old team is dismayed to see her lying about it now.
- **JC__Denton:** No surprise. When she tweeted that they wanted an extremely short notice meeting about a "serious issue," I knew she was done. This is how most of the big companies do their firings these days. Definitely not sympathizing with her, though. She brought this on herself, 100%. Constantly campaigning against your employer, in a very public forum to boot, is eventually going to draw their ire. She had a very generous title and salary for what looked like limited experience in the field and it seemed they were paying for her to obtain an unrelated J.D. *Very* generous, I'd say. If you keep biting the hand that feeds you, eventually the hand - and the food - gets withdrawn. A bit tangential, but I've never understood why people stay in jobs they can't stand to the point where they self implode like this. I'm sure there were other teams, other roles at Apple in which she could have found herself
  - o **iD0it4thedrUgz:** They have programs at Apple that allow you to work temporarily for 6 months in another department. Why wouldn't she have applied for one in the Legal department? Something weird here.
- **_ndzj:** Allegedly? Here it is https://twitter.com/ashleygjovik/status/1435421599826518025?... In plain English the footnote says not to leak the email and she did it anyway, doxxing a fellow employee. Absolutely grounds for dismissal. Sure Apple has discretion, but why would they exercise it for an employee publicly embarrassing the company at every opportunity? She did this to herself, don't blame Apple.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **iD0it4thedrUgz:** The thing she leaked was in the verge article on August 30th. She leaked an internal tool's name, codename, and screenshots and videos of it. It has nothing to do with any of the emails about her workplace issues.
- **P2t2p**: Seems like her career is done
  - o [Redacted] She tweeted about making the dean's list (or similar) at her law school, so perhaps not.
  - o **Neoform:** You think there are law firms that will want to hire her? She's toxic.
  - o **P2t2p:** Toxic or not is questionable and lots of places employ toxic people (not saying she is, just a general statement), leaking internal stuff which marked "confidential" is the stuff that'll cause concerns.
- [Redacted] Holy smokes, there are some tone-deaf comments in here

## Sept 10 2021 – Public Twitter Messages
- [Redacted]: "Rather than confront harassment, retaliation and unsafe working conductions that @ashleygjovik raised, Apple offered her therapy and medical leave. When she pushed back asking for accountability, she was put on admin leave & now has been fired. @mattdwille [744]
- **Neoform**: "Now Apple has fired her for supposedly 'leaking' insider information." A brief glance at her twitter feed can resolve the "supposedly" part. [745]

## Sept 10 2021 – Public Twitter.com Post
- **Ashley Gjovik**: "Speaking by phone, Gjøvik's voice broke up sev times. '#Apple's been my fav co since I was a little girl. It was my dream to work for them,' she said. 'Even though I had a terrible experience, I feel like I did really good wrk. It feels like a betrayal they treated me this way"
  - o **Retweet: Andrew Couts (Gizmodo):** More details on Apple's firing of @ashleygjovik. Reporting by @dellcam https://gizmodo.com/apple-fires-program-manager-who-accused-bosses-of-haras-1847649269?rev=1631249277123
- **Heffer (@Heffer):** Give us the full story like that uber girl. [746]

## Sept 10 2021 – Public Twitter.com Post
- **Jeff Butts:** Apple Fires Whistleblower Employee: https://t.co/522JyAvm1t
- **Soas (@pri_dayal):** Well deserved. [747]

## Sept 10 2021 – Public Engadget Article [748]
*Apple fires Ashley Gjøvik, senior employee who alleged sexism at work*
- **P.H**. (1x comment ever): I would fire her too! First of all, she knew that her office building was built on a previous waste site. No one forced her to work there. Did she think she was so special they would look

---

[744] Twitter, https://twitter.com/amydiehl/status/1436515111921930242, https://web.archive.org/web/20220129211443/https://twitter.com/amydiehl/status/1436515111921930242

[745] Twitter, **DELETED** (See screenshot & PDF instead)

[746] Twitter, https://twitter.com/Heffer/status/1436275583793520650,

[747] Twitter, https://twitter.com/pri_dayal/status/1437633043846639617, https://web.archive.org/web/20220129211517/https://twitter.com/pri_dayal/status/1437633043846639617

[748] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html, https://web.archive.org/web/20220129211456/https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

for another office building just for her? Secondly, sexual harassment - are you kidding? She admitted that she texted nude photos of her boobs on her twitter page. Maybe she was trying to entrap somebody? And, she was using a company-owned phone for personal matters - then complained when Apple wanted it back so she couldn't delete any evidence. By no means was she an ideal employee. Everything I've read indicates her only goal to get hired at Apple was to build a lawsuit against a multi-billion dollar company. [749]

- ▪ **[Redacted]** Its funny how most of the comments demonizing this woman and defending the multi billion dollar corporation (both of which we know nothing about) really goes to show that her complaints were most likely legitimate. America really hates woman and it shows.
    - o **AdrianKLC**: Just because she made a complaint, doesn't mean she is 100% accurate with her story. If you were following her story, and how it lead up to the point where she filed a complaint with labor board, you will see some of her complaints makes no sense. An example, when she spoke about sexism in work place, Apple offered her therapy and medical leave. But she insisted to go on paid leave. If you understand what paid leave meant, means you are getting paid for being away from the company without hurting your the allocated holiday/medical leave that every employee receives on a yearly basis. Another incident, where she felt she was harassed. It was a public speaking course she was attending. The leader was giving her advise on how to communicate in public speaking. She felt she was harassed. There were other incident where she story herself as a whistle blower as if the entire company is against her. If you really want to know why she doesn't get the support of the internet, try looking at both side of the story. You don't need to blindly support someone just because they are going up against a large corporation
    - o **[Redacted]** When she alleged sexism, why was SHE offered therapy??????
- - **pjs_boston**: Has it occurred to you that Ashley Gløvik is full of sh*t? [750]
    - o **[Redacted]** Thank god someone's finally standing up for the faceless trillion-dollar megacorporation!
    - o **pjs_boston**: Ashley Gløvik has been getting her her law degree from home while on paid sick leave from Apple. She will likely be spearheading her own shakedown lawsuit…
- - **Nick** (1x comment ever): Nice!!! Good riddance! She was clearly just looking for cheap publicity

## Sept 10 2021 – Public Twitter.com Post
- • **Bloomberg**: Apple employee Ashley Gjovik said she was fired for allegedly leaking information, after she filed a complaint with the U.S. National Labor Relations Board https://t.co/d9UEPMH0zY
- • **Winnie the Winner (**@WC47362463**)**: I wonder why. Did you read her tweets? [751]
    - o *Liked by: **Soas** (@pri_dayal)*

---

[749] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
https://web.archive.org/web/20220129211456/https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html
[750] Engadget, https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html,
https://web.archive.org/web/20220129211456/https://www.engadget.com/apple-fires-ashley-gjovik-025858158.html
[751] Twitter, https://twitter.com/WC47362463/status/1436276983088893952,,
https://web.archive.org/web/20220129233700/https://twitter.com/WC47362463/status/1436276983088893952

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Beezie Wacks** (@beezie_wacks): Apparently, "work" doesn't mean what she thinks it means. And why did she have nude photos on her work-issued phone?? #facepalm [752]
  - *Liked by: **Soas** (@pri_dayal) & **Ape Investments Ltd**. (@apeunderstand)*
- [deleted]
  - **Soas (@pri_dayal):** Not true, you can use your provided company email to create a new Apple ID on the company provided device. You also sign agreements stating the device will not be used for personal use, as do most companies [753]
    - *Liked by: **Beezie Wacks***
  - **Beezie Wacks** (@beezie_wacks): I don't think that's true. Some one said you can create a new id and use that instead. She just chose not to [754]
    - *Liked by: **Soas** (@pri_dayal)*

## Sept 10 2021 – Private Email via My Website Contact Form
- **"John Pratt:"** It's not worth it. Just let go of this whole drama, and get a job at some company that agrees with your views, one that can satisfy your every demand. You really are not anything in tech apart from some manager that once worked at Apple. Life is hard and has injustices and wrongs. You won't change this.[755]

## Sept 10 2021 – Public Apple Insider Article [756]
*Apple Insider: Apple fires employee who spoke out on workplace issues, cites alleged leak*
- **Bosa**: This woman was paid 386k by Apple and bad mouthed company because her manager complimented her on an improved presentation. Apple should have fired cancer like this way earlier
- **Red Oak:** Good riddance. She pulled this crap at every company she worked at prior to Apple. She was with Apple for 2 years and half that time was out on disability. She was a nightmare employee. Good luck to her getting another job in tech. $400k plus stock RSUs up in smoke - just like that
  - **[Redacted]:** Where was it posted it was $400K job?
- [Redacted]: Ashley has had quite a year of having to confront and mount vigorous claims against not only Apple, but also numerous claims concerning her apartment complex, due to potential toxic chemical exposure. In March, she suffered numerous, undiagnosable health issues and sought relief from her developer, the Irving Company, the City of Santa Clara, Northrupt Grumman and more. I believe she stated she suffers from PTSD as a result. She is also currently a law school student so she's well equipped to mount vigorous defenses. Too bad her employment relationship had deteriorated. Here's an article for the SF Bay Vu Ashley wrote in March (which started it all): (I hope members of Apple Too will do a GoFundMe to benefit her expenses): https://t.co/i68rOWV0Wb

---

[752] Twitter, https://twitter.com/beezie_wacks/status/1436342538395258881 , https://web.archive.org/web/20220129233758/https://twitter.com/beezie_wacks/status/1436342538395258881
[753] Twitter, https://twitter.com/pri_dayal/status/1437632827974094852, https://web.archive.org/web/20220129211401/https://twitter.com/pri_dayal/status/1437632827974094852
[754] Twitter, https://twitter.com/beezie_wacks/status/1436474724427583493 , https://web.archive.org/web/20220130010353/https://twitter.com/beezie_wacks/status/1436474724427583493
[755] John Pratt, jpratt@redesign.codes; IP 68.12.230.58 (Oklahoma City, Oklahoma)
[756] Apple Insider, https://forums.appleinsider.com/discussion/223877; https://web.archive.org/web/20220128033112/https://forums.appleinsider.com/discussion/223877

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Dee_dee:** That was all made up.  She is the only one in the apartment complex that has nosebleeds?  She has mental issues.
- o **Bosa:** Of course she is the only person in the apartment to suffer those symptoms as well. Maybe whole city of Foster City should sue too because all landfill should be built in pristine land with no pollution. law school? You mean the one Apple is paying for? She has no case and even I can win in court vs her. "Oh my boss complimented me" and I didn't like that ! Lol are people just stupid and buying her 💩? stop with the stupidity, this woman is an absolute psychopath and I will bet no company will hire her again
- **Genovelle:** Sounds like she bit off more than she can chew and can't handle an almost $400k a year job while in law school, another extremely stressful adventure. She seems to be one of those people that trouble follows or maybe she just creates it.
- **[Redacted]** Ashley is about to become very wealthy.
  - o **Hererotic:** what makes you say that? she leaked an internal tool to the press and talked about doing it on twitter
  - o **Sdw2001:** I find that extremely unlikely.  Apple undoubtedly followed a process that will, at the very least, withstand legal scrutiny.  Proving wrongful termination is nearly impossible without hard evidence of things like age, sex or racial discrimination.  She was an At Will employee, so she could be fired for nearly any reason.  She also allegedly publicly disclosed a confidential security tool, and obviously painted her employer in a bad light in public.  Either one is easily fireable.  She'll complain to the NLRB in the hopes of getting some more publicity.  Maybe she'll try to monetize her situation by creating some related movement.  More than likely though, she'll fade away in 15 minutes.
  - o **Jajabento:** Ashley is about to become a broke joke. Apple and Irvine Company should sue her to oblivion. Considering her character, I highly doubt a reputable lawyer would even come near her case. A retainer fee for what she's going up against will most certainly make her go broke. And then if she loses, a judge can make her pay all of Apple's and Irvine Company's legal fees. How's that for hubris. Lol
- **[Redacted]** The comments seem to be divided between "Gjovik is an ungrateful, backstabbing incompetent bitch and Apple was right to fire her," and "Apple needs to get a clue. I don't know which side is accurate, but there is no shortage of reports coming out about the work environment at Apple, so it would seem plausible that at least part of her story is accurate. For the people dismissing her claims, what are you basing this on, other than a general fondness of Apple?
- **Fred257:** She's an eternal victim narcissist know it all justice warrior.  Glad they fired her and any other know it all activist employee should be terminated too.  She had so many complaints and not just about her job but having PTSD and many other complaints outside of work that I would classify her as having Borderline Personality disorder.  Don't let the door hit you on your way out!!
- **9secondkox2:** She has a history of "finding problems" and then becoming "an activist."  She could just do her job and then respond to corporate discipline when directed at her. Instead she wanted to go on a misinformation campaign to continue her desire to be fulfilled as an "activist." she's also a law student who seems to think that her spoke employment is a school project to test her theories on. no one needs that person undermining their company.
- **9secondkox2:** Not a knock, but she is obviously a little high on the body mass index. Should get her blood pressure checked. Could be behind the nosebleeds. And people get nosebleeds all the time with weather

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

changes. When you get a job, you are paid to do that job. Not to create some personal project out of it.  If there was legit something wrong, call the news, etc. don't get yourself in trouble for defamation when your employer is simply treating you like an employee.

### Sept 10 2021 – Public Twitter.com Post [757]

- **Josh Eidelson**: New: @AshleyGjovik, who was fired by Apple Thursday after filing NLRB, OSHA, and EEOC complaints, has received right-to-sue notices allowing her to sue for discrimination in federal or state court
- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: C|Net wrote… "she [Ashley Gjovik] was fired from Apple after months of publicly discussing harassment from coworkers, managers and Apple's administrative teams." On an international social media site. Sure law firms will take her hard earned income/stock payout. She blocked me!?
- **[Redacted]** She can easily find a very good legal team to take this case on a contingency basis. It won't cost her a dime up front, if that is what she wants to do.
- **EarlyRiser** (@VeryEarlyRiser) [Account Deleted]: AG seems hypochondriac taking professional criticism personally, wanted fired to sue for personal reasons cloaked by victimization. Feel 🍎 hires for drive/skills regardless of orientation, gender, race, religion. Nurturing skills is paramount. See more reason for 🍎 to sue than her.
- **[Redacted]** and you wonder why you were blocked

### Sept 11 2021 – Public Twitter Posts

- **Ashley Gjovik:** Question: if I actually "disclosed confidential product-related info," wouldn't #Apple be ensuring I delete said info from all devices/docs & ask me to retract it from wherever I shared it? No mention of that whatsoever, let alone even what the "info" was: https://ashleygjovik.com/sept-9-termination-transcript.html [758]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): That's an excellent point! I would email them asking if they want you to delete anything you posted, to further document in writing that they can't/refuse to identify what you supposedly 'leaked'. [759]

### Sept 11 2021 – Public Twitter Posts

- **Ashley Gjovik:** My #Apple VP's term letter said they're mailing me a box to return my work stuff (including an iMac Pro?!) & sending my benefits info. They're sending to my old address tho, & they say to work w/ the secret police guy if any issues. @Apple, I don't want to talk to him, he's scary [760]

---

[757] Twitter, https://twitter.com/josheidelson/status/1436471247496302592, https://web.archive.org/web/20220129211601/https://twitter.com/josheidelson/status/1436471247496302592
[758] Twitter, https://twitter.com/ashleygjovik/status/1436782560571392004
[759] Twitter, https://twitter.com/Female_in_tech/status/1436787415759294465; https://web.archive.org/web/20220210033945/https://twitter.com/Female_in_tech/status/1436787415759294465
[760] Twitter, https://twitter.com/ashleygjovik/status/1436514656101617665

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Have a witness stay with you while it gets delivered or you go pick it up. And wipe the f out of everything you return to them. They definitely don't deserve any more of your data. [761]

**Sept 11 2021 – Public Twitter Posts**
- **Ashley Gjovik:** Question: if I actually "disclosed confidential product-related info," wouldn't #Apple be ensuring I delete said info from all devices/docs & ask me to retract it from wherever I shared it? No mention of that whatsoever, let alone even what the "info" was: https://ashleygjovik.com/sept-9-termination-transcript.html [762]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): That's an excellent point! I would email them asking if they want you to delete anything you posted, to further document in writing that they can't/refuse to identify what you supposedly 'leaked'. [763]

**Sept 11 2021 – Public Twitter Posts**
- **Ashley Gjovik:** My #Apple VP's term letter said they're mailing me a box to return my work stuff (including an iMac Pro?!) & sending my benefits info. They're sending to my old address tho, & they say to work w/ the secret police guy if any issues. @Apple, I don't want to talk to him, he's scary [764]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Have a witness stay with you while it gets delivered or you go pick it up. And wipe the f out of everything you return to them. They definitely don't deserve any more of your data. [765]

**Sept 11 2021 – Post on TeamBlind.com**
- **Unknown Apple Employee**: "To be honest what she said its pretty light. All she said was talk about living on program and that when using new features you need to authenticate with Face ID. No new features or products were leaked. With that said I do see why she got fired but I don't see what she being enough cause for it only that they want her out."
- **Cher Scarlett**: It was still a violation and someone else mentioned one of her tweets had proprietary information in it. It's going to be hard to prove this was retaliatory.

**Sept 11 2021 -- Public Twitter Posts**
- **Beezie Wacks:** Hey @ashleygyovik you went to law school and achieved a high GPA with such diligence at @SantaClaraUniv So how supported were you at work? #ashleygyovik [766]

---

[761] Twitter, https://twitter.com/Female_in_tech/status/1436756069859004417 ; https://web.archive.org/web/20220210034057/https://twitter.com/Female_in_tech/status/1436756069859004417
[762] Twitter, https://twitter.com/ashleygjovik/status/1436782560571392004
[763] Twitter, https://twitter.com/Female_in_tech/status/1436787415759294465; https://web.archive.org/web/20220210013945/https://twitter.com/Female_in_tech/status/1436787415759294465
[764] Twitter, https://twitter.com/ashleygjovik/status/143651465610161765
[765] Twitter, https://twitter.com/Female_in_tech/status/1436756069859004417 ; https://web.archive.org/web/20220210034057/https://twitter.com/Female_in_tech/status/1436756069859004417
[766] Twitter, https://twitter.com/beezie_wacks/status/1436776446005968900, https://web.archive.org/web/20220202045657/https://twitter.com/beezie_wacks/status/1436776446005968900

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Sept 11 2021 – Public Reddit Post** [767] [768]
*Reddit: Fired Apple employee who aired workplace concerns gets approval to sue company*

- **FVMAzalea:** "Approval to sue" here is a procedural step. It means she took her concerns to the EEOC (Equal Employment Opportunity Commission), and they decided not to look into/pursue them further and instead to allow her to pursue them in court. It's not a comment on the merits of her case.
- **Ash_ketchup_92**: Like most things in life, everyone wants to see this as black or white. Like most things in life, the truth is probably gray. Is she mentally unwell? Clearly. From the bananas OpEd she wrote, to her borderline paranoid schizophrenic website, to the very bizarre and suspect things she's posted to her Twitter, this is not a woman of sound character and mind. With that said, are her claims true? Demonstrably, at least some of them, and at least in the context of "these events happened in some fashion." Some claims are clearly a massive overreaction (the "open kimono" thing), some are her own fault (storing nudes on her work phone which is also her personal phone because she declined to take a separate work phone), some are unclear without more context ("Make X's Life Hell"), and some she is undeniably in the right (being called lots of derogatory names by colleagues and managers).
  - [Redacted] I've followed her, she's perfectly well and shows screenshots of everything. You ppl are disgusting.
- **Ash_ketchup_92**: False. During onboarding at Apple, you have the option to either create a new iCloud Work account t or to sync your iCloud Work account to your personal iCloud account. If you choose the former, you will be given a separate iPhone for work. If you choose the latter, you must use your own personal iPhone. The reason Apple "has her nudes" is because of the discovery legal process, where Apple has subpoenaed (IIRC) her work device data. Since her work device is her personal device (by *her own choice*), the subpoena necessarily applies to all data on her personal device.
- **Saticon**: I read though the lengthy timeline on her website yesterday, and I came to the same conclusion. Were there some workplace problems? Yes. But she, repeatedly, blasted out bits of evidence while taunting the CEO on Twitter, while also announcing NLRB cases and such. The HR investigative process didn't seem complete. I don't know how, or if, she expected any other outcome than getting fired.
- **Anallist9000**: She's a fucking nutcase lmao
- **7577406272:** *"Despite her objections, Gjovik was placed on administrative leave on Aug. 4"* Except, she even posted the email from Apple showing she requested to be put on leave.
- **Ultratiem**: This is probably the biggest flag for me. If I called her a bitch in the workplace she would run to HR and spin it into a hundred different violations I feel. But you're spot on. She seems like the type to want the world to burn. People say things but intent is far more important. My late-uncle used to say the most racist things but he was the sweetest man who would break his back to help anyone and had friends from every ethnicity. Bye and bye she seems like someone who just can't work with anyone. Before long she'd be complaining about something. Then complain about being gaslit.

---

[767] Reddit, https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/; https://web.archive.org/web/20220128091011/https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/
[768] Reddit, https://www.reddit.com/r/technology/comments/pmhkne/fired_apple_employee_who_aired_workplace_concerns/; https://web.archive.org/web/20220129094026/https://www.reddit.com/r/technology/comments/pmhkne/fired_apple_employee_who_aired_workplace_concerns/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **PacManDaddy:** I see that a few Apple haters and supporters of repulsive people and serial liars didn't like my comment where I said I'd be ordering an iPhone 13 next week. To add to their butthurt, I'd like to amend my comment and add that there is also a high likelihood that I'll also be ordering an Apple Watch 7 next week too, boosting Apple's legal defense fund by even more. I stand with Tim Cook and Apple. I don't stand with wannabe extortionists, leakers, liars and humans of poor repute.
- **Ultratiem**: You have her side. Just her side. If I'm fearful of dogs and some dog runs up to me at a park barking, I'll tell you a different story than the owner of the dog who knows and loves them dearly. Just saying. She talks about gaslighting but the thing about gaslighting is that you mostly do that to yourself (mostly). Gjovik has yet to produce any evidence of merit. She has complained publicly about Apple and their working environment but so far has thrown up discourse between her and one of her managers and they were pleasant and supportive from the texts. Those reading into condescension are likely the same people get themselves triggered over an errand look. She also had words over the expression "Open the Kimono" which is common in corporate life. I couldn't care less if the expression dissolved but do understand that the people using it aren't racists and misogynists. She lists a litany of grievances but these are categorized by her. If you brush up against my shoulder as I walk past you I could just as well cry assault and battery couldn't I? It would be more helpful to know the specifics and I also have to raise an eyebrow at the length of the list. This seems akin to a dick cop who sites you for 8 violations when you simply ran a red light. She seems unhinged from everything I've read. A person that is unhappy and cannot let go until it's her way. I'm not saying Apple can't be better. Heck, we can all be better. All I'm saying is I have yet to see anything surface that is egregious. Say like an actual assault (he grabbed my ass) or flagrant verbal abuse (the kind Jobs used to dish out I'm afraid).
- **Ultratiem**: There was no harassment in the screenshot. If you think there is then I invite you to take a page from this picture: https://brainycounty.com/wp-content/uploads/2021/03/Edwin-Boring-Young-Girl-and-Mother-in-law.jpg I was referencing the tweet from Aug 2 (https://www.ashleygjovik.com/ashleys-apple-story.html) where an Apple manager actually said good job and her and her ilk lost their shit. I have no pony in this race and am going to see myself out. It looks like there are lots of angry people that want to see Apple burn and point to a smudge on the lens as cancer. I have my beliefs and you have yours. We can leave it at that.
- **Neoform**: https://www.theverge.com/22648265/apple-employee-privacy-icloud-id Read this and tell me she didn't leak anything.
- **Dr-Purple:** She claimed that Apple forced her into paid leave during her investigation. There is an email between her and Apple where it's clearly documented that it was HER that wanted the leave of absence during her investigation. She was caught lying so even if there's a slight chance that half of what she says is true, she turned the tables on herself, why would you believe anything that she says anymore?
    - ○ **Dr-Purple:** My point is that she was caught lying and that's damaging her integrity, why believe her more than Apple or vice versa now? If anything, it makes me believe Apple's claims more. Yes, it's a massive corporation and all but people can be and are assholes.
- **DarkWasp14:** Nope. Take one look at this persons Twitter and her allegations, she's clearly mentally unwell. This has nothing to do with speaking negatively of Apple or the fact that she's a woman, considering other female employees have also called out her behaviour. https://www.ashleygjovik.com/ashleys-apple-story.html Edit: Fixed link I posted.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]** The Apple support fanboyism over this is absolutely insane. "Believe the trillion dollar corporation, not the employee".
  - o **DarkWasp14:** Because this specific employee comes across as mentally unwell, as evidenced by her tweets and other postings. FFS look at this laundry list of allegations https://i.imgur.com/9datGuS.jpg
  - o **Neoform**: She accused her boss of pimping because he recommended a Michelin star resto to her, she went, then the sous-chef who knew her boss talked to her and paid for her meal.
- **DarkWasp14:** This woman comes across as unhinged, another complaint of hers is here about where she lives https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/
- **Crissnovak**: I honestly don't know a respectable lawyer that would go down this path with her, especially with all her Tweets out there. If she really did leak IP, I think she's basically screwed. Apple (w/it's army of lawyers) can sue her and it would be an easy win because it's a simple breach of contract case. Her counter suit for retaliation/harassment will be very challenging especially if her coworkers don't have her back. They may be enjoying all that Apple $$$. Lawsuit would be chump change for Apple, but will certainly bankrupt her. I've never seen anyone so intent on ruining their own reputation/livelihood and for what "likes"? From her Tweets, I think she has this grandiose delusion that she's some "badass", but I think she comes off as a Karen. Shame on the "journalists" (ahem Verge) that are exploiting her and just adding to her ruin. I think what she needs is mental help; what she doesn't need is people motivating her to dig an even deeper hole she's in. Sad
  - o **[deleted]**
    - **Crissnovak:** Naeh, chubby side +baby teeth lol [769]
- **Rcrter9194:** When discussing this case, you should take a look at the member of staff that leaked "receipts" on this woman proving that her rants were more a petty Vendetta against Apple. She constantly lied and twisted issues to go in her favour, while also leaving out key information. This makes it harder for people with genuine issues to be believed. For instance she said she was forced in to taking leave when it was all kicking off, yet transcript shows she requested to be put on leave. This woman is just trying not to look stupid, but failing and making it harder for those facing real discrimination. To me she comes across as entitled, and while I'm not saying she hadn't experienced bad things, she's gone the wrong way about it.
  - o **Neoform**: I was giving her the benefit of the doubt until I saw her claim that turning on her webcam during meetings was sexist. What sealed the deal for me was her later claim that her boss "pimped" her out by recommending her a Michelin star restaurant where he knew the sou-chef, who then talked came out of the kitchen to her a few times at the dinner and paid for her meal.
  - o **[Redacted]** Ummm, without knowing anything else about this case, I can honestly say that you can be forced to take a leave and have it look like you had made a request to take a leave. Why do you give companies so much fucking credit. They can force you to resign and make it like you resigned??? No???
    - **Rcrter9194:** Because there was a screenshot of her asking for annual leave while they investigated the issue. The person that leaked this info doesn't work for Apple anymore

---

[769] Reddit,
https://www.reddit.com/r/apple/comments/pm7lio/comment/hcp4u21/?utm_source=share&utm_medium=web2x&context=3;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

and has no reason to remain biased. She was also a woman, calling out this woman's issues and lies.

- **Omega3Cedar**: Ashely Gjovik is pure evil and cancer. Hope she lose this case and never work anywhere again.
- **Mollygibs10:** The thing is…this just kinda means the EEOC investigated her claims and probably didn't find anything they were willing to act on. The only final option for her is a private law suit. [770]
  - **SeattleFA:** Yeah right to sue is only after EEOC decides not to sue on your behalf.
  - **Vladstolotski:** When the EEOC gets a charge, and there is good evidence to support the charge, the EEOC will take it on themselves. But if there is anything other than good evidence, meaning the EEOC found little to nothing, they still issue "right to sue" notice.
    - **Vladstolotski:** The EEOC investigates every charge that is submitted. Often this investigation can take longer than a year. Once they have completed their investigation they then issue a finding. That "finding" also includes a "right to sue" notice. That notice is issued regardless of the finding.
- **LinkedList:** *"I raised issues about workplace safety (my EPA Superfund office) in March 2021"* As far as I can tell she doesn't actually mention what those safety concerns were and the tiny bits she shares from her manage it's implied she wants to sleep with a gun? Not a good look hiding the basic details here, putting aside the seemingly redacted messages from the manager. Having said that wouldn't surprise me if some of her claims had merit.
  - **Boonesfarmbananas**: her "EPA superfund office" is literally her apartment where she worked from home during covid https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/
  - **Monacelli**:: I'm just speculating but this sounds like a repeat of when she claimed her apartment building was built on a toxic waste dump and it was making her sick.
  - **Arittenberry**: Is that what the article was talking about when they said she complained about toxic waste disposal and filed workman's comp? I was curious about that part
  - **Monacelli**: As far as I can tell, yes. Her blog says: "I raised issues about workplace safety (my EPA Superfund office) in March 2021, and was told to stop sharing my concerns." According to Google EPA superfund sites are polluted locations in the United States requiring a long-term response to clean up hazardous material contaminations. Here's her article accusing her apartment building of making her sick as a result of being built near EPA superfund sites. I personally think this might be a mental health issue and the tech blogs reporting on her fight with Apple are acting in bad faith by not mentioning that this is the second company she's raised these EPA supersite accusations against (the first being Santa Clara Square Apartments).
- **LVNcalifornia:** his chick is a hypochondriac … she's borderline insane… seriously check out her writing - she's convinced her apartment was killing her but don't have the good sense to move and apparently her sickness only happened to her and not anyone else….. if her claims were true. Why is she the only person sick ? Anyways like I said chick is nuts AF : https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/
- **LaKobe** This lady is a nut case. Her grievances vs the apartment complex was such bull shit.

---

[770] Reddit,
https://www.reddit.com/r/technology/comments/pmhkne/comment/hcibuj6/?utm_source=share&utm_medium=web2x&context=3

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **LaKobe**: This lady is absolutely bonkers. Her "lawsuit" against Irving company is the definition of frivolous.
- o **Happyrolls**: She seems to be the toxic employee that everyone universally hated and wanted rid of. [771] [772]

**Sept 11 2021 – Public Apple Insider Article** [773]
*Apple Insider: Fired Apple employee who aired workplace concerns gets approval to sue company*
- **Bosa:** Let her do it and we can see the psychopath in all her glory
- **Bosa:** Since I doubt this psycho will ever be hired again by anyone, I would not want to spend the the legal fees if I were her . And given how weak her case is, I doubt any lawyer will take it hoping for settlement. apple will want to make an example of this psycho woman and will not settle. so I don't think this will go forward
- **Chock_Mossley:** Her suing would be the worst thing for her. They'll throw her some equivalent of pocket change at her, make her sign an NDA and shut her up
- **Jajabento**: Sue Apple's army of Ivy League lawyers with what money? Is she going to represent herself with a T3 law degree. I'm afraid she will get steamrolled. The passive-aggressive profanity ridden vindictive Tweets will not win sympathy from a judge or juror. Just see how Twitter and Reddit has weighed in on her claims. Sometimes winning is learning when to walk away and starting new. Living a happy life (Success) is the best revenge. She lost a solid Apple salary, RSUs (~millions had they vested) and platinum healthcare benefits plus other perks- and for what to be a "badass" ?? A very costly delusion. Good luck to Ashley Gjøvik, she's going to need it!
- **Genovelle**: I read both of these and find them lacking. In regards to privacy. She is working for the most secretive companies on the planet. They gave them the option of having a separate work phone and to pay for her own personal devices, but she chose not to. It was too inconvenient for her. Her terms of employment clearly state to expect no privacy on devices used for company business. They have a right to monitor these activities and search offices when needed. Just like drug screening can be randomly required when it is company policy. On the environmental thing, she is creating issues by making subjective judgments about reports and their findings being suspicious. California is crazy aggressive on environmental issues and what she is describing would not have been tested to the degree it was in most states. She lost all credibility when she paid almost $1200 for testing that came back negative (inconclusive) which is what every report she questioned provided. Then she wanted to claim it needed to be test that collected data for 6 months. I can promise you, on any given Thursday you can walk outside of

---

[771] Reddit, https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/;
https://web.archive.org/web/20220128091011/https://www.reddit.com/r/apple/comments/pm7lio/fired_apple_employee_who_aired_workplace_concerns/

[772] Reddit, https://www.reddit.com/r/technology/comments/pmhkne/fired_apple_employee_who_aired_workplace_concerns/;
https://web.archive.org/web/20220129094026/https://www.reddit.com/r/technology/comments/pmhkne/fired_apple_employee_who_aired_workplace_concerns/

[773] Apple Insider, https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054700/https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054856/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p2;
https://web.archive.org/web/20220128055117/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p3

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

a number of cities here in Louisiana within 50 miles of a chemical plant and collect enough toxins from the air in 20 minutes to fill a report and it's legal. Did she consider the toxins in her tattoos? According to the CDC, You also might become allergic to other products, such as hair dyes, if your tattoo contains p-phenylenediamene (PPD). She may be having a reaction to certain building materials or even types of paint in her apartment that effects no one else because of changes in her body chemistry based on her own choices.

- **AppleSauce007:** ok. I remember this lady with conduct unbecoming of a manager. I thought she was on a permanent paid leave of absence. I guess she misunderstood. Lol Yes. I think she is a lulu of a self-destructor and probably has no case.
- **Sdw2001:** "as Apple faces mounting criticism." Here we go again. A common media tactic that ignores the obvious follow up: Mounting criticism from *whom*? This is a disgruntled group of employees led by an obvious grifter. The answer to the question is *the media itself.* They don't report the news, they *are the news.* Tech media is often no different. [774]
- **Jajabento:** Karen's always blab their mouth and want to see "the Manager". "I will report to NLRB, I'm want to speak with Gavin Newsom!, I demand to speak with Joe Biden!!" I don't think Apple is going to pay her a dime. Especially after she has already displayed her character on Twitter. She has shared screenshots of internal memos. She has called Tim Cook/Apple Mofos. She was fired for allegedly leaking Intellectual Product info. Seems like she's lost a lot of credibility already (see Twitter/Reddit). Apple could sue HER to oblivion for breaking her employment contract.
- **Fred257:** She shows traits to me of someone with Borderline Personality Disorder. And just like Johnny Depps ex malignant narcissist BPD wife shows the exact same victimization toolbox. People should report abuse but her behavior is someone indicative of BPD. My mother and one of my best friends with BPD acts the same as this person.
- **Tommikele:** Doctor Bosa, I sense your diagnosis is based on articles you read in tech media and the comments from readers? If so, I applaud your scientific approach to diagnosing and labeling someone a psychopath. Can you define psychopath without looking up the definition?
- **Bosa:** Apple was being super lenient for what she did, her violations were obvious and they still paid her for months to investigate when it was obvious what she did from day one. I don't think she will ever get hired ever again, she has herself to thank
  - o  **Bosa:** Apple just destroyed a Billion dollar company in Epic for being greedy. now they can turn all their attention to this ungrateful pychopath
  - o  **Bosa:** The person who hired this wack job at Apple should also be fired
- **Rcfa:** It then anyone's business, when someone ludicrously injects untested poisonous ink under their skin, and then tries to sue others for supposedly creating a toxic environment. Just as stupid as all the tattooed, smoking, drinking, drug consuming, fast food eating people being "concerned" about the supposedly "toxic" ingredients of well tested vaccines 🤦

---

[774] Apple Insider, https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054700/https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054856/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p2;
https://web.archive.org/web/20220128055117/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p3

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Rcfa:** Also big difference between work life and private life. There's no reason for privacy for work: you get paid for work, and the company has the right to know what you do on their premises, on their equipment, on their dime. The only exception is the bathroom break, unless you take your phone with you or take drugs there. The moment you clock out and leave the premises, your privacy returns. So just don't abuse paid work time to do things that require privacy, problem solved.

- **JWSC:** In case some people missed it, Ms. Gjovik is studying law at Santa Clara University School of Law. I would hazard a guess that she has no plans to return to the tech field as a manager of any kind, and really never did. The legal actions she is undertaking or about to undertake are more likely resume builders for future employment at law firms focused on employee advocacy and employee rights. She may believe in what she is doing. But it is also a self-serving move that could catapult her to prominence in the legal profession, should any of her legal actions prove victorious.

- **Bosa:** Yes , "I was harassed when my manager complimented me saying I did better in a presentation " yeah that will work everywhere! Apple is paying for her law school as well as her 386k salary. That is very nice but given her history, no law firm will hire her  and will pay her close to 386k lol

  - o **Bosa:**  And she apparently is also the only person exposed at both places and no Medical person will back her up lol People say she is in law school, which Apple  was paying pay, and do you see how Apple legal team just basically ended Epic Mobile, a billion dollar company? Good luck Ashley[775]

## Sept 12 2021 – Public Twitter.com Posts

- - **Ashley Gjovik:** Some people are still trying to argue I did "this" for my career. I'm staring at e*Trade right now looking at "my" $591,611.83 of unvested #Apple RSUs, which will turn into a pumpkin & vanish at midnight. My integrity is still worth more than any stock, but still, OUCH. [776]

  - o **[Redacted]** Take a screenshot; might come in handy when demonstrating to the court that you've been financially harmed by their happy horse shit

  - o **Ashley Gjovik:** You're smart. Done & done. Still awake tonight staring at this trying not to cry. Reading "happy horse shit" definitely helped [777]

  - o **BabyHummingbird** (@gbluvsf) Time to conjure your inner Angela Basset. Girl, you still got your name, let's do this! [778]

## Sept 12 2021 – Public Twitter.com Posts

- o **Jan Willens** (@JanWillens): Sometimes you just want to say to a client: STOP FRIKIN TWEETING [779]

## Sept 12 2021 – Private Email via My Website Contact Form

---

[775] Apple Insider, https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054700/https://forums.appleinsider.com/discussion/223902;
https://web.archive.org/web/20220128054856/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p2;
https://web.archive.org/web/20220128055117/https://forums.appleinsider.com/discussion/223902/fired-apple-employee-who-aired-workplace-concerns-gets-approval-to-sue-company/p3
[776] Twitter, https://twitter.com/ashleygjovik/status/1437464512278433792
[777] Twitter, https://twitter.com/ashleygjovik/status/1437351337621131269
[778] Twitter, https://web.archive.org/web/20210913212412/https://twitter.com/ashleygjovik/status/1437464512278433792
[779] Twitter, https://twitter.com/JanWillens/status/1437168317081571333,
https://web.archive.org/web/20220130225942/https://twitter.com/JanWillens/status/1437168317081571333

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **"TEST3":** Cunt[780]
    - o **Email:** Tamere@a.a (ta mère = your mum)

## Sept 12 2021 – Public Twitter.com Posts

- **Ashley Gjovik**: Here's a "fun" email, me to #Apple Employee Retaliations on July 29th, six days before I'm put on leave. "Ideally if we can also sort issues by area of law it will help me route to the diff lawyers (labor, ADA, FMLA, employment discrimination, whistleblower, toxic tort, etc)." [781]
    - o **Céline** 🍎👆 (@AllonsyAlonso85): Didn't you request to be put on paid leave? [782]
    - o **Ashley Gjovik**: Are you one of those QAnon "requested leave" folks? Read my website, Tweets, & the press about my situation. Stop it with the victim-blaming conspiracy stuff please. You're only going to intimidate other people & make them not want to come forward... & keep giving me a migraine.[783]
    - o **Céline** 🍎👆 (@AllonsyAlonso85): I've seen the emails responding to your request... you are paranoid, please seek help.[784]
    - o **Ashley Gjovik**: There's this cabal going around claiming I asked for leave like it was a fun vacation I wanted & then I lied about it being negative. They're claiming I'm destroying the entire MeToo movement & other colorful things that have required NSAIDs.[785]
    - o **Céline** 🍎👆 (@AllonsyAlonso85): Your aggressive and paranoid attitude is doing disservice to the cause, yes. [786]
        - ▪ **Ashley Gjovik:** See…. NSAIDS.[787]
        - ▪ **Céline** 🍎👆 (@AllonsyAlonso85): I've seen enough, you appear hysterical and paranoid. I am a former employee and I have read many negative stories that I absolutely believe but yours, nope, not for a second. You broke your NDA and you're gonna pay for it. simple as that.[788]
    - o **Céline** 🍎👆 (@AllonsyAlonso85): You're beyond pathetic. It will be fun watch you disappear after you lose everything. Enjoy the spotlight you've gained recently, it won't last. [789]

---

[780] "TEST3": IP: 86.216.182.10 (Aix-en-Provence, Bouches-du-Rhône, France)
[781] Twitter, https://twitter.com/ashleygjovik/status/1437295718230790144
[782] Twitter, https://twitter.com/AllonsyAlonso85/status/1437301923309408261,
https://web.archive.org/web/20220203000918/https://twitter.com/AllonsyAlonso85/status/1437301923309408261
[783] Twitter, https://twitter.com/ashleygjovik/status/1437308523663314946
[784] Twitter, https://twitter.com/AllonsyAlonso85/status/1437319925274710023,
https://web.archive.org/web/20220203000836/https://twitter.com/AllonsyAlonso85/status/1437319925274710023
[785] Twitter, https://twitter.com/ashleygjovik/status/1437319882975195139
[786] Twitter, https://twitter.com/AllonsyAlonso85/status/1437320220452982784,
https://web.archive.org/web/20220203000915/https://twitter.com/AllonsyAlonso85/status/1437320220452982784
[787] Twitter, https://twitter.com/ashleygjovik/status/1437320786252111875
[788] Twitter, https://twitter.com/AllonsyAlonso85/status/1437321294257733638,
https://web.archive.org/web/20220203000905/https://twitter.com/AllonsyAlonso85/status/1437321294257733638
[789] Twitter, https://twitter.com/AllonsyAlonso85/status/1437323131258015745,
https://web.archive.org/web/20220203000906/https://twitter.com/AllonsyAlonso85/status/1437323131258015745

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Céline** 🍎 ✋ (@AllonsyAlonso85): oh cry me a river. She exposed herself online because she is a bitter little woman who broke her NDA and is now trying to cash in on it. I can't wait until Apple swallows her and spits her out just as fast. [790]
  - **[Redacted]** Good grief why are *you* of all people so triggered by this? If you don't like it, you don't have to be here. [791]
  - **Céline** 🍎 ✋ (@AllonsyAlonso85): oh Because of people like her, people with legit complaints will be ignored and dismissed. But she doesn't care, she just wants to make a quick buck. [792]
  - **[Redacted]** Are you calling working over a ton of nuclear waste an illegitimate complaint? [793]
  - **Céline** 🍎 ✋ (@AllonsyAlonso85): No, it's the way she went about it that's wrong. Besides it's not about her complaint, it's about the fact that she leaked info that's why she was fired. Apple will prove that in court and she'll disappear.[794]
- **Céline** 🍎 ✋ (@AllonsyAlonso85): there's no conspiracy she broke Apple's number one rule. She talked to the press while still employed. She is never going to work in tech again and since she is going to lose the lawsuit she should just apply to fast foods right away.[795]

## Sept 13 2021 – Twitter Direct Messages between Scarlett & a Non-Apple Employee

- **Cher Scarlett** (@cherthedev): **to Non-Apple Employee**: That's why she got fired. You can't just claim your workplace is threatening you with physical violence. You can't leak IP. I feel like she's put the entire movement at risk with some of the decisions she's made, and hurt her own case. The EEOC and DFEH have already declined to pursue and given her the right-to-sue. Is it possible she'll end up with a lawyer that is willing to sue on contingency anyway? Maybe. I hope so for her sake.

## Sept 13 2021 – Post on TeamBlind.com

- **Godogog**: From what I know about the part of Apple she worked in, it was a really stressful place to work during that timeframe of _that Radar_. I've heard pretty terrible things from people who used to work there (people stress-barfing, day drinking themselves into a stupor, etc). I don't think I'd go so far as to defend the behavior over there. It sounds like there was a mix of targeted bullying and inappropriate team-wide coping behavior. At this point I think she's just doing everything she can to prove retaliation and riding a social media high. **[796]**

---

[790] Twitter, https://twitter.com/AllonsyAlonso85/status/1437328481357111296,
https://web.archive.org/web/20220203002037/https://twitter.com/AllonsyAlonso85/status/1437328481357111296
[791] Twitter, https://twitter.com/cityWitt/status/1437330206293958657
[792] Twitter, https://twitter.com/AllonsyAlonso85/status/1437330463169916933,
https://web.archive.org/web/20220203002035/https://twitter.com/AllonsyAlonso85/status/1437330463169916933
[793] Twitter, https://twitter.com/cityWitt/status/1437330791395217414
[794] Twitter, https://twitter.com/AllonsyAlonso85/status/1437331437611634689,
https://web.archive.org/web/20220203002105/https://twitter.com/AllonsyAlonso85/status/1437331437611634689
[795] Twitter, https://twitter.com/AllonsyAlonso85/status/1437335489611280384,
https://web.archive.org/web/20220203000957/https://twitter.com/AllonsyAlonso85/status/1437335489611280384
[796] Team Blind, https://www.teamblind.com/post/Another-Ashley-thread-zow76bEX   (DELETED)

# ASHLEY GJOVIK V APPLE INC

## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### Sept 13 2021– Public Twitter.com Post

- **The Verge:** Apple fires senior engineering program manager Ashley Gjøvik for allegedly leaking information https://theverge.com/2021/9/9/22666049/apple-fires-senior-engineering-program-manager-ashley-gjovik-for-allegedly-leaking-information
- [deleted]
- **Soas** (@pri_dayal): He's a she- but they won't. No Fortune 500 company will want to hire her after her public display. [797]
- **Winnie the Winner** (@WC47362463): I wonder why. Did you read her tweets? [798]

### Sept 13 2021– Public Twitter.com Post

- **[Redacted]** C'mon, Apple. Do better. - "Apple Fires Whistleblower Employee," The Mac Observer (link}
- **Soas** (@pri_dayal): They did. They got rid of a bad apple. [799]

### Sept 14  2021 – Public Twitter Posts

- **Ashley Gjovik:** FYI, an #Apple executive assistant reached out Monday morning to get my updated address. Thanks for reading my Tweets Apple, and thanks for not Workplace Violencing me more (I hope). [800]
- **Ashley Gjovik:** Also, apparently #Apple stopped letting employees contact human resources via email & it has to be via phone only now? Is that for everyone or just a special privilege for now ex-employees who have been preparing for litigation for months? They really don't want shit in writing. [801]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): so, I did some research on recording laws in CA and it seems the best option is to have a witness listen in on your call.... you have to say someone else is there... but it's fine to get the other person worked up so they forget there is a witness to what they're saying [802]

### Sept 14 2021 – Public Twitter.com Post

- **Cher Scarlett** (@cherthedev): Guess I found the author of the most foul anon DM I've ever received on Reddit. Meanwhile, all my past managers want to hire me back. Funny how that works, isn't it? [*Screenshot:* "**crissnovak**: Better know it solid or get Gjoviked!"] [803]

---

[797] Twitter, https://twitter.com/pri_dayal/status/1437622722662653954, https://web.archive.org/web/20220129204113/https://twitter.com/pri_dayal/status/1437622722662653954
[798] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[799] Twitter, https://twitter.com/pri_dayal/status/1437622722662653954, https://web.archive.org/web/20220129204117/https://twitter.com/pri_dayal/status/1437622722662653954
[800] Twitter, https://twitter.com/ashleygjovik/status/1437890633902006272
[801] Twitter, https://twitter.com/ashleygjovik/status/1441171755846881292
[802] Twitter, https://twitter.com/Female_in_tech/status/1441219315441627142; https://web.archive.org/web/20220210033800/https://twitter.com/Female_in_tech/status/1441219315441627142
[803] Twitter, https://twitter.com/cherthedev/status/1437858991904722944, https://web.archive.org/web/20220129204231/https://twitter.com/cherthedev/status/1437858991904722944?s=20&t=VCeoU4rUoZXwa74t8O5VbA

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): Also, who SAYS that [804]
  - *Liked by **Shantini Vyas (@_shantini_)***
- **[Redacted]:** What does "get gjoviked" mean? [805]
  - **Cher Scarlett** (@cherthedev): I think he means I'm going to get fired. [806]
    - *Liked by **BabyHummingbird (@gbluvsf)***
  - **[Apple Employee]:** I don't know. I am reminded of the radar item to make her life a living hell. There's a lot of evil they can do before firing and I hope neighed comes to pass with you. [807]
    - **Cher Scarlett**: That was from quite some time ago, unrelated to any of this [808]
    - **Cher Scarlett**: Also, my team is super supportive of me, and would never engage in anything of the sort [809]
  - **[Redacted]:** I just got retweeted by Ashley Gjøvik and now I get it. Jeez, what a p.o.s. to dm you like that. And now some unstable stalker has slid into the replies to my question like i care what some internet random thinks with their garbo account over a person I follow and admire. [810]

## Sept 14 2021 – Public Reddit Post

## Aug 4-Sept 14 2021 – Public Twitter.com Post

- **Ashley Gjovik**: In today's #Apple employee relations said its fine update, here's the heartfelt email I sent my #bigtech male leadership in 2018 during the Kavanaugh hearings. I asked for support of women & to condemn #sexism & #sexualassault. The reply: a text saying "FWIW, RBG thinks he's ok."
  - **Heffer (@Heffer):** It's very narcissistic. She's the type of Karen to tell how to spend your money and how to virtue signal. TC praised #MeToo in a commencement speech to Duke. Kavanaugh is big in her mind, but really most of America and the world don't know who he is to warrant a company email. [811]
  - **Wes Hendrickson** (@hendrickson_wes): Sadly, I disagree with this post. Expecting Tim Cook to be an on-demand mouthpiece seems heavily entitled. Also, having unmet expectations because

---

[804] Twitter, https://twitter.com/cherthedev/status/1437859383250087938 ,
https://web.archive.org/web/20220207023114/https://twitter.com/cherthedev/status/1437859383250087938
[805] Twitter, https://twitter.com/LeksiW/status/1437859860134211592 ;
https://web.archive.org/web/20220131022755/https://twitter.com/LeksiW/status/1437859860134211592
[806] Twitter, https://twitter.com/cherthedev/status/1437860176166461440,
https://web.archive.org/web/20220129204353/https://twitter.com/cherthedev/status/1437860176166461440
[807] Twitter, https://twitter.com/arjankoole/status/1437881691901763587;
https://web.archive.org/web/20220131004835/https://twitter.com/arjankoole/status/1437881691901763587
[808] Twitter, https://twitter.com/cherthedev/status/1437882008361787394,
https://web.archive.org/web/20220131022450/https://twitter.com/cherthedev/status/1437882008361787394
[809] Twitter, https://twitter.com/cherthedev/status/1437882087550246913,
https://web.archive.org/web/20220131022532/https://twitter.com/cherthedev/status/1437882087550246913
[810] Twitter, https://twitter.com/LeksiW/status/1437912003260080132;
https://web.archive.org/web/20220131004834/https://twitter.com/LeksiW/status/1437912003260080132
[811] Twitter, https://twitter.com/Heffer/status/1437750813514813448,
https://web.archive.org/web/20220129204049/https://twitter.com/Heffer/status/1437750813514813448

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

there were "two white men" in a Diversity & Inclusion presentation instead of <insert person of color here> reeks of tokenism. [812]

**Sept 14 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** If anyone is interested in seeing #Apple's actual U.S. employee #privacy policy (or perhaps more aptly titled: "lack of privacy" policy)... I grabbed a copy back in May. My jaw dropped the first time I read it. Every colleague I shared it with couldn't believe it either.
  - **Heffer (@Heffer):** Hmm, seems pretty standard for most company policies. They have this to protect themselves, but rarely act on it. [813]

**Sept 14 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** Some people are still trying to argue I did "this" for my career. I'm staring at e*Trade right now looking at "my" $591,611.83 of unvested #Apple RSUs, which will turn into a pumpkin & vanish at midnight. 😭 My integrity is still worth more than any stock, but still, OUCH. [814]
  - **Neoform:** But you said were only planning on staying at Apple until Dec 2022 though, which means you wouldn't be getting all that money anyways. [815]

**Sept 15 2021 – Public LinkedIn Post**
- **Cuauhtemoc (Apple employee):** "It is great to see some action from EEOC but I can't help but think that the only reason this is getting the proper attention is due to the fact that the complaint was filed by a white woman. While at Apple there were multiple complaints filed in succession of People of Color and they were all ignored by EEOC and Apple. They didn't even offer us mental health time. They simply ignored us because we did not have the complexion for the protection."


🍏 **Sept 15 2021 – Harassing Emails from Apple's Lawyers about Pretextual "IP Concerns"**

🍏 **Sept 15 2021 – Ashley Gjovik Creates Go Fund Me For Legal Expenses Due To Apple**

**Sept 16 2021 – Private Text Message**
- **From [Publication Editor] to Gjovik**: "Also what's the deal with you and Cher. Heard through [journalist] that she is telling folks not to talk to you.

**Sept 16 2021 – Public Twitter.com Post**

---

[812] Twitter, https://twitter.com/hendrickson_wes/status/1423151625611497472
[813] Twitter, https://twitter.com/Heffer/status/1437762315181453316,
https://web.archive.org/web/20220129204052/https://twitter.com/Heffer/status/1437762315181453316
[814] Twitter, https://twitter.com/ashleygjovik/status/1437248801006358532
[815] Twitter, **DELETED**, See screenshots / PDFs instead

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett (@cherthedev)**: GoFundMe is a great crowdfunding resource for people in need. People who are extremely privileged financially should be using other mechanisms to obtain residual income from supporters. Buy Me a Coffee is a great platform. Using GFM as residual income is predatory. [816]
  - **Retweeted: Shantini Vyas**

**Sept 16 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** In 2017 a lawsuit against alleged a RICO violation (enterprise engaging in pattern of illegal racketeering activity over a substantial period). Plaintiffs argued covering up systemic harassment involved obstruction of justice & mail/wire fraud. #Apple ER?
  - **[Redacted]** I mean, if anyone wanted to talk about rampant sexual harassment and workplace misconduct happening unchecked in #Apple retail that's been ongoing for the past decade…
  - **Ashley Gjovik:** The stories I've heard from retail are HORRIFIC. There needs to be a reckoning... and it needs to start with #Apple retail and AppleCare. It sounds like the things of nightmares over there.
  - *I'mPinkThereforeI'mSpam:* You'll never work as an attorney [817]
    - *Liked by: Beezle_Wacks*
  - **[Redacted]** You're right. I've never been to law school.
  - *I'mPinkThereforeI'mSpam:* I was talking to the Siberian husky [818]

**Sept 16 2021 – Public Twitter.com Post**
- **Ashley Gjovik:** <30 minutes before I was fired by #Apple.
  - **Ashley Gjovik:** Retweet: **Ashley Gjovik:** I wonder if #Apple was expecting me to live-Tweet their intimidation?
- *I'mPinkThereforeI'mSpam:* Sorry, but what on Earth did you expect from them?
  - **[Redacated]** have an actual reason to fire her?
    - *I'mPinkThereforeI'mSpam:* At-will employment. Any reason or no reason.[819]

**Sept 16 2021 – Public Twitter.com Post [820]**
- **[Redacted]:** I feel like this is going to be a future HR/labor law case study on what not to do. Yiiiikes  Utterly appalled by the nightmare @ashleygjovik is going through.
- **Neoform:** Is it your view that someone who has filed a complaint with HR cannot be fired for any reason whatsoever? Her mere refusal to talk to HR on the phone sounds like grounds for termination to me.

---

[816] Twitter, https://twitter.com/cherthedev/status/1438597588685492239,
https://web.archive.org/web/20220203040405/https://twitter.com/cherthedev/status/1438597588685492239
[817] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[818] Twitter, https://twitter.com/i_mspam/status/1438779298463117314;
https://web.archive.org/web/20220129075051/https://twitter.com/i_mspam/status/1438779298463117314
[819] Twitter, https://twitter.com/i_mspam/status/1438735510537531392 ,
https://web.archive.org/web/20220129203955/https://twitter.com/i_mspam/status/1438735510537531392
[820] Twitter, https://twitter.com/neoform/status/1438706846596952067,
https://web.archive.org/web/20220129203628/https://twitter.com/neoform/status/1438706846596952067

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]:** It's my view that employers should objectively investigate claims and ensure individuals are not retaliated against. From what has been shared, there is a pretty clear pattern of retaliation here regardless of whether or not the original complaints were valid.
- **[Redacted]:** P.S. Terminating someone for requesting to keep all correspondence written/documented during an active investigation alone can be found to be retaliatory. If you actually work in HR, I sure hope you take a refresher on employment law soon.
- **Neoform:** If I went to my manager and demanded that he no longer speak directly to me, but instead only communicate via email, I'd be fired for insubordination pretty quickly. That isn't retaliation. Two things can happen independently of each other and appear correlated, but aren't.
- **Neoform:** She was fired, she also stated she was refusing to talk to anyone from HR in any personal way. You're proposing there can be a single reason why she was fired, retaliation. I'm proposing there could be another reason. Are you absolutely sure she was fired as retaliation? [821]
- **Neoform:** Why are you certain the investigation had not been closed? She posted that ER had reached out to her, she effectively refused to talk to them, they replied saying "ok, we're going to proceed without you then." Sounds like they were wrapping things up…

### Sept 16 2021 – Public Twitter.com Post

- **Patrick McGee (Financial Times reporter):** "Employees in big tech — from retail to corporate workers — are essentially the subjects of arbitrary private governments, a situation that needs to be rectified through organizing and regulation." @ashleygjovik
  - **Retweet: Patrick McGee (Financial Times reporter):** I was fired from Apple after making several labor complaints against the company. Speaking out feels like going up… Op-Ed by Ashley Gjovik: https://t.co/zwboUyQ9M1
- **[Redacted]** There are reasons why they don't like unionization because they can continue to take advantages of their employees. Working 20 hours day shouldn't be the norm. And no bonuses or stock options are worth it.
  - **Heffer (@Heffer):** From a compensation standpoint Stock options are WAY more worth it. If Ashley showed her equity awarded during her 6 years and any ESPP she participated. I've worked union and I've purchased shares of apple at retail prices. Its life changing. [822]

### Sept 17 2021 10:44am – Public Twitter.com Post

- **Shantini Vyas:** I mean this is kind of deserved. Live-tweeting an-internal event is not really newsworthy. Encouraging employees to leak is also predatory. An employee gets nothing out of leaking except potentially get fired. [Image: **Zoe Schiffer** (Journalist): "Someone just said 'fuck Zoe Schiffer' in talk-apple Slack Channel. Ouch!"][823]
  - **Liked:**

---

[821] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[822] Twitter, https://twitter.com/Heffer/status/1438625852585963520, https://web.archive.org/web/20220202045805/https://twitter.com/Heffer/status/1438625852585963520
[823] Twitter, https://twitter.com/_shantini_/status/1438921833852571653, https://web.archive.org/web/20220128033555/https://twitter.com/_shantini_/status/1438921833852571653

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Managers:** Richard Landsberg (@zerointerupt), Morgan Grainger (@morgangrainger), Eric Albert (@ejalbert)
- **Employees:** Ray Powers, Kev Kitchens, Zach Gardner, Cher Scarlett (@cherthedev), Rainer Tenhunen (@rahina), Ben (@benchr), Harrison (@hrrsn), Nitesh Kant (@NiteshKant), Kevin (@kturnt74), Mehdi Shibahara (@mehdishibahara), Nicholas Orsini (@nicholassorini), Devon (@devonbl), Matthew Mancuso (@matt8109), Michael Gecht (@_mischi), Steven Peterson (@squeakytoy), Ken Ryall (@kenryall), Ross Freeman (@rfree18), Sarah Kim , Alex Lucas (@alucas96)
- **Press:** Shoshana Wodinsky (Gizmodo)

## Sept 16 2021 – Public Twitter.com Post
- **Ashley Gjovik:** "Gjøvik also filed whistleblower complaints with federal & state OSHA agencies, given her complaints to #Apple related to her the office being on a Superfund site. Last week, OSHA confirmed her claim will be investigated." https://t.co/S1QKZTqevp
  - o **I'mPinkThereforeI'mSpam:** I guess you'll have to make your killing in business this way, because it's the only killing you'll ever make. You've chosen to go radioactive. But since you were studying law at night, I think it's obvious your goal was not to make your killing being a program manager at Apple.[824]

## Sept 10 2021 – Public Twitter.com Post [825]
*Reddit: Tim Cook Faces Surprising Employee Unrest at Apple. Hundreds of current and former Apple workers are complaining about their work environment, a rarity for the once tight-lipped company.*
- **Neoform**: *"no need to walk the half mile around the building to a meeting room."* Spoken like someone who's never been to Apple Park before.
- **[Deleted]**
- **Neoform** Lol, I live 10 minutes away from AP. Tell me more about my life, I'd love to hear it.

## Sept 17 2021 – Public Article & Comment Section [826]
*Apple Insider: Apple faces labor relations charge, OSHA investigation over fired employee*
- **Bosa**: It will take the NRLB 5 seconds to figure out that Ms Ashley is a complete psychopath in addition to claiming a compliment from superior is harassment, Apple Park is built on toxic waste dump, as well as her apartment, causing her to be ill, but no, it has nothing to do with her tattoos lol. i wonder if now she has seen aliens sent to kidnap her by Tim Cook…it's been a week

---

[824] Twitter, https://twitter.com/i_mspam/status/1438899745557155841, https://web.archive.org/web/20220129203701/https://twitter.com/i_mspam/status/1438899745557155841
[825] Reddit, https://www.reddit.com/r/apple/comments/pqa8yc/tim_cook_faces_surprising_employee_unrest_at/; https://web.archive.org/web/20220129101410/https://www.reddit.com/r/apple/comments/pqa8yc/tim_cook_faces_surprising_employee_unrest_at/
[826] Apple Insider, https://forums.appleinsider.com/discussion/224041; https://web.archive.org/web/20220128033133/https://forums.appleinsider.com/discussion/22404 , https://forums.appleinsider.com/discussion/224056/apple-ceo-tim-cook-addresses-workplace-issues-pay-equity-more-in-all-hands-meeting/p2, https://web.archive.org/web/20220201030912/https://forums.appleinsider.com/discussion/224056/apple-ceo-tim-cook-addresses-workplace-issues-pay-equity-more-in-all-hands-meeting/p2

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Genovelle**: I'm sure she sourced the ink for her tattoo or made it herself from healthy herbs and minerals. Lol
- **[Redacted]** Ashley's been having a very tough year on numerous fronts. In March, she wrote this: https://t.co/i68rOWV0Wb
  - o **Genovelle**: She contradicts her own story in this. After spending a ton of cash trying to prove her apartment was to blame. The results cam back negative so she switched to claiming the test was the wrong one. She now claim samples need to be collected for 6 months to be effective. If the particles are in such small concentrations that it takes 6 months to find a trace of it, they are not making you sick
- **[Redacted]:** I am glad to see that Apple's labor practices are being investigated.  For years I have heard about Apple's unfair labor practices against women and minorities.  These incidents should definitely be investigated.  ... all of them.
  - o **Sdw2001:** Bot alert
  - o **Tommikele**: Garbage. Apple is the most diverse large company with inclusive policies on earth. You heard? What you heard was that little man who lives inside your head and talks to you.
- **Tommikele:** Gjovik the martyr who is doing her best to become a public figure claiming to fight for all. If even half of what I have read on AI, 9to5 and other similar sites is true any company would fire her. The sense of entitlement is unreal.

## Sept 17 2021 – Public Article & Comment Section [827]
*Apple Insider: Apple CEO Tim Cook addresses workplace issues, pay equity, more in all-hands meeting*

- **Sdw2001**: Not to make this expressly political per se, but this is what happens. The left eats itself. Apple is probably one of the most progressive employers in the world. The notion that there is some massive problem in gender and racial equity doesn't even pass the smell test.
  - o **Marvin (Moderator):** Usually there's not a massive problem, nowadays people are eviscerated over getting anything less than A+ on the purity tests. In fact, people can even get A+ and the lived reality of other people who believe otherwise is enough to fall below expectations. It often comes down to the same things in the end - money and power. Sometimes it's just a victim complex where people find oppression in everything. The issues are constructed in a way that they can never be resolved entirely. Some people aren't looking for resolution because if the issues go away, so do the associated job roles dealing with the issues and allocated funding. Pay gaps are impossible to resolve completely unless they fundamentally change the rules of employment. Say there are 4 software engineers with the same role, Simon (white male) gets $110k/year, Craig (white male) gets $100k, Rebecca (white female) gets $102k, Sarah (minority female) gets $103k. If you average the salaries and split it by gender, male average is $105k, female is $102.5k. Uh oh pay gap. If you split it by race, white average is $104k, minority is $103k. Uh oh pay gap. Here there's a gender and race pay gap but in isolation, Sarah (minority female) is paid more than Craig (white male) but the gap suggests she still gets a pay increase. Sarah gets paid more than Rebecca but there's a race gap, which suggests she should get paid even more. The only way to resolve pay gaps is to not have salaries negotiable, which

---

[827] Apple Insider, https://forums.appleinsider.com/discussion/224056, https://web.archive.org/web/20220202045922/https://forums.appleinsider.com/discussion/224056

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

completely changes how employment works. Employment is a competition between companies for the best employees and they negotiate salaries. Employees often assume salaries are only direct compensation for the work they do so if they do the same work as someone else, they should be compensated the same and that's not the only factor in a salary. At the executive level, the gap can be huge because of increased competition between companies to hire the best talent. All companies like Apple can do is assess if the salaries are fair and employees have to trust this, there's no other way to do this without the company disclosing everyone's salaries and justifying them. Even the survey done by the employees only found a 5-6% gap:
https://appleinsider.com/articles/21/08/23/informal-apple-survey-shows-6-wage-gap-between-men-women
https://www.theverge.com/2021/8/23/22633141/apple-pay-equity-survey-results-wage-gap
If they complain about such a small gap, they clearly have this delusion that it can and should be 0%. As long as salaries are negotiable, the gap between salaries split by identity will be non-zero. From the language they use, it's clear they have a contempt for particular groups of people and are looking for reasons to justify it. If they found a gap in the other direction, they'd say nothing. As for leadership, people can't just demand to be in positions of leadership, they have to earn leadership roles. A sure way not to earn a leadership role is to suggest you should be a leader because of your identity because that means the motivation has nothing to do with the job role itself. And it's not like Apple isn't doing anything or is against it, they have a whole page with animated charts about it: https://www.apple.com/diversity/
The only issue that stands out and has stood out in tech companies for a long time is that Asian employees make up far more tech and leadership roles than the population demographics. Population is around 6% but in tech as much as 30%-40%. The fact they have a much higher representation than the population and it's not an issue shows there's no expectation that the representation should match the population demographics but somehow it should for other identities. These highly paid employees don't seem to understand how percentages work and that this is why the others are underrepresented. For Apple to make its leadership demographics satisfactory to the complainants, they'd have to replace at least half of their Asian staff with underrepresented groups. Again, not a reasonable expectation. One of the other things the people were complaining about was having to prove disability. They wanted to be able to claim they were disabled without any medical documents. This would be the same crowd that goes on about cultural misappropriation but pretending to be disabled so they can continue working remotely is perfectly fine. The employee that was fired went on disability due to the toxic apartment that affected nobody else but her. Apple's been at this game a long time and has employed a lot of people over the years and they can see through people's nonsense. No company can ever be free from issues between employees, they are people like everyone else and there are no rules that can ever adequately make a working environment anywhere near ideal for everyone but they clearly have a process that is working well for the vast majority of their over 100k employees worldwide.

o **Dewme**: Wow, best post I've read in a very long time. Thank you!
o **Sdw2001:** Great post! Totally agree. It explains the way the "pay gap" is exploited and misrepresented.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

o **[Redacted]:** Every one is a capitalist in America, from an office clerk, to a waitress to the janitor—arguing passionately, at length, and endlessly for their continued exploitation. I'm not responding directly to your post. Still, it's incredible how dismissive you (plural) are of people fighting for better pay and working conditions. As if the squeeze and daily struggle of workers in the US ain't happening at all. I've seen posts calling these people "union thugs," saying: "If they don't like it, move on." First, most people can't just leave their jobs. Second, taken to its logical conclusion, no job need ever be improved, and nobody can complain about pay. The economic figures are indisputable: since Reagan all economic gains in the US have been diverted to the rich while the middle class and poor have been squeezed. But sure, continue to demean the working folks while being a shill for the rich and powerful.

▪ **Marvin (Moderator):** The most vocal of these particular working folk are the rich, just like the multi-millionaire actresses that go on about pay gaps. Many of them only need to work at Apple a few years to become a millionaire and retire for life and they are arguing about issues they aren't even justifying. Some are clearly trying to manufacture viable lawsuits by being antagonistic to management and documenting everything to try and score a payout. They come up with the usual nonsense that modern generations think are issues like tone-policing, mansplaining, micro-aggressions, unchecked privilege, gaslighting, involuntary involvement in nerf wars (some of them reported this and is probably the most legitimate complaint), negligible variations in salaries, the requirement to medically prove you are disabled and when the HR dept rightfully dismisses their nonsense, they claim they aren't being heard. They were heard and the response is they're talking nonsense and they don't want to accept that so instead of stomping off to their room, they stomp off to twitter and try to rally an army of other entitled brats to try and get their way. The parents of these upcoming generations have so much to answer for. There are legitimate issues in the modern workplace but they affect legitimately underpaid, overworked, exploited people who aren't these people. They, like many people today, are misusing legitimate issues as a way of harassing people and companies for their own gain. They use phrases like 'good trouble' to describe how they behave, this phrase was used by John Lewis about protesting being physically beaten for the color of his skin. They use phrases like AppleToo, as if what they are talking about is like the MeToo movement about the violation of women's rights and bodies at the hands of abusers. Some of the requests seem justified like privacy on personal devices but this would also allow employees to take pictures of Apple projects for money and be free from investigation. The right not to have personal belongings searched enables theft of expensive Apple parts and is like the defunding of law enforcement movement, which is supported by criminals. They request the ability to hold HR accountable so that if they don't follow up on their nonsense claims they will try to get them fired. Some of the reported complaints that had been sent to leadership were about Apple not taking sides on political issues like on the Palestine/Israel conflict. The ad guy that was fired supposedly because of something innocuous he had written years ago was very openly pro-Israel and Jewish, while many of the complainants had pro-Palestine messages in their feeds and the letter sent to management demanding support for Palestine was sent just a couple of weeks after he was fired. Some other employees have reported instances of antisemitism.

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

Apple has to be very careful about not enabling abusive employees under the guise of workers rights. They demand more changes in leadership so they can get more leverage. If any of these people made it into SVP roles, they'd wreck that company. There was a report from a male employee complaining about being fired due to a wrongful sexual harassment claim from female work colleagues. Cases like these are rarely clear cut about who is in the right: https://medium.com/appletoo/appletoo-digest-2-bb06e560392e Workplace issues are typically about issues between employees so this narrative about the workers vs the corporation is disingenuous. It's workers vs workers and the corporation is trying to manage everyone's conflicting interests. Every losing side has a complaint to share. As much as employees have a right to request fair treatment, they don't own the company and the company isn't accountable to them, the company is accountable to the law and very little of what the employees have written about justifies how they are behaving. The volume and severity of the reports is minuscule for the size of the company. It all comes across as another example of modern day manufactured outrage by attention-seeking social media inhabitants.

- **[Redacted]** One-sided tosh. Conservatives like to say that only Hollywood stars complain about capitalist exploitation. They paint them as "out-of-touch elites," to diminish what they say in the minds of the people they are advocating for. Cleverly turning the class struggle upside-down: "Don't listen, it's really the Republicans and the billionaires who are on your side." First, are the actors not morally compelled to say something about injustice, just as anyone else? Second, should they not use their platform? Who else is on TV in your celebrity-obsessed country? How often does guy-who-sleeps-under-the-bridge get invited to a talk show? Your biased opinion about the Apple complaints aside… I'll give more credence to the complainants. BTW: I'm sure there's a good job for you at Amazon's union-busting department.

- **Marvin (Moderator):** Millionaires and billionaires on the left or right advocate for others in words, not actions. They align themselves with the underprivileged to get what they want. We have a closed economic system, the rich getting rich causes the poor to stay poor. Wealth inequality is about unfair distribution of wealth, it's not possible for the rich to get richer and the poor to get richer at the same time without increasing the supply of money. Things hardly ever change for the better for the people genuinely at the bottom despite the claims of progress whenever the privileged manage to further improve their status. Every company has a budget, when a millionaire actress 'breaks down barriers' and manages to push for a few million more to fight 'injustice', that budget gets taken away from the people doing their makeup and results in fewer jobs, stagnated wages, poorer working conditions for the people at the bottom. The rich never caused the recent changes to wages due to the pandemic, that was workers directly making a decision that what companies were offering wasn't good enough. Complainants aren't automatically credible just because people are biased against big companies. It's clear to see most of their claims aren't credible, they are filled with vague references and generic soundbites and a lot of them are he said/she said conflicts, which nobody else knows anything about besides the people directly involved. They've been complaining for months now and have only collected dozens of vague stories. Apple has 160,000 employees and have been

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

operating for more than 40 years, there would be a deluge of reports if the claims were credible in any broad sense. Amazon is an example of genuine exploitation that needs to be sorted out. The nature of their business is that profit increases through improved efficiency in logistics and that directly comes with a human cost. The same applies to some of the companies that Apple uses to make their products. These overpaid complainers are not them and aren't representing them. These are people making hundreds of thousands of dollars per year complaining that they think they aren't getting paid enough and they don't even know for sure because they don't know everyone else's salaries. They are demanding the authority to be able to ensure nobody is being paid more than them and they don't have a right to do that. Furthermore, this is the typical amalgamation of unrelated issues that stemmed from a few selfish employees who complained about things nobody would side with them on (like pretending to be disabled) so they stir it in with other issues to try and get their way. Conflating genuine issues that affect people at the bottom of the social ladder with things like this just serves to undermine them.

- o **Sdw2001:** I agree about progressive not being binary. What I'm saying is Apple is well-known for *embracing* "the journey." The notion that there is some kind of systemic/pervasive problem with gender, race (etc.) is just not believable. I'm sure there are situations that come up…they employ 100,000 people. As for the left eating itself, as I said I'm not trying to be expressly political. It's just an observation. The obsession with immutable characteristics and intersectionality causes a search for new victims and oppressors. This inevitably leads back to and turns upon those who were leading the charge. This is manifesting itself at Apple, in my view. Apple is renowned for promoting liberal (progressive) causes. Their CEO is a gay man. Steve Jobs was basically an aged hippie (albeit with a legendary temper). Look at Cook's statement on the Texas abortion law. The point is the culture at Apple would not tolerate systemic racism, sexism, etc. It doesn't mean that can't be problems, of course. It's just casts doubt on this being a legitimate "movement" within the company.

- **9secondkox2:** Apple needs to stay out of politics. If Texas wants to outlaw killing babies, that's fine. States have governing authority. If texas wants to ensure election integrity to secure that my voice is actually my voice and that it is heard, then that's great! It's so strange how the left wants me to not be able to travel without my medical history on my passport ID. But they want to push for me to vote without proving who I am via ID. Unbelievable. Apple just needs to worry about making the best products and taking care of their workers. Stay out of politics and moral issues that you may be on the wrong side about. If they want to pull out of Texas over a moral difference but stay in China despite gross human rights abuse and spying, then hey, go ahead and show your true colors.

## Sept 20 2021 – Public Twitter.com Post

- **Ashley Gjovik:** My new Twitter internet friends encouraged me to update my GoFundMe with more details about my #Apple horror story and with more sensational language. Ugh, I hate this kinda of thing, but here we go. Thank you internet friends. https://gofund.me/0f2b6716 [828]

---

[828] Twitter, https://twitter.com/ashleygjovik/status/1439995088914898945

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **BabyHummingbird** (@gbluvsf): [DELETED] "Ballpark idea how much your legal fees will be take on Apple? I imagine $100K is not nearly enough. Sorry about this ordeal." [829]
  - **Ashley Gjovik:** Thank you! Yeah, I literally have no idea. I figure I'll take what I can get. I'm not expecting I'll even get 100k, but that seemed like a starting point. [830]

## Sept 20 2021 – Public Twitter.com Post [831]
- **Ashley Gjovik**: Ok, I think it's about time we talk about my Sept 1st @SEC_Enforcement Whistleblower Complaint against @Apple, @northropgrumman Ronald Sugar, and three real estate companies, about my Superfund office, @Apple's godawful oversight of it & response to my safety concerns.Ronald Sugar was CEO/Prez of TRW Microwave & then @northropgrumman after it acquired TRW, with the TRW Microwave HQ in Sunnyvale... my #Apple office building. TRW dumped the chemicals causing the Superfund status & NG is still accountable for the clean-up under federal oversight
- **Ashley Gjovik**: I also filed a complaint with the SEC (@SEC_Enforcement) about all of this on Sept 1st. I complained about the conflict of interest, the intimidation, possible illegal acts, retaliation, and being given the run around by #Apple employee relations & EH&S about all of it.
- **Neoform**: Why would the Finance & Audit committee oversee the renting/purchasing of property?

## Sept 21 2021 – Email from Tim Cook to Apple Employees
- **Tim Cook** (employer): Dear Team, It was great to connect with you at the global employee meeting on Friday. There was much to celebrate, from our remarkable new product line-up to our values driven work around climate change, racial equity, and privacy. It was a good opportunity to reflect on our many accomplishments and to have a discussion about what's been on your mind. I'm writing today because I've heard from so many of you were were incredibly frustrated to see the contents of the meeting leak to reporters. This comes after a product launch in which most of the details of our announcements were also leaked to the press. I want you to know that I share your frustration. These opportunities to connect as a team are really important. But they only work if we can trust that the content will stay within Apple. I want to reassure you that we are doing everything in our power to identify those who leaked. As you know, we do not tolerate disclosures of confidential information, whether it's product IP or the details of a confidential meeting. We know that the leakers constitute a small number of people. We also know that people who leak confidential information do not belong here. As we look forward, I want to thank you for all you've done to make our products a reality and all you will do to get them into customers' hands. Yesterday we released iOS 15, iPadOS 15, and watchOS 8, and Friday marks the moment when we share some of our incredible new products with the world. There's nothing better than that. We'll continue to measure our contributions in the lives we change, the connections we foster, and the work we do to leave the world a better place. Thank you, Tim [832]

---

[829] Twitter, **DELETED**, https://web.archive.org/web/20210921151742/https://twitter.com/ashleygjovik/status/1440011523317846018
[830] Twitter, https://twitter.com/ashleygjovik/status/1440011523317846018
[831] Twitter, https://twitter.com/Heffer/status/1438625852585963520,
https://web.archive.org/web/20220129203655/https://twitter.com/Heffer/status/1438625852585963520,
[832] The Verge, https://www.theverge.com/2021/9/22/22687747/tim-cook-employee-leak-memos-do-not-belong-at-apple

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Sept 22 2021 – Public Verge Article** [833]
**Tim Cook says employees who leak memos do not belong at Apple, according to leaked memo**
*The CEO says the company is doing everything in its power to track down workers*
- No comments allowed

**Sept 22 2021 – Public Article on The Register** [834]
- **MartinUsher**: Obviously Someone Hasn't Been Reading Stuff. Ashley seems to be so busy with work, social media and what-have-you that she's obviously not been reading any 'hard' news. Stuff about, say, Amazon employees attempting to organize. She may also have neglected to read her employment contract. Discussing pay and benefits on a work Slack channel is perilously close to an activity called 'organizing a union'. Companies get really nervous about this sort of thing, they like to nip it in the bud, rooting out troublemakers and so on This is why information about organizing will tell you that Rule #1 is that you do not use an employer's time, facilities or technology to discuss -- even remotely and one on one -- the benefits of organizing. The bit about her contract of employment concerns the manner of employment in California. As a "right to work" state both employer and employee are free to terminate their relationship at any time without prejudice. Put simply, you can be fired at any time from a job, no notice needed. The application of this rule is usually softened a bit to avoid startling the herd but I've actually witnessed sudden dismissal happening to colleagues. (As an extra note, if it is "for cause" you can kiss any unemployment benefits goodbye.) Employees are, of course, free to quit at any time for any reason. (Not recommended, unless you don't need another job.)(Ever.) (Of course, being a nice middle class professional A. will surely protest that she wasn't trying to organize anything as uncouth as a union on work time &tc.)
- **Anonymous**: She's a lawyer in training for the last three years.. OK, so we have some project manager from bloody Portland Oregon who lands a job at Apple and by he sound of it has not the slightest idea how the high tech business actually works. Or that Apple in Curpetino is a shark pool. She sounds very much like several project managers I have had to foist onto other hapless teams over the decades. Let them deal with the inevitable missed ship dates and psycho-dramas. I am not going to deal with that crap ever again. Once is enough. Normally Apple is like MS et al. Whatever the charge they are guilty. Dont need to hear the details. But knowing both Portland and it denizens for close on three decades by this stage in a Portlander v Big Nasty Corp I automatically assume it is the utterly clueless Portlander who is in the wrong. Anyone who knew Portland 30 years ago and seen what has been done to that one nice city by the recent incomers (who drove out the natives) will understand why.

**Sept 22 2021 – Public Twitter.com Posts**
- **Zoe Schiffer** (Journalist): **"**Still, some workers see the bonuses as an acknowledgment of growing unrest among both retail and corporate staff**"** [835]
  - ***Quote Retweet: Mark Gurman:*** *New story: With some employees already unhappy about restrictive policies, and when attention should be on the iPhone 13, Tim Cook goes after "leaks" of a meeting that revealed little. Apple is also giving $1K bonuses to retail and AppleCare staff.*

---

[833] The Verge, https://www.theverge.com/2021/9/22/22687747/tim-cook-employee-leak-memos-do-not-belong-at-apple
[834] The Register, https://www.theregister.com/2021/09/03/apple_nlrb_hostile_environment/;
https://forums.theregister.com/forum/all/2021/09/03/apple_nlrb_hostile_environment/;
https://web.archive.org/web/20220129080826/https://forums.theregister.com/forum/all/2021/09/03/apple_nlrb_hostile_environment/
[835] Twitter, https://twitter.com/ZoeSchiffer/status/1440767934603751427

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

*https://www.bloomberg.com/news/articles/2021-09-22/apple-store-workers-to-get-bonuses-of-up-to-1-000-in-rare-move*

- **Ashley Gjovik:** "Love Offerings: Union Busters will tell management to give you some unexpected perks (i.e. bonuses, paid lunches, parties, etc.) They want you to believe you don't need a union to get good things." https://www.iwhistleblower.org/corporate-playbook.html [836]

### Sept 22 2021 – Public Twitter.com Posts
- **Timnit Gebru** (@timnitGebru): "As you know, we do not tolerate disclosures of confidential information, whether it's product IP or the details of a confidential meeting."" Is this legal if the confidential meeting was about work place conditions (pay equity etc)? [837]
  - o **Quote Tweet: Zoe Schiffer** (Journalist): "Still, some workers see the bonuses as an acknowledgment of growing unrest among both retail and corporate staff" https://twitter.com/markgurman/status/1440766894286331911
- **Ashley Gjovik:** #Apple's giving @cherthedev even more evidence for her @NLRB charge.
  - o **Peter Cramden** (@reprobations): How does Cook's investigation of leaked product information have anything to do with NLRB business?
  - o **Ashley Gjovik:** How is pay equity considered product information, or even confidential? It's not.
  - o **Peter Cramden** (@reprobations): The article cited concerns Cook's comments and investigation of leaked product information. There is nothing in there about working conditions. I can't figure out why you are conflating it all.

### Sept 22 2021 – Post on TeamBlind.com
- **Cher Scarlett:** I'm talking about workplace issues while others are doing messy shit leaking IP or other actual confidential thing and I'm getting blamed for it. It's ridiculous. You can both trust and believe in your leadership while recognizing and talking about issues you see. It's not a dichotomy. [838]

### Sept 22 2021 – Public Twitter Posts
- **Neoform:** Let's get some perspective here, you've made a TON of claims against a lot of people. You've provided some heavily curated/redacted "evidence", showing only your side. Apparently everyone you've ever met has wronged you in some horrible way. Maybe it's you. [839]
- **Neoform:** Lol, you blocked me for giving you the most mild criticism? How thin-skinned are you? [840]

---

[836] Twitter, https://twitter.com/ashleygjovik/status/1440772359896461322
[837] Twitter, https://twitter.com/timnitGebru/status/1440777476193241498
[838] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[839] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[840] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Neoform**: You're the one making it plain you believe her claims have merit. I'm waiting to pass judgment, but given that @ashleygjovik blocked me for merely giving her some criticism, I'm more inclined now than before to think she's full of shit. [841]
- **Neoform**: Right to Sue notices are the default position of the NLRB – ergo, they decided \*not\* to take action of their own, hence, you can go ahead and sue to resolve it yourself. The NLRB has no authority to prevent you to sue unless they're dealing with the employer themselves. [842]

## Sept 22 2021 – Public Reddit Post [843]
*Reddit: Tim Cook says employees who leak memos do not belong at Apple, according to leaked memo (Verge)*
- **Messick (employee):** I feel like it's only a matter of time now before all of Zoë's sources will get fired. Apple doesn't mess around and I think this is a message that they about to clean house. Hope it was worth it (FYI, I'm still preordering the new iPhone)…Look at Gjøvik, went from $300K+ plus RSUs (poof!) to a GoFundMe. Keep blabbing to Zoe, girls, it's clicks and money in her pocket while y'all go bankrupt going up against Apple.[844]
- **DarkWasp14:** She continues to push the Ashley Gjovik story even after her credibility and mental state has repeatedly been questioned, and not doing very basic fact checking. That's not responsible or ethical reporting.

## Sept 22 2021 – Public Twitter Posts
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I really enjoy reading your legal insights on Ashley's posts. thank you! Now I want to figure out how to get @AppleLaborers to retweet your post explaining who we non-employees can email our complaints to. [845]

## Sept 22 2021 – Public MacRumors Article [846]
*Apple CEO Tim Cook in Leaked Memo: 'We Are Doing Everything in Our Power' to Identify Leakers*

---

[841] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/

[842] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/

[843] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/, https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/

[844] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv964m/,

[845] Twitter, https://twitter.com/Female_in_tech/status/1440767313792299008; https://web.archive.org/web/20220210054427/https://twitter.com/Female_in_tech/status/1440767313792299008

[846] MacRumors, https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/, https://web.archive.org/web/20220129002016/https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/; https://web.archive.org/web/20220129005113/https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/page-2; https://web.archive.org/web/20220129005206/https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/page-3

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- [Redacted] I still think the whole "Apple Watch will have flat sides" fiasco was a ploy by Apple to catch leakers...it's really the only theory that makes sense.
  - Genovelle: What would be equally awesome is if this email had hundreds of variations sent to different people to close in on the leaker. If a bunch of employees were like what memo? I didn't get a memo. The leaker would be freaking out about now.
- Anthogag: It could be the guy delivering water for the coolers.
- Rogifan: These leakers seem to love the Verge. It's kind of amazing Apple can't find out who they are.
- NARadyk: He gonna f@*k some peeps up (picture of racecar driver with a baseball bat)
  - *Liked: TheYayAreaLiving*
- HiVolt: I don't know what they could do to individuals posting leaked information, that are not employed by Apple or employed by their supply chain. Apple may think so, but their products do not deserve the national security level designation. Fine, fire and sue the leakers who are sneaking the info out. They can't control the information after its been passed on.
  - Smithrh: Withhold review units. Withhold interviews. Withhold other key information. Go back and look at what happened to the relationship with (IIRC) the NYT. Apple has a long memory.
- TheYayAreaLiving: It's not going to work.
- [Redacted]: Not so nice to have your privacy violated, is it Tim? Perhaps though there should be monitoring of internal Apple communications on the off chance that there might be a crime.
  - [Redacted]: If you believe the statements made by that former Apple Engineer that was fired a couple weeks ago, Apple already does this. Part of the terms of employment is turning over your Apple ID and password not just for your work devices but personal as well.

### Sept 24 2021 – Public Twitter Posts
- Antrunt (@antrunt): Maybe it's time to open your eyes and ears. Looking at your profile, you seem like a such big fan of hers. If you haven't yet, I suggest you read this thread.[847]
  - Retweet: Shantini Vyas: Okay at the risk of *gestures wildly at Twitter* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES.

### Sept 26-27 2021 – Posts on TeamBlind.com [848]
- Cher Scarlett: Unfortunately she leaked IP so the retaliatory discharge will be a tough one to prove. She also is now saying she was suspended and that's not true. I'm concerned for her, but she made a lot of money and has no dependents. She's almost done with her law degree. She will be fine.
- Cher Scarlett: She asked for the leave, she just felt she had no choice after they did not want to give a paid exit she asked for.
- Cher Scarlett: She stated she was being faced with a hostile work environment. She asked for a paid exit through Dec 2022 or a new position placement until that same date (when she graduates law school). They did not oblige and suggested she take medical leave (this is standard practice, though

[847] Twitter, https://twitter.com/Antrunt/status/1441502291102769154;
https://web.archive.org/web/20220129204601/https://twitter.com/Antrunt/status/1441502291102769154
[848] Team Blind, x

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

certainly doesn't' feel right). She refused and suggested Paid Admin Leave instead, which they agreed to give her during the investigation, so her earned paid leave and sick time would be protected.

### Sept 27 2021 – Public Twitter.com Post
- **Cher Scarlett**: [now deleted post complaining about Apple's alleged lack of support for employee voting in state elections] [849]
- Ashley Gjovik: This isn't accurate; I think you were misled. This was *my* project (with Apple U, Gov Affairs, & EPSI). We spent months on it. Everyone revived up to 4hrs to take off for voting or poll working, with manager approval & req the time off in My Page under Civic/Jury Duty. [850]
- Ashley Gjovik: I can personally attest since I was involved with the project from origination. It had nothing to do with legal requirements. The project was founded in support of non-partisan civic engagement and access to voting. The time for voting was one of the many things we wanted to provide.

### Sept 28 2021 – Public Twitter.com Post
- Ashley Gjovik: #Apple just let me know my "personal belongings" are en route to me. Three weeks since I was fired. 10lbs total weight. What do you think is in the box [851]
  - **BabyHummingbird** (@gbluvsf): Don't open it! (Picture from the movie "7" with Brad Pitt in a field next to a box with a severed human head and the words "WHAT'S IN THE BOX." [852]

### Sept 29 2021 – Public Twitter Posts
- Ashley Gjovik: #Apple just let me know my "personal belongings" are en route to me. Three weeks since I was fired. 10lbs total weight. What do you think is in the box? [853]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I wonder if theyre returning the rest of the evidence you had at your office. [854]

### Sept 30 2021 --  Public Twitter.com Post
- Ashley Gjovik: #Apple prides itself in it's packaging... but this is what arrived at my doorstep today. My personal effects from my office, shoved haphazardly in a random box, no packing materials, infused with Superfund fumes, shards of glass, & spite. [855]
-

---

[849] Twitter, **DELETED**, see screenshots & PDFs instead.
[850] Twitter, https://twitter.com/ashleygjovik/status/1442559181064708101
[851] Twitter, https://twitter.com/ashleygjovik/status/1443282422057996288
[852] Twitter, **DELETED**, https://web.archive.org/web/20210929195613/https://twitter.com/SvatosJason/status/1443303485546532867
[853] Twitter, https://twitter.com/ashleygjovik/status/1443282422057996288
[854] Twitter, https://twitter.com/Female_in_tech/status/1443294999471296515;
https://web.archive.org/web/20220210035636/https://twitter.com/Female_in_tech/status/1443294999471296515
[855] Twitter, https://twitter.com/ashleygjovik/status/1443702363299188741

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

## OCTOBER 2021

---

### Oct 1 2021 – Public Twitter Posts

- **Ashley Gjovik:** Just spent 5min pulling a chunk of glass out of the sole of my foot & I'd like to remind everyone that #Apple sent me this box of spite after taking away my health insurance the day I was fired, & knowing I wasn't using COBRA because I didn't want them seeing anymore private info [856]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I think it would also be really impactful to post a picture of your bleeding wounds w/ a tweet calling out their HR people by name. At this point why not shame the individuals there for their unambiguous, documented spitefulness with horrifying photographic evidence! [857]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Document everything! Including pictures of the injuries! Include it in your lawsuits as evidence of damages! [858]

### Oct 2 2021 – Public Twitter Posts

- **Ashley Gjovik:** So, I canceled my subscription to Apple Music among other services so #Apple can't spy on what I'm up to. Today it apparently went through 'cause I got a notice that I'm no longer subscribed. Also, Apple ERASED MY ENTIRE MUSIC LIBRARY. 20yrs of music files. 10k+ songs. WTF!? [859]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I'm an expert at interpreting and converting the iTunes library.xml file that holds a lot of that info. it's the file iTunes uses to store your music library. Once moved my library from a windows laptop to a mac without losing history by modifying it. Happy to help. [860]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): There are tools like this that can be used to convert your existing iTunes library file into playlists formatted that generic music players can use, ie like what you have on your Linux laptop.  https://github.com/danielsmith-eu/itunesXMLtoM3U  [861]

### Oct 7 2021 – Public Twitter Posts

---

[856] Twitter, https://twitter.com/ashleygjovik/status/1444077669721669632
[857] Twitter, https://twitter.com/Female_in_tech/status/1444119673096663049,
https://web.archive.org/web/20220210054904/https://twitter.com/Female_in_tech/status/1444119673096663049
[858] Twitter, https://twitter.com/Female_in_tech/status/1444118411064209412;
https://web.archive.org/web/20220210034234/https://twitter.com/Female_in_tech/status/1444118411064209412
[859] Twitter, https://twitter.com/ashleygjovik/status/1444356958459400195
[860] Twitter, https://twitter.com/Female_in_tech/status/1444444850443603969;
https://web.archive.org/web/20220210035551/https://twitter.com/Female_in_tech/status/1444444850443603969
[861] Twitter, https://twitter.com/Female_in_tech/status/1444446117026955264;
https://web.archive.org/web/20220210055544/https://twitter.com/Female_in_tech/status/1444446117026955264

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Redacted**: @ashleygjovik You're t-shirt famous! I hope you're getting a cut! https://t-shirtat.com/shop/ashley-gjovik-nolite-te-bastardes-cardorundorum-shirt/…[862]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Tell them to take your name off it or give you a cut with a scary lawyerish letter! It's your name. They should be contributing to your legal fund! [863]

**Oct 7 2021 – Public Twitter Posts**
- **Ashley Gjovik:** In case you're wondering, yup, there's still more I haven't told you about the abuse I suffered at #Apple. Plenty more. Stay tuned. [864]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): Yes! Since you regrettably must keep the exciting legal stuff private, please keep sharing Apple's dirty laundry [865]

**Oct 9 2021 – Public Twitter.com Posts**
- **Cher Scarlett** (@cherthedev): Women like @FrancesHaugen_ make me so proud. Women like her, @IfeomaOzoma, @timnitGebru, and @mmitchell_ai are the leaders that push society forward. I'm in awe of all of you.[866]
  - **Timnit Gebru** (@timnitgebru): Thank you for all your work. Wee see you. It takes a toll. Take care of yourself. [867]
  - **Ifeoma Ozoma** (@ifeomaozoma) Ladies leading the revolution retreat at my place in New Mexico once we all get a chance to chill. I've got quite the coven here. ❤️❤️❤️ [868]

**Oct 9 2021 – Public Twitter.com Posts**
- **Cher Scarlett** (@cherthedev): People who lie about small things cannot be trusted with big things. [869]
  - Liked by **Janneke Parrish** (@JannekeParish), **Timnit Gebru** (@timnitGebru), **Margaret Mitchell** (@mmitchell_ai); **Ifeoma Ozoma** (@ifeomaozoma)
- **Cher Scarlett** (@cherthedev): This is a specific thing that most people would not lie about. [870]

**Oct 9 2021 – Public Twitter.com Posts**

---

[862] Twitter, https://twitter.com/OsideLocalNerd/status/1446352826888638465
[863] Twitter, https://twitter.com/Female_in_tech/status/1446558108298276867;
https://web.archive.org/web/20220210043020/https://twitter.com/Female_in_tech/status/1446558108298276867
[864] Twitter, https://twitter.com/ashleygjovik/status/1446289107252965381
[865] Twitter, https://twitter.com/Female_in_tech/status/1446558700387258369;
https://web.archive.org/web/20220210043239/https://twitter.com/Female_in_tech/status/1446558700387258369
[866] Twitter, https://twitter.com/cherthedev/status/1445119447778217990
[867] Twitter, https://twitter.com/timnitGebru/status/1445119675008831493
[868] Twitter, https://twitter.com/IfeomaOzoma/status/1445130328264241161
[869] Twitter, https://twitter.com/cherthedev/status/1446937261132554243 ;
https://web.archive.org/web/20220129234354/https://twitter.com/cherthedev/status/1446937261132554243
[870] Twitter, https://twitter.com/cherthedev/status/1446951800142139394 ;
https://web.archive.org/web/20220129234412/https://twitter.com/cherthedev/status/1446951800142139394

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik**: I'm sure someone over in Apple's World Wide Loyalty / Workplace Violence team got a Pager Duty alert that I'm tweeting about #Apple's secret police again. Good morning, guys! [871]
  - **Ashley Gjovik**: I wonder who triggered the HackerNews comment thread moments after this tweet. Well played, goons. Well played.[872]
  - **Margaret Mitchell** (@mmitchell_ai): I'm fairly certain G's Global Investigations has to read everything I say. I do wonder if it ever bothers them to be complicit in breaking the law and traumatizing innocent people on behalf of The Company, but yknow, I guess not.[873]

**Oct 9 2021 – Post on HackerNews**[874]
*[flagged] 30 days ago I was an Apple employee (twitter.com/ashleygjovik)*
- **Max-20:** The very first "scandal" she uncovered at Apple was her getting feedback on a presentation from another employee. She called it sexism and publicly shared private messages which basically proofed it was just that, professional feedback. It looks a lot like this is a mental health issue rather than actual wrongdoings at Apple. What she is doing now might really harm her ability to ever get hired again by a company in SV.
  - **0des:** The person claiming to be Ashley is posting in this thread, and their past posts have evidence of them sockpuppeting another post about this issue months ago, except its about their apartment being built on toxic waste, while this one is about their office being built on toxic waste. Which is it?
  - **Azizman2:** A) they're looking for a problem where none may exist B) they have no context on working with her, listening to her presentations, and her previous dialogues with her manager Her entire MO starting with her apartment housing "scandal" is to be a resilient victim fighting the oppressors. As you dig in you can quickly see she's a nutcase who wants issues and a blind detached twitter army backing her to validate her despite none of these people actually having any real context to what's going on.
  - **Azizman2:** Because I've read a ton of her material, and I work for Apple so I have some idea of what it's like internally (although it's a big company and many experiences are different). I also don't have that context of working with her so I can look at that text message thread and easily imagine the problem is her affect and not some gender issue. She's trying to provide absolute proof, but it's very one sided and inconclusive by itself. Which just goes to show how she twists everything going on to be a great plot of the world against her. I've known people like this, and they're disasters. Look at this thread and her twitter bio. She's trying to wear victimhood on her sleeve as a primary identity. Why post this random thread rehashing everything you've already posted a million times and all the press you've tried to put out? She WANTS to be a giant victim. Remember we're talking about being fired; no one physically abused her, no one poisoned her, etc. Yet you'd have to assume as much given she doesn't want to move on with her life. If you read the comments she gets on twitter it's clear she's getting what she wants from them (encouragement and sympathy), but

[871] Twitter, https://twitter.com/ashleygjovik/status/1446900728342237192 ,
https://web.archive.org/web/20220130051013/https://twitter.com/ashleygjovik/status/1446900728342237192
[872] Twitter, https://twitter.com/ashleygjovik/status/1446908047029379074 ,
https://web.archive.org/web/20220130050643/https://twitter.com/ashleygjovik/status/1446908047029379074
[873] Twitter, https://twitter.com/mmitchell_ai/status/1446905434946736129 ,
https://web.archive.org/web/20220130051026/https://twitter.com/mmitchell_ai/status/1446905434946736129
[874] HackerNews; https://news.ycombinator.com/item?id=28811746 ;
https://web.archive.org/web/20220129204504/https://news.ycombinator.com/item?id=28811746

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

ultimately she's shooting herself in the foot. Who would ever want to hire her again, or provide her housing (after her whole anti-apartment rant toxicity rant)?

o **[Redacted]** If you work at Apple, what's your take on the "Make Ashley's Life a Living Hell" radar? https://twitter.com/ashleygjovik/status/1426014545202479108

o **Azizman2:** Seems bad but I also have no context for this. She's commented on the radar when it was created, so it's not like it's some hidden secret. I can see internally she also blacked out bits like the summary that are very strange edits as they're not secrets at all… like indications that this is tagged literally as a joke task. It easily could have been a joke rather than malicious… perhaps she had a ton of work to do and this radar was a tongue-in-cheek way of acknowledging that. That's the problem with these pieces of "proof" — when it's one sided and completely devoid of commentary from the other people involved, it's easy to spin a story one way or another. In fact, looking at that and her editing choices only further confirms to me she's grasping at straws and it's not at all what it purports to be publicly.

o **Azizman2:** The more I think about this the madder I get, because it discredits to me those who are actually getting abused and their ability to tell a story and be believed. Let's look at the facts with this: 1. She blacks out context and parts from the beginning that tag this as a joke task. 2. She comments on this right away, so it's not hidden from her. 3. If you're trying to abuse a co-worker, are you really going to do it not only with permanent record, tagged as a joke, but also comment "MUAHAHAHAHA"? Like some generic evil villain? Notice she doesn't give ANY context around this, who the people are, and what this could possibly be referring to. When you look at this with all the other "evidence" across her claims at Apple and beyond, she had negative credibility in my mind. Keep in mind her job category (from what I can surmise about these people) is one that involves a ton of work and corralling cats. Apple is notorious for high ambitions which can stressfully lead to a lot of work, and the timing of this is around product announcements when people work their asses off. I just don't see it.

o **[Redacted]** How about she's making it her identity because she feels unheard and that the US justice system is so toothless that they've not done basic investigations after hundreds of complaints have come in? America doesn't give a shit about corporate culture even when they're toxic and actually illegal. She has a full right to keep talking about it and keep bringing attention to it. Your defense, even though you're just a basic employee, is pathetic and tone deaf. As a random employee you have absolutely zero idea of what's happening at the scale of a company like apple. Claiming otherwise is disengenous. There needs to be a federal investigation of these claims at apple, and if found that she was lying then we could make claims like this.

o **Azizman2:** I'm sure she'd be very happy to know that she can very extremely loud on Twitter and blogs and get people like yourself calling for federal investigation into her claims. I also said nothing about my role; your attempts to discredit me are against HN guidelines, are assumptions on your behalf, irrelevant to the discussion, and are quite rude.

o **0des:** *Your defense, even though you're just a basic employee, is pathetic and tone deaf."* Was this necessary? Because it would affect my perception of your comment, I must ask, do you work at Apple, and are you the person, or closely related to the person this is about?

o **[Redacted]** It was. You working at apple doesn't actually give you insight to what actually takes place at the multiple layers of internal abstractions. Remember the loaded language of "nut case" and insinuating mental health problems is not OK.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **JMCGough:** I've read some of her writings about superfund sites, her battle with apple where she publicly shared every mildly problematic or offensive email / communication she'd ever received, etc. I don't blame Apple at all for getting rid of her. She comes across (even while giving her side of the story) as unhinged and awful to work with. I have to wonder if maybe this is an ongoing mental health crisis or something.
    - o **[Redacted]** Or maybe apple is actually toxic? I don't hear googlers or Microsoft employees do this, but multiple people report toxicity at apple.
    - o **0des:** BadRabbit, you seem to be very invested in this topic, judging by your reply to my comment and now this one, so I must ask: Are you the person depicted in this topic, or in some way related to them?
    - o **[Redacted]** Are you Global Security or something? What makes you so invested in defending the wealthiest company on earth?
    - o **0des::** What amount of wealth makes a company inherently guilty of all accusations? As Ive expressed in other posts, I don't hold Apple in high regard as a company at all, I merely find her claims to give me an impression that counters what she is asserting.
    - o **[Redacted]** Are you people seriously brigading? Not invested in the topic at all but somehow people are trying ad-hominem against me to protect apple. You know, this only reinforces my suspicion that apple is beyond toxic, likely crossed over the criminal boundary! @dang , if you see this, please look into these people's behavior on this post.
    - o **Illmos:** Both of these things can be true. Having followed this story for a while, I do agree with the parent comment's analysis.
- **[Redacted]** This thread looks very sus. The way few accounts are defending apple & accusing the employee raises more eyebrows on apple.
- **Reactspa:** She's a sociopath. Source: she thinks it's okay to take a creep-shot of a colleague's computer screen and post it on Twitter. https://twitter.com/ashleygjovik/status/1426572384736202758 Ashley "caught" her officemate doing something naughty, y'all. In the OP thread she complains the Superfund site hasn't been tested for 6 years. What such sociopaths conveniently leave out is whether it's a legal requirement to test it within 6 years. It's not. Such tests cannot be conducted on the whim of an employee.
- **0des:** Reading this tweet thread, the authors website, and then their gofundme has me curious how much is being left out. I'm empathetic for someone losing their job, especially over voicing a health concern, but after reading everything available, something doesn't feel right. This excerpt from their GoFundMe makes it seem like this is the person who's unhappy and silent on every team theyre on, and only decides to "get one back" when they finally get let go after the employer has exhausted all attempts at finding a team they can be productive on. *"> I worked at Apple for six years. I experienced misconduct and abuse on every team I was on, but I pushed through it. I knew if I spoke up about it, my career in tech would be over."* Regardless, I empathize with this person losing their job, and hope they can find a career where they can be happy and productive.
- **[Redacted]** If apple is actually sending people to employees homes, what's to stop them from manipulating discourse on forums such as this? They certainly have the money and the expertise to do it. If this is at all a concern, what is this forum doing to prevent that from happening? https://www.gawker.com/5856260/apples-sleazy-secret-police-l...
    - o **[Redacted]** They definitely do this on macrumors just look at any comment section there
    - o **TomJen3:** A huge thing if true, and not worth it. However it is exactly the kind of thing a person who in paranoid would believe. What is more likely, a big company is breaking into employees

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

home and impersonating the police, or Apple has employed somebody with an undiscovered mental illness?

- o **[Redacted]** There's several follow-up articles that share that they were working with the police, and the badged Apple employees were retired police officers who were sworn in during these searches. TLDR, nothing happened because they didn't break the law

- **n0000d3js**: It's so hard to take her seriously. She's now saying she was suspended, which isn't true. She is on the record and quoted as saying she requested paid admin leave when they wouldn't give her a paid exit and offered medical leave instead. She tweeted about an unreleased product, and then acts like she somehow has no idea what IP leak they are talking about. If she would lie about these things, how are we to believe anything else she says?[875]

- **0des**: It appears the user Micropsia is claiming to be Ashley is posting in this thread, and their past posts have evidence of them sockpuppeting another post about this issue months ago, except its about their apartment being built on toxic waste, while this one is about their office being built on toxic waste. Which one is it?

  - o **Ashley Gjovik**: I never claimed this account wasn't me. In fact, I just owned the ocmments I made previously. You're reaching pretty hard. Why are you invested so much in this?

  - o **0des**: "Your past comments show you speaking about this person as if you aren't them, so you've apparently used a sock puppet account to speak about this in the past. Aside from that, further supporting your assertion, there seems to some stylistic consistencies between this post and few others here. If so, why do you feel it was necessary to use alternate personas to interact with us?

  - o **Ashley Gjovik**: Says the person who made the very first comment about this, a moment after it was posted. You clearly didn't read my story even though you said you did. Yes this is Ashely. Now please everyone stop calming anyone willing to criticize Apple is me.

  - o **Ashley Gjovik**: Your account was created 37 minutes ago. This is the only comment you've ever posted. Hi, Apple. *[comment flagged & moderates hide it within minutes]*

- **[Redacted]** *[Comment flagged & moderates hide it within minutes]*

  - o **Ashley Gjovik**: 20% maybe? Overs / unders?

  - o **0des**: I wouldn't be so quick to claim its Apple. There were others with this same proife but on the other side of the argument. That's just HN.

## Oct 12 2021– Public Post on Twitter

- **Shantini Vyas:** I tweeted some stuff about that one lady who got fired from Apple. But I deleted as I decided I'm not going to ruin my day with anger at someone inconsequential 👌 [876]

  - o *Liked by: Cher Scarlett, Kev Kitchens, Zach Gardner, Rick Gigger, Sarah Kim, Ross Freeman*

- **Cher Scarlett** (@cherthedev):  Proud of you. There's really no point in it. Good News outlets don't take her seriously because her story shifts like a chameleon, and eventually, it will all work itself out. [877]

  - o *Liked by:, 🔴 Ricky Mondello, Shantini Vyas, Brian Gannin, Sarah Kim, Zach Gardner,*

---

[875] HackerNews, https://news.ycombinator.com/item?id=28813010,
https://web.archive.org/web/20220129102447/https://news.ycombinator.com/item?id=28813010
[876] Twitter, https://twitter.com/_shantini_/status/1447926059903557632,
https://web.archive.org/web/20220131035341/https://twitter.com/_shantini_/status/1447926059903557632
[877] Twitter, https://twitter.com/cherthedev/status/1447927265166249997,
https://web.archive.org/web/20220131033740/https://twitter.com/cherthedev/status/1447927265166249997

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Sarah (@winocm):** I noticed this too.
  - *Liked by: Cher Scarlett*

## Oct 12 2021– Public Post on Twitter
- **Cher Scarlett** (@cherthedev): Judicial notice is a rule in the law of evidence that allows a fact to be introduced into evidence if the truth of that fact is so notorious or well known, or so authoritatively attested, that it cannot reasonably be doubted.[878]

## Oct 13 2021 -- Public Twitter Posts [879]
- **Beezie Wacks** (@Beezie Wacks): @cherthedev can you say how you are "Principal Software Engineer" as IC4?? how are you not senior software engineer, or did you get to choose your title??

## Oct 13 2021– Public Post on Twitter
- **Cher Scarlett** (@cherthedev): This week my personal growth has been in the category of practicing restraint. So. Much. Restraint." [880]
  - *Liked by: Shantini Vyas, Meredith Whittaker, Ifeoma Ozoma,*
  - **[Redacted]** You are doing it. Can't say that about them Bloomberg reporters in your inbox though. Keep on killing it.
  - **[Redacted]** You got this. No Homer choking Bart scenes allowed at work.[881]

## Oct 13 2021 – Public Post on Twitter
- **Cher Scarlett** (@cherthedev): Bloomberg journalists just keep getting moved into my "do not open" folder [882]
- **Cher Scarlett** (@cherthedev): This folder is also known as "the trash" [883]

## Oct 14 2021– Public Post on Twitter
  - **Timnit Gebru** (@timnitgebru): What a great profile of @cherthedev by @ReedAlbergotti For all the press about whistle blowers & a different era ppl like her are still facing intense backlash. Apple truly operates with impunity, they don't seem to think twice about overt retaliation. https://washingtonpost.com/technology/2021/10/14/apple-worker-cher-scarlett/…[884]

---

[878] Twitter, https://twitter.com/cherthedev/status/1448056466254929926 , https://web.archive.org/web/20220131033517/https://twitter.com/cherthedev/status/1448056466254929926
[879] Twitter, https://twitter.com/beezie_wacks/status/1436776446005968900, https://web.archive.org/web/20220129204616/https://api.twitter.com/1.1/jot/client_event.json
[880] Twitter, https://twitter.com/cherthedev/status/1448516756453003268, https://web.archive.org/web/20220131083355/https://twitter.com/cherthedev/status/1448516756453003268
[881] Twitter, https://twitter.com/FireTorn15/status/1448680743475953668
[882] Twitter, https://twitter.com/cherthedev/status/1448511278046011392, https://web.archive.org/web/20220202044329/https://twitter.com/cherthedev/status/1448511278046011392
[883] Twitter, https://twitter.com/cherthedev/status/1448514520289189895 , https://web.archive.org/web/20220202044324/https://twitter.com/cherthedev/status/1448514520289189895
[884] Twitter,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Timnit Gebru** (@timnitgebru): "Apple...said it is committed to a positive and inclusive workplace." Riiight. Is that why you're retaliating against everyone who says anything? Is that why you ensure that ppl too loud about discrimination have their offers rescinded? [885]
- o **Cher Scarlett** (@cherthedev):Thank you so much, Timnit!! And thank you for all of your tireless work. [886]
- o **Timnit Gebru** (@timnitgebru): Thank you for everything you're doing and I'm sorry for all the shit you have to deal with :( [887]
- o **Cher Scarlett** (@cherthedev):Same to you. Solidarity for the things we share.[888]

**Oct 14 2021– Public Post on Twitter**
- **Sean Corbett**: @cherthedev is such an incredible human being and it's about time she received some goddamn flowers. She's going to change this industry single handedly
  - o **Retweet: Timnit Gebru:** *What a great profile of @cherthedev by @ReedAlbergotti For all the press about whistle blowers & a different era ppl like her are still facing intense backlash. Apple truly operates with impunity, they don't seem to think twice about overt retaliation. https://washingtonpost.com/technology/2021/10/14/apple-worker-cher-scarlett/...*
- **Cher Scarlett** (@cherthedev): Definitely with a lot of help!! It's all about the solidarity of those who do the right thing and serve others. @IfeomaOzoma, @mmitchell_ai, @timnitGebru, @szhang_ds, @mer__edith, @chelseyglasson, @erikashimizu,@emahlee, @ErikaMCheung, and @FrancesHaugen are all part of it. And surely there are others that I simply don't know that I should.[889]

## OCT 14 2021 – ASHLEY GJOVIK ARTICLE ABOUT APPLE PRETEXT IS PUBLISHED

## Gizmodo: Apple Wanted Her Fired. It Settled on an Absurd Excuse [890]

**Oct 14 2021 – Public Comment on Gizmodo Article [891]**
- **SlushierCupid** (11:41 PM): This article seems to have forgotten the part where Ashley lied about being put on leave. Based on the emails that came out, she requested to be put on leave as opposed to her insinuation Apple forced a leave on her. This woman's tweets show she is both unhinged and a narcissist. I don't buy her story. What I do buy is that she is probably difficult to get along with and doing what many culturally brainwashed individuals do these days and play the victim card, hoping for

---

[885] Twitter, https://twitter.com/timnitGebru/status/1448679941382410246
[886] Twitter, https://twitter.com/cherthedev/status/1448681268871270401
[887] Twitter, https://twitter.com/timnitGebru/status/1448682442768875520
[888] Twitter, https://twitter.com/cherthedev/status/1448686473343630851
[889] Twitter, https://twitter.com/cherthedev/status/1448685957046149125, https://web.archive.org/web/20220129192803/https://twitter.com/cherthedev/status/1448685957046149125
[890] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://web.archive.org/web/20220129204534/https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789
[891] Gizmodo, https://gizmodo.com/apple-wanted-her-fired-it-settled-on-an-absurd-excuse-1847868789; https://kinja.com/slushiercupid/discussions

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

attention and a payout.  This is not a zero-sum situation. Apple can be a terrible employer and she can be a shitty employee. One does not cancel the other out.

- o **[Redacted]** And you're definitely not an Apple employee or contractor trying to smear her. She requested the leave as a last resort.
- o **[Redacted]** "sick take, brah" /edgelord
- o **[Redacted]**: [Salt the snail GIF]
- o **[Redacted]**: Why do I get the feeling that you have "*This woman's tweets show she is both unhinged and a narcissist. I don't buy her story.*" as a shortcut-macro?

- **SlushierCupid** (10/15 7:51am**):** No, last resort is to quit. One day, a man was walking down the street and sees a dog on a porch that was just sitting there, whimpering, whining and moaning. The man was curious as to why he was whimpering, so he went and knocked on the door and a guy came out and said, "Yes, how may I help you?" He said, "Sir, is this your dog?" "Yes, that's my dog." "Well, what's wrong with him?" The owner of the dog said, "What do you mean?" "Well, he's sitting here moaning and groaning." The owner said, "Well, he's actually sitting on a nail." He said, "What! Your dog is sitting on a nail. Why doesn't he get off?" "Well, it just doesn't hurt him enough." If I had these many issues with my employer, and my employer/colleagues showed no willingness to entertain/support my claims I WOULD QUIT. Especially in this labor environment.

  - o **[Redacted]** Apple's crisis team is on the move, I see!

- **SlushierCupid** (10/15 11:14 am): THIS IS NOT A ZERO-SUM GAME. You don't have to side with Apple OR Ashley. Both can be narcissistic assholes who were not motivated to solve anything but simply wanted to one-up and outdo each other. It's literally the opposite of trying to solve a problem. Both sides were simply trying to make the other side look bad. What a fucking waste of time. Take the Facebook whistleblower. She saw something awful, quit, and exposed it. She didn't stay and have a tit-for-tat with Facebook. That is why I question Ashley's motivation. I know if I had a specialized skill like she does, in a job market like this, I would have left in two seconds and criticized Apple publicly on my way out the door. It also adds more validity to why I am leaving. I would have known staying there would accomplish nothing other than making my life miserable. So why not leave, go work somewhere else where I can be happy, and fight Apple. It's almost as if the public fight was the true goal vs attempting to actually solve anything. Posting screenshots of emails from ER, misrepresenting how you went on leave. It's all for clout vs real change.

  - o **[Redacted]** Part of their point is that we're in a, virtually unprecedented, workers market right now... they shouldn't *need* severance or unemployment... particularly with so much evident awareness of where things were going. That being said (just to illustrate what I think you were missing about their point)... none of this is as easy or simple as SC is trying to make it all out to be. No one should be expected to *derange their lives* (like the Facebook whistleblower) simply to be treated fairly in the workplace. Also... it's not as though Apple is just one company among many just like it... it's a *juggernaut* in this space. There are a thousand ways that companies at this scale can skirt the laws around retaliation.

- **SlushierCupid** (11:55pm): First, no adults use the term "adulting". Its just called "living" at this point. If someone asked for my advice on "adulting" I would first ask them to put down their Fork Knife game that they were making TikTacs of. Second, you believe being fired for cause entitles you to unemployment or severance? Ask how that is working out for those who are being let go for refusing to get a vaccine (hint, they cannot collect unemployment). She wanted to work, good for her. She has a

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

desired skill that is specialized in a job market that is short on talented labor. Not only would quitting not entitle her to unemployment, similar to being fired for cause, but your argument is also completely irrelevant aside from being wrong. With her skill set she could go work somewhere else for more money (benefit of inflation) relatively easily.

- o **[Redacted]** My biggest problem with this response is you take one discrepancy between REPORTING and the long, complex chain of events and evidence and use that to justify these series of unrelated claims about her character. It's the conspiracy theorist approach of finding one crack in a pretty consistent story, that she REQUESTED leave instead of being FORCED on leave (all the prior and subsequent events aren't disputed) and use that to spin a yarn justifying all company actions before and after that specific event. According to you by requesting leave after dealing with the runaround and bullshit and "insinuating" being forced to leave, she is "unhinged and a narcissist", "probably difficult to get along with", "culturally brainwashed", playing "the victim card", "hoping for attention and payout", and that she was a "shitty employee". That one flaw in the article is carrying a lot of water. And no, I don't consider your "reading her tweets" evidence because you can't actually provide one that supports your view, instead leaving it up to the audience to imagine the worst. I do like your "both sides" qualifier at the end to add a fig leaf of neutrality. It shows a certain awareness that the entire rest of your post comes across as suspiciously one-sided and is entirely based on character attacks.

- **SlushierCupid** (12:50pm): "probably difficult to get along with" - Where are the vocal support from her colleagues similar to the Netflix folks supporting their colleague? I don't buy the whole "their voices are suppressed". None of them have Twitter? "culturally brainwashed" - *reviews Twitter posts* Check playing "the victim card" - I used to do this with my big brother when I was little. I would poke him, irritate him, and then when he punched me for doing so, I ran crying to my parents because I was the victim. She attends law school, she knew she was going to be fired for whatever ridiculous reason Apple gave. I knew my brother would punch me when I irritated him non stop. "hoping for attention and payout" - when you post daily on Twitter, including screenshots of emails/texts/photos, you are seeking attention. She has a gofundme setup for legal costs, she wants a payout from someone. "shitty employee" - You got me there.

- **SlushierCupid** (1:25pm): No I inferred that by this other article she wrote about how she was living in a toxic apartment. Crazy how she keeps picking these toxic environments.*"At that point, I started calling lawyers and doctors and reporting my concerns to government agencies. I knew the situation was likely going to be complicated and that the tVOC readings on my personal monitors were not going to be conclusive on their own, but my gut told me something was terribly wrong. I'll spoil the surprise – if there is any – and tell you now: I never got an answer to what happened to me, nor was I able to get anyone in charge to earnestly investigate. I only have more questions."* She probably got an answer, an answer she didn't like

  - o **[Redacted]** I was wondering how long the apple shills would take to chime in. You exceeded my expectations.
  - o **[Redacted]** You know we can see your past posts, and see that they're almost all in defense of your corporate master. Piss off.

- **SlushierCupid** (10/15 2:08pm): "*Doesn't seem unreasonable to want a safe and healthy work environment instead of huffing poisoned air day in and day out."* No, absolutely not. I agree 100%. But based on all of the information that has come out, literally no one else had any issues that she

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

presented. She wrote a lengthy dissertation on her toxic apartment here so either the world is out to get Ashley, and no one in the liberal state of California will entertain her concerns, or she gets answers she doesn't like and therefore she is a victim: https://sfbayview.com/2021/03/i-thought-i-was-dying-my-apartment-was-built-on-toxic-waste/ *"The fact that they fired her after she started asking questions about it violates her NLRB rights."* Neither you or I know the extent of what was going on inside, only what information she provided. Could be Apple fired her for insubordination for not following their processes for remediation. Who knows, we don't. *"They haven't disclosed any disciplinary actions taken against her prior to her whistleblowing,"* So your argument is because Apple has not disclosed her entire HR record, she has could not possible have done something wrong to be terminated? We literally know one side of this story.

- **SlushierCupid** (10/15 2:30pm): I give up, you all convinced me. I have thrown out my iPhone, MacBook, and Apple TV. Apple is evil, and obviously trying to poison their employees. I have instead switched to an Android and Windows PC so I can be on the good side. Also, here is Ashley's GoFundMe.  I expect every single one of you who disagree with me to support her cause.  She has not received a single donation in 6 days: https://www.gofundme.com/f/ashley-gjoviks-advocacy-fund

  - **[Redacted]** Well, you get cranky and straw-manny when people don't fall for you BS. Cute.

- **SlushierCupid** (10/15 3:04pm): Everyone is trying to paint me as the asshole yet a site like Gizmodo can profit from her story via ad revenue and not contribute a fucking dollar to her GoFundMe?  Amazing.

  - **[Redacted]** Agreed, we only know one side of this story but this story has been in the wild for at least a week now. It's not my contention that because they haven't released her *entire* HR record that there's nothing in there she could have been canned for but it's the fact that a) if there was anything in her record that they could have fired her for, why wouldn't they have used that as context for her termination instead of this nonsense and b) if there was something in there that could smear her reputation and bury this story, don't you find it weird that we haven't heard it yet? They'll pre-emptively sick the lawyers on her but they're gonna hold back that sort of information from the press while they're catching hands? Something here isn't adding up. I do agree that we're kinda in the dark on Apple's side of the story here but either their PR is napping on the job or this is something they'd rather handle extra quietly. It absolutely could be something else but right now all the evidence (and lack thereof from Apple) is not conducive to chucking her in the bin as insubordinate or attempting to play the victim card. More often than not the inclination to not rock the boat will overpower people's rational capacities and we're not talking about a supervisor spitting in the fries at McDonalds.  This is Apple.  How do you shoot the Devil in the back?  What if you miss?

- **SlushierCupid** (10/15 3:47pm): Playing devil's advocate here, there could be a third situation and that is Apple DID try to work with her internally, but she wanted to do it her way not Apple's way. Maybe they saw a good employee and were willing to try to work with her but if an employee is combative and going home and posting screenshots of all internal communications, you may just get to the point of saying this is not an employee who is wanting to work with us and is just combative. I mean, just scroll through this website of hers: https://www.ashleygjovik.com/ashleys-apple-story.html I can not find a piece of evidence from any environmental agency or environmental non-profit who said her claims were valid either for the "poisoning" at work or the "poisoning" at home. If I am wrong, please point it out.

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

o **[Redacted]** I can respect playing Devil's Advocate cuz I get beat with that stick you're catching on the regular (you should have heard them come at me for defending Marvel's treatment of artists... woof..). I have to admit that until we hear Apple's side of the story we're working with limited information but isn't it past time for them to have released at least a statement to the effect of "we don't comment on ongoing litigation" or "her claims are categorically false and she was terminated for <excuse>"? Apart from a left-field answer, I only see two possibilities. One is they have a mountain of evidence they're going to bury her with and they don't want to spoil it before discovery or they fucked up and they're trying to get her to negotiate or at least agree to arbitration (which at this point seems unlikely). If they had the evidence, some of it would have "leaked" at this point. As for EPA evidence? https://www.epa.gov/newsreleases/us-epa-reaches-settlements-study-and-mitigate-indoor-air-and-groundwater-contamination That whole area is contaminated to the hilt and Phillips, Northrup-Gruman, and AMD are eating a lot of that settlement with the EPA. Apple probably don't want none of that action. I guess we'll see.

• **SlushierCupid** (10/15 7:46pm): https://www.ashleygjovik.com/ashleys-apple-story.html You're telling me that this website she created, essentially recreating her Twitter account filled with screenshots of internal communications, does not come across as unhinged?

## Oct 15 2021 – Private Agreement Between Cher Scarlett & Apple [892]
### Contract between Apple and Cher Scarlett from 10-15-2021

- *"Confidentiality, Non-Disparagement and Breach. Scarlett agrees that she will not directly or indirectly make or cause to be made any statements (oral, written, electronic or otherwise) intending to or which would reasonably be expected to disparage Apple, any of Apple's officers, directors, or employees and/or any of the Released Parties or any of their products, processes, policies, practices, standards of business conduct, or areas or techniques of research in any medium (including but not limited to television, radio, internet shows, blogs, podcasts, books, social media posts, articles, or otherwise). For the purpose of this Agreement, "disparage" includes, without limitation, making comments or statements, in writing or otherwise, to any person, or in response to any inquiry, or entity including, but not limited to, the press and/or media, employees, partners or principals of Apple or any entity with whom Apple has a business relationship, that would adversely affect in any manner (a) the conduct of the business of Apple or any of the Released Parties (including, but not limited to, any business plans or prospects) or (b) the reputation of Apple or any of the Released Parties. Scarlett further agrees that she will not encourage or incite other current or former employees of Apple and/or any of the Released Parties to maliciously disparage Apple and/or any of the Released Parties. Scarlett's response to questions regarding the resolution of this dispute shall be limited to words to the effect that Apple and Scarlett were able to reach an amicable resolution to the dispute and each wish the other success in the future. Apple and Scarlett further agree to the following statement regarding Scarlett's departure from Apple, which is attached hereto as Exhibit B. Scarlett agrees to post this statement no earlier than her final date of employment, October 22, 2021, on her Twitter feed. Scarlett's direct manager will also relay this message to members of Scarlett's team for the sole purpose of allowing Apple to appropriately transition her work. "*

---

[892] Twitter Longer, https://www.twitlonger.com/show/n_1sru3di;
https://web.archive.org/web/20220129204551/https://www.twitlonger.com/show/n_1sru3di

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- *"Scarlett agrees that all terms and provisions of this Agreement were made and entered into in strict confidence and must remain confidential. Scarlett promises that she shall not disclose or offer to disclose, and warrants that she has not previously disclosed, any of the terms or provisions of this Agreement or the negotiations leading to this Agreement to any person or entity, including, but not limited to, any current, former or future employee or independent contractor of Apple, or to any member of the print, electronic or other media. "*
- *"Scarlett acknowledges that this paragraph prohibits Scarlett from e-mailing about or posting any information regarding this Agreement on any social networking sites including but not limited to Facebook, Snapchat, Instagram and LinkedIn, to any microblogging sites including but not limited to Twitter and Discord, to any personal website or blog, and from e-mailing to any distribution list or list- serve to which Scarlett may subscribe, or which Scarlett maintains or moderates. "*
- *"Scarlett agrees that the non-disparagement obligation and confidentiality provisions above, along with Paragraphs 3 and 8 through 15 of this Agreement, are express and absolute conditions of this Agreement, and are each bargained for consideration for this Agreement and not mere recitals, and that any violation of the terms and conditions of these provisions shall constitute a material breach of this Agreement. The Parties further agree that a determination of actual damages for any breach of the aforementioned sections may be difficult, impractical or impossible to calculate, and they therefore, agree to, in addition to injunctive relief as necessary, liquidated damages in the amount of Ten Thousand Dollars ($10,000.00) per occurrence in the event of any such breach, and provided that each instance of publication and republication after the execution of this Agreement shall be a separate breach.*
- *EXHIBIT B: "After 18 months at Apple, I've decided it is time to move on and pursue other opportunities."*

## Oct 14 2021– Public Twitter.com Posts
o **Timnit Gebru** (@timnitgebru): Friends, this is what I'm talking about. @Apple just fired @JannekeParrish. So I want to tell all the journalists that it is NOT a new era. It is still an era where corporations are flaunting their strength, cause they know they get away with it. https://www.npr.org/2021/10/15/1046386968/apple-fires-appletoo-leader-amid-leak-investigation?live=1 1/ [893]
o **Timnit Gebru** (@timnitgebru): Apple is harassing and retaliating against anyone they perceive to have spoken up about their horrible abusive culture. I was there for 6 years. I saw it first hand. It was my first tech job. They're going after anyone who is a public face of  @AppleToo because they can. 2/ [894]
o **Timnit Gebru** (@timnitgebru): Because there is nothing that is telling them they can't do this and get away with it. History tells them they can. That *if* and thats a big IF, there is any action, it would be so minuscule that they decide its worth their time to do this over and over again. 3/ [895]

---

[893] Twitter, https://twitter.com/timnitGebru/status/1449191973068292097,
https://web.archive.org/web/20220131070253/https://twitter.com/timnitGebru/status/1449191973068292097
[894] Twitter, https://twitter.com/timnitGebru/status/1449191975433895941,
https://web.archive.org/web/20220131070245/https://twitter.com/timnitGebru/status/1449191975433895941
[895] Twitter, https://twitter.com/timnitGebru/status/1449191977329651713,
https://web.archive.org/web/20220131070238/https://twitter.com/timnitGebru/status/1449191977329651713

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **Timnit Gebru** (@timnitgebru): Remember the @GoogleWalkout? Well Google pushed out 2 of its organizers @meredith and @claire. And now in this "new era" of whistleblowers, this is what Apple is doing. And they will continue to do it unless we make it such that they can't. 4/ [896]
- ○ **Timnit Gebru** (@timnitgebru): Solidarity to everyone like @cherthedev working on @AppleLaborers. Please take care of yourselves, this is some wild shit you're going through and those who haven't gone through it don't get it.[897]

🍏 **OCT 15 2021 – ASHLEY GJOVIK FILES NLRB CHARGES AGAINST APPLE INC HANDBOOK & MEMO FROM CEO**

🍏 **BLOOMBERG ARTICLE PUBLISHED: APPLE CEO'S ANTI-LEAK EDICT BROKE LAW, EX-EMPLOYEE ALLEGES** [898]

### Oct 15 2021 – Public Reddit Post [899]
*Reddit: Apple fires leader of the #AppleToo movement's leaders (Fox)*

- ▪ **Chrissnovak:** Talk to Zoe, get fired. Zoe won't replace your salary/RSUs. She'll definitely write about the firing. Cher is going to be fired next. Great job looking out for women, Zoe.
  - ○ **Zed910:** I don't think Cher is going to get fired, based solely on her tweets she seems like the person who knows how to play by the rules while challenging the man. I wish her luck too, love the effort she's putting in.
- ▪ **PacManDaddy:** Companies don't hire employees so that the employees can "make change".Screw these people and their causes. They are hired to be employees, not activists. If the latter is more important to them, then they should either find another job or get fired. Either solution is fine with me.
- ▪ **loops____:** Publish their names so other employers know not to hire them. These are rotten apples
  - ○ **[Redacted]** Settle down there, Mr. McCarthy.
  - ○ **loops____:** What I'm saying is that industries need to keep a blacklist, names of people not to hire under any circumstances
- ▪ **loops____:** Worker's rights? She's not a fucking coal miner. She's a Silicon Valley employee who works in air conditioned rooms, earns upper six-figure salaries, has healthcare, benefits, perks, free or subsidized childcare, housing, nap rooms, etc. that 99.99% of other employees/workers can only dream of. I will save my sympathy for someone else more deserving Edit: downvoting an unpopular fact doesn't make it any less of a fact.
- ▪ **PacManDaddy:** Try again. (1) I'm not a criminal (2) I'm not a leaker (3) I haven't just gotten fired from any company (4) I am not a member of any disgusting "Too" movement. These people are going down, and I'm behind Apple all of the way. I said this in the last thread, and I'll say it again now. Go get 'em

---

[896] Twitter, https://twitter.com/timnitgebru/status/1449191979082911747,
https://web.archive.org/web/20220131070232/https://twitter.com/timnitgebru/status/1449191979082911747
[897] Twitter, https://twitter.com/timnitgebru/status/1449191980890681347,
https://web.archive.org/web/20220131070219/https://twitter.com/timnitgebru/status/1449191980890681347
[898] Bloomberg, https://www.bloomberg.com/news/articles/2021-10-12/apple-ceo-s-anti-leak-edict-broke-the-law-ex-employee-alleges,
[899] Reddit, https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
https://web.archive.org/web/20220128100135/https://www.reddit.com/r/apple/comments/q8y4ce/apple_fires_one_of_the_appletoo_movements_leaders/

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

Tim! Tim Cook has been doing a great job as CEO! I'm liking the Apple of recent a lot, they're not taking any BS from these mentally disturbed, disruptive employees who think that they can do as they please. As they're finding out one after another, slowly but surely, the world doesn't work that way. Good riddance.

- **Ouimetnick**: My work area is also built on a superfund site. Plenty of contamination. Wouldn't want an animal drinking water near there. No one is complaining of feeling I'll though. No Ashley Gjóviks working there though. :)
- **Ouimetnick**: Then don't put nude photos of yourself on a personal device that is also used for work purposes. No nudes on my iPhone and I don't frequently use it for work related tasks.

**Oct 15 2021 – Public Apple Insider Article** [900]
*Apple Insider: Apple fires leader of #AppleToo movement*

- [Redacted] Some of these recent firings, like this one and Ashley Gjóvik's case, sure looks like pretenses to get rid of employees who have been too vocal about issues at Apple. It's not a good look.
  - o **Sbdude**: Because the opposite can't be true at all, right?
- **Rcfa**: Good riddance! Another entitled brat who tried to politicize the workplace, and get a fat payout as a result. In a country like Russia, they would have a car accident. In the US they will sue, until the company will settle for a large sum of money under an NDA not admitting any guilt, just to avoid the damage to the reputation the continued legal action causes. You can bet that's the endgame of her and her lawyer. She'll try to claim whistleblower status (even though there was nothing to blow a whistle about) and then sue for wrongful termination.
  Some woke idiot in Hollywood, likely from competing corporations like Netflix or Amazon Video, might even offer a dramatized movie deal, where "based on actual events" something despicable is covered up in a company called Prune Computer, Inc., just different enough that Apple can't sue for defamation… Bad behavior gets rewarded these days, because due to entitlement, wokeness, nobody dares to tell such people anymore: "You're a loser, pack up your sh*t and f*ck off!" A generation that wants communist equality, at a capitalist level of wealth, while being lazy and irresponsible.
- **Bosa**: Maybe she can goto Afghanistan and form her Appletoo group there , see how Taliban deals with her
- **Bosa**: The case here are a bunch of idiotic snowflakes who have it too good. Good for Apple, should have tossed these morons out years ago. Appletoo movement? Are you f-ing kidding me? Go to hell man
- **Bosa**: That Ashley woman who Apple paid  385k to, you know the one who was offended because her boss said she made improvements on her presentation from time before? And then she claims her office and apartment was built on land dump but nobody will verify or back her up. that is the type of nut jobs , Apple needs to fire the HR manager too for hiring these idiots
- [Redacted] Wow, a lot of experts here who seem to have a ton of inside knowledge about these cases. But seriously, most of these posts have a lot to say about the poster, not so much about the subject.
  - o [Redacted] Exactly.

---

[900] Apple Insider, https://forums.appleinsider.com/discussion/224577; https://web.archive.org/web/20220128055622/https://forums.appleinsider.com/discussion/224577; https://web.archive.org/web/20220128055802/https://forums.appleinsider.com/discussion/224577/apple-fires-leader-of-appletoo-movement/p2

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

🍏 **OCT 15 2021 – I COMPLAIN ON TWITTER ABOUT BEING BLACKLISTED BY WASHINGTON POST, GUARDIAN, BBC, & VICE**

### Oct 15 2021– Public Twitter.com Posts

- **Ashley Gjovik**: I've been trying to get @nytimes, @washingtonpost & @guardian to investigate & write about my workplace safety concerns at #Apple since late July/early Aug. I offered them piles & piles of emails, docs, & research. It's been over two months & they've barely mention me or safety [901]
  - o **BabyHummingbird (@gbluvsf):** It's like media only covers "extreme" individuals. So run to your roof top naked and scream like a lunatic! j/k ddt. Cher has shared her past trauma which connects with a lot of people and has become part of her "brand" appeal. Coupled with evil in tech, made for a good story. [902]
  - o **Ashley Gjovik**: Yeah, my personal background is intense, but I'm a private person & he never even asked me about myself. Meanwhile all the threads are filled with people already calling me crazy, psychotic, reactive, narcissistic, exaggerating, etc. Damned if you do, damned if you don't.[903]

### Oct 16 2021 -- Public Twitter.com Post

- **Ashley Gjovik:** I'm sick of playing nice with crappy reporters. After I posted this last night a @washingtonpost reporter reached out & yelled at me for 40m on the phone. He told me my story isn't interesting. Said I was acting hysterical, paranoid & emotional. Threatened to blacklist me from WP
  - o *Quote Tweet: Ashley Gjovik: I've been trying to get @nytimes, @washingtonpost & @guardian to investigate & write about my workplace safety concerns at #Apple since late July/early Aug. I offered them piles & piles of emails, docs, & research. It's been over two months & they've barely mention me or safety*
- **Babyhummingbird (@gbluvsf):** [DELETED] They recently did a feature on Cher Scarlet. Why didn't they do one on you too? [904]
  - o **Ashley Gjovik:** He told me that me & my story weren't interesting.
    - ▪ **Babyhummingbird (@gbluvsf):** [DELETED] What?!! [905]
    - ▪ **Ashley Gjovik:** He also got mad & said I was "subtweeting him." Which to be fair, last night I was more mad at WP than him, but now i'm mad at him, and I called out Bobby too... so --> Reed. It's not "subtweeting" anymore, Reed.[906]
    - ▪ **Babyhummingbird (@gbluvsf):** [DELETED] Having to deal with the bs at Apple and then the bs with the press, I don't know how you do it. You deserve to take some off, don't let this kill your spirit.[907]

---

[901] Twitter, https://twitter.com/ashleygjovik/status/1449190733928288257
[902] Twitter, **DELETED**, https://web.archive.org/web/20211016223500/https://twitter.com/ashleygjovik/status/1449504140779048963
[903] Twitter, https://twitter.com/ashleygjovik/status/1449504140779048963
[904] Twitter, https://twitter.com/gbluvsf/status/1449469826854916096,
https://web.archive.org/web/20220131030214/https://twitter.com/gbluvsf/status/1449469826854916096
[905] Twitter, **DELETED**, https://web.archive.org/web/20211016203345/https://twitter.com/ashleygjovik/status/1449473477249953795
[906] Twitter, https://web.archive.org/web/20211016203345/https://twitter.com/ashleygjovik/status/1449473477249953795
[907] Twitter, **DELETED**, https://web.archive.org/web/20211016223711/https://twitter.com/ashleygjovik/status/1449504700848656385

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ▪ **Ashley Gjovik:** Oh yeah and being in nearly full time law school... I'm having a GREAT time. It's all for a good cause though. Powering through, [908]
  - o **[Redacted]:** LOL yea… we all know AAPL tactics and sneaky modus operandi. Just like Facebook, Uber… [909]
    - ▪ **Ashley Gjovik:** Exactly. [910] *[Quote Retweet: I get so annoyed when journalists act all offended & violated if I suggest their editors could be influenced to go soft on [#Apple](). Publishers & broadcasters rely on Apple for: -advertising -Apple News -access for events -press releases -hw/sw for reviews -enterprise support ]* [911]

## Oct 16 2021 6:54am -- Public Twitter.com Post

- **Cher Scarlett** (@cherthedev): Question the ethics of others only when you, yourself, have acted with integrity. The truth has a way of rising to the top.[912]
  - o *Liked by: **Brian Garrin** (@bgannin); **Sarah Kim** (@___skim), **Ifeoma Ozoma** (@IfeomaOzoma); **Meredith Whittaker** (@mer_edith)*
- **Cher Scarlett** (@cherthedev): Lying while claiming others are unethical is something. [913]
- **Cher Scarlett** (@cherthedev): I'm talking about lying actively while claiming others are being unethical for not engaging with the lies. [914]
- **Cher Scarlett** (@cherthedev): I just don't want to cloud what's important with petty shit. As I said, the truth will prevail here. [915]
- **Cher Scarlett** (@cherthedev): Not every statement need's a devil's advocate, though.[916]
  - o **[Redacted]** This by itself doesn't quite ring true for me still. "Question the ethics of others only when you, yourself, have acted with integrity."
  - o **Cher Scarlett** (@cherthedev): Yes, it does. [917]
  - o **[Redacted]** So you can't question someone else's integrity unless you have perfect integrity. Hmmm…

## October 16 2021 2:06pm -- Public Twitter.com Post

---

[908] Twitter, https://twitter.com/ashleygjovik/status/1449504700848656385
[909] Twitter, https://twitter.com/RicO2O/status/1449605433454290176
[910] Twitter, https://twitter.com/ashleygjovik/status/1449605861421182978
[911] Twitter, https://twitter.com/ashleygjovik/status/1449598837488685063
[912] Twitter, https://twitter.com/cherthedev/status/1449373213549420546,
https://web.archive.org/web/20220129205412/https://twitter.com/cherthedev/status/1449373213549420546
[913] Twitter, https://twitter.com/cherthedev/status/1449425934679896064 ,
https://web.archive.org/web/20220130012228/https://twitter.com/cherthedev/status/1449425934679896064
[914] Twitter, https://twitter.com/cherthedev/status/1449435654408994816 ,
https://web.archive.org/web/20220130012027/https://twitter.com/cherthedev/status/1449435654408994816
[915] Twitter, https://twitter.com/cherthedev/status/1449435654408994816 ,
https://web.archive.org/web/20220203070344/https://twitter.com/cherthedev/status/1449435654408994816
[916] Twitter, https://twitter.com/cherthedev/status/1449437394529243138,
https://web.archive.org/web/20220129205458/https://twitter.com/cherthedev/status/1449437394529243138
[917] Twitter, https://twitter.com/cherthedev/status/1449446255780765696;
https://web.archive.org/web/20220129205357/https://twitter.com/cherthedev/status/1449446255780765696

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): Watch who centers themselves and acts out. Saying there is solidarity and acting in solidarity are two very different things. One is performative, the other moves the needle. Listen to women like Timnit Gerbru, Ifeoma Ozoma, Sophie Zhang, Janneke Parrish who are leading us.[918]
    - Retweeted by: **Steven McGrath** (McGrathPDX); **Brian Gannin** (@bgannin)

**Oct 16 2021 – Private Text Messages**
- **Ashley Gjovik:** I told you about Cher & my Go Fund Me? Apparently she was hate tweeting about my Gizmodo article too. People just reached out but she deleted it before I saw it.
- **Zoe Schiffer** (Journalist): Oh wait I didn't see that either.
- **Ashley Gjovik:** Like whyyyyyyyyyy. We have enough issues already. Let's just work together please.

**Oct 16 2021 -- Public Twitter.com Posts**
- **HedgeSlammer:** I'm sure @devonbl regrets referring @cherthedev to #Apple. If @burgessdryan refers Cher to @NetflixEng it will bite him on the ass.

**Oct 20? 2021 – Post on HackerNews.com[919]**
- **n0000d3js**: After seeing Ashley's viral tweet yesterday claiming she was suspended and fired in retaliation, I read through her entire Twitter feed and found she is misrepresenting what occurred and libeling Apple. I am not an Apple employee, nor an Apple fanboy. I stand strongly with Frances Haugen, Ifeoma Ozoma, Timnit Gebru, Cher Scarlett, and other whistleblowers against the evil corporate tech giants. Whatever may have actually happened to Ashley is destroyed entirely by her lies. I believe she is only trying to jumpstart her law career and make money. Ashley posted a screenshot of this email from July 27, 2021, to prove that she did not request paid leave. In it, it shows she asks for a paid exit through the remainder of her law education, at which time she planned to leave Apple (Dec 31, 2022), or alternatively, to be placed in a temporary role within the company, without having to actually apply for the role. In return, they suggested she apply for Medical Leave, which would continue to pay her full salary while mitigating the toxic work environment (physically and emotionally, by her own account). https://pbs.twimg.com/media/E-YWLeEUYAEgHWb?format=jpg&name=large She declined Medical Leave and asked instead for Paid Administrative Leave and they accommodated that request, as she is quoted in this article, "I asked them to mitigate the hostile work environment while they investigate, and they initially offered me EAP therapy and medical leave. I told them that made no sense, and said they should talk to my leadership and set up oversight and boundaries. I added that if there was no other option they could give me paid administrative leave." (https://www.theverge.com/2021/8/4/22610112/apple-female-engineering-manager-leave-sexism-work-environment) After she went on leave, and immediately claimed it was forced on her, she tweeted the correspondence from HR expressing that if she did not want to be on leave, she was free to return at any time. https://pbs.twimg.com/media/E-mP2FkVkAU29LE?format=jpg&name=large For her claim of being fired in retaliation, this article discusses an unreleased product.

---

[918] Twitter, https://twitter.com/cherthedev/status/1449481965862748163, https://web.archive.org/web/20220129191704/https://twitter.com/cherthedev/status/1449481965862748163
[919] HackerNews, https://news.ycombinator.com/item?id=28830236 , https://web.archive.org/web/20220129213718/https://news.ycombinator.com/item?id=28830236

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

https://www.theverge.com/22648265/apple-employee-privacy-icloud-id The video in the article is her, which she further cross-posted to her Twitter account, and from reading about the application, could only have come from her. I feel sorry for her, given the harassment she may have endured over the prior 6 years, but I don't understand why she felt the need to lie about what has happened in the past few months, as it completely destroys her credibility, and likely puts her in a situation where Apple can sue her for defamation (I'm not a lawyer, but this seems obvious).- Not a troll, just works on nodejs

- [Unknown User]: I think you missed the point on why she didn't want to take medical leave – "As mentioned, I refuse to quit or to take medical leave as a response to the hostility; this is on Apple ER to resolve, not for me to hide from." [From an email that you linked to]. That is very reasonable, I would do the same as it takes Apple off the hook for the charges against them since they could then just say "Ashley was suffering from X, Y or Z and needed time off". I would do the same. You very confid"ntly state that she is lying. I can't tell what she is "ying about, care to lay it out?

**Oct 20 2021 – Public Twitter.com Posts**
- Cher Scarlett (@cherthedev): This week I: Fired a lawyer. Hired a new lawyer. Spoke to a US senator. Prepared to raise hell. [920]

**Oct 20 2021 – Public Twitter.com Posts**
- Cher Scarlett (@cherthedev): I believed I was on Paid Medical leave for the week of Sept 20th. I was asked to stop talking about Apple on Sept 21st, as a sign of good faith. Apple's counsel knew I had requested medical leave, and had my paperwork sent to my lawyer, who also learned of my request from Apple. [921]
- Cher Scarlett (@cherthedev): The day before I had my psychiatric appointment (Sept 27th) to fill out Sedgwick's paperwork, I was told it would be Paid Time Off instead, and that I didn't need to have the paperwork filled out. #SilencedNoMore [922]
  - Cher Scarlett (@cherthedev): His memo was actually sent the 21st, not the 22nd. I got it at 7:30pm on the 21st. 4 hours or so after I was asked to stop talking about them, and 12 hours after I requested Medical Leave through a supposedly confidential 3rd party.[923]
- Cher Scarlett (@cherthedev):  I'm not sure what Ashley is talking about here, but what she is describing is not what happened to me. I never gave the paperwork to my psychiatrist to fill out because they gave me PTO (that was not an accrued balance) instead the day before I was scheduled to do so[924]
- Cher Scarlett (@cherthedev): 9/21, 8am, I requested medical leave via Sedgwick. 9/21, 9am, lawyer calls me and knows about medical leave request. 9/21, 3pm, I was asked to stop talking about Apple publicly. 9/21, 7:30pm, Tim's memo goes out. 9/26, I am told I am offered PTO instead.[925]

---

[920] Twitter, DELETED,
[921] Twitter, https://twitter.com/cherthedev/status/1450977193295712257,
https://web.archive.org/web/20220129213829/https://twitter.com/cherthedev/status/1450977193295712257
[922] Twitter, https://twitter.com/cherthedev/status/1450977194205843460
[923] Twitter, https://twitter.com/cherthedev/status/1451026574443106309
[924] Twitter, **DELETED**, (see screenshots instead)
[925] Twitter, https://twitter.com/cherthedev/status/1451040272159174659

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

-   **Cher Scarlett** (@cherthedev): His memo was actually sent the 21st, not the 22nd. I got it at 7:30pm on the 21st. 4 hours or so after I was asked to stop talking about them, and 12 hours after I requested Medical Leave through a supposedly confidential 3rd party. [926]

## Oct 21 2021 – Public Twitter.com Posts
-   **Cher Scarlett** (@cherthedev): I learned that the most important part of choosing a lawyer is being on the same page, knowing what the most important thing to you is, and ensuring they will fight for it. [927]

## Oct 22 2021 – Public Post on Twitter
-   **Cher Scarlett** (@cherthedev): Restraint restraint restraint [928]

## Oct 23 2021 – Public Post on Twitter [929]
-   **Cher Scarlett** (@cherthedev): For the record – I hate this game of chess. I'm tired and angry and hurting all the time; I feel like I'm constantly trying to defend myself from being disarmed or seeming weak. I don't want to bend and be someone I'm not to end the game, but the unknown… it's heavy. [930]
-   [Redacted]: It's a game of patience.
-   **Cher Scarlett** (@cherthedev): And restraint. [931]

## Oct 25 2021 – Public Post on Twitter
-   **Cher Scarlett** (@cherthedev): This is important and nuanced. Whistleblowers are human. Everyone has their own agenda, and if you do not temper your expectations and question motives and information — you can easily get caught up in supporting something completely bogus or worse… something harmful. [932]
    -   **Retweet**: @evacide Please don't create cults of personality around whistleblowers. And before you @ me, yes I also mean every single whistleblower I have ever said anything nice about. twitter.com/JameelJaffer/s…
-   **Cher Scarlett** (@cherthedev): Anyone can file complaints with federal and state agencies. It doesn't mean there is merit, and it doesn't mean the person doing the reporting is being honest or genuine in doing so. Hero culture creates parasocial relationships that create scary influence that spreads. [933]

## Oct 29 2021 – Twitter Direct Messages

---

[926] Twitter, https://twitter.com/cherthedev/status/1451026574443106309
[927] Twitter, **DELETED**, (see screenshots instead)
[928] Twitter, https://twitter.com/cherthedev/status/1451565112490217475,
https://web.archive.org/web/20220131082840/https://twitter.com/cherthedev/status/1451565112490217475
[929] Twitter, https://twitter.com/cherthedev/status/1451995016411246596,
https://web.archive.org/web/20220129213940/https://twitter.com/cherthedev/status/1451995016411246596
[930] Twitter, https://twitter.com/cherthedev/status/1452677378925219845
[931] Twitter, https://twitter.com/cherthedev/status/1452259150159884296,
https://web.archive.org/web/20220131091550/https://twitter.com/cherthedev/status/1452259150159884296
[932] Twitter, https://twitter.com/cherthedev/status/1452677378925219845 ,
https://web.archive.org/web/20220131083513/https://twitter.com/cherthedev/status/1452677378925219845
[933] Twitter, https://twitter.com/cherthedev/status/1452677821998850048,
https://web.archive.org/web/20220129213933/https://twitter.com/cherthedev/status/1452677821998850048

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): **to** [Redacted, Non-Apple Employee]: Are you sure about this? Ashley has been harassing journalists and lying about a bunch of stuff. Do you care that she's lied about me too? Claiming I tried to have someone doxed for asking what case she was posting screenshots of? For dragging my name through the mud because editors couldn't verify her story and they wouldn't write about her? If they've lied about her, that sucks, but I'd like to see it, because so far, she has tried desperately to use other victims for her own gain, made racist remarks, lied to the public, to the government, about what happened to her, and about me, and a bunch of other people who tried to help her. I cannot stand to watch good people such as yourself get wrapped up in her web.

## Oct 29 2021 – Public Twitter Post [934]
- **[Redacted]:** BTW - since chatting with you on Twitter here and there, I've been DM'd a couple times by someone at Apple. It's odd, but may be nothing/harmless. Apple reminds me of The Island in the old "The Prisoner" series.
- **Ashley Gjovik:** You're not the first person who's mentioned having someone from Apple reach out to after tweeting with me. A few of them said they were told all sorts of propaganda and to stop supporting me. I assume it's a mix of cognitive dissonance and manipulation from Apple... but who knows
- **[Redacted]:** For the record I am only trying to help a person that I believe is a true whistleblower, and someone who was abused at Apple and was strategically purged (at just the right time).
- **[Redacted]:** I'm very aware (and I believe almost immune) to gaslighting, emotional manipulation tactics, etc. (having basically lived and worked at a cult-like corporation that did shit like this to us for years).
- **[Redacted]:** I very strongly suspect they are using the Controlled Opposition tactic inside of Apple. Some workers pretend to resist Apple's policies, but in reality they need the money/job and are cooperating and feeding info back to the executive team.
- **[Redacted]:** I've blocked the person who was contacting me. (If she was genuine - I'm sorry but I don't have time for this shit.)
- **[Redacted]:** She tried to slag you several times, quite strongly. I finally said "ok what do you want me to *actually do*?" and she didn't have anything really to say. It was ODD as hell and the whole thing gives me a little anxiety (which is a red flag).
- **[Redacted]:** Just chatting or helping you causes strange things to happen. It's like you just escaped The Island and the Chief Administrator is sending minions to attack your supporters!
- **[Redacted]**: My DM's are now officially closed to anyone from Apple.

## Oct 27 2021 – Public Twitter.com Post
- **Ashley Gjovik:** Whistleblower not-fun fact... if you have close friends at the company you work at, & end-up having to blow the whistle and/or sue the company, your friends often end-up being witnesses. So, you might not be able to talk to those friends until everything is resolved 3-5yrs later. [935]
  - o [Redacted] And sadly, if supporting you could cost them their paycheck... [936]
    - ▪ *Liked by BabyHummingbird (@gbluvsf)*

---

[934] Twitter, https://twitter.com/[redacted]/status/[redacted] (please request link and/or PDF)
[935] Twitter, https://twitter.com/ashleygjovik/status/1453532436210466820
[936] Twitter, https://twitter.com/LeglLovzSolr/status/1453584618729263108,
https://web.archive.org/web/20220131223258/https://twitter.com/LeglLovzSolr/status/1453584618729263108

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Ashley Gjovik:** I often wonder if the company's actually count on that. [937]
- o **BabyHummingbird** (@gbluvsf) DELETED I supported my coworker's claims during an HR investigation against our Director. I was pssd over for a promotion. The dumb fck that defended the Director got the promotion. Go figure [938]
- o [**Redacted**] That tracks. Sorry to hear. Mega bummer that doing the right thing is always harder. (Life lesson on the American Way. That's always the case.) [939]

**Oct 29 2021 – Public Twitter.com Post**

- **Cher Scarlett** (@cherthedev): I honestly feel sorry for the people who fall for the grifts. [940]

---

[937] Twitter, https://twitter.com/ashleygjovik/status/1453534917044813825
[938] Twitter, **DELETED**,
https://web.archive.org/web/20211028044923/https://twitter.com/LeglLovzSolr/status/1453584618729263108
[939] Twitter, https://twitter.com/LeglLovzSolr/status/1453584618729263108
[940] Twitter, https://twitter.com/cherthedev/status/1454319910427918344,
https://web.archive.org/web/20220129214149/https://twitter.com/cherthedev/status/1454319910427918344

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## NOVEMBER 2021

**Nov 1 2021 8:31pm -- Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): "If we aren't able to determine if the law may have been violated, we will send you a Notice of Right to Sue." It DOES NOT mean the evidence justifies a verdict would be in the complainant's favor. When it does, they FIRST attempt to settle. [EEOC link] [941]

**Nov 2 2021 – Public Twitter.com Posts**
- **Shantini Vyas:** Idk how, but Twitter has way more internal intrigue than Apple did
- **Shantini Vyas:** Maybe I was just blissfully unaware or maybe the at Apple was just not that interesting
- **Shantini Vyas:** I feel like I knew some people at Apple that trafficked in the drama and politics. It was exhaustin
- 🔴 **Eric Vitiello (Employer):** : Ooooh?
- **Shantini Vyas:** NOT U
- **Shantini Vyas:** The amount of times I heard about the two words some guy said to Steve one time
- 🔴 **Eric Vitiello (Employer):** I do not know of this story. Please share the drama. [942]

**Nov 6 2020 – Public Twitter.com Posts**
- 🔴 **Ricky Mondello (Employer):** Is Lower Decks worth watching?
- **Aaron Brager** (Apple Manager from 2005-2012, Retail in Annapolis & Towson MD, Chicago, IL): Omg Ricky its so good
- 🔴 **Faye Garfinkle (Employer):** Oh hello, small world! Hi Aaron!
- Aaaron Brager: Hi Faye!
- 🔴 **Ricky Mondello (Employer):** "Hi Aaron and Faye [Garfinkle]! (I too love friends meeting friends!)[943]
- **Aaron Brager:** Have you seen Lower Decks, we should do a Group FaceTime when everyone is caught up on Season 1

**Nov 5 2021 – Public Twitter Posts**

---

[941] Twitter, https://twitter.com/cherthedev/status/1455195681258237957,
https://web.archive.org/web/20220131032358/https://twitter.com/cherthedev/status/1455195681258237957
[942] Twitter, https://twitter.com/pixel/status/1455747599139438594,
https://web.archive.org/web/20220131033115/https://twitter.com/pixel/status/1455747599139438594
[943] Twitter, https://twitter.com/rmondello/status/1324785593730048006 ,
https://web.archive.org/web/20220131033056/https://twitter.com/rmondello/status/1324785593730048006

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Dropped my iPhone down a concrete stairwell a month ago. Busted the screen real good. Only had it since April & want to get screen fixed since it will be a back up. Is Apple gonna f with it if I mail it in for repair? Spyware etc? (another reason Right to Repair is so needed) [944]
- **Sarah | SWE | Scientist | ADHD & ASD (@Female_in_tech):** I've had my iPhone screen replaced while I waited at a Mobile Kangaroo shop in Mountain View. I'd suggest going with a little independent repair shop like that, which are all over the place in Southbay. that way you don't have to go anywhere near an Apple store. [945]
- **Ashley Gjovik:** Didn't they recently do that draconian thing where your phone freaks out if you don't use an "authorized repair" shop? Or those little shops are "authorized" too? [946]
- **Sarah | SWE | Scientist | ADHD & ASD (@Female_in_tech):** currently I believe the only iPhone that has issues with 3rd party screen repairs is the 13. if you're repairing an older one it'll be fine. most shops also offer a choice btw a genuine apple screen or a cheaper generic knockoff, I'd stick with genuine parts. [947]

## Nov 8-9 2021 --- Public Twitter Posts
- **Cher Scarlett:** I've been relatively unmedicated and somehow functioning for nearly 2 decades. I started new medication for my bipolar disorder this weekend to help prepare for the treatment of my ADHD. I'm nervous as hell. [948]
- **Cher Scarlett:** "One of the reasons Bipolar disorder, namely type 1, is hard to treat is because mania is like addiction. You miss it. I'm my best and worst self when I'm manic. I create incredible things, have deep conversations, but I also commit to too many things and make impulsive decisions."
- **Beezie Wacks:** Gaslighting ur employers shud be added to the Dsm5 diagnostic list[949]
- **Cher Scarlett:** I'm trying a lithium cocktail, but I have Type 1 with psychotic features and repaid cycles.
- **Cher Scarlett:** I am once again asking for bipolar type 1 treatment that doesn't make you feel like you're being tranquilized. I'm a heroin addict. Feely drowsy makes me want to snort whatever made me drowsy and go find heroin.

## Nov 9 2021 – Public Twitter Post
- **Ashley Gjovik**: I never understood why #Apple fired Antonio García Martínez. It was unfair, but also, Apple doesn't care abt I&D. I suspected it was abt privacy & the more I learn abt Apple's ad biz, I think I understand. Apple doesn't want attention on their ad biz until they're too big to fail [950]

---

[944] Twitter, https://twitter.com/ashleygjovik/status/1456738045323976707
[945] Twitter, https://twitter.com/Female_in_tech/status/1457129170899636226 ;
https://web.archive.org/web/20220210043429/https://twitter.com/Female_in_tech/status/1457129170899636226
[946] Twitter, https://twitter.com/ashleygjovik/status/1457129640699518978
[947] Twitter, https://twitter.com/Female_in_tech/status/1457136295185039367,
https://web.archive.org/web/20220210060100/https://twitter.com/Female_in_tech/status/1457136295185039367
[948] Twitter, https://twitter.com/cherthedev/status/1457814583259787266,
https://web.archive.org/save/https://twitter.com/cherthedev/status/1457814583259787266
[949] Twitter, https://twitter.com/beezie_wacks/status/1457861264416272386,
https://web.archive.org/web/20220130075658/https://twitter.com/beezie_wacks/status/1457861264416272386
[950] Twitter, https://twitter.com/ashleygjovik/status/1458176843983507471

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

      ○ **Quoted Retweet: Matt Taibbi:** On the hypocrites at Apple who canceled Antonio Garcia-Martinez: https://taibbi.substack.com/p/on-the-hypocrites-at-apple-who-canceled [951]

  ○ **Ashley Gjovik:** "This seems to be about protecting Apple's brand and bottom line, not its employees."

     ■ **Link: Financial Times:** What happens when virtue-signalling enters corporate life, https://www.ft.com/content/a01eed6c-966d-4e99-9700-f15d4c022617

- ■ **BabyHummingbird** (@gbluvsf): I thought one of the leaders of #AppleToo wrote the internal letter that was circulated and then ultimately got him fired. AGM has been mum on what actually went down because of his NDA with Apple. I am curious to know. [952]

     ● **Ashley Gjovik**: The letter only asked for an explanation of why he was hired & how Apple's supposed I&D values match up; it didn't say anything about firing him. That's the "why" i'm curious about. The firing could've been related to the letter, but the reasoning is murky. Did he sign an NDA?[953]

## Nov 10 2021 – Public Twitter Post
- **Cher Scarlett** (@cherthedev): Deleted
- **Cher Scarlett** (@cherthedev): (5:58pm): It's not about me just furiously tired of the liar [954]
- **Cher Scarlett** (@cherthedev): (10:58pm): It wasn't about me, and the question wasn't a serious one. I was frustrated by someone's repeated lies, and this one sent me over the edge. [955]

## Nov 10 2021 – Private Text Message
- **Ashley Gjovik to Ifeoma Ozomoa**: *literally nothing*
- **Ifeoma Ozoma to Ashley Gjovik**: "Ashley would you consider taking a break from your twitter. Anything you tweet against reporters who are reporting about apple hurts you and others whether you mean it to or not. Apple will absolutely use these tweets even though you didn't write them for this purpose."
- **Ashley Gjovik to Ifeoma Ozomoa:** [nicer, but essentially… Excuse me?]

## Nov 10 2021 – Public Twitter Post
- **Cher Scarlett** (@cherthedev): Friday is my last day at Apple. I'm taking a bit of time to decide where I'd like to go next, and will announce when I've made that decision. **[956]**
- **Molly White:** I hope this is a positive change, and if not, that you will eventually come to view it as one. Best of luck with everything. I have no doubt you will be great whatever your next journey entails.

---

[951] Twitter, https://twitter.com/mtaibbi/status/1393261472478810113
[952] Twitter, https://twitter.com/gbluvsf/status/145819963702249720, https://web.archive.org/web/20220131030803/https://twitter.com/gbluvsf/status/1458199637022494720
[953] Twitter, https://twitter.com/ashleygjovik/status/1458208573519896576
[954] Twitter, https://twitter.com/cherthedev/status/1458615127259766784, https://web.archive.org/web/20220130075902/https://twitter.com/cherthedev/status/1458615127259766784
[955] Twitter, https://twitter.com/cherthedev/status/1458690653014016007, https://web.archive.org/web/20220130075934/https://twitter.com/cherthedev/status/1458690653014016007
[956] Twitter, https://twitter.com/cherthedev/status/1461078948436054016, https://web.archive.org/web/20220130080036/https://twitter.com/cherthedev/status/1461078948436054016

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

    o   **Beezie Wacks**: cher took a payout which makes her a hypocrite , she quit AFTER settlement not before. she fooled u all and won't tell you what the settlement amount was..grifter ! [957]

## Nov 17 2021 – Bloomberg Interview
- **Mark Gurman**: Cher Scarlett — who helped lead the AppleToo movement — is leaving Apple after reaching a settlement. She'll retract her complaints to the national labor board and her last day is on Friday. [958]

## Nov 17 2021 --- Public Twitter Posts [959]
- **Cher Scarlett** (@cherthedev): Appreciate all of your support. Truly humbled. 🙏
  - o  **Beezie Wacks**: You don't deserve a settlement. You deserved to be fired.
  - o  **Redacted**: Says the troll account created in August, that has consistently being going after people speaking out against apple's practices. #verifiedBadActor

## Nov 17 2021 --- Public Apple Insider Article [960]
*Apple Insider: #AppleToo organizer Cher Scarlett to leave Apple, drop NLRB complaint after settlement*
- **Lkrupp**: So much for principle and wanting to fight for others.
- **Sflocal**: [Cher Scarlett] lost all credibility
  - o  **Sbdude**: Did [Cher Scarlett] have any to begin with?
- **Red Oak**: [Cher Scarlett] has made a career doing this at previous jobs.   She blew up a chance at a lucrative career at Apple. Likely now un-employable in the tech sector. She is the sort of person who is a cancer inside the likes of an Apple
  - o  **Heterotic**: I read the piece in Washington Post, where are you gathering that she did this at previous jobs? The date on her article about Starbucks was after she left, and the Blizzard shit show was made public in July. It doesn't sound like she had legal disputes settled with any previous employer, unless you have access to information we don't? She has 50k followers on Twitter and is a principal swe at Apple. She can get a job anywhere she wants. Also, why does everyone thinks this settlement was financial? The NLRB does not sue companies for violations. If the charge has merit, the most they would do is make them post some kind of notice on a bulletin board (per John Oliver's show last Sunday). It's unlikely the resolution here involved money, unless the dispute also had the weight of EEOC and DFEH behind it.
- **Heterotic**: [Cher Scarlett] filed a charge with the NLRB against Apple for allegedly stopping their employees from discussing their pay. I think you are confusing her with the other woman who got fired. t seems unlikely money was involved here. The NLRB does not assess punitive damages for violations

---

[957] Twitter, https://twitter.com/beezie_wacks/status/1461237552292134920,
https://web.archive.org/web/20220130080157/https://twitter.com/beezie_wacks/status/1461237552292134920
[958] Bloomberg, https://www.bloomberg.com/news/articles/2021-11-17/apple-worker-who-led-protest-movement-leaving-after-settlement
[959] Twitter, https://twitter.com/beezie_wacks/status/1461195527400214530,
https://web.archive.org/web/20220129214233/https://twitter.com/beezie_wacks/status/1461195527400214530
[960] Apple Insider, https://forums.appleinsider.com/discussion/225152; https://forums.appleinsider.com/discussion/225152/appletoo-organizer-cher-scarlett-to-leave-apple-drop-nlrb-complaint-after-settlement;
https://web.archive.org/web/20220128040654/https://forums.appleinsider.com/discussion/225152/appletoo-organizer-cher-scarlett-to-leave-apple-drop-nlrb-complaint-after-settlement

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

of the NLRA other than backpay in cases of wrongful termination and constructive discharge. The most that would come from this would be a post on a bulletin board (watch John Oliver's segment from last Sunday). If the EEOC or DFEH was at play in her "dispute" with Apple, in addition to the NLRB, then it's possible she settled before a lawsuit was filed, but that would be in Apple's favor, not hers. It's unfortunate she seems to be bound by an NDA, as I'm interested to know what prompted her to walk away from a situation that, had discrimination or retaliation been at play, likely would have been much for favorable for her had she not elected to release any potential claims with them. I read her bio in the Washington Post, this doesn't seem to be true. Can you share some information on how she has done this previously? The only thing I could find was that she signed an NDA at a previous company for one month of severance after quitting and didn't realize she was discriminated against and constructively discharged until she filed for unemployment after she had left. Ultimately I sense that the toxic speculation here has come much too soon, and whenever her NDA expires, we'll learn what really occurred here.

- **Beats**: Told everybody [Cher Scarlett] was full of sh** DAY ONE. I have ZERO white knight in my blood. As a person who understands women more than women do, I can see the BS within seconds. Anyone who settles for money had that agenda the whole time. WAKE UP!!
- **Heterotic**: Isn't the point here that Apple **is** an abusive employer? The things that Scarlett has uncovered are that they surveil their employees, intimidate them into silence and loyalty, and suppress their federally protected rights as employees.  If lower wages usually indicate lower quality employees, and some sort of discrepancy is found that the lower wages tend to be women, are you suggesting that women must then be lower quality employees?

### Nov 20 2021 9:36am – Public Twitter Post
- **Timnit Gebru** (@timnitGebru): Known tactic by harassers who retaliate against victims. They prolong the process so much that you want to give up, & others see how miserable you are & know not to do this. Clearly, Google adopts the tactics of wealthy individuals, but supercharged with its unlimited resources.[961]
  - ○ Quote Retweet: **Chelsey Glasson**: My lawsuit against Google is being rescheduled for the third time. Whenever this happens the discovery cutoff is also pushed out, meaning more depositions, more subpoenas, and more discovery questions. In other words, more invasion and more trauma.
- *Liked by: Ifeoma Ozoma; Meredith Whittaker*

### Nov 20 2021 9:36am – Public Twitter Post
- **Cher Scarlett** (@cherthedev): It is so painful having someone claim to be an ally while they actively undermine those they claim to be fighting for.
  - ○ **Beezie Wacks**: Quid pro quo. U take the money from ur employer u besmirch[962]

### Nov 20 2021– Public Twitter Post

---

[961] Twitter, https://twitter.com/timnitGebru/status/1461564377874632711, https://web.archive.org/web/20220131023422/https://twitter.com/timnitGebru/status/1461564377874632711
[962] Twitter, https://twitter.com/beezie_wacks/status/1462684802293788675, https://web.archive.org/web/20220129214533/https://twitter.com/beezie_wacks/status/1462684802293788675

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): In companies where a culture of secrecy and loyalty often lead to self-policing misinformation that ultimately hinders employees from organizing and speaking out, having leadership post company-wide notices can help stop bad actors and give employees the confidence to unionize.
  - Quote Tweet: Reuters: Apple tells workers they have right to discuss wages, working conditions http://reut.rs/3x8LATf
- **Beezie Wacks**: And that is why you cannot have this nice thing. [963]

## Nov 20 2021-- Public Reddit Post [964]
*Reddit: Bloomberg: Apple CEO's Anti-Leak Edict Broke Law, Ex-Employee Alleges*
- **Rulmeq**: > Gjovik, who's in law school. She has a bit more study to go, if she thinks leaking company secrets are the same as discussing your salary.
  - **Ashley Gjovik:** You have it backwards. And a previous presidential appointed exec agency Chair agrees with Gjovik. *(Quote: "The current labor board is very likely to deem statements in Cook's memo illegal, said former NLRB member Wilma Liebman, who chaired the agency under President Barack Obama. "What he's saying here goes too far" by limiting discussion about meetings where workplace issues are addressed, rather than only leaks about intellectual property, Liebman said in an interview. "It's restrictive of people's ability to talk about employment policies.")*
    - **Ashley Gjovik:** How is this getting downvoted?
- **Joyce Kap:** Hotels like Ritz Carlton explicitly states in their employee handbook that personnel can talk about compensation among themselves. Proprietary data, trade secrets and confidential business matters aren't covered by free speech. "*Gjovik, who's in law school*" Why a change of career into law? Does it have to do with no employer wanting to hire a Senior Engineering Program Manager like her ever again?
  - **19Black:** If she keeps at it, soon no law firm will want to hire her ever.
  - **Ashley Gjovik**: Apple's trolls are super hard at work on this thread...
    - **Chinpuku-Man** (account suspended):Do you know this woman personally or something???
    - **Ashley Gjovik:** Do you know Apple personally or something???
    - **Chinpuku-Man** (account suspended):You're a loser Ashley. Making threads about yourself is weird.
    - **Ashley Gjovik:** I'm facing the huge, evil PR team of the most powerful company in the entire world. What would you do?
    - **Chinpuku-Man** (account suspended): I wouldn't be talking about it on Apple forums where my post history may be used against me in the future, that's for sure. It must be an extremely stressful situation, I get it. But the majority of people just don't care about this specific issue enough that you will get anything out of it. The most likely outcome is that

---

[963] Twitter, https://twitter.com/beezie_wacks/status/1462684449766731784, https://web.archive.org/web/20220129214530/https://twitter.com/beezie_wacks/status/1462684449766731784
[964] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/, https://web.archive.org/web/20220129091509/https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

Apple connects the account to you, uses the fact that you've spoken about it to bring it up in court, and then uses your post history against you. Nuke the account and hope for the best.

- ▪ **Ashley Gjovik**: Sounds like you're offering legal advice. Are you a licensed attorney? If so, what's your name so I can sue you for malpractice if I was to follow your advice and get charged for destroying evidence? If you're not an attorney, then you're probably practicing law without a license. Also an issue. Your comment also probably also counts as at least as conspiracy to destroy evidence... in a federal investigation.... I'm not a lawyer and this isn't legal advice, and you should definitely talk to a lawyer to better understand how the law works.
- ▪ **Chinpuku-Man** (account suspended): Nuking the account isn't to hide evidence. It's on the internet. It's here forever. It's to stop you from talking trash. I really don't give a shit about you or Apple tbh. I live on the opposite side of the world, and you're just entertainment at the moment. But sure, my name is Hugh Janus.[965]

- **Joyce Kap:** Its to provide clarity for all stakeholders and to prevent any legal misunderstanding. A lot of labor issues can be resolved if everyone knows the rules and follows them. With the ex-employee I wouldn't want to work with someone who is a gossip of internal matters that does not violate any laws. Like all those product & services leaks.
  - ○ **Ashley Gjovik**: What internal matters are you talking about? Ashley Gjovik's gossip of her concerns about her coworkers being exposed to toxic chemicals at the poorly managed EPA Superfund site her office was on? All the victims of abuse in Apple retails stores who came forward with awful stories of trauma & grief through AppleToo? The retail worker suing Apple for 1.7m for sexual harassment? What "gossip" are you talking about Joyce?
- **Birchyman**: LOL Gjovik really out here creating reddit accounts to post about herself.
- **Messick (**employee):**:** Guess Ashley moved on from Zoe Schaffer. Or, more likely, Zoe moved on from her.
- **Ashley Gjovik**: Harvard Law School On Labor: Today's News & Commentary — October 13, 2021 Link: https://onlabor.org/todays-news-commentary-october-13-2021/ "On Tuesday, former Apple employee Ashley Gjovik filed a complaint with the National Labor Relations Board (NLRB) alleging that certain company policies…"
  - ○ **Ashley Gjovik**: How is a quote from Harvard Law School about the exact topic of this thread downvoted & hidden? Hi Apple, is that you?

## Nov 20 2021 -- Public Reddit Post [966]
*Reddit: Apple tells workers they have right to discuss wages, working conditions*
- • **[Redacted]** Well, in the States at least, Apple could never legal tell them they couldn't talk about those things

---

[965] Reddit, https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/hlp3loh/; https://web.archive.org/save/https://www.reddit.com/r/apple/comments/qymkji/bloomberg_apple_ceos_antileak_edict_broke_law/hlp3loh/
[966] Reddit, https://www.reddit.com/r/apple/comments/qyhhl1/apple_tells_workers_they_have_right_to_discuss/, https://web.archive.org/web/20220129214357/https://www.reddit.com/r/apple/comments/qyhhl1/apple_tells_workers_they_have_right_to_discuss/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **[Redacted]** Google was fined for this:
- o https://www.engadget.com/2019-09-12-google-employees-political-discussions-workplace-issues-nlrb.html
  - ▪ **Ashley Gjovik:** Apple's about to be as well...
  - ▪ https://www.bloomberg.com/news/articles/2021-10-12/apple-ceo-s-anti-leak-edict-broke-the-law-ex-employee-alleges
  - ▪ **Messick (**employee)**::** Might what to read the name of the individual making that complaint, according to this Bloomberg piece, before you make any assumptions of what is "about" to happen.
  - ▪ **Ashley Gjovik:** What are you talking about?
  - ▪ **Messick (**employee)**::** mean, not exactly the best representative for judging what is and what is valid confidential corporate information, don't you think? She had like a half dozen quotes in major publications *before* all the horseshit that got her Reddit famous.

## Nov 20 2021 --- Public AppleInsider Article [967]
*Apple Insider: Apple says workers have right to discuss pay, but scrutiny of employee policy intensifies*

- **Fred257**: Snore…If you have a problem go discuss it. If you think someone owes you something then discuss it. Talk things out or leave for a better job somewhere else. So many employers who are abusive narcissists and or entitled narcissist employees these days. Everyone has struggles. Speak up and or if the workplace sucks find another job.
- **Sflocal**: Employees seem to think they're the ones holding the ball with their employers. Let them have that hard reality check. The reality is that employers high employees because employees provide a specific skill the company needs and are compensated for it. Now, if you don't like the compensation, discuss it. If the employer rejects your request, either accept it or move on. The employer owes you nothing. You're more than welcome to quit, find another job, or start your own company and be on the receiving end. I think this is a result of these adults grown up as children by parents that demanded one too many participation trophies for them because "everyone is in first place".
- **Dewme**: Re: *"Apple has a very long history of labor offenses, both civil and criminal," Gjovik said in a statement to AppleInsider. "They are also facing a major investigation by the NLRB into their internal employee policies and the* threatening memo *Tim Cook sent Apple employees in September. Apple is the biggest company in the world and has more money and power than some nations. We must hold it accountable, we must demand transparency, and we must not look the other way just because we like its gadgets."* This reads like something you'd expect from someone laboring in a coal mine in the 1930s. No, I didn't have to walk 10 miles to school, uphill both ways, and without shoes, subsiding solely on pocket lint, but the pendulum seems to have swung so far in the direction of narcissism and entitlement that it borders on absurdity. Last time I checked Apple wasn't conscripting young people for service or ripping them from the warmth of their mother's arms to work in the salt mines of Cupertino. They do get paid, rather handsomely, coddled with benefits, sheltered in clean and brightly lit offices in museum-like structures festooned with artwork, get to go home at the end of their workday, and are generally able to enjoy lifestyles accessible only to the top 5% of people who work for a living. Please forgive me for not

---

[967] Apple Insider, https://forums.appleinsider.com/discussion/225193 ;
https://web.archive.org/web/20220129214427/https://forums.appleinsider.com/discussion/225193

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

crying a single tear about the "horrific plight" that they must endure to bring the best world class gadgets to the rest of the world, even to those who have to struggle with far fewer benefits than what they seem to take for granted, and in some cases, seem to resent. There is something truly messed up in the brains of these adult-sized children.

**Nov 21 2021 -- Public Reddit Post** [968]
*Reddit: Apple employee's office was on gross EPA Superfund site & Apple fired her for complaining to the government about it*
- **Vdek:** This lady is suffering from paranoid delusions and mental issues. She paid to have her apartment checked professionally and they found nothing odd. Edit: If I'm reading this right, micropsia is Ashley. https://news.ycombinator.com/item?id=28811746
  - o **Ashley Gjovik**: You really think a "c r a z y woman" argument wins compared to an apartment complex built right next to three Superfund sites, a ton of chemicals under it, & with zero vapor intrusion mitigation or monitoring? I guess it is Silicon Valley, so sexist arguments do hold more weight than they should... that whole area is toxic in so many ways.
  - o **Vdek:** Considering no one else has these issues at the absolutely giant apartment site and she had professional monitoring done which showed 0 cause for concern, the facts don't line up with her experiences. If anyone is behaving toxic right now, it's yourself.
  - o **[Redacted]** How do you know that no one else has health issues? They may not even know it.
  - o **Ashley Gjovik:** How do you know if anyone else had any concerns or not? Ugh you're that same troll that was harassing me on HackerNews. Get a hobby, dude.
    - ▪ **Vdek:** No, I can confirm that I am not. I don't really browse HN.

**Nov 22 2021 -- Public Apple Insider Article** [969]
*Apple Insider: Whistleblower casts doubt on Apple's claims that it doesn't silence employees*
- **Jeff Fields:** Anyone else getting a bit weary of complaints that seem to be supported by Cher Scarlett and...basically nobody else and no other evidence? Also, asking someone to sign an NDA does not equate to "silencing" them. This should be blatantly obvious from the get-go, right? But in this case it's even more blindingly obvious: she refused to sign, and here she is complaining to her heart's content. So perhaps I am just dim or obtuse, but I'm having trouble seeing what the actual problem is, here. She wants to be an Apple critic, she apparently planned to be an Apple critic starting about fifty milliseconds after getting hired by Apple, and, lo and behold, here she is being an Apple critic, unhindered. Great. Have at.
- **Red Oak:** What is with your obsession writing about her? It is kinda weird. Especially given you've never reported how she's pulled the same exact thing at previous companies
- **Bosa:** These complainers don't know how good they have it. Try working in Any other country or even Microsoft and see what happens

---

[968] Reddit, https://www.reddit.com/r/bayarea/comments/qz6nkq/apple_employees_office_was_on_gross_epa_superfund/; https://web.archive.org/web/20220129093303/https://www.reddit.com/r/bayarea/comments/qz6nkq/apple_employees_office_was_on_gross_epa_superfund/
[969] Apple Insider, https://forums.appleinsider.com/discussion/225232, https://web.archive.org/web/20220201030122/https://forums.appleinsider.com/discussion/225232

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Slurpy**: Why the fuck does this worthless individual deserve endless articles written about her, as if she has anything meaningful to say? She doesn't. She's a narcissist that's desperate for attention. An NDA isn't "silencing". She started shitting on Apple publically right after she joined. Nothing she says is supported by any real evidence or a meaningful number of employees. This person is an insipid liar with malicious intentions, probably suffers from some mental health issues just like that other one who claimed that Apple is poisoning her, and she shouldn't be treated as some kind of hero. She's not a fucking "whistleblower" and stop defining her as such in your headlines for clicks. It cheapens this site.
- **Beats**: Why does everyone expect Apple to be their personal footstool?
- **Bosa**: This reminds me of the new Documentary on Apple TV "The line." this lady reminds me of the millennial accusers lol
- **Sdw2001**: *Apple is in the midst of controversy surrounding employees organizing*. Is it? Why, because the tech press made it so? It doesn't seem like the rest of the media world cares.  I suspect that's because most people just don't believe that racism and sexism is rampant or even a major problem at Apple.  You have some (former) employees are who are obvious, vapid publicity whores who created the reductive "#AppleToo" to get their 15 minutes and whatever compensation they could.  If there was really a major issue at Apple, you'd see a lot more than some NLRB companies and hashtags.
-

**Nov 24 2021 – Public Twitter.com Post**
- o  **Ifeoma Ozoma** (@IfeomaOzoma): Thanks so much to @cherthedev for her bravery in sharing this evidence of Apple's lies to us and the SEC. I'm so proud to be leading this effort along with @openmicmedia, @WhistleStopCptl, and, @NiaInvest. Ending the use of concealment clauses in employment is our only goal. [970]

**Nov 24 2021 – Public Twitter.com Post**
- **Ifeoma Ozoma** (@IfeomaOzoma): I'm, in turn, grateful for the whistleblowers who have sacrificed so much to help so many others. The folks, like Cher, who have focused on THE WORK in the face of attacks from so many. The work always speaks for itself in the end. [971]
  - o  **Quote Tweet: Cher Scarlett:** I am extremely grateful for the network of whistleblowers, but especially for @IfeomaOzoma. She guided me in bringing #SilencedNoMore to Washington state, and has repeatedly supported me when I'm doing the right thing — even when it's terrifying.[972]

**Nov 27 2021 -- Posts on TeamBlind.com**
- •  **Beanthere**/ **Cher Scarlett** (@cherthedev): Two different agreements. One was from when she fired her first lawyer in October, presumably because of the agreement to the SEC. Business Insider said she did not sign it. They won't pay her, but suing her would be a mess for them.

[970] Twitter, https://twitter.com/IfeomaOzoma/status/1463172829294309399,
https://web.archive.org/web/20220131034748/https://twitter.com/IfeomaOzoma/status/1463172829294309399
[971] Twitter, https://twitter.com/IfeomaOzoma/status/1463520100971999240 ;
https://web.archive.org/web/20220130044256/https://twitter.com/IfeomaOzoma/status/1463520100971999240
[972] Twitter, https://twitter.com/cherthedev/status/1463493794968444932;
https://web.archive.org/web/20220130044304/https://twitter.com/cherthedev/status/1463493794968444932

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Beanthere** / **Cher Scarlett** (@cherthedev): It's a different agreement she reached with her new attorney as a non-board settlement in November. It says the article she asked for them to carve out specific language to allow her to speak about her personal experiences that would be protected in January and they would not add it, but she signed it anyway. She violated that, and as I said, they won't pay her, but suing her would likely cost them a lot more than whatever they recover. As far as I know, this woman has no net worth, so there's nothing for them to take.

- **Beanthere** / **Cher Scarlett** (@cherthedev): You cannot bankrupt someone with nothing in the bank. That was my point. Didn't A leak IP? And I don't know here "cases." The only news of them comes from her own reports. I'll believe any of this when there's actual coverage that doesn't seem to just be a narcissistic grifter creating news about herself for attention.

- [Unknown User]: Despite C not having any cases against apple now or proof of anything, she ironically did spend a lot of time accusing A of being a liar. Is this C's new account? C, do you really have nothing better to do after leaving Apple than to comment on Apple Blind posts?

- **Beanthere** / **Cher Scarlett** (@cherthedev): I was talking about both of them, but yikes. ): I can't make a new Blind account with access to the Apple section. I don't have an Apple email address anymore. Where did I publicly accuse "A" of being a liar? Did I use that word? I'll wait

- [Unknown User]: A Principal Engineer should know you can change your account name in profile settings

- **Cher Scarlett** (@cherthedev): I'm better at writing software than using it

- [Unknown User]: Looked like Cher was commenting as Beanthere then switched her account name back after she got caught. Principal level stuff is right.

- [Unknown User]: Whether or not she is doing the right thing, people who do not work for Apple anymore should not be in this channel. She keeps reporting internal discussions. Reported her comment above and asked Blind to re-verify account. Hope more people do the same.

- **Cher Scarlett** (@cherthedev): Lmfao. I got what I needed, so y'all feel free to keep bashing me in my absence. It's been a pleasure.

## Nov 29 2021 – Public Twitter Posts

- Winnie the Winner (@WC47362463) It sounds like you had a hard time or took everything too personally. Did you talk to am unbias professional about your challenges?[973]

- **Ashley Gjovik:** Hey, look! Winnie the Winner's back! The Apple sock puppet accounts only come out when Apple gets scared. Yeah, Apple, that's right, we're not giving up [974]

- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): This is a really clever way to call out these suspicious accounts! [975]

---

[973] Twitter, https://twitter.com/WC47362463/status/1465419195315752961;
https://web.archive.org/web/20220210044252/https://twitter.com/WC47362463/status/1465419195315752961
[974] Twitter, https://twitter.com/ashleygjovik/status/1465465472455827457
[975] Twitter, https://twitter.com/Female_in_tech/status/1465517777230442503 ;
https://web.archive.org/web/20220210042932/https://twitter.com/Female_in_tech/status/1465517777230442503

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Tess Mercer/Lena Luthor** (@TaftBiz): Ashley should use the API to get the Account and Posting IDs for forensics. She wants to win millions, right? Many victims don't know they can do that. It's part of Social Network Analysis, OSINT, digital forensics. Screenshots can be edited #Apple [976]

---

[976] Twitter, https://twitter.com/TaftBiz/status/1465666809818869767 ;
https://web.archive.org/web/20220210044103/https://twitter.com/TaftBiz/status/1465666809818869767

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## DECEMBER 2021

### Dec 1 2021 – Public Twitter.com Post

- **Ashley Gjovik:** This. I faced unexpected & brutal bullying from another activist for months. You may have even seen her in my DMs telling you not to support me. The more I push back on power inequalities & press games, the more I'm personally attacked. I'm not staying quiet; this is a pattern. [977]
  - **Retweet [Redacted]** by the way, i fully expect to receive hate over private channels from prominent whistleblowers for saying what i just said. the toxicity and bullying i've seen behind the scenes this past week—since a previous thread trying to address a media blind spot—is extremely dismaying.[978]
- **Ashley Gjovik:** I didn't speak up because: solidarity, collective action, unity, all that. But here I am, fighting systems of abuse, while I'm being abused & keeping quiet about it. We need to be ok having open discussion abt how we interact with each other, in order to make the progress we want[979]
- **Ashley Gjovik:** We need to accept that true "collective action" doesn't have a spokesperson. Stories of reform detail actual work being done & discuss everyone doing that work. A narrative of progress looks at years, not weeks. It looks at outcomes, not noise. I want real change. Let's do it. [980]
- **Ashley Gjovik:** I also feel guilty. I kept quiet about this abuse, and now that person is also abusing Kate and others. I wish I could have stopped it. We've all already suffered so much. [981]
  - **[Redacted]** I honestly had no idea this was happening, that's awful. We all *should* be in this together, and I think my nature is to assume that's the case. I understand why you wouldn't want to name this person but I don't know how to hold them accountable for their actions.
  - **Ashley Gjovik:** Thank you! I hope we don't have to name her. I hope she realizes how detrimental her actions are & knocks it off.[982]

### Dec 2 2021 – Public Twitter.com Post

- **Shantini Vyas**: I'm really struggling with all the negativity recently so I'm trying to share some kindness. If you like this Tweet and I know you, I'll reply with a compliment. [983]

---

[977] Twitter, https://twitter.com/ashleygjovik/status/1466157082290253824
[978] Twitter, https://twitter.com/krotondo/status/1466132997518725124
[979] Twitter, https://twitter.com/ashleygjovik/status/1466159720452870145
[980] Twitter, https://twitter.com/ashleygjovik/status/1466159720452870145
[981] Twitter, https://twitter.com/ashleygjovik/status/1466165887338090497
[982] Twitter, https://twitter.com/ashleygjovik/status/1466304989840560129
[983] Twitter, https://twitter.com/_shantini_/status/1466426081792040961,
https://web.archive.org/web/20220129191425/https://twitter.com/_shantini_/status/1466426081792040961

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Shantini Vyas**: **Cher Scarlett,** you're so very smart and insightful. I love your perspectives. Also, your ability to know when someone needs help. [984]
- **Shantini Vyas**: **Kev Kitchens** you always bring a smile to my face with your humor and compassion![985]
- **Shantini Vyas**: **Bryan Bartow** @bryanbartow where do I begin. There have been so many times I'm grumpy and I get a response from you that makes me laugh so hard. I'm still sad we never got to work together.
  - o **Brian Bartow:** I was just about to ask you instead of a compliment JUST COME BACK PLZ, but you beat me to it.[986]
- **Shantini Vyas**: **Sarah Kim** @____skim Sarah you're so open and honest and I feel I relate to so much of what you share. Also you're funny as hell.
  - o **Sarah Kim:** o my god this was the sweetest thing thank u ;;;;;;; i also really appreciate your openness and honesty and your willingness to speak up on sensitive matters [987]
- **Shantini Vyas: Adrian Eves**: @swifteves wow where do I begin. You're just so accepting. I don't know anyone with a bigger heart [988]
- **Shantini Vyas: Ben Gannin**: @bgannin you're so passionate about what you believe in![989]
- **Jeff**—(@Darchmare): I know what you mean about the negativity lately with... <gestures broadly>. The inherent toxicity can really bring a person down. Anyhow, I hope your friends offer up some positivity for you soon.[990]
  - o *Liked by Shantini Vyas*

## Dec 2 2021 – Public Twitter.com Posts
- **Ashley Gjovik:** I'm glad Apple retail worker stories are getting more attention, but I don't approve of publicly naming the person who committed suicide (unless their family consented). I'm also concerned about providing such graphic details about the suicide. It's unnecessary & disrespectful. [991]
- **Ashley Gjovik:** Hey @reckless can you please either remove the last section or add a huge fucking trigger warning at the top. This article was SO graphic, I feel a day-long PTSD-episode/panic attack situation coming on. I cannot get that horrific image out of my head. This was legit reckless.[992]

## Dec 3 2021 – Public Twitter.com Posts

[984] Twitter, https://twitter.com/_shantini_/status/1466543613538553857,
https://web.archive.org/web/20220129201425/https://twitter.com/_shantini_/status/1466543613538553857
[985] Twitter, https://twitter.com/_shantini_/status/1466553165126733827 ,
https://web.archive.org/web/20220129201438/https://twitter.com/_shantini_/status/1466553165126733827
[986] Twitter, https://twitter.com/bryanbartow/status/1466465800357875716 ,
https://web.archive.org/web/20220129201516/https://twitter.com/bryanbartow/status/1466465800357875716
[987] Twitter, https://twitter.com/_shantini_/status/1466452230404337669,
https://web.archive.org/web/20220129201453/https://twitter.com/_shantini_/status/1466452230404337669
[988] Twitter, https://twitter.com/_shantini_/status/1466542418828816389
https://web.archive.org/web/20220129201459/https://twitter.com/_shantini_/status/1466542418828816389
[989] Twitter, https://twitter.com/_shantini_/status/1466543718132256769,
https://web.archive.org/web/20220129201505/https://twitter.com/_shantini_/status/1466543718132256769
[990] Twitter, https://twitter.com/Darchmare/status/1466427916213006337,
https://web.archive.org/web/20220129201513/https://twitter.com/Darchmare/status/1466427916213006337
[991] Twitter, https://twitter.com/ashleygjovik/status/1466472685752487943
[992] Twitter, https://twitter.com/ashleygjovik/status/1466476900650475538

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Ok here we go, the warning didn't work Cher listed me in past tense, linked to an article that hurt me, & said nothing abt me after 2016 Cher knows I had to request a Restraining Order against someone listed I never gave Cher legal advice & that's not the AppleToo origin story [993]
  - o **Retweet:** We've read stories from hundreds of our colleagues anonymously, but today we'd like to revisit some of our other colleagues whose struggles have been more public over the past couple decades. From #AppleToo to Apple Together. Time to think equitable. https://medium.com/appletoo/from-appletoo-to-apple-together-7fe06a77ac36 [994]
- **Ashley Gjovik:** Cher Scarlett has been bullying me for months. She used AppleToo as a vehicle for it. AppleToo was originally women supporting me and helping me manage coming forward. We were expanding it to capture stories. Cher demanded to be added to the group & I was ejected within days**.** [995]
- **Ashley Gjovik:** I didn't say much through all it. I tried to take the higher ground. But it's been exhausting, infuriating, & extremely painful Cher even went so far as to tell reporters not to talk to me or cover my story, & some of them listened. I'm done staying quiet [996]
  - o **Quote Tweet:** This. I faced unexpected & brutal bullying from another activist for months. You may have even seen her in your DMs telling you not to support me. The more I push back on power inequalities & press games, the more I'm personally attacked. I'm not staying quiet; this is a pattern. [997]
- **Ashley Gjovik:** Why did Cher put me in past tense & only cover info before 2017? Well I hear Cher's apparently going around telling people I made up the retaliation, I'm lying for attention, my claims with the gov are meritless, & she tells them I'm racist & a predator. So, no. Unsubscribe. [998]
- **Ashley Gjovik:** And one more thing, this website they just launched, its literally just copying my iWhistleblower site. You know what would have been cool? If we could have just worked together... you know, like collective action is supposed to go. https://iwhistleblower.org/cases--news.html [999]
- **Ashley Gjovik:** One more, I honestly don't think its a coincidence she listed one of my most traumatic Apple experiences, captured & published without my consent by a reporter (all of which she knew) - under the suicide note, right after I was talking about being triggered by suicide details [1000]
- **Ashley Gjovik:** The day before Cher published that blog post, I mentioned the exact person/article and said it was going to give me a day-long PTSD episode/panic attack. Then Cher publishes her customized stack-ranked activist list putting a sentence about suicide directly above my name. [1001]
- **Ashley Gjovik:** The cruel lies traveled beyond Twitter & gatekeeping me from reporters. They spread to forums & comments. I assume they made it to Apple's Slack & beyond. Did Apple provoke it? Amplify it? Who knows; probably. I'm sure Apple enjoys it. Cher's more effective than a troll farm. [1002]

---

[993] Twitter, https://twitter.com/ashleygjovik/status/1466904401298165760
[994] Twitter, https://twitter.com/AppleLaborers/status/1466845479006707714
[995] Twitter, https://twitter.com/ashleygjovik/status/1466905741550252032
[996] Twitter, https://twitter.com/ashleygjovik/status/1466905964225843203
[997] Twitter, https://twitter.com/ashleygjovik/status/1466157082290253824
[998] Twitter, https://twitter.com/ashleygjovik/status/1466907132100419590
[999] Twitter, https://twitter.com/ashleygjovik/status/1466907494878367744
[1000] Twitter, https://twitter.com/ashleygjovik/status/1466909103104557056
[1001] Twitter, https://twitter.com/ashleygjovik/status/1467629028861349893
[1002] Twitter, https://twitter.com/ashleygjovik/status/1467711536772763651

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** I was trying to take the high road & not draw attention. Tried to ignore it, but it was spreading. Tried to fight it quietly, but she has 50k followers- it spread like wildfire. I'm not afraid of the lies. I'd tell someone else to stand up for herself, so now I'll do the same. [1003]
  - **Redacted:** Apple can really just go fuck itself.
- **Ashley Gjovik:** UGHHH YES APPLE IS THE WORST!!! As much as Cher has been driving me nuts, I always reminded myself, I'm sure Apple's behind the scenes pulling strings and provoking her to do this shit. She probably doesn't even know it. [1004]
- **Ashley Gjovik:** Receipts (since you know that's how I do): -8/3 I suggest creating a pay transparency spreadsheet -8/4 I explain ER is forcing me on leave and won't even let me even wait one day to take it - 8/13 Reed invented "AppleToo" -8/17 Pre-AppleToo: she says "wait, include me, hello" [1005]
- **Ashley Gjovik:** Recepts, cont - 8/20, Her lawyer wants to sue Apple (AppleToo launched a week after) - 9/14, Gjoviked - 9/16, day after my GFM launched - 11/1, after I get my EEOC Right to Sue letter [1006]
- **Ashley Gjovik:** Receipts: Blind [1007]
- **Ashley Gjovik:** Receipts, Cont. - 8/17, I own http://AppleToo.net - 10/16, I complain about WaPo not mentioning me once ("centering", "lying") - Reddit - More... Like, ok, I guess this explodes now, but this has been a dumpster fire and I just want to do some actual work in peace & quiet.[1008]
- **Ashley Gjovik**: Talked to someone abt the harassment campaign Cher organized against me & all of the gatekeeping she pulled w/ the press. This person told me about GamerGate. I'm speechless after watching this video. This is the kind of abuse been dealing with for months. [1009]
- **Ashley Gjovik:** The abuse in GamerGate was "perpetrated under the dubious guise of ethics in journalism." So many of her posts echoed the words "ethics," "lies/liar," and focused on the press not covering my story because they had "ethics," I had none, and I was a "liar." This is the script. [1010]
- **Ashley Gjovik:** Those Oct 16 "liar" posts were after I posted this about not being covered by some press outlets, ones that I learned she was working very closely with... [1011]
- **Ashley Gjovik**: I don't know if Cher and Shantini (another ex-coworker) were working together, but after Shantini's awful posts on Sept 1st, Cher started echoing this hurtful propaganda everywhere - getting her followers to parrot it & even getting the press to write about it. [1012]
- **Ashley Gjovik:** This all giving me panic attacks and PTSD episodes as soon as it started. I shared publicly about that But they kept going. They didn't care about how sick I got last yr, all the abuse the last 7yrs, my battle this year It go more intense, more offensive, more personal [1013]
- **Ashley Gjovik:** This one deserves some kind of spotlight [1014]

[1003] Twitter, https://twitter.com/ashleygjovik/status/1467713214876028934
[1004] Twitter, https://twitter.com/ashleygjovik/status/1466907862332936193
[1005] Twitter, https://twitter.com/ashleygjovik/status/1466915637758857219
[1006] Twitter, https://twitter.com/ashleygjovik/status/1466916587449946112
[1007] Twitter, https://twitter.com/ashleygjovik/status/1466916988261855236
[1008] Twitter, https://twitter.com/ashleygjovik/status/1466918009356750850
[1009] Twitter, https://twitter.com/ashleygjovik/status/1467623119007354882
[1010] Twitter, https://twitter.com/ashleygjovik/status/1467623769850081283
[1011] Twitter, https://twitter.com/ashleygjovik/status/1467624061916180484
[1012] Twitter, https://twitter.com/ashleygjovik/status/1467624487537369089
[1013] Twitter, https://twitter.com/ashleygjovik/status/1467625231858634756
[1014] Twitter, https://twitter.com/ashleygjovik/status/1466927149827321856

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Besides the facts that I didn't leak IP & that I was forced on leave, discrimination against someone based on whether they have children or not is discrimination based on sex. If she was an employer, that statement would violate EEOC/Title VII [1015]
- **Ashley Gjovik:** Also, if Cher really thought I leaked IP, why didn't she report me to Apple Global Security (her team) in the ten days she knew exactly what would be in that Verge article before it was published. [1016]
- **Ashley Gjovik:** I slept 12hrs last night. Slept like the dead. It was such a relief to finally get this off my chest. The bullying is bad enough, but trying to keep it secret so it didn't hurt the movement was eating away at me & blocking me from healing. I regret suffering silently for so long. [1017]

## Dec 3 2021 – Public LinkedIn Post to Gjovik
- **Nebojsa Bjegovic** "IP leaks are something you get fired for… so you basically did it on purpose to get attention." [1018]

## Dec 3 2021 – Public Twitter.com Posts
- **[Deleted]**
- **Ashley Gjovik:** It's so critical for journalists to actually check facts, find numerous (un-biased) sources, & focus on the issues with context. I wish someone would go in & retroactive fact-check just to show how much as been taken on people's word alone. Misinformation doesn't help anything. [1019]
  - **[Redacted]** What's crazy is that once something gets published and cited, it's treated as gold!
  - **Ashley Gjovik:** Exactly! And they rarely ever retract or correct, even when shown evidence to the contrary of what was printed (& what was printed wasn't even fact checked). Then other articles link to the misinformation and keep repeating it. So broken. [1020]

## Dec 3 2021 – Public Twitter.com Posts
- **Timnit Gebru:** I have seen Cher work with & help so many ppl behind the scenes, while going through so much on her own. The work you see in public isn't even half of it. And that's usually how it is with this things. Thank you for focusing on the work & your integrity despite so much bullshit. [1021]
  - **Quote Tweet: Cher Scarlett**: Apple has been systematically cutting down on organizing in Slack since May. Hundreds of Apple workers, mainly from Retail, have been finding space to

---

[1015] Twitter, https://twitter.com/ashleygjovik/status/1466928813523173376
[1016] Twitter, https://twitter.com/ashleygjovik/status/1466935034749722627
[1017] Twitter, https://twitter.com/ashleygjovik/status/1467248290726961155
[1018] LinkedIn,
https://www.linkedin.com/feed/update/urn:li:activity:6862193603557634048?commentUrn=urn%3Ali%3Acomment%3A%28activity%3A6862193603557634048%2C6872640687947567104%29,
https://web.archive.org/web/20220129184824/https://www.linkedin.com/feed/update/urn:li:activity:6862193603557634048?commentUrn=urn%3Ali%3Acomment%3A%28activity%3A6862193603557634048%2C6872640687947567104%29
[1019] Twitter, https://twitter.com/ashleygjovik/status/1466971862194290688
[1020] Twitter, https://twitter.com/ashleygjovik/status/1466972600228192257
[1021] Twitter, https://twitter.com/timnitGebru/status/1466932289246531584,
https://web.archive.org/web/20220130044152/https://twitter.com/timnitGebru/status/1466932289246531584

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

continue talking about important issues. Now there's a place to go get resources and find it. http://appletogether.org[1022]

- **Cher Scarlett:** Thank you, truly repeatedly honored with your friendship and support. The light of the truth shines bright.[1023]

## Dec 4-5 2021 – Posts on TeamBlind.com

- **Porcupine**: I was on slack channels watching this unfold and as usual Ashley is completely full of shit. Please please stop giving her any attention. It's a shame she is trying to make an internal discussion about pay equity and fair treatment be about her.
- **typography**: I hate accusing people of sock-puppetry, but the only explanation I see is maybe the thread was started by Ashley herself. We're all guilty of some gossipy-ness but it's hard to imagine anyone this invested in the feud between these two people or who gets credit for "appletoo" Ashley popped up at least once on Hacker News posting under multiple user names.
- **[Unknown User]:** So you're stalking Ashley?
- **Typography**: Hardly. I periodically check in on blind and regularly read hacker news, when the topic popped up on HN I read it as a person interested in Apple, given that I work for the company

## Dec 6 2021 – Public Twitter.com Post

- **Ashley Gjovik:** I get these social media trend notifications (yeah, Apple I keep an eye on things) & apparently after I exposed the horrific abuse I was subject to by Cher Scarlett over the last few months, 3 prominent activist leaders "unfollowed" me this weekend We don't gatekeep "solidarity" [1024]
  - o **Ashley Gjovik:** I put all my cards on the table with receipts. I have fed & state gov investigating. I'm about to file a lawsuit & I'm a law student w/ a 3.8 GPA. I don't care who unfollows me. I'm gonna win these lawsuits, become a lawyer, & I support anyone else fighting for a better world. [1025]
  - o **Ashley Gjovik:** So, current mood is still: [Ron Swanson: I regret nothing. The end][1026]

## Dec 8 2021 – Private Email via My Website Contact Form

- **"The Messenger":** Remember what Jesus Christ taught about retaliation. You are retaliating back at Apple. Matthew 5:38-4 "You have heard that it was said, 'An eye for an eye and a tooth for a tooth.' But I say to you, Do not resist the one who is evil. But if anyone slaps you on the right cheek, turn to him the other also. And if anyone would sue you and take your tunic, let him have your cloak as well. And if anyone forces you to go one mile, go with him two miles..."[1027]

## Dec 9 2021 – Public Posts on Twitter.com

---

[1022] Twitter, https://twitter.com/cherthedev/status/1466873194027962376, https://web.archive.org/web/20220130044156/https://twitter.com/cherthedev/status/1466873194027962376
[1023] Twitter, https://twitter.com/cherthedev/status/1466934861885632514, https://web.archive.org/web/20220130044641/https://twitter.com/cherthedev/status/1466934861885632514
[1024] Twitter, https://twitter.com/ashleygjovik/status/1468020708009696001
[1025] Twitter, https://twitter.com/ashleygjovik/status/1468028457321861121
[1026] Twitter, https://twitter.com/ashleygjovik/status/1468028966007021571
[1027] The Messenger, IP 74.82.60.40 (Fremont, California 94536), (**Corporate IP,** Hurricane Electric)

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): On 9/2/21, I sent a list of 4 demands to Apple. One was a company-wide memo clarifying employee rights including discussing pay & working conditions. After months of fighting, they agreed to do it as part of a non-board settlement. They only posted it the week everyone was off. [1028]

- **Cher Scarlett** (@cherthedev): Despite the fact that there was no requirement for a time period, the agreement clearly stated "in a prominent and visible location on the People site. I'd argue all day that 7 days while no one is online for a holiday is absolutely not prominent and visible.

## Dec 10 2021 – Public Posts on Twitter.com

- **Cher Scarlett** (@cherthedev): Toxic white feminism always ignores the damage the lack of introspection into intersectionality to center their own feelings of being wronged. The impact is the further oppression and erasure of BIPOC for the sake of "feminine solidarity," which only upholds systemic racism. **[1029]**

## Dec 11 2021 – Public Posts on Twitter.com

- **Ashley Gjovik:** If folks have qs about my concerns about Cher Scarlett harassing me, plz feel free to DM me. I'd prefer to stop talking abt it publicly. Now that I've exposed what she's done, I don't want the convo to focus on this instead of the work. Also, here's hoping she makes things right. [1030]
  - **Quote Tweet: Ashley Gjovik:** Correct. It's hard for me to do work when she calls me a liar, tells reporters not to talk to me, & Apple employees to shun me & not feel bad about it because "I'll be just fine because I don't have children." [1031]
- **Ashley Gjovik:** There's only so long you can ignore this level of defamation & harassment. [1032]
  - **Quote Tweet: Ashley Gjovik:** I don't know if Cher and Shantini (another ex-coworker) were working together, but after Shantini's awful posts on Sept 1st, Cher started echoing this hurtful propaganda everywhere - getting her followers to parrot it & even getting the press to write about it. [1033]
- **Ashley Gjovik:** Today, she publicly bragged about gatekeeping Kate & I from access to the press: [1034]
  - **Quote Tweet: Ashley Gjovik:** Today, Cher responded via subtweet to my complaints abt her harassment, defamation, & bullying. She called me a racist & a child. She admitted she did intentionally gate-keep my (& others) access to the press, preventing us from telling our stories or advocating for our causes. [1035]
  - **Ashley Gjovik:** Her actions speak for themselves abt her integrity. She shouldn't intimidate anyone else. Her behavior is not sustainable. Speak up! Your voices & stories are powerful

---

[1028] Twitter, https://twitter.com/cherthedev/status/1469024317874659337,
https://web.archive.org/web/20220129183240/https://twitter.com/cherthedev/status/1469024317874659337
[1029] Twitter, https://twitter.com/cherthedev/status/1469363497121185794,
https://web.archive.org/web/20220129182106/https://twitter.com/cherthedev/status/1469363497121185794
[1030] Twitter, https://twitter.com/ashleygjovik/status/1469813931275259905
[1031] Twitter, https://twitter.com/ashleygjovik/status/1469806906491342849
[1032] Twitter, https://twitter.com/ashleygjovik/status/1469808331619389444
[1033] Twitter, https://twitter.com/ashleygjovik/status/1467624487537369089
[1034] Twitter, https://twitter.com/ashleygjovik/status/1469912158636937217
[1035] Twitter, https://twitter.com/ashleygjovik/status/1469907406662496256

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

enough they do not need her amplification. There is no gate-keeping the truth. The truth always comes out. [1036]

- **Ashley Gjovik:** Exactly. Cher says she's fighting censorship (Silenced No More) while also actively censoring victims who don't submit to her or who she did not pre-approve to speak out Cher's forcing her own version of an NDA on us. Instead of $ fines, if we break her NDA we're racists & liars [1037]

## Dec 11 2021 – Public Posts on Twitter.com

- **Cher Scarlett** (@cherthedev): Honestly seeing the white women from 4 separate instances of racist comments and willfully ignoring racial blind spots in the name of white feminism come together is reliving. Makes it clear I made the right choice in exercising the boundary of ejecting them from amplification. [1038]
  - *Liked by: Amanda Harrison (@realcoolamanda); Timnit Gebru (@timnitGebru); Terra Field (@RainofTerra); B. (@bpagelminor); Ifeoma Ozoma (@IfeomaOzoma);*
- **Ifeoma Ozoma**: Also
  - ***Retweet***: *[Redacted] Complete solidarity among women is not necessary to dismantle the patriarchy. Thinking otherwise keeps power in white women's hands (and thus unchanged).*
    - *Liked by: Cher Scarlett, (@cherthedev), Timnit Gebru (@timnitGebru); Margarat Mitchell (@mmitchell_ai)*
- **Cher Scarlett** (@cherthedev): Evergreen tweet
- **Cher Scarlett** (@cherthedev): Whenever someone points out their commentary about these situations it reminds me of this:
  - *[Image: Simpsons "Am I so out of touch? No. It's the children who are wrong."] [1039]*
  - *Liked by: Timnit Gebru (timnitGebru); Ifeoma Ozoma (@IfeomaOzoma)*
  - **Amanda Harrison** (@realcoolamanda): ILY
    - *Liked by Cher Scarlett (@cherthedev)*

## Dec 13 2021 -- Public Twitter Posts

- **Cher Scarlett** (@cherthedev): One of the most frustrating things about being a loud, public face for any movement is when people will question your motives. I read some comment the other day that journalists should stop quoting individuals. Ridiculous. So many people told me they spoke out because I did. [1040]
  - ***Liked by: Amanda Harrison (@realcoolamanda); Scott Anguish (@sanguish); Digital Tara (@digitaltara)***

---

[1036] Twitter, https://twitter.com/ashleygjovik/status/1469909553688895490
[1037] Twitter, https://twitter.com/ashleygjovik/status/1470128731201040384
[1038] Twitter, https://twitter.com/cherthedev/status/1469706762831814657,
https://web.archive.org/web/20220129183819/https://twitter.com/cherthedev/status/1469706762831814657
[1039] Twitter, https://twitter.com/cherthedev/status/1469708290850377728,
https://web.archive.org/web/20220129183813/https://twitter.com/cherthedev/status/1469708290850377728
[1040] Twitter, https://twitter.com/cherthedev/status/1470571589771177992,
https://web.archive.org/web/20220129182326/https://twitter.com/cherthedev/status/1470571589771177992

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): The work speaks for itself. If someone wants to question your integrity, or whether or not you're authentic and genuine they should talk to you about it, and if they don't, the truth is that they wanted any sliver of a reason to tear you down, regardless of the truth. [1041]
  - *Liked by Amanda Harrison (@realcoolamanda)*
- **Cher Scarlett** (@cherthedev): "Lions don't concern themselves with the opinions of sheep." I used to think this quote was egotistical, but now, I get it. I see people misunderstand what they read, and believe full-out fabricated nonsense that borders conspiracy, day-in and day-out. There's no reaching them. [1042]
  - *Liked by Amanda Harrison (@realcoolamanda)*
- **Cher Scarlett** (@cherthedev): They don't know how exhausting it is to repeat yourself 10x a day to 10 outlets and have it distilled into something that the paper's readers will understand and how minimizing it feels. They don't feel the weight of thousands of messages looking for help, hope, or hate. [1043]

## Dec 13 2021 – Public MacRumors.com Article [1044]
*MacRumors: U.S. Labor Department Opens Investigation Into Apple*

- **PlutoPrime**: I wouldn't be so quick to think the employee is the one that was wronged (without knowing the full context). We live in woke-infested times and some people have hijacked the progressive aspects of social reforms to whine about everything and treat _everything_ that they disagree with as discrimination.
  - *Liked by: Red Oak*
- **TheYayAreaLiving:** Get the popcorns ready! Investigation? Just go through the tweets. Everything is on this Twitter account. https://mobile.twitter.com/ashleygjovik
- **[Redacted]** One day we can hope all companies will be liable. Hopefully the investigation isn't just another fine.
  - **TheYayAreaLiving:** Most likely it will be changes to the internal policies.
  - **The Cappy:** Say what?? Even ignoring the allegations about the employee refusing to honor their confidentiality agreements… she complains about everything about her working environment but doesn't want to leave? And you just happily swallowed that nonsense hook, line, and sinker. As you say, "Hopefully the investigation isn't just another fine." Because it sure sounds like a toxic employee got the axe.
- **[Redacted]** Why are there so many here defending a faceless, multi trillion dollar company? Apple. Doesn't. Care. About. You.

---

[1041] Twitter, https://twitter.com/cherthedev/status/1470572103912996865,
https://web.archive.org/web/20220131034545/https://twitter.com/cherthedev/status/1470572103912996865
[1042] Twitter, https://twitter.com/cherthedev/status/1470572468662267904,
https://web.archive.org/web/20220129182003/https://twitter.com/cherthedev/status/1470572468662267904
[1043] Twitter, https://twitter.com/cherthedev/status/1470573318595964931 ,
https://web.archive.org/web/20220131034543/https://twitter.com/cherthedev/status/1470573318595964931
[1044] MacRumors, https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/;
https://web.archive.org/web/20220128205014/https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/; https://web.archive.org/web/20220128205208/https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/page-2 ; https://web.archive.org/web/20220128210642/https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/page-3; https://web.archive.org/web/20220128211126/https://forums.macrumors.com/threads/u-s-labor-department-opens-investigation-into-apple.2327395/page-5

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

o **PlutoPrime:** Apple is not a faceless sentient alien. Apple is the collective of all the humans that dream to build and create hardware & software, art, and technology. They go to work everyday and work their butts off. It's hard to coordinate large groups of people working together flawlessly. There'll always be problems. Apple is the collective of shareholders who believe in Apple's mission and success as a company, and choose to own & buy apple stock. It's a strange narrative to distill all of that to a "faceless trillion dollar" evil corporation.
  ▪ *Liked by: Red Oak*
o **The Cappy:** Goes triple for you and that toxic employee who got canned. And the people heading that investigation? Do they care about you? Nonsense. They will posture and utter the incantations of caring that make the gullible shiver with delight. But they mostly care about the power they wield, which is why the investigation will be about Apple and not a better-deserving, less headline-grabbing company.
- **TehFalcon:** A lot of Apple employee's are just spoiled and out of touch with reality, and cry when they don't get something they want, meanwhile reality is that they work at one of the best places to work.
  o *Liked by: Red Oak*
- **Anthogag:** Perhaps Ashley is a square and doesn't fit in Apple's round campus. Maybe Ashley is looking for door number 1, the 50 million dollar wrongful dismissal exit
- **Oiumetnick:** I've been following her drama on twitter since she initially requested to be placed on leave. This woman is deranged. She claims that because her office was located on a toxic waste site, it made her sick, she thinks Apple is secretly spying on her, so she god rid of all her Apple gear. She belongs in an institution. That being said if there is actual workplace harassment, sexual harassment, etc, Apple needs to do something about it or the DoL will.
  o *Liked by: Red Oak*
  o **Genovelle:** She had the option of paying for her own personal phone for person use, but she chose to use only the Apple supplied iphone and delete data when it was to be inspected. She violated company policy.
    ▪ *Liked by: Red Oak*
  o **AxiomaticRubric:** It definitely sounds like paranoid schizophrenia. Have some compassion though. It is literally the worst disease anyone can possibly have.
- **Genovelle:** Right!!! Somehow the tend to consistently get great Employee ratings. There will always be a vocal minority that believes they should be babied. Well that is crap. If they are not doing the job and get called on it, they think they are entitled to a free ride.
- **Macsorcery:** there are plenty of other places to work if one feels mistreated by apple... but apple is probably more tolerant of kooks than most fortune 500 companies..
  o **[Redacated]** So we should let companies abuse employees, breaks employment laws, etc, because they could always just quit?? I see. You aren't a business owner are you?
    ▪ **Genovelle**: It sounds like you believe the deranged woman who seems to have a pattern of crazy complaints and not just regarding apple. Ask her apartment complex where she claims fumes make her sick even when her own tests found nothing
      ▪ Liked by: *Red Oak & Oiumetnick*
- **Appleseed84:** So employee signs NDA and gets fired for leaking classified info?
- **tYNS:** She's got cool looking eyes. Apple is a business. If you are caught sharing company intellectual property, you get fired. This is pretty well established since its founding. People here are making

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

assumptions about apple before actually hearing apple's side of the story. I am sure Apple has their reasons and they don't do these things unless justified. Apple will present their case in court, and then the courts decide. Till then, I wouldn't assume anything.

- o  [Redacted] Is it known that she did?
    - ▪ **tYNS:** I believe that is their reasoning for firing her. Apple isn't just going to release their reasons to the general public.. I am sure they discussed this with the lady. If she wants to take them to court, the courts will see apples reasoning. again, let the courts decide. People on the internet are not privy to the full story and are only hearing this lady's public arguments.
    - ▪ **tYNS:** no one called them truth tellers. This is employment related where you are hearing one side of the story. Apple will not comment in public about an employees performance, that for sure would get them into a law suit with the employee. It's a private matter. I am not sure I recall a time apple was charged and fined for saying, "a few devices" or "in some cases". It's generic banter which is not untruthful. Just because people want to think they were wronged, doesn't mean apple as a company did something wrong.
- o  **tYNS:** No, she apparently said the building was on a toxic hazardous site. According to financial times. "Gjovik's original complaints stemmed from mid-March, when she cited "chemical exposure" concerns at her Apple office in Sunnyvale, California. The facility is located on a Superfund site, requiring special oversight owing to previous contamination by hazardous waste materials beneath the building. When Apple sent an email about wanting to test the site for "vapour intrusion", Gjovik's questions about it were rebuffed by Apple's employee relations department. "They intimidated me not to speak about my safety concerns," Gjovik alleged."
- -  [Redacted] Nice to see MR *finally* acknowledging this story after ignoring it for months. I know it's a fine line that has to be walked for the sake of protecting your access to Apple, but MR has been the only Apple-centric blog to not report on this and other labor related issues at Apple. Not a good look.
- -  **Tridley68:** She's gone good riddance to the kook now she's looking to cash in if anything Applies Should find her a good place to get the proper medical treatment
- -  [Redacted] Why does this post allow comments? Nobody here knows anything about this case, and a series of uniformed opinions adds nothing to the "community." The misogynism also should give the moderators and Arn pause, but I guess page views are page views.
    - o  **Macsorcery:** Because it's a discussion board. Nope. Girls can be criticized also. Equity.

### Dec 14 2021 -- Public Twitter Posts
- -  **Cher Scarlett** (@cherthedev): Random strangers: "She got millions from Apple!" Reality: "Can't play the bills from lawyers for $91,000" [1045]
- -  **Cher Scarlett** (@cherthedev): To clarify, the severance I agreed to in exchange for release of personal claims was ~ a year's salary, and roughly half of that was for attorney's fees. Because I blew the whistle on the first agreement, and later discussed the terms of the settlement, they won't be paying. [1046]

---

[1045] Twitter, https://twitter.com/cherthedev/status/1470830581265043461 ,
https://web.archive.org/web/20220130012039/https://twitter.com/cherthedev/status/1470830581265043461
[1046] Twitter, https://twitter.com/cherthedev/status/1470835296572903426 ,
https://web.archive.org/web/20220130012312/https://twitter.com/cherthedev/status/1470835296572903426

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Beezie Wacks:** Get over yourself. Nothing is gonna change because you said so. It will change because women in roles who know the legal system and put in years of education and real work will make it happen. You just tweet, while others do the actual work. [1047]
- **Cher Scarlett** (@cherthedev): Half of it WAS for attorney's fees. They aren't paying for the reasons listed in the tweet you're referring to.
- **Beezie Wacks** (beezie_wacks)**:** You should take responsibility for your choice. Don't complain when you play the part of "I'm the savior of all these ppl who don't make enough, I gave up a lot!" No you didn't. Ashley showed ur texts. You wanted a big payout. [1048]
  - o [Redacted] Beside harassing women, what else do you do?
  - o **Beezie Wacks** (beezie_wacks)**:** Tweet out opinions like everybody else. U? [1049]

## Dec 14 2021 – Public 9to5Mac.com Article
*9to5Mac: US Department of Labor agrees to investigate Ashley Gjøvik complaint against Apple*
- **Kaibelf**: She seems like a professional complainer as well as a nut based on her crazy Twitter feed. This should be fun. [1050]

## Dec 18 2021 5:11pm --- Public Twitter.com Posts
- **Cher Scarlett** (@cherthedev): I worked at Apple. I was vocal about workplace issues. I had legitimate concerns about some pieces of technology that because of certain company policies, I could not discuss publicly. I can tell you for certain there are people in that company, and all big tech, who express concerns and are ignored. The surprise is feigned. [1051]
- **Cher Scarlett** (@cherthedev): If I could do it all over again, I'd spoken openly about EVERY concern I had that could be at all tied to public safety. I'd have done more due diligence about things like AirTags and hear concerns from people who worked on it and taken it straight to the press. [1052]

## 🍏 DEC 19 2021 TRUTHOUT ARTICLE PUBLISHED [1053]

## Dec 20 2021 -- Public Reddit Posts [1054]
*Reddit: Apple Employee Blows Whistle on Illegal Spying and Toxic Working Conditions*

---

[1047] Twitter, https://twitter.com/beezie_wacks/status/1470988695092166656,
https://web.archive.org/web/20220130012118/https://twitter.com/beezie_wacks/status/1470988695092166656
[1048] Twitter, https://twitter.com/beezie_wacks/status/1470989374410018819 ,
https://web.archive.org/web/20220130012327/https://twitter.com/beezie_wacks/status/1470989374410018819
[1049] Twitter, https://twitter.com/beezie_wacks/status/1471002721885069312 ,
https://web.archive.org/web/20220130012152/https://twitter.com/beezie_wacks/status/1471002721885069312
[1050] 9to5Mac, https://9to5mac.com/2021/12/14/ashley-gjovik-complaint-against-apple-investigated/;
https://web.archive.org/web/20220128063203/https://9to5mac.com/2021/12/14/ashley-gjovik-complaint-against-apple-investigated/
[1051] Twitter, https://twitter.com/cherthedev/status/1472374080175149056 ,
https://web.archive.org/web/20220130012341/https://twitter.com/cherthedev/status/1472374080175149056
[1052] Twitter, https://twitter.com/cherthedev/status/1472374559512817668 ,
https://web.archive.org/web/20220130012343/https://twitter.com/cherthedev/status/1472374559512817668
[1053] Truthout, https://truthout.org/articles/apple-employee-blows-whistle-on-illegal-spying-and-toxic-working-conditions/ ;
https://twitter.com/cherthedev/status/1476617028039446534
[1054] Reddit, https://www.reddit.com/r/technews/comments/rkyslb/apple_employee_blows_whistle_on_illegal_spying/;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Ultratiem**: Ashley Gjøvik. Ugh. She has yet to show anything damning. She has made a boatload of claims though, from sexual assault to hostile working conditions. Here's all her material. Go through it if you want: https://www.ashleygjovik.com/ashleys-apple-story.html She seems like a Karen I'm sorry, trying to find something wrong with everything. Especially the chemical exposure thing. I don't want to dismiss it, but it's hard to track what's going as she seems to have some kind of problem every step of the way. Also, most companies monitor their internal networks and what people do on them. I don't think that's actually illegal. And I mean it's Apple. A place of legendary secrecy. [1055]

- o **Ultratiem**:  I don't know much about her outside of the Apple accusations but from what I've seen she's seem hell bent on shitting on everything. I mean I'm all for change. For exposing wrongdoing and making things better. But there is also the option to just be like "hey thanks guys, I don't think I fit in here, appreciate the opportunity but ima head out." You'd leave on a positive note and then just go do your think. TBH, outside of all the buzz she's getting, it really feels like she's committing career suicide.
- o **Ultratiem**:  Visions of that lady who was trying to steal packages from a home because the home got too many packages. The guy slaps her arm with the box and she falls on the ground screaming "you killed me" *eye twitch
- o **Ultratiem**: They did let her go. She was let go officially for sharing internal material, which is against every company policy, I mean you sign an NDA (which she broke but I bet she doesn't see anything morally wrong with that). She went on a tirade over the expression "open the kimono". I mean I get it. I don't conjure pleasant images there. Sort of like the expression "don't let the bed bugs bite." Just ugh. But I doubt everyone that says it is a misogynistic POS. She just has so many problems with everything. I have been treated way worse by former employers and even clients. Told I was trash. An idiot. My work was garbage. Etc. I have never seen that level of antagonism from anyone she has posted conversations with. Even the manager that told her she needed to work on her tone was pleasant but her and her ilk took at as totally, outrageously condescending. I feel like she gas-lights herself and starts pointing fingers. But it makes headlines, so here we are.
- **Birchyman**: FYI – OP = Gjovik
- **Loops___**: According to her linkedin, she's now getting a law degree so probably setting herself up for a pretty spiffy corporate litigation career once she's out of college. this woman is the definition of a nightmare employee. [1056]
  - o **theJamesKPolk**: I'd be willing to bet she has a book coming. Gotta build the hype train. Most of her accusations are nothing burgers.
  - o **Ouimetnick**: She seems like someone who suffers from paranoia.
- **StopTop**: Gjovik is one of those people who make a living suing companies. The amount of complaints is absolutely ridiculous. I think she has a lawyer friend going through the CFR searching for things to sue the richest company in the world for in hopes of getting a settlement. She made the same "built on

---

[1055] Reddit, https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/; https://web.archive.org/web/20220129065206/https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/

[1056] Reddit, https://www.reddit.com/r/apple/comments/rkn815/apple_employee_blows_whistle_on_illegal_spying/; https://web.archive.org/web/20220129065223/https://www.reddit.com/r/apple/comments/rkn815/apple_employee_blows_whistle_on_illegal_spying/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

toxic waste" complaint on the owner of the apartment she lives in. A wanna be Erin-Brockavich-hero loony SF liberal who probably sues everyone she works for or interacts with. I'm sure she will soon be sitting on that city's council and making alot more peoples life miserable.[1057]

- o **[Redacted]** How do you know this?
- o **StopTop**: I read her website. And just deduced she had a victim mindset from her language. Plus the wide variety of complaints and government agencies she's reported to. She comes off as a super karen. She's reported alleged unsafe work conditions, toxic environmental issues, retaliation, curtailment of speech and surveillance. She's reported to OSHA, the Securities Exchange Commission, EPA, Dept. Of labor, labor relations board, etc. And something tells me the 10s of media articles published about her are not because they were particularly interested in this person's complaints. I think she's reaching out to the media as well. And I didn't see anything about her coworkers backing her up. The "curtailment of free speech" argument is bs, she can have a personal computer right next to the corporate one and say whatever she wants on her own hardware. I've known people like that in real life and have known small businesses owners who spent thousands on frivolous lawsuits from workers who know that settling is cheaper than legal defense. I don't "know" it, but I am fairly convinced of it. And I'm not trying to defend this giant corporation, but these type of people who thrive on victimology need to be called out at the very least.
  - ▪ **[Redacted]** Oh I see thank you, this makes sense. It's just I wouldn't be surprised if said giant corporation did not employ web crawling for certain articles, for damage control. In the end if she is lying, said giant corporation has nothing to worry about. Edit: grammar
- - **Enough_Ladder9623:** I've followed Ashley pretty closely and she strikes me as either being completely paranoid or having minimal experiences to justify what she claims. Like one time she was popping off about apple spying on people and she just cited the terms of service that says apple and it's partners have a right to your data…not some internal app or data service that actually *does* this. In an internet and phone company I worked at we had access to consumer data to include porn consumption. But I didn't whistleblow because no one was exploiting it, and as an org and individual groups, we took steps over time to mask and only expose limited staff to that data. There was groups where that data got "raped" as I was told, commercially, but what that employee meant was that we sold patterns of behavior not that we are looking up individuals. Still glad I got out. There was a few ass employees. but what I will say is that most of the time, when an employee has a problem they leave before sticking around to see some good and driving the change they wanted to see. It takes more patience than most people have and it's easier to just be confrontational rather than properly political in an enterprise. IMO whistleblowers suffer from protagonist syndrome because they don't try to position themselves reasonably over time to fix the change, they just implode and see themselves out - often via an insulting confrontation or a face palm action.
  - o **Enough_Ladder9623:** I think you're not seeing or identifying what I am proposing with any tangibility and I wish you'd see that. I'm not saying whistleblowing has no value, but per company it definitely has diminishing returns after the initial, and I'm saying there's more value to be had with someone who can both identify whatever the issue is, stay resolute in the morales,

---

[1057] Reddit, https://www.reddit.com/r/privacy/comments/rl862m/apple_employee_blows_whistle_on_illegal_spying/, https://web.archive.org/web/20220129073700/https://www.reddit.com/r/privacy/comments/rl862m/apple_employee_blows_whistle_o n_illegal_spying/

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

and also rise high enough in these enterprises to make a difference. Ashley Gov. in the article here the ex apple employee could've done much more in my opinion if she stayed the course. There's already been apple and google employees who've raised a flag. She basically raised a flag and got fired for how she presented it both internally and externally which signals she could've done that with a bit more grace.

- **Rophendia:** How many of you have actually read the entire article? Anyone knows what is the result of the actual air quality test? Without any proof of the site is "unsafe", this entire thing just looks like an angry Karen

- **Singed_Butthairs:** She also leaked work emails and documents before she was fired. And was making the exact same complaints as a whistleblower for her apartment complex six months earlier

- **RomanAthens:** Tomorrow's headline: Apple Whisleblower found dead of heart attack at 22 (never mind the double tap, nothing to see here).[1058]


**Dec 20 2021 -- Public Twitter.com Posts**

- **Cher Scarlett** (@cherthedev): I'm never going to apologize for holding people and systems accountable. I'm never going to apologize for telling the truth. I reflect on how I do, and adjust accordingly based on that impact so that I reduce my own harmful footprint. If you want to twist it, it's on you. [1059]

- **Cher Scarlett** (@cherthedev): Maybe try your own self-reflection, instead of trying to find ways to tear me down and make yourself a victim. [1060]

- **[Apple Employee]:** I've got no dog in the hunt, but from the outside, I'd recommend you stop working against Ashley. You're ultimately more aligned than not, and it *looks like* you're continually lying about her (as she has the receipts). She's not trashing you. Which is a terrible look for you [1061]

  - **NoMoreHateMate2:** Ashley isn't the only ex-Apple to accuse Cher of harassment. @krotondo also says that Cher harassed her. A former Blizzard colleague also reported her for harassment. She's had 5/6 jobs in 5 years and publicly criticized all of them.  @SeattleCCA @fredhutch  will learn the hard way [1062]

[1058] Reddit, https://www.reddit.com/r/technews/comments/rkyslb/apple_employee_blows_whistle_on_illegal_spying/, https://www.reddit.com/r/technews/comments/rkyslb/comment/hpg6bzu/?utm_source=share&utm_medium=web2x&context=3, https://web.archive.org/web/20220203083024/https://www.reddit.com/account/sso/one_tap/?experiment_d2x_2020ify_buttons=enabled&experiment_d2x_sso_login_link=enabled&experiment_d2x_google_sso_gis_parity=enabled&experiment_d2x_more_replies_signup_interstitial=enabled_throttled_daily&experiment_d2x_onboarding=enabled&d2x_google_onetap=onetap
[1059] Twitter, https://twitter.com/cherthedev/status/1476617028039446534 , https://web.archive.org/web/20220130012603/https://twitter.com/cherthedev/status/1476617028039446534
[1060] Twitter, https://twitter.com/cherthedev/status/1476617189759205376 , https://web.archive.org/web/20220130012557/https://twitter.com/cherthedev/status/1476617189759205376
[1061] Twitter, https://twitter.com/adi/status/1476664711244562434 , https://web.archive.org/web/20220130012550/https://twitter.com/adi/status/1476664711244562434
[1062] Twitter, https://twitter.com/mate2_no/status/1476728704705474572 , https://web.archive.org/web/20220130012645/https://twitter.com/mate2_no/status/1476728704705474572

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): I'm not working against her, and I've never lied about her, either. Her "receipts" are out of context. I have witnesses and my own receipts. I'm just not going to use my platform to destroy anyone to prove myself. [1063]

- **Cher Scarlett** (@cherthedev): If you want to believe what she says, even when she's literally taking my words in her own screenshots that have nothing to do with her, making it about her, and also changing the meaning, nothing I can ever say to you will change your mind. You believe what you believe [1064]

- **[Apple Employee]:** I dunno - a ceasefire would be better for both of you. Regardless. It seems like you're both working to a similar-ish goal or telling a similar-ish story. Better to agree to focus on shared interest. I don't have context, but I'd argue better to not work against each other. That's all. Purely an observation. Godspeed to you both otherwise [1065]

- **Cher Scarlett** (@cherthedev): I'm definitely hopeful she will stop using her platform and sockpuppet accounts to harass and defame me (along with other victims and a dozen or so journalists). I agree it would be in everyone's best interest. [1066]

- **[Apple Employee]:** Just looks like you trashing her behind the scenes, her saying "this person is trashing me; sure wish she'd stop. It's not true though. Here is proof." Rinse, repeat. And people you trash her to side w/ her. You're both more aligned than not overall (from the outside). [1067]

- **Cher Scarlett** (@cherthedev): I suggested another victim get comment from Apple or proof about something she wrote that to my knowledge, from speaking with the person it was about, to protect herself. She did leak IP, and posted the evidence of it, which is now cited in Apple's defense. Is that fair to me? [1068]

- **Cher Scarlett** (@cherthedev): This company has destroyed my mental health, threatened to sue me, and left me saddled with attorney's fees no normal person can afford. And I have to be cited to prove that a termination wasn't retaliatory, and somehow *I* am in the wrong. I didn't do anything to be put there. [1069]

- **Cher Scarlett** (@cherthedev): I tried to talk to her. I tried to write nice things about her. I ignored all of the damage she has caused me, but quietly warned a handful of people about her behavior towards other people. I refused to corroborate misrepresentations of fact, and provided contrary evidence. [1070]

---

[1063] Twitter, https://twitter.com/cherthedev/status/1476680996388892689,
https://web.archive.org/web/20220130012656/https://twitter.com/cherthedev/status/1476680996388892689
[1064] Twitter, https://twitter.com/cherthedev/status/1476681230619799557 ,
https://web.archive.org/web/20220130012657/https://twitter.com/cherthedev/status/1476681230619799557
[1065] Twitter, https://twitter.com/adi/status/1476681775539802121 ,
https://web.archive.org/web/20220130012709/https://twitter.com/adi/status/1476681775539802121
[1066] Twitter, https://twitter.com/adi/status/1476682168122363906,
https://web.archive.org/web/20220130012726/https://twitter.com/adi/status/1476682168122363906
[1067] Twitter, https://twitter.com/adi/status/1476681543175311374,
https://web.archive.org/web/20220130012921/https://twitter.com/adi/status/1476681543175311374
[1068] Twitter, https://twitter.com/cherthedev/status/1476684139826802689 ,
https://web.archive.org/web/20220130012656/https://twitter.com/cherthedev/status/1476680996388892689
[1069] Twitter, https://twitter.com/cherthedev/status/1476684475677306888,
https://web.archive.org/web/20220130012743/https://twitter.com/cherthedev/status/1476684475677306888
[1070] Twitter, https://twitter.com/cherthedev/status/1476685163660603403 ,
https://web.archive.org/web/20220130013103/https://twitter.com/cherthedev/status/1476685163660603403

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): All of the evidence I provided were her own words. Period. [1071]
- **[Apple Employee]:** All I'm saying is that neither of you (individually) has an interest in saying a single negative word about the other. Publicly or privately. The game theory is "universal support to help the overall story". No comment otherwise. Just my take. [1072]
- **Cher Scarlett** (@cherthedev): idk about universal support, but believe me, I clearly misjudged a couple of people I warned, and won't be doing so again. Appreciate your perspective, though. [1073]
- **[Apple Employee]:** I'd say that at a minimum, the best thing for you both would be to stay in message and never point out any issues either of you have with the other (publicly or privately). Even continuing to say "she leaked IP" rather public & private support for each other is counterproductive. [1074]
- **Cher Scarlett** (@cherthedev): fair [1075]
- **Goo (@StopItCOVID):** Both want to make a name for themselves and take credit for spearheading a jihad. They will both ultimately fail as much as Hillary Clinton did in her presidential bid. Just watch. 🍿 [1076]

### Dec 21 2021 6:31pm – Public Twitter.com Post
- **Cher Scarlett** (@cherthedev): It's hard to be quiet when someone throws dirt on your name. It gets easier when the truth is behind you and you know people will wait and trust it to settle. [1077]

### Dec 22 2021– Public Twitter.com & Medium Post [1078]
- **Cher Scarlett** (@cherthedev): I told you all I was in the ER on Monday night, waiting for a bed in an ambulance. It's because I died a clinical death, and needed access to life support before the opioid blocker wore off. [1079]
  - **Goo** (@StopItCOVID): Are you people blind? She bought a Percocet off someone. She's an addict and she admitted to relapsing. Why are you wanting to reward her? Go reward the homeless people who sleep in freezing temps. She's got a roof and they don't. [1080]
    - **Goo** (@StopItCOVID): Besides isn't your husband going to help you pay those bills? Why aren't you telling Twitter about him? Is he still addicted to drugs too? [1081]

---

[1071] Twitter, https://twitter.com/cherthedev/status/1476685281646374928 ,
https://web.archive.org/web/20220130013108/https://twitter.com/cherthedev/status/1476685281646374928
[1072] Twitter, https://twitter.com/adi/status/1476685683741835264,
https://web.archive.org/web/20220130013114/https://twitter.com/adi/status/1476685683741835264
[1073] Twitter, https://twitter.com/cherthedev/status/1476688426455822344 ,
https://web.archive.org/web/20220130013128/https://twitter.com/cherthedev/status/1476688426455822344
[1074] Twitter, https://twitter.com/cherthedev/status/1476685228223741960 ,
https://web.archive.org/web/20220130013136/https://twitter.com/adi/status/1476685228223741960
[1075] Twitter, https://twitter.com/cherthedev/status/1476690922146463745,
https://web.archive.org/web/20220130013255/https://twitter.com/cherthedev/status/1476690922146463745
[1076] Twitter, https://twitter.com/StopItCOVID/status/1476831719231684609 ,
https://web.archive.org/web/20220130013159/https://twitter.com/StopItCOVID/status/1476831719231684609
[1077] Twitter, **DELETED**, See screenshot instead
[1078] Medium, https://cherp.medium.com/i-died-on-monday-night-708d0d2f8806
[1079] Twitter, https://twitter.com/cherthedev/status/1473828123103817728
[1080] Twitter, https://twitter.com/StopItCOVID/status/1476452653496295425
[1081] Twitter, https://twitter.com/StopItCOVID/status/1476453239415394307

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Goo** (@StopItCOVID): Buying drugs? You're a bad model for your daughter. You deflect your addictive behaviors. Rather than get psychiatric help, you made a dumb choice and now you want the world to feel sorry for you. Shame on you.[1082]
- **Cher Scarlett** (Medium): I filed a charge against Apple, and asked for company-wide affirmation of employee rights. After months of fighting, they posted a notice during the week of Thanksgiving, while everyone was off. In an earlier global all-hands (marketing video?), they gave us canned responses, leaving many frustrated that they had no intention of sincerely addressing our workplace concerns. Unsurprisingly, it ended up in the press. Several colleagues inferred I was "the leaker" of those definitely-not-confidential details. Despite the executives disagreeing with those sentiments, they said nothing. I slipped into a very dark place and requested medical leave for what would become one of my worst bipolar episodes. Leadership asked me to stop talking about the company for the "headaches" I was giving them, and followed up with a threatening email saying that "leakers" "don't belong" at Apple. I was quiet while I recovered, until Janneke Parrish, my #AppleToo co-leader, was investigated under a false pretext and terminated.  At the end of my tenure, I was isolated, had my Slack messages surveilled and used against me, learned that Apple had access to my personal iMessages, and received several reports of requests to disparage me and my statements. The playbook became clear: divide groups and conquer with small concessions, ostracize "disgruntled employees", and silence those with legitimate claims.  I was left jobless ("we want you, but come back in a few months") and forced to rethink whether I belonged in tech anymore, and if I did, maybe I was being too picky. During this same time, a few women embarked on a harassment campaign against me, including abusing Wikipedia to diminish me and perhaps most disgustingly refer to my childhood abuse as "alleged." They determined I had slighted them all in some way, and quite possibly most hilariously, have some warped idea that I am controlling the press, and not simply being honest about what I've witnessed and giving evidence where necessary. Why? Because I care about doing the right thing. Always.  Over my life, I've witnessed the ways certain people will stop at nothing to destroy anything they think is in their way, and the damage they may cause. They ignore the ripples they leave behind them because they aren't even looking for them. They don't consider how their actions will affect other people. I see their words and I know my impact. I have my integrity, and will continue to have my integrity, because when  questioned I have done one thing, and continue to do that one thing: I tell the truth. When someone defames you, what can you do? You can fight with them, letting the story become a soap opera that does exactly what they set out to do to (center themselves), or you can continue to do the right thing, continuing to circle back to what matters: holding those who do harm accountable.  That doesn't mean, though, you'll be unaffected. I haven't been, and I've been too ashamed to talk about the ways that these women, Apple, and my other harassers have affected me. I've been scared that someone will find a way to use it against me. Sincerely, fuck all of that. I relapsed, and I didn't lose my 11 years of previous sobriety. I relapsed, and I'm not just a junkie. I relapsed, and I'm not a bad person. I didn't shoot heroin or snort cocaine again, but I dabbled and explored what I thought could make the stress I was under manageable, while still being a responsible mother to my teenaged daughter. All of this culminated with my life ending clinically for 8 minutes on Monday night, when I took what looked like a Percocet to take the edge off. It wasn't Percocet at all, it was Fentanyl, and it sent me almost immediately into cardiac arrest. I'm alive after two doses of Narcan, 8 minutes of CPR, and a defibrillator jolt to my chest. I still have to find a

---

[1082] Twitter, https://twitter.com/StopItCOVID/status/1476434012507762691

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

way to pay $92,000 in attorneys fees, what I imagine is quite an awful emergency room bill, and I'm still in a massive pile of debt from my days in poverty trying to come up with ways to get my electricity turned back on with an infant in tow. The things people have said about me still weigh on me. I know there will be more. This time: I'm ready for it.

**Dec 21 2021 – Public Twitter.com Post**

- **Cher Scarlett** (@cherthedev): They've also made a veiled threat to sue me. I have nothing for them to take. I'm sure suing a destitute single mother with bipolar disorder will really help your shiny image you care so much about, though. [1083]
  - o ***Quote Tweet***: ***@ZoeSchiffer:*** *Apple recently refused to pay a substantial portion of @cherthedev's settlement agreement because she leaked information about Apple's alleged use of concealment clauses in separation agreements.*

**Dec 22 2021 – Public Twitter.com Post**

- **Cher Scarlett** (@cherthedev): I'm currently unemployed. Apple is threatening to sue me and I have $92,000 in attorneys fees I have no way to pay. I gave up my severance and COBRA. I did this to hold Apple accountable. If you are an Apple shareholder, please vote to audit the use of concealment clauses. [1084]

- **Cher Scarlett** (@cherthedev): Apple was quick to try to coerce me into signing a document that solicited a list of names of those who gave me material information as part of an unfair labor charge, to withdraw that charge without addressing it, and then silence me and stop me from helping other employees. [1085]

- **Cher Scarlett** (@cherthedev): Anyone who knows me knows I would never sign what they gave me, even during a terrible bipolar episode and in the face of a "get out of debt free and move on with your life card". Apple only believed I would do this because this is what they do. This is systemic, not sporadic. [1086]

- **Cher Scarlett** (@cherthedev): I told you all I was in the ER on Monday night, waiting for a bed in an ambulance. It's because I died a clinical death, and needed access to life support before the opioid blocker wore off. [1087]

- **Shantini Vyas** (@_shantini_): Fuck, Cher. I'm so sorry. You can reach out to me at any time. [1088]

---

[1083] Twitter, https://twitter.com/cherthedev/status/1473421774607900672,
https://web.archive.org/web/20220130013438/https://twitter.com/cherthedev/status/1473421774607900672
[1084] Twitter, https://twitter.com/cherthedev/status/1473726048353374208,
https://web.archive.org/web/20220129191906/https://twitter.com/cherthedev/status/1473726048353374208
[1085] Twitter, https://twitter.com/cherthedev/status/1473726601141624839,
https://web.archive.org/web/20220130013450/https://twitter.com/cherthedev/status/1473726601141624839
[1086] Twitter, https://twitter.com/cherthedev/status/1473726960283049984,
https://web.archive.org/web/20220130013458/https://twitter.com/cherthedev/status/1473726960283049984
[1087] Twitter, https://twitter.com/cherthedev/status/1473828123103817728 ,
https://web.archive.org/web/20220130013504/https://twitter.com/cherthedev/status/1473828123103817728
[1088] Twitter, https://twitter.com/_shantini_/status/1473832061777903617,
https://web.archive.org/web/20220130013513/https://twitter.com/_shantini_/status/1473832061777903617

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Dec 22 2021 – Public Twitter.com Post** [1089]
- **Timnit Gebru:** I am happy Cher is here with us to tell her story. I am sorry you have to go through so much. I'm grateful for all the things you've done for us, no one person should bear that burden. I wish more people would take this on so that people like you wouldn't have to bear so much.
  - **Retweet: Cher Scarlett:** *I told you all I was in the ER on Monday night, waiting for a bed in an ambulance. It's because I died a clinical death, and needed access to life support before the opioid blocker wore off. https://cherp.medium.com/i-died-on-monday-night-708d0d2f8806*
- **Meredith Whittaker** (@mer_edith): Amen. Solidarity @cherthedev
  - **Cher Scarlett:** (@cherthedev) Thankful for both of you. All of your support means the world to me.

**Dec 23 2021 – Public Reddit Post** [1090]
- **Neoform:** Pssst, that Twitter account is run by two crazy former employees, one [Cher Scarlett] recently lied about being dead for 8 minutes to garner sympathy.
  - **Neoform:** She said she received CPR for 8 minutes and merely had bruises… that's not how CPR works. She'd also still be in the hospital.
  - **Neoform:** I don't doubt she Oded, she's a former addict. That of course does not mean she was dead for 8 minutes and had CPR for that long.
- **Loops___:** you have a fundamental misunderstanding how of the market works. workers are paid according to prevailing market conditions (i.e. the alternates). in that regard Apple is already a standard-setter for other retailers. worker's aren't paid, as you suggest, based on how well the company is doing or how much a profit the company is making. Apple isn't a profit-sharing company. downvote if you want, but its the truth.
  - **Loops___:** From your comments it doesn't seem like you understand how it works at all. Capitalism works the way capitalism works, not the way you think it should work. People are paid according to the prevailing market rate, not according to what they or you think they deserve to be paid
  - **Loops___:** We're not. The people against this "strike" are against it on principle and against ppl victimizing themselves for no reason
- **Ouimetnick:** Damn these folks are greedy. I've worked retail for 7 years and am glad to be done, but Apple treats retail workers better than most other companies. How about you leave and get a job elsewhere if retail is that bad? That's what I did, and that's why retail has a high turn over. It's a high stress, demanding job and people don't realize how tough it usually unless they've worked it themselves.
  - **Ouimetnick:** Having been to several Apple Stores this year, they aren't what they used to be. I remember back 2007-2013, my local store had a bunch of super knowledgeable employees that loved what they were doing and taught me a thing or two. Now I find that I'm teaching the employees basic things that they really should know. They aren't very knowledgeable, and don't really know much about tech. Even the intelligence/helpfulnesses of Genius employees has gone

---

[1089] Twitter, https://twitter.com/timnitGebru/status/1474181146643399172,
https://web.archive.org/web/20220129193055/https://twitter.com/timnitGebru/status/1474181146643399172
[1090] Reddit, https://www.reddit.com/r/apple/comments/rnqlbd/updated_list_of_demands_for_applewalkout/;
https://web.archive.org/save/https://www.reddit.com/r/apple/comments/rnqlbd/updated_list_of_demands_for_applewalkout/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

down. Very sad! Apple Stores used to be special to me, but I don't go there unless I REALLY want to check out a new product or buy something. The culture has changed, but again, if you don't like the retail environment, leave. That's what I did and I'm happy I did so. If these low level retail employees expect to be treated like kings and queens, Apple will just replace them or close the store. People working in retail are disposable, not just at Apple, but everywhere. For the most part, there seems to be plenty of happy Apple retail employees, and I think that maybe the bitter ones have their expectations set too high.

o **Ouimetnick**: Not really. I don't think that retail is sustainable long term for anyone, that's why retail has high turn over. Apple already treats their retail employees better than most other retailers. Quit being greedy and selfish and be thankful for the opportunities you have. Work in another field if retail burns you out, I did, and lots of my retail coworkers changed jobs as well. I'm sure Apple can do better, but you want to be protected from rude customers? Come on! It's part of the job. Some old lady yelled at me to turn my hearing aids up. Don't take it personally, just move along.

o **Ouimetnick**:I'm not lookin for a buddy, I'm looking for someone who knows about Apple's products and has a passion for Apple products.

## Dec 24 2021 – Public Reddit Post [1091]
*Reddit: Apple Workers Walk Out On Christmas Eve, Demanding Better Working Conditions*

▪ **PacManDaddy:** I am a strike buster and I ordered something from Apple.com yesterday and I also made a few in app purchases yesterday. If these 50 workers don't like their job, then go find another one. I do not care about them or their perceived grievances. [1092]

## Dec 26 2021 – Public Posts on Twitter.com

- **Ashley Gjovik:** Hey @Apple, did you know that 18 U.S. Code § 1513 (Retaliating against a witness, victim, or an informant) is incorporated into Dodd Frank whistleblower protections via 15 USC §78u-6(h)(1)(A)(iii)? New to me! Working on this memo now. [1093]

  o **Amanda Harrison** (@realcoolamanda): glad to know this [1094]

- **Ashley Gjovik** According to the book looks like... You learning I filed a tip to the FBI informing them you appear to be breaking federal & international law (31 CFR Parts 542, E.O. 13338 & 13582, 22 USCS Section 287c)... Then you firing me three days later... Is... um... Not good for you. [1095]

## Dec 29 2021 – Public Posts on Twitter.com

---

[1091] Reddit, https://www.reddit.com/r/apple/comments/ro0qkg/apple_workers_walk_out_on_christmas_eve_demanding/; https://web.archive.org/web/20220128100415/https://www.reddit.com/r/apple/comments/ro0qkg/apple_workers_walk_out_on_christmas_eve_demanding/

[1092] Reddit, https://web.archive.org/web/20220202200805/https://www.reddit.com/r/apple/comments/ro0qkg/apple_workers_walk_out_on_christmas_eve_demanding/hpz9v3v/?context=3

[1093] Twitter, https://twitter.com/ashleygjovik/status/1475274853091479556

[1094] Twitter, https://twitter.com/realcoolamanda/status/1475379998404055042, https://web.archive.org/web/20220206040210/https://twitter.com/realcoolamanda/status/1475379998404055042

[1095] Twitter, https://twitter.com/ashleygjovik/status/1475284630123073541

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** You guys, again, I really want to stop talking about this witch, but Cher Scarlett is now in another Apple whistleblower's DMs saying this about me. Cher's doing this in shadows for months and it's been driving me fucking crazy. I will shine light on it as long as she keeps up.[1096]
    - o **Ashley Gjovik:** 1) True: I didn't get a lawyer until after Apple fired me 2) I didn't get the money because I wouldn't sign an NDA. I didn't ask to be suspended. 3) Cease & desist... I assume is Verge from the same Trump U lawyers harassing me about IP. 4) Never said that. [1097]
    - o **Ashley Gjovik:** More on 4: The texts with her abt selfies my phone was automatically taking of me naked & uploading to Apple Her response was "WHAT THE FUCK IS THIS" She says I didn't say it was invasive. Here I'm literally texting her I'm sharing because its invasive [1098]

## Dec 29 2021 – Public Posts on Twitter.com
- **Ashley Gjovik:** Cher Scarlett just said she plans to be a defense witness for Apple against me in my whistleblower retaliation cases. Ms #AppleToo plans to defend Apple against a safety whistleblower. Cher, maybe find some lies to tell that are less easily disprovable. [1099]
    - o **Ashley Gjovik:** Wait, you guys, that means Apple will call Cher to testify against me and the goddamn NLRB for my charges. Cher will on the side of Apple, against the NLRB.
    - o **Ashley Gjovik:** Has anyone asked Cher if she's planning on testifying against any other Apple employees in defense of Apple? Or if she shared with Apple any of those hundreds of private stories Apple employees sent her for AppleToo? I've been worrying about that a lot since I learned abt this. [1100]
- **BabyHummingbird** (gluvsf): Seriously?! Beyond fcked up. I'm so sorry.[1101]

## Dec 29 2021 – Public Posts on Twitter.com
- **Cher Scarlett** (@cherthedev): White feminism is toxic to its core, and there is no path forward in embracing it. Talking about intersectionality, including racial blindspots and racist actions/behaviors, is imperative to dismantling white supremacy AND the patriarchy. **[1102]**
- **Cher Scarlett** (@cherthedev): One of the hardest things about moving these conversations to 1:1 is the ways that white feminism will create a fake narrative and play victim to avoid acknowledging their behavior and learning and growing from it. Instead, everyone else becomes an abuser, and they slanderers. [1103]

## Dec 29 2021 – Public Posts on Twitter.com

---

[1096] Twitter, https://twitter.com/ashleygjovik/status/1476361644473155590
[1097] Twitter, https://twitter.com/ashleygjovik/status/1476362476203741191
[1098] Twitter, https://twitter.com/ashleygjovik/status/1476363703993786368
[1099] Twitter, https://twitter.com/ashleygjovik/status/1476364814314520577
[1100] Twitter, https://twitter.com/ashleygjovik/status/1477750538422734849
[1101] Twitter, https://twitter.com/gbluvsf/status/1478103913265917956;
https://web.archive.org/web/20220131223332/https://twitter.com/gbluvsf/status/1478103913265917956
[1102] Twitter, https://twitter.com/cherthedev/status/1476361222551261185,
https://web.archive.org/web/20220129222415/https://twitter.com/cherthedev/status/1476361222551261185
[1103] Twitter, https://twitter.com/cherthedev/status/1476361499849342976 ,
https://web.archive.org/web/20220130010007/https://twitter.com/cherthedev/status/1476361499849342976

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): I used to pretty openly criticize people on this platform, but once things turned into pile-on attacks, I recognized that lessons meant to be taught at scale could NOT be done by naming individuals. It was damaging across the board, and like freight train, hard to stop. [1104]
- **Cher Scarlett** (@cherthedev): There are certain situations where this is warranted -- depending on the scale of the harm being caused by the person in question. IE, criticizing Donald Trump on Twitter at scale? That's different than criticizing someone who isn't a household name causing irreparable harm. [1105]
- **Cher Scarlett** (@cherthedev): I have instead turned back to private conversations to call people in. If they can't be reached there, with diplomacy and reason, I unhook from them and stop amplifying the harmful or misleading rhetoric/actions they are engaging in. Telling 50,000 about it won't turn the tide. [1106]

**Dec 29 2021 – Private Text Messages**
*Copy of messages provided to me & published with permission by my friend & fellow Apple whistleblower*
**Cher Scarlett to [Redacted]** I sincerely hope you see this. Please check for comment from Apple on Ashley refusing to sign an NDA and turning down a $600,000 settlement. She told me that 1) no lawyer would take her case unless she got fired and 2) they said no to her getting a paid exit and that is WHY she asked for paid administrative leave

- **[Redacted]**: Why is it important to you that I do that?
- **Cher Scarlett**: Because someone else got a C&D for printing something she said that wasn't true from Apple. You do not deserve to get sucked into this shit for standing up for someone else. I want to see her get justice, but perjuring herself and doing all of this is harmful to her and everyone else in the ripples.
- **[Redacted]**: Apple has shown a pattern to me where they continually lie and cover up during my won fight. There is no circumstance where I could ask Apple anything and expect them to give me the truth. I do however believe Ashley.
- **Cher Scarlett**: They do these things. They are terrible, cruel, and evil. But Ashley's behavior has put me in a position where I am one of Apple's witnesses against her, and it's because she TOLD ME she leaked unreleased IP, and sent me the entire volume of it. It's in our messages. While I could get behind "I did this because this software is invasive and constitutes necessity for whistleblowing." I cannot get behind saying it didn't happen. I'm not asking you not to believe Ashley, but please, put yourself first. What she told you is NOT what she told me. Both of these things CANNOT be true.

**Dec 29 2021 – Public LinkedIn Post**
- **Amanda Lee Harrison (Safety, Security, & Privacy Investigator):** Ashley has female white privilege and most people like me don't relate to those who take their emotional support animals jet setting while funding their law school degree while at the same time asking for $100,000 in profitable donations, while turning down a $600,000 settlement. I worked at Apple 7 years making 50k for only the last two

---

[1104] Twitter, https://twitter.com/cherthedev/status/1476333329217511424,
https://web.archive.org/web/20220129221052/https://twitter.com/cherthedev/status/1476333329217511424
[1105] Twitter, https://twitter.com/cherthedev/status/1476333835535860226,
https://web.archive.org/web/20220130005948/https://twitter.com/cherthedev/status/1476333835535860226
[1106] Twitter, https://twitter.com/cherthedev/status/1476334495997460481,
https://web.archive.org/web/20220130005944/https://twitter.com/cherthedev/status/1476334495997460481

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

years. I also would never humble myself to start a Go Fund Me when I know there are organizers within the Apple Together movement who are there to offer any kind of support if someone needs it. I speak from first hand experience on this. I have had my own private battle ironically mirroring Ashley's. Except I had access to fraction of the opportunities she was able to find. I have tried to interact with her, with the only intention being mediation between two groups that have the same common ground which is better workers rights and advocacy. This isn't a selfish movement. This is a movement of unity, solidarity, and support. Let's write about, and support a better message.[1107]

**Dec 30 2021 – Public Posts on Twitter.com**
- **Cher Scarlett** (@cherthedev): I'm never going to apologize for holding people and systems accountable. I'm never going to apologize for telling the truth. I reflect on how I do, and adjust accordingly based on that impact so that I reduce my own harmful footprint. If you want to twist it, it's on you. **[1108]**
- **Cher Scarlett** (@cherthedev): Maybe try your own self-reflection, instead of trying to find ways to tear me down and make yourself a victim. [1109]
- **[Redacted]**:  I've got no dog in the hunt, but from the outside, I'd recommend you stop working against Ashley. You're ultimately more aligned than not, and it \*looks like\* you're continually lying about her (as she has the receipts). She's not trashing you. Which is a terrible look for you [1110]
- **Cher Scarlett** (@cherthedev): I'm not working against her, and I've never lied about her, either. Her "receipts" are out of context. I have witnesses and my own receipts. I'm just not going to use my platform to destroy anyone to prove myself.

**Dec 30 2021 – Private Email via My Website Contact Form**
- **Molly White:** "Hello! I'm a longtime Wikipedia editor (https://en.wikipedia.org/wiki/User:GorillaWarfare) and software engineer who has been following the organizing and whistleblowing in tech with quite some interest, and trying to document some of it on Wikipedia. I have been considering creating a Wikipedia biography about you, but I know that some people prefer to keep a lower profile or for various other reasons do not wish to have a biography on Wikipedia, so I try to seek consent before doing so. Would you be alright with me doing that? If not, no worries, and totally understood. If you have any questions, I'd be happy to answer—you can contact me at this email address, on Twitter (https://twitter.com/molly0xFFF), or really whatever way works best for you. Thank you for your work."

**Dec 20 2021– Public Twitter.com & Medium Post [1111]**

---

footnotes

[1107] LinkedIn, https://www.linkedin.com/in/amanda-harrison-22aa9727
[1108] Twitter: https://twitter.com/cherthedev/status/1476617028039446534,
https://web.archive.org/web/20220129221027/https://twitter.com/cherthedev/status/1476617028039446534
[1109] Twitter, https://twitter.com/cherthedev/status/1476617189759205376,
https://web.archive.org/web/20220130012557/https://twitter.com/cherthedev/status/1476617189759205376
[1110] Twitter, https://twitter.com/adi/status/1476664711244562434,
https://web.archive.org/web/20220130012550/https://twitter.com/adi/status/1476664711244562434
[1111] Medium, https://cherp.medium.com/i-died-on-monday-night-708d0d2f8806

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): When your ethics and personal morals diverge from a company's, or an industry's, you do something about it or you find a way to leave. Sometimes both. I don't punch down on laborers, but the idea you can't do anything else or that there is no ethical path forward is a lie. [1112]
  - o **Cher Scarlett** (@cherthedev): Even in the face of running out of funds to pay bills. I cannot. That doesn't make me superior, morally righteous or anything else but honest. I think what we are asking for is transparency from folks joining morally bankrupt companies who do evil things. You picked a side.[1113]
  - o **Cher Scarlett** (@cherthedev): When people say I self-sabotaged my Apple career, it's both true and not true. I started to see the divergence and did something about it. I couldn't do enough, and definitely couldn't continue with a hostile work environment, so I left. [1114]
  - o **Goo** (@StopItCOVID): How are you claiming to run out of funds when you can afford to support your daughter, but Percocet, a snowboard, your husband, and post all of that here? You seem like you're lying about "not being able to pay your bills." [1115]


**Dec 30 2021 – Public Posts on Twitter.com**
- **Cher Scarlett** (@cherthedev): I've learned this year to ignore people defaming me and harassing me. I'm not perfect at it, and having people you can vent to who have all of the facts and context is crucial. It took me a while not to feel like ignoring it made me an emotional abuse punching bag. I'm not. [1116]
  - o *Liked by: **Shantini Vyas** (@_shantini_), **Steven McGrath** (@McGrathPDX), Andi Rohn (@andi_rohn)*
- **Cher Scarlett** (@cherthedev): There is no way to correct all of the misinformation that circulates about you, and everyone has a different version of you in their head. No amount of oversharing and explaining will make that version of you reflective perfectly of who you are. Don't waste your time. [1117]
  - o *Liked by: **Shantini Vyas** (@_shantini_), **Molly White** (@molly0xFFF),*
- **Cher Scarlett** (@cherthedev): Important people who read or hear things about you will tell you about it, and will give you the opportunity to share your side of things privately. Those who don't aren't important. If you are introspective and honest, you will find where you can grow, and not be torn down. [1118]
- **Cher Scarlett** (@cherthedev): I am not going to diagnose anyone, but this behavior maps to narcissistic personality disorder, and if it's narcissistic supply driving them, giving it ANY attention only FUELS it

---

[1112] Twitter, https://twitter.com/cherthedev/status/1476593444055240708
[1113] Twitter, https://twitter.com/cherthedev/status/1476593447100317696
[1114] Twitter, https://twitter.com/cherthedev/status/1476598879349542914
[1115] Twitter, https://twitter.com/StopItCOVID/status/147683262261338516
[1116] Twitter, https://twitter.com/cherthedev/status/1476351662746857474,
https://web.archive.org/web/20220129221010/https://twitter.com/cherthedev/status/1476351662746857474
[1117] Twitter, https://twitter.com/cherthedev/status/1476351953739268098,
https://web.archive.org/web/20220129232650/https://twitter.com/cherthedev/status/1476351953739268098
[1118] Twitter, https://twitter.com/cherthedev/status/1476352455982026754,
https://web.archive.org/web/20220129232456/https://twitter.com/cherthedev/status/1476352455982026754

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

further. Retweet: https://www.psychologytoday.com/us/blog/tech-support/201906/dealing-the-narcissists-smear-campaign [1119]

- **Cher Scarlett** (@cherthedev): "How Narcissists Play the Victim & Twist the Story," https://psychcentral.com/blog/psychology-self/2018/07/narcissist-delusion#1 [1120]
  - o **Retweeted by: Cher Scarlett** (@cherthedev)

### Dec 30 2021 – Public Posts on Twitter.com
- **[Redacted]**: This back and forth between @ashleygjovik & @cherthedev over Apple is disconcerting. I don't know who to believe. But I'm going to sit in the back with popcorn and see what transpires.
- **Cher Scarlett** (@cherthedev): A back and forth requires two participants. Taking screenshots of my tweets and saying they are about her, despite not mentioning her, does not make them about her. One of them was about Coinbase. Another was about why I don't criticize people publicly unless they are celebrities [1121]
- **Cher Scarlett** (@cherthedev): I used Donald Trump as an example, and somehow… I was insulting her and not Donald Trump. It's bizarre behavior and I look forward to all of the investigations concluding so she can stop defaming and harassing me and move on with her life. [1122]
- **[Redacted]**: Ahh ok! I was confused as to what was going on
- **Cher Scarlett** (@cherthedev): I'd recommend ignoring it. There's no making sense of any of it. Believe me, I tried. I also tried talking to her about her behavior in September. She flipped out and blocked me. [1123]

### 🍎 DEC 31 2021 – ASHLEY GJOVIK COMPLAINS ON TWITTER ABOUT ACCOUNT BELIEVED TO BE CHER SCARLETT MAKING PROBLEMATIC EDITS TO GJOVIK'S WIKIPEDIA ARTICLE

### Dec 31 2021 – Public Posts on Twitter.com
- **Ashley Gjovik:** So, a Wikipedia editor created a page for me yesterday. Today, a user who spent much time previously adding content to Cher Scarlett's page, updated my page (6k+ words) adding Cher SEC filings & making comments about the "IP" Cher says I leaked & about how I described admin leave [1124]
  - o **Ashley Gjovik**: I SWEAR TO GOD CHER, STOP IT. THIS IS GETTING RIDICULOUS. Can someone please flag her account for a conflict of interest? [1125]

---

[1119] Twitter, https://twitter.com/cherthedev/status/1476353379815223296, https://web.archive.org/web/20220129232722/https://twitter.com/cherthedev/status/1476353379815223296
[1120] Twitter, https://twitter.com/cherthedev/status/1476370312962871297 , https://web.archive.org/web/20220129232742/https://twitter.com/cherthedev/status/1476370312962871297
[1121] Twitter, https://twitter.com/cherthedev/status/1476586997913251840, https://web.archive.org/web/20220129232657/https://twitter.com/cherthedev/status/1476586997913251840
[1122] Twitter, https://twitter.com/cherthedev/status/1476587607572180992, https://web.archive.org/web/20220129232406/https://twitter.com/cherthedev/status/1476587607572180992
[1123] Twitter, https://twitter.com/cherthedev/status/1476588567166029824, https://web.archive.org/web/20220129225205/https://twitter.com/cherthedev/status/1476588567166029824
[1124] Twitter, https://twitter.com/ashleygjovik/status/1477050041588088832
[1125] Twitter, https://twitter.com/ashleygjovik/status/1477050306139623429

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

     o  **Ashley Gjovik**: One day. I want just one fucking day of some goddamn peace & quiet. [1126]

- **Ashley Gjovik**: Seriously, she's not even covering her tracks The article she cited, I said my colleagues had been overwhelmingly supportive of me. The doxxing thing: someone went to Mashable editors & challenged that I was doxxed. Always figured it was Cher The only 1 harassing me's been CHER [1127]
- **Ashley Gjovik**: Email sent too.  @molly0xFFF , SquareinaRoundHole is 99.9% Cher Scarlett, I'm sure breaking numerous **Wikipedia** conflict of interest rules. How do we flag her account and block it from editing my page? [1128]

## Dec 31 2021 – Public Posts on Twitter.com

- **Ashley Gjovik:** I guess this is where I have to say..... CHER SCARLETT. THIS IS YOUR FINAL WARNING. STOP HARASSING ME. STOP WRITING ABOUT ME. STOP DEFAMING ME TO THE PRESS. STOP INTIMIDATING MY FRIENDS. IF YOU DO NOT STOP IMMEDIATELY, I WILL FILE A POLICE REPORT & REQUEST A RESTRAINING ORDER [1129]
- **[Redacted]** She's a psychopath who is married to a convicted ped*… she has a new mental illness daily and it's all just so ridiculous. She wants to be famous/ "known". Pretends like she's single and "queer"… just sad people fall for this shit. *[Screenshot of public Instagram post: https://www.instagram.com/p/CXo2db1ht0r/]* [1130]

     o  **Ashley Gjovik**: Wait...WHAAAAAAAT. SHE'S MARRIED????? April 21 2021: *"Aries constellation on my wife"* I..... just...... cannnnnnnoooottttt omfg. WHAT. [*More screenshots from David Reimers Instagram account: https://www.instagram.com/south.king.barber/]*

     o  **Ashley Gjovik**:  SHE NEVER MENTIONS HIM, EVER

     o  **[Redacted]** LOL enjoy that; I sure did when I found it! Nothing she says is real. [1131]

     o  **Ashley Gjovik**: I don't know how I can surprised by anything at this point... but i'm just like jaw. dropped.

     o  **[Redacted]** Yep and she tagged him… I was like hmm who is this? Low and behold it's her husband. I hope others see this chain of messages and call her out. She just blocks everyone who is noisy… [1132]

---

[1126] Twitter, https://twitter.com/ashleygjovik/status/1477050956000870403
[1127] Twitter, https://twitter.com/ashleygjovik/status/1477053207612329984
[1128] Twitter, https://twitter.com/ashleygjovik/status/1477068320838881281
[1129] Twitter, https://twitter.com/ashleygjovik/status/1477054537999417344
[1130] Twitter, https://twitter.com/adeline1847/status/1479642477153988608
[1131] Twitter, https://twitter.com/adeline1847/status/1479645813164806145
[1132] Twitter, https://twitter.com/adeline1847/status/1479647368937041923

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

## JANUARY 2021

---

### Jan 1 2022 – Public Twitter.com Posts

- **Cher Scarlett** (@cherthedev): What I learned in 2021? Life is a gift. Every single day we wake up with a new opportunity to choose who to be, to make better or worse decisions than the day before. Even when life is miserably exhausting and painful, there is so much beauty to be found around us. [1133]
  - o **Cher Scarlett** (@cherthedev): I am beyond grateful for @IfeomaOzoma, @timnitGebru, @alexhanna, @NMaDayton, @mer__edith, @Dixie3Flatline, @IanColdwater, @aubrionna, @miss_blackwell1, @justtKass_, @JannekeParrish, and so many others who have believed in me and stood by me and been there for me in dark times.[1134]
  - o **Timnit Gebru** (@timnitGebru): We are grateful for you as well. Thank you for the work you've taken on and all the sacrifices you've made. Haters are gonna hate.[1135]
    - ▪ *Liked by: **Andi Rohn** (@Andi_Rohn), **Cher Scarlett** (@cherthedev)*
    - ▪ **Cher Scarlett** (@cherthedev): Haters gone from our brains in 2021 [1136]
      - • *Liked by: **Timnit Gebru** (@timnitGebru); **Meredith Whittaker** (@mer_edith)*
  - o **Meredith Whittaker** (@mer__edith) Honored to be here, and very grateful for you and your commitment to justice and realness [1137]
    - • *Liked by: **Cher Scarlett** (@cherthedev), **Janneke Parrish** (@JannekeParrish), **Timnit Gebru** (@timnitGebru); **Meredith Whittaker** (@mer_edith)*

### Jan 1 2022 – Public Wikipedia Edits [1138]

- **SquareInARoundHole:**Edit on Jan 1 to my Talk page Talk user adds bizarre statement " As she [Gjovik/me] is a woman, and one who seems particularly subject to harassment, it would be nice to clarify how much higher education she's accomplished"
- **SquareInARoundHole:** Edit on Jan 1 to my Talk page Talk user says "Gjøvik has mentioned the harassment from her colleagues in numerous places, though I discovered it in the Mashable piece (or rather,

---

[1133] Twitter, https://twitter.com/cherthedev/status/1477336521829089280,
https://web.archive.org/web/20220130011530/https://twitter.com/cherthedev/status/1477336521829089280
[1134] Twitter, https://twitter.com/cherthedev/status/1477338269213884416,
https://web.archive.org/web/20220130011536/https://twitter.com/cherthedev/status/1477338269213884416
[1135] Twitter, https://twitter.com/timnitGebru/status/1477352670855892992 ,
https://web.archive.org/web/20220130011540/https://twitter.com/timnitGebru/status/1477352670855892992
[1136] Twitter, https://twitter.com/cherthedev/status/1477354316075732992,
https://web.archive.org/web/20220130011548/https://twitter.com/cherthedev/status/1477354316075732992
[1137] Twitter, https://twitter.com/mer__edith/status/1477355499507097602,
https://web.archive.org/web/20220131044236/https://twitter.com/mer__edith/status/1477355499507097602
[1138] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184 , WBA:
https://web.archive.org/web/20220129180510/https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

a copy of the original that was re-published on another outlet). Was going to expand with additional context from the piece on truthout.org.[1] It seems heavily related to the culture described by Scarlett in the Mashable piece, and relevant to properly highlight what she endured at the company for speaking out" which is weird & confusing for numerous reasons, but also confusing why something "heavily related to the culture described by Scarlett" would need to be Gjovik/my page.

### Jan 1 2022 – Public Twitter.com Posts

- **David Evans:** I know you don't want to hear this, but you really did leak IP. As soon as I saw *tweet* I knew what was going to happen. [1139]
- **David Evans:** In general IMHO it's probably unwise to screenshot and publicly share screenshots from an employer who by your own account would love a reason to fire you. [1140]
- **David Evans:** Hmm, this is probably a brick wall we've hit where we disagree. I really do hope you find closure though, this has been going on for months and must have been really taking a toll (I mean that non-patronisingly). [1141]
- **David Evans:** To me, the answer is that there isn't. Apple honestly doesn't care about you. You consented to give various biometric information in order to improve the products we offer, that's it. It may sound horrible, but it should be liberating. [1142]
- **David Evans:** Hey Ashley, just a little piece of advice: if you're going to post stuff like this please make sure to block all Apple engineers (myself included) who can see all of the other "living hell" Radars, that were jokes, and in which you were involved. It's not a good look. Thanks! [1143]

### Jan 2 2022 – Public Twitter.com Posts

- **Cher Scarlett (@cherthedev):** It's taken me 30 years to realize that "if a tree falls in the woods and nobody is around to hear it, did it really make a sound?" is actually a parable about avoiding gossip [1144]
  - **Cher Scarlett (@cherthedev):** It's a philosophical question about perception. So if you don't know of hateful comments and gossip - it doesn't exist at all. ❤️ [1145]

🍎 **JAN 3 2021 – ASHLEY GJOVIK OPENS WIKIPEDIA CONFLICT OF INTEREST INVESTIGATION INTO SCARLETT'S ACCOUNT**

---

[1139] Twitter, https://twitter.com/DaviddE_94/status/1477219143543889922,
https://web.archive.org/web/20220129224004/https:/twitter.com/DaviddE_94/status/1477219143543889922
[1140] Twitter, https://twitter.com/DaviddE_94/status/1477350150091780100 ,
https://web.archive.org/web/20220129224009/https:/twitter.com/DaviddE_94/status/1477350150091780100
[1141] Twitter, https://twitter.com/DaviddE_94/status/1477414376600657920 ,
https://web.archive.org/web/20220129224017/https:/twitter.com/DaviddE_94/status/1477414376600657920
[1142] Twitter, https://twitter.com/DaviddE_94/status/1477413910680645638,
https://web.archive.org/web/20220129224026/https:/twitter.com/DaviddE_94/status/1477413910680645638
[1143] Twitter, **[deleted, see screenshot]**
[1144] Twitter, https://twitter.com/cherthedev/status/1477785040220895641,
https://web.archive.org/web/20220131045500/https:/twitter.com/cherthedev/status/1477785040220895641
[1145] Twitter, https://twitter.com/cherthedev/status/1478001281293697026,
https://web.archive.org/web/20220131043958/https:/twitter.com/cherthedev/status/1478001281293697026

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Jan 3 2022 – Public Posts on Twitter.com**
- **Ashley Gjovik:** Ok I figured out how to do the Wikipedia Conflict of Interest thing & I was told I could do it myself, so if anyone else has to ever do this here's what I did. This' the noticeboard when you think there's a Conflict of Interest between an editor/page: (link & instructions) [1146]
-

**Jan 3 2022 – Public Wikipedia Edits [1147]**
- **Ashley Gjovik:** "SquareInARoundHole appears to be someone very close to Cher Scarlett. I allege in that in editing the Cher Scarlett article, SquareInARoundHole is violating COI rules that "*You should generally refrain from creating articles about yourself.... If you have a personal connection to a topic or person, you are advised to refrain from editing those articles directly."* This also includes Scarlett's updates about Scarlett to Ifeoma Ozoma, Apple worker organizations, & Ashley Gjøvik. P.S. For the sake of transparency, please note I am Ashley Gjovik.

**Jan 3 2022 – Public Posts on Twitter.com**
- **Ashley Gjovik:** I'll keep broadcasting this as long as she keeps attacking me Cher's been harassing & defaming me for months. She admitted she's working with Apple against me Cher: GET THE FUCK OUT of my Wikipedia page. (She went in today to put doubt on my EEOC charge & added her SEC filing) [1148]

**Jan 3 2022 – Public Posts on Twitter.com**
- **[Redacted]** Is it that she presented herself as the « safe » person to go to for any person with a case they wanted to check what yo do with it and that it is as such that you shared information with her. And now she offers to be a witness to the fact that you shared sensitive info with her?
- **Ashley Gjovik:** She was supporting my employee organizing & activism at Apple in June-July. She was asking me for updates on what I was doing. Then we entered the upside-down in August. [1149]
- **[Redacted]** This is really crap. Already there are so few people being decent human beings when dealing with such situations. To see one of that you believed to be one of the few reveal itself to be false, fake, and malevolent. It is hard to deal with, emotionally.
- **[Redacted]** From your later tweets, it feels like you found people having your back, for real. Take strength in that. It is too easy to give too much room in one's mind to the sociopath putting all their energy into bringing chaos. Not easy. Sometimes not playing in their games works best.
- **Ashley Gjovik:** I tried to ignore it for months, but her lies spread like wildfire. Other coworkers started attacking me. She got to editors & the press started blacklisting me. Now she plans to testify against me, which might f up the NRLB cases since they were grouping her charge with mine.[1150]
- **[Redacted]** The flying monkey circus (colleagues accusing you, sharing their minds of how vile a person they think you are) is the playbook. But for these far too loud monkeys, there are so many more decent persons. Disengaging reduces the noise keeping the quiet ones afraid, in hiding. If you disengage,

---

[1146] Twitter, https://twitter.com/ashleygjovik/status/1478221247427186692
[1147] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[1148] Twitter, https://twitter.com/ashleygjovik/status/1478130037152833536
[1149] Twitter, https://twitter.com/ashleygjovik/status/1478142445795696642
[1150] Twitter, https://twitter.com/ashleygjovik/status/1478146167565213696

### ASHLEY GJOVIK V APPLE INC
#### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

she has to keep going more and more extreme to discredit you. If you do not fight, others get involved. At some point, when she has a go at them, people start to find their own truth. For her case. If the facts are documented, it becomes her perjuring herself?
- **Ashley Gjovik:** She did start going after other people: Kate, Chelsey, Mellissa, others. She froze them out of the press & twisted/censored their stories to better fit her personal objectives. They struggled to fight her. That's when I spoke up & made it public.[1151]

## Jan 3 2022 – Public Wikipedia Edits [1152]
- **SquareInARoundHole**: Jan 3 at <u>Line 46</u> user provided negative editorialization of my EEOC right to sue saying " Both the DFEH and EEOC issued Gjovik right to sue letters, which indicates that while the agencies were unable to determine if law was violated and would not be proceeding on her behalf," despite no press saying it like that, instead press saw it as a positive as EEOC investigations are not required and it was a step forward.
- **SquareInARoundHole** Edit on Jan 3 at <u>Line 32</u> & <u>Line 30</u> & <u>Line 33</u> & <u>Line 33 again</u> user added information not included in the press and not widely known, referencing an ADA medical release document I shared with Scarlett and Scarlett Tweeted the document but never said was my document.

## Jan 4 2022 – Public Twitter.com Post
- 🔴 **Ricky Mondello (Employer):** That's right it goes in the square hole. [1153]
  - *[Video of bird placing objects in different shaped holes.]*
- **Shantini Vyas**: I understood that reference. [1154]

## Jan 5 2022 – Public Wikipedia Edits
- **SquareInARoundHole**, <u>Jan 5</u>: "I found the terminology "indefinite paid administrative leave" misleading based on all of the materials I read, including an email from an Apple HR representative you uploaded to your website which states that it was not indefinite." [1155]

## Jan 6 2022 – Public Twitter Posts
- **Ashley Gjovik:** I just need Wikipedia to confirm this user is indeed Cher Scarlett, and then I probably have enough for a restraining order request with this & all the other stuff she's been doing, since I already warned her to stop. [1156]
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I've learned so much about WP following along with this. Looks like the next step could be bringing in Wikimedia:Checkuser on the COI page - they would be able to check at her IP, location, etc. [1157]

---

[1151] Twitter, https://twitter.com/ashleygjovik/status/1478151354157649920
[1152] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[1153] Twitter, https://twitter.com/rmondello/status/1479128619675013120 ,
https://web.archive.org/web/20220129181249/https://twitter.com/rmondello/status/1479128619675013120
[1154] Twitter, https://twitter.com/_shantini_/status/1479128797584760835;
https://web.archive.org/web/20220202022641/https://twitter.com/_shantini_/status/1479128797584760835
[1155] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
[1156] Twitter, https://twitter.com/ashleygjovik/status/1479297601711181825
[1157] Twitter, https://twitter.com/Female_in_tech/status/1479576568481472513 ;
https://web.archive.org/web/20220210045143/https://twitter.com/Female_in_tech/status/1479576568481472513

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Jan 6 2022 – Public Twitter.com Post**

- **Ashley Gjovik:** Update on the Wikipedia situation: -Cher harasses me via article -Editor discourages me frm reporting issue -I report anyway & defends Cher -Cher responds in manifesto form -Editor (Molly White) defends Cher again -Uninvolved editor asks them all to chill out -Cher reports my account [1158]
    o **Jen Super Duper (@jennybean):** This has officially veered into malicious and bizarre territory. You are simply asserting, based on thin circumstantial evidence, that this Wiki editor IS Cher. If it's not her, you're harassing both of these people all while claiming victim status for yourself. [1159]
    o **Jen Super Duper (@jennybean):** What a shame. And as a woman in tech myself (who originally followed your story on faith that the initial claims were real), I find this drama embarrassing and counterproductive. I am at least glad to see that you are struggling to get engagement in your more recent posts. [1160]
    o **Ashley Gjovik:** This is the only thing you've ever tweeted. [1161]
- **Ashley Gjovik:** This' really starting to feel familiar... kinda like an interaction with #Apple Employee Relations when reporting employee harassment. Somehow the victim becomes the focus of some bullshit investigation & wishes they never reported shit in the first place [1162]
- **Ashley Gjovik:** What are these 4 contentious edits she's raging about from 4 accounts? Changes in [brackets] -1) Cher is [one of several women] speaking out at Apple -2/3) Cher [and others] wrote the AGM petition -4) Then, removal of line specific to Ifeoma on Cher's article I need more wine. [1163]
- **Ashley Gjovik**: She kept going in to my Wikipedia article & trying to say I asked to be put on leave, the leave wasn't indefinite, I leaked IP, my case has no merit, etc - and she kept adding weird shit abt herself. No one was telling her to stop. I'll be very happy when I can forget abt her.[1164]
- **Ashley Gjovik:** I just need Wikipedia to confirm this user is indeed Cher Scarlett, and then I probably have enough for a restraining order request with this & all the other stuff she's been doing, since I already warned her to stop. [1165]
- **[Redacted]** I don't understand *why* this person is so obsessed with you.
    o **Ashley Gjovik:** That's the million dollar question. The best guess I've been able to come up with: end of Aug, I refused to say I was being harassed by anonymous randos on the internet (Blind, etc) along with her, so she's decided to ensure I feel harassed by her own hand [1166]
    o **Ashley Gjovik:** Hypothesis further supported by the bizarre fucking edits made by this Wikipedia user about that article: [link] [1167]

---

[1158] Twitter, https://twitter.com/ashleygjovik/status/1479255221649895428
[1159] Twitter, https://twitter.com/jennybeane/status/1479730842914091010
[1160] Twitter, https://twitter.com/jennybeane/status/1479731766394966016,
https://web.archive.org/web/20220131064513/https://twitter.com/jennybeane/status/1479731766394966016
[1161] Twitter, https://twitter.com/ashleygjovik/status/1479735275714584576
[1162] Twitter, https://twitter.com/ashleygjovik/status/1479255639998091265
[1163] Twitter, https://twitter.com/ashleygjovik/status/1479259695999119361
[1164] Twitter, https://twitter.com/ashleygjovik/status/1479616243581607937
[1165] Twitter, https://twitter.com/ashleygjovik/status/1479297601711181825
[1166] Twitter, https://twitter.com/ashleygjovik/status/1479557824535425026
[1167] Twitter, https://twitter.com/ashleygjovik/status/1479558571771654146

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** And there we go. "User is alleged to be Cher Scarlett acting at her own direction or by direction of Apple Inc, or user is someone acting at Scarlett's direction, including but not limited to her husband who per public info provided to me today has an extensive criminal record.[1168]
  - ○ **Ashley Gjovik:** EXTENSIVE. Assaults, Stealing a Car, Stealing a Gun, Resisting Arrest, Poss of Contr Substances, Failure to Reg as a Sex Offender 3x, Resisting Arrest, Malicious Mischief, DUI, Disturbing the Peace, Disorderly Conduct, Obstruction of Law Enforcement Officers, False Statements... [1169]
  - ○ **Further Parthing** (@one_more_time2): This is crazy! [1170]
  - ○ **BabyHummingbird** (@gblusvsf): She's married?? I was under the impression that she was a struggling single mom. She's got a gofund me. Ugh. [1171]
    - ▪ **BabyHummingbird** (@gblusvsf): What bothers me is that she makes herself out to be this struggling single mom. Never mentions husband. Tweets provocative sexy late night cryptic stuff (ie im masturbating). Goes on a ski trip this week, then GoFUnd me?! [1172]
    - ▪ **Ashley Gjovik:** Oh yeah, and don't worry about me because I "don't have dependents." Its like constant whiplash with all this. I can't even keep up. [1173]
    - ▪ **BabyHummingbird** (@gblusvsf): Wow! Well she looks fine snowboarding. No need to worry about paying the bills since gofund me will take care of that. No fcking shame. [1174]
    - ▪ **Ashley Gjovik:** She also just reported me for harassment again (that harassment being: reporting her for harassment) She is one infinite loop of harassment. [1175]
    - ▪ **BabyHummingbird** (@gblusvsf): What is her obsession with you???? [1176]

### Jan 6-7 2022 – Public Twitter.com Post
- **Ashley Gjovik:** Cher successfully got Wikipedia admins to run an invasive exam on my 10yr old account to compare with other accounts she was ranting about. Shockingly, no, I'm not harassing her. In fact she's just harassing me more, again, forever. This felt so fucking violating. I hate this.[1177]
  - ○ **Ashley Gjovik:** In today's new circle of Cher hell, after Wikipedia admins confirm I'm just me & deny Cher's accusations I'm some random sock puppet account, of course all after I flagged Cher for editing her own page: Cher refuses Wiki's findings & insists I'm conspiring against her. FFS.
    - ▪ **[Redacted]** Has she become recursive yet

[1168] Twitter, https://twitter.com/ashleygjovik/status/1479668541280321536
[1169] Twitter, https://twitter.com/ashleygjovik/status/1479669540564832257
[1170] Twitter, https://twitter.com/one_more_time_2/status/1482384146429210625,
https://web.archive.org/web/20220131061909/https://twitter.com/one_more_time_2/status/1482384146429210625
[1171] Twitter, https://twitter.com/gblusvsf/status/1479690122358505475,
https://web.archive.org/web/20220131061759/https://twitter.com/gblusvsf/status/1479690122358505475
[1172] Twitter, https://twitter.com/gblusvsf/status/1479693708555554822,
https://web.archive.org/web/20220131061804/https://twitter.com/gblusvsf/status/1479693708555554822
[1173] Twitter, https://twitter.com/ashleygjovik/status/1479695286574321664
[1174] Twitter, https://twitter.com/gblusvsf/status/1479696636896894977,
https://web.archive.org/web/20220131061829/https://twitter.com/gblusvsf/status/1479696636896894977
[1175] Twitter, https://twitter.com/ashleygjovik/status/1479697615138611200
[1176] Twitter, https://twitter.com/gblusvsf/status/1479698294989221888,
https://web.archive.org/web/20220131061810/https://twitter.com/gblusvsf/status/1479698294989221888
[1177] Twitter, https://twitter.com/ashleygjovik/status/1479347477526441988

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Funny you should ask: yes. She's met full infinite-loop-of-a human status. Today she warned me to stop saying she is Cher Scarlett (despite that being the point of the COI page), & vaguely threatened to report me for harassment again. Then she said she's treating me with respect.[1178]
  - [Redacted] All this effort is not gonna get anyone a PhD in Petty. Why put so much effort?

## JAN 7 2022 – ASHLEY GJOVIK OPENS WIKIPEDIA ARBITRATION COMMITTEE INVESTIGATION INTO ACCOUNT BELIEVED TO BE CHER SCARLETT (SQUAREINAROUNDHOLE)

### Jan 7 2022 – Public Wikipedia Edits – Flagged My Account on Sockpuppet Page [1179]

- **SquareInARoundHole** wrote at 02:19, 7 January 2022 UTC: "HazelBasil added an entry to WP:COIN about their suspicion of my having a COI with 4 articles I've edited. Their complaints are mainly claims that the content I added was not in the source material when it was, and these complaints are mirrored in a previous incident from WP:ANB because of sock1's vandalism to Cher Scarlett, and additionally by ip2, who came to the incident to refute my questions about ip1 possibly being sock1 and sock2. Sock2 was confirmed to be a sock of sock1 by checkuser. She stated that her concern that I had a COI with Scarlett because of my edits to her article and talk page, but the evidence she presented was overwhelmingly about Scarlett's article, and her personal issues with the content, which speaks directly to sock1's contribution history. HazelBasil did clarify that she is Ashley Gjøvik, and that she has a COI with the other subjects she mentioned (Kate Rotondo and Chelsey Glasson), all of which happen to be people that sock1 added to Scarlett's article in a way that was meant to diminish Scarlett, and all of which are a part of HazelBasil's entry on COIN. She also brought up an alleged conflict between her and Scarlett, which helped paint a clear motive for sock1's and sock2's prior vandalism. My suspicions about HazelBasil's involvement was caused by her apparent investment in the incident, despite that it has long since expired when she supposedly became aware of me as an editor a week ago when I edited her article, and the similarity between many of her "concerns" and sock1's and ip1's contributions. Sock1 also cast an aspersion on GorillaWarfare and I, claiming we had an "arrangement" to "gatekeep" their vandalism from Scarlett's article, and HazelBasil has cast similar aspersions in the COIN entry. These diffs in particular seem to indicate that HazelBasil is ip1, ip2, sock1, and/or sock2: Added Ashley Gjøvik and Rotondo to lede, Added Rotondo to gender pay disparity concerns, 'Silenced No More' and Ifeoma Ozoma removal maps to the 7th addition here, Anonymity in advocacy around working remotely Role in advocacy around working remotely maps to the 9th addition here, and Addition of Chelsey Glasson maps to the 10th addition here. ip2 is of interest because of mention of unrelated COI notice on talk page and 11th entry here."
- [Redacted] wrote at 05:16, 7 January 2022 UTC: "I will say that looking at SquareInARoundHole's editing history, it's not unreasonable that two different people would suspect them to have a COI."
- [Redacted] wrote at 07:31, 7 January 2022 UTC: "In light of the Checkuser results, I don't think there is compelling evidence that the sockpuppetry or meatpuppetry policies have been violated by HazelBasil, so I am closing this case without further action."
- **SquareInARoundHole** wrote at 15:39, 7 January 2022 UTC: "A note about the geolocation - if HazelBasil is Ashley Gjøvik as she says she is, she lives in the Santa Clara, California/Sunnyvale, California area, as she attends law school at Santa Clara University and worked out of the Sunnyvale office at Apple Inc,

---

[1178] Twitter, https://twitter.com/ashleygjovik/status/1479604579293556738
[1179] Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

according to her bio. This is part of the reason the IP address users, along with the other comments and particular investment in the previous incident with sock1 and sock2, made a compelling case that she either is all 4 users, or coordinating with them. If HazelBasil geo is showing she is far from the geographic area of the university or the office she worked at, it is due to the VPN. If I understand correctly, a VPN can make it look like you are somewhere you are not.

- **[Redacted]**  wrote at 16:16, 7 January 2022 UTC: "With respect, @SquareInARoundHole:, the SPI team understands how geolocation and VPNs work. Spicy has given you your answer, and has told you what to do for next steps if you desire. I am archiving this now.

## Jan 8 2022 – Public GoFundMe Page

- **Cher Scarlett** (@cherthedev): I had just tested positive for COVID the week before (yes, I'm vaccinated!), causing my daughter and I to be exiled from family gatherings for the holidays, was overwhelmed by harassment and defamation, struggling to nd a job matched by expectations that wasn't spooked by what I'd done at Apple, and now, Apple was threatening to sue me. My head hurt, my body hurt, my heart hurt... everything hurt. I bought a Percocet from a friendly street pharmacist to help with all the pain and it turned out to be laced with Fentanyl, presumably a large amount of it, because I overdosed . I was lucky that we had a Narcan nasal spray, which is an opioid blocker, in the car in case we see someone overdosing when we do community work for the homeless that saved my life, along with 8 minutes of CPR, a 911 dispatcher, several rst responders, and an overnight stay at the ER. **1180**

## Jan 8 2022 – Public Twitter.com Post

○ **Cher Scarlett** (@cherthedev): I stood up to Apple on behalf of myself and coworkers when I filed a charge with  @NLRB, helped lead @AppleLaborers, & whistleblew to @SECGov. I am asking for help with a portion of the $92,000 in attorneys fees and a $5,550 medical bill this resulted in.[1181]

   ○ **[Redacted]** I have forwarded this to our newsroom at Heise media, my colleague Leo reported twice on the matter in the past. And of course I'll be sending my small, however personal support via GoFundme. Thanks for your courage and inspiring strength

   ▪ **NoMoreHateMate2**: Maybe you should also forward the linked thread to your newsroom: Retweeet: **Ashley Gjovik**: https://twitter.com/ashleygjovik/status/1466905741550252032

- **[Reply Hidden by Cher Scarlett]** **[Redacted]** Confused… "twitter.com/cherthedev/st… Is there a reason you're in clash with @ashleygjovik rather than working together BTW? Really curious. Retweet: **Cher Scarlett:** GoFundMe is a great crowdfunding resource for people in need. People who are extremely privileged…. [1182]

   ○ **Cher Scarlett** (@cherthedev): Don't see a name on there, do you?[1183]

---

1180 Wikipedia, https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard/Archive_184
1181 Twitter, https://www.gofundme.com/f/legal-medical-expenses-for-apple-whistleblower ,
https://web.archive.org/web/20220129193051/https://www.gofundme.com/f/legal-medical-expenses-for-apple-whistleblower
1182 Twitter, https://twitter.com/ashleygjovik/status/1480313546323857409 ,
https://web.archive.org/web/20220129190938/https://twitter.com/ashleygjovik/status/1480313546323857409
1183 Twitter, https://twitter.com/cherthedev/status/1480070438306811905 ,
https://web.archive.org/web/20220129190550/https://twitter.com/cherthedev/status/1480070438306811905

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **[Redacted]** but I do see you avoid the question and constantly avoid trying to be linked to something you are 100% proven to be linked to..
- ○ **Rob Whelan** (jtheory): People (including me) support Cher NOT because we think she's perfect but because this work is difficult and costly in many ways, and HUGELY needed, and she has created real change. WE DON'T WANT people to think they can't help unless they do it perfectly. ..you can help, too.[1184]
  - ▪ Liked by: **Cher Scarlett** (@cherthedev)

## Jan 8 2022 – Public Twitter.com Post
- ▪ **Ashley Gjovik**: Remember when I created a GFM for my Apple legal costs after getting fired by Apple for reporting safety issues & corruption to the government? Less than 24hrs later... [Cher Scarlett's post calling me a "predator" for opening a GoFundMe]
- ▪ **Ashley Gjovik**: Meanwhile, she just got $20k in 1 day to pay off ER bills (even though she has Apple COBRA insurance?) & legal bills for intentionally breaking her settlement agreement in order to do a press release abt it. (Yeah, she could have only sent her NDA to the gov & it would be legal).
  - ○ **Further Parthing** (@one_more_time_2): She works for @SeattleCCA as a SWE now so doesn't that Cobra stop?[1185]

## Jan 8 2022 – Public Twitter.com Post [1186]
- • **Ashley Gjovik**: Apr 22: Face tattoo "on my wife" -husband Oct 14: "Cher Scarlett (alias) gave birth to a daughter whom she is raising as a *single mother* in Kirkland today" -WaPo Nov 24: Thanksgiving with Cher -husband Dec 18: I "cherish" my "better half", Cher -husband
  - ○ **Further Parthing** (@one_more_time_2): Don't forget, Cher was soliciting money for her honeymoon fund too. https://registry.theknot.com/david-reimers-cher-stewart-august-2020-wa/41305566 [1187]
- • **Ashley Gjovik** She's apparently DMing my friends & allies today to lie about me again, so I'm going all in.
- • **Ashley Gjovik** LinkedIn circa 2008 vs current: - 2008: Community college, then Northeastern U, then Academy of Art University with a BA in Animated Productions 2008-2012 - 2022: Juanita High School then U of Missouri for Astrophysics 2008-2011 1 + 1 = 3?
- • **Ashley Gjovik** She freaks out if you write about any her aliases & she'll flag it for doxxing even though it's public info. So, redacting it despite logic & reasoning.
- • **Ashley Gjovik** '21: Scarlet applied for a web dev role in '07 only having dabbled in LiveJournal aftr teaching herself how to code -WaPo '09: After Scarlett completed high school ('04) she went to Comm Coll & Northeastern U & got an Adv Web Design degree w/ 4.0 GPA ('07)

---

[1184] Twitter, https://twitter.com/jtheory/status/1480837498238644227
[1185] Twitter, https://twitter.com/one_more_time_2/status/1482383170758582273 ,
https://web.archive.org/web/20220131064100/https://twitter.com/one_more_time_2/status/1482383170758582273
[1186] Twitter, https://twitter.com/ashleygjovik/status/1479956961705795585
[1187] Twitter, https://twitter.com/one_more_time_2/status/1482993498966016000,
https://web.archive.org/web/20220131064237/https://twitter.com/one_more_time_2/status/1482993498966016000

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik** Here's another interesting one. Cher posted a lot about "growing up poor," like "trap house" poor, she says. Maybe? But, also, her mom's over here with tassels on her ottoman & looking like a fucking late 80s/early 90s goddess.
- **Ashley Gjovik** Surely, BezosPost must have looked into Cher's basic financial & family history, right? I guess her mom was over there slinging concrete with that dope-ass eye shadow. I mean maybe... but....

**Jan 8 2022 – Public Twitter Post**
- **Cher Scarlett** (@cherthedev): When people show you who they are: BELIEVE THEM. [1188]

**Jan 8 2022 – Public Twitter Post**
- 🔴 **Ricky Mondello (Employer):** "If you aren't following **Molly [White],** you should be"[1189]

**Jan 8 2022 – Public Twitter Post**
- **Shantini Vyas:** that ashley person is stoking her followers into making fun of someone's overdose. seems totally legit and like she's a real activist [1190]
  - Liked by: **Managers:** 🔴 **Eric Vitiello**; **Employees: Steven McGrath, Cher Scarlett, Harrison, Ross Freeman, Juan Laube**
  - **Ankit Aggarwal:** "best person"
    - *Liked by Shantini Vyas*
  - **Brian Gannin:** Gotta stay on brand.
    - *Liked by Shantini Vyas & Cher Scarlett*

**Jan 8 2022 – Public Twitter Post**
- **Cher Scarlett:** If you enable abuse, or amplify it, you are also an abuser [1191]

**Jan 8 2022 ~3pm PST – Twitter Direct Messages**
- **[Redacted]** she messaged me on LinkedIn. she wants to call me.
- **[Redacted]** do you think there is any way I can get her to stop bugging you?
- **Ashley Gjovik:** many have tried, all have failed. you're welcome to though. I'll stop as soon as she actually, really stops
- **[Redacted]** I think I can get her to agree
- **Ashley Gjovik:** She's been going hard at this for five months, god speed
- **[Redacted]** She said she will agree not to talk about you if you do the same. she's on the phone with me now

---

[1188] Twitter, https://twitter.com/cherthedev/status/1479714247521157120,
https://web.archive.org/web/20220129181217/https://twitter.com/cherthedev/status/1479714247521157120
[1189] Twitter, https://twitter.com/rmondello/status/1479987419659313154,
https://web.archive.org/web/20220129181039/https://twitter.com/rmondello/status/1479987419659313154
[1190] Twitter, https://twitter.com/_shantini_/status/1479974987540881410;
https://web.archive.org/web/20220129030415/https://twitter.com/_shantini_/status/1479974987540881410
[1191] https://twitter.com/cherthedev/status/1480039857808310276,
https://web.archive.org/web/20220129180826/https://twitter.com/cherthedev/status/1480039857808310276

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** would she be willing to put it in writing. we can negotiate something like no defamatory comments, no disparaging comments, etc she'd also need to correct all the misinformation she's shared with the press & the government. i have to be able to defend myself otherwise
- **[Redacted]** (redacted)
- **Ashley Gjovik:** would she be willing to correct the false statements or at least send something to those journalists, cc'ing me, saying she supports me or something. she told a lot of people i'm a liar and told them not to talk to me or write about me. journalists & gov. if she'll correct false information, show me she did, promise to stop talking about me, and have it in a legally enforceable contract with injunctive relief since she will refuse to pay damages like all this.... id' agree to stop talking about her
- **[Redacted]** (redacted)
- **Ashley Gjovik** i don't think she'd actually stick to it otherwise. she just wants me to stop posting her shit right now. if i stop, then she'll defame me again. this is how tis gone. I'm like super impressed you've gotten this far though
- **[Redacted]** (redacted)
- **Ashley Gjovik** i mean i already have her criminal record and she keeps saying every week that NO ONE CAN TELL HER WHAT SHE CAN'T SAY. i feel like this is amazing progress but i have liek zero faith she'd actually stick to it, even with a contract. have you seen this https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard#c-TheresNoTime-2022-01-08T20%3A33%3A00.000Z-HazelBasil-2022-01-08T06%3A25%3A00.000Z
- **[Redacted]** (redacted)
- **Ashley Gjovik** she's written like 100k words attacking me in five days because i flagged her fake account has been editing her own page and my page
- **[Redacted]** (redacted)
- **Ashley Gjovik** if i stop that means i withdraw the current Wikipedia arbitration committee investigation into the massive fraud, she's' been committing against Wikipedia for two months. not just stop posting on twitter. she wants both to stop. i love you've gotten this far but im not withdrawing that shit . can you ask her to clarify then, just twitter, or Wikipedia too
- **[Redacted]** Just twitter
- **Ashley Gjovik** will she say this to me directly in writing so she doesn't just deny it later
- **Ashley Gjovik** oh wait will she also agree no subtweeting. we both agree no named tweeting, initial tweeting, or subtweeting. if anyone thinks they're being subtweeted, can 3rd party can be arbitrator maybe? i just remembered she subtweeted me 99% of the time. also can we both say we both agreed to stop talking about each other on twitter. like dual post.
- **Ashley Gjovik** I'm happy to not share the hundreds of other things i found, but i want to keep up what I've posted and i want people to know there was a discussion about it
- **[Redacted]** She wants you to agree not to post "private" info on Wikipedia ugh
- **Ashley Gjovik** there we go
- **Ashley Gjovik** post on wiki pages or provide info to Wikipedia &/or she's trying to shut down this arbitration committee. i have zero plans to make any edits about her in actual Wikipedia articles. however notice boards & arbitration are different, those are investigations into her doing shady shit
- **[Redacted]** Ok that seems like I could get her to agree

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik** Ashley agrees: - no tweeting about Cher (including subtweets) on Twitter GOING FORWARD, however previous tweets will not be removed - no voluntary editing of any Wikipedia articles (only articles, not notice boards or other forums) about Cher or with content about Cher GOING FORWARD IF Cher agrees: - to stop talking about Ashley completely, including but not limited to on social media, via DMs, emails, video/phone, any forum.... to other advocates, to press, to gov, to anyone unless she has to by law (like a subpoena or whatever). This includes sub-talking/sub-tweeting/etc (talking about me without saying my name) or asking/directing anyone else to talk about me for her. we will both post a brief Tweet upon agreement that: "Cher Scarlett and I had a discussion via a peer mediator today and Cher has agreed to stop talking about me completely going forward and I have agreed to stop Tweeting about Cher going forward. " + "Ashley Gjovik and I had a discussion via a peer mediator today and Ashley has agreed agreed to stop Tweeting about me going forward and I have agreed to stop talking about Ashley completely going forward. " if one of us breaks the rule, then arrangement is terminated and i will happily start sharing the many files and websites and wayback archive shit if found of her own statements publicly posted
- **[Redacted]** She wants the most recent tweets removed
- **[Redacted]** Would this be good?
  - **Cher Scarlett:** "Ashley agrees not to talk about Cher except to say "we have a peer mediated agreement not to talk about each other" & not to edit Cher's Wikipedia article. Cher agrees not to talk about Ashley except to say "we have a peer mediated agreement not to talk about each other". This is just an informal agreement and not legally binding."
- **Ashley Gjovik** I'm only agreeing not to talk about Cher on Twitter, *only* Twitter, we can include LinkedIn, Facebook, and Instagram, but unless she formally retracts all the crazy shit she said to me to EVERYONE i need to be able to defend myself
- **[Redacted]** She says then that's all she'll agree to
- **Ashley Gjovik** and i'm not withdrawing my wiki claim
- **[Redacted]** So is there a better way to reword it that you think she'd be ok with?
- **Ashley Gjovik** what i said above
- **[Redacted]** Ok how does this look
- **Ashley Gjovik**: no, what i said above
- **Ashley Gjovik**: Ashley agrees: - no tweeting about Cher (including subtweets) on Twitter GOING FORWARD, however previous tweets will not be removed - no voluntary editing of any Wikipedia articles (only articles, not notice boards or other forums) about Cher or with content about Cher GOING FORWARD IF Cher agrees: - to stop talking about Ashley completely, including but not limited to on social media, via DMs, emails, video/phone, any forum.... to other advocates, to press, to gov, to anyone unless she has to by law (like a subpoena or whatever). This includes sub-talking/sub-tweeting/etc (talking about me without saying my name) or asking/directing anyone else to talk about me for her. - NEW: Cher explicitly agrees to not edit Ashley's Wikipedia page or edit any content about Ashley in other Wikipedia articles we will both post a brief Tweet upon agreement that: "Cher Scarlett and I had a discussion via a peer mediator today and Cher has agreed to stop talking about me completely going forward and I have agreed to stop Tweeting about Cher going forward. " + "Ashley Gjovik and I had a discussion via a peer mediator today and Ashley has agreed to stop Tweeting about me going forward and have agreed to stop talking about Ashley completely going forward. " if one of us breaks the rule,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

then arrangement is terminated and i will happily start sharing the many files and websites and wayback archive shit if found of her own statements publicly posted

- **Ashley Gjovik**: Added a new line since she doesn't edit Wikipedia and has never edited my page or her page, this shouldn't be a problem
- **[Redacted]** (redacted)
- **Ashley Gjovik**: she bullied me and defamed me to the point i almost gave up on my fight against apple at least a dozen times. so close. simply because of her bullshit. she's caused me so much depression, anxiety, panic, and pain. she's hurt my relationships. she's hurt my career. she's hurt my legal cases. and i was quiet for months. she wouldn't stop. multiple people told her to stop. she wouldn't. she tried to destroy me. it's what i said or its nothing
- **[Redacted]** Ok she just sent me a request; would it be ok to add that you won't post her "private" info
- **Ashley Gjovik**: define private ALSO one of the women who had to fucking support me being devasted from all the shit Cher did to me wants Cher to promote my go fund me after she reaches her own goal to make up for posting that anyone who donates to my GFM is supporting a "predator"
- **Ashley Gjovik:** Another woman just now: "Yes I will be witness to how many times or rather the numerous times I communicated with you and you were very upset and emotionally drained from interactions with or by Cher."
- **[Redact]** She'll do it on the condition you don't post about any of her private details?
- **Ashley Gjovik:** Ashley agrees: - no post about Cher (including subtweets) on Twitter, LinkedIn, Facebook, or Instagram GOING FORWARD, however previous tweets will not be removed - no sharing private information about Cher (including subtweets) on Twitter, LinkedIn, Facebook, or Instagram GOING FORWARD, however previous posts will not be removed - no voluntary editing of any Wikipedia articles (only articles, not notice boards or other forums) about Cher or with content about Cher GOING FORWARD - Ashley will not edit Cher's Wikipedia page or edit any articles with content about Cher IF Cher agrees: - to stop talking about Ashley completely, including but not limited to on social media, via DMs, emails, video/phone, any forum.... to other advocates, to press, to gov, to anyone unless she has to by law (like a subpoena or whatever). This includes sub-talking/sub-tweeting/etc (talking about me without saying my name) or asking/directing anyone else to talk about me for her. - Cher explicitly agrees to not edit Ashley's Wikipedia page or edit any content about Ashley in other Wikipedia articles - Cher will promote Ashley's GFM one time after she completes her own GFM goal, she can do so neutrally but will not say anything negative - Cher will not edit Ashley's Wikipedia page or edit any articles with content about Ashley we will both post a brief Tweet upon agreement that: "Cher Scarlett and I had a discussion via a peer mediator today and Cher has agreed to stop talking about me completely going forward and I have agreed to stop Tweeting about Cher going forward. " + "Ashley Gjovik and I had a discussion via a peer mediator today and Ashley has agreed to stop Tweeting about me going forward and have agreed to stop talking about Ashley completely going forward. " if one of us breaks the rule, then arrangement is terminated and i will happily start sharing the many files and websites and wayback archive shit if found of her own statements publicly posted
- **[Redacted]** Just sent it
- **[Redacted]** She is saying she won't agree unless you delete those tweets from tonight
- **Ashley Gjovik** Nope. she broke her settlement with apple immediately and continues to break it. on NBC news she said NO ONE CAN EVER TELL ME WHAT NOT TO SAY. she needs to convince me she'll keep her word. I'm not giving anything

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **[Redacted]** (redacted)
- **Ashley Gjovik** I'm not deleting shit. im willing to drop her promoting my go fund me though.
- **Ashley Gjovik** (Cher's friend) is reaching out to Cher right now. please pause on this. (Redacted) wants to ask Cher to step down from (redacted) completely & let current employees take over

**Jan 9 2022 ~3pm PST – Twitter Direct Messages**
- **[Redacted]** Did (redacted) make any headway?
- **Ashley Gjovik** haven't heard anything back from her
- **[Redacted]** sounds like Cher tried to report my tweets to twitter and they told her to go away
- **[Redacted]** Well she's still messaging me if you want to still try to get her to agree not to bug you
- **Ashley Gjovik** she was posting about how twitter is enabling abuse and shit. oh wow. yeah, if you can get her to agree to the thing from yesterday, my version, I'm still in
- **[Redacted]** She's not going to go with the latest revision
- **[Redacted]** What if she tweeted about your GoFundMe with an apology?
- **Ashley Gjovik** the question is what she expects from me. cause she will quickly turn around and say i broke whatever agreement. it needs to be an agreement, written, with terms. she's more than welcome to tweet an apology as a sign of good faith. she says she's going to testify against me on behalf of apple. she, in writing, has defamed me to the press & gov. i'm not taking her at her word, she's done too much damage
- **[Redacted]** I worry she will get her lawyer involved if there is an agreement in writing she already says she's talking to the lawyer
- **Ashley Gjovik** i don't want to talk about that like that. she's apparently a witness. I'm not gonna tamper with a witness. she's the one that said it though
- **Ashley Gjovik**, she said she's talking to a lawyer about me?
- **[Redacted]** Yes & the FBI
- **Ashley Gjovik** then this conversation stops immediately.
- **Ashley Gjovik** WHAT.  I'm dead. I'm dying. Omg. what. ok yeah no we're done
- **[Redacted]** But she could cause problems with a lawsuit maybe? I don't know much about this
- **Ashley Gjovik** No. i mean it would be a headache but she has no cause. def no intermediaries now. if she wants to contact me about this in the future, tell her her lawyer can email me
- **[Redacted]** (redacted)
- **Ashley Gjovik** No stop, please. if she's involving a lawyer
- **[Redacted]** Ok
- **Ashley Gjovik** she's on her own. but thank you

**Jan 8-10 2022 – Private Messages**
*Copy of messages provided to me by friends: [Redacted]*
- **Cher Scarlett to [Redacted]:** In summary, Scarlett claims Gjovik "made up" that Scarlett will testify against Gjovik.

**Jan 8-10 2022 – Private Messages**
*Copy of messages provided to me by friends: [Redacted]*

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett to [Redacted]:** In summary, Scarlett claims Gjovik was "extorting her" and tells multiple people she reported Gjovik to law enforcement that week, including reporting Gjovik to the U.S. FBI.

**Jan 9 2022 – Public Twitter Post** [1192]

- **Cher Scarlett**: 10 years and still this close. Love this kid more than life.
  - o **NoMoreHateMate2** (@mate2_no): I wonder how much distress and future trauma she has caused her child by overdosing on drugs at Christmas then splashing that info all over the internet as part of desperate attention-seeking behaviour for her daughter's classmates to see.
  - o **FirstnameBunchofnumbers (@FirstNa47437596):** Ashley. Stop it. You do nothing but tweet about Cher and Apple 24/7 and it's UNHEALTHY. You are UNHINGED. Go to bed and get some rest. Then delete all these Twitter accounts and try to pick up the pieces of your life.[1193]
  - o **NoMoreHateMate2** (@mate2_no): You should be more concerned with the health and safety of Alexis, who is being raised in an unsafe environment than you are with Ashley. I've downloaded all Cher's tweets and Medium articles and will be filing a report with Child Protective Services.
    - ▪ **Cher Scarlett:** I live alone with just my daughter. I don't get child support. I also support a second household with 2 other children and their father. I am the sole provider. My family business is my business, not the world's. [1194]
    - ▪ **Captain of the CSS Enterprise:** Nah, it's just Ashley.
    - ▪ **NoMoreHateMate2**: Afraid not. But since you mention Ashley, here's a thread she did exposing Cher's lies about her background
    - ▪ **FirstnameBunchofnumbers** (@FirstNa47437596):This account does nothing but RT Ashley and parrot the same talking points but it's not Ashley [GIF: "Okay, right"]
  - o **FirstnameBunchofnumbers (@FirstNa47437596):** Ashley, what you are suggesting is a crime: "(4) A person who, intentionally and in bad faith, knowingly makes a false report of alleged abuse or neglect shall be guilty of a misdemeanor punishable in accordance with RCW 9A. 20.021.
  - o **FirstnameBunchofnumbers (@FirstNa47437596):** I'm not Katelyn, Ashley. The only bully here is you. You don't see Cher acting like this. Your entire account is now devoted to harassing Cher, so it's not a big leap that any report you make is malicious. Maybe I should dedicate MY account to exposing your crimes
  - o **FirstnameBunchofnumbers** (@FirstNa47437596): This is an utterly ridiculous reaction to your perception that Cher hogging is your limelight in the press, Ashley. You are trying to destroy her for maybe editing your Wikipedia? That's not normal. These untreated mental health issues might prevent you from becoming a lawyer. [1195]
  - o **FirstnameBunchofnumbers** (@FirstNa47437596): Lol having mental health struggles and or substance abuse issues doesn't mean you are a bad parent. I mean, just look at your mother

---

[1192] Twitter, https://twitter.com/cherthedev/status/1480424145804398592,
https://web.archive.org/web/20220129180011/https://twitter.com/cherthedev/status/1480424145804398592
[1193] Twitter, https://twitter.com/FirstNa47437596/status/1480614663972790275,
https://web.archive.org/web/20220129180250/https://twitter.com/FirstNa47437596/status/1480614663972790275
[1194] Twitter, https://twitter.com/cherthedev/status/1480919058442866696 ,
https://web.archive.org/web/20220130011919/https://twitter.com/cherthedev/status/1480919058442866696
[1195] Twitter, https://twitter.com/FirstNa47437596/status/1480747212413935619,
https://web.archive.org/web/20220129180306/https://twitter.com/FirstNa47437596/status/1480747212413935619

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **FirstnameBunchofnumbers (@FirstNa47437596):** If the kid wasn't there they won't give a shit. It's likely that the hospital already called even if she was. And if u don't know the child personally they don't take the report. Bet you really thought you did something there huh?
- ○ **FirstnameBunchofnumbers (@FirstNa47437596):** Nah, she just finally passed out drunk[1196]

**Jan 9 2021 – Public Twitter.com Posts**
- **Ashley Gjovik:** Real rich from @_Shantini_ (Apple coworker) Sept 1: Ashley is a liar & makes things up for attention. Her claims are bogus & she's a cruel, racist, predator. Ashley is Shaun King Jan 8: Ashley is stoking her followers into making fun of Cher. Seems like Ashley's a real activist [1197]
- **Ashley Gjovik:** DO PEOPLE FORGOT I KEEP RECORDS OF THEIR SHIT Also, does anyone know if she worked in Apple Legal/Global Sec too? Wouldn't be surprised at this point. [1198]
- **Ashley Gjovik:** Coincidently, I was trying to get Verified tonight to stop accounts from impersonating me (I guess they're even DMing people now), but after debugging the weird workflow I'm seeing with someone, it appears I was placed on a Twitter-terrorist list, so I can't even req verification [1199]
- **Ashley Gjovik:** Where did @_Shantini_ go right after this massive pile of shit-post & after quitting Apple? Twitter. Overs/unders that petty, whacko jagweed put me on a Twitter-terrorist watchlist as soon as she got to her new job? https://twitter.com/_shantini_/status/1433270352919072771?s=20[1200]
- **Ashley Gjovik:** Oh hey, I missed this the first time around.... Cher's there too. @_shantini_: Ashley is "inconsequential" @cherthedev: "Good News Outlets don't take [Ashley] seriously because her story shifts like a chameleon & eventually it will all work itself out" https://twitter.com/_shantini_/status/1447926059903557632 [1201]
- **Ashley Gjovik:** What happened on Oct 12? I filed my #NLRB charges about Apple's unlawful employee policies, Tim's "snitches get stitches" memo, & Apple's creepy employee surveillance. It's expected to overturn Trump-era labor precedent & improve national labor right.[1202]
- Cher's apparently DMing people saying it's a conspiracy theory to say she prevented the press from talking to me. I mean, it did seem quite bizarre no one picked this news up. It's HUGE. [1203]
- **Ashley Gjovik:** Very little coverage on a massively impactful NLRB filing, yet lots of news about an existing NLRB charge staying status quo.[1204]
- **Ashley Gjovik:** But is it a conspiracy theory if editors tell you the person is directly telling reporters not to talk to you? [1205]
- **Ashley Gjovik:** And the person brags about getting reporters not to talk about you? [1206]

[1196] Twitter, https://twitter.com/FirstNa47437596/status/1481425457572577281, https://web.archive.org/web/20220129175707/https://twitter.com/FirstNa47437596/status/1481425457572577281
[1197] Twitter, https://twitter.com/ashleygjovik/status/1480415210175299584
[1198] Twitter, https://twitter.com/ashleygjovik/status/1480416975838801923
[1199] Twitter, https://twitter.com/ashleygjovik/status/1480419156814041090
[1200] Twitter, https://twitter.com/ashleygjovik/status/1480420086615724037
[1201] Twitter, https://twitter.com/ashleygjovik/status/1480425743565815809
[1202] Twitter, https://twitter.com/ashleygjovik/status/1480426221238296577
[1203] Twitter, https://twitter.com/ashleygjovik/status/1480427366237171713
[1204] Twitter, https://twitter.com/ashleygjovik/status/1480427630616670210
[1205] Twitter, https://twitter.com/ashleygjovik/status/1480428246416035840
[1206] Twitter, https://twitter.com/ashleygjovik/status/1480428320676188165

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Apple Global Security probably gave her a bonus for this shit [1207]

**Jan 9 2022 – Twitter Private Messages**
- **Guybrush Threepwood (@Guybrus55626232):** Did you just admit to intimidating an Apple defense witness? Do you know that is a crime in the state of California? [1208]
- **Ashley Gjovik:** Who are you?
- **Guybrush Threepwood (@Guybrus55626232):** It doesn't matter if the trail is ongoing/pending or not. I think you may have already committed a federal crime. Talk with your lawyer. "Applies to tampering with witness in "proceedings before congress, exec departments, and admin agencies, and to civil and criminal judicial proceedings, including grand jury proceedings….. [links]. 18 U.S. Code § 1512
- **Ashley Gjovik:** Ok so you're Apple Legal. Hello. Go away.
- **Guybrush Threepwood (@Guybrus55626232):** DELETES THEIR TWITTER ACOUNT

**Jan 10 2022 – Public Twitter Post**
- **Cher Scarlett (@chevthedev):** I'm not sure. I've learned that bridging with destructive people is an uphill battle unless the person has matured enough to self-reflect and problem solve in a healthy manner. If you can't reason with someone into not destroying people, and themselves, it's them. **[1209]**
  - Retweet: @StephenBlank: how does one help people who engage in that type of behavior to find empathy and kindness?
- **Cher Scarlett (@chevthedev):** I've exhausted myself in the past trying to get acquaintances to see the ways they are hurting people on this platform and it has rarely ended well. People have their own version of reality in this age of the internet and social media where they fill in gaps with myths. [1210]
- **Cher Scarlett (@chevthedev):** People will sooner fight to the death for a myth than the truth because the truth is malleable and adjusts with observation. Myths are immovable and ignore observation to be held up. It's a cruel catch-22 for everyone. [1211]
  - *Liked by **Computer Chronicles Revisted (@ChronRevisted)***

🍎 **JAN 10 – ASHLEY GJOVIK FILES THIS NLRB CHARGE & ANNOUNCES IT ON TWITTER**

**Jan 10 2022 – Public Twitter Post**
- **Cher Scarlett (@chevthedev):** There is no world in which good people justify abuse, racism, ableism, misogyny, or any other form of dehumanizing behavior. People who engage in that type of behavior without pause for correction are abusive, and it's not because of a sporadic exception to their morals.[1212]
  - Retweeted by **Janneke Parish (@JannekeParrish)**

---

[1207] Twitter, https://twitter.com/ashleygjovik/status/1480428478163943425
[1208] Twitter, https://web.archive.org/web/20220130045945/https://twitter.com/Guybrus55626232
[1209] Twitter, https://twitter.com/cherthedev/status/1480618846704717831,
https://web.archive.org/web/20220129175707/https://twitter.com/FirstNa47437596/status/1481425457572577281
[1210] Twitter, https://twitter.com/cherthedev/status/1480619281477881856 ,
https://web.archive.org/web/20220130010502/https://twitter.com/cherthedev/status/1480619281477881856
[1211] Twitter, https://twitter.com/cherthedev/status/1480619567697182720 ,
https://web.archive.org/web/20220130010222/https://twitter.com/cherthedev/status/1480619567697182720
[1212] Twitter, https://twitter.com/cherthedev/status/1480560979393998848,
https://web.archive.org/web/20220129220446/https://twitter.com/cherthedev/status/1480560979393998848

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o Liked by **Anil Dash** (@anildash)
- **Cher Scarlett (@chevthedev):** And people who want to be the hero in other peoples' story will find a villain, and decry all reason and rationality, to make it fit until they themselves become one. [1213]
  - o *The Dark Knight -"You Either Die a Hero, or You Live Long Enou*

## Jan 10 2022 – Public Twitter Post

- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Attn someone at @SantaClaraUniv: could you review the cyberbullying of Cher Scarlett coming from the account of your law student @ashleygjovik? Do you condone this behavior? Is this in line with the terms of your code of conduct? [1214]
  - o *Liked by NoMoreHateMate2 (@mate2_no)* & ***Steven McGrath***
  - o *Retweeted by: **Steven McGrath***
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Also check alt @mate2_no, which is even nastier and does nothing but RT Ashley and parrot the same talking points. [1215]
  - o *Liked by NoMoreHateMate2 (@mate2_no)* & ***Steven McGrath***
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** She's also using @pugnaciouspoet - same MO - Cher-themed account with the same writing style [1216]
  - o *Liked by NoMoreHateMate2 (@mate2_no)* & ***Steven McGrath***
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** @santaclarauniv this is a bad case of cyberbullying by one of your students that reflects poorly on your student body. Do you condone this? [1217]
  - o *Liked by NoMoreHateMate2 (@mate2_no)* & ***Steven McGrath***
- **NoMoreHateMate2** (@mate2_no)**:** *[Image of Michael Jackson looking entertained & eating popcorn]*
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** I'm angry about her cyberbullying. I want her to cut it out. Not just Cher but everyone she's stalking and obsessively posting about. Real activists focus on the cause.

## Jan 10 2022 – Public Twitter Post

- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Retweet: **Shantini Vyas:** that ashley person is stoking her followers into making fun of someone's overdose. seems totally legit and like she's a real activist **[1218]**

## Jan 10 2022 – Public GoFundMe Post

---

[1213] Twitter, https://twitter.com/cherthedev/status/1480562122648027138,
https://web.archive.org/web/20220129220449/https://twitter.com/cherthedev/status/1480562122648027138
[1214] Twitter, https://twitter.com/FirstNa47437596/status/1480750181142261760,
https://web.archive.org/web/20220129175830/https://twitter.com/FirstNa47437596/status/1480750181142261760
[1215] Twitter, https://twitter.com/FirstNa47437596/status/1481380123404165122,
https://web.archive.org/web/20220129175827/https://twitter.com/FirstNa47437596/status/1481380123404165122
[1216] Twitter, https://twitter.com/FirstNa47437596/status/1481380721285492737,
https://web.archive.org/web/20220129175757/https://twitter.com/FirstNa47437596/status/1481380721285492737
[1217] Twitter, https://twitter.com/FirstNa47437596/status/1481381439983685632,
https://web.archive.org/web/20220129142807/https://twitter.com/FirstNa47437596/status/1481381439983685632
[1218] Twitter, https://twitter.com/_shantini_/status/1479974987540881410,
https://web.archive.org/web/20220129142833/https://twitter.com/_shantini_/status/1479974987540881410

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **"Monad Life"** **Donated $500 to Cher Scarlett:** I was moved to make this donation when I saw someone spending their days diving into your private life past and present, talking about you to themselves via obvious socketpuppets, and using throwaway accounts to reply with toxic garbage to your other supporters. I hope this helps ease your struggles just a tiny bit![1219]

## Jan 11 2022 – Public Twitter Posts
- **Ashley Gjovik**: Hey @APPLE, #Apple: Doc retention recommended for: Any and all communications between managers ROB MARINI and FAYE GARFINKLE, with: @cherthedev [1220]
- **Ashley Gjovik**: What was it that Rob Marini used to say Apple leaders called him affectionately? Oh yeah. Their: "Little Gestapo"[1221]
- **Ashley Gjovik**:  See: Racketeer Influenced and Corrupt Organizations Act Enacted as § 901(a) of the Organized Crime Control Act of 1970; as codified in 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968 MARINI HAS KNOWN TIES TO THE NY MAFIA. SHUT THIS SHIT DOWN IMMEDIATELY, APPLE https://www.youtube.com/watch?v=q-35q9ISBsI [1222]
- **Sarah | SWE | Scientist | ADHD & ASD (@Female_in_tech):** I saw your tweet just in time to go through all their social media before they started making it private. Rob Marini looks more sad alcoholic than wanna be gangster, lol. [1223]

## Jan 11 2022 – Public Twitter.com Post
- **Ashley Gjovik:** Hi @Apple, #Apple, @tim_cook Just to be clear, my Jan 11 #NLRB filing will name the following Apple managers (& ICs as their/your agents), as known participants in this 5 month harassment & defamation campaign against me, in retaliation for PA & filing NLRB charge on Aug 26 [1224]

  o **Ashley Gjovik:** I recommend you this send the Document Retention notices + some sort of C&D missive to them now. Known Managers: Ricky Mondello, Faye Garfinkle Suspected Mgs: Rob Marini, Brad Reigel Known ICs: Cher Scarlett, Shantini Vyas, Kev Kitchens, Amanda Harrison Sus ICs: TBD[1225]
  o **Ashley Gjovik:** First order of business for the C&D is to tell them to stop reporting me to local and federal law enforcement, and domestic and foreign governments in bad faith, for meritless, retaliatory accusations. (Otherwise this is def how i'm getting the RICO charge, y'all) I.e. [1226]
  o **Ashley Gjovik:** As you know, Reigel (Mr Bullets) & Marini (PTSD scream remix) are named abusers in my complaints abt iAbuse. Garfinkles known to be very close friends with Marini You may also look into: - Reigel's ties with local law enf - Marini's ties with NY mafia (he openly brags abt this) [1227]

---

[1219] GoFundMe, https://www.gofundme.com/f/legal-medical-expenses-for-apple-whistleblower
[1220] Twitter, https://twitter.com/ashleygjovik/status/1481040562912305153
[1221] Twitter, https://twitter.com/ashleygjovik/status/1481041216485527555
[1222] Twitter, https://twitter.com/ashleygjovik/status/1481041216485527555
[1223] Twitter, https://twitter.com/Female_in_tech/status/1481045327725543424;
https://web.archive.org/web/20220210045212/https://twitter.com/Female_in_tech/status/1481045327725543424
[1224] Twitter, https://twitter.com/ashleygjovik/status/1481026531438706689
[1225] Twitter, https://twitter.com/ashleygjovik/status/1481027837163311104
[1226] Twitter, https://twitter.com/ashleygjovik/status/1481028441268887568
[1227] Twitter, https://twitter.com/ashleygjovik/status/1481029867952955393

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- ○ **Ashley Gjovik:** The publications I will be naming as suspected to be complicit in this campaign will include: - 9 to 5 Mac (tho retracted the majority of the article in q after the C&D demand letter I sent; - The Verge; - Mashable; - The UK office of Business Insider -WaPo [1228]
- ○ **Ashley Gjovik:** Who is Rob Marini? [Note: Faye was there] [1229]
  - ▪ **Quote Tweet: 8/16/201:** My 1st wk at [#Apple](#), my officemate (the mastermind behind the PTSD scream re-mix) told me everyone he prev shared an office w/ either: 1) Quit Apple 2) Left the country, &/or 3) Killed themselves I asked a few colleagues and they confirmed: that was a true statement.
    https://twitter.com/ashleygjovik/status/1427381960419151873
- ○ **Ashley Gjovik:** Who is Brad Reigel? [Note: Faye was there] [1230]
  - ▪ **Quote Tweet: 8/16/2021:** Within a couple months, I was back in my [#Apple](#) director's office complaining that Mr. Bullets, now my manager, was yelling at & berating me in public and private, calling me an idiot, locked me in a conf room alone & screamed at me while I cried, & kept threatening to smack me.
    https://twitter.com/ashleygjovik/status/1427363214082265104
  - ▪ **Quote Tweet: 8/16/2021:** Mr. Bullets didn't treat anyone else like this, just me. Our [#Apple](#) director & a teammate both said I was very similar to Mr. Bullets ex-wife, and he's probably projecting his anger towards her onto me. I was told to try to help him be a better manager. No one helped me.
- ○ **Ashley Gjovik:** Will just snuggle this right up here. Per their own tweets: Ricky, Cher, & Shantini are all friends, & Ricky is friends with Faye. Faye is besties with Rob & friends with Brad. Add the ex-Apple security employee in the harassment cluster-f mix... [1231]
  - ▪ **Quote Tweet: 1/13/21:** I'm currently drafting my memo for the NLRB abt the targeted harassment campaign that Apple & their agents have waged against me since August. I'm currently up to 20pg of just their quotes. Due to popular demand, preview of some of Cher Scarlett's greatest shit-posts abt me…
    https://twitter.com/ashleygjovik/status/1481730070720876544
- ○ **Ashley Gjovik:** And we'll add Shantini's Tweet thread here. Now we've just baked a nice harassment & defamation casserole. [1232]
  - ▪ **Quote Tweet: 12/5/21: I** don't know if Cher and Shantini (another ex-coworker) were working together, but after Shantini's awful posts on Sept 1st, Cher started echoing this hurtful propaganda everywhere - getting her followers to parrot it & even getting the press to write about it. https://twitter.com/ashleygjovik/status/1467624487537369089

**Jan 11 2022 – Public Twitter.com Post**

---

[1228] Twitter, https://twitter.com/ashleygjovik/status/1481031381807341568
[1229] Twitter, https://twitter.com/ashleygjovik/status/1481032031219769345
[1230] Twitter, https://twitter.com/ashleygjovik/status/1481032423785656322
[1231] Twitter, https://twitter.com/ashleygjovik/status/1481817177766326272
[1232] Twitter, https://twitter.com/ashleygjovik/status/1481817598652149761

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** I guess it makes sense now that these months of targeted harassment & defamation against me that seemed to try to get me to give up/kill myself, are starting to appear orchestrated by an Apple coworker who used to openly brag about trying to destroy me to the point of suicide.[1233]
  - o Everyone kept asking, why on earth is Cher Scarlett doing this to you? What motive does she have to do such awful things? Best guess was: she works in Apple Legal/Security; she's already getting a payout from Apple But, THIS, this connects all the dots. It all makes sense now.[1234]

## Jan 11 2021 – Private Email via My Website Contact Form
- **David Evans:** "Hey Ashley, I tried sending you a message on LinkedIn too, but I didn't receive a reply. Anyway, I wanted to reiterate that I have nothing to do with Apple Global Security. I'm just a lowly engineer working his dream job in ACS (iCloud). I strongly suspect you'll ignore this message, but I wanted to try and reach out as an act of kindness instead of the usual sarcastic tone I take (which can be unhelpful, of course).cI think you're making life hard for yourself, and looking for a fight where there honestly wasn't one. It's probably best for your mental and even physical health to just… move on? I completely understand that you likely completely disagree, but sometimes good advice is hard to hear. I really do wish you the best of luck, and please don't tweet this message! I'd also be really grateful if you'd give some form of acknowledgement that you read it, just for my own piece of mind. Now that you've blocked me on Twitter I'll likely always wonder what happened with your case in the end. Best of luck, David"[1235]

## Jan 12 2021 – Public Twitter.com Posts
- **Ashley Gjovik:** I've had some very stressful moments the last few wks & I've been feeling down, HOWEVER: Nothing gives me a 2nd wind like thinking about how I'm gonna kick Apple's f'n ass this year for what they did to me I'm gonna put the fear of god in them so they don't do it to anyone else
- **BabyHummingbird** (@gbluvsf): and fck those btches, special place in hell for women who don't help other women [1236]

## Jan 12 2022 – Public Twitter Posts
- **Ashley Gjovik**: This wk I posted photos of 2 male managers who traumatized me at Apple in 2015-6, as suspects in the current 5mo+ organized harassment campaign against me Twitter suspended my account today until I deleted both photos under their new policies, so I don't emotionally harm them [1237]
- **Redacted**: Post them on your website. ;)
  - o **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I second this motion! Make a page showing photos and evidence connected to mr bullets etc, like the radar screenshot, the

---

[1233] Twitter, https://twitter.com/ashleygjovik/status/1481050974257311746
[1234] Twitter, https://twitter.com/ashleygjovik/status/1481051505272705030
[1235] David Evans, https://uk.linkedin.com/in/davidde94
[1236] Twitter, https://twitter.com/gbluvsf/status/1481706819303010305,
https://web.archive.org/web/20220131224024/https://twitter.com/gbluvsf/status/1481706819303010305
[1237] Twitter, https://twitter.com/ashleygjovik/status/1481477875660300288

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

settled lawsuit against him, and stuff from when he was your manager. And his ugly photo. I think it'll all have a nice impact together like that. [1238]

**Jan 12 2022 – Public Twitter Post** [1239]
- **NoMoreHateMate2** (@mate2_no): I wonder which version of her academic record she used when applying for a job at SeattleCCA 1. College drop-out (which she claims on Twitter) 2. BA, Animated Productions 3. Astrophysics at Uni of Missouri 4. Degree in Advanced Web Design (4.0 GPA)
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Doesn't really matter because regardless of what version you use of your academic history, you've still ruined your own good name and will have a very hard time ever getting another legit job
- **NoMoreHateMate2** (@mate2_no): Agreed. Anyone who lies about their academic history probably cannot be trusted and any potential employer who undertakes basic due diligences into who they are employing would likely reject such an untrustworthy individual.
- **NoMoreHateMate2** (@mate2_no): That's unrelated to the issue of Cher clearly having fabricated her academic history at varying points. If she lied about that, what else has she lied about? If you go through her posts with a critical eye, some of her claims start to seem very fanciful.
- **Cher Scarlett (@cherthedev):** I'm utterly confused by this conversation
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Same, it took a weird turn there and now almost looks like two AI's having a back and forth

**Jan 12  2021 – Public Twitter Posts**
- **Ashley Gjovik**: Update my Wikipedia article situation: - Arb Committee investigating user making problematic edits - I suspect user is an ex-Apple Security employee in Seattle - User also edited that employees article - Before user was created, edits made to employee's article under Seattle Ips [1240]
  - **Ashley Gjovik**: Thanks, yeah it's been really frustrating. I'm gonna keep pushing until there's some sort of resolution. That user started reporting me as soon as I flagged them. If they admitted who they were & up to, that's one thing. Attacking me is another. There will be a resolution.[1241]

**Jan 12  2021 – Public Twitter Posts**
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** Cyberbullying is NOT Whistleblowing. In fact, neither is reporting the company to itself. That's called internal complaining, and you don't get accolades for it [1242]

---

[1238] Twitter, https://twitter.com/Female_in_tech/status/1481517382745030656; https://web.archive.org/web/20220210051604/https://twitter.com/Female_in_tech/status/1481517382745030656
[1239] Twitter, https://twitter.com/mate2_no/status/1481438933443653634, https://web.archive.org/web/20220129142820/https://twitter.com/mate2_no/status/1481438933443653634
[1240] Twitter, https://twitter.com/ashleygjovik/status/1481326300509847552
[1241] Twitter, https://twitter.com/ashleygjovik/status/1481328393077489666
[1242] Twitter, https://twitter.com/FirstNa47437596/status/1481441647233683459, https://web.archive.org/web/20220129142855/https://twitter.com/FirstNa47437596/status/1481441647233683459

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers (@FirstNa47437596):** Imagine thinking it's illegal not to like someone? Ashley Gjovik will become the Sidney Powell of human rights law 😈 [1243]
- **FirstnameBunchofnumbers (@FirstNa47437596):** Cyberbullying a vulnerable whistleblower is not "Good trouble". Have you seen Ashley's timeline lately? [1244]

## Jan 12 2021 – Public Twitter.com Posts

- **Ashley Gjovik:** Hey @Twitter @verified @paraga @leslieberland I'm an Apple whistleblower with gov investigations into Apple, & became a public figure last year. I've been told by folks inside/outside Twitter I meet all criteria for Verified status, but I can't even access the workflow. Plz help [1245]
- I emailed Twitter support on Sun asking abt this & abt people creating accounts to impersonate me, but **Ashley Gjovik:** I've only received automated responses (see Case# 0244548114) I have hundreds of articles abt me, a Wikipedia page, multiple high-profile gov investigations, Google trends. [1246]
  - **Ashley Gjovik:** no one has responded to these Tweets, & I'm still waiting for a response from the email exchange from Sunday. Crickets.[1247]
- **Ashley Gjovik:** Hello! Can you plz also check if this apparent sw bug or shadow ban is also preventing me from reporting harassment? I flagged an account dedicated to harassing me & report was denied only 7m later. Something's off with my account. Thanks! [1248]

## Jan 12 2022 -- Public Twitter.com Post

- **Adrian Eves (@swifteves):** In case you didn't know, Shantini is good people
  - *Liked by* 🔴 *Ricky Mondello, Cher Scarlett, Shantini Vyas, Kev Kitchens*
- **Cher Scarlett (@cherthedev):** We are all Shantini somewhere
  - *Liked by Shantini Vyas & Adrian Eves*
- **Shantini Vyas**: Awww but you're the greatest people! [1249]
  - *Liked by* 🔴 *Ricky Mondello, Cher Scarlett, & Adrian Eves*
- **Cher Scarlett (@cherthedev):** I think we need 1 of these a day for like a week [1250]
  - *Liked by Shantini Vyas & Adrian Eves*
- **Adrian Eves (@swifteves):** AGREED
  - *Liked by Shantini Vyas & Cher Scarlett*
- **Adrian Eves (@swifteves):** Cher you're good people too, in case you were wondering. [1251]

---

[1243] Twitter, https://twitter.com/FirstNa47437596/status/1481438095732097031,
https://web.archive.org/web/20220129142903/https://twitter.com/FirstNa47437596/status/1481438095732097031
[1244] Twitter, https://twitter.com/FirstNa47437596/status/1481420327427063808,
https://web.archive.org/web/20220129143526/https://twitter.com/FirstNa47437596/status/1481420327427063808
[1245] Twitter, https://twitter.com/ashleygjovik/status/1481480327226789891
[1246] Twitter, https://twitter.com/ashleygjovik/status/1481481276657848321
[1247] Twitter, https://twitter.com/ashleygjovik/status/1482119884297293826
[1248] Twitter, https://twitter.com/ashleygjovik/status/1482117684388982784
[1249] Twitter, https://twitter.com/_shantini_/status/1481392008325439489
[1250] Twitter, https://twitter.com/cherthedev/status/1481392881839472643,
https://web.archive.org/web/20220131035050/https://twitter.com/cherthedev/status/1481392881839472643
[1251] Twitter, https://twitter.com/swifteves/status/1481393675745648644,
https://web.archive.org/web/20220131035201/https://twitter.com/swifteves/status/1481393675745648644

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o *Liked by* **Shantini Vyas**

**Jan 12  2021 – Public Twitter.com Posts**
- o **Cher Scarlett (**@cherthedev**):** Since this is crowdfunded now... My Sept 1 charge against Apple got a recommendation in the Oakland office of the @NLRB Because some of the charges are about rules, and the application of rules, those need to go to something called "advice" in the capitol [1252]
- o **Cher Scarlett (**@cherthedev**):** A few of the rules, and some of the events that occurred from March of 2021 into December 2021, are subject to interpretation of the NLRA by the @NLRBGC I'm optimistic the case we've made, and evidence provided will prove to be on the side of workers [1253]

**Jan 13 2022 – Public Twitter Post [1254]**
- - **Cher Scarlett:** Same account, but with men, posting their photos without consent with malicious intent ⚠️ @TwitterSafety: you are suspended until you delete. Ok.
- - **Cher Scarlett**: The irony that I'm the one who alerted them about all of it is really 👇
- - **[Redacted]**: Wouldn't it be better if other women at Apple know who the abusers are?
- - **[Redacted] is blocked by Cher Scarlett**

**Jan 13  2021 – Public Twitter.com Posts**
- • **Cher Scarlett** (@cherthedev): Some people want to try to weaponize my addiction against me. My bipolar disorder. My mistakes. My past. The problem with that is that it's my truth, not yours. The truth is only a weapon against lies. I've already unburdened myself. The only person you're damaging is yourself.[1255]

**Jan 24  2021 – Public Twitter.com Posts**
- - **Ashley Gjovik:** Thank you **[Redacted]**  for sharing this. These Apple trolls (including Cher) have been waging harassment campaigns primarily through sub-tweets, DMs, and other private messages. It's been very challenging to call out when it's done in the shadows.[1256]
  - o **[Redacted]** #Appletoo - A tale in 4 parts: [four screenshots of messages with Cher Scarlett] [1257]
    - ▪ **Cher Scarlett** (@cherthedev): **to [Redacted]** I purposefully did not mention what It was about – but posting pictures of people without their consent is not the right way to go about things. It's a violation fo the code of conduct for a reason. People can tell their truths without violating their privacy. [**CHER SCARLETT** BLOCKS **REDACTED**]
  - o **[Redacted]** In my experience, the people who are unable to let others question their position or authority are most likely manipulative and have something to hide.[1258]

---

[1252] Twitter, https://twitter.com/cherthedev/status/1481377710244917251,
https://web.archive.org/web/20220131035435/https://twitter.com/cherthedev/status/1481377710244917251
[1253] Twitter, https://twitter.com/cherthedev/status/1481377711620722688,
https://web.archive.org/web/20220131035421/https://twitter.com/cherthedev/status/1481377711620722688
[1254] Tweets were DELETED, see PDF instead. Remaining: https://twitter.com/JeansSquirrel/status/1481694212399636486
[1255] Twitter, https://twitter.com/cherthedev/status/1481857336436088835 ,
https://web.archive.org/web/20220130011906/https://twitter.com/cherthedev/status/1481857336436088835
[1256] Twitter, https://twitter.com/adeline1847/status/1482088104445964290
[1257] Twitter, https://twitter.com/JeansSquirrel/status/1482064280945975298
[1258] Twitter, https://twitter.com/JeansSquirrel/status/1482064749898518530

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

○ [Redacted] Also the irony of Cher cultivating a cult-like following, much like Apple, as well as demonstrating the characteristics I saw in #Apple leadership: manipulative, charismatic, machiavellianianism, and often projecting attacks onto others or silencing critics. [1259]

○ [Redacted] I should also add that she deleted my comment within minutes of it being posted to minimize any other potential questions to be visible to her followers. I imagine there are many other comments that have been deleted so quickly from her posts. [1260]

## Jan 14 2021 – Public Twitter.com Posts

- **Shantini Vyas:** So I FaceTimed with **@kitchens_sync** and he's even cooler than you think! And no that did not rhyme on purpose[1261]
- **Kev Kitchens:** Coincidentally, I'd say exactly the same about **Shantini! 11/10**, would recommend.[1262]

## Jan 14-15 2022 – Public Twitter.com Post

- **FirstnameBunchofnumbers** (@FirstNa47437596): "Someone reported me so they must be Cher!" Wow, I hope you use better deductive reasoning than that in your legal strategies [1263]
  - *Liked by:* **Steven McGrath**
- **FirstnameBunchofnumbers** (@FirstNa47437596): Sure, if they actually broke a rule. But she thinks anyone who disagrees with her cyberbullying is a "troll" or works for Apple. People who haven't done anything wrong don't need to hide from the law, just from psycho Ashley who will stalk them and their families [1264]
- **FirstnameBunchofnumbers** (@FirstNa47437596): I'm sure Apple sucks balls and you are really mad but that doesn't mean you have a right to attack people and their families [1265]
  - *Liked by:* **Steven McGrath**
- **FirstnameBunchofnumbers** (@FirstNa47437596): You should probably get a clue that if Twitter doesn't even care about the alleged "wrongs" perpetrated against you that a court of law probably isn't going to either [1266]
- **FirstnameBunchofnumbers** (@FirstNa47437596): She also seems to turn on these people pretty quick so you better watch yourself [directed at Apple whistleblower Dawn Underwood] [1267]

---

[1259] Twitter, https://twitter.com/JeansSquirrel/status/1482066442694447104
[1260] Twitter, https://twitter.com/JeansSquirrel/status/1482083046601805826
[1261] Twitter, https://twitter.com/_shantini_/status/1482097585817014272, https://web.archive.org/web/20220129143612/https://twitter.com/_shantini_/status/1482097585817014272
[1262] Twitter, https://twitter.com/kitchens_sync/status/1482098584669474817, https://web.archive.org/web/20220129143617/https://twitter.com/kitchens_sync/status/1482098584669474817
[1263] Twitter, https://twitter.com/FirstNa47437596/status/1482218331943800832, https://web.archive.org/web/20220129143634/https://twitter.com/FirstNa47437596/status/1482218331943800832
[1264] Twitter, https://twitter.com/FirstNa47437596/status/1482214222951944192, https://web.archive.org/web/20220129143639/https://twitter.com/FirstNa47437596/status/1482214222951944192
[1265] Twitter, https://twitter.com/FirstNa47437596/status/1482210920973553664 https://web.archive.org/web/20220129144001/https://twitter.com/FirstNa47437596/status/1482210920973553664
[1266] Twitter, https://twitter.com/FirstNa47437596/status/1482203004371488771, https://web.archive.org/web/20220129143829/https://twitter.com/FirstNa47437596/status/1482203004371488771
[1267] Twitter, https://twitter.com/FirstNa47437596/status/1482202558693212162, https://web.archive.org/web/20220129143902/https://twitter.com/FirstNa47437596/status/1482202558693212162

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers** (@FirstNa47437596):**:** I think you need to take a look at the amount of hate that she's spewing. Look at all of the hate she has directed at Cher and others and anyone who says anything contrary she threatens to sue LOL she's not fighting Apple she's fighting everyone [1268]
- **FirstnameBunchofnumbers** (@FirstNa47437596): Ashley Gjovik should take down her personal attacks on everyone and focus on attacking Apple [1269]
  - *Liked by: Steven McGrath*
- **FirstnameBunchofnumbers** (@FirstNa47437596): There is no Twitter report category for "doesn't like me", so if you were disciplined by Twitter it is because you broke the rules. So by your logic YOU are "harassing" Apple for reporting them? Lol [1270]
  - *Liked by: Steven McGrath*
- **FirstnameBunchofnumbers** (@FirstNa47437596): When you are an adult, you understand that not everyone who dislikes you is a "troll" [1271]
  - *Liked by: Steven McGrath*
- **FirstnameBunchofnumbers** (@FirstNa47437596): I do not follow Cher. As stated, I am not her and I don't know her. And reporting YOUR harassment isn't harassment lol I don't give a shit about Apple. I just hate bullies. [1272]
  - *Liked by: Steven McGrath*

### Jan 15  2021 – Public Twitter Posts
- **FirstnameBunchofnumbers** (@FirstNa47437596): FYI that posting screenshots of yourself logged in looking at the tweets of account that has blocked you definitively proves you use alts [1273]
  - *Liked by: Steven McGrath*
- **FirstnameBunchofnumbers** (@FirstNa47437596): Don't direct hate at fellow victims of the same injustices. Punching down is never a good look or the right thing to do. [1274]
  - *Liked by: Steven McGrath*

### Jan 15 2022 – Public Twitter Post

---

[1268] Twitter, https://twitter.com/FirstNa47437596/status/1482202482893733892,
https://web.archive.org/web/20220129143639/https://twitter.com/FirstNa47437596/status/1482214222951944192
[1269] Twitter, https://twitter.com/FirstNa47437596/status/1482200530000613385,
https://web.archive.org/web/20220129144143/https://twitter.com/FirstNa47437596/status/1482200530000613385
[1270] Twitter, https://twitter.com/FirstNa47437596/status/1482200180434690057,
https://web.archive.org/web/20220129143457/https://twitter.com/FirstNa47437596/status/1482200180434690057
[1271] Twitter, https://twitter.com/FirstNa47437596/status/1482199626660737024,
https://web.archive.org/web/20220129144200/https://twitter.com/FirstNa47437596/status/1482199626660737024
[1272] Twitter, https://twitter.com/FirstNa47437596/status/148219919557436211,
https://web.archive.org/web/20220129143953/https://twitter.com/FirstNa47437596/status/1482199195574362113
[1273] Twitter, https://twitter.com/FirstNa47437596/status/148259157353569485,
https://web.archive.org/web/20220129142841/https://twitter.com/FirstNa47437596/status/1482591573535694850
[1274] Twitter, https://twitter.com/FirstNa47437596/status/1482588994135224321,
https://web.archive.org/web/20220129143504/https://twitter.com/FirstNa47437596/status/1482588994135224321

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers (@FirstNa47437596)**: Well actually, all those people went through long drawn out processes if you read their whole stories. Some fought for months to save their jobs. (And the latter hardly belongs in that category) [1275]
  - [Redacted] Considering how easy it was for google to fire top performers like Timnit Gebru, Margret Mitchel and Chelsey Glasson and apple firing Ashley M. Gjøvik, I am guessing this didn't happen like how you are describing it.

**Jan 15 2022 – Public Twitter Post**
- **FirstnameBunchofnumbers (@FirstNa47437596)**:: Retweet: 🔴 **Ricky Mondello (employer)**: Corporations don't need anyone's defense. They have money, lawyers, and a brand to protect them. But _the truth_ is critically important. We need to recognize when someone is manipulating the empathy and good will of others to fuel a personal vendetta and warpath. [1276]
- **FirstnameBunchofnumbers (@FirstNa47437596)**: **Retweet**: **George** (gtinari): as a white person myself i have to say it is always amusing to me to see how other white people manage to constantly make the struggle about themselves. they always need the damn podium don't they? [1277]
  - **Retweet**: **Shantini Vyas**: (@_shantini_): Okay at the risk of *gestures wildly at Twitter* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES….. [1278]
- **FirstnameBunchofnumbers (@FirstNa47437596)**: **Retweet**: **Verona Rupes** (@MirandaRosalise): to be honest, the entire subject, the whole history, every time i dove into this person's history and their claims going back years, the more I came to doubt myself. I think she has some serious issues, and that something bad definitely was done to her, but the story is so muddy
  - **Retweet**: **Shantini Vyas**: (@_shantini_): Okay at the risk of *gestures wildly at Twitter* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES….. [1279]
- **FirstnameBunchofnumbers (@FirstNa47437596)**: **Retweet**: **Antrunt** (@Antrunt): This woman has serious mental issues because she's mostly lying and trying to make Apple the bad guy (in her case). She took nudes on a prototype device and then complained about Apple wanting the device back and how it violated her privacy. [1280]

---

[1275] Twitter, https://twitter.com/FirstNa47437596/status/1482595128590036996,
https://web.archive.org/web/20220129144518/https://twitter.com/FirstNa47437596/status/1482595128590036996
[1276] Twitter, https://twitter.com/rmondello/status/1433287029089988610,
https://web.archive.org/web/20220129144525/https://twitter.com/rmondello/status/1433287029089988610
[1277] Twitter, https://twitter.com/gtinari/status/1433452431980077057,
https://web.archive.org/web/20220129144543/https://twitter.com/gtinari/status/1433452431980077057
[1278] Twitter, https://twitter.com/_shantini_/status/1433270352919072771,
https://web.archive.org/web/20220129144750/https://twitter.com/_shantini_/status/1433270352919072771?s=20
[1279] Twitter, https://twitter.com/_shantini_/status/1433270352919072771,
https://web.archive.org/web/20220129144750/https://twitter.com/_shantini_/status/1433270352919072771?s=20
[1280] Twitter, https://twitter.com/Antrunt/status/1436315767813910529,
https://web.archive.org/web/20220129144812/https://twitter.com/Antrunt/status/1436315767813910529

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers (@FirstNa47437596)**: **Retweet**: **Shantini Vyas**: (@_shantini_): I have left race out of this, but there is a recurring theme here of white tears being used to co-opt the struggles of minorities. This is just like twisting the dagger: [*Screenshot of Twitter replies between Ashley Gjovik & Mel Nayer*][1281]

- **FirstnameBunchofnumbers (@FirstNa47437596)**: **Retweet**: **Shantini Vyas**: (@_shantini_): Okay at the risk of *gestures wildly at Twitter* Apple is a big company. It's got some problems. But it's a great place to work for a lot of people. A certain employee has made it their mission to bring down Apple through whatever means necessary. Including straight LIES….. [1282]

## Jan 16 2022 – Public Wikipedia Comments

- **SquareInARoundHole:** "I've just completed expansion of the Blizzard section, but left out a couple of things in trying to improve from previous edits across subjects. I did not include the bit about her alleged harasser allegedly filing a complaint against her with his then girlfriend because it was only in one of the sources, and I couldn't find it listed in the grid with information about the reliability of sources I was sent previously. Should it be included? My other question relates to the "problematic handling" of the incident I expanded on about the revenge porn incident from years earlier. The sources seem to imply that Scarlett was the reason the moderator had their privileges revoked, and I added the contradiction between what Scarlett said and what she later reported, but there doesn't seem to be any clarification about what the "problematic handling" was other than that she alleges she was blacklisted from the company. I'm not sure if this should just be cut or what to do to improve it, because I'm unclear on what Blizzard did wrong, unless she lied to Kotaku in 2018." [1283]

- **GorillaWarfare (Molly White)**: As I mentioned above, I think this article is verging on overly long, and including every possible sourceable detail about Scarlett is not ultimately helpful to our readers. The quality of sourcing in that section was a bit lacking, and some of the bit at the end (about the company's reason for removing the moderator) appeared to be interpretation not explicitly cited to the sources. [1284]

- **SquareInARoundHole:** Is the doxxing incident on the Blind application relevant here? I'm not necessarily arguing for or against, just curious why the strong swing not to mention it at all. [1285]

- **GorillaWarfare (Molly White)**: The one previously sourced only to Mashable? I would say not—with only one mediocre source, and it not being a fairly small piece of even that source, I don't think it's worth mentioning. This article is also beginning to get overlong, and I think we should be cautious not to include every single detail simply because it can be verified. [1286]

---

[1281] Twitter, https://twitter.com/_shantini_/status/1433272794498969600,
https://web.archive.org/web/20220129144821/https://twitter.com/_shantini_/status/1433272794498969600
[1282] Twitter, https://twitter.com/_shantini_/status/1433270352919072771,
https://web.archive.org/web/20220129144750/https://twitter.com/_shantini_/status/1433270352919072771?s=20
[1283] Wikipedia, https://en.wikipedia.org/wiki/Talk:Cher_Scarlett;
https://web.archive.org/web/20220129144721/https://en.wikipedia.org/wiki/Talk:Cher_Scarlett
[1284] Wikipedia, https://en.wikipedia.org/wiki/Talk:Cher_Scarlett;
https://web.archive.org/web/20220129144721/https://en.wikipedia.org/wiki/Talk:Cher_Scarlett
[1285] Wikipedia, https://en.wikipedia.org/wiki/Talk:Cher_Scarlett;
https://web.archive.org/web/20220129144721/https://en.wikipedia.org/wiki/Talk:Cher_Scarlett
[1286] Wikipedia, https://en.wikipedia.org/wiki/Talk:Cher_Scarlett;
https://web.archive.org/web/20220129144721/https://en.wikipedia.org/wiki/Talk:Cher_Scarlett

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Jan 20 2022 – Public Twitter Post** [1287]

- o **Cher Scarlett:** As a warning: Whistleblowing will probably likely destroy you, and if it doesn't, the people you blow the whistle on will certainly keep at it. Apple sunk to a new low today, and I've reported it to the Department of Justice. Keep swinging at me? I'll keep talking about it.
    - o **NoMoreHateMate2** (@mate2_no)**:** Do you know what she has alleged to the DOJ? Her allegation might be malicious and without merit. For all we know, Apple could be seeking to depose her over her public comments linking them to her OD. She might be making a baseless claim of harassment rather than tell the truth. [1288]
        - ▪ **NoMoreHateMate2** (@mate2_no)**:** You can keep paying her bills like a good little simp cos she's not going to be capable of holding down her new job. I predict she'll take so many 'mental health days' that she is incapable of doing the job and will be out within months. @SeattleCCA[1289]
    - o **NoMoreHateMate2** (@mate2_no)**:** The most important thing to remember is that I tried to warn you all how it would end but you all thought you knew better. Well, you were wrong and I was right. At the end of the day, that's all that matters. [1290]
        - ▪ **Retweet: NoMoreHateMate2** (@mate2_no)**:** She talks a big game for someone that claims to have almost died a few weeks ago due to a drug overdose she claims she took because of stress. She's not made of the right stuff for a fight. Apple are setting her up for the Tyson uppercut.
    - o **NoMoreHateMate2** (@mate2_no)**:** Sorry for what? She did it to herself! Apple offered her a generous kiss-off (1 yr salary). She broke the agreement after receiving $ thinking they'd let her keep it. Now she has to repay it She claims to be great at gambling yet she chose the most -ve EV gamble possible. [1291]
    - o **NoMoreHateMate2** (@mate2_no)**:** Cher struts into the ring, all riled up by her clueless fans, ready to fight the 'hardest fight'. She throws a weak jab at Apple and walks right into a career-ending knockout blow.[1292]

**Jan 20 2022 – Public Twitter Post**

---

[1287] Twitter, https://twitter.com/cherthedev/status/1484267385066377217,
https://web.archive.org/web/20220130011944/https://twitter.com/cherthedev/status/1484267385066377217
[1288] Twitter, https://twitter.com/mate2_no/status/1484757522007343106,
https://web.archive.org/web/20220129174002/https://twitter.com/mate2_no/status/1484757522007343106
[1289] Twitter, https://twitter.com/mate2_no/status/1484322635127263235,
https://web.archive.org/web/20220129174011/https://twitter.com/mate2_no/status/1484322635127263235
[1290] Twitter, https://twitter.com/mate2_no/status/1486967222551597056,
https://web.archive.org/web/20220129173116/https://twitter.com/mate2_no/status/1486967222551597056
[1291] Twitter, https://twitter.com/mate2_no/status/1487210699759788033,
https://web.archive.org/web/20220129174025/https://twitter.com/mate2_no/status/1487210699759788033
[1292] Twitter, https://twitter.com/mate2_no/status/1484355419103379467,
https://web.archive.org/web/20220129173047/https://twitter.com/mate2_no/status/1484355419103379467

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers (@FirstNa47437596):** Retweet: **N.O. (@shad0wfax_):** This just in: you've gone off the deep end if you're accusing your employer of racketeering and organized crime. I'd fire you in a heartbeat. [1293]

**Jan 22 2022 – Public Twitter.com Post**
- **Amanda Harrison** (@realcoolamanda): 7 years ago I joined Apple's Community Affairs department. I am happy with the work we have accomplished on this day. I want every employee to know his e-mails do not go unanswered. [1294]

**Jan 24 2022 – Public Twitter.com Post**
- **Cher Scarlett** (cherthedev): 🏂 Good morning 🌟 (I got a helmet) [snowboarding photo] [1295]
- **Further Parthing** (@one_more_time_2): But with whose money? For someone who can't pay their lawyers fees.. priorities? 👀 [1296]

**Jan 25 2022 – Public Twitter Post**
- **FirstnameBunchofnumbers (@FirstNa47437596):** Yep, it's a big old conspiracy to get you to stop bullying Cher so that you can all go after Apple together and stop weakening the movement with your crazy? Because that's what Apple really wants? [1297]
- **FirstnameBunchofnumbers (@FirstNa47437596):** Cyberbullying is NOT OK. Believing you have a noble cause does not excuse it. Posting pictures of people's families in an effort to harass them is cyberbullying. Full stop. [1298]

**Jan 27 2022 – Public Twitter Posts**
- **Ashley Gjovik:** This is huge. I'm realizing causation & burden of proof standards are one of the biggest factors in the likelihood of success on any given discrimination or retaliation claim. See: Lawson v PPG Architectural Finishes, Inc. (S266001, decided 1/27/22) re: @Law360 @VinGLaw360 [1299]
- **Ashley Gjovik:** Here's my California Labor Law charges: Ashley Gjovik v Apple Inc (CA DOL DIR, RCI-CM-842830) https://www.scribd.com/document/553874377/California-Department-of-Labor-Ashley-Gjovik-v-Apple-DIR-Retaliation

---

[1293] Twitter, https://twitter.com/shad0wfax_/status/1429239447309066244,
https://web.archive.org/web/20220129173036/https://twitter.com/shad0wfax_/status/1429239447309066244
[1294] Twitter, https://twitter.com/realcoolamanda/status/1487112276742127616 ,
https://web.archive.org/web/20220206043009/https://twitter.com/realcoolamanda/status/1487112276742127616
[1295] Twitter, https://twitter.com/cherthedev/status/1485728223254102016,
https://web.archive.org/web/20220204232908/https://twitter.com/cherthedev/status/1485728223254102016
[1296] Twitter, https://twitter.com/one_more_time_2/status/1485889197848162306,
https://web.archive.org/web/20220204231256/https://twitter.com/one_more_time_2/status/1485889197848162306
[1297] Twitter, https://twitter.com/FirstNa47437596/status/1486057063843196932,
https://web.archive.org/web/20220129173025/https://twitter.com/FirstNa47437596/status/1486057063843196932
[1298] Twitter, https://twitter.com/FirstNa47437596/status/1486063600741412865,
https://web.archive.org/web/20220129173014/https://twitter.com/FirstNa47437596/status/1486063600741412865
[1299] Twitter, https://twitter.com/ashleygjovik/status/1486818978047553542

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): I read the whole thing. Seems like it's coming together nicely! [1300]

## Jan 28 2022 – Public Twitter Post

- **Cher Scarlett** (cherthedev)**:** Hey, Apple execs: I've been keeping impeccable records since the middle of August. I promise you, you done fucked up. MOOD *[Watch Me Shine by Joanna Pacitti, YouTube video]*[1301]
  - **NoMoreHateMate2:** She honestly believes that Apple execs are reading her TL 🤣 Companies like Apple have multiple ongoing disputes with disgruntled ex-employees at any given time They have staff to deal with it & they don't give it a second's thought at the weekend. It's literally their job[1302]

## Jan 29 2022 – Public Twitter Post

- **Ashley Gjovik**: HOLY HELL STOP TAGGING ME IN NFT BULLSHIT
- **Sarah | SWE | Scientist | ADHD & ASD** (@Female_in_tech): i also haven't seen any of these and I obsessively reload your Twitter all day.[1303]

## Jan 29 2022 – Public Twitter Post

- **Amanda Harrison** (@realcoolamanda): Hey @Apple & @AppleLaborers I am back. [picture of piece of papter that says: "request APR never recived. Never signed an agreement 'that I am aware of.' For privacy team mass people quit – that's why Robert & I got put into training. Greywacke!! Breath4118 Paypal." [1304]

## Jan 29 2022 – Public Twitter Post [1305]

- **Cher Scarlett** (cherthedev)**:** I can't say why yet, but I'm not out of the woods yet. Details will come soon (and hopefully some good news), and anything helps. I will not give up. [1306]
  - **Retweet**: **Cher Scarlett** (cherthedev): I stood up to Apple on behalf of myself and coworkers when I filed a charge with @NLRB, helped lead @AppleLaborers, & whistleblew to @SECGov.

---

[1300] Twitter, https://twitter.com/Female_in_tech/status/1486874579515494400 ;
https://web.archive.org/web/20220210060421/https://twitter.com/Female_in_tech/status/1486874579515494400
[1301] Twitter, https://twitter.com/cherthedev/status/1484267385066377217,
https://web.archive.org/web/20220129173004/https://twitter.com/cherthedev/status/1484267385066377217
[1302] Twitter, https://twitter.com/mate2_no/status/1487221532871073795,
https://web.archive.org/web/20220129173025/https://twitter.com/mate2_no/status/1487221532871073795
[1303] Twitter, https://twitter.com/Female_in_tech/status/1487193906546548737,
[1304] Twitter, https://twitter.com/realcoolamanda/status/1487092117541429250,
https://web.archive.org/web/20220206043221/https://twitter.com/realcoolamanda/status/1487092117541429250
[1305] Twitter, https://twitter.com/cherthedev/status/1484267385066377217,
https://web.archive.org/web/20220129173004/https://twitter.com/cherthedev/status/1484267385066377217
[1306] Twitter, https://twitter.com/cherthedev/status/1487486875795296259,;
https://web.archive.org/web/20220129200056/https://twitter.com/cherthedev/status/1487486875795296259

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

I am asking for help with a portion of the $92,000 in attorneys fees and a $5,550 medical bill this resulted in. https://gofundme.com/f/legal-medical-expenses-for-apple-whistleblower[1307]

- **Cher Scarlett** (cherthedev)**:** NLRB charges from the fall are in advice in DC, which could take up to 3 months. SEC is investigating, and I know this because I've spoken with them personally. They warned me it could take "a while." New NLRB charges will take a week or so to get assigned.[1308]

**Jan 29-30 2021 – Public Twitter.com Post**
- Sept 16: **Ashley Gjovik:** In 2017 a lawsuit against alleged a RICO violation (enterprise engaging in pattern of illegal racketeering activity over a substantial period). Plaintiffs argued covering up systemic harassment involved obstruction of justice & mail/wire fraud. #Apple ER? [1309]
  - ○ **[Redacted]** I mean, if anyone wanted to talk about rampant sexual harassment and workplace misconduct happening unchecked in #Apple retail that's been ongoing for the past decade…
  - ○ **Ashley Gjovik:** The stories I've heard from retail are HORRIFIC. There needs to be a reckoning... and it needs to start with #Apple retail and AppleCare. It sounds like the things of nightmares over there.
  - ○ **I'mPinkThereforeI'mSpam:** You'll never work as an attorney [1310]
    - ■ *Liked by: Beezie_Wacks*
  - ○ **[Redacted]** You're right. I've never been to law school.
  - ○ **I'mPinkThereforeI'mSpam:**  I was talking to the Siberian husky [1311]
  - ○ **[Redacted]** …what?
  - ○ **Ashley Gjovik:** That @i_mspam is an Apple sockpuppet account. Appears to be same Apple agent/employee as Beezie_Wacks; Mel_Nayer; Crissnovak; & a few others. She's referring to my heterochromia in a way that subtly refers to me as a bitch. [1312]
  - ○ **[Redacted]** That is a oddly specific "insult." How did they know what your eyes look like?
  - ○ **Ashley Gjovik:** Yup. Another one of her accounts mentioned my "baby teeth" (I do grind my teeth like hell). I'm pretty sure the person behind that set of accounts was my first Apple ER investigator. Wait until you see this memo about the harassment campaign... it includes these trolls too. [1313]
  - ○ **I'mPinkThereforeI'mSpam:** Her self-publicized photos that show different eye colors. She did everything she could to lure Apple into this fight with her. [1314]
  - ○ **[Redacted]** Ah yes, how dare she reports unsafe working conditions. I hope you choke on the corporate boot you're deep-throating

[1307] Twitter, https://twitter.com/cherthedev/status/1479599175474028550,
https://web.archive.org/web/20220129220932/https://twitter.com/cherthedev/status/1479599175474028550
[1308] Twitter, https://twitter.com/cherthedev/status/1487488614875361280,
https://web.archive.org/web/20220129195739/https://twitter.com/cherthedev/status/1487488614875361280
[1309] Twitter, https://twitter.com/ashleygjovik/status/1438739630384373761
[1310] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/,
https://web.archive.org/web/20220128083128/https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/
[1311] Twitter, https://twitter.com/i_mspam/status/1438779298463117314;
https://web.archive.org/web/20220129075051/https://twitter.com/i_mspam/status/1438779298463117314
[1312] Twitter, https://twitter.com/ashleygjovik/status/1487331674752892929
[1313] Twitter, https://twitter.com/ashleygjovik/status/1487464367054790656
[1314] Twitter, https://twitter.com/i_mspam/status/1487476406992793605,
https://web.archive.org/web/20220130031146/https://twitter.com/i_mspam/status/1487476406992793605

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **I'mPinkThereforeI'mSpam:** "The nail that sticks out, gets hammered." [1315]
- o **Ashley Gjovik:** Thanks, Jenna. I'll add that quote to the implicit & explicit threats of violence section of the memo. [1316]
- o **Redacted:** Bruh. How did the rest of the nails get there? Magic?
- o **I'mPinkThereforeI'mSpam:** She's a senior manager at Apple and going on a tirade against them over the ground beneath the building. What did she expect to have happen to her? [1317]
- o **[Redacted]** Probably for Apple to not violate laws, but what do I know.
- o **Ashley Gjovik:** Hey Siri, how do you gather "direct evidence" to prove retaliation for protected activities? [1318]
- o **[Redacted]** Love that one of their spam accounts admits Apple will just fire you rather than address the problem. It's cheaper that way.
- o **I'mPinkThereforeI'mSpam:** Go smash some avocado on toast. [1319]
- o **Ashley Gjovik:** Don't forget Apple's union-busting, whistleblower-retaliating spam account is literally named "I'M SPAM" The hubris... before the fall [1320]
- o **[Redacted]** this was alarmingly dystopian to read [1321]


**Jan 30 2021 – Public Twitter.com Post**
- o **Shantini Vyas** (@_shantini_): It's sometimes tough but important to remember that people will view your shitposting differently if you're not a white man. People finding you entertaining will not always translate into them wanting to be your friend/colleague. [1322]
  - o *Liked by Andi Rohi, Zach Gardner (@locriani), Sarah Kim ((@___skim), Cher Scarlett (@cherthedev)*
  - o 🔴 **Bryan Bartow (@braynbartow) (employer):** BUT SOME WANT TO BE YOUR FRIEND AND COLLEAGUE EVEN MORE PLZ COME BACK I DARE YOU. [1323]
    - ▪ *Liked by David Spector (@dhmspector), Shantini Vyas (@_shantini)*
  - o **Ankit Aggarwal (@aciidb0mb3r)** are you crying about shitposting [1324]

**Jan 30 2021 – Public Twitter.com Post**

---

[1315] Twitter, https://twitter.com/i_mspam/status/1487549097070379008,
https://web.archive.org/web/20220130031154/https://twitter.com/i_mspam/status/1487549097070379008
[1316] Twitter, https://twitter.com/ashleygjovik/status/1487623089957466112
[1317] Twitter, https://twitter.com/i_mspam/status/1487889094046740483,
https://web.archive.org/web/20220130205806/https://twitter.com/i_mspam/status/1487889094046740483
[1318] Twitter, https://twitter.com/ashleygjovik/status/1487892360277069826
[1319] Twitter, https://twitter.com/i_mspam/status/1487889094046740483,
https://web.archive.org/web/20220130214527/https://twitter.com/i_mspam/status/1487903052363288578
[1320] Twitter, https://twitter.com/ashleygjovik/status/1487895262571859975
[1321] Twitter, https://twitter.com/hipsterelectron/status/1487898198043725830
[1322] Twitter, https://twitter.com/_shantini_/status/1487877110379204612,
https://web.archive.org/web/20220130212016/https://twitter.com/_shantini_/status/1487877110379204612
[1323] Twitter, https://twitter.com/bryanbartow/status/1487898600474615818,
https://web.archive.org/web/20220130212252/https://twitter.com/bryanbartow/status/1487898600474615818
[1324] Twitter, https://web.archive.org/web/20220201005747/https://twitter.com/aciidb0mb3r/status/1487960053025939457,
https://twitter.com/aciidb0mb3r/status/1487960053025939457

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Cher Scarlett** (@cherthedev): Do not regret the past. What is the use of regrets? The lie says that you should regret – the truth says you should be filled with love. - Persian Wisdom [1325]
  - o *Liked by:* **Brian Gannin**; *Molly White, Margaret Michell*

**Jan 30 2021 – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): Why does this feel like it's not a coincidence [*Photo of four challenge coins: Blizzard, US Dept of Homeland Security, Apple Global Security, Orange County Probation Department*] [1326]
- **Cher Scarlett** (@cherthedev): [Apple Global Security] did in 2021, not sure if other departments have[1327]

**Jan 30 2021 – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): I stood up to Apple on behalf of myself and coworkers when I filed a charge with @NLRB, helped lead @AppleLaborers , & whistleblew to @SECGov. I am asking for help with a portion of the $92,000 in attorneys fees and a $5,550 medical bill this resulted in. [1328]
- **NoMoreHateMate2** (@mate2no): No Text: **Quote Retweet**: Ashley Gjovik: I don't know what he did; I saw he's a convicted sex offender & it had to do with a minor. I tried looking up to see what the charge is on the gov list, but looks like he still hasn't registered as a sex offender even after getting additional charges for avoiding it. Do you know? [1329]
- **NoMoreHateMate2** (@mate2no): I'm pissing myself laughing that she intentionally waited until the end of the month (when she knew people had just been paid) before re-pinning her tweet begging for money and the only person gullible enough to fall for it in the last 24 hours was you. You're getting rinsed 🤡 [1330]
- **NoMoreHateMate2** (@mate2_no): Another fantasist enters the room Cher is begging people for money. Most people would find that humiliating Her so-called friend offers to give 10k to the stranger mocking Cher rather than help Cher by giving it to her If you think that's empathy then you are mentally unwell[1331]

[1325] Twitter, https://twitter.com/cherthedev/status/1487850805547085314, https://web.archive.org/web/20220130234214/https://twitter.com/cherthedev/status/1487850805547085314
[1326] Twitter, https://twitter.com/cherthedev/status/1488274880319537153, https://web.archive.org/web/20220201010536/https://twitter.com/cherthedev/status/1488274880319537153
[1327] Twitter, https://twitter.com/cherthedev/status/1488275892455424003, https://web.archive.org/web/20220131233951/https://twitter.com/cherthedev/status/1488275892455424003
[1328] Twitter, https://twitter.com/cherthedev/status/1479599175474028550, https://web.archive.org/web/20220201184303/https://twitter.com/cherthedev/status/1479599175474028550
[1329] Twitter, https://twitter.com/mate2_no/status/1488493034216038408, https://web.archive.org/web/20220201184148/https://twitter.com/mate2_no/status/1488493034216038408
[1330] Twitter, https://twitter.com/mate2_no/status/1488122981876436994, https://web.archive.org/web/20220201185909/https://twitter.com/mate2_no/status/1488122981876436994
[1331] Twitter, https://twitter.com/mate2_no/status/1487764851640332297 , https://web.archive.org/web/20220201201202/https://twitter.com/mate2_no/status/1487764851640332297

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **NoMoreHateMate2** (@mate2_no): I'll repeat my question in the most coherent way I can. Do you believe that Cher was clinically dead for 8 minutes? A simple one word answer (yes or no) will suffice.[1332]

- **NoMoreHateMate2** (@mate2_no): Cher is too far gone but I believe there is still a glimmer of hope for you. I believe that you can still distinguish fantasy from reality. I'm not saying this to be facetious but pls do consider getting work done. In the real world, how you look affects how people perceive you. [1333]

- **Lindsay (@levlinds**): i will pay you 10 grand in any crypto of your choice to hop on zoom with me right now and talk about why you're so obsessed with cher [1334]

- **NoMoreHateMate2** (@mate2_no): 10k doesn't even cover the minimum table spend in a decent nightclub. Don't embarrass yourself. I'll give you my obsession for free. [1335]

- **NoMoreHateMate2** (@mate2_no): I've stumbled upon an online community of fantasists with Cher as the Grand Puba. I'm obsessed with it! You're all such pathetic losers IRL that you've entered into an implied social contract with one another to enable each others online fantasy lives. [1336]

- **NoMoreHateMate2** (@mate2_no):  You pretend that each others fantasies are real and you get the same in return. Cher, for example, recently claimed that she was clinically dead for 8 minutes. It didn't happen. It was a lie. Her story was clinically impossible. [1337]

- **NoMoreHateMate2** (@mate2_no): You know it's impossible but you pretend it's real so that she fulfils your fantasy in return Your fantasy is that you can run around splashing money and in doing so, people take you seriously. Firstly, you have no idea what real money is. Secondly, your offer was pure fantasy.[1338]

- **NoMoreHateMate2** (@mate2_no): How do I know? Simple. The largest donation to Cher's begging campaign was 2.5k. Let's assume that was you. You're willing to give me 10k but only 2.5k to help your 'friend'? I don't think so, sweetheart! [1339]

- **NoMoreHateMate2** (@mate2_no): So yes, I am absolutely obsessed with your community of freaks - pathetic, snivelling little runts that you all are IRL. [1340]

---

[1332] Twitter, https://twitter.com/mate2_no/status/1487584878212403205,
https://web.archive.org/web/20220201185858/https://twitter.com/mate2_no/status/1487584878212403205
[1333] Twitter, https://twitter.com/mate2_no/status/1487573680863461380,
https://web.archive.org/web/20220201185905/https://twitter.com/mate2_no/status/1487573680863461380
[1334] Twitter, https://twitter.com/levlinds/status/1487225591547969537
[1335] Twitter, https://twitter.com/mate2_no/status/1487338131003170828,
https://web.archive.org/web/20220201203123/https://twitter.com/mate2_no/status/1487338131003170828
[1336] Twitter, https://twitter.com/mate2_no/status/1487338329762934786,
https://web.archive.org/web/20220201202911/https://twitter.com/mate2_no/status/1487338329762934786
[1337] Twitter,  https://twitter.com/mate2_no/status/1487338538052075522,
https://web.archive.org/web/20220201202906/https://twitter.com/mate2_no/status/1487338538052075522
[1338] Twitter, https://twitter.com/mate2_no/status/1487338739974258693,
https://web.archive.org/web/20220201202911/https://twitter.com/mate2_no/status/1487338739974258693
[1339] Twitter, https://twitter.com/mate2_no/status/1487338932282998788,
https://web.archive.org/web/20220201202936/https://twitter.com/mate2_no/status/1487338932282998788
[1340] Twitter, https://twitter.com/mate2_no/status/1487339111216304130,
https://web.archive.org/web/20220201200523/https://twitter.com/mate2_no/status/1487339111216304130

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Syg** (sygint): your ongoing obsession with cher is creepy, you know this, right? [1341]
- **NoMoreHateMate2** (@mate2_no): As is yours Adam, but at least my obsession is free. Your obsession costs you money. Keep paying for her snowboarding trips you weird little simp. [1342]

**Jan 31 2021 – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): I want to apply to this position, but I am absolutely not qualified because of the lack of management experience (only eng mentoring). I hope someone in my circle is interested, and gets this job: @ObamaFoundation is hiring a Director of Engineering
  - **NoMoreHateMate2** (@mate2no): Did @SeattleCCA revoke their offer after looking into her background? She was supposed to start work there this month! [1343]
  - Wait. Wasn't she supposed to be starting work for @SeattleCCA this month? Did they revoke their offer after looking into her background? [1344]

**Jan 31 2021 – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): Not even in the position I'm in can I entertain this crap [Screenshot of recruiting email for Crypto company – does not state name of company]
- **NoMoreHateMate2** (@mate2_no): Hi @2Ragu @falconxnetwork It might be an idea to vet potential candidates for suitability before approaching them.[1345]

---

[1341] Twitter, https://twitter.com/sygint/status/1487751608574230528,
https://web.archive.org/web/20220201202954/https://twitter.com/sygint/status/1487751608574230528
[1342] Twitter, https://twitter.com/mate2_no/status/1487902536430465026,
https://web.archive.org/web/20220201200444/https://twitter.com/mate2_no/status/1487902536430465026
[1343] Twitter, https://twitter.com/mate2_no/status/1488319849524781057,
https://web.archive.org/web/20220201183752/https://twitter.com/mate2_no/status/1488319849524781057
[1344] Twtiter, https://twitter.com/mate2_no/status/1488318893798137856,
https://web.archive.org/web/20220201183710/https://twitter.com/mate2_no/status/1488318893798137856
[1345] Twitter, https://twitter.com/mate2_no/status/1488325575865511936,
https://web.archive.org/web/20220201183936/https://twitter.com/mate2_no/status/1488325575865511936

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## FEBRUARY 2021

**Feb 3 2022**
- **Cher Scarlett** (@cherthedev): I ain't trying mess with your self-expression But I've learned the lesson that stressin' And obsessin' 'bout somebody else is no fun And snakes and stones never broke my bones so. GIF of Taylor Swift saying: "*You Need to Calm Down.*" [1346]

**Feb 3 2022**
- **Ashley Gjovik**: I want to show you a concerning chain of events that started with me tweeting about topics Apple does not like discussed & quickly led to a new HackerNews thread about me, that within a matter of a few hours left a commenter asking the poster: "Are you Apple Global Security?" [1347]
- **Weddings** (@whispyweddings): whats going on with the sockpuppeting as a supporter of urself here https://news.ycombinator.com/threads?id=micropsia [1348]
  - **Ashley Gjovik**: This is your only tweet ever. You must have missed the memo.... You're now part of the memo. Tell Tom Moyer to shut this shit down, immediately. Thanks. https://web.archive.org/web/20220204033707/https://twitter.com/whispyweddings/status/148944 0189290139650…; https://web.archive.org/web/20220204033825/https://twitter.com/whispyweddings/
  - **Weddings** (@whispyweddings): u do realize that some of us just automatically delete our tweets right [1349]
  - **Weddings** (@whispyweddings): kinda weird to respond with criticism claiming I'm some dude named Tom idk u, just read about ur shit and looked u up clicked on a link u posted and clicked on ur account on the site and it seems ur sockpuppeting trying to convince other people not to question ur claims [1350]
  - **Weddings** (@whispyweddings):if u don't see how that looks sus while u think using tweetdeleter is idk man u got some problems [1351]

---

[1346] Twitter, https://twitter.com/cherthedev/status/1489386218336882690,
[1347] Twitter, https://twitter.com/ashleygjovik/status/1489418598992867328
[1348] Twitter, https://twitter.com/ashleygjovik/status/1489443270723653636, https://web.archive.org/web/20220204033707/https://twitter.com/whispyweddings/status/1489440189290139650
[1349] Twitter, https://twitter.com/whispyweddings/status/1489443778167390212, https://web.archive.org/web/20220204034556/https://twitter.com/whispyweddings/status/1489443778167390212
[1350] Twitter, https://twitter.com/whispyweddings/status/1489444353059667972, , https://web.archive.org/web/20220204034427/https://twitter.com/whispyweddings/status/1489444353059667972
[1351] Twitter, https://twitter.com/whispyweddings/status/1489445117853245443, https://web.archive.org/web/20220204034750/https://twitter.com/whispyweddings/status/1489445117853245443

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Weddings** (@whispyweddings): maybe try moving toxic apt fumes must be getting 2 u again [1352]
- o **Weddings** (@whispyweddings): lel i hope u add a screenshot of u pretending ur a rando who is on ur side to ur dox u can't make this shit up [1353]
- o **Weddings** (@whispyweddings): i guess it makes sense u think im a spy given ur sockpuppeting to try to argue with ppl who think ur a conspiracy theorist crazy anyway enjoy urself in looneyville [1354]
- o **Weddings** (@whispyweddings): lel right pretending to be someone else and arguing about urself is definitely out there [1355]
- o **Weddings** (@whispyweddings): u gotta be some kinda psycho to link to it acting like other people r sus[1356]
- o **Weddings** (@whispyweddings): 2 be fair maybe she has multiple personality disorder and im just being mean to some1 with real probs [1357]
- o **Weddings** (@whispyweddings): i delete my tweets every 24h automatically that doesn't explain y ashley is pretending 2 be some1 else here: https://news.ycombinator.com/threads?id=micropsia… just was curious [1358]

## Feb 3 2022 – Public Twitter.com Post

- **Cher Scarlett** (cherthedev): I wonder why I'm being auto-rejected by so many positions I'm perfectly qualified for? [1359]
- **Further Parthing** (@one_more_time_2): No one wants to hire you because you are a liability in perception. Fix that problem and maybe someone will change their mind. Can you guarantee you won't share what the company doesn't want you to share with the public? What happened to working for @SeattleCCA? [1360]
- **[Redacted]** I don't. [1361]
  - o *Liked by **Further Parthing** (@one_more_time_2)*
- **[Redacted]** Maybe because you're bipolar [1362]

[1352] Twitter, https://twitter.com/whispyweddings/status/1489445302280937479 ,
https://web.archive.org/web/20220204034757/https://twitter.com/whispyweddings/status/1489445302280937479
[1353] Twitter, https://twitter.com/whispyweddings/status/1489445676605841408 ,
https://web.archive.org/web/20220204035007/https://twitter.com/whispyweddings/status/1489445676605841408
[1354] Twitter, https://twitter.com/whispyweddings/status/1489448270531203072 ,
https://web.archive.org/web/20220204040004/https://twitter.com/whispyweddings/status/1489448270531203072
[1355] Twitter, https://twitter.com/whispyweddings/status/1489448771909931008 ,
https://web.archive.org/web/20220204040934/https://twitter.com/whispyweddings/status/1489448771909931008
[1356] Twitter, https://twitter.com/whispyweddings/status/1489448980291325952 ,
https://web.archive.org/web/20220204040931/https://twitter.com/whispyweddings/status/1489448980291325952
[1357] Twitter, https://twitter.com/whispyweddings/status/1489449558975254528 ,
https://web.archive.org/web/20220204040843/https://twitter.com/whispyweddings/status/1489449558975254528
[1358] Twitter, https://twitter.com/whispyweddings/status/1489459399533813764 ,
https://web.archive.org/web/20220204044253/https://twitter.com/whispyweddings/status/1489459399533813764
[1359] Twitter, https://twitter.com/cherthedev/status/1488978818043809793 ,
https://web.archive.org/web/20220204232612/https://twitter.com/cherthedev/status/1488978818043809793
[1360] Twitter, https://twitter.com/one_more_time_2/status/1489172744235147270 ,
https://web.archive.org/web/20220204230717/https://twitter.com/one_more_time_2/status/1489172744235147270
[1361] Twitter, https://twitter.com/hpuxgirl/status/1488984443519963145
[1362] Twitter, https://twitter.com/TheKingLuke1/status/1489149983127486468

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o   *Liked by **Further Parthing** (@one_more_time_2)*
- **L.A. Confidential** (@LAConfidential1): My company looked into Cher & found lie after lie. At times, she has lied about education, past job titles, health, even her relationship. She says she is a single mom. Her husband's social media says otherwise. Then we found his deeply disturbing criminal convictions. [1363]

## Feb 3 2022 – Public Twitter.com Post
- **Further Parthing** (@one_more_time_2) It looks like every person or Twitter handle with an opinion counter to yours is in your NLRB complaint. But isn't it a stretch to call it "propaganda?" Since when are opinions "propaganda?" Apparently first amendment on the Internet means something else. [1364]
- **Further Parthing** (@one_more_time_2): I don't think there's nice things in there, nor do your opinions of others sound nice either. It seems hypocritical to make a 200+ NLRB complaint but not share written inventory of those YOU have offended with your words and actions. [1365]
- **Further Parthing** (@one_more_time_2): I hope you use your powers for good and not this pedantry of attacking every minute bit of dissension. What a joke. You have only harmed whistleblowing with your distracting tirades. [1366]
- **Further Parthing** (@one_more_time_2): Now people will associate whistleblowing with this 200+ page NLRB complaint that is too saturated with bias. Your bias. It's unconscionable how you shared so many names. [1367]
- **Further Parthing** (@one_more_time_2): You deserve any dissent and I hope those people you named get Justice against you, because you have really been unfair, a bully, supremely egotistical, and just really a sad joke with your NRLB complaint. [1368]
- **Further Parthing** (@one_more_time_2): I hope all of this effort depletes your funds and support so maybe you go take a vacation and ponder doing something else. You are not a hero for whistleblowers, you are just a hero for Ashley Gjovik. [1369]
- **Further Parthing** (@one_more_time_2):Whistleblowers deserve a better voice than yours or Chers or any one person. I hope Twitter shuts you down for some perspective. Your Tweets are like a feminist version of @ProudBoysUS @TrumpWarRoom [1370]
- **Ashley Gjovik:** O hai. @Apple, this u? [1371]

---

[1363] Twitter, https://twitter.com/LAConfidential1/status/1489419548281511942 ,
https://web.archive.org/web/20220204231409/https://twitter.com/LAConfidential1/status/1489419548281511942
[1364] Twitter, https://twitter.com/one_more_time_2/status/1489745678389571584,
https://web.archive.org/web/20220204234741/https://twitter.com/one_more_time_2/status/1489745678389571584
[1365] Twitter, https://twitter.com/one_more_time_2/status/1489746254372347905,
https://web.archive.org/web/20220204234728/https://twitter.com/one_more_time_2/status/1489746254372347905
[1366] Twitter, https://twitter.com/one_more_time_2/status/1489747732587679746,
https://web.archive.org/web/20220204235306/https://twitter.com/one_more_time_2/status/1489747732587679746
[1367] https://twitter.com/one_more_time_2/status/1489748197891137537,
https://web.archive.org/web/20220204235323/https://twitter.com/one_more_time_2/status/1489748197891137537
[1368] Twitter, https://twitter.com/one_more_time_2/status/1489748553501057025,
https://web.archive.org/web/20220204235357/https://twitter.com/one_more_time_2/status/1489748553501057025
[1369] Twitter, https://twitter.com/one_more_time_2/status/1489748938051620864,
https://web.archive.org/web/20220204235509/https://twitter.com/one_more_time_2/status/1489748938051620864
[1370] Twitter, https://twitter.com/one_more_time_2/status/1489749317631967235,
https://web.archive.org/web/20220204235624/https://twitter.com/one_more_time_2/status/1489749317631967235
[1371] Twitter, https://twitter.com/ashleygjovik/status/1489746913201065987

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Further Parthing** (@one_more_time_2): No, none of those are. But one can see how you think that is. There are lots of people out there not in tech who read about you and then come here and lurk and are appalled by your tweets. [1372]
- **Further Parthing** (@one_more_time_2): How is what you are saying any different from what I am saying? You call what I'm saying bullshit, wow, so how come you can write it but others cannot? The internet wasn't mean to be fair. [1373]\
- **Further Parthing** (@one_more_time_2): I am following your complaint becuz it is interesting. But the content is just so overwhelming, it reads more like a high school letter about how you didn't like what others wrote about you. It is a waste of government resources just to read it [1374]
- **Further Parthing** (@one_more_time_2): Opinions are just opinions and ppl don't agree just like you call what I wrote bullshit. I won't argue, you can think what you like! Sticks and stones..but words won't hurt. Didn't you learn that? [1375]
- **Further Parthing** (@one_more_time_2): I hope my opinions live on with the internet. Because I hope the internet can see how the 200+ page NLRB complaint is a long stretch to call opinions on the internet "propaganda." Thank god there is freedom on the internet to have opinions. Thank god for first amendment! [1376]
- **Further Parthing** (@one_more_time_2): Also, you waste government resource on your TRO. That's for people who are victims of DV, but you file it because you don't like what someone says about you. Shame on you. [1377]
- Ashley Gjovik: You done?
- **Further Parthing** (@one_more_time_2): Are u? [1378]
- Ashley Gjovik: I'm curious how these contracts work. Do you get paid per post? Or are your payments based on some sort of end outcome? Or are you just an employee & they made this part of your "other duties as assigned"?
- **Further Parthing** (@one_more_time_2): I don't understand the question [1379]
- Ashley Gjovik: Yes you do
- **Further Parthing** (@one_more_time_2): Why are u telling me what I do? [1380]

---

[1372] Twitter, https://twitter.com/one_more_time_2/status/1489750254748528641,
https://web.archive.org/web/20220205000443/https://twitter.com/one_more_time_2/status/1489750254748528641
[1373] Twitter, https://twitter.com/one_more_time_2/status/1489751799166738433,
https://web.archive.org/web/20220205001034/https://twitter.com/one_more_time_2/status/1489751799166738433
[1374] Twitter, https://twitter.com/one_more_time_2/status/1489752227010863105,
https://web.archive.org/web/20220205001247/https://twitter.com/one_more_time_2/status/1489752227010863105
[1375] Twitter, https://twitter.com/one_more_time_2/status/1489752557715005441,
https://web.archive.org/web/20220205001354/https://twitter.com/one_more_time_2/status/1489752557715005441
[1376] Twitter, https://twitter.com/one_more_time_2/status/1489753276492881925 ,
https://web.archive.org/web/20220205001626/https://twitter.com/one_more_time_2/status/1489753276492881925
[1377] Twitter, https://twitter.com/one_more_time_2/status/1489753945035526144,
https://web.archive.org/web/20220205001848/https://twitter.com/one_more_time_2/status/1489753945035526144
[1378] Twitter, https://twitter.com/one_more_time_2/status/1489754024790298626,
https://web.archive.org/web/20220205002034/https://twitter.com/one_more_time_2/status/1489754024790298626
[1379] Twitter, https://twitter.com/one_more_time_2/status/1489754711439785984,
https://web.archive.org/web/20220205002301/https://twitter.com/one_more_time_2/status/1489754711439785984
[1380] Twitter, https://twitter.com/one_more_time_2/status/1489754990725849090,
https://web.archive.org/web/20220205002212/https://twitter.com/one_more_time_2/status/1489754990725849090

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**February 5 2022 – Email from Cher Scarlett**
- **Submitted Information:**
  - o **Name** <span style="color:red">**Cher Scarlett**</span>
  - o **Email** me@cher.dev
  - o **Website**
  - o **Business, Institution, or Coalition**
  - o **Message Quotes** (removed some personal information, see PDF for full version):
    - ▪ Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo, including medical information and information about my family. Please also remove your tweets that contain my former legal name
    - ▪ 1) I am not testifying against you, nor on Apple's behalf. I wouldn't do that unless I was subpoenaed, and I don't believe they would have me do that, because cross-examination would allow me to answer questions that would discuss their culture of surveillance. I am named in their defense, which I was only informed of as a courtesy. I am upset by it, given what I've been through, which is why I mentioned it.
    - ▪ 2) I have lied about my education in the past, and my role, tried to hide my gender, and invented whole companies. I had an infant, was making poverty wages at multiple hourly jobs, and I was trying to survive. I did what I needed to do, including enrolling in college multiple times and withdrawing for the students loans. This is something I've talked openly about for several years in my advocacy against gatekeeping and sexism in tech, and the realities that not everyone in tech is rich. I was also on food stamps until I was almost 30 years old because of my low income, and my kid's dad never paid child support. I've been very open about my past, going far beyond that. I WaPo did a very thorough background check on me and it would have taken more than the limit of 2,000 words to disclose everything. They chose to disclose the check fraud because it was the most extreme and fewest words.
    - ▪ 3) Yes, I am a single parent. My marital status has been public -- I literally posted about when it happened. I've been separated since last July. I have never lived with my husband, and I don't live with him now. I am, however, supporting his household and my own while he works on his career, and makes very meager wages as a laborer. Our relationship is extremely unhealthy.
    - ▪ I am asking you to please remove his personal information from your Twitter, your NLRB charge, and anywhere else. His criminal history is literally no one's business. He's done his time. .. We've been working with a program in our county to get it all fixed -- which is why we got married, because it's traumatic for him and legally, I can speak to his FREE attorney on his behalf to keep everything moving forward.
    - ▪ 4) I never called you "a racist". I said you tweeted something racist, "Pulling the race card", and spoke to you about it in a very diplomatic way. I also didn't care for the way you reacted to criticism over it, but still gave you advice on how to learn and grow from it as a friend.
    - ▪ 5) Not all of my generalization tweets are about you. … While the GFM tweet happened at the same time as yours, there were multiple retail workers who came to me about yours

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

the day you posted it extremely uncomfortable with the fact that you had posted very recently that you made almost $400,000 the year prior and spoke frankly about your financial comfort. ….. I stand by what I said -- and most of my followers and your followers do not cross over. GFM donations are not taxable. You made it very clear you had a lot of savings and had no financial motivations. The Simpsons gif was not calling you a child. You are principal Skinner in that reference. And "eject from amplification" means I blocked you. The tool I have for amplification is Twitter algorithms.

- 6) That brings me to my next point. I never told the press not to talk to you. You harassed a bunch of journalists using your Twitter account. Why on earth you thought it was somehow my doing, and not a consequence of your own actions is beyond me Even if I wanted to write you out, I don't have the power to do that. I only corrected misinformation, which honestly, I thought I was doing for your benefit. I am worried about what will happen to your mental health if any of your cases are dismissed due to any impropriety. I imagine you were told what I was told when I asked why they weren't covering the EPA stuff - there was absolutely no corroborating evidence and there were questions that couldn't be answered. The ones I spoke to about it were extremely disappointed that there wasn't anything they could write about yet.

- 7) While I initially said you lied about being "suspended", though not publicly and to less than FIVE people, I never called you a liar. Those tweets were NOT about you. I was extremely bothered by the fact that you told me you discovered it was an adverse action, and started saying you were suspended, instead of that you felt forced into requesting the leave. You were never suspended from access to systems, though I do believe you were discouraged from using Slack and communicating with coworkers. I was told not to, and punished for doing it anyway. I also never argued it wasn't indefinite. They didn't give it an end-date, which is the definition of indefinite. I also stopped feeling that you were being purposefully dishonest, and empathize with what you were going through because of the situation you were in.

- 7) I added you to the AppleToo piece as a peace offering. I did not believe you would be okay with being left out. That being said, I'm sorry I picked something you didn't like. I also don't follow you on Twitter... we've blocked each other. You seem to remember me saying I have a shadow account. I don't. I told you I looked at Twitter in private browsing mode to see what trolls/harassers were saying in the past who blocked me back, but that I stopped doing it because ultimately what they want is attention. The ordering was random, and I had no idea you had a trigger with the article. I essentially know nothing about your past. I have a lot of suicide in my family and I take those things seriously. I made sure you weren't next to a person you didn't like, and didn't do much beyond that. Also, it wasn't a "rank and file" rating. I only numbered them to show how many they were as a count. Because it's A LOT. When I said we "connected over your legal expertise" I didn't say you "gave me law advice". Once again, it was a peace offering. Rather than sharing that I felt like you were dismissive of vulnerable people, I pointed to why I re-engaged with you after that, and yes, it was your knowledge about the law. I trusted you on it, and not because I was taking legal advise, but because you helped me

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

navigate to important parts of law that I wouldn't have known about, and told me I could ask for things of a lawyer I didn't know I could ask for. It was a COMPLIMENT.

- 8) Yes, I reported you to the FBI…. **[redacted due to ongoing legal investigations]**
- 9) It is my opinion that your retaliatory discharge is hard to prove because the onus on Apple is only to prove that they would have fired you anyway. Given our text exchange, I don't believe it is. I do apologize for talking about it on Blind and sharing my opinion there, but that is not a crime and it wasn't due to Apple's culture or being some kind of controlled opposition. When I said to you, "oh so you're just in full-on fuck it mode," I was communicating this very thing to you. Did I report you for it at that time? No. Not because I didn't believe it was an IP leak (there were internal documents of unreleased tools), but because you believed it was invasive and an example of surveillance culture at the company. When you started saying you did NOT leak IP and saying it was because of photos you took of yourself on your phone, I was confused, because you seemed to be pretty well aware of what you were doing when you sent all those documents to Zoe and stood by it. When I said to Dawn I could get behind you saying you believed it was a PROTECTED leak, but not that it didn't happen, I wasn't talking about TO ME. I was talking about publicly. I was literally saying if you said the same thing to the press and on Twitter you had said to me I would have been supportive. I couldn't support what you were doing. I also wanted to warn her that what you told me was different than what you told her. Because it was. You told me they declined both of your asks in July to be placed in a new position on another team and your paid exit. You told me that I should tell my lawyer I'm not willing to sign an NDA, and that that was your plan. You also told me MORE THAN ONCE about the no lawyer would take you unless you got fired. Once was in the text you shared, the other was when you were SCREAMING at me on FaceTime because you were upset about the Signal group criticizing your behavior and motivations. I had said that we were in far more privileged places than others -- both because we're white and cisgender, and me for my career tenure; you for your savings. You were extremely upset and worried by the idea of tying our issues together, and being associated with unionizing …even telling the Signal group that your moral character examination could be at risk.
- 10) My outing myself as the confidential source and SEC whistleblower was not "self-sabotage" in the way you think it was. There needed to be something on the public record so that shareholders had the ability to either vote, or sue over the no-action. SEC tips are not public. In order for journalists to write about this, they needed 5+ NDAs "anonymously on background". One journalist accomplished that, with my confidentiality in tact, and a story was written and scheduled. After editing, the story got canned because it was "no longer news". Do you know whose AppleInsider piece on a whistleblower tip which contained absolutely no material information shareholders could use caused that? Yours. No one was willing to give their NDAs to yet another journalist who might publish. No one was willing to go on the record. I sacrificed my severance, COBRA, and attorney's fees so that the public would have actual evidence of the clauses.
- 11) I did not report any harassment to Twitter from you except yours to me. I did not say who I alerted, I just said "them". Implying that people are trying to have you assassinated

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE about the chain of tweets involved in doing so. I was criticizing both Apple and Twitter for applying the rules to the tweets about the men and current employees, but not the tweets about me and my family which fell under the SAME rules. I deleted the tweets because a dozen people who DID report them to Twitter got notice they were deleted. They didn't realize it didn't include the ones of me and my family, and I wrongly assumed they checked.

- 12) I blocked Kate and JeansSquirrel or whatever because both of them were amplifying harassment, including actual defamation, of me. I also told that to Kate, who I only unblocked to ask to stop punching down on the other hundreds of Apple employees involved in organizing because I'm helping them.

- 13) I have stood up for you repeatedly. Even IN some of the threads you claim are me harassing you. It's extremely frustrating to watch you try to make something true because you think it is, but I guess this is the kind of thing that will make you a good lawyer. Even in one of the posts you claim is discrimination because you... don't have kids... I said I was WORRIED for you. I am. I was saying you'd be fine financially because YOU TOLD ME you had plenty of savings to weather the storm. You also told the entire internet that on Twitter when you patted yourself on the back for how smart you'd been about saving and investing. You cut out the context that made it clear I was saying you'd be fine financially, which sure, I shouldn't have shared my opinion on Blind, but frankly, I was sick of being attacked because of your behavior in spite of my own being very different. I feel that you have been treated terribly by Apple, and in spite of my personal issues with you, I want you to have justice, not only for the common good, but because having a government body hold an abusive corporation accountable is validating and therapeutic. The DFEH lawsuit against Blizzard changed me in a very good way.

- I'm sure there's plenty more things that are mixed in there but the main take aways are:
  - 1) I hope you get justice
  - 2) I apologize for sharing my personal opinion about the difficulty in proving your case, and sharing that you leaked internal docs/IP
  - 3) I apologize for sharing my personal opinion that you would be fine financially
  - 4) You need to delete the posts about my family and those that contain my previous legal name
  - 5) You need to delete my tweets from your memo that contain personal information about me and my family, including my previous legal name, my medical information, any and all things pertaining to my family
  - 6) You need to remove all assertions that I am accounts trolling you

## February 5 2022 – Public Twitter.com Posts

- **Ashley Gjovik:** Woke up to a 3k+ word email from an ex-Apple Global Security employee, one of my ex-coworkers who helped lead this campaign She wrote: - She provides Apple tips to help them against me - She reported me to the FBI - My SEC filing was immaterial - Remove her from my NLRB memo

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** Gonna say it again... It's kind of a party foul to: - Ask a witness not to testify - Ask a complainant to drop their case - Defame her - Try to blacklist her - Implicitly/explicitly threaten her - Confront her - Send nuisance DMs/emails to her - Know abt someone else doing this & not say anything

## February 5 2022 – Public Twitter.com Posts
- **Cher Scarlett** (cherthedev): This morning I wrote a heartfelt email to someone who has spent the last 2 months harassing me by any means necessary. I apologized where I felt was just, corrected misinformation, and begged for this person to remove personal information about me and my family and move forward. [1381]
    - o **L.A. Confidential (**@LAConfidential1): Translation: Cher wrote an email to Ashley Gjovik asking her to remove details about Cher's husband, David Reimers, being a convicted sex offender, who was further fined $30k for failing to register as a sex offender. It's public info. Why should she remove it? [1382]
        - ▪ **L.A. Confidential (**@LAConfidential1): If Cher didn't falsely claim to be a single mom then there would be no reason to look into her husband. It's a matter of public record that he is convicted sex offender and was fined again for failing to register. [1383]
        - ▪
    - o **Chris Miller (**@chrislovessteak): Hit up @medus4_cdc
        - ▪ **Cher Scarlett** (cherthedev): She's a friend 🙏 [1384]
        - ▪ **Katelyn Bowden** (@medus4_cdc): I'll always have your back. This thread is very kind and fair, especially with everything you've been going through. [1385]
            - • **L.A. Confidential (**@LAConfidential1): You support your friend. Very touching. She portrayed herself as a single mom when asking folks to donate to her GFM. It was a lie. She is married. Her husband is a convicted sex offender. Do you support her lying about something that may have changed folks decision to donate? [1386]
    - o **[Redacted]** Isn't it the other way around? You were asked privately, for months, to stop your harassment, attacks on her. And when she resorted to sharing evidence of it, you sent her an emails that had many elements of sociopathic manipulation. See @ashleygjovik for other side of this. [1387]

---

[1381] Twitter, https://twitter.com/cherthedev/status/1490046477913100289,
https://web.archive.org/web/20220205194958/https://twitter.com/cherthedev/status/1490046477913100289
[1382] Twitter, https://twitter.com/LAConfidential1/status/1490050533452832778,
https://web.archive.org/web/20220205202141/https://twitter.com/LAConfidential1/status/1490050533452832778
[1383] Twitter, https://twitter.com/LAConfidential1/status/1490055718749282310,
https://web.archive.org/web/20220205212509/https://twitter.com/LAConfidential1/status/1490055718749282310
[1384] Twitter, https://twitter.com/medus4_cdc/status/1490167045354397699,
https://web.archive.org/web/20220206034402/https://twitter.com/medus4_cdc/status/1490167045354397699
[1385] Twitter, https://twitter.com/medus4_cdc/status/1490167045354397699,
https://web.archive.org/web/20220206034402/https://twitter.com/medus4_cdc/status/1490167045354397699
[1386] Twitter, https://twitter.com/LAConfidential1/status/1490291300209512455,
https://web.archive.org/web/20220207020742/https://twitter.com/LAConfidential1/status/1490291300209512455
[1387] https://twitter.com/widged/status/1490305775377522693,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (cherthedev): My family is being harassed because of this person, and I informed them of that, including the means by which they are doing so, and their response, instead, is to mislead their followers about what I've said. I am anti-law enforcement -- it is a biased system that hurts people. [1388]
- **Cher Scarlett** (cherthedev):And now I'm backed into a corner that the only way to protect information that is pointlessly being published and/or re-published with what I can reasonably assume is malicious intent to follow through on the service of an anti-harassment order from another state. [1389]
- **Cher Scarlett** (cherthedev):When federal agency employees are having operations meetings about someone's behavior because it is unprecedented -- you'd think they'd recognize they are being abusive and should re-evaluate their actions. Complain about trying to work through conflict like adults instead? Ok. [1390]
- **Cher Scarlett** (cherthedev):I even told this person I believed they are acting in good faith for the most part -- and yet here they are acting like I asked them to remove everything they said about me from where they've republished or published information -- when I was specific about medical info & etc[1391]
- **Cher Scarlett** (cherthedev):Just like they cropped out parts of their "negotiation" where I was BEGGING them to remove personal information about me and my family from their Twitter account and they were laughing at refusal to concede unless I promoted their Twitter and GFM. [1392]
- **Cher Scarlett** (cherthedev):In my conversation with the federal agency about what occurred, and to avoid disparagement and defamation, I told them matter-of-factly what happened and they recommended I report this person to the FBI for extortion. Being a witness does not give you a license to abuse. [1393]
  - [Redacted] Have you written a narrative that details the entire incident?
  - **Cher Scarlett** (cherthedev): No, and I don't intend to. The evidence is going where it needs to to stop the harassment. That's all I care about at this point. [1394]
- **Cher Scarlett** (cherthedev): You don't get to abuse systems. You don't get to abuse people. I'm not going to let you. [1395]

[1388] Twitter, https://twitter.com/cherthedev/status/1490047357743894528,
https://web.archive.org/web/20220205195004/https://twitter.com/cherthedev/status/1490047357743894528
[1389] Twitter, https://twitter.com/cherthedev/status/1490047672677376000,
https://web.archive.org/web/20220205195013/https://twitter.com/cherthedev/status/1490047672677376000
[1390] Twitter, https://twitter.com/cherthedev/status/1490048667805356032,
https://web.archive.org/web/20220205200602/https://twitter.com/cherthedev/status/1490052091733164032
[1391] Twitter, https://twitter.com/cherthedev/status/1490051006633156614,
https://web.archive.org/web/20220205195617/https://twitter.com/cherthedev/status/1490051006633156614
[1392] Twitter, https://twitter.com/cherthedev/status/1490051559652134914,
https://web.archive.org/web/20220205195625/https://twitter.com/cherthedev/status/1490051559652134914
[1393] Twitter, https://twitter.com/cherthedev/status/1490052091733164032,
https://web.archive.org/web/20220205195019/https://twitter.com/cherthedev/status/1490048667805356032
[1394] Twitter, https://twitter.com/cherthedev/status/1490079324795408384,
https://web.archive.org/web/20220205220105/https://twitter.com/cherthedev/status/1490079324795408384
[1395] Twitter, https://twitter.com/cherthedev/status/1490052467706327044,
https://web.archive.org/web/20220205200609/https://twitter.com/cherthedev/status/1490052467706327044

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (cherthedev): Multiple people reported this person for their behavior to their University as far as I know, and the agencies currently involved do not know what to do as they've never had this happen in nearly 100 years. It's disturbing that the authorities have to get involved. [1396]
- to let you. [1397]
- **Cher Scarlett** (cherthedev): Unfortunately, they are already making it seem like I said things I didn't say. I've refrained from talking about it publicly to protect them from a pile-on. I've refrained from taking legal action to protect their well-being. At what point is it okay for me to protect me? [1398]
- **Cher Scarlett** (cherthedev): It is, yes, and it's why the judge found my anti-harassment order may have merit and ordered a hearing. [1399]

## February 5 2022 – Public Twitter.com Posts

- **[Redacted]** i blocked cher so that she couldn't harass me anymore. today she contacted a friend (who has also blocked her) through that friend's website contact form with a long and crazy rant that included a specific paragraph focused on attacking me. when will this end? [1400]
- **Cher Scarlett** (cherthedev): Manipulative statement: "Paragraph focused on attacking someone" Reality: "Paragraph explaining that I blocked someone for amplifying harassment about me, and temporarily unblocked them to ask them to stop punching down on collective action because it's connected to me" [1401]
  - o **Cher Scarlett** (cherthedev):Manipulative statement: "Here's her heartfelt email (provides 2 apologies from TLDR summary at the bottom)" Reality: "Spent an hour thoughtfully writing, addressing a number of misconceptions that likely contributed to the conflict and apologized in detail at length in the body"[1402]
  - o **Cher Scarlett** (cherthedev):"Actual conversations" show both sides. Here's the other: [screenshot: *I said I'll sign something if she writes it up. I literally don't want her to exist in my world*]. [1403]
    - **[Redacted]** « I literally don't want her to exist in my world, lol » your words, yes!? You are BOTH whistleblowers about problems at Apple! And the « lol ». Do you even realise how sociopathic it is to say LOL after wishing a person not to exist? Cc
    - @ashleygjovik [1404]

[1396] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,
https://web.archive.org/web/20220205205622/https://twitter.com/cherthedev/status/1490053004791218177
[1397] Twitter, https://twitter.com/cherthedev/status/1490052467706327044,
https://web.archive.org/web/20220205200609/https://twitter.com/cherthedev/status/1490052467706327044
[1398] Twitter, https://twitter.com/cherthedev/status/1490049611041435648,
https://web.archive.org/web/20220205211914/https://twitter.com/cherthedev/status/1490049611041435648
[1399] Twitter, https://twitter.com/cherthedev/status/1490079021844996098,
https://web.archive.org/web/20220205220350/https://twitter.com/cherthedev/status/1490079021844996098
[1400] Twitter, https://twitter.com/krotondo/status/1490065173205295106 ,
[1401] Twitter, https://twitter.com/cherthedev/status/1490070712018632705,
https://web.archive.org/web/20220205213515/https://twitter.com/cherthedev/status/1490070712018632705
[1402] Twitter, https://twitter.com/cherthedev/status/1490093910722428929,
https://web.archive.org/web/20220205230918/https://twitter.com/cherthedev/status/1490093910722428929
[1403] Twitter, https://twitter.com/cherthedev/status/1490097625495789569,
https://web.archive.org/web/20220205230927/https://twitter.com/cherthedev/status/1490097625495789569
[1404] Twitter, https://twitter.com/widged/status/1490309976300167175

**ASHLEY GJOVIK V APPLE INC**
**INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT**

- o **Cher Scarlett** (cherthedev): And that's the last I'm saying about it. A judge will decide what's required. [1405]

## February 5 2022 – Public Twitter.com Posts

- **Ashley Gjovik**: Just deleted my Tweets with public info abt Cher Scarlett's sex-offender husband & her false material statements abt her life I didn't do this due to her iogorrhea missive this morning I did it cause Apple trolls keep retweeting it I want her to stop but I REFUSE to help Apple [1406]
- **Ashley Gjovik**: I only resorted to sharing that stuff because she was asking people to take her at her word about the lies she was spreading about me, and she refused to stop. But based on the last 24hrs, she's doing enough to discredit herself on her own. I'll let her do the work herself. [1407]
- **Ashley Gjovik**: Even yesterday, I was still trying to protect Cher from Apple's bullshit. [link][1408]
- **Cher Scarlett** (cherthedev): Big of you to attack a 12 year old from drugs, abuse, and poverty! Institutionalized in childhood in a manifest injustice thanks to a broken system!! Can't wait to read about your human rights work on restorative justice, anti-recidivism, and institutionalization of juveniles!! [1409]
  - o **Cher Scarlett** (cherthedev): "I only did this because she was asking people to take her at her word about the lies" No. She told *multiple people* it's because she thinks I'm testifying against her on Apple's behalf. She was even told by the NLRB I was only cited. And she tweeted it (physical copy) [1410]
  - o **Cher Scarlett** (cherthedev): I never "told anyone to take me at my word" about anything. The two things (which I apologized for in my 3,000+ word email) were linking to her own quote and tweets, and sharing screenshots of our conversation. All I ever cared about was THE TRUTH and THE OUTCOME. [1411]
  - o **Cher Scarlett** (cherthedev): I sent that email in good faith. I didn't even make a copy. I said I wanted to resolve our conflict for the sake of everyone else and apologized for my "first amendment rights" she champions. She decided to go on a tirade that ended in false CPS reports & my family being harassed [1412]
  - o **Cher Scarlett** (cherthedev): If she was acting in good faith, she'd share the entire thing while redacting the personal and/or private information that I only shared with her for empathy and context. And that's what I tried to have this morning before hiring a process server. Empathy. [1413]

---

[1405] Twitter, https://twitter.com/cherthedev/status/1490097824452595712,
https://web.archive.org/web/20220205230944/https://twitter.com/cherthedev/status/1490097824452595712
[1406] Twitter, https://twitter.com/ashleygjovik/status/1490097842337157123
[1407] Twitter, https://twitter.com/ashleygjovik/status/1490101276486488064
[1408] Twitter, https://twitter.com/ashleygjovik/status/1490102758673764354
[1409] Twitter, https://twitter.com/cherthedev/status/1490103444518047745,
https://web.archive.org/web/20220205232427/https://twitter.com/cherthedev/status/1490103444518047745
[1410] Twitter, https://twitter.com/cherthedev/status/1490105751020269578,
https://web.archive.org/web/20220205233350/https://twitter.com/cherthedev/status/1490105751020269578
[1411] Twitter, https://twitter.com/cherthedev/status/1490106236133515266,
https://web.archive.org/web/20220205234733/https://twitter.com/cherthedev/status/1490106236133515266
[1412] Twitter, https://twitter.com/cherthedev/status/1490106738317545472,
https://web.archive.org/web/20220205234743/https://twitter.com/cherthedev/status/1490106738317545472
[1413] Twitter, https://twitter.com/cherthedev/status/1490107181911326724,
https://web.archive.org/web/20220206000125/https://twitter.com/cherthedev/status/1490107181911326724

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **Cher Scarlett** (cherthedev): I've been on Twitter since 2007. I've had a big following for close to a decade. I've been harassed online by trolls forever. I learned all the lessons she's having to learn now. I tried to think how I'd react if it were me before I am what I am now. I'd probably lash out, too. [1414]
- o **Cher Scarlett** (cherthedev): But there is NO excuse for this behavior after what I wrote out today in FULL honesty with a complete openness to just moving on and trying to work together to change these greedy corporations who hold so much power over us regular people. It's your turn to look in. [1415]
  - ▪ [Redacted] I have been raised by a sociopathic father. When highly manipulative language is used on me, I get a physical reaction warning me. I am getting that reaction, strongly, with this paragraph and the rest you wrote. Sorry, I believe @ashleygjovik when she says that you harassed her.
  - ▪ **[DELETED]**
  - ▪ [Redacted] Are you in a position to share that judgment in favour of you that you mention? [1416]

## February 6 2022 – Public Twitter.com Posts
- • **Cher Scarlett (@cherthedev) [DELETED]**
  - o **Cher Scarlett (@cherthedev) [DELETED]**
- • [Redacted] And the tweet from your account saying that nobody should provide her with support because she was only a narcissist? I have that opinion of you. Yet I have refrained to make it. Because I understand such a statement is extraordinarily harmful. You have to own up to your actions.[1417]
  - o [Redacted] I will pass on DMs. I grew up with two narcissistic parents, one a sociopath. I only heard them have « justifications », always « in private ». What I never once heard was the slightest acknowledgment they might have done any wrong. To de-escalate, you will have to own up! [1418]
- - [Redacted] @ashleygjovik I wasn't quick enough to make a screen copy. When I asked specifics, whether @cher was in any position to share a copy of the judgment she claimed that was done in her favour, she deleted her tweet. You already know that. She cannot be presumed to act in good faith. [1419]

## February 6 2022 – Public Twitter.com Posts
- • **Cher Scarlett (@cherthedev) [DELETED]**
  - o [Redacted] There are two persons I follow that accused you of harassing them months ago. You are making claims about other persons that do not match the information I came across. I think it is best that people make the time to read the evidence shown on the other person's account. [1420]

---

[1414] Twitter, https://twitter.com/cherthedev/status/1490107637588918274,
https://web.archive.org/web/20220206000140/https://twitter.com/cherthedev/status/1490107637588918274
[1415] Twitter, https://twitter.com/cherthedev/status/1490108129362677760,
https://web.archive.org/web/20220206000055/https://twitter.com/cherthedev/status/1490108129362677760
[1416] Twitter, https://twitter.com/widged/status/1490348017446236164
[1417] Twitter, https://twitter.com/widged/status/1490353698417094659
[1418] Twitter, https://twitter.com/widged/status/1490360828675174403
[1419] Twitter, https://twitter.com/widged/status/1490349956011601924
[1420] Twitter, https://twitter.com/widged/status/1490352461713920005

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- o **[Restricted]**
- o **[Restricted]**
- o **Cher Scarlett (@cherthedev) [DELETED]:** I'm aware. They are close friends. I'm happy to show you the actual conversation with one of them they claim was abusive and harassing privately. You'll have to email me since your DMs are closed. There is also no actual evidence from either of them. You're taking their word.

**7 Feb 2022 – Public 9to5Mac.com Post** [1421]

- • **Kaibelf:** Was Ashley Gjovic not already exposed for lying about her departure? Why are you citing her as a source? Her Twitter feed is a clown car of grievances and has already been widely discredited as bull
  - o **Ben LoveJoy** (9to5Mac.com) That appears to have been a misunderstanding. It was claimed that she sought administrative leave, but it was later clarified that she was offered it and agreed to accept it if no better solution could be found.
  - o **Kaibelf** Can you show me where she backtracked? What I saw was a third-party claim, and her clarification.
  - o **Ben LoveJoy** (9to5Mac.com) This is specifically about employment complaints, not Slack.

**7 Feb 2022 – Public AppleInsider Post** [1422]

- • **9secondkox2:** Da is just that. Weasels trying to force Apple to give away their hard earned success formulas. How about an investigation into the administrations lies and lack of transparency or investigate Amazon's abusive seller partnerships where they can sell your product at a loss for you. How about an investigation into Twitter and Facebook censorship. apple has the right to for if it's employees from sharing trade secrets whether that is product/service details or internal administration systems. They don't have to give that up just because an employee wants to force their political ideology on the company. She was fired and rightly so.

**7 Feb 2022 – Public Twitter.com Posts**

- • **Cher Scarlett** (@cherthedev): A huge thank you to @Dhingrama for sponsoring this important anti-harassment bill, making it a crime in Washington to intentionally and repeatedly use the internet to cause emotional distress to another person. Cyberharassment should be a crime. [link] [1423]

---

[1421] https://9to5mac.com/2022/02/07/apple-used-ndas-and-lied/ ;
https://web.archive.org/web/20220208191810/https://9to5mac.com/2022/02/07/apple-used-ndas-and-lied/
[1422] https://appleinsider.com/articles/22/02/07/us-state-treasurers-ask-sec-for-investigation-into-apples-use-of-ndas;
https://web.archive.org/web/20220208191816/https://appleinsider.com/articles/22/02/07/us-state-treasurers-ask-sec-for-investigation-into-apples-use-of-ndas
[1423] Twitter, https://twitter.com/cherthedev/status/1490871224041603073;
https://web.archive.org/web/20220208193521/https://twitter.com/cherthedev/status/1490871224041603073

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev): No one should have to go through this, and the current procedure for getting aid in this requires that the abuser has published "non-protected" information, such as medical or other private information, and ignores the intent and impact of repeated malicious harassment[1424]

**7 Feb 2022 – Scribd**
- Ashley Gjovik v Apple Inc; Evidence Report
  - Link: https://www.scribd.com/document/555822358/Ashley-Gjovik-v-Apple-Inc-Propaganda-Campaign-Final-v1
- **Scribd**: "Deletion notice: Your document was successfully deleted."
  - **I DID NOT DELETE THIS DOCUMENT**

**7 Feb 2022 – Twitter.com Posts**
- **Ashely Gjovik**: I need to get some sleep... Haven't slept for a couple nights; stuck spiraling on Apple's severed head threats & all that. I somehow accidentally deleted this file & can't bring it back with the same URL! Sorry. Re-uploaded here: [1425]

**8 Feb 2022 – Scribd**
- Ashley Gjovik v Apple Inc; Evidence Report
  - Link: https://www.scribd.com/document/557503681/Gjovik-v-Apple-Intimidation-Campaign-Evidence-Report
- **Scribd**: "Deletion notice: Your document was successfully deleted."
  - **I DID NOT DELETE THIS DOCUMENT**

**8 Feb 2022 – Twitter.com Posts**
- **Ashely Gjovik**: That one was deleted too, while I was sleeping. What the fresh hell?! I never got any messages about this. Ughhh okay so apparently Apple has claws in Scribd. I'm uploading to my personal website now....[1426]

**8 Feb 2022 – Twitter.com Posts**
- **Ashely Gjovik**: So if a federal witness is complaining to fed law enforcement about witness intimidation & threats by Apple Inc in violation of numerous laws & she's sending gov agencies Scribd links of her filings & evidence & Apple appears to be deleting her evidence OBSTRUCTION OF JUSTICE?

**9 Feb 2022 – Twitter.com Posts**
- **Cher Scarlett** (@cherthedev): The obsessive Apple fans, which definitely include some employees, are absolutely the main source of harassment I've had over the past 6 months. Apple built that brand loyalty;

---

[1424] Twitter, https://twitter.com/cherthedev/status/1490871726963847168; https://web.archive.org/web/20220208193510/https://twitter.com/cherthedev/status/1490871726963847168
[1425] Twitter, https://twitter.com/ashleygjovik/status/1490816438667341824
[1426] Twitter, https://twitter.com/ashleygjovik/status/1491143737929773056

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

that's their marketing at work. They don't just love Apple products, they love Apple.
Unconditionally.[1427]

> o **Retweet: Redacted**: I get that Apple's hired PR can be insufferable. Apple's fanbois more so, somehow. But let's not forget all the ill will Google manufactured for itself by dumping non-standard specs into their browser. No heroes in this story.[1428]

## 10 Feb 2022 – Public Twitter.com Posts
- **Cher Scarlett** (@cherthedev): In December, I announced I would be working for  @SeattleCCA. That offer was rescinded after Apple reported the incorrect job title, and time ran out before my role was verified. Apple has cost me over $10,000 in lost wages while I search for a new job.
  - o **Retweet**: The Washington Post @washingtonpost: In job databases used by employers to verify resume information, every former Apple employee's title gets erased and replaced with a generic title. https://wapo.st/3JhKf1l [1429]
- **Cher Scarlett** (@cherthedev): I am interviewing at multiple wonderful mission-driven organizations, and I hope to have a job sometime in March. I am also doing hourly labor on a house a friend of a friend on the weekend. In the meantime, any help is sincerely appreciated. [1430]

## 10 Feb 2022 – Public Reddit Article [1431]
*Apple Changes Job Titles Of Former Employees in Employment Verification DB*
- **Messick**: We don't do titles, especially in the engineering orgs. The verification service might have given something different than what's on her resume, (something that would happen to me and everyone else that doesn't want people to guess what something like "ICT5" means as far as job responsibilities go), but what definitely did not happen is the corrected value had something like "associate" in it. The person quoted in the article has been mentioned in this sub a lot. I think it's reasonable to assume this is part of their ongoing..."campaign".
- **Redacted**: If you actually read the article, even Apple's spokesperson confirmed that Apple did this.
- **Messick**: Yeah, I was going off personal experience, since I am still employed. "Associate" would be an upgrade over the basic gibberish that comes back when my employment gets verified, to be honest.

## 10 Feb 2022 – Public Reddit Article [1432]

---

[1427] Twitter, https://twitter.com/cherthedev/status/1491438566123077633 ,
https://web.archive.org/web/20220209174541/https://twitter.com/cherthedev/status/1491438566123077633
[1428] Twitter, https://twitter.com/AdamRackis/status/1491429276423692288
[1429] Twitter, Feb 10 2022, https://twitter.com/cherthedev/status/1491816820969381915;
https://web.archive.org/web/20220210224444/https://twitter.com/cherthedev/status/1491816820969381915
[1430] Twitter, Feb 10 2022, https://twitter.com/cherthedev/status/1491817616767258625;
https://web.archive.org/web/20220210224436/https://twitter.com/cherthedev/status/1491817616767258625
[1431] Reddit, https://www.reddit.com/r/apple/comments/sp8bra/apple_changes_job_titles_of_former_employees_in/;
https://web.archive.org/web/20220210225004/https://www.reddit.com/r/apple/comments/sp8bra/apple_changes_job_titles_of_former_employees_in/ ; https://www.reddit.com/user/messick/
[1432] Reddit, https://www.reddit.com/r/apple/comments/sol6hq/sec_looking_into_apples_use_of_nondisclosure/;
https://web.archive.org/web/20220210225355/https://www.reddit.com/r/apple/comments/sol6hq/sec_looking_into_apples_use_of_non
disclosure/

# ASHLEY GJOVIK V APPLE INC

## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

*SEC looking into Apple's use of nondisclosure agreements, whistleblower says*

- **Joyce Kap:** Whistleblower like Ashley Gjøvik that spams r/Apple to garner sympathy from slacktivists and keyboard warriors? Apple pays a fuck ton on lawyers to keep them compliant with domestic and international law. [1433]
  - **Ashley Gjovik:** Hi Joyce! How are you? You should probably sync back up with Apple Global Security or Black Cube or who ever your handler is, and get an update on the latest. Your account is one of the accounts listed in my federal charges against Apple for the massive online harassment, intimidation, & propaganda campaign against me in retaliation for reporting Apple's workplace safety issues & their retaliation against me for raising concerns about those issues, to the government & law enforcement. See: https://www.ashleygjovik.com/apple-legal-battle.html I added your latest comment to my filings as well. Please stop. Thanks.
  - **Joyce Kap:** Hun, pass the bar first.maybe you'll get somewhere

**11 Feb 2022 – Public Twitter.com Posts**

- **Cher Scarlett** (@cherthedev):  At a hearing on for an anti-harassment order, the judge argued that the harassment was protected speech, but that she could proceed with the another hearing for the private info about my family and me, and the cyberstalking. SB 5628 makes the cyberharassment itself a crime. [1434]
  - **Quote Tweet: Cher Scarlett**: And in a lesser known victory, SB 5628, Washington's anti-cyberharassment bill passed through the senate UNANIMOUSLY.
- **Cher Scarlett** (@cherthedev): SB 5628 also tightens up existing law - it works to defend protected speech that can be prosecuted as harassment when it's not.  @ACLU_WA:  was right to challenge the law as it was written, and would also fight for those who are harmed by those who abuse the first amendment. [1435]
- **Cher Scarlett** (@cherthedev): And in a lesser known victory, SB 5628, Washington's anti-cyberharassment bill passed through the senate UNANIMOUSLY.[1436]
- **Cher Scarlett** (@cherthedev): I sure could use this law right now!! I might actually bring it up at the hearing along with the case that the supreme court upheld that spurred this legislature.[1437]

## WIKIPEDIA NOTIFIES ME IVE BEEN PERMANETLY BANNED FROM WIKIPEDIA DESPITE NEVER BEING TOLD I WAS BEING INVESTIGATED AND AFTER ASKING WIKIPEDIA TO INVESTIGATE AN ACCOUNT HARRASING ME VIA MY ARITCLE [1438]

---

[1433] Reddit,
https://www.reddit.com/r/apple/comments/sol6hq/comment/hw9uhwz/?utm_source=share&utm_medium=web2x&context=3
[1434] Twitter: https://twitter.com/cherthedev/status/1492160727452241921;
https://web.archive.org/web/20220211190115/https://twitter.com/cherthedev/status/1492160727452241921
[1435] Twitter: https://twitter.com/cherthedev/status/1492162451021840386;
https://web.archive.org/web/20220211182421/https://twitter.com/cherthedev/status/1492162451021840386
[1436] Twitter: https://twitter.com/cherthedev/status/1491853896045654017;
https://web.archive.org/web/20220211201324/https://twitter.com/cherthedev/status/1491853896045654017
[1437] Twitter: https://twitter.com/cherthedev/status/1492158413354115073;
https://web.archive.org/web/20220211190146/https://twitter.com/cherthedev/status/1492158413354115073
[1438] Wikipedia: https://web.archive.org/web/20220211192836/https://en.wikipedia.org/wiki/User_talk:HazelBasil

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### 11 Feb 2022 – Public Twitter.com Posts

- **Ashley Gjovik:** I report harassment to @Wikipedia & provide evidence. The investigation takes forever with no updates. I'm never interviewed. Now I'm investigated. I receive no warnings. I'M PERMANENTLY BANNED FROM EDITING WIKIPEDIA FOREVER. Sure feels a lot like my final six months at Apple.
- **Ashley Gjovik:** Here's the thing, like with how Apple attacked me, you don't even need to know the details to know something is f'd up. Regardless of what I did or didn't do, or Cher or that user. WHY THE BLOODY HELL WOULD @Wikipedia BAN ME PERM FROM THE ENTIRE SITE WITH 0 COMPLAINTS OR WARNINGS
- **Ashley Gjovik:** My Wikipedia account: NO WARNING; PERMANENTLY BANNED. Cher's Wikipedia account she used to harass me & other people & update her own page: only prohibited from editing my article. Here's some of the information I sent to the @Wikipedia Arbitration Committee: [thread]
  - o **Ashley Gjovik:** Here's me telling the @Wikipedia arbitration committee that one of the previous members of their arb committee was also harassing me & attacking my account, & appeared to know Scarlett personally & be having offline convos with the user attacking me:
  - o **Ashley Gjovik:** Here's me telling the @Wikipedia arbitration committee on Jan 8 & last night that Cher Scarlett was requesting and even demanding I withdraw the Wikipedia arbitration complaint against SquareInARoundHole (which is def, totally not her...
  - o **Ashley Gjovik:** Here's me telling the @Wikipedia arb committee that their previous member who helped Cher harass me, who is friends with Cher, who discouraged me from reporting the abuse, & who helped Cher flag my account as a "sock puppet," now blocked me on Twitter after I reported the abuse
  - o **Ashley Gjovik:** I told @wikipedia arb committee before this user was created there were suspicious edits made to Scarlett's article by Seattle, WA IP addresses & they stopped after the account was created. I told them the user already had a COI warning in Nov & in Jan an editor said it again
  - o **Ashley Gjovik:** On Jan 23, I told the @Wikipedia arb committee I'm filing federal charges about an online harassment campaign in retaliation for my charges against Apple & would be naming Scarlett & White amongst others & citing what's been happening on Wikipedia & the investigation.
  - o **Ashley Gjovik:** On Feb 1st I notified the @Wikipedia arb committee Scarlett was editing my page again & also that two of the people I wrote to them about the week before, who are named in the federal charges of harassment against me, posted on twitter about "Squares in Round Holes."
  - o **Ashley Gjovik:** Last night I told @Wikipedia arb committee abt Scarlett's batshit 3k word email from last weekend where she said she reported me to the FBI & demanded I destroy evidence against her, she also argued with me in response to complaints I made about that account that "def wasn't her"
  - o **Ashley Gjovik:** I report harassment & provide evidence. The investigation takes forever with no updates. I'm never interviewed. Now I'm investigated. I receive no warnings. I'M PERMANENTLY BANNED FROM EDITING WIKIPEDIA FOREVER. Sure feels a lot like my final six months at Apple...

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley Gjovik:** #Apple is now further retaliating against me through @Wikipedia . My 10yr-old Wikipedia account received a site-wide ban today, after I reported harassment from an Apple Global Sec employee, & after no warnings & no open complaints. Please tell Wikipedia THIS IS UNACCEPTABLE

## 11 Feb 2022 – Public Twitter.com Posts

- **Cher Scarlett** (@cherthedev): Like I said, the truth will always prevail.[1439]
- **Cher Scarlett** (@cherthedev): Decisions in neutral third-party investigations aren't contingent on one person's account of what's occurred. Evidence gets looked over coming from BOTH sides of the story that someone tells. Of course I stood up for myself with @Wikipedia, and of course they gave me the chance.[1440]
- **Cher Scarlett** (@cherthedev): Wikipedia My stack of evidence for my anti-harassment hearing on Tuesday is enormous, and I only got to this point after begging, and pleading for her to stop.  This is someone that knows nothing of self-reflection and accountability.  And to the people supporting her - you're complicit. [1441]
- **Cher Scarlett** (@cherthedev): I provided written testimony on an anti-cyberharassment bill in Washington that passed through the Senate's chambers unanimously about this, and I will give compelling testimony on Tuesday at the hearing, in spite of not yet being protected by that pending law.[1442]
- **Molly White** (@molly0xFFF): Replying to @cherthedev and @Wikipediai will say i didn't expect "the enemy of my enemy is my friend" to apply to gamergaters and those who enable the far-right, but here we are...[1443]
- **Cher Scarlett** (@cherthedev): Running out of arguments, I hope she realizes both of us are lucky those circles hate Apple more than they hate liberal women. [1444]
- **Cher Scarlett** (@cherthedev): And no, unlike the harasser is continuing to allege, I am not that user. That user has repeatedly added information about me that is incorrect  that has to be fixed. The cyberstalker sent them a background investigation she ran on me. Did she really think that was that?[1445]
- **Cher Scarlett** (@cherthedev). Evidence. *[photo of stack of papers with front page heavily redacted]* [1446]

[1439] Twitter: https://twitter.com/cherthedev/status/1492255224681033728;
https://web.archive.org/web/20220211221934/https://twitter.com/cherthedev/status/1492255224681033728
[1440] Twitter: https://twitter.com/cherthedev/status/1492256822723432448;
https://web.archive.org/web/20220211221929/https://twitter.com/cherthedev/status/1492256822723432448
[1441] Twitter: https://twitter.com/cherthedev/status/1492257159932903424;
https://web.archive.org/web/20220211221905/https://twitter.com/cherthedev/status/1492257159932903424
[1442] Twitter: https://twitter.com/cherthedev/status/1492260008989388803;
https://web.archive.org/web/20220211222003/https://twitter.com/cherthedev/status/1492260008989388803
[1443] Twitter: https://twitter.com/molly0xFFF/status/1492257998772785156;
https://web.archive.org/web/20220211222037/https://twitter.com/molly0xFFF/status/1492257998772785156
[1444] Twitter: https://twitter.com/cherthedev/status/1492261051450101763;
https://web.archive.org/web/20220211222026/https://twitter.com/cherthedev/status/1492261051450101763
[1445] Twitter: https://twitter.com/cherthedev/status/1492260008989388803;
https://twitter.com/cherthedev/status/1492267319212396544;
https://web.archive.org/web/20220211224918/https://twitter.com/cherthedev/status/1492267319212396544
[1446] Twitter: https://web.archive.org/web/20220211232941/https://twitter.com/cherthedev/status/1492279060906450947;
https://twitter.com/cherthedev/status/1492279060906450947

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**11 Feb 2022 – Public Twitter.com Posts**
- **Cher Scarlett** (@cherthedev): I am watching in real time false rhetoric about me be amplified on Twitter. If it weren't so alarming and terribly harmful, it would be fascinating. Instead, it's a chilling reminder of how dangerous this platform and its algorithms really are. [1447]
- **Cher Scarlett** (@cherthedev): And honestly, I don't know how to address this. I stopped creating pile-ons with quote tweets. I stopped calling out individuals for the same reason. I didn't want to seem like I believe myself to be the arbiter of truth, and that's how it was coming across. [1448]
- **Cher Scarlett** (@cherthedev): I want to hold organizations, people in power, and systems accountable, not individuals who should all be fighting for the same things. It feels like a lose-lose. This is damaging me in ways I've not yet found the words or emotions to describe. It isn't fair. [1449]

**11 Feb 2022 – Public Twitter.com Posts**
- **Ashley Gjovik:** In January, I complained to @Wikipedia that the user "SquareInARoundHole" was harassing me via my Wikipedia article. I told the Wiki arb committee I believed the user was Cher Scarlett or another agent of Apple. My claim was: me v the user. Cher just admitted the user is her
- **Ashley Gjovik:** Ashley M. Gjøvik@ashleygjovik·Feb 11Replying to @ashleygjovikMy complaint to Wikipedia was abt an anonymous "USER" harassing me & a COI. I believed the user was likely Scarlett or someone on Scarlett or Apple's behalf instigating the harassment. The USER could provide def evidence . Scarlett's "evidence" is irrelevant unless she's THE USER
- **Ashley Gjovik:** I sent Wikipedia information about Scarlett & her history of fraud, as one of my allegations against this user was: fraud. My communications with the @Wikipedia arbitration committee were supposed to be "CONFIDENTIAL." HOW DOES SCARLETT KNOW WHAT I TOLD THEM
- **Ashley Gjovik:** Oh yeah, that's right, Cher Scarlett is APPLE GLOBAL SECURITY. In her insane email from last weekend she informed me she still notifies APPLE when I say things that Apple may find "harmful," including me expressing concerns about Apple THREATENING to mail me SEVERED HEADS.

**11 Feb 2022 – Public Twitter.com Posts**
- **Kovacs** (@notabotfr): Everything on Wikipedia is accessible. Anyone would have permanently banned you. That user is not Cher Scarlett. There is no conspiracy. [1450]
- **Ashley Gjovik:** Hi Apple. *[screenshot of Bot tool showing "orange 3.8/5" bot risk & unusual account activity]*

[1447] Twitter, https://twitter.com/cherthedev/status/1492346114808246272 ,
https://web.archive.org/web/20220213035248/https://twitter.com/cherthedev/status/1492346114808246272
[1448] Twitter, https://twitter.com/cherthedev/status/1492352925124808712,
https://web.archive.org/web/20220213033719/https://twitter.com/cherthedev/status/1492352925124808712
[1449] Twitter, https://twitter.com/cherthedev/status/1492353477510500352,
https://web.archive.org/web/20220213034003/https://twitter.com/cherthedev/status/1492353477510500352
[1450] Twitter: https://twitter.com/notabotfr/status/1492274158990131201;
https://web.archive.org/web/20220211231635/https://twitter.com/notabotfr/status/1492274158990131201

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Kovacs** (@notabotfr)**:** You did a bot report on someone whose twitter handle is @notabotfr? lmao But seriously, get off twitter and seek professional mental health services. [1451]
- **Kovacs** (@notabotfr)**:** Is "Apple" in the room with you now, Ashley? [1452]
- **Kovacs** (@notabotfr)**:** Watch out for the postman, he's an Apple agent. [1453]
- **Kovacs** (@notabotfr)**:** And don't take any anti-psychotic meds - they have apples in them! [1454]
- [Redacted]
- **Kovacs** (@notabotfr)**:** That's the thing, Jean. It's all archived and public. I already gave you the link of the discussion leading to Ashley being permanently banned for falsely accusing someone of being this Apple woman you appear to be harassing on Twitter. Once again: https://en.wikipedia.org/w/index.php?title=Wikipedia:Conflict_of_interest/Noticeboard&oldid=1064416216#Cher_Scarlett,_Ashley_Gj%C3%B8vik,_Ifeoma_Ozoma,_&_Apple_Worker_Organizations [1455]
- [Redacted]
- **Kovacs** (@notabotfr)**:** Jean, she genuinely sees Apple agents where they don't exist. That's the reason why she was banned from Wikipedia. Shock of the century that she thinks I'm one too. If you really wanted to support her you'd tell her the same. [1456]
- [Redacted]
- **Kovacs** (@notabotfr)**:** Hi yes, this is #Apple/#Wikipedia/#God speaking. You were banned from Wikipedia for falsely accusing some random dude of being the woman you're obsessed with. You are mentally ill and need psychological/psychiatric help. Anyone supporting your delusions is not your friend.[1457]
  - Retweeted by: *FirstnameBunchofnumbers (@FirstNa47437596)*

## Feb 12 2022- Twitter.com Posts

- Redacted: Hey, @Wikimedia, can you unban @ashleygjovik's account, and do something about the harassment campaign started against her? I'm just a guy who made yearly donations to you. Thanks!
- **Cher Scarlett** (@cherthedev)**:** Just to be clear, the arbitration committee investigated over several months, and found that she was harassing ME. Not the other way around. Not because of a conspiracy, but because she's been harassing me. I've testified to this numerous times, and will again.[1458]

---

[1451] Twitter: https://twitter.com/notabotfr/status/1492276099266772994;
https://web.archive.org/web/20220211231851/https://twitter.com/notabotfr/status/1492276099266772994
[1452] Twitter: https://web.archive.org/web/20220211232123/https://twitter.com/notabotfr/status/1492277077357510656 ;
https://twitter.com/notabotfr/status/1492277077357510656
[1453] Twitter: https://twitter.com/notabotfr/status/1492277217904459776 ;
https://web.archive.org/web/20220211232209/https://twitter.com/notabotfr/status/1492277217904459776
[1454] Twitter: https://web.archive.org/web/20220211232241/https://twitter.com/notabotfr/status/1492277390646874112;
https://twitter.com/notabotfr/status/1492277390646874112
[1455] Twitter: https://twitter.com/notabotfr/status/1492282019048751106
[1456] Twitter: https://twitter.com/notabotfr/status/1492280851278995459;
https://web.archive.org/web/20220211233914/https://twitter.com/notabotfr/status/1492280851278995459
[1457] Twitter: https://twitter.com/notabotfr/status/1492282675478282240;
https://web.archive.org/web/20220211234439/https://twitter.com/notabotfr/status/1492282675478282240
[1458] Twitter: https://twitter.com/cherthedev/status/1492325450302980097;
https://web.archive.org/web/20220213031040/https://twitter.com/cherthedev/status/1492325450302980097

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Redacted**: Why would Ashley do this while fighting for her life against Apple? I see you have problems with Apple too. Something does not make sense.
- **Cher Scarlett** (@cherthedev): I do not know her motives. I'm happy to share my testimony for the anti-harassment order privately, though. [1459]
- **Redated:** Would you provide documentation to support your claim? I am very curious bc I have recently shown support for Ashley and I would like as much info as possible. Thank you.
- **Cher Scarlett** (@cherthedev): Here's the thing. I do not want to 1) distract from the important work we SHOULD be doing to hold big tech accountable, and 2) I do not want to create a pile on on her.[1460]
- **Cher Scarlett** (@cherthedev): In the cover sheet here for the hearing on Tuesday, you can see that I was denied a Temp anti-harassment order (which I expected due to the physical distance), but the judge found merit in what I presented to order a full-order hearing.[1461]
- **Cher Scarlett** (@cherthedev): Ashley posted that the arbitration committee determined that she should be banned from Wikipedia due to her conduct on and off Wikipedia, and I did provide evidence that she was vandalizing my Wikipedia that she does not know I had been provided, and is part of that stack of docs [1462]
- **Cher Scarlett** (@cherthedev): I will be testifying at the hearing for SB 5628 in the house when it is scheduled, and you're welcome to watch. I will also be transparent about the outcome of this anti-harassment order, which I am fighting for without a lawyer because I don't have the financial means.[1463]
- **Redacted:** I appreciate that you took the time to reply and to provide your docs. I believe in listening to all sides. From what I can gather, you and Ashley were friends at some point, yes?
- **Cher Scarlett** (@cherthedev): Allies more than friends, I was the first person on this platform to amplify the injustices she faced at Apple, and I was there to support her for a few months. We diverged over some of Ashley's behavior in August and September, and she wasn't in a place to hear my concerns. [1464]
- **Redacted:** hah, i see. She probably sees it differently. If the two of you can mend this rift, it would benefit you both, yes?
- **Cher Scarlett** (@cherthedev): A friend attempted to mediate to get her to stop posting private and personal information about me and my family. She escalated. I reached out and clarified untrue things she was saying, and apologized. She misrepresented the email and escalated again. [1465]

---

[1459] Twitter, https://twitter.com/cherthedev/status/1492510321864437761;
https://web.archive.org/web/20220213031055/https://twitter.com/cherthedev/status/1492510321864437761
[1460] Twitter: https://twitter.com/cherthedev/status/1492342373862424577;
https://web.archive.org/web/20220213031226/https://twitter.com/cherthedev/status/1492342373862424577
[1461] Twitter: https://twitter.com/cherthedev/status/1492342602409992196;
https://web.archive.org/web/20220213031159/https://twitter.com/cherthedev/status/1492342602409992196
[1462] Twitter: https://twitter.com/cherthedev/status/1492342941326602242;
https://web.archive.org/web/20220213031212/https://twitter.com/cherthedev/status/1492342941326602242
[1463] Twitter: https://twitter.com/cherthedev/status/1492344081720086534;
https://web.archive.org/web/20220213031314/https://twitter.com/cherthedev/status/1492344081720086534
[1464] Twitter: https://twitter.com/cherthedev/status/1492538967400456194;
https://web.archive.org/web/20220213031252/https://twitter.com/cherthedev/status/1492538967400456194
[1465] Twitter, https://twitter.com/cherthedev/status/1492541860094439430;
https://web.archive.org/web/20220213031315/https://twitter.com/cherthedev/status/1492541860094439430

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Cher Scarlett** (@cherthedev)**:** I don't know that I would believe her to stop without a court order at this point.[1466]
- **Cher Scarlett** (@cherthedev)**:** And yes, it would benefit everyone, not just us. What she's doing hurts her case, which hurts everyone in the space. [1467]
- Redacted: the best advice i can give, w/o knowing either one of you, is to find a way to mend fences and join forces. @ashleygjovik -   it may be very difficult to put your differences aside, but that is just 1 battle. Winning the war is what is important.
- **Cher Scarlett** (@cherthedev)**:** I have to tell you that I tried that numerous times to no avail. I am proceeding with the anti-harassment order, but I'm certainly open to a conversation should she take any sort of responsibility and accountability for her harassment.[1468]
- **Cher Scarlett** (@cherthedev)**:** But I really appreciate you being open to hearing my side, too.[1469]
- I'm much older than you both. I've fought these battles & continue to do so for others. Having a conversation is key. If it doesn't go well, so be it. I hope that @ashleygjovik accepts your offer to speak w/ her. A united front against such a powerful common adversary is crucial.
- **Cher Scarlett** (@cherthedev)**:**Thank you for your consideration and patient attempt -- unfortunately, as I suspected, a court order is the only option here. I'll also be testifying before the House next week regarding the bill I mentioned that makes her behavior a crime in Washington state. [1470]
- Ashley Gjovik: On Dec 31 2021 I req Scarlett cease & desist all contact with me, defamation of me, & stop harassing my friends or I will request a restraining order. Since that warning she tried to SWAT me, got me banned from Wikipedia, & sent me threatening emails. Plz do not encourage contact
- Redacted: I will absolutely respect your request. I looked at both of your profiles and the info that you both put forth. Seems clear that you have a common adversary. My suggestion to have a conversation w/her was based solely on that. I wish you well and support the cause.
- **FirstnameBunchofnumbers** (@FirstNa47437596)**:** I wonder if you're one of the two women she finds suspicious and has recently blocked? [1471]
- Ashley Gjovik: I will reiterate once again, cause I'm sure Cher is not honoring my account block on her once again, PLEASE DO NOT CONTACT ME, STOP THREATENING ME, STOP THREATENING MY FRIENDS, STOP JUMPING ON THREADS ABOUT ME, & STOP OBSTRUCTING JUSTICE, CHER. LEAVE ME THE F ALONE.

**Feb 12-13 2022- Twitter.com Posts**

[1466] Twitter: https://twitter.com/cherthedev/status/1492542544487481344;
https://web.archive.org/web/20220213031255/https://twitter.com/cherthedev/status/1492542544487481344
[1467] Twitter; https://twitter.com/cherthedev/status/1492542880698683394;
https://web.archive.org/web/20220213031317/https://twitter.com/cherthedev/status/1492542880698683394
[1468] Twitter: https://twitter.com/cherthedev/status/1492675479865737218 ;
https://web.archive.org/web/20220213031326/https://twitter.com/cherthedev/status/1492675479865737218
[1469] Twitter: https://twitter.com/cherthedev/status/1492675733612683264;
https://web.archive.org/web/20220213031404/https://twitter.com/cherthedev/status/1492675733612683264
[1470] Twitter: https://twitter.com/cherthedev/status/1492696448487493632;
https://web.archive.org/web/20220213032447/https://twitter.com/cherthedev/status/1492696448487493632
[1471] Twitter, https://twitter.com/FirstNa47437596/status/1492980990188216323,
https://web.archive.org/web/20220213234053/https://twitter.com/FirstNa47437596/status/1492980990188216323

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **FirstnameBunchofnumbers** (@FirstNa47437596): I honestly cannot believe this is being allowed to go on in public. She needs a conservatorship or something. Watching her go downhill live on Twitter seems irresponsible, but she won't listen to anyone. Where is the family to step in and help? [1472]
  - **Retweet: Kovacs** (@notabotfr): Jean, she genuinely sees Apple agents where they don't exist. That's the reason why she was banned from Wikipedia. Shock of the century that she thinks I'm one too. If you really wanted to support her you'd tell her the same. [1473]
- **FirstnameBunchofnumbers** (@FirstNa47437596): A search of public records indicates Ashley has a court date coming up! [1474]
- **FirstnameBunchofnumbers** (@FirstNa47437596): Can you still be admitted to the bar if you have had an anti-harassment judgement filed against you? Asking for Ashley Gjovik [1475]
- **FirstnameBunchofnumbers** (@FirstNa47437596): [Photo of young girl at computer drikin gsoda and smiling mischeiviously] link: https://www.calbar.ca.gov/Admissions/Moral-Character/Guidelines [1476]
- **FirstnameBunchofnumbers** (@FirstNa47437596): When anyone interacts with Ashley they end up being a target. Poor Sarah. [Screenshot of me calling out another Apple Troll trying to get access to my iPhone][1477]


## Feb 12 2022- Twitter.com Posts
- **Genesis Five** (@cheeseorrice): youve been tweeting about her obsessively for months, doxed her and her family, and one of the emails you posted that you sent to wikipedia showed you got a background check on her and were trying to get IP address. its pretty clear to everyone you are the harasser. [1478]
  - **Retweeted by:** *FirstnameBunchofnumbers (@FirstNa47437596)*
  - **FirstnameBunchofnumbers** (@FirstNa47437596): Cher has finally filed suit aganst her, so maybe she will finally stop using Twitter to abuse people personally and defending it by whining that "apple is bad" [1479]
- **Ashley Gjovik**: Nothing says "I'm Apple trying to further harass my whistleblower" like a Twitter account created solely for this exact Tweet. Get lost.[1480]

---

[1472] Twitter: https://twitter.com/FirstNa47437596/status/1492328139418046464 ,
https://web.archive.org/web/20220213231027/https://twitter.com/FirstNa47437596/status/1492328139418046464
[1473] Twitter: https://twitter.com/notabotfr/status/1492280851278995459;
https://web.archive.org/web/20220211233914/https://twitter.com/notabotfr/status/1492280851278995459
[1474] Twitter, https://twitter.com/FirstNa47437596/status/1492348563052847109 ,
https://web.archive.org/web/20220213230950/https://twitter.com/FirstNa47437596/status/1492348563052847109
[1475] Twitter, https://twitter.com/FirstNa47437596/status/1492359673487396866 ,
https://web.archive.org/web/20220213230931/https://twitter.com/FirstNa47437596/status/1492359673487396866
[1476] Twitter, https://twitter.com/FirstNa47437596/status/1492377427229564928,
https://web.archive.org/web/20220213230814/https://twitter.com/FirstNa47437596/status/1492377427229564928
[1477] Twitter, https://twitter.com/FirstNa47437596/status/1492972833990864897,
https://web.archive.org/web/20220213230724/https://twitter.com/FirstNa47437596/status/1492972833990864897
[1478] Twitter: https://twitter.com/cheeseorrice/status/1492759629511606277;
https://web.archive.org/web/20220213074228/https://twitter.com/cheeseorrice/status/1492759629511606277
[1479] Twitter, https://twitter.com/FirstNa47437596/status/1493015892724125700;
https://web.archive.org/web/20220214002207/https://twitter.com/FirstNa47437596/status/1493015892724125700
[1480] Twitter, https://twitter.com/ashleygjovik/status/1492765276290490372

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Genesis Five** (@cheeseorrice): thats what youre doing to yourself, ashley no one wants to approach you as themselves because you attack everyone, trying to criminalize free speech and stalk everyone who shares their opinion. [1481]
  - **Retweeted by:** *FirstnameBunchofnumbers (@FirstNa47437596)*

## Feb 13 2022- Twitter.com Posts
- **Ashley Gjovik:** Disturbing realization tonight. A couple months ago I was approached by 2 women w/ what appeared to be established accounts They were armed with oppo research & way too much  joint interest in me They tried to bait me, but I didn't bite. They're blocked now. Plz be careful [1482]
  - **Redacted**: controlled op is good business
  - **Redacted** There are some real nasty folks out there…stay safe and take caution.
    - **FirstnameBunchofnumbers** (@FirstNa47437596): You really shouldn't encourage this. This woman is mentally ill and going after anyone and everyone personally. There's apparently a pending civil case against her for it. Be careful who you associate with. [1483]

## Feb 13 2022, Nov 20 2022 - Twitter.com Posts
- **Sarah** (@Female_In_Tech): Great advice from @ashleygjovik about raising allegations of discrimination @ work:  "always file with EEOC before your raise an issue internally...You have much more protection from retaliation if you already filed the complaint...& trust no one" https://twitter.com/ashleygjovik/status/1461974385988759559
  - **FirstnameBunchofnumbers** (@FirstNa47437596): You do know that Ashley Gjovik is saying that you are an Apple operative who was trying to trick her into handing over her iPhone, right? [1484]

## Feb 13 2022- Twitter.com Posts
- **Ashley M. Gjøvik Ashley Gjovik:** Much effort & resources are dedicated to silencing those who truly challenge power structures & threaten to expose corruption. I'll be repeating this over & over. Since 2020, I've blown the whistle on: Apple Inc, 🏢 Irvine Company, 🚀 Northrop Grumman, 🔧 Honeywell, ☣️ CA DTSC [1485]
- **Ashley M. Gjøvik** An exposé I wrote, published March 2021 abt an experience in Sept 2020: "This article is my first public statement on what happened & I'm doing it despite fear of retaliation; I am worried abt the systemic failures in preventing & addressing these issues"
- **Ashley M. Gjøvik** I started blowing the whistle on safety issues at Apple last spring. Apple retaliated immediately & tried to do everything they could to intimidate me into silence.

---

[1481] Twitter: https://twitter.com/cheeseorrice/status/1492786142248198145;
https://web.archive.org/web/20220213092026/https://twitter.com/cheeseorrice/status/1492786142248198145
[1482] Twitter, https://twitter.com/ashleygjovik/status/1492824861504270336
[1483] Twitter, https://twitter.com/FirstNa47437596/status/1492980669206564864;
https://web.archive.org/web/20220213235611/https://twitter.com/FirstNa47437596/status/1492980669206564864
[1484] Twitter, https://twitter.com/FirstNa47437596/status/1492947517272584194,
https://web.archive.org/web/20220213235530/https://twitter.com/FirstNa47437596/status/1492947517272584194
[1485] Twitter, https://twitter.com/ashleygjovik/status/1492975200660451329,

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley M. Gjøvik** I faced nearly 7yrs of abuse, discrimination & harassment at Apple. They tried using that to intimidate me too Apple launched a retaliatory, nonconsensual sexism investigation into my boss & doxed me to an abuser. I started blowing the whistle on that too

- **Ashley M. Gjøvik** I kept asking the Apple goons: Do you always intimidate witnesses / victims / informants like this? Or is this something special for me cause the chair of your Board of Dir, Fin & Audit committee responsible for the chemicals at my Superfund office?

- **Ashley M. Gjøvik** Or is this also because the previous head of the U.S. EPA & their Superfund program now reports to Tim Cook? And I'm blowing the whistle on you violating Superfund laws?

- **Ashley M. Gjøvik** I already proved prima facie cases with the U.S. Department of Labor Whistleblower Protection Program for whistleblower retaliation under: - CERCLA/Superfund laws & OSHA- The Sarbanes Oxley Act for my SEC complaint about Ronald Sugar & Northrop Grumman

- **Ashley M. Gjøvik** I also blew the whistle on Apple's super creepy (if not super illegal) employee surveillance & secret police, and their playbook of: intimidation, silencing, threats, & coercion.

- **Ashley M. Gjøvik** Meanwhile, Apple continues to attack. "Ashley Gjøvik became a nightmare for Apple, which prides itself on its employees loyalty. Following the classic whistleblower playbook, rather than address the issues she raised, Apple decided to shoot the messenger"

- **Ashley M. Gjøvik** I'm only now starting to dig into how much of a role Apple had in my exposure to hazardous waste at that apartment in 2020. Apple was at a building up hill, with its own hazardous waste issues. I notified them in fall of 2020. I'm sure they remembered.

- **Ashley M. Gjøvik** I'm also digging into what Apple's General Counsel, Kate Adams, knew about the Honeywell/Synertek Superfund plume when she was Honeywell General Counsel & they worked with Irvine Company to get residential development approval on that land.

- **Ashley M. Gjøvik** Now:  `Ashley Gjøvik v Apple Inc` via U.S. Dept of Labor Three charges of whistleblower retaliation under CERCLA, OSHA, & SOX. Prima facie met & merit found, Dec 2021. Apple hired Orrick to try to defend them.
  - **Redacted:** ...shouldn't they be offering a fat settlement right about now?
  - **FirstnameBunchofnumbers** (**@FirstNa47437596**): If they read her TL they see that she's a nutjob and can't even win a case on Twitter or Wikipedia, so they probably aren't much concerned about her winning in a court of law [1486]
  - **Redacted**: Hi Apple
  - **Ashley M. Gjøvik**  Indeed**.** Hey Apple, we've talked about this. Go away. Thanks.
  - **FirstnameBunchofnumbers** (**@FirstNa47437596**): Whining about "apple" isn't an excuse to be a life destroying bitch to people. [1487]
  - **FirstnameBunchofnumbers** (**@FirstNa47437596**): Fuck Apple. Ashley's just as bad as they are [1488]

---

[1486] Twitter, https://twitter.com/FirstNa47437596/status/1492991364061007873 ,
https://web.archive.org/web/20220213230530/https://twitter.com/FirstNa47437596/status/1492991364061007873
[1487] Twitter, https://twitter.com/FirstNa47437596/status/1493013289596604428;
https://web.archive.org/web/20220214001840/https://twitter.com/FirstNa47437596/status/1493013289596604428
[1488] Twitter, https://twitter.com/FirstNa47437596/status/1493013067696803841  ;
https://web.archive.org/web/20220214001830/https://twitter.com/FirstNa47437596/status/1493013067696803841

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **Ashley M. Gjøvik** Now:  Ashley Gjovik v Apple Inc via California Dept of Labor DIR Five charges of retaliation under §232.5; §6310; §1102.5; & §6399 Two charges of illegal employee rules & contracts under §232.5(a) & §1102.5(a) Prima facie met.
- **Ashley M. Gjøvik** Now:  Ashley Gjovik - NLRB Charges Against Apple  Two charges for unlawful employee policies & rules, including an illegal employee anti-privacy/surveillance policy.
- **Ashley M. Gjøvik** Now:  Ashley Gjovik - NLRB Charges Against Apple Two charges for intimidation, threats, retaliation, surveillance, and coercion against me & my employee organizing last year, in violation of §7 rights and thus §8(a)(1)
- **Ashley M. Gjøvik** Now: Ashley Gjovik - NLRB Charges Against Apple  2 charges for retaliation against me, including termination & ongoing harassment, because I filed NLRB charges against Apple on August 26 2021. This is a violation of NLRA §8(a)(4)
- **Ashley M. Gjøvik** Now:  Ashley Gjovik - 2nd SEC Whistleblower Filing about Apple State officials requested an investigation into Apple's fraudulent statements to the SEC & shareholders, including review of whistleblower filings (including my own).
- **Ashley M. Gjøvik**: Since 2020, I've blown the whistle on: Apple Inc 🏢 Irvine Company 🚀 Northrop Grumman 🗡 Honeywell ☢ CA DTSC I've been: fired, harassed, defamed, surveilled, coerced, & threatened. My property destroyed. My reputation tarnished. But... I'm alive & I'm still fighting.

## Feb 13 2022- Twitter.com Posts

- **FirstnameBunchofnumbers** (@FirstNa47437596): So many lies and so much twisting. Did Ashley ever even work at Apple? At this point I'm starting to wonder [1489]
- **FirstnameBunchofnumbers** (@FirstNa47437596): Really. All that since you lost your job? Sounds like you think "Whistleblowing" is a lucrative new way to not have to work for a living. [1490]

---

[1489] Twitter, https://twitter.com/FirstNa47437596/status/1493014425720131584 ;
https://web.archive.org/web/20220214002036/https://twitter.com/FirstNa47437596/status/1493014425720131584
[1490] Twitter, https://twitter.com/FirstNa47437596/status/1493015124084342787 ;
https://web.archive.org/web/20220214002113/https://twitter.com/FirstNa47437596/status/1493015124084342787

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

# APPENDIX I: CAST OF CHARACTERS (PARTIES)

---

## EMPLOYER (MANAGERS/SUPERVISORS)

| Manager Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| **Bryan Bartow**[1491] | software engineer manager (Austin, TX) | TBD | Twitter | Unknown |
| **DJ Capelis**[1492] | security engineering manager | Friends with Ricky Mondello, Cher Scarlett, & Shantini Vyas | Twitter | Mutual LinkedIn connections with members of my 2015-2016 team (defendants) |
| **Eric Albert** [1493] | Senior Director of Internet Services for China | Friends with Ricky Mondello | Twitter | Friends with defendants Brad Reigel & Venkat Memula (defendants) |
| **Eric Vitiello**[1494] | Retail software engineering manager (oct 2011-current) | Friends with Ricky Mondello & Shantini Vyas | Twitter | Mutual connection on LinkedIn with defendant Brad Reigel (defendant) |
| **Faye Garfinkle** [1495] | EPM manager | Friends with Ricky Mondello | Twitter | Teammate in OS Build & Release Team from 2015-2016 (defendants); Close friends with |

---

[1491] Bryan Bartow, https://www.twitter.com/bryanbartow, https://www.linkedin.com/in/bryanbartow/ (PDF copy)
[1492] DJ Capelis, https://www.twitter.com/djcapelis; https://www.linkedin.com/in/djcapelis/ (PDF copy)
[1493] Eric Albert, https://www.twitter.com/ejalbert (PDF copy)
[1494] Eric Vitiello, https://www.twitter.com/pixel; https://www.linkedin.com/in/evitiello/; https://web.archive.org/web/20220129043811/https://twitter.com/pixel (PDF copy)
[1495] Faye Garfinkle, https://www.twitter.com/faycetime; https://www.linkedin.com/in/fayeg; https://web.archive.org/web/20220129045525/https://twitter.com/FayceTime/ (PDF copy)

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Manager Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| | | | | defendant Rob Marini |
| **Jeff Kelley** [1496] | Software Engineering Manager | TBD | Twitter | Unknown |
| **Morgan Grainger** [1497] | watchOS software manager | TBD | Twitter | Mutual LinkedIn connections with members of my 2015-2016 team (defendants) |
| **Peter Gulezian** [1498] | customer feedback engineering manager | TBD | Twitter | Mutual LinkedIn connections with members of my 2015-2016 team (defendants) |
| **Pinar Stanfield** [1499] | Retail App engineer manager | TBD | Twitter | Unknown |
| **Richard Landsberg** [1500] | security engineering manager | TBD | Twitter | Mutual LinkedIn connections with members of my 2015-2016 team (defendants) |
| **Rick Ballard** [1501] | developer tools manager | TBD | Twitter | Mutual LinkedIn connections with members of my 2015-2016 team (defendants) |
| **Ricky Mondello** [1502] | Security engineering manager | Friends with Cher Scarlett, Faye Garfinkle, Kev Kitchens, Shantini Vyas… | Twitter | Unknown |

---

[1496] Jeff Kelley, https://www.twitter.com/slaunchaman; https://www.linkedin.com/in/jeffreyrkelley/
[1497] Morgan Grainger, https://www.twitter.com/morgangrainger; https://www.linkedin.com/in/morgang/
[1498] Peter Gulezian, https://www.twitter.com/petermg; https://www.linkedin.com/in/peter-gulezian/
[1499] Pinar Stanfield, https://www.twitter.com/pinar747; https://www.linkedin.com/in/pinaraybar/
[1500] Richard Landsberg, https://www.twitter.com/zerointerupt; https://www.linkedin.com/in/richardlandsberg/
[1501] Rick Ballard, https://www.twitter.com/rballard; https://www.linkedin.com/in/r-a-ballard/
[1502] Ricky Mondello, https://www.linkedin.com/in/rmondello, https://www.twitter.com/rmondello

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Manager Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| Ryan Burkhardt [1503] | Director of Health Software & Services | TBD | Twitter | Unknown |

## EMPLOYEES ACTING AT DIRECTION OF APPLE INC

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| Adrian Eves [1504] | iOS Accessibility | TBD | Twitter | Unknown |
| Alex Duner | Apple News engineer | TBD | Twitter | Unknown |
| Alex Hass [1505] | iOS SW Engineer | TBD | Twitter | Unknown |
| Alex Lucas [1506] | HW/SW engineer | TBD | Twitter | |
| Alex Newman [1507] | Sr SW Engineer, iCloud Tech Lead, Core OS | TBD | Twitter | Unknown |
| Allyson Kazmucha[1508] | TDG Sr. EPM | TBD | Twitter | Currently reports under my previously leadership from 2015-2016 |
| Amanda Harrison [1509] | investigator, security & safety | self-identified as member of AppleToo | LinkedIn | Unknown |

---

[1503] Ryan Burkhardt, https://www.twitter.com/ryanburk; https://www.linkedin.com/in/ryanburk/
[1504] Adrian Eves, https://www.linkedin.com/in/adrian-eves-06368844/, https://twitter.com/swifteves
[1505] Alex Haas, https://twitter.com/alexhaas; https://www.linkedin.com/in/alexanderhaas/
[1506] Twitter, https://twitter.com/alucas96
[1507] Alex Newman, https://www.linkedin.com/in/alextnewman/; https://twitter.com/alex_t_newman
[1508] Allyson Kazmucha, https://twitter.com/iMuggle; https://www.linkedin.com/in/akazmucha/
[1509] Amanda Harrison, https://www.linkedin.com/in/amanda-harrison-1027a122a; https://www.linkedin.com/in/amanda-lee-harrison-1027a122a; Twitter, https://twitter.com/realcoolamanda &
https://web.archive.org/web/20220129202433/https://twitter.com/realcoolamanda

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 300 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| **Ankit Aggarwal** [1510] | SWE engineering program manager (Build Systems; Swift PM) | friend of Shantini Vyas & Ricki Mondello | Twitter | Currently a "Build System EPM"; is working with/in my team from 2015-2016 |
| **Arian** [1511] | software engineer | TBD | Twitter | Unknown |
| **BJ** [1512] | engineer | TBD | Twitter | Unknown |
| **Brian Ganninger** [1513] | Senior SW Engineer for Find My, Oct 2019-Oc 2021 | TBD | Twitter | Unknown |
| **Bruno Philipe** [1514] | xcode engineer | TBD | Twitter | Unknown |
| **Cher Scarlett** [1515] | tools developer, global security, 2020-2021 | friends with Shantini Vyas, Kev Kitchens, & Ricki Mondello | Twitter; Reddit; Blind; HackerNews | Scarlett stated she plans to be a Defense witness for Apple Inc against me |
| **Christy Dehus** [1516] | Legal Human Rights / conflict minerals | TBD | Email; Unknown | Requested Restraining Order against Dehus; Later cancelled request after written agreement to cease & desist |
| **Clint Wilson** [1517] | Sr TPM for root certs | TBD | Twitter | Unknown |
| **Daniel Young** [1518] | | TBD | Twitter | Unknown |

---

[1510] Ankit Aggarwal, https://twitter.com/aciidb0mb3r, https://www.linkedin.com/in/2427925/; /web/20220129033603/https://twitter.com/aciidb0mb3r
[1511] Arian, https://twitter.com/arian
[1512] BJ, https://twitter.com/bj_spins
[1513] Brian Ganninger, https://www.linkedin.com/in/bgannin/ ; https://twitter.com/bgannin; https://web.archive.org/web/20220129033624/https://twitter.com/bgannin
[1514] Bruno Philipe, https://twitter.com/brunophilipe
[1515] Cher Scarlett, https://www.linkedin.com/in/cherscarlett; https://cherp.medium.com/; https://appletoo.us/; https://cher.dev/about ; https://twitter.com/CodeHitchHiker; https://web.archive.org/web/20180312153040/https://twitter.com/codehitchhiker
[1516] Christy Dehus, https://www.linkedin.com/in/christy-dehus-554a433; https://twitter.com/christy_dehus ; https://www.christydehus.com/
[1517] Clint Wilson, https://twitter.com/lintw
[1518] Twitter, https://twitter.com/nlyoung

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| **Devon Endlcott** [1519] | watch software engineer | TBD | Twitter | Unknown |
| **Devon Lindsey**[1520] | SRE infrastructure engineer | TBD | Twitter | Unknown |
| **Drew** [1521] | Shortcuts engineer | TBD | Twitter | Unknown |
| **Elliot Barer**[1522] | Messages engineer | TBD | Twitter | Unknown |
| **Forest Hill**[1523] | watchOS software engineer | TBD | Twitter | Unknown |
| **Harris Papadopoulos**[1524] | | TBD | Twitter | Unknown |
| **Harrison** [1525] | Safari engineer | TBD | Twitter | Unknown |
| **Hugo Kessler** [1526] | iOS software engineer | TBD | Twitter | Unknown |
| **Janneke Parish** [1527] | Maps EPM | • Joined Jan 2021<br>• 1.5k followers<br>• 932 tweets | Twitter | Community advocate and activist. Ex-a lot of things, Currently-a lot more. Opinions are my own. She/Her,Zij/Haar. Round Rock, TX |
| **Jeff Koftinoff** [1528] | networking engineer & IEEE editor | TBD | Twitter | Unknown |
| **Jonathan** [1529] | software engineer | TBD | Twitter | Unknown |
| **Josh Caron** [1530] | software engineer | Partners with Ryan Metcalfe | Twitter | Unknown |
| **Julio Ortiz**[1531] | | TBD | Twitter | Unknown |

[1519] Twitter, https://twitter.com/dendicott22
[1520] Twitter, Devon Lindsey, https://twitter.com/devonbl; https://www.linkedin.com/in/delindsey/
[1521] Twitter, https://twitter.com/drewocarr
[1522] Elliot Barer, https://twitter.com/ebarer
[1523] Forest Hill, https://twitter.com/foresthill
[1524] Twitter, https://twitter.com/cpapado
[1525] Twitter, https://twitter.com/itstreverr
[1526] Twitter, https://twitter.com/hugokessler
[1527] Twitter, https://twitter.com/JannekeParrish ; https://web.archive.org/web/20220129214757/https://twitter.com/jannekeparrish
[1528] Twitter, https://twitter.com/statusbar
[1529] Twitter, https://twitter.com/jonjesbuzz
[1530] Twitter, https://twitter.com/joshcaron
[1531] Twitter, https://twitter.com/raul_rea

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| **Kacper Harasim** | developer tools engineer | TBD | Twitter | Unknown |
| **Karan Varindani** [1532] | Graphics engineer | TBD | Twitter | Unknown |
| **Ken Ryall** [1533] | engineer | TBD | Twitter | |
| **Kev Kitchens** [1534] | software engineer, security | friend of Shantini Vyas & Ricki Mondello | Twitter | Unknown |
| **Kevin** [1535] | Safari engineer | TBD | Twitter | Unknown |
| **Kirsten Kwong** [1536] | Siri Engineer | TBD | Twitter | Unknown |
| **Leeann Herd** [1537] | engineering project specialist | TBD | Twitter | Unknown |
| **Lewis Thompson** [1538] | USB Engineering Manager | TBD | Twitter | Unknown |
| **Linda Dong** [1539] | IS&S evangelist | TBD | Twitter | Unknown |
| **Louie Livon-Bemel** [1540] | Safari engineer | TBD | Twitter | Unknown |
| **Louis D'hauwe** [1541] | xcode engineer | TBD | Twitter | Unknown |
| **Louis Gerberg** [1542] | dyld engineer | TBD | Twitter | Close friends with defendant Rob Marini (Defendant) |
| **Matt** [1543] | automation engineer | TBD | Twitter | Unknown |
| **Matt Searle** [1544] | Sales Producer | TBD | Twitter | Unknown |
| **Matthew Mancuso** [1545] | Apple Pay / Partner engineer | TBD | Twitter | Unknown |

---

[1532] Twitter, https://twitter.com/karan301_
[1533] Twitter, https://twitter.com/kenryall
[1534] Kev Kitchens, https://www.linkedin.com/in/kev-kitchens
[1535] Twitter, https://twitter.com/kturnt74
[1536] Twitter, https://twitter.com/kristenkwng
[1537] Leeann Herd, https://twitter.com/leeannherd
[1538] Twitter, https://twitter.com/lewiz, https://web.archive.org/web/20220206201730/https://twitter.com/lewiz
[1539] Twitter, https://twitter.com/lindadong
[1540] Twitter, https://twitter.com/livbem
[1541] Twitter, https://twitter.com/louisdhauwe
[1542] Twitter, https://twitter.com/lgerberg
[1543] Twitter, https://twitter.com/mathemattical
[1544] Matt Searle, https://twitter.com/matt_s_searle
[1545] Twitter,  https://twitter.com/matt8109

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| Mehdi Shibahara [1546] | Siri language engineer | TBD | Twitter | Unknown |
| Nebojsa Bjegovic | CoreOS Firmware Engineer | TBD | Twitter | Reports under leader who is a Defendant |
| Nicholas Orsini [1547] | Solutions consultant | TBD | Twitter | Unknown |
| Noah Witherspoon [1548] | engineer | TBD | Twitter | Unknown |
| Owen[1549] | UI frameworks engineer | TBD | Twitter | Unknown |
| Patrick Metcalfe [1550] | performance engineer | Partners with Josh Caron | Twitter | Unknown |
| PJR [1551] | Apple retail | TBD | Twitter | Unknown |
| Rainer Tenhunen [1552] | Support engineer | TBD | Twitter | |
| Ray Powers [1553] | AMP engineer | TBD | Twitter | Unknown |
| Rea Menacho[1554] | frameworks software engineer | TBD | Twitter | Unknown |
| Rizwan Sattar [1555] | Photos engineer | TBD | Twitter | Unknown |
| Ross Freeman [1556] | Shortcuts engineer | TBD | Twitter | Unknown |
| Rubén Santiago[1557] | iOS engineer | TBD | Twitter | Unknown |
| Ryan [1558] | | TBD | Twitter | Unknown |
| Saam Barati [1559] | WebKit engineer | TBD | Twitter | Unknown |
| Sarah Kim [1560] | software engineer | TBD | Twitter | Unknown |

[1546] Twitter, https://twitter.com/mehdishibahara
[1547] Twitter, https://twitter.com/nicholassorini
[1548] Twitter, https://twitter.com/mahalis
[1549] Twitter, https://twitter.com/me_north_of
[1550] Twitter, https://twitter.com/pducks32
[1551] Twitter, https://twitter.com/thisispjr
[1552] Twitter, https://twitter.com/rahina
[1553] Twitter, https://twitter.com/ray_powers
[1554] Twitter, https://twitter.com/_julioortiz
[1555] Twitter, https://twitter.com/rizzledizzle
[1556] Twitter, https://twitter.com/rfree18
[1557] Rubén Santiago, https://twitter.com/rubenator
[1558] Twitter, https://twitter.com/rg3116
[1559] Twitter, https://twitter.com/hrrsn
[1560] Twitter, https://twitter.com/___skim

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| Scott Anguish [1561] | iOS DevPubs Engineer | TBD | Twitter | Unknown |
| Sebastien [1562] | photos engineer | TBD | Twitter | Unknown |
| Shantini Vyas [1563] | software engineer, 2yr 5 mo, 2019-2021 | friends with Cher Scarlett, Kev Kitchens, & Ricki Mondello | Twitter | Unknown |
| Steven McGrath [1564] | Senior SW Engineer for Apple Pay | TBD | Twitter | Steven worked in Nike SW Engineering after I left Nike & then he came to Apple |
| Steven Peterson [1565] | Music engineer | TBD | Twitter | Unknown |
| Tariq Ismael | Podcasts engineer | TBD | Twitter | Unknown |
| Thomas [1566] | Internationalization | TBD | Twitter | Unknown |
| Thomas Bosboom [1567] | security engineer | TBD | Twitter | Unknown |
| Thomas Newman [1568] | Apple Retail | TBD | Twitter | Unknown |
| Tim[1569] | human interface engineer | TBD | Twitter | Unknown |
| Trever [1570] | AMP engineer | TBD | Twitter | Unknown |
| Van [1571] | | TBD | Twitter | Unknown |
| Vishnu Prem [1572] | | TBD | Twitter | Unknown |
| Zach Gardner [1573] | Shortcuts engineer | TBD | Twitter | Unknown |

[1561] Scott Anguish, https://twitter.com/sanguish
[1562] Twitter, https://twitter.com/sbstnrtl
[1563] Shantini Vyas, https://in.linkedin.com/in/sheersha-vyas-68690ba9, https://www.crunchbase.com/person/shantini-vyas, https://www.instagram.com/pershanti/; https://www.shantini.co
[1564] Steven McGrath, https://twitter.com/McGrathPDX; https://web.archive.org/web/20220129033619/https:/twitter.com/McGrathPDX; https://www.linkedin.com/in/stevenmcgrath/
[1565] Twitter, https://twitter.com/squeakytoy; https://web.archive.org/web/20220131022123/https://twitter.com/squeakytoy
[1566] Twitter, https://twitter.com/tomn94
[1567] Twitter, https://twitter.com/thomasbosboom
[1568] Twitter, https://twitter.com/ThomasNewman
[1569] Twitter, https://twitter.com/timdesir
[1570] Twitter, https://twitter.com/kacperharasim
[1571] Twitter, https://twitter.com/thevanmccoy
[1572] Twitter, https://twitter.com/burnflare
[1573] Twitter, https://twitter.com/locriani

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### AGENTS ACTING AT DIRECTION OF APPLE INC

| Person | Platforms(s) | Influence | Relation to Apple |
|---|---|---|---|
| **Ifeoma Ozoma** [1574] | • Twitter<br>• Private messages<br>• Unknown | • Twitter<br>• Press | • Working with Cher Scarlett on SEC filing re: Apple; Activist in Tech NDA Reform |
| **Janneke Parish** [1575] | • Twitter<br>• AppleToo | • AppleToo | • Previous employee<br>• Terminated<br>• AppleToo leader |
| **Katelyn Bowden** [1576] | • Twitter: @medus4_cdc | • 15.8k followers<br>• 1k tweets | • **Profile**: Maker, Artist, Sinfluencer, Anarchist Antihero, Public Failure, Chaos bringer. Founder of BADASSarmy. Dead Cow Cultee. @hackdotxxx fashionista. She/her. |
| **Meredith Whittaker** [1577] | • Twitter<br>• AppleToo<br>• Google Walkout<br>• Private messages<br>• Unknown | • Senior Advisor on AI to the FTC Chair<br>• Twitter<br>• AppleToo<br>• Press | • Signal Foundation Board<br>• NYU AI Now Institute Director & Co-Founder<br>• Minderoo Research Prof NYU<br>• Google Open Research Founder<br>• Google M-Lab Co-Founder |
| **Molly White** [1578] | • Twitter<br>• Wikipedia administrator | • Wikipedia | • Unknown<br>• Appears to be personal firend of Cher Scarlett |
| **Stella "Fudge"** [1579] | • Twitter<br>• AppleToo<br>• Apple Discord | • AppleToo<br>• Discord | • Owner of "Apple Payroll Squad discord community"<br>• Previous Apple contractor |

---

[1574] Ifeoma Ozoma, https://twitter.com/IfeomaOzoma;
https://web.archive.org/web/20220131013101/https://twitter.com/IfeomaOzoma/
[1575] Twitter, https://twitter.com/JannekeParish
[1576] Katelyn Bowden, https://twitter.com/medus4_cdc, https://web.archive.org/web/20220206035340/https://twitter.com/medus4_cdc, https://web.archive.org/web/20220206035329/https://twitter.com/medus4_cdc/status/1414746357470949401?cxt=HHwWssCrxaCUmKInAAAA ; https://web.archive.org/web/20220206035649/https://www.etsy.com/shop/k8bowden
[1577] Meredith Whittaker, https://twitter.com/mer__edith;
https://web.archive.org/web/20220131013414/https://twitter.com/mer__edith;
https://twitter.com/signalapp/status/1318594325723439105; https://signalfoundation.org/  ; https://ainowinstitute.org/people/meredith-whittaker.html
[1578] Molly White, https://twitter.com/molly0xFFF;  https://web.archive.org/web/20220129220850/https://twitter.com/molly0xFFF ;
https://www.mollywhite.net/ ; https://web.archive.org/web/20220129223402/https://www.mollywhite.net/
[1579] Twitter, https://twitter.com/StellaFudge; https://web.archive.org/web/20220131003847/https://twitter.com/StellaFudge ;
https://twitter.com/choco_bit;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| Person | Platforms(s) | Influence | Relation to Apple |
|---|---|---|---|
| | | | • Self-declared "Former Apple leaker"<br>• AppleToo leader |
| Timnit Gebru [1580] | • Twitter<br>• AppleToo<br>• Google Walkout<br>• Private messages<br>• Unknown | • Twitter<br>• AppleToo<br>• Press | • Worked at Apple from 2004-2011 (6 years). 2004: Audio Hardware Intern. 2005-2007: Audio Systems Engineer . 2007-2011: Audio SW/HW Engineer<br>• Google AI Ethics co-manager |

## APPLE INC: AGENTS FOR PROPAGANDA

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| _ndzj [1581] | HackerNews | | • Joined Sept 2021 | • None |
| 0des [1582] | HackerNews | | • Joined May 2021 | • "building a thing" |
| 4887d30omd8 [1583] | HackerNews | | • Joined Nov 2021<br>• 4 comments | • n/a |
| 1123581321 [1584] | HackerNews | | • Joined Feb 2012 | • None |
| 7577406272 [1585] | Reddit | | • Joined May 2020 | • Bio: None<br>• Location: None |
| 9secondkox2 [1586] | Apple Insider | | • Joined Jan 2016<br>• 1,208 posts | • n/a |
| Aaaaaaaaaaab [1587] | HackerNews | | • 1 Post | • n/a |
| ABM [1588] | Twitter @abm_11110 | | • Joined Aug 2012<br>• 39 Followers<br>• 773 Tweets | • Bio: #Ethereum<br>• Location: none |

---

[1580] Timnit Gebru, https://twitter.com/timnitGebru ; https://web.archive.org/web/20220131013128/https://twitter.com/timnitGebru; https://www.linkedin.com/in/timnit-gebru-7b3b407/
[1581] HackerNews, https://news.ycombinator.com/user?id=_ndzj,
[1582] HackerNews, https://news.ycombinator.com/user?id=0des
https://web.archive.org/web/20220204062029/https://news.ycombinator.com/user?id=0des
[1583] HackerNews, https://news.ycombinator.com/threads?id=4887d30omd8,
https://web.archive.org/web/20220204061941/https://news.ycombinator.com/threads?id=4887d30omd8
[1584] HackerNews, https://web.archive.org/web/20220126213601/https://news.ycombinator.com/user?id=1123581321
[1585] Reddit, https://www.reddit.com/user/7577406272/
[1586] Apple Insider, https://forums.appleinsider.com/profile/comments/218831/9secondkox2 ,
https://web.archive.org/web/20220204062202/https://forums.appleinsider.com/profile/comments/218831/9secondkox2
[1587] HackerNews, https://news.ycombinator.com/user?id=aaaaaaaaaaab;
https://web.archive.org/web/20220129215333/https://news.ycombinator.com/threads?id=aaaaaaaaaaab
[1588] Twitter, https://twitter.com/abm_11110 ; https://web.archive.org/web/20220131052441/https://twitter.com/abm_11110

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **Adeline** | Twitter @adeline1847; @mepewsta | | • | • Profile: "proud uterus owner" |
| **Anthogag** [1589] | MacRumors | | • 855 comments<br>• Joined Jan 2015 | • Bio: None<br>• Location: None |
| **Antrunt** [1590] | Twitter | | • 48 followers<br>• 4k Tweets<br>• Joined Dec 2018 | • Bio: None<br>• Location: Bulgaria |
| **Ashley** | Twitter (@divinglite) | | • | • "all the world's a state" |
| **Ape Investments Ltd.** [1591] | Twitter @apeunderstand | | • 23 followers<br>• 156 tweets<br>• Joined April 2021 | • None |
| **Applesauce007** [1592] | Apple Insider | | • Joined Oct 2007<br>• 1,680 posts | • n/a |
| **AppleSeed84** [1593] | MacRumors | | • 352 comments<br>• Joined Oct 2020 | • Bio: Apple needs a "New" iPod Classic<br>• Location: None |
| **AxiomaticRubric** [1594] | MacRumors | | • 839 messages<br>• Created Sept 2010 | Bio: Cybernetics Engineer; The Apple IIGS designers' achievements are remarkable, but the burden of the classic Apple II architecture, now as venerable (and outdated) as COBOL and batch processing, may have weighed them down and denied them any technological leaps beyond an exercise in miniaturization. BYTE Magazine, Oct 1986 |

---

[1589] MacRumors, https://forums.macrumors.com/members/anthogag.943019/
[1590] Twitter, https://twitter.com/Antrunt, https://web.archive.org/web/20220129052415/https://twitter.com/Antrunt
[1591] Twitter, https://twitter.com/apeunderstand , https://web.archive.org/web/20220204062222/https://twitter.com/apeunderstand
[1592] Apple Insider, https://forums.appleinsider.com/profile/comments/41042/applesauce007 , https://web.archive.org/web/20220204062149/https://forums.appleinsider.com/profile/comments/41042/applesauce007
[1593] MacRumors, https://forums.macrumors.com/members/apleeseed84.1238788/
[1594] MacRumors, https://forums.macrumors.com/members/axiomaticrubric.497682/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| | | | | Location: On Mars, Praising the Omnissiah |
| **Azinman2** [1595] | HackerNews | | • Joined June 2012 | • "If you wish to contact me, leave your email in a reply" |
| **BabyHummingbird** [1596] | Twitter @gbluvsf | Botometer: 4.9/5 | • Joined Sept 2008<br>• 17 Tweets<br>• 7 Followers | • None |
| **Barkomatic** [1597] | MacRumors | | • 4k comments<br>• Joined Aug 2008 | • Bio: None<br>• Location: None |
| **Beats** [1598] | Apple Insider | | • Joined Feb 2020<br>• 2704 Posts | • n/a |
| **Beezie Wacks** [1599] | Twitter: @beezie_wacks | Botometer: 3.8/5 | • Followers: 2<br>• Tweets: 60<br>• Joined Twitter: August 2021 | • Bio: *Cetaphillac*<br>• Location: Sunnyvale, CA |
| **BenThere16** [1600] | MacRumors | | • 9 comments<br>• Joined Oct 2010 | • Bio: None<br>• Location: None |
| **Birchyman** [1601] | Reddit | | • Joined Dec 2015 | • None |
| **Blamazon** [1602] | HackerNews | | • Joined Jan 13 2021 | • n/a |
| **Bosa** [1603] | Apple Insider | | • Joined Sept 2021<br>• 107 posts | • n/a |
| **Chinpuku-Man** [1604] | Reddit | | • Account Suspended | • n/a |
| **Chloe Heather Taylor** [1605] | Twitter, @chloeheather967 | Botometer: 3.8/5 | • 7 followers<br>• 4.4k Tweets | • None |

---

[1595] HackerNews, https://news.ycombinator.com/user?id=azinman2 , https://web.archive.org/web/20220204062205/https://news.ycombinator.com/user?id=azinman2
[1596] Twitter, https://twitter.com/gbluvsf/; https://web.archive.org/web/20220131011439/https://twitter.com/gbluvsf/
[1597] MacRumors, https://forums.macrumors.com/members/barkomatic.214390
[1598] Apple Insider, https://forums.appleinsider.com/profile/comments/243833/Beats , https://web.archive.org/web/20220203002228/https://forums.appleinsider.com/profile/comments/243833/Beats
[1599] Twitter, https://twitter.com/beezie_wacks, https://web.archive.org/web/20220203002242/https://twitter.com/beezie_wacks
[1600] MacRumors, https://forums.macrumors.com/members/benthere16.504461/
[1601] Reddit, https://www.reddit.com/user/Birchyman/, https://web.archive.org/web/20220129073849/https://www.reddit.com/user/Birchyman /
[1602] HackerNews, https://news.ycombinator.com/user?id=blamazon, https://web.archive.org/web/20220204055802/https://news.ycombinator.com/user?id=blamazon
[1603] Apple Insider, https://forums.appleinsider.com/profile/250024/Bosa
[1604] Reddit, https://www.reddit.com/user/Chinpuku-Man/ ; https://web.archive.org/web/20220203002458/https://www.reddit.com/user/Chinpuku-Man/
[1605] Twitter, https://twitter.com/Chloeheather967 , https://web.archive.org/web/20220203002052/https://twitter.com/Chloeheather967

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| | | | • Joined July 2017 | |
| **Céline** 🍎🖐 [1606] | Twitter: @AllonsyAlonso85 | | • 214 Followers <br> • Joined Feb 2021 | • Cork, Ireland |
| **Chock_Mossley** [1607] | Apple Insider | | • | • |
| **Construction_Contrats** [1608] | 9to5/Disqus @constructio n_contracts | | • 945 comments <br> • Joined April 2012 | • Private/None |
| **DarkWasp14** [1609] | Reddit | | • Joined Aug 2020 | • Bio: None <br> • Location: None |
| **Dake Smith** [1610] | Twitter @dake_smith | Botometer 3..7/5 | • Joined Dec 2020 <br> • 1 followers <br> • 15 tweets | • None |
| **Dee_dee** [1611] | Apple Insider | | • Joined March 2017 <br> • 78 posts | • n/a |
| **Dgrey** [1612] | MacRumors | | • Suspended account | • Bio: None <br> • Location: None |
| **DontThrowFruitAway** [1613] | Reddit | | • Joined | • Bio: None <br> • Location: None |
| **doublej8161** [1614] | Apple Insider | | • Joined June 2013 <br> • 3 comments <br> • Idle for 8 years then 2 posts about Gjovik | • None |
| **Doval** [1615] | Apple Insider | | • Joined May 2021 <br> • 40 posts | • n/a |

---

[1606] Twitter, https://twitter.com/AllonsyAlonso85; https://web.archive.org/web/20220202235836/https://twitter.com/AllonsyAlonso85
[1607] Apple Insider, https://forums.appleinsider.com/profile/comments/249921/Chock_Mossley,
https://web.archive.org/web/20220207040850/https://forums.appleinsider.com/profile/comments/249921/Chock_Mossley
[1608] Disqus, https://disqus.com/by/Construction_Contracts/about/ ,
https://web.archive.org/web/20220203002113/https://disqus.com/by/Construction_Contracts/about/
[1609] Reddit, https://www.reddit.com/user/DarkWasp14/
https://web.archive.org/web/20220129215109/https://www.reddit.com/user/DarkWasp14/
[1610] Twitter, https://twitter.com/dake_smith, https://web.archive.org/web/20220131053113/https://twitter.com/dake_smith
[1611] Apple Insider, https://forums.appleinsider.com/profile/226215/dee_dee;
https://web.archive.org/web/20220128041906/https://forums.appleinsider.com/profile/comments/226215/dee_dee
[1612] MacRumors, https://forums.macrumors.com/members/dgrey.1276665/ ,
https://web.archive.org/web/20220203002539/https://forums.macrumors.com/members/dgrey.1276665/
[1613] Reddit, https://www.reddit.com/user/DontThrowFruitAway ;
https://web.archive.org/web/20220203002530/https://www.reddit.com/user/DontThrowFruitAway
[1614] Apple Insider, https://forums.appleinsider.com/profile/195170/doublej8161 ;
https://web.archive.org/web/20220201033926/https://forums.appleinsider.com/profile/comments/195170/doublej8161
[1615] Apple Insider, https://forums.appleinsider.com/profile/comments/249035/Doval;
https://web.archive.org/web/20220128053001/https://forums.appleinsider.com/profile/comments/249035/Doval

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **Dr Purple** [1616] | Reddit | | • Joined Aug 2017 | • Bio: None<br>• Location: None |
| **EarlyRiser aka JustADrop** [1617] **[ACCOUNT DELETED]** | Twitter: @veryearlyris er aka @JustADrop ADay | | ○ Twitter Followers: 593<br>○ Tweets: 436<br>○ Joined Twitter: March 2013 | ○ Bio: Plant power!<br>○ Location: None |
| **Fred 257** [1618] | Apple Insider | | • Joined April 2019<br>• 139 Posts | • n/a |
| **FirstnameBunchofnumbers** [1619] | Twitter @FirstNa474 37596 | | • Joined June 2021<br>• 0 Followers / 0 Following | • "I hate bullying" |
| **Further Parthing** [1620] | Twitter @one_more_t ime_2 | Botometer 4.8/5 | • Joined Jan 2022<br>• 6 tweets<br>• 0 followers | • "When the paparazzi are your friends, it makes your enemies even sweeter" |
| **FVMAzalea** [1621] | Reddit | | • Joined: May 2020 | • Bio: None<br>• Location: None |
| **Gargarin04** [1622] | MacRumors | | • 24 comments<br>• Joined Aug 2020 | • Bio: None<br>• Location: None |
| **Genovelle** [1623] | Apple Insider Mac Rumors | | • Joined AI Aug 2008<br>• Joined MR May 2008<br>• 1324 AI posts<br>• 1488 MR posts | • n/a |
| **GoAwayThrowaway12 398** [1624] | Reddit | | • Joined: May 2020 | • Bio: None<br>• Location: None |

[1616] Reddit, https://www.reddit.com/user/Dr-Purple/ ; https://web.archive.org/web/20220203002538/https://www.reddit.com/user/Dr-Purple/
[1617] Twitter, https://twitter.com/JustADropADay ; https://web.archive.org/web/20220203002545/https://twitter.com/JustADropADay
[1618] Apple Insider, https://forums.appleinsider.com/profile/comments/239039/Fred257 , https://web.archive.org/web/20220203002555/https://forums.appleinsider.com/profile/comments/239039/Fred257
[1619] Twitter, https://twitter.com/FirstNa47437596 ; https://web.archive.org/web/20220202012912/https://twitter.com/FirstNa47437596
[1620] Twitter, https://twitter.com/one_more_time_2/with_replies, https://web.archive.org/web/20220131063847/https://twitter.com/one_more_time_2/
[1621] Reddit, https://www.reddit.com/user/FVMAzalea/ , https://web.archive.org/web/20220203002724/https://www.reddit.com/user/FVMAzalea/
[1622] MacRumors, https://forums.macrumors.com/members/gagarin04.1227771/
[1623] Apple Insider, https://forums.appleinsider.com/profile/51590/genovelle; Mac Rumors https://forums.macrumors.com/members/genovelle.184469/
[1624] Reddit, reddit.com/user/GoAwayThrowaway12398/ , https://web.archive.org/web/20220203002748/https://www.reddit.com/user/GoAwayThrowaway12398/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **GoneCollarGone** [1625] | Reddit | | • Joined July 2018 | • Bio: None<br>• Location: None |
| **Goo** [1626] | Twitter | | • Joined Dec 2021 | • Bio: none<br>• Location: None |
| **Guybrush Threepwood** [1627] | Twitter | | • Account Deleted | • n/a |
| **Hedgehog the Tester** [1628] | Twitter: @Hdgeh0gTester | Botometer 3.8/5 | o Followers; 1<br>o Tweets: 90<br>o Joined: Jan 2018 | o Bio: None<br>o Location: None |
| **Heterotic**[1629] | Apple Insider | | • Joined Dec 2021<br>• 11 Posts (9x about Gjovik & Scarlett | • n/a |
| **HiVolt** [1630] | MacRumors | | • 1.1k comments<br>• Joined Sept 2008 | • Toronto, CA<br>• Digital Prepress Tech |
| **I'mPinkThereforeI'mSpam** [1631] | Twitter | | • 43 followers<br>• 4.3 tweets<br>• Joined Sept 2020 | • None |
| **Iceman** [1632] | 9to5/Disqus @bloodshot79 | | • 1.1k comments | • Private/None<br>• Profile image: "the Plaque for the Alternative Is Down in the Ladies Room" |
| **Jan Willens** [1633] | Twitter: @janwillens | | • Joined Jan 2015<br>• 22k Tweets<br>• 66 followers | • Corporate law student \| Photographer *My tweets are NOT legal advice<br>• Location: Nederland |

[1625] Reddit, https://www.reddit.com/user/GoneCollarGone/ ,
https://web.archive.org/web/20220203002806/https://www.reddit.com/user/GoneCollarGone/
[1626] Twitter, https://twitter.com/StopItCOVID/;
https://web.archive.org/web/20220130030112/https://twitter.com/StopItCOVID/status/1476831719231684609
[1627] Twitter, https://twitter.com/ Guybrus55626232
[1628] Twitter, https://twitter.com/Hdgeh0gTester , https://web.archive.org/web/20220203002817/https://twitter.com/Hdgeh0gTester
[1629] Apple Insider, https://forums.appleinsider.com/profile/comments/249162/heterotic &
https://web.archive.org/web/20220128035702/https://forums.appleinsider.com/profile/comments/249162/heterotic
[1630] MacRumors, https://forums.macrumors.com/members/hivolt.232021/
[1631] Twitter, https://twitter.com/i_mspam; https://web.archive.org/web/20220129075455/https://twitter.com/i_mspam
[1632] Disqus, https://disqus.com/by/bloodshot79/about/ ;
https://web.archive.org/web/20220130230729/https://disqus.com/by/bloodshot79/
[1633] Twitter, https://twitter.com/JanWillens; https://web.archive.org/web/20220130225456/https://twitter.com/JanWillens

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **Jared Porter** [1634] **sleeping in seattle** [1635] | Twitter: porter_jared<br><br>Apple Insider | | • Joined AI Nov 2013<br>• 60 AI posts<br>• Inactive on AI for six years, then four posts about Gjovik<br>• Joined Twitter Jan 2012<br>• 531 Twitter posts | • Twitter: Finance, Apple, Seattle, WA<br>• AI: none |
| **JC___Denton** [1636] | HackerNews | | • Joined Sept 2019<br>• <10 comments | • None |
| **Jeff Fields** [1637] | Apple Insider | | • Joined Sept 2012<br>• 139 comments | • None |
| **Jen Super Duper** [1638] | Twitter @jennybeane | Botometer 4/5 | • Joined Aug 2009<br>• 2 tweets<br>• 2 followers<br>• 0 likes | • "just another woman in tech"<br>• San Francisco |
| **Joe Mama / ash_ketchup_92** [1639] | Reddit | | • Joined April 2021 | • Bio: None<br>• Location: None |
| **JohnRandolph** [1640] | Reddit | | • Joined: Jan 2011 | • Bio: None<br>• Location: None |
| **Jose Jimenez** [1641] | Twitter: @JoseJim182 78914 | Botometer 3/5 | • Tweets: 50<br>Followers: 1<br>Joined: May 2021 | • Bio: None<br>• Location: None |
| **Joyce_Kap** [1642] | Reddit | | • Joined July 2021 | • None |

---

[1634] Apple Insider, https://forums.appleinsider.com/profile/198919/jared%20porter,
[1635] Twitter, https://twitter.com/porter_jared, https://web.archive.org/web/20220129083633/https://twitter.com/porter_jared , https://web.archive.org/web/20220201031951/https://forums.appleinsider.com/profile/198919/jared%20porter , https://forums.macrumors.com/members/jared-porter.929252/ , https://web.archive.org/web/20220201032548/https://twitter.com/porter_jared , https://web.archive.org/web/20220201033401/https://forums.macrumors.com/members/jared-porter.929252/ ; https://web.archive.org/web/20220201033419/https://forums.appleinsider.com/profile/comments/198919/jared%20porter
[1636] HackerNews, https://news.ycombinator.com/user?id=jc__denton, https://web.archive.org/web/20220204063226/https://news.ycombinator.com/threads?id=jc__denton , https://web.archive.org/web/20220204062938/https://news.ycombinator.com/user?id=jc__denton ,
[1637] Apple Insider, https://forums.appleinsider.com/profile/comments/186609/jeff%20fields, ; https://web.archive.org/web/20220201033657/https://forums.appleinsider.com/profile/comments/186609/jeff%20fields
[1638] Twitter, https://twitter.com/jennybeane, https://web.archive.org/web/20220131064447/https://twitter.com/jennybeane/status/1479730842914091010 ,
[1639] Reddit, https://www.reddit.com/user/ash_ketchup_92/, https://web.archive.org/web/20220203003036/https://www.reddit.com/user/ash_ketchup_92/
[1640] Reddit, https://www.reddit.com/user/JohnRandolph ; https://web.archive.org/web/20220203003100/https://www.reddit.com/user/JohnRandolph
[1641] Twitter, https://twitter.com/JoseJim18278914 ; https://web.archive.org/web/20220129215017/https://twitter.com/JoseJim18278914
[1642] Reddit, https://www.reddit.com/user/joyce_kap/, https://web.archive.org/save/https://www.reddit.com/user/joyce_kap/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| Kaibelf [1643] | 9to5/Disqus @Kaibelf | | • 7.7k comments <br> • Joined May 2011 | • None |
| Kenuffff [1644] | Reddit | | • Joined: April 2013 | • Bio: None <br> • Location: None |
| Kingofgames [1645] | Twitter @K1ngofgam 3s | | • Joined May 2013 <br> • 77 followers <br> • 3.8k tweets | • Bio: Cultured Intellectual <br> • Location: New World |
| Kovacs [1646] | Twitter (@notabotfr) | | • | • |
| Kpkimmel [1647] | Reddit | | • Joined Aug 2016 | • Bio: None <br> • Location: None |
| LA Confidential [1648] | Twitter @LAConfid ential1 | Botomatic: 4.1/5 | • Joined Feb 32022 <br> • 2 Tweets <br> • 2 Likes | • "HR Director" |
| LaKobe [1649] | Reddit | | • Account Suspended | • None |
| Lkrupp [1650] | Apple Insider | | • Joined Jan 2015 <br> • 9,737 posts | • n/a |
| loops_____ [1651] | Reddit | | • Joined May 2018 | • Bio: None <br> • Location: None |
| LVNcalifornia [1652] | Reddit | | • Joined July 2020 | • None |
| Macsorcery [1653] | MacRumors | | • 681 comments <br> • Joined Aug 2020 | |

---

[1643] Disqus, https://disqus.com/by/Kaibelf/ , https://web.archive.org/web/20220203003113/https://disqus.com/by/Kaibelf/
[1644] Reddit, https://www.reddit.com/user/kenuffff ;
https://web.archive.org/web/20220129214908/https://www.reddit.com/user/kenuffff
[1645] Twitter, https://twitter.com/k1ngofgam3s, https://web.archive.org/web/20220131051946/https://twitter.com/k1ngofgam3s
[1646] Twitter: https://twitter.com/cheeseorrice;
https://web.archive.org/web/20220213074031/https://twitter.com/cheeseorrice/with_replies;
https://web.archive.org/web/20220213074000/https://twitter.com/cheeseorrice
[1647] Reddit, https://www.reddit.com/user/Kpkimmel ;
https://web.archive.org/web/20220203003126/https://www.reddit.com/user/Kpkimmel
[1648] Twitter, https://twitter.com/LAConfidential1, https://web.archive.org/web/20220204231418/https://twitter.com/LAConfidential1
[1649] Reddit, https://www.reddit.com/user/LaKobe/ ;
https://web.archive.org/web/20220203003158/https://www.reddit.com/user/LaKobe/
[1650] Apple Insider, https://forums.appleinsider.com/profile/18551/lkrupp ;
https://web.archive.org/web/20220203003146/https://forums.appleinsider.com/profile/18551/lkrupp
[1651] Loops_____, https://www.reddit.com/user/loops_____/ ;
https://web.archive.org/web/20220129215033/https://www.reddit.com/user/loops_____/
[1652] Reddit, https://www.reddit.com/user/LVNcalifornia/ ;
https://web.archive.org/web/20220203005950/https://www.reddit.com/user/LVNcalifornia/
[1653] MacRumors, https://forums.macrumors.com/members/macsorcery.1229339 ;
https://web.archive.org/web/20220203010024/https://forums.macrumors.com/members/macsorcery.1229339

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **Max-20** [1654] | HackerNews | | • Joined Sept 2018 | fmy public key: https://keybase.io/max20; my proof: https://keybase.io/max20/sigs/EZpArA9d2OrwsA80MOC5bG9_Yso0xzLncMSmpfrbjq8 |
| **Mel Nayer (aka Moby Bower)** [1655] | Twitter: @mel_nayer | Botometr: 4.1/5 | ○ Twitter Followers: 4<br>○ Tweets: 6<br>○ Joined Twitter: May 2020 | ○ Bio: None<br>○ Location: None |
| **Messick** | Reddit | | • DELETED | • |
| **Monacelli** [1656] | Reddit | | • Joined Aug 2010 | • None |
| **Munukutla** [1657] | Reddit | | • Joined Oct 2016 | • Bio: None<br>• Location: None |
| **Natalia Chodelski** [1658] | Twitter @NataliaTheNerd | | • Joined March 2009<br>• "Somewhere in CA"<br>• 42 followers<br>• 54 tweets | • Entomologist turned software engineer, designer, builder, music lover, dancer, DJ, adventurer, burner )( |
| **NARadyk** [1659] | MacRumors | | • 305 comment<br>• Joined May 2021 | • Bday Setp 10; UK; Male |

---

[1654] HackerNews, https://news.ycombinator.com/user?id=Max-20 ;
https://web.archive.org/web/20220203010007/https://news.ycombinator.com/user?id=Max-20
[1655] Twitter, https://twitter.com/mel_nayer ; https://web.archive.org/web/20220129214902/https://twitter.com/mel_nayer
[1656] Reddit, https://www.reddit.com/user/monacelli/;
https://web.archive.org/web/20220203010021/https://www.reddit.com/user/monacelli/
[1657] Reddit, https://www.reddit.com/user/munukutla/ ;
https://web.archive.org/web/20220203010008/https://www.reddit.com/user/munukutla/
[1658] Twitter, https://twitter.com/NataliaTheNerd; https://web.archive.org/web/20220210050248/https://twitter.com/NataliaTheNerd;
https://web.archive.org/web/20220210050257/https://twitter.com/NataliaTheNerd/with_replies ;
https://web.archive.org/web/20220210050430/https://github.com/nataliachodelski
[1659] MacRumors; https://forums.macrumors.com/members/naradyk.1271887/;
https://web.archive.org/web/20220203010036/https://forums.macrumors.com/members/naradyk.1271887/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|-----------|-------|---------|
| **Neoform** [1660] | Twitter: @neoform Reddit: Neoform Hackernews: Neoform | | o  Twitter Followers: 12<br>o  Tweets: 9<br>o  Joined Twitter: April 2011<br>o  Joined Reddit: Aug 2006<br>o | o  Bio: None<br>o  Location: None |
| **Newtothered** [1661] | Reddit | | •  Joined Feb 2015 | •  Bio: None<br>•  Location: None |
| **NoMoreHateMate2** [1662] | Twitter: @mate2_no | | •  Joined Feb 2015<br>• | •  Bio: None<br>•  Location: None |
| **No.** [1663] | Twitter @No57702301 | | •  Joined Aug 2020<br>•  0 followers<br>•  32 Tweets | •  Bio: "no."<br>•  Location: nowhere |
| **Nymphaetamine** [1664] | Reddit | | •  Joined: Jan 2018 | •  Bio: None<br>•  Location: None |
| **Oiumetnick** [1665] | MacRumors<br><br>Reddit | | •  3.4k MR comments<br>•  Joined MR Aug 2008<br>•  Joined Reddit Aug 2016 | •  Bio: Male; BD Nov 11 1995; Occupation: Life; Former ACMT; Long time lurker, occasional question asker & commenter.<br>•  Location: Beverly, Mass |
| **Omega3Cedar** [1666] | Reddit | | •  Joined: May 2021 | •  Bio: None<br>•  Location: None |
| **PacManDaddy** [1667] | Reddit | | •  Joined: Dec 2017 | •  Bio: None<br>•  Location: None |

---

[1660] Twitter, https://twitter.com/neoform ; Reddit: https://www.reddit.com/user/neoform/ ;https://web.archive.org/web/20220202011324/https://twitter.com/neoform ; https://web.archive.org/web/20220202011930/https://www.reddit.com/user/neoform/
[1661] Reddit, https://www.reddit.com/user/newtothered/ ; https://web.archive.org/web/20220203010024/https://www.reddit.com/user/newtothered/
[1662] Twitter, **DELETED**, https://twitter.com/mate2_no , https://web.archive.org/web/20220202012015/https://twitter.com/mate2_no
[1663] Twitter, https://twitter.com/No57702301 , https://web.archive.org/web/20220131052119/https://twitter.com/No57702301
[1664] Reddit, https://www.reddit.com/user/nymphaetamine/
[1665] MacRumors, https://forums.macrumors.com/members/ouimetnick.221153/ ; https://www.reddit.com/user/ouimetnick/
[1666] Reddit, https://www.reddit.com/user/omega3cedar/ ; https://web.archive.org/web/20220203010122/https://www.reddit.com/user/omega3cedar/
[1667] Reddit, https://www.reddit.com/user/pacmandaddy/ , https://web.archive.org/web/20220202195714/https://www.reddit.com/user/pacmandaddy/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| **Paddles111** [1668] | Reddit | | • Joined May 2020<br>• 1x comment ever | • Bio: None<br>• Location: None |
| **Peter Cramden** [1669] | Twitter @reprobations | Botometer 3.4/5 | • Joined Aug 2010<br>• 38 Followers<br>• 1.2k tweets | • Bio: 90% elegantly reasoned insight, 10% crude cheap shots that I was too immature to pass up. *proportions subject to change without notice<br>• Location: Oakland, CA |
| **Photo** [1670] | 9to5/Disqus @disqus_xELbQkng16 | | • 325 comments | • Private/None |
| **PlutoPrime** [1671] | MacRumors | | • 130 comments<br>• Joined Oct 2009 | • Bio: None<br>• Location: None |
| **P2t2p** [1672] | HackerNews | | • Joined Nov 2016 | • None |
| **Rayz2016** [1673] | Apple Insider | | • Joined Jan 2016<br>• 6957 posts | • n/a |
| **Rcfa** [1674] | Apple Insider | | • Joined Oct 2007<br>• 1124 posts | • n/a |
| **ReactSpa** [1675] | HackerNews | | • May 2019 | • |
| **Red Oak** [1676] | Apple Insider | | • Joined AI May 2011 | • n/a |

---

[1668] Reddit, https://www.reddit.com/user/paddles111/ ;
https://web.archive.org/web/20220203010250/https://www.reddit.com/user/paddles111/
[1669] Twitter, https://twitter.com/reprobations , https://web.archive.org/web/20220131052631/https://twitter.com/reprobations
[1670] Disqus, https://disqus.com/by/disqus_xELbQkng16/ ;
https://web.archive.org/web/20220203010200/https://disqus.com/by/disqus_xELbQkng16/
[1671] MacRumors, https://forums.macrumors.com/members/plutoprime.372020/ ;
https://web.archive.org/web/20220203010142/https://forums.macrumors.com/members/plutoprime.372020/
[1672] HackerNews, https://news.ycombinator.com/user?id=p2t2p ,
https://web.archive.org/web/20220204062705/https://news.ycombinator.com/user?id=p2t2p
[1673] Apple Insider, https://forums.appleinsider.com/profile/218129/Rayz2016 ;
https://web.archive.org/web/20220203010215/https://forums.appleinsider.com/profile/218129/Rayz2016
[1674] Apple Insider, https://forums.appleinsider.com/profile/comments/41176/rcfa ;
https://web.archive.org/web/20220203010248/https://forums.appleinsider.com/profile/comments/41176/rcfa
[1675] HackerNews, https://news.ycombinator.com/user?id=reactspa ;
https://web.archive.org/web/20220203010254/https://news.ycombinator.com/user?id=reactspa
[1676] Apple Insider, https://forums.appleinsider.com/profile/comments/114100/red%20oak;
https://forums.macrumors.com/members/red-oak.584909/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| | Mac Rumors | | • Joined MR June 2001<br>• AI Posts: 919<br>• MR Posts: 325 | |
| **RevueltaElCapitan** [1677] | 9to5/Disqus @revueltaelcapitan | | • 1.8k comments | • Private/None |
| **Rogifan** [1678] | 9to5/Disqus @rogifan<br><br>MacRumors<br><br>Twitter: @rogifan | | • 3.4k 9to5 comments<br>• Joined 9to5c Feb 2012<br>• 23k MR comments<br>• Joined MR Nov 2011 | • MR: "The sooner this thing called fame goes away, the better. We got people who don't need to be famous." — Prince  "We all die. The goal isn't to live forever, the goal is to create something that will." — Whitney Houston<br>• Twitter #PRINCE4EVER #Whitney4EVER Purple heart END ROE AND CASEY ADOPTION NOT ABORTION Folded hands |
| **Roxie C** [1679] | Twitter @RoxieC48054933 | Botomatic 3.8/5 | • Joined May 2021<br>• 5 Followers<br>• 108 Tweets | • "Dogecoin, Elon Musk, and Cryto trading fan" |
| **Ryc / rcter9194** [1680] | Reddit | | • Joined oct 2017 | • Bio: None<br>• Location: None |

---

[1677] Disqus, https://disqus.com/by/revueltaelcapitan/about/ ; https://web.archive.org/web/20220203010324/https://disqus.com/by/revueltaelcapitan/about/

[1678] Disqus, https://disqus.com/by/rogifan/about/; MacRumors https://forums.macrumors.com/members/rogifan.641124/; https://twitter.com/rogifan; https://web.archive.org/web/20220130231002/https://twitter.com/rogifan; ; https://web.archive.org/web/20220130230934/https://disqus.com/by/rogifan/about/

[1679] Twitter, https://twitter.com/RoxieC48054933 , https://web.archive.org/web/20220131051513/https://twitter.com/RoxieC48054933

[1680] Reddit, https://www.reddit.com/user/rcter9194/ ; https://web.archive.org/web/20220203010433/https://www.reddit.com/user/rcter9194/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| **Sarah \| SWE \| Scientist \| ADHD & AS** [1681] | Twitter @female_in_tech | | • Joined Feb 2015<br>• Bay Area CA<br>• 36 followers<br>• 346 tweets | • I experienced discrimination and getting silenced w/ a severance agreement at a CA tech company. I SilencedNoMore Act. here for workers rights & tech activism |
| **Sasanka** [1682] | Twitter @rhonyroyce80 | Botomatic: 4.4 /5 | • Joined Sept 2021<br>• 4 tweets<br>• 0 followers | • none |
| **Saticon** [1683] | Reddit | | • Joined Sept 2011 | • Bio: None<br>• Location: None |
| **Sbdude** [1684] | Apple Insider | | • Joined Nov 2019<br>• 78 posts | • n/a |
| **SFLocal** [1685] | Apple Insider | | • Joined Sept 2008<br>• 5,861 posts | • n/a |
| **Shad0wfax_** [1686] | Twitter: shad0wfax_ | Botomatic 4.1/5 | • Joined Twitter: Dec 2010<br>• Tweets: 16<br>• Joined Reddit: Dec 2021 | • None |
| **Soas** [1687] | Twitter: @pri_dayal | Botomatic 3.8/5 | • Twitter Followers: 2<br>• Tweets: 20<br>• Joined Twitter: Jan 2021 | • Twitter Bio: None<br>• Location: None |
| **Stayina** [1688] | Twitter @StaytheShadows | | • 12 followers<br>• 858 tweets<br>• Joined March 2021 | • Profile: SURPRISE, I am not a |

[1681] Twitter, https://twitter.com/Female_in_tech, https://web.archive.org/web/20220209225103/https://twitter.com/Female_in_tech; https://web.archive.org/web/20220209225052/https://twitter.com/Female_in_tech/with_replies
[1682] Twitter, https://twitter.com/rhonyroyce80, https://web.archive.org/web/20220207015232/https://twitter.com/rhonyroyce80/with_replies
[1683] Reddit, https://www.reddit.com/user/saticon/ ; https://web.archive.org/web/20220203010516/https://www.reddit.com/user/saticon/
[1684] Apple Insider, https://forums.appleinsider.com/profile/242904/sbdude; https://web.archive.org/web/20220128042257/https://forums.appleinsider.com/profile/comments/242904/sbdude
[1685] Apple Insider, https://forums.appleinsider.com/profile/51844/sflocal
[1686] Twitter, https://twitter.com/shad0wfax_ / ; https://web.archive.org/web/20220129052143/https://twitter.com/shad0wfax_ /
[1687] Twitter, https://twitter.com/pri_dayal; https://web.archive.org/web/20220203010513/https://twitter.com/pri_dayal
[1688] Twitter, https://twitter.com/StaytheShadows ; https://web.archive.org/web/20220203010216/https://twitter.com/StaytheShadows

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| | | | | conservative. think about that one. |
| **Steve Harvey** [1689] | 9to5/Disqus @disqus_unv Qg0NNA9 | | • 606 comments | • Private/None |
| **The Cappy** [1690] | MacRumors | | • 400 comments<br>• Joined Nov 2015 | • Bio: BD April 1<br>• Location: Dunwich Fish Market |
| **The Falcon** [1691] | MacRumors | | • 981 comments<br>• Joined Jan 2011 | • Bio: "Technology Enthusiast" : 2020 13" MacBook Pro M1\|16GB 12.9" iPad Pro 5 LTE Space Grey - iPhone 12 Pro Max Pacific Blue Apple TV 4K 2nd Gen<br>• Location: United States |
| **TheJamesKPolk** [1692] | Reddit | | • Joined: Oct 2011 | • Bio: None<br>• Location: None |
| **TheYayAreaLiving (aka The Bay Area Living)** [1693] | MacRumors | | • 19k comments<br>• Joined June 2013 | • Bio: Female; BD June 1; MS MIS; "Apple Fanatic" "100% Loyal to Apple Inc"<br>• Location: Las Vegas, NV |
| **Tommikele** [1694] | Apple Insider | | • Joined Dec 2012<br>• 556 posts | • n/a |

---

[1689] Disqus, https://disqus.com/by/disqus_unvQg0NNA9/about/;
https://web.archive.org/web/20220203010818/https://disqus.com/by/disqus_unvQg0NNA9/about/
[1690] MacRumors, https://forums.macrumors.com/members/the-cappy.1003126 ;
https://web.archive.org/web/20220203010844/https://forums.macrumors.com/members/the-cappy.1003126
[1691] MacRumors, https://forums.macrumors.com/members/tehfalcon.528156/
[1692] Reddit, https://www.reddit.com/user/theJamesKPolk/ ;
https://web.archive.org/web/20220203010925/https://www.reddit.com/user/theJamesKPolk/
[1693] MacRumors, https://forums.macrumors.com/members/theyayarealiving.823227/
[1694] Apple Insider, https://forums.appleinsider.com/profile/comments/190394/tommikele ;
https://web.archive.org/web/20220203010847/https://forums.appleinsider.com/profile/comments/190394/tommikele

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|------|-------------|------------|-------|---------|
| **TopStop** [1695] | Reddit | | • Joined April 2012 | • None |
| **tYNS** [1696] | MacRumors | | • 119 comments <br> • Joined Jul 2001 | • Bio: None <br> • Location: None |
| **Vdek** [1697] | Reddit | | • Joined Dec 2010 | • None |
| **Vladstolotski** [1698] | Reddit | | • Joined Jan 2014 | • None |
| **Wade Bestwick** [1699] | Twitter @375wcb12 | Botomatic 3.4/5 | • Joined Nov 2017 <br> • 0 followers <br> • 74 tweets | • none |
| **War Printer** [1700] | Twitter @N7Legends | Botomatic 3.4/5 | • Joined Jan 2016 <br> • 0 followers <br> • 0 Likes <br> • 18 Tweets | • None |
| **Wes Hendrickson** [1701] | Twitter: @heendrickson_wes | Botomatic: 4.4 /5: | • Joined: Aug 2021 <br> • 0 followers, 0 following <br> • 4 tweets (all about Gjovik) | • none |
| **Winnie the Winner** [1702] | Twitter: @WC47362463 | | • Tweets: 1,224 <br> • Joined Twitter: March 2018 | • Twitter Bio: <br> *FANG QA & Tools dev background to be a web dev #inclusion #blacklives matter #lgbtqAndhetroliv esmatter #stopasisanhate* <br> • Location: None |

---

[1695] Reddit, https://www.reddit.com/user/StopTop/;
https://web.archive.org/web/20220129074821/https://www.reddit.com/user/StopTop/
[1696] MacRumors, https://forums.macrumors.com/members/tyns.1976/ ;
https://web.archive.org/web/20220203010529/https://forums.macrumors.com/members/tyns.1976/
[1697] Reddit, https://www.reddit.com/user/vdek/ ; https://web.archive.org/web/20220203010524/https://www.reddit.com/user/vdek/
[1698] Reddit, https://www.reddit.com/user/Vladstolotski ;
https://web.archive.org/web/20220203010533/https://www.reddit.com/user/Vladstolotski/
[1699] Twitter, https://twitter.com/375wcb12, https://web.archive.org/web/20220207015044/https://twitter.com/375wcb12
[1700] Twitter, https://twitter.com/N7Legends, https://web.archive.org/web/20220131051959/https://twitter.com/N7Legends
[1701] Twitter, https://twitter.com/hendrickson_wes/with_replies,
https://web.archive.org/web/20220207015322/https://twitter.com/hendrickson_wes/with_replies
[1702] Twitter, https://twitter.com/WC47362463; https://web.archive.org/web/20220203010634/https://twitter.com/WC47362463

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

| User | Platform(s) | Bot Scores | Stats | Details |
|---|---|---|---|---|
| **WPT** [1703] | 9to5/Disqus @disqus_GL9 OlAWUd3 | | • 2k comments | • Private/None |
| **Y0g0gorilla** [1704] | Twitter | | • 55 followers<br>• Joined May 2021 | • None |
| **Weddings** [1705] | Twitter @whispywed dings | Botometer: 3.8/5 | • Joined April 2015<br>• 1 Tweet<br>• 0 Likes<br>• 0 Followers<br>• 0 Following | • None |

---

[1703] Disqus, https://disqus.com/by/disqus_GL9OlAWUd3/about/ ;
https://web.archive.org/web/20220203010735/https://disqus.com/by/disqus_GL9OlAWUd3/about/
[1704] Twitter, https://twitter.com/y0g0gorilla, https://web.archive.org/web/20220131052238/https://twitter.com/y0g0gorilla
[1705] Twitter, https://twitter.com/whispyweddings/, https://web.archive.org/web/20220204033825/https://twitter.com/whispyweddings/

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

## APPENDIX II: RETALIATORY MEMES

---

**Sept 9 2021– Public Reddit Post** [1706]
*Article: Apple fires senior engineering program manager Ashley Gjøvik for allegedly leaking information*
- **Capwapfap:** Gjøvik? https://imgflip.com/i/5nd2ox [*"Gjøvik? M*ther F*cker!"*]



Location: https://imgflip.com/i/5nd2ox
Archive: https://web.archive.org/web/20220130215753/https://imgflip.com/i/5nd2ox
ImgFlip:
- Created with the Imgflip Meme Generator.
- Description: "Gjøvik? M*ther F*cker!"
- Made by anonymous 5 months ago

---

[1706] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/; https://web.archive.org/web/20220128045657/https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

**Sept 14 2021 – Public Twitter.com Post**
- **Cher Scarlett** (@cherthedev): Guess I found the author of the most foul anon DM I've ever received on Reddit. Meanwhile, all my past managers want to hire me back. Funny how that works, isn't it? [*Screenshot*: "**crissnovak**: Better know it solid or get Gjoviked!"] [1707]
- [Redacted]: What does "get gjoviked" mean? [1708]
  - **Cher Scarlett** (@cherthedev): I think he means I'm going to get fired. [1709]
  - [Apple Employee]: I don't know. I am reminded of the radar item to make her life a living hell. There's a lot of evil they can do before firing and I hope neighed comes to pass with you. [1710]
    - **Cher Scarlett**: That was from quite some time ago, unrelated to any of this[1711]
    - **Cher Scarlett**: Also, my team is super supportive of me, and would never engage in anything of the sort [1712]
  - [Redacted]: I just got retweeted by Ashley Gjøvik and now I get it. Jeez, what a p.o.s. to dm you like that. And now some unstable stalker has slid into the replies to my question like i care what some internet random thinks with their garbo account over a person I follow and admire. [1713]



[1707] Twitter, https://twitter.com/cherthedev/status/1437858991904722944,
[1708] Twitter, https://twitter.com/LeksiW/status/1437859860134211592 ;
[1709] Twitter, https://twitter.com/cherthedev/status/1437860176166461440,
[1710] Twitter, https://twitter.com/arjankoole/status/1437881691901763587;
[1711] Twitter, https://twitter.com/cherthedev/status/1437882008361787394,
[1712] Twitter, https://twitter.com/cherthedev/status/1437882087550246913,
[1713] Twitter, https://twitter.com/LeksiW/status/1437912003260080132;

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### Dec 11 2021 – Public Posts on Twitter.com

- **Cher Scarlett** (@cherthedev): Honestly seeing the white women from 4 separate instances of racist comments and willfully ignoring racial blind spots in the name of white feminism come together is reliving. Makes it clear I made the right choice in exercising the boundary of ejecting them from amplification. [1714]
  - *Liked by:* **Amanda Harrison** *(@realcoolamanda);* **Timnit Gebru** *(@timnitGebru);* **Terra Field** *(@RainofTerra);* **B.** *(@bpagelminor); Ifeoma Ozoma (@IfeomaOzoma)*
- **Ifeoma Ozoma**: Also **Retweet**: *[Redacted] Complete solidarity among women is not necessary to dismantle the patriarchy. Thinking otherwise keeps power in white women's hands (and thus unchanged).*
  - *Liked by:* **Cher Scarlett**, *(@cherthedev),* **Timnit Gebru** *(@timnitGebru);* **Margaret Mitchell** *(@mmitchell_ai)*
- **Cher Scarlett** (@cherthedev): Evergreen tweet
- **Cher Scarlett** (@cherthedev): Whenever someone points out their commentary about these situations it reminds me of this: *[Image: Simpsons "Am I so out of touch? No. It's the children who are wrong."][1715]*
  - *Liked by:* **Timnit Gebru** *(timnitGebru);* **Ifeoma Ozoma** *(@IfeomaOzoma)*
  - **Amanda Harrison** (@realcoolamanda): ILY (*Liked by* **Cher Scarlett** *(@cherthedev))*



[1714] Twitter, https://twitter.com/cherthedev/status/1469706762831814657,
[1715] Twitter, https://twitter.com/cherthedev/status/1469708290850377728,
https://web.archive.org/web/20220129183813/https://twitter.com/cherthedev/status/1469708290850377728

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

---

## APPENDIX III: BABY HUMMINGBIRD

---



**ASHLEY M. GJØVIK**

Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University

Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

**Page 326 of 327**

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT



**ASHLEY M. GJØVIK**

Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University

Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021