# Exhibit 2

```
                                                                    1

 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3
      ASHLEY M. GJOVIK                       3:23-CV-04597-EMC
 4
              VERSUS                         FEBRUARY 21, 2025
 5
      APPLE, INC.                            SAN FRANCISCO, CA
 6

 7

 8             BEFORE THE HONORABLE EDWARD M. CHEN
                   UNITED STATES DISTRICT JUDGE
 9

10                  TRANSCRIPT OF MOTION HEARING

11

12
      A P P E A R A N C E S:
13
      FOR THE GOVERNMENT:
14                         ASHLEY M. GJOVIK, ESQUIRE
                           2108 N. ST
15                         SACRAMENTO, CA 95816
                           ashleymgjovik@protonmail.com
16
      FOR THE DEFENDANT:
17                         MELINDA S. RIECHERT, ESQUIRE
                           ORRICK, HERRINGTON & SUTCLIFFE LLP
18                         1000 MARSH ROAD
                           MENLO PARK, CA 94025
19                         mriechert@orrick.com

20

21

22    ------------------------------------------------------------
                 BETH A. KRUPA, RMR, CRR (VIA ZOOM)
23                    United States Court Reporter
                         401 West Evans Street
24                        Florence, SC  29501
                       Beth_krupa@scd.uscourts.gov
25
             (Stenotype/Computer-Aided Transcription)



                     Beth A. Krupa, RMR, CRR
```

26

```
 1   these matters under submission and we'll determine what
 2   sort of survives and what doesn't.
 3           I will say that matters that were repled in
 4   this complaint that were outside the scope of what I had
 5   allowed, I'm going to look at that and there may be
 6   things that are not cognizable here.
 7           I also will feel that whatever I rule with
 8   respect to this complaint, I am not inclined to allow
 9   further amendments to the pleadings here.
10           We need to get going on this case and there's
11   been enough back and forth on the pleadings, but I will
12   rule on those matters once we -- I rule on what's before
13   me now.
14           MS. RIECHERT:  I would just like to make one
15   more point, Your Honor, if I could.
16           THE COURT:  Okay.
17           MS. RIECHERT:  You've admonished the plaintiff
18   in this case that she needs to comply with the rules,
19   meet the deadlines, meet the page limit requirements and
20   yet she's continuing to not do that.
21           She filed her opposition late.  She filed --
22   the second version of the opposition was late and it was
23   30-some pages long.
24           So again, it violated your rules by being late
25   and I just think it's really important that we make it
```

Beth A. Krupa, RMR, CRR

27

1  clear, you make it clear to the plaintiff that she's got
2  to comply with your rules.  She's got to get these things
3  done on time and she's got to comply with the page limit
4  requirements.
5          THE COURT:  Right.  I am going to say that in
6  my order, whatever I decide, that I expect at this point,
7  I've given dispensation, because she's not represented
8  although she has a legal education.
9          But from this point on, the rules are going to
10 be enforced.  So I will make that clear and I'm going to
11 make that clear in the order.  Whatever goes forward from
12 here, that's going to be my expectation.
13         So I will take the matter under submission, but
14 it's my intent to close the pleading stage of this case
15 and move forward with whatever is left and we'll set a
16 further schedule at that point.
17         MS. RIECHERT:  There is another motion by the
18 plaintiff to further amend the complaint that is set for
19 hearing.
20         THE COURT:  Well, I've already indicated that
21 my inclination is to close the pleadings in this case.
22 We've already had now a fifth amended complaint.  We need
23 to move forward with what we've got after I decide the
24 issue before me now.  So you will hear from me shortly.
25         MS. RIECHERT:  Thank you very much, Your Honor.

Beth A. Krupa, RMR, CRR