# Gjovik v. Apple

# Exhibit: H
# (2021-2022)



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 0, 2024

MS. ASHLEY MARIE GJOVIK
NUMBER 1

BOSTON, MA ▮

FOIPA Request No.: 1627843-000
Subject: GJOVIK, ASHLEY MARIE
(Complaints to the FBI On or After Sept. 1, 2021)

Dear Ms. Gjovik:

The FBI has completed its review of records subject to the Freedom of Information/Privacy Acts (FOIPA) that are responsive to your request. The enclosed documents were reviewed under the FOIPA, Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| | ☐ (b)(7)(D) | ☐ (k)(2) |
| | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

50 pages were reviewed and 47 pages are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

Based on the information you provided, we conducted a search of the places reasonably expected to have records. For more information about records searches and the standard search policy, see the enclosed FBI FOIPA Addendum General Information Section.

In response to your negotiated FOIPA request, enclosed are the processed documents.

This is the final release of information responsive to your FOIPA request. This material is being provided to you at no charge.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.  **"Part 1"** of the Addendum includes standard responses that apply to all requests.  **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful.  Also enclosed is our Explanation of Exemptions.

Additional information about the FOIPA can be found at www.fbi.gov/foia.  Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov.  Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov.  The subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.  You may also contact the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information Dissemination Section
Information Management Division

Enclosures

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request.   Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information.   Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i)  **5 U.S.C. § 552(c).**   Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)].   FBI responses are limited to those records subject to the requirements of the FOIPA.   Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii)  **Intelligence Records.**   To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)].   The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].   This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i)  **Requests for Records about any Individual—Watch Lists.**   The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].   This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii)  **Requests for Records about any Individual—Witness Security Program Records.**   The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

(iii)  **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ § 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i)  **Record Searches and Standard Search Policy.**   The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions.   The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does not include a search for reference entity records, administrative records of previous FOIPA requests, or civil litigation files.

     a.  *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation

     b.  *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii)  **FBI Records.**   Founded in 1908, the FBI carries out a dual law enforcement and national security mission.   As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii)  **Foreseeable Harm Standard.**   As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)).   The FBI considers this foreseeable harm standard in the processing of its requests.

(iv)  **Requests for Criminal History Records or Rap Sheets.**   The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet.   These criminal history records are not the same as material in an investigative "FBI file."   An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.   For a fee, individuals can request a copy of their Identity History Summary Check.   Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks.   Additionally, requests can be submitted electronically at www.edo.cjis.gov.   For additional information, please contact CJIS directly at (304) 625-5590.

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal  privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,   or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1627843-000

Total Deleted Page(s) = 3
Page 46 ~ b6; b7C; b7E;
Page 47 ~ b6; b7C; b7E;
Page 48 ~ b6; b7C; b7E;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)    X
X   No Duplication Fee X
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

# E-Tip

Transaction Number: [          ]                          **Closed**        b7E

## ⬤ Details ~

Created
**9/4/2021 2:06:45 AM**

Submitted
**9/4/2021 2:06:42 AM**

Language

Owner
[          ]                                                                b6
                                                                           b7C
Restricted
**False**

Closed
**9/4/2021 8:42:34 AM**

## E-Tip Details

Violation
**Public-Corruption**

IP
[          ]                                                                b7E

Remote Host
[          ]

Referrer
**https://www.justice.gov**

User Agent
[                                                              ]

## Location

City
Palo Alto

Zipcode
94301

Country
US

Region
California

Timezone
-07:00

Longitude
-122.14302

Latitude
37.44188

## Violation Questions

**What was the exact crime that occurred?**
Possible violations of sanctions against Syria; possible cover-up of that knowledge; retaliation for reporting concerns about said violations

**Does this information involve a government official? If so, what is their name and position/title?**
Unsure

**Do you have any evidence to support your claim or know of any witnesses to the crime(s)?**
Yes. Please contact and I can send copies of the emails.

**Did you suffer any personal losses (financially or physically) due to the crime?**
TBD, I was retaliated upon & forced on paid admin leave after reporting this & other concerns (work place safety, discrimination, more...)

**How long has this activity been going on?**
Unknown

## Synopsis

On Aug 6 2020 I raised concerns to Apple Inc (two directors, a senior director, and a HR Business Partner) that one of our employees was bragging about working as a consultant for a business in Syria and acted as an unauthorized 'reseller" of Apple goods in Syria, smuggling them from US in 2005. I asked them if Apple's business conduct department had reviewed those activities. I received no response and reminded them of my concerns on Mar 3 2021, and still got no response. On Jul 20 2021 raised concerns again and wrote to the group, "wanted to check in on these outstanding questions — especially and specifically my question about the illegality of [ ] exporting to & re-selling Apple products in Syria. I did some research today and it appears what he did was VERY illegal. Not just a violation of Apple policies, but a violation of U.S. federal law, and perhaps a violation of international law as well, if I'm reading all this right. We need to notify the appropriate Apple legal teams of this information" & cited the Legal Framework of U.S. sanctions on Syria from the Treasury gov website. On July 20 2021 I notified Apple business conduct, legal, & employee relations of my concerns about the employee's conduct but also the lack of response/reporting from Apple leadership for nearly a year. The employee who bragged about smuggling and the Syria business was promoted from individual contributor to manager April 22 2021 -- after my two escalations about the issue to the same people that promoted him. On July 20, Apple's global compliance team responded to me that it sounded like the employee's grandmother did violate the sanctions against Syria with the smuggling, but it didn't sound like they were going to report it to the gov. I never heard the outcome on the investigation of the "consulting" gig where the employee was listed as an active co-founder, did recent national interviews about it, and the service specially assists people in crossing the Lebanon/Syria border.

b6
b7C

# Tags - 0

None

## Entities - 3

### Complainant

| First Name | Last Name | DOB |
|---|---|---|
| Ashley Marie | Gjovik | 08/26/1986 |

**Phone(s)**

Cell

415-964-6272

**Address(es)**

Residential

1050 Benton Street #2310

Santa Clara CA USA 95050

**Account(s)**

Email

ashleygjovik@icloud.com

## Subject

First Name                    Last Name                    DOB

**Phone(s)**

**Address(es)**

Additional Info

[          ] seems to have taken lead on the investigate before I was forced on leave. [          ] told me    b6
he is "responsible for exports and sanctions compliance" at Apple.    b7C

How Known

I'm an Apple employee. The employee is [          ] a QA Manager at Apple. The leaders I
reported my concerns to are [                                                                                    ]

[          ] When I raised concerns about those folks it was to Employee Relations

## Witness

First Name                    Last Name                    DOB

**Phone(s)**

**Address(es)**

Additional Info

[          ] seems to have taken lead on the investigate before I was forced on leave. [          ] told me    b6
he is "responsible for exports and sanctions compliance" at Apple.    b7C
    b7E

How Known

The employee is ⬚ a QA Manager at Apple. The leaders I reported my concerns to are ⬚. When I raised concerns about those folks it was to Employee Relations ⬚

b6
b7C

## 📰 Notes - 0

There are no notes to display.

## ✉ Emails - 0

There are no emails to display.

## 👁 Attachments - 1

b7E

There is no legal caveat to display

b7E

b6
b7C
b7E

b7E

## Review ~

### Review Details

Incident Zip
**95050**

Field Office
**San Francisco Field Office (SF)**

Disposition

b7E

## Review History

| Type | User | Start Date | End Date |
|------|------|------------|----------|

b6
b7C
b7E

## PLV Questions

| Question | Response |
|----------|----------|
| DEATH OR INTENDED DEATH | Credible |
| HARM TO CHILDREN | Credible |
| SERIOUS PHYSICAL INJURY | Credible |
| NATIONAL SECURITY OR TERRORISM | Credible |
| THREATS TO PUBLIC/POLITICAL FIGURES | Credible |
| STATE, LOCAL, OR TRIBAL NEXUS | Credible |

b7E

b7E

b7E

🕓 History ~

## Activity History

| User | Timestamp | Notes |
|------|-----------|-------|

b6
b7C
b7E

8/8 b7E

# E-Tip

**Transaction Number:** [          ]                              **Closed**                b7E

### Details ~

Created
**2/3/2022 11:49:15 PM**

Submitted
**2/3/2022 11:49:08 PM**

Language

Owner
[                    ]                                                                      b6
                                                                                           b7C

Restricted
**False**

Closed
**2/5/2022 11:31:52 AM**

## E-Tip Details

Violation
**Public-Corruption**

IP
[                    ]                                                                      b7E

Remote Host
[                ]

Referrer
**https://www.fbi.gov/**

User Agent
[                                                              ]

## Location

City
**Santa Clara**

Zipcode
**95050**

Country
**US**

Region
**California**

Timezone
**-08:00**

Longitude
**-121.95524**

Latitude
**37.35411**

## Reported Agency

Agency Name
**US DOL, US NLRB, US EPA, US SEC, US DOJ, CA DOL, CA EPA**

Report Number

Date of Report

Address

Address Type
**Other**

## Violation Questions

**What was the exact crime that occurred?**

2/9b7E

Obstruction of Justice; Coercion; Retaliating/Tampering against/with
Witnesses/Victims/Informants; Cyber Crimes; Environmental Crimes
**Does this information involve a government official? If so, what is their name and position/title?**
Ex-US EPA administrator

b6
b7C

**Do you have any evidence to support your claim or know of any witnesses to the crime(s)?**
Yes

**Did you suffer any personal losses (financially or physically) due to the crime?**
Yes: termination from employment, loss of ~$600k in stock, harm to reputation, legal fees, etc.

**How long has this activity been going on?**
March 2021

## Synopsis

In 2021, I made several major allegations against Apple:
> Unsafe working conditions: Numerous Apple offices on U.S. EPA Superfund clean-up sites. My
office was on a "Triple Superfund Site" with a long history of "vapor intrusion," cracks in the floor,
no testing, & employees were never informed. In Dec 2021, the US Dept of Labor found I met a
prima facie case for CERCLA/Superfund whistleblower retaliation
> A culture of retaliation and intimidation against workers who raise concerns: I faced immediate
retaliation & intimidation for raising safety concerns. I raised a question to R&D employees in
July 2021 "has anyone else been retaliated against for raising issues?" with a resounding echo of
"YES!" I then organized with those other employees on strategies to identify & address systemic
issues.
> Culture of sexism, racism, and ableism within R&D teams that is condoned by Apple HR: I've
shared some of my stories of egregious bullying and harassment within several R&D teams at
Apple. I will be suing Apple in civil court for discrimination based on sex & disability, harassment,
& retaliation.
> Unlawfully restrictive employee policies: I filed complaints with the NLRB and California
Department of Labor about Apple's employee policies restricting employees from speaking
about work conditions and unlawful acts, among other issues.
> Unlawfully intrusive & intimidating surveillance of employees & collection of employee data: I
raised concerns about Apple's employee privacy policy which says Apple can even monitor
personal devices/services or employee's friend's devices. I also raised concerns about Apple's
data collection of employee's personal information. My NLRB charges against Apple include
unlawful employee surveillance.

In 2022, I added an additional charge for a massive online harassment, defamation, intimidation,
& propaganda campaign against me. See:

b7E

b6
b7C

# Tags - 0

None

## Entities - 3

### Complainant

| First Name | Last Name | DOB |
|------------|-----------|-----|
| Ashley | Gjovik | 08/26/1986 |

**Phone(s)**
Cell
14159646272

**Address(es)**
Residential
1050 Benton St #2310, Santa Clara, CA 95050, USA
SANTA CLARA CA USA 95050-4854

**Account(s)**
Email
ashleymgjovik@protonmail.com

### Subject

| First Name | Last Name | DOB | Age |
|------------|-----------|-----|-----|
| | | | |

**Phone(s)**

**Address(es)**

Additional Info

b6
b7C
b7E

How Known
Previous employer, Apple Inc.

## Witness

First Name                          Last Name                          DOB

### Phone(s)

### Address(es)

Additional Info
_____                                b6
                                                                        b7C
How Known
I can send you the witness list I've provided to the US NLRB & US Dept of Labor.

🗩 Notes - **0**

There are no notes to display.

✉ Emails - **0**

There are no emails to display.

📎 Attachments - **4**

                                                                        b7E

b6
b7C
b7E

b7E

b6
b7C
b7E

📋 Review -

### Review Details

Incident Zip
**95050**

Field Office
**San Francisco Field Office (SF)**

Disposition

b6
b7C
b7E

b7E

## Review History

| Type | User | Start Date | End Date |
|------|------|------------|----------|

b6
b7C
b7E

## PLV Questions

| Question | Response |
|----------|----------|
| DEATH OR INTENDED DEATH | Credible |
| HARM TO CHILDREN | Credible |
| SERIOUS PHYSICAL INJURY | Credible |
| NATIONAL SECURITY OR TERRORISM | Credible |
| THREATS TO PUBLIC/POLITICAL FIGURES | Credible |
| STATE, LOCAL, OR TRIBAL NEXUS | Credible |

b7E

b7E

TIPS - Review

b7E

🕓 History ~

## Activity History

| User | Timestamp | Notes |
|------|-----------|-------|

b6
b7C
b7E

## Call

**Transaction Number:** [            ]                    **Closed**    b7E

---

### ⓘ Details -

Created
**2/7/2022 12:00:42 PM**

Submitted
**2/7/2022 12:21:26 PM**

Language
**English**

Owner
[            ]                                                                    b6
                                                                                 b7C
Restricted
**False**

Closed
**2/7/2022 12:26:31 PM**

---

### Call Details

Caller ID
[            ]                                                                    b6
                                                                                 b7C
Zip
**95050**

Dead Air

988 Offered

Skillset
[            ]                                                                    b7E

UCID
[                    ]

[                    ]

## Synopsis

The Caller said he faced harassment online from Apple linked accounts online in retaliation to the Caller's activity as a Whistleblower on Apple.

The Caller filed her initial whistleblower activity in March 2021, and was later terminated from Apple in September 2021. She has current and ongoing investigations involving the Federal and California Departments of Labor.

The online harassment came from accounts she learned this weekend, 02/05/2022 and 02/06/2022, were from Apple. The comments included statements alleging whistleblowers should "get the death penalty," a meme referencing the movie Seven, and other similar statements alleging death and rape. The Caller clarified there were no direct threats to kill her.

One specific account which contacted the Caller was from an unidentified female, who self disclosed they were a recovering addict, who wanted the Caller to remove mentions of her from the report. The unidentified female said she reported the Caller to the FBI.

The Caller also received a box of her possessions which contained broken glass after a workplace violence team reached out to her.

# Tags - 0

None

## Entities - 1

### Complainant

| First Name | Last Name | DOB |
|---|---|---|
| Ashley | Gjovik | 08/26/1986 |

**Phone(s)**
Cell
415-964-6272

**Address(es)**

Residential
United States
**95050**

📖 Notes ~ **0**

There are no notes to display.

✉ Emails ~ **0**

There are no emails to display.

👁 Attachments ~ **0**

There are no attachments to display

There is no legal caveat to display

b7E

📋 Review ~

3/5 b7E

## Review Details

Incident Zip
**95050**

Field Office
**San Francisco Field Office (SF)**

Disposition

b7E

## Review History

| Type | User | Start Date | End Date |
|------|------|------------|----------|

b6
b7C
b7E

🕓 History -

## Activity History

4/5 b7E

4/9/24, 2:53 PM                                    TIPS - Review

| User | Timestamp | Notes |
|------|-----------|-------|

b6
b7C
b7E

**E-Tip**                Transaction Number: [    ]                **Closed**    b7E

**Details** ~

Created
**2/7/2022 1:10:15 PM**

Submitted
**2/7/2022 1:10:00 PM**

Language

Owner                                                                          b6
[    ]                                                                          b7C

Restricted
**False**

Closed
**2/7/2022 5:05:21 PM**

**E-Tip Details**

IP                                                                             b7E
[    ]

Remote Host
**IC3**

User Agent

[                                                              ]

**Location**

City
**Santa Clara**

Zipcode

[                                                    ]

95050

Country
US

Region
California

Timezone
-08:00

Longitude
-121.95524

Latitude
37.35411

## Synopsis

IC3 Complaint

ID:                                                                                   b7E
Date: 02/07/2022 01:05:59
Filed from:

Victim Information
Name: Ashley Marie Gjovik
Business Name:
Age: 30 - 39
Address: 1050 Benton St, 2310, Santa Clara, CA 95050, USA
Address (continued):
Suite/Apt./Mail Stop:
City: SANTA CLARA
County: CA
State: California
Country: United States of America
Zip Code/Route: 95050-4854
Phone Number: 4159646272
E-mail Address: ashleymgjovik@protonmail.com
Business IT POC:
Other Business POC:

Description of Incident

Under information &amp; belief, Apple Inc, (via their managers, employees, &amp; agents), have been orchestrating an extensive propaganda &amp; harassment campaign against me since August 2021. Under this campaign, Apple Inc has made numerous threats against me related to retaliation, termination, litigation, blacklisting, and violence. Apple has done everything in their power to coerce me to withdrawn my cases with the federal and state government and to not file a civil lawsuit.

The campaign started while I was still an Apple employee &amp; has been waged by Apple managers under their name &amp; Apple position as well as current and ex-Apple employees, again, under their own names &amp; positions at Apple. There also appears to be a large online presence assumably contracted by Apple Global Security which appears to have access to much of my private &amp;/or personal information, and repeats, ad nauseum, specific talking points assumably selected by Apple Inc for this campaign. I believe some of these online propaganda &amp; harassment accounts are Apple employees and some are likely contracted out.

I believe this campaign is being waged in retaliation for my protected activity starting in March 2021, and also in retaliation for reporting Apple Inc's unlawful conduct to the government and law enforcement in the summer of 2021, and continuing to participate in the government investigations. I believe this campaign's goal is to intimidate witnesses from testifying to what Apple Inc did to Gjovik, coerce Gjovik to withdraw her complaints, and to generally intimidate current Apple Inc employees from speaking out or reporting unlawful activity.

This campaign began shortly after I started talking to the press and the government about my safety, labor, and discrimination issues at Apple but quickly amplified once I filed formal complaints against Apple Inc with the NLRB, EEOC, U.S. Department of Labor, California Department of Labor, U.S. SEC, U.S. FBI, and other regulatory &amp; law enforcement agencies. Within days of her reports, the frequency and intensity of the abuse dramatically increased, including threats of termination &amp; other retaliation, threats of violence, threats of litigation, threats of bankruptcy, threats against her friends and supporters, and much coercion to drop her government complaints &amp; to not file a lawsuit.

Assumed agents of Apple Inc referred to my protected activities as "worthy of death," and made references to me dying from "double tap" gunshot wounds, that in Russia Apple whistleblowers would die from a "car accident," suggested Apple employee organizing around discrimination concerns be "relocated to Afghanistan" to see how the "Taliban" would "deal" with Apple's employee organizers, and noted Gjovik was deserving of "death and rape threats,"

After I was fired last Sept, Apple Inc mailed my possessions from my office in a box full of broken glass shards and them commented to my on her Twitter about the box before I opened it, alluding to it containing a severed head of one of her loved ones (a meme from the movie SE7EN). Agents of Apple Inc wrote I was "deserving of misery," that they looked forward to seeing Apple "swallow me &amp; spit her out," and that I' lucky Apple has not "crushed me like a bug." Even as of this week, an Apple Global Security employee, [ ] communicated to me she did not want me "to exist in her world."

b6
b7C
b7E

Apple employees &amp; assumed agents of Apple Inc suggested Apple Inc should / will sue me for corporate espionage, disinformation, repetitional bias, defamation, blackmail, and federal crimes, among other things. Employees &amp; agents suggested appropriate consequences for my protected activity included jail, the death penalty, "suing me into oblivion," "ending me," "destroying me," "ruining me," and bankrupting me.

Apple managers &amp; agents of Apple Inc referred publicly to the retaliation I faced from Apple Inc, including termination of her employment, as "invited upon myself" like "walking down a dark alley," "finding out" for "fucking around," a "self-fulfilling prophecy," and the "consequence" of "airing Apple's dirty laundry."

Apple Inc agents also threatened to blacklist me from the technology, engineering, and legal employment fields: including "never working in the tech industry again, never working for a large corporation again, never getting a job as a lawyer, failing the California bar association's Moral Character investigation, and never getting a job anywhere again other than working in fast food." Apple Inc, effectively blacklisted me from access to the press, from access to &amp; support from leading activists, and certain access to social media platforms. Employees have stated they know and/or were involved in sending "complaints" to my law school about me.

Apple managers &amp; employees &amp; other Apple agents have referred to the journalists and publications who write about me &amp; my protected activities as "lacking credibility," "anti-business," not deserving of respect, creating "manufactured narratives," "unethical," and causing "irreparable harm."            stated she "ejected Gjovik from amplification," "stopped amplifying Gjovik," and called journalists who write about Gjovik not "good news outlets."            threatened she could "use her platform" to "destroy Gjovik."    b6 b7C

            also recently began to claim I'm "harassing," "defaming," and "extorting" her and went so far as to report Gjovik to the U.S. FBI, though later said told me was a mistake and blamed her actions on a narcotics relapse.

I requested            stop contacting me numerous times, including requesting            stop harassing me &amp; my friends, and stop making defamatory statements about me. In December 2021, I resorted to threatening I'd request a restraining order if            did not cease &amp; desist.            did not stop. As of the last week,            sent me a 3,000 word email making wild accusations, confirming she reported me to the FBI, informing me she is notifying Apple that I'm complaining about these threats as noted above and that me expressing concerns about them is "harmful to everyone," and demanding I remove certain evidence and accusations about            &amp; her associates from my federal &amp; state gov filings about unlawful conduct. When I refused to rescind my allegations of            unlawful activity and refused to omit incriminating evidence,            then announced she is pursuing frivolous, retaliatory litigation against me. She said she hired a process server and claimed she is taking me to court for harassment.    b6 b7C

Apple managers, employees, and agents have referred to my complaints to the federal and state government about Apple Inc as "unsubstantiated," "meritless," "baseless," "dead in the water,"

and that there's "no case." Apple's agents referred to me as an "ambulance chaser" and her cases as "shakedown lawsuits." Apple manager [____] and ex-Apple employees [____] [____] have publicly called me a "liar," "predator," "racist," "inconsequential," "not a real whistleblower," "not a real activist." These parties have described Gjovik's protected activities as a "vendetta," "warpath," "perjury," "fabricated nonsense," "misleading rhetoric," &amp; "misinformation." Among other things, Apple Inc &amp; their agents have publicly called me a "liar, toxic, attention-seeking, obnoxious, vindictive, entitled, cancer, lacking credibility, dishonest, malicious, a sociopath, a provocateur, unhinged, insane, overweight, a narcissist, 'universally hated', a psychopath, paranoid, Bipolar, psychotic, schizophrenic, a grifter, a Karen, a Super Karen, Karenx100, a 'typical feminist,' and a 'classic cow'.

Used in this incident: Other: See memos

Subject Information

Business Name: Apple Inc.
Name: Apple Inc.
Address: Apple Inc., One Apple Park Way
Address (continued): Apple Inc., One Apple Park Way
Suite/Apt./Mail Stop:
City: Cupertino
State: California
Country: United States of America
Zip Code/Route: 95014
Phone Number:
E-mail Address:
Website: apple.com
IP Address:

Business Name:
Name: [____]
Address:
Address (continued):
Suite/Apt./Mail Stop:
City: Seattle
State: Washington
Country: United States of America
Zip Code/Route:
Phone Number:
E-mail Address: [____]
Website:
IP Address:

Business Name: [____]
Name: [____]

b6
b7C

b6
b7C

b6
b7C

b6
b7C
b7E

Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
State:
Country:
Zip Code/Route:
Phone Number:
E-mail Address:
Website                                                      b6
IP Address:                                                  b7C

Business Name: See "Evidence Report" via URL below
Name: Pages 272 through 295
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
State:
Country:
Zip Code/Route:
Phone Number:
E-mail Address:
Website:
IP Address:

Business Name:
Name:                                                        b6
Address:                                                     b7C
Address (continued):
Suite/Apt./Mail Stop:
City:
State:
Country:
Zip Code/Route:
Phone Number:
E-mail Address:
Website:
IP Address:

Other Information

If an email was used in this incident, please provide a copy of the entire email including full email
headers.

                                                             6/13 b7E

Legal analysis for my situation re: 18 USC §1512, §1513, §1505, §371, §876:

b6
b7C

If you have reported this incident to other law enforcement or a government agency, please provide the name, phone number, email, date reported, report number, etc.

U.S. NLRB 32-CA-282142, 32-CA-283161, 32-CA-284428, 32-CA-284441; &amp; CA-288816. Reported back in fall of 2021 to agent but filed a new charge specific to this on January 10 2022. Talk to [        ] n the OIG office or [                                    ]
[                                    ]

b6
b7C

U.S Department of Labor: Ashley Gjovik v Apple Inc., Apple Inc/Gjovik/9-3290-22-051: CERCLA, SOX, &amp; OSHA whistleblower retaliation. [                                    ]

U.S. DOJ FBI "tip": 5? February 2022 (yourselves!)

California Department of Labor: Ashley Gjovik v. Apple Inc., RCI-CM-842830
[                                    ]

b6
b7C

Are there any other witnesses or victims to this incident?

Victims &amp; Witnesses:

b6
b7C

Witnesses:
[                                    ]

b6
b7C
b7E

b6
b7C

# Tags - 0

None

## Entities - 1

### Complainant

First Name                 Last Name                          DOB
Ashley Marie Gjovik

**Phone(s)**
Other
415-964-6272

**Address(es)**
Other
1050 Benton St, 2310, Santa Clara, CA 95050, USA
SANTA CLARA CA USA 95050-4854

**Account(s)**
Email
ashleymgjovik@protonmail.com

## Notes - 0

There are no notes to display.

b7E

## Emails - 0

There are no emails to display.

## Attachments - 5

b6
b7C
b7E

b6
b7C
b7E

There is no legal caveat to display

b6
b7C
b7E

Review -

## Review Details

Incident Zip
**95050**

Field Office
**San Francisco Field Office (SF)**

Disposition

b7E

## Review History

| Type | User | Start Date | End Date |
|------|------|------------|----------|
|      |      |            |          |

b6
b7C
b7E

## PLV Questions

| Question | Response |
|---|---|
| DEATH OR INTENDED DEATH | Credible |
| HARM TO CHILDREN | Credible |
| SERIOUS PHYSICAL INJURY | Credible |
| NATIONAL SECURITY OR TERRORISM | Credible |
| THREATS TO PUBLIC/POLITICAL FIGURES | Credible |
| STATE, LOCAL, OR TRIBAL NEXUS | Credible |

b7E

b7E

🕘 History -

### Activity History

| User | Timestamp | Notes |
|---|---|---|

b6
b7C
b7E

4/9/24, 2:55 PM                                    TIPS - Review

| User | Timestamp | Notes |
|------|-----------|-------|

b6
b7C
b7E

# E-Tip

Transaction Number [                ]                    **Closed**        b7E

## Details ~

Created
**2/13/2022 8:15:15 PM**

Submitted
**2/13/2022 8:15:01 PM**

Language

Owner
[                ]                                                          b6
                                                                           b7C
Restricted
**False**

Closed
**2/14/2022 4:00:20 PM**

## E-Tip Details

IP
[                ]                                                          b7E

Remote Host
**IC3**

User Agent
[                                                                        ]

## Location

City
**Zürich**

Zipcode

8000

Country
CH

Region
**Kanton Zürich**

Timezone
**+01:00**

Longitude
**8.55**

Latitude
**47.36667**

## Synopsis

IC3 Complaint

ID:                                                                          b7E

Date: 02/13/2022 08:12:14
Filed from:

Victim Information
Name: Ashley Marie Gjovik
Business Name:
Age: 30 - 39
Address: 1050 Benton St
Address (continued):
Suite/Apt./Mail Stop: 2310
City: SANTA CLARA
County: CA
State: California
Country: United States of America
Zip Code/Route: 95050-4854
Phone Number: 14159646272
E-mail Address: ashleymgjovik@protonmail.com
Business IT POC:
Other Business POC:

Description of Incident

I filed an IC3 Complaint on Feb 7 2022 about this. The threats have increased and turned into

actions. I blew the whistle about safety &amp; corruption at Apple in 2021 (&amp; against

Northrop Grumman, including becoming a SOX whistleblower naming [        ] previous

[        ] The year before, I blew the whistle on a public safety threat involving Irvine

Company &amp; [          ]

b6
b7C

Following my formal charges against Apple (&amp; [     ] to the fed gov in August 2021, a
massive online harassment/threat/intimidation campaign was launched against me including
threats of violence, death, bankruptcy, "ruin," sexual violence, blacklisting, and more.

I sent you a link to an evidence report on Monday, but since then, Apple Global Security appears
to have gotten those documents deleted from Scribd (legal confirmed). New links below.

Things further escalated this weekend. Apple Global Security employee [            ] is claiming
to a very large public audience that she is suing me in Washington state court BECAUSE i
wouldn't remove allegations against her &amp; evidence about her from my federal charges
against Apple. Last weekend she send me a threatening email demanding I do so &amp; is now
saying there's a "hearing on Tuesday," but I've not been served. She's also saying she plans to
"testify to the WA state legislature about me" next week. Apple's troll Twitter accounts have been
piling on with the defamation and threats, including outright threats of sabotaging my CA Bar
moral character.

b6
b7C

[          ]

b6
b7C

- Thank you for your consideration and patient attempt – unfortunately, as I suspected, a court
order is the only option here. I'll also be testifying before the House next week regarding the bill I
mentioned that makes her behavior a crime in Washington state
- I do not know her motives. I'm happy to share my testimony for the anti-harassment order
privately, though
- In the cover sheet here for the hearing on Tuesday, you can see that I was denied a Temp anti-
harassment order (which I expected due to the physical distance), but the judge found merit in
what I presented to order a full-order hearing
- I will be testifying at the hearing for SB 5628 in the house when it is scheduled, and you're
welcome to watch. I will also be transparent about the outcome of this anti-harassment order,
which I am fighting for without a lawyer because I don't have the financial means
- I don't know that I would believe her to stop without a court order at this point.
- I have to tell you that I tried that numerous times to no avail. I am proceeding with the anti-
harassment order, but I'm certainly open to a conversation should she take any sort of
responsibility and accountability for her harassment
- I provided written testimony on an anti-cyberharassment bill in Washington that passed through
the Senate's chambers unanimously about this, and I will give compelling testimony on Tuesday
at the hearing

Apple Accounts:
- When anyone interacts with Ashley they end up being a target.
- Can you still be admitted to the bar if you have had an anti-harassment judgement filed against

you? Asking for Ashley Gjovik

- I honestly cannot believe this is being allowed to go on in public. She needs a conservatorship or something. Watching her go downhill live on Twitter seems irresponsible, but she won't listen to anyone. Where is the family to step in and help

[    ] she genuinely sees Apple agents where they don't exist. That's the reason why she was banned from Wikipedia. Shock of the century that she thinks I'm one too. If you really wanted to support her you'd tell her the same

- Is "Apple" in the room with you now, Ashley
- to me: Whining about "apple" isn't an excuse to be a life destroying bitch to people
- If they read her TL they see that she's a nutjob and can't even win a case on Twitter or Wikipedia, so they probably aren't much concerned about her winning in a court of law
- You really shouldn't encourage this. This woman is mentally ill and going after anyone and everyone personally. There's apparently a pending civil case against her for it. Be careful who you associate with
- youve been tweeting about her obsessively for months, doxed her and her family, and one of the emails you posted that you sent to wikipedia showed you got a background check on her and were trying to get IP address. its pretty clear to everyone you are the harasser

[    ] has finally filed suit aganst her, so maybe she will finally stop using Twitter to abuse people personally and defending it by whining that "apple is bad"

- Hi yes, this is #Apple/#Wikipedia/#God speaking. You were banned from Wikipedia for falsely accusing some random dude of being the woman you're obsessed with. You are mentally ill and need psychological/psychiatric help. Anyone supporting your delusions is not your friend


Also I had flagged an account harassing me on Wikipedia in January and i was notified on Friday that somehow I was investigated instead and me/my 10yr old account was permanently banned from wikipedia. [    ] the Apple Global Sec employee took credit for this on Twitter. Despite me working directly with the Wikipedia arbitration committee as directed for cases of harassment and providing them info that was supposed to "confidential" they gave it to [    ]

Previous threats from Apple Inc against me (either stating it was directed at me, or posted in threads/forums about me) included but were not limited to:

- Tomorrow's headline: Apple Whistleblower found dead of heart attack at 22 (never mind the double tap, nothing to see here)
- Apple just destroyed a Billion dollar company in Epic for being greedy. now they can turn all their attention to this ungrateful psychopath
- #ashleygjovik the world is both pandering to you and also reaming you. This sounds about right. #narcissist #youdeserveit #coward
- It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as it'll co$t you.
- Apple and Irvine Company should sue her to oblivion.
- Girl, you better know it solid or get Gjøviked!... Apple is ruthless like that
- So far, she has tried desperately to use other victims for her own gain, made racist remarks, lied to the public, to the government, about what happened to her, and about me, and a bunch of

b6
b7C

b6
b7C

b6
b7C

other people who tried to help her. I cannot stand to watch good people such as yourself get wrapped up in her web.

- I literally don't want her to exist in my world lol
- Send the cry babies to jail.
- This woman is deranged. She belongs in an institution
- You need to delete my tweets from your (federal legal) memo that contain personal information about me
- I miss the old days when we didn't let the mentally ill freely roam about the streets. We locked them up and put them in facilities for their own good and for the good of everybody else.
- Her downfall is her hubris to think her Santa Clara law student status can battle an entire team of internal and external harvard/Yale/Stanford lawyers with experience
- You need to remove all assertions that I am accounts trolling you
- I so hope Apple, Northrop Grumman, Irvine Company sue her and teach her a lesson. I think She thinks she going to get rich, but she's going straight to the poor house. $300K + RSUs + healthcare + tuition reimbursement all up in smoke for this nonsense. Go Ashley go!
- If I receive anything from the police regarding a restraining order from you, the following below email goes directly to [                              ]
- Pride b4 fall. Got herself fired, so no settlement. Broke her contract with Apple, so no settlement. Made the choice to take it to Twitter, a Big mistake. Like the poster said, there are ways to do things, but she chose to do them her way, which led to a costly highway if sues.
- I think you may have already committed a federal crime.
- Not to mention... if she's gotten anything for the info, they may be able to also press charges for corporate espionage. She fucked up
- Apple (w/it's army of lawyers) can sue her and it would be an easy win because it's a simple breach of contract case. Her counter suit for retaliation / harassment will be very challenging especially if her coworkers don't have her back. They may be enjoying all that Apple $$$. Lawsuit would be chump change for Apple, but will certainly bankrupt her. I've never seen anyone so intent on ruining their own reputation / livelihood
- [Gjovik's] lucky Apple didn't decide to crush her like a bug for violating the NDA
- You do not deserve to get sucked into this shit for standing up for someone else. I want to see her get justice, but perjuring herself and doing all of this is harmful to her and everyone else in the ripples
- [Apple mails me a box with my possessions. I say, what's in the box?] Don't open it! (Picture from the movie "7" with Brad Pitt in a field next to a box with a severed human head and the words "WHAT'S IN THE BOX")
- Espionage has long been treated as a crime worthy of death and all Apple would need to do is to make it apply to corporations and not just nations.
- It will take the NRLB 5 seconds to figure out that Ms Ashley is a complete psychopath
- Sometimes winning is learning when to walk away and starting new.
- She exposed herself online because she is a bitter little woman who broke her NDA and is now trying to cash in on it. I can't wait until Apple swallows her and spits her out just as fast
- It's time for Apple to take out the trash. Do whatever it takes to identify and catch the leakers and then ruin their lives. Fire them, prosecute and go after them. Do whatever it takes. Hunt them down like wild animals. Leakers and other activist employees who believe that they can do as they please have no business being at Apple. I want to see them gone and I want to see them

b6
b7C

destroyed.

- My guess is she got greedy. The core of her issue lies in money aka "sexism." Or Apple would want to settle with her, but instead she pridefully decided not to meet with them so who knows if she might have been fired with a healthy settlement, but instead she's poisoned herself

- Apple will want to make an example of this psycho woman and will not settle. so I don't think this will go forward

- Implying that people are trying to have you assassinated or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE about the chain of tweets involved in doing so.

- This woman is a psychopath and frankly is a danger to other Apple Employees! Would any of you feel safe working alongside a person like this? Be honest! Apple needs to bring the hammer and make an example of people like this

- I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this person. She needs serious help.

- I'd be more worried about her getting barred. This reflects badly on her character and it's possible she'll be denied to taking the bar exam

- Ashely Gjovik is pure evil and cancer. Hope she lose this case and never work anywhere again.

- Attn someone at @SantaClaraUniv: could you review the cyberbullying of ⬚⬚⬚⬚⬚⬚ coming   b6
from the account of your law student @ashleygjovik? Do you condone this behavior? Is this in   b7C
line with the terms of your code of conduct?

- Multiple people reported this person for their behavior to their University as far as I know

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚   b6
                                                                                              b7C

Used in this incident: [No categories]

Subject Information

Business Name: Apple Inc
Name: Unknown
Address:
Address (continued):
Suite/Apt./Mail Stop:

b7E

City:
State: California
Country: United States of America
Zip Code/Route:
Phone Number:
E-mail Address:
Website:
IP Address:

Business Name: Apple Inc
Name:                                                                        b6
Address:                                                                     b7C
Address (continued):
Suite/Apt./Mail Stop:
City:
State: Washington
Country: United States of America
Zip Code/Route:
Phone Number:
E-mail Address:
Website:
IP Address:

Other Information

If an email was used in this incident, please provide a copy of the entire email including full email
headers.

Date:
Saturday, February 5th, 2022 at 9:58 AM

From                                                                         b6
To:  Ashley Gjovik &lt;ashleymgjovik@protonmail.com&gt;                      b7C

Submitted Information:

Name

Email

Message

                                                                             7/16 b7E

This is a last resort, not a block evasion.

I am reaching out in good faith in the hopes that we can resolve this conflict between us for the good of others, and each other. I will address some of the things I've seen/heard first. I do not wish to escalate, which is why I haven't participated.

I apologize for how my actions have made you feel. That does not justify your behavior.

Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo, including medical information and information about my family. Please also remove your tweets that contain my former legal name. You are aware that it was changed for safety reasons, and I spent a long time ensuring they weren't connected anywhere.

1) I am not testifying against you, nor on Apple's behalf. I wouldn't do that unless I was subpoenaed, and I don't believe they would have me do that, because cross-examination would allow me to answer questions that would discuss their culture of surveillance.

I am named in their defense, which I was only informed of as a courtesy. I am upset by it, given what I've been through, which is why I mentioned it.

2) I have lied about my education in the past, and my role, tried to hide my gender, and invented whole companies. I had an infant, was making poverty wages at multiple hourly jobs, and I was trying to survive. I did what I needed to do, including enrolling in college multiple times and withdrawing for the students loans.

This is something I've talked openly about for several years in my advocacy against gatekeeping and sexism in tech, and the realities that not everyone in tech is rich. I was also on food stamps until I was almost 30 years old because of my low income, and my kid's dad never paid child support.

I've been very open about my past, going far beyond that. I WaPo did a very thorough background check on me and it would have taken more than the limit of 2,000 words to disclose everything. They chose to disclose the check fraud because it was the most extreme and fewest words.

3) Yes, I am a single parent. My marital status has been public – I literally posted about when it happened. I've been separated since last July. I have never lived with my husband, and I don't live with him now. I am, however, supporting his household and my own while he works on his career, and makes very meager wages as a laborer. Our relationship is extremely unhealthy and I'm not ready to talk about any of it to the public, so I post occasional happy moments in trying to work on that relationship.

Do you think a parent who has a live-in partner and two incomes is a "single parent"? The point is the financial strain, not whether or not you are married. I don't get child support from my ex. My husband's kids' moms are strung out and can't help financially.

I qualify for food stamps. Does that tell you anything?

I am asking you to please remove his personal information from your Twitter, your NLRB charge, and anywhere else. His criminal history is literally no one's business. He's done his time. He also comes from an abusive home in poverty full of drugs and alcohol. The incident that happened when he was 12 years old was a manifest injustice in which he was also a VICTIM to an ADULT who got found "not guilty" in a trial and all of the information about what that adult did was stricken from my husband's case. We've been working with a program in our county to get it all fixed -- which is why we got married, because it's traumatic for him and legally, I can speak to his FREE attorney on his behalf to keep everything moving forward.

His life was destroyed by a new judge, and he was institutionalized as a child until he was 18. That same judge got us into the program. Words on a piece of paper with no context don't tell you what happened. It is deplorable for you to tell anyone's story based on what you "think" is public and fact.

4) I never called you "a racist". I said you tweeted something racist, "Pulling the race card", and spoke to you about it in a very diplomatic way. I also didn't care for the way you reacted to criticism over it, but still gave you advice on how to learn and grow from it as a friend.

5) Not all of my generalization tweets are about you. Most of them are not about you. While the GFM tweet happened at the same time as yours, there were multiple retail workers who came to me about yours the day you posted it extremely uncomfortable with the fact that you had posted very recently that you made almost $400,000 the year prior and spoke frankly about your financial comfort.

More:

b6
b7C

If you have reported this incident to other law enforcement or a government agency, please provide the name, phone number, email, date reported, report number, etc.

This is an update to an IC3 Complaint i made on February 7 2022 at 10am PST.

Are there any other witnesses or victims to this incident?

Yes, public on Twitter. See:

# Tags ~  0

b7E

None

 Entities ~ 1

## Complainant

First Name           Last Name           DOB
Ashley Marie Gjovik

**Phone(s)**
Other
14159646272

**Address(es)**
Other
1050 Benton St 2310
SANTA CLARA CA USA 95050-4854

**Account(s)**
Email
ashleymgjovik@protonmail.com

 Notes ~ 0

There are no notes to display.

Emails ~ 0

There are no emails to display.

Attachments ~ 7

b7E

b7E

📋 Review ▾

## Review Details

Incident Zip
**95050**

Field Office
**San Francisco Field Office (SF)**

Disposition

b7E

**Review History**

b7E

| Type | User | Start Date | End Date |
|------|------|-----------|----------|

b6
b7C
b7E

## PLV Questions

| Question | Response |
|----------|----------|
| DEATH OR INTENDED DEATH | Credible |
| HARM TO CHILDREN | Credible |
| SERIOUS PHYSICAL INJURY | Credible |
| NATIONAL SECURITY OR TERRORISM | Credible |
| THREATS TO PUBLIC/POLITICAL FIGURES | Credible |
| STATE, LOCAL, OR TRIBAL NEXUS | Credible |

b7E

b7E

🕓 History -

**Activity History**