**FILED**

MAY 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASHLEY M. GJOVIK,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant - Appellee. | No. 25-2028<br><br>D.C. No. 3:23-cv-04597-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

Appellee's motion (Docket Entry No. 5) to stay appellate proceedings pending the district court's ruling on appellant's motion for Federal Rule of Civil Procedure 54(b) certification is denied as moot. The district court denied appellant's motion on April 15, 2025.

Appellee's alternative motion (Docket Entry No. 5) to dismiss this appeal for lack of jurisdiction is granted. *See Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); *see also* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b).

All other pending motions are denied as moot.

**DISMISSED.**