UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ASHLEY M. GJOVIK,

    Plaintiff - Appellant,

v.

APPLE INC.,

    Defendant - Appellee.

No. 25-2028

D.C. No. 3:23-cv-04597-EMC
Northern District of California,
San Francisco

ORDER

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The motion (Docket Entry No. 33) for reconsideration is denied. *See* 9th Cir. R. 27-10.

No further filings will be entertained in this closed case.